**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: _____

JAN MASON,

        Plaintiff,

v.

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,

        Defendant.

## COMPLAINT

COMES NOW the Plaintiff, Jan Mason, by and through her attorney, Kenneth J. Shakeshaft of the Shakeshaft Law Firm – Kenneth J. Shakeshaft, P.C., and files this Complaint against the Defendant, Lincoln Life Assurance Company of Boston, as follows:

PARTIES AND JURISDICTIONAL ALLEGATIONS

1. This action arises under section 502(a) of the Employee Retirement Income Security Act (ERISA), and this District Court has jurisdiction under Title 28 U.S.C. § 1331(e) and (f).

2. Upon information and belief, the Defendant, Lincoln Life Assurance Company of Boston (hereinafter referred to as "Lincoln"), is an insurance corporation with a principal place of business in Boston, Massachusetts providing employment benefits including disability benefits coverage.

1

3. The Plaintiff, Jan Mason, is a resident and citizen of the state of Colorado.

4. Venue is proper in the United States District Court for the District of Colorado pursuant to Title 29 U.S.C. §1132(e).

5. On or about April 16, 2019, the Plaintiff, Jan Mason, was employed, in Colorado, with Charter Communications, Inc. working in customer service for the billing department. As part of her employment benefits, the Plaintiff was insured under a long-term disability policy (GD/GF384044480901) issued by the Defendant, Lincoln, and governed by the Employees Retirement Income Security Act of 1974 (ERISA).

6. The Plaintiff, Jan Mason, developed serious medical conditions which prevented her from working. The Plaintiff, Jan Mason, applied for and was approved for long-term disability benefits by the Defendant, Lincoln, with an effective date of October 19, 2019.

7. On or about July 21, 2020, the Defendant, Lincoln, issued a decision terminating long-term disability benefits, effective July 20, 2020.

8. The Plaintiff has a history of medical disorders including but not limited to:

   (a) Chronic Pain in right hip and chronic pain in the left hip,
   (b) Right hip anterior superior labral tear with minimal joint space narrowing,
   (c) Femoral acetabular impingement,
   (d) Other articular cartilage disorders of the right hip,
   (e) Osteoarthritis of the spine with radiculopathy,
   (f) Tear of the right acetabular labrum,
   (g) Primary insomnia,
   (h) Anxiety
   (i) Spinal stenosis in the lumbar region with neurogenic claudication,
   (j) Spondylosis without myelopathy or radiculopathy lumbar region,
   (k) Intervertebral disc degeneration in the lumbosacral region,
   (l) Acute right-sided low back pain with sciatica,
   (m) Chronic pain syndrome,
   (n) Thoracic spine pain,

   (o) Right hip labral tear and right hip impingement,
   (p) Other articular cartilage disorders of the right hip,
   (q) Lumbar region radiculopathy,
   (r) Focal cam deformity of the anterior left femoral head neck junction with associated anterior/anterior superior labral based tear
   (s) Intervertebral disc disorders with radiculopathy in the lumbar region,
   (t) Sacroiliitis,
   (u) At L5-S1, there was a central disc herniation with annular tearing,
   (v) Paresthesias of bilateral legs,
   (w) Bilateral sacroiliitis,
   (x) Lumbar spine spondylosis
   (y) Chronic bilateral hip pain
   (z) History of a right sacroiliac joint fusion
   (aa) History of a right hip labral reconstruction,
   (bb) Femoroacetabular impingement of both hips
   (cc) Hypertension.
which have resulted in multiple surgeries.

9. The Plaintiff, Jan Mason, has been unable to perform the material duties of her occupation in customer service for Charter Communications and has been unable to return to any other gainful employment since April 16, 2019.

10. The Plaintiff submitted information to the Defendant including reports from her treating medical providers the Plaintiff is disabled, is unable to return to work in her prior occupation or in any other gainful occupation to which she may have had access prior to her disability by training, education or experience.

11. Plaintiff's medical conditions prevent her from being able to return to any employment.

12. On or about, July 19, 2020, the Defendant, Lincoln Financial Group, terminated the Plaintiff's disability benefits.

13. In spite of the submission of information and evidence including medical reports from her primary treating physicians that she is disabled, the Defendant has refused to re-instate the Plaintiff's disability benefits.

14. The Plaintiff submitted an appeal of the termination of the LTD benefits. On March 17, 2021, the Defendant denied the Plaintiff's appeal. The Plaintiff has exhausted her administrative remedies.

15. The Defendant, Lincoln Financial Group, has breached the aforementioned policy and insurance contract by failing to re-instate and pay disability benefits due the Plaintiff.

16. The Plaintiff, Jan Mason, is entitled to disability benefits under the terms of the plan. Pursuant to Title 29 U.S.C. § 1132(a), the Plaintiff is entitled to recover the past due benefits due to her under the provisions and terms of the plan.

17. Further, under Title 29 U.S.C. § 1132(a), the Plaintiff is entitled to a determination that the Defendant is obligated to pay her ongoing disability benefits as a result of her inability to perform the material and substantial duties of her regular occupation.

18. Pursuant to Title 29 U.S.C. §1132(g), the Plaintiff is entitled to an award of her reasonable attorney fees and costs incurred in pursuing and bringing this matter.

WHEREFORE, the Plaintiff, Jan Mason, prays for this Court to enter judgment against the Defendant, Lincoln, in the amount to be determined for all disability benefits due, for a declaration the Defendant is obligated to pay ongoing disability benefits, for equitable relief, for reasonable attorney fees, pre-judgment interest and costs.

Respectfully submitted this 13th day of September, 2022.

        Shakeshaft Law Firm – Kenneth J. Shakeshaft, P.C.

        *s/ Kenneth J. Shakeshaft*
        Kenneth J. Shakeshaft, #12618
        ATTORNEY FOR PLAINTIFF
        627 North Weber Street, Ste. 1
        Colorado Springs, CO 80903
        Phone Number: 719-635-5886
        Fax Number: 719-635-0966
        E-mail: office@shakeshaftlawfirm.com

Plaintiff's address:

Jan Mason
12510 Medinah Rd.
Peyton, CO 80831