IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22cv02362

JAN MASON,

     Plaintiff,

v.

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

     Defendant.

## **DEFENDANTS' SUBMISSION OF ADMINISTRATIVE RECORD**

Defendant, Lincoln Life Assurance Company of Boston files Defendants' Submission of

Administrative Record pursuant to the Scheduling Order entered by the Court on November 9,

2022 (Document 10).

1. Group Disability Income Policy (Lincoln/Mason 0001-0067);

2. March 17, 2021, correspondence containing decision on appeal (Lincoln/Mason 0105-0115);

3. The Administrative Record (Lincoln/Mason 0068-0104, 0116-1138).

Dated this 3rd day of March 2023.

                             Respectfully submitted,

                             */s/ Iwana Rademaekers*
                             Iwana Rademaekers
                             LAW OFFICES OF IWANA RADEMAEKERS, P.C.
                             17304 Preston Road, Suite 800
                             Dallas, Texas 75252
                             Main:  (214) 579-9319
                             Fax:  (469) 444-6456
                             Email:  iwana@rademaekerslaw.com

                             COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that on March 3, 2023, I electronically transmitted the foregoing document to the

Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic

Filing to the following ECF registrants:


*__Counsel For Plaintiff:__*
Kenneth J. Shakeshaft, Esq.
Joseph M. Gorman, Esq.
E-mail:  office@shakeshaftandgormanlaw.com


 /s/ *Iwana Rademaekers*
Iwana Rademaekers

2