Progress Notes - 01/27/2020

## uchealth

ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:
Visit date: 3/3/2020    Sex: F

### 03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

Clinical Notes (continued)

Fyzical Therapy and Balance Centers - Falcon
7622 McLaughlin Rd
Falcon, CO 80831-4710
Phone: (719)495-3133
Fax: (719)495-3065

**Daily Note /
Billing Sheet**

Patient Name: Mason, Jan K.
Date of Birth:
Document Date: 01/27/2020

Assessment/Diagnosis: TTP to note in L groin area with STM from moderate to deeper pressure manual therapy due to increased tone. Pt instruction to use heat on this area to loosen the tissue and hopefully alleviate increased pain. Pt is showing good improvement in ability to bear weight in // bars and with balance. She declined modalities post Tx today.

Patient Demonstrates Compliance with Prescribed HEP

Rehab Potential: Good

Short Term Goals:
1: (1 Week)   Pt w/ll be independent with initial home exercise program to progress towards discharge. |
2: (5 Weeks)  | Pt will be able to ambulate without use of bilateral crutches. |
3: (5 Weeks)  | Pt will improve her passive HF to 80 deg to progress towards improved functional mobility. |

Long Term Goals:
1: (10 Weeks) | Pt will be able to ascend/descend stairs with an alternating pattern. |
2: (10 Weeks) | Pt will improve her R hip active ROM to 115 deg to allow her to return to work with limited duty. |

Documentation was reviewed and approved by the therapist supervising treatment.

Instructions: Progressing Patient Next Visit

Chelsea Flack
Initialed by Chelsea Flack on January 27, 2020 at 9:10 pm

Kerri Anne Tiller, PT, DPT
License #0012113
Electronically Co-Signed by Kerri Anne Tiller, PT, DPT on January 30, 2020 at 10:03am

2 of 7    Powered by WebPT

EXHIBIT

3, part 2

**Lincoln/Mason 0654**

Progress Notes - 01/23/2020

**uchealth**

ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:          Sex: F
Visit date: 3/3/2020

## 03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

Clinical Notes (continued)

Fyzical Therapy and Balance Centers - Falcon
7622 McLaughlin Rd
Falcon, CO 80831-4710
Phone: (719)495-3133
Fax: (719)495-8695

**Daily Note /
Billing Sheet**

**FYZICAL** Therapy & Balance Centers

Patient Name: Mason, Jan K.
Date of Birth:
Referring Physician(s): HUANG, MICHAEL J. MD
Surgery: (Date/Type) 12/09/2019 R hip scope with labral revision
Visit No.: 12
Insurance Name: KAISER PERMANENTE

Date of Daily Note: 01/23/2020
Injury/Onset/Change of Status Date: 12/13/2019
Diagnosis: ICD10: M25.151: Fistula, right hip
Date of Original Eval: 12/13/2019

Treatment Diagnosis: ICD10: M25.151: Fistula, right hip

**Subjective**
Treatment Side: Right
Current Complaints / Gains: Pt states her hip is still hurting but she is doing everything she is supposed to at home even though it is really painful

2-3/10 pain in hip, 7-8/10 pain level in her back.
Pt: Pain from s/p R hip scope with labral revision (12/9). Precautions: Pt is currently partial weight bearing at 30%. Hip immobilizer set to 30 deg hip flexion.
Before the injury/onset/change of status date, the patient was able to perform the following activities:
    Mobility: Walking & Moving Around.
Current Functional Limitations:
    Mobility: Walking & Moving Around:
Home Health Care: No
Medical History: High Blood Pressure, please see e-doc
Complicating/Personal Factors: Mechanism of injury/illness, Multiple Treatment Areas, Patient age
Mental Status/Cognitive Function Appears Impaired? No
    Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

**Objective**
Precautions        **partial weightbearing at 30% and hip immobilizer at 30 deg hip flexion for 4 weeks.
                   No hip flexion post 90 deg and no excessive hip ER.

CPT® Code        Direct Timed Codes                                              Units
GP:97110         Therapeutic Exercise
                 To improve hip ROM and min activation:
                 -Sidestepping // Bars
                 -Mini Squat x10 // Bars
                 -Standing Hip 3 Way (bent)
                 -Semi Tandem Stance 1x30" ea
                 -Sit to Stands x20

                 15 mins

                 HEP:
                 -AAROM hip abd
                 -AAROM heel slides
                 -Supine hip IR/ER
                 -SAQ
                 -AAROM Strap Asst to 3E
                 -Adductor: Ball Squeeze x20
                 -SLR x20
                 -Tandem WB Rocking x20 ea // Bars
                 -Bilateral Ankle pumps
                 -Bilateral Quad sets
                 -Bilateral Glute sets

GP:97140         Manual Therapy
                 To improve hip mobility:
                 -Passive hip ROM (avoided adduction and excessive ER, flexion, and
                 add motion)
                 -Incision Site STM
                 -Gmax/ITB STM

                 15 mins

Powered by **WebPT**

**Lincoln/Mason 0655**

Progress Notes - 01/23/2020

## uchealth

ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:    , Sex: F
Visit date: 3/3/2020

### 03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

Clinical Notes (continued)

Pyzical Therapy and Balance Centers - Falcon
7622 McLaughlin Rd
Falcon, CO 80921-4710
Phone: (719)495-3133
Fax: (719)495-8485

**Daily Note /
Billing Sheet**

Patient Name: Mason, Jan K
Date of Birth:
Document Date: 01/23/2020

Objective Findings    "pt was 10 mins late to today's appt"

Assessment/Diagnosis: Pt came into the clinic today using a SFC and working with very good form with this. She continues to have pain with WB activities but does not bear weight very much at home so we are trying to emphasize this in clinic at this time. Pt declined modalities post TX.
Patient Demonstrates Compliance with Prescribed HEP
Rehab Potential: Good
Short Term Goals:
1: (1 Week) | Pt will be independent with initial home exercise program to progress towards discharge. |
2: (5 Weeks) | Pt will be able to ambulate without use of bilateral crutches. |
3: (5 Weeks) | Pt will improve her passive HF to 90 deg to progress towards improved functional mobility. |
Long Term Goals:
1: (10 Weeks) | Pt will be able to ascend/descend stairs with an alternating pattern. |
2: (10 Weeks) | Pt will improve her R hip active ROM to 115 deg to allow her to return to work with limited duty. |
Documentation was reviewed and approved by the therapist supervising treatment.

Instructions: Progressing Patient Next Visit

Chelsea Flack
Entered by Chelsea Flack on January 23, 2020 at 4:27 pm

Kerri Anne Tiller, PT, DPT
License: 606121153
Electronically Co-Signed by Kerri Anne Tiller, PT, DPT on January 24, 2020 at 9:38 pm

Powered by **WebPT**

Lincoln/Mason 0656

Progress Notes - 01/21/2020



ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:              Sex: F
Visit date: 3/3/2020

---

## 03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

### Clinical Notes (continued)



North Campus 9110 Briargate Parkway, Suite 900 Colorado Springs, CO 80920 Phone: 719-632-3628 Fax: 719-633-0008

South Campus 3225 Garry Russ Drive, Suite 100 Colorado Springs, CO 80906 Phone: 719-635-3500 Fax: 719-632-6033

Colorado Springs
Orthopaedic Group
www.csog.net

Patient Name: Jan K Mason, 505206
Encounter Date: 1/21/2020
Date of Birth:

---

**Chief Complaint** Bilateral hip pain.

### History of Present Illness

Jan is a 47 year old male who presents today 6 weeks status post right hip labral reconstruction using allograft from 9:00 to 4:00 location, chondroplasty, debridement/shaving acetabulum, labral repair at 4:00 and 9:00 location, arthroscopic acetabuloplasty, arthroscopic femoroplasty, osteoplasty to remove cam lesion, synovectomy, capsular closure/plication this was performed on 12/09/2019. She is utilizing the postoperative crutches, overall, the patient feels that her hip pain has been improving as she points over the anterior hip. Unfortunately, her lower back pain, pain over her SI joint, and radicular symptoms have worsened. She feels this is affecting her rehabilitation. The patient is status post sacroiliac joint fusion with Dr. Sung and states that the symptoms feel similar as needed prior to her surgery. She otherwise denies calf pain or cramping bilaterally.

She is also here for follow-up of violation regarding left hip pain. In regards to her left hip, the patient states she has had pain in December, 2017, getting progressively worse. Her pain has especially worsened after her recent right hip labral reconstruction procedure. Her pain is located in the groin and worsen with prolonged sitting, prolonged standing and squatting type activities. Rotational activities also increased pain. She has tried rest, activity modification, ibuprofen as an anti-inflammatory without significant benefit. She has also been attending physical therapy without much relief. She denies nausea, vomiting, fever, chills, short of breath, chest pain or abdominal pain.

Date of Onset: December, 2017

### Medical History

**Medical Conditions:** Hypertension
**Surgical History:** Tubal 1994; Rhinoplast 2006
**Orthopedic Surgical History:** Right SI fusion Right hip labral reconstruction using allograft from 9:00 to 4:00 location, chondroplasty, debridement/shaving acetabulum, labral repair at 4:00 and 9:00 location, arthroscopic acetabuloplasty, arthroscopic femoroplasty, osteoplasty to remove cam lesion, synovectomy, capsular closure/plication
**Current Medications:** Claritin 10 mg tablet 1 oral, Ambien 5 mg tablet 1 oral, metoprolol succinate ER 50 mg tablet, extended release 24 hr 1 Tb24 oral, losartan 50 mg tablet 1 oral, indomethacin 50 mg capsule 1 by mouth BID Take with food., oxycodone 5 mg tablet 1 tablet(s) by mouth Q4-6h
**Medication and Allergic Reactions:** No known allergies
**Family History:** No significant family history
**Personal and Social History:**
Patient has children, denies tobacco, marijuana, and alcohol use

ELECTRONICALLY SIGNED BY ...

**Lincoln/Mason 0657**

Progress Notes - 01/21/2020

ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:    , Sex: F
Visit date: 3/3/2020

# uchealth

## 03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

### Clinical Notes (continued)

Patient Name: Mason, Jan K DOB:

### Review of Systems

**Constitutional:** Denies any unplanned weight loss, loss of appetite or fatigue.
**Eyes:** Denies any blurred vision, double vision or vision loss.
**Ear/Nose/Throat:** Denies any hearing loss, hoarseness or trouble swallowing.
**Cardiovascular:** Denies any chest pain or palpitations.
**Respiratory:** Denies any chronic coughing, pneumonia or shortness of breath.
**Gastrointestinal:** Admits constipation
**Skin:** Denies any rashes, skin ulcers, lumps or psoriasis.
**Neurological:** Denies any frequent falls, loss of coordination, numbness, dizziness, change in bowel and bladder function.
**Psychiatric:** Denies any depression, drug or alcohol addiction or sleeping disorders.
**Hematological:** Denies any bleeding problems, easy bruising or anemia.

Vital Signs: Height: 5ft 8.00in, Weight: 190lbs BMI 28.89

### General Exam:
**Constitutional:** Patient is adequately groomed with no evidence of malnutrition.
**Skin:** there are no rashes, ulcerations or lesions in the regions examined.
**Mental Status:** The patient is oriented to time, place and person. The patient's mood and affect are appropriate.
**Lymphatic:** The lymphatic examination bilaterally reveals all areas to be without enlargement or induration.
**Vascular:** Examination reveals no swelling or calf tenderness. Peripheral pulses are palpable and 2+.
**Neurological:** The patient has good coordination. There is no weakness or sensory deficit. Deep tendon reflexes are intact.

### Right Hip/Pelvis Examination
Patient is alert and oriented to time, place, medical situation without evidence of distress. Steri-Strips were removed today without difficulty. There is no erythema, ecchymosis, or clinical signs of infection present. The patient has normal sensibility to moving light touch over the superficial peroneal, deep peroneal and tibial nerve distributions. The patient is able to fire EHL, tibialis anterior, gastrocsoleus, peroneaus. Dorsalis pedis pulse, 2+ There is no calf swelling or tenderness. Homans sign is negative. No evidence of DVT. Hip flexion to 100°, external rotation to 40°, internal rotation to 5°. Tenderness to palpation over the lateral hip and over the sacroiliac joint.

### Lumbar Spine Examination
See hip exams

### Left Hip/Pelvis Examination
Normal mood and affect. She is utilizing crutches. No pelvic obliquity. Bilateral lower extremity alignment is neutral.

LEFT hip range of motion includes flexion to 110 degrees, external rotation to 50°, internal rotation to 5°. Positive anterior impingement test and negative posterior impingement test. Straight leg raise stressing produces lower back pain. Tenderness at palpation over the anterior hip and laterally over the greater trochanter.

**Imaging Orders:** 4 views of the right hip were ordered, obtained and interpreted from an orthopedic standpoint.

ELECTRONICALLY SIGNED BY Kristen S. Rohn, PA-C 3/12/2020

**Lincoln/Mason 0658**

Progress Notes - 01/21/2020

## uchealth

ASPEN CK PRIM CARE OP     Mason, Jan K
MRN: 3925160, DOB:        , Sex: F
Visit date: 3/3/2020

### 03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

Clinical Notes (continued)

Patient Name: Mason, Jan K DOB:

Hip/Pelvis Xrays: X-RAYS, RIGHT HIP, CSOG, 1/21/2020: X-rays ordered, performed, and interpreted today include AP pelvis, bilateral Dunn views, false profile, and cross table lateral views of the RIGHT hip. They show well-preserved femoroacetabular joint spacing. Tonnis Grade 0. No obvious evidence of fracture or dislocation. Alpha angle measures 50°. No obvious evidence of heterotopic ossification or avascular necrosis. Evidence of previous SI joint fusion.

Diagnostic Test Findings: X-RAYS, BILATERAL HIP, CSOG, 6/4/19: X-rays ordered, performed, and interpreted previously and reviewed today include AP pelvis, bilateral Dunn views, false profile, and cross table lateral views of the BILATERAL hip. They show well-preserved femoroacetabular joint spacing. Tonnis Grade 0. No evidence of fracture or dislocation. No evidence of avascular necrosis or heterotopic ossification in the right hip. On the left hip, there is evidence of femoroacetabular impingement, cam type with alpha angle measuring 63 degrees.

Assessment and Plan:
Diagnosis Codes:
M24.151 Other articular cartilage disorders, right hip Right
M54.16 Radiculopathy, lumbar region
M25.552 Pain in left hip Left
Impression:
1. 6 weeks status post right hip labral reconstruction using allograft from 9:00 to 4:00 location, chondroplasty, debridement/shaving acetabulum, labral repair at 8:00 and 9:00 location, arthroscopic acetabuloplasty, arthroscopic femoroplasty, osteoplasty to remove cam lesion, synovectomy, capsular closure/plication this was performed on 12/03/2019.
2. Left hip pain - possible labral tear/FAI

Treatment Plan:
I discussed the findings of the clinical examination with Jan at today's visit, we reviewed today's x-ray imaging results. Overall, she is doing well 6 weeks status post right hip arthroscopy with labral reconstruction, osteoplasty, capsular plication. Her pain is well controlled. Physical therapy is going well as they work on range of motion and begin early strengthening. She will continue to focus on strengthening and avoid high-impact activity, as discussed. I did discuss the patient that she should follow up with Dr. Sung and his team regarding her worsening lower back and SI joint pain as I'm concerned as this is affecting her physical therapy and rehabilitation for her hip. We'll plan on seeing her back in 6 weeks for routine postoperative appointment, sooner if necessary.

In regards the patient's left hip, I discussed the findings and the clinical examination and reviewed today's radiographic documentation with Jan at today's visit. She is aware that she does have some symptoms consistent with bony impingement and possible underlying labral tear. Patient is also aware that we cannot directly visualize the labrum on x-ray imaging. Conservatively, we could consider rest, activity modification, anti-inflammatory medication usage, physical therapy, and possible corticosteroid injection. I do feel that further imaging of the joint is warranted and I am going to refer her for an MRI arthrogram to rule out underlying labral tear. She will follow up after obtaining the imaging to discuss results and possible further treatment. In the meantime, she will continue with conservative treatment in the form of activity modification and anti-inflammatory medication usage. Jan verbalizes agreement and understanding with this plan, all questions were answered.
An MRI of the Left Hip was ordered.
Patient was provided with patient education on NSAIDs.
Patient to return in 6-8 weeks for follow up. The patient is to return when MRI results are available.

Clinical Quality Reporting:

ELECTRONICALLY SIGNED BY Kristen F. Sidon, PA-C 3/03/2020

Lincoln/Mason 0659

Progress Notes - 01/21/2020

**uchealth**

ASPEN CK PRIM CARE OP   Mason, Jan K
MRN: 3925160, DOB:   ., Sex: F
Visit date: 3/3/2020

## 03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

Clinical Notes (continued)

Patient Name: Mason, Jan x DOB:

A stretching regimen was recommended to the patient. A strength training regimen was recommended to the patient. The patient was encouraged to exercise.

Electronically signed by Kristen E. Reiss, PA-C
Date: 1/21/2020 Time: 100 PM

CC: Copies sent along with cover letter sent to the patient's primary care physician.

**Lincoln/Mason 0660**

Progress Notes - 01/20/2020

ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:        , Sex: F
Visit date: 3/3/2020

## uchealth

### 03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

Clinical Notes (continued)

Fyzical Therapy and Balance Centers - Falcon
7022 McLaughlin Rd
Falcon, CO 80831-4710
Phone: (719)495-3133
Fax: (719)495-8395

**Daily Note /
Billing Sheet**

## FYZICAL
Therapy & Balance Centers

Patient Name: Mason, Jan K.
Date of Birth:
Referring Physician(s): HUANG, MICHAEL J. MD
Surgery: (Date/Type) 12/09/2019 R hip scope with labral revision
Visit No.: 11
Insurance Name: KAISER PERMANENTE

Date of Daily Note: 01/10/2020
Injury/Onset/Change of Status Date: 12/13/2019
Diagnosis: ICD10: M25.151: Fistula, right hip
Date of Original Eval: 12/13/2019

Treatment Diagnosis: ICD10: M25.151: Fistula, right hip

#### Subjective

Treatment Side: Right
Current Complaints / Gains: Pt states her goal was to be off of crutches today but she feels like she is no where near that right now. She states weight bearing right now has been excruciating. She mentions she has been having strong pain in her L foot and her 3rd and 4th toes have been swollen and almost purple and she can't put them on.

2-3/10 pain in hip, 7-8/10 pain level in her back.
Pt: Pain from s/p R hip scope with labral revision (12/9). Precautions: Pt is currently partial weight bearing at 30%. Hip immobilizer set to 30 deg hip flexion.
Before the injury/onset/change of status date, the patient was able to perform the following activities:
  Mobility: Walking & Moving Around
Current Functional Limitations:
  Mobility: Walking & Moving Around:
Home Health Care: No
Medical History: High Blood Pressure, please see e-doc
Complicating/Personal Factors: Mechanism of injury/ illness, Multiple Treatment Areas, Patient age.
Mental Status/Cognitive Function Appears Impaired? No
 Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

#### Objective

| Precautions | **partial weightbearing at 30% and hip immobilizer at 30 deg hip flexion for 4 weeks. No hip flexion past 60 deg and no excessive hip ER. | |
|---|---|---|
| CPT® Code | Direct Timed Codes | Units |
| GP:97110 | Therapeutic Exercise | 2 |

To improve hip ROM and hip activation:
-Sidestepping // Bars
-Mini Squat x10 // Bars
-Standing Hip 3 Way
-Semi Tandem Stance 3x30" ea
-Sit to Stands x20

20 mins

HEP:
-AAROM hip abd
-AAROM heel slides
-Supine hip IR/ER
-SAQ
-AAROM Strap Abd to 30
-Adduction Ball Squeeze x10
-SLR x20
-Tandem WB Rocking x20 ea // Bars
-Bilateral Ankle pumps
-Bilateral Quad sets
-Bilateral Glute sets

| CP:97140 | Manual Therapy | 1 |

To improve hip mobility:
-Passive hip ROM (avoided extension and excessive LR flexion, and add motion)
-Iliopsoas Site STM
-Glute/ITB STM

15 mins

Powered by **WebPT**

1 of 4

**Lincoln/Mason 0661**

Progress Notes - 01/20/2020

ASPEN CK PRIM CARE OP

Mason, Jan K
MRN: 3925160, DOB:            Sex: F
Visit date: 3/3/2020

## uchealth

### 03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

**Clinical Notes (continued)**

Fyzical Therapy and Balance Centers - Falcon
7822 McLaughlin Rd
Falcon, CO 80831-4710
Phone: (719)495-3133
Fax: (719)495-8585

**Daily Note /
Billing Sheet**

Patient Name: Mason, Jan K.
Date of Birth:
Document Date: 1/20/2020

Assessment/Diagnosis: Pt continues to have strong pain with all WB activities but does not request a rest break with these. Had pt practice ambulate with a STC cane today to try and facilitate heavier WB and she did well with this and plans to implement this with ambulation in the house. Upon observation of L foot, no strong notable edema and very slight darker discoloration to note. Pt can slightly extend the 3rd and 4th toes and is very TTP at the base of both of these. She is not able to sit for prolonged periods of time without strong pain and reports inability to tolerate LE elevation due to pain with this as well. Pt declined modalities post Tx.

Patient Demonstrates Compliance with Prescribed HEP

Rehab Potential: Good

Short Term Goals:
1: (1 Week) | Pt will be independent with initial home exercise program to progress towards discharge |
2: (5 Weeks) | Pt will be able to ambulate without use of bilateral crutches. |
3: (5 Weeks) | Pt will improve her passive RF to 90 deg to progress towards improved functional mobility. |

Long Term Goals:
1: (10 Weeks) | Pt will be able to ascend/descend stairs with an alternating pattern |
2: (10 Weeks) | Pt will improve her R hip active ROM to 115 deg to allow her to return to work with limited duty. |
Documentation was reviewed and approved by the therapist supervising treatment.

Instructions: Progressing Patient Next Visit

Chelsea Flack
Initialed by Chelsea Flack on January 20, 2020 at 1:14 pm

Kerri Anne Tiller PT DPT
License #0012153
Electronically Co-Signed by Kerri Anne Tiller, PT DPT on January 20, 2020 at 8:38 am

Powered by **WebPT**

**Lincoln/Mason 0662**

Progress Notes - 01/17/2020

ASPEN CK PRIM CARE OP     Mason, Jan K
MRN: 3925160, DOB:          Sex: F
Visit date: 3/3/2020

## uchealth

### 03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

Clinical Notes (continued)



**Lincoln/Mason 0663**

Progress Notes - 01/17/2020

## uchealth

ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:
Visit date: 3/3/2020    Sex: F

### 03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

Clinical Notes (continued)

Fyzical Therapy and Balance Centers - Falcon
7522 McLaughlin Rd
Falcon, CO 80811-4710
Phone: (719)425-3133
Fax: (719)495-5685

**Daily Note /
Billing Sheet**

Patient Name: Mason, Jan K
Date of Birth:
Document Date:

**Assessment/Diagnosis:** Pt brought in all past evaluations and medical paperwork with previous surgeons so most of today's session was focused on discussions and analysis of this with check in from primary therapist Taylor Pfeifer, PT, DPT. Pt continues to have pain with most exercises but can complete all recommended reps of each. She is showing decent strength of the R LE and is most challenged with recent weight bearing exercises. Educ will afford all brought in paperwork today.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Short Term Goals:**
1: (1 Week) | Pt will be independent with initial home exercise program to progress towards discharge. |
2: (5 Weeks) | Pt will be able to ambulate without use of bilateral crutches. |
3: (5 Weeks) | Pt will improve her passive HF to 90 deg to progress towards improved functional mobility |
**Long Term Goals:**
1: (10 Weeks) | Pt will be able to ascend/descend stairs with an alternating pattern |
2: (10 Weeks) | Pt will improve her R hip active ROM to 115 deg to allow her to return to work with limited duty |
Documentation was reviewed and approved by the therapist supervising treatment.

**Instructions:** Progressing Patient Next Visit

Chelsea Flack
Finished by Chelsea Flack on January 15, 2020 at 5:49 pm

Taylor Pfeifer PT, DPT, CSCS

Taylor Mark Pfeifer, PT, DPT, CSCS
License #0016575
Electronically Co-Signed by Taylor Mark Pfeifer, PT, DPT, CSCS on January 16, 2020 at 2:16 pm

Powered by **WebPT**

Printed on 7/29/20  3:01 PM

Page 60

**Lincoln/Mason 0664**

Progress Notes - 01/14/2020

ASPEN CK PRIM CARE OP      Mason, Jan K
                          MRN: 3925160, DOB:          Sex: F
                          Visit date: 3/3/2020

uchealth

**03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)**

Clinical Notes (continued)

Fyzical Therapy and Balance Centers - Falcon
7622 McLaughlin Rd
Falcon, CO 80831-4310          Daily Note /        **FYZICAL**
Phone: (719)495-3133           Billing Sheet       Therapy & Balance Centers
Fax: (719)495-8885

Patient Name: Mason, Jan K            Date of Daily Note: 01/14/2020
Date of Birth:                        Injury/Onset/Change of Status Date: 12/13/2019
Referring Physician(s): HUANG, MICHAEL J, MD    Diagnosis: ICD10: M25.151: Fistula, right hip
Surgery: (Date/Type) 12/09/2019 R hip scope with labral    Date of Original Eval: 12/13/2019
revision
Visit No.: 8                          Treatment Diagnosis: ICD10: M25.151: Fistula, right hip
Insurance Name: KAISER PERMANENTE

Treatment Side: Right
Current Complaints / Goins: Pt states she has been in a lot of pain basically in the whole low back. She states she has pretty
much been laying in bed because it hurts so much.

F1: Pain from a/p R hip scope with labral revision (12/9). Precautions: Pt is currently partial weight bearing at 30%. Hip
immobilizer set to 30 deg hip flexion.
Before the injury/onset/change of status date, the patient was able to perform the following activities:
    Mobility: Walking & Moving Around:
Current Functional Limitations:
    Mobility: Walking & Moving Around:
Home Health Care: No
Medical History: High Blood Pressure, please see e-doc
Complicating/Personal Factors: Mechanism of Injury/ Illness, Multiple Treatment Areas, Patient age
Mental Status/Cognitive Function Appears Impaired? No
    Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or
authorized representative.

Precautions            *partial weightbearing at 30% and hip immobilizer at 30 deg hip flexion for 4 weeks.
                       No hip flexion past 90 deg and no excessive hip ER.

CPT® Code      Direct Timed Codes                                                        Units
OP-97110       Therapeutic Exercise                                                        2
               To improve hip ROM and min activation:
               -AAROM hip abd
               -AAROM heel slides
               -Supine hip IR/ER
               -SAO
               -AAROM Strap Abd to 30
               -Adduction Ball Squeeze x20
               -SLR x20
               -Tandem WB Rocking x20 ea // Bars
               -Mini Squat x20 // Bars
               -Sidestepping // Bars

               25 mins

               HELD:
               -Bilateral Ankle pumps
               -Bilateral Quad sets
               -Bilateral Glute sets
OP-97140       Manual Therapy                                                              1
               To improve hip mobility:
               -Passive hip ROM (avoided extension and excessive ER, flexion, and
               abd motion)
               -Inds on S to STM

               15 mins

1 of 2                                                        Powered by **WebPT**

Printed on 7/29/20 3:01 PM                                                          Page 57

**Lincoln/Mason 0665**

Progress Notes - 01/14/2020

**uchealth**

ASPEN CK PRIM CARE OP

Mason, Jan K
MRN: 3925160, DOB:  Sex: F
Visit date: 3/3/2020

## 03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

### Clinical Notes (continued)

Fyzical Therapy and Balance Centers - Falcon
7602 McLaughlin Rd
Falcon, CO 80831-4710
Phone: (719)495-3133
Fax: (719)495-8685

**Daily Note /
Billing Sheet**

Patient Name: Mason, Jan K
Date of Birth
Document Date: 01/14/2020

Assessment/Diagnosis: Began some very light WB exercises today and pt did demonstrate pain with these additions but did very well completing all recommended reps of these without the need for a rest break or pain exhaustion. Mild tone around anterior R incision sites still notable but tissue is softening with manual therapy. Pt requested to bring in all MRI/CAT scans/reports for further information on her case. She declined modalities post Tx.

Patient Demonstrates Compliance with Prescribed HEP

Rehab Potential: Good

Short Term Goals:
1. (1 Week) | Pt will be independent with initial home exercise program to progress towards discharge. |
2. (5 Weeks) | Pt will be able to ambulate without use of bilateral crutches. |
3. (5 Weeks) | Pt will improve her passive hF to 90 deg to progress towards improved functional mobility. |

Long Term Goals:
1. (10 Weeks) | Pt will be able to ascend/descend stairs with an alternating pattern. |
2. (10 Weeks) | Pt will improve her R hip active ROM to 115 deg to allow her to return to work with limited duty. |

Documentation was reviewed and approved by the therapist supervising treatment.

Instructions: Progressing Patient Next Visit

Chelsea Flack
Initialed by Chelsea Flack on January 14, 2020 at 1:18 pm

Jennifer Mulligan CTST DCPS

Jennifer Mulligan
License #PTL00:5079
Electronically Designed by Jennifer Mulligan on January 15, 2020 at 7:19 pm

Powered by **WebPT**

Printed on 7/29/20  3:01 PM

Page 58

**Lincoln/Mason 0666**

Progress Notes - 01/10/2020

ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:          , Sex: F
Visit date: 3/3/2020

## uchealth

---

### 03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

Clinical Notes (continued)

---

Fyzical Therapy and Balance Centers - Falcon
7622 McLaughlin Rd
Falcon, CO 80831-4710
Phone (719)495-3133
Fax (719)495-8865

**Daily Note / Billing Sheet**

### FYZICAL
Therapy & Balance Centers

Patient Name: Mason, Jan K.
Date of Birth:
Referring Physician(s): HUANG, MICHAEL J. MD
Surgery: (Date/Type) 12/09/2019 R hip scope with labral revision
Visit No.: 8
Insurance Name: KAISER PERMANENTE

Date of Daily Note: 01/10/2020
Injury/Onset/Change of Status Date: 12/13/2019
Diagnosis: ICD10: M25.151: Fistula, right hip
Date of Original Eval: 12/13/2019

Treatment Diagnosis: ICD10: M25.151: Fistula, right hip

**SUBJECTIVE**

Treatment Side: Right
Current Complaints / Gains: 2-3/10 pain in hip, 7-8/10 pain level in her back
P1: Pain from sh R hip scope with labral revision (12/9) Precautions: Pt is currently partial weight bearing at 30%. Hip immobilizer set to 30 deg hip flexion.
Before the injury/onset/change of status date, the patient was able to perform the following activities:
  Mobility: Walking & Moving Around:
Current Functional Limitations:
  Mobility: Walking & Moving Around:
Home Health Care: No
Medical History: High Blood Pressure, please see e-doc.
Complicating/Personal Factors: Mechanism of injury/illness, Multiple Treatment Areas, Patient age
Mental Status/Cognitive Function Appears Impaired? No
  Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

**OBJECTIVE**

| Precautions | *partial weightbearing at 30% and hip immobilizer at 30 deg hip flexion for 4 weeks. No hip flexion past 90 deg and no excessive hip I/R. | |
| CPT® Code | Direct Timed Codes | Units |
| GP-97110 | Therapeutic Exercise | |
| | To improve hip ROM and hip activation: | |
| | -Bilateral Ankle pumps | |
| | -Bilateral Quad sets | |
| | -Bilateral Glute sets 10 sec | |
| | -AAROM hip abd | |
| | -AAROM heel slides | |
| | -Supine hip IR/ER | |
| | -SAQ | |
| | -AAROM Strap Abd to 30 | |
| | -Adduction Ball Squeeze | |
| | 15 mins | |
| GP-97140 | Manual Therapy | |
| | To improve hip mobility: | |
| | -Passive hip ROM (avoided extension and excessive ER, flexion, and abd motion) | |
| | -Incision Site STM | |
| | 25 mins | |

**ASSESSMENT**

Assessment/Diagnosis: The patient tolerated all exercises well today. She has concern about her SIJ fusion breaking her R hip and possibly causing future damage to her R hip. The patient was provided education and reassurance on her rehab program for her R hip and that future therapy will address any gait abnormalities as her weightbearing restrictions allow.
Patient Demonstrates Compliance with Prescribed HEP
Rehab Potential: Good
Short Term Goals:
1. (1 Week) [Pt will be independent with initial home exercise program to progress towards discharge.]
2. (5 Weeks) [Pt will be able to ambulate without use of b lateral crutches.]
3. (6 Weeks) [Pt will improve her passive IR to 30 deg to progress towards improved functional mobility.]
Long Term Goals:

1 / 2 ?

Powered by **WebPT**

---

**Lincoln/Mason 0667**

Progress Notes - 01/10/2020

**uchealth**

ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:         Sex: F
Visit date: 3/3/2020

## 03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

Clinical Notes (continued)

Fyzical Therapy and Balance Centers - Falcon
7622 McLaughlin Rd
Falcon, CO 80831-4710
Phone: (719)495-3133
Fax: (719)495-8985

**Daily Note /
Billing Sheet**

Patient Name: Mason, Jan K.
Date of Birth:
Document Date:

1: (10 Weeks) | Pt will be able to ascend/descend stairs with an alternating pattern. |
2: (10 Weeks) | Pt will improve her R hip active ROM to 115 deg to allow her to return to work with limited duty. |

Instructions: Progressing Patient Next Visit
progress per post op protocol

*Kerri Anne Tilker*

Kerri Anne Tilker, PT, DPT
License #0012153
Electronically Signed by Kerri Anne Tilker, PT, DPT on January 16, 2020 at 3:57 pm

Powered by **WebPT**

Printed on 7/29/20  3:01 PM

Page 56

**Lincoln/Mason 0668**

Progress Notes - 01/06/2020

ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:          Sex: F
Visit date: 3/3/2020

## uchealth

**03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)**

Clinical Notes (continued)

---

Fyzical Therapy and Balance Centers - Falcon
7622 McLaughlin Rd
Falcon, CO 80831-4710
Phone: (719)494-3133
Fax: (719)495-8685

**Daily Note /
Billing Sheet**

## ✕ FYZICAL
Therapy & Balance Centers

Patient Name: Mason, Jan K.
Date of Birth:
Referring Physician(s): HUANG, MICHAEL J. MD
Surgery: (Date/Type) 12/09/2019 R hip scope with labral revision
Visit No.: 7
Insurance Name: KAISER PERMANENTE

Date of Daily Note: 01/06/2020
Injury/Onset/Change of Status Date: 12/13/2019
Diagnosis: ICD10: M25.151: Fistula, right hip
Date of Original Eval: 12/13/2019

Treatment Diagnosis: ICD10: M25.151: Fistula, right hip

**[SUBJECTIVE]**

Treatment Side: Right
Current Complaints / Gains: Pt states she is having periods of time where her hip flexors don't hurt at all but at the other times she has mentioned of pain have been so bad that she has had periods where she hasn't been able to wear her brace

Pt: Pain from sp R hip scope with labral revision (12/9). Precautions: Pt is currently partial weight bearing at 30%. Hip immobilizer set to 30 deg hip flexion.
Before the injury/onset/change of status date, the patient was able to perform the following activities:
  Mobility: Walking & Moving Around:
Current Functional Limitations:
  Mobility: Walking & Moving Around:
Home Health Care: No
Medical History: High Blood Pressure, please see e-doc
Complicating/Personal Factors: Mechanism of injury/illness, Multiple Treatment Areas, Patient age
Mental Status/Cognitive Function Appears Impaired? No
  Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

**[OBJECTIVE]**

| Precautions | **partial weightbearing at 30% and hip immobilizer at 30 deg hip flexion for 4 weeks.** No hip flexion past 90 deg and no excessive hip ER. | Units |
| CPT® Code | Direct Timed Codes | |
| CPT 97110 | Therapeutic Exercise | |
| | To improve hip ROM and mm activation:<br>-Bilateral Ankle pumps<br>-Bilateral Quad sets<br>-Bilateral Glute sets<br>-AAROM hip abd<br>-AAROM heel slides<br>-Supine hip IR/ER<br>-SAQ<br>-AAROM Strap Abd to 30<br>-Adduction Ball Squeeze | |
| | 15 mins | |
| CPT 97140 | Manual Therapy | |
| | To improve hip mobility<br>-Passive hip ROM (avoided extension and excessive ER, flexion and abd motion)<br>-Incision Site STM | |
| | 25 mins | |

CPT copyright 2012 American Medical Association. All rights reserved.

**[ASSESSMENT]**

Assessment/Diagnosis: Pt remains sensitive to minor palpation of bilat ASIS and incision sites. Continuing to add light hip strengthening and although pt does report pain and slight fatigue with these she is able to complete all recommendations. Pt instructed to try added hip adduction squeezes with a pillow of roms as well just to keep hip strong until next follow up with doctor.
Patient Demonstrates Compliance with Prescribed HEP.
Rehab Potential: Good
Short Term Goals:
1.) (1 Week) ( Pt will be independent with initial home exercise program to progress towards discharge. (

1 of 2

Powered by **WebPT**

---

Printed on 7/29/20  3:01 PM

**Lincoln/Mason 0669**

Progress Notes - 01/06/2020

ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:       Sex: F
Visit date: 3/3/2020

uchealth

## 03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

Clinical Notes (continued)

Fyzical Therapy and Balance Centers - Falcon
7622 McLaughlin Rd
Falcon, CO 80831-4710
Phone: (719)495-3133
Fax: (719)495-8885

**Daily Note /
Billing Sheet**

Patient Name: Mason, Jan K.
Date of Birth:
Document Date: 1/6/2020

2: (5 Weeks)  | Pt will be able to ambulate without use of bilateral crutches. |
3: (5 Weeks)  | Pt will improve her passive HF to 90 deg to progress towards improved functional mobility |
Long Term Goals.
1: (10 Weeks)  | Pt will be able to ascend/descend stairs with an alternating pattern. |
2: (10 Weeks)  | Pt will improve her R hip active ROM to 115 deg to allow her to return to work with limited duty. |
Documentation was reviewed and approved by the therapist supervising treatment.

Instructions:  Progressing Patient Next Visit

Chelsea Fluci
Authored by Chelsea Fluci on January 6, 2020 at 4:46 pm

Kerri Anne Biles PT, DPT
License 40012153
Electronically Co-Signed by Kerri Anne Biles PT, DPT on January 7, 2020 at 8:54 am

Powered by WebPT

Lincoln/Mason 0670

Progress Notes - 01/02/2020

**ASPEN CK PRIM CARE OP**   Mason, Jan K
MRN: 3925160, DOB:         ; Sex: F
Visit date: 3/3/2020

# uchealth

---

**03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)**

Clinical Notes (continued)

---

Fyzical Therapy and Balance Centers - Falcon
70 22 McLaughlin Rd.
Falcon, CO 8 06 31 4710
Phone: (719)494-3133
Fax: (719)494-3 6 8 5

Daily Note /
Billing Sheet

**FYZICAL**
Therapy & Balance Centers

Patient Name: Mason, Jan K
Date of Birth:
Referring Physician(s): HU ANG, MICHAEL J MD
Surgery: (Date/Type): 12/09/2019 R hip scope with labral revision
Visit No.: 8
Insurance Name: KAISER PERMANENTE

Date of Daily Note: 01/02/2020
Injury/Onset/Change of Status Date: 12/13/2019
Diagnosis: ICD 10: M25.151 F estde. right hip
Date of Original Eval: 12/13/2019

Treatment Diagnosis: ICD 10: M25.151 F istide, right hip

## Subjective
Treatment Side: Right
Current Complaints / Gains: Pt states she is hurting real right now around that pelvic bone and on the R side of her glute, so much so that she did not want to take a shower this morning.

C/1: Pain from s/p R hip scope with labral revision (12/9). Precautions: Pt is currently partial weight bearing at 30%. Hip immobilizer set to 30 deg hip flexion.
Before the injury/onset/change of status date, the patient was able to perform the following activities:
   Mobility: Walking & Moving Around:
Current Functional Limitations:
   Mobility: Walking & Moving Around:
Home Health Care: No
Medical History: High Blood Pressure, please see e-doc
Complicating/Personal Factors: Mechanism of injury/illness, Multiple Treatment Areas, Patient age
Mental Status/Cognitive Function Appears Impaired? No
   Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| Precautions | **partial weightbearing at 30% and hip immobilizer at 30 deg hip flexion for 4 weeks. No hip flexion past 90 deg and no excessive hip ER.** | | |
|---|---|---|---|
| CPT® Code | Direct Timed Codes | | Units |
| GP 97110 | Therapeutic Exercise | | 1 |
| | To improve hip ROM and mm activation -Bilateral Ankle pumps -Bilateral Quad sets -Bilateral Glute sets -AAROM hip abd -AAROM heel slides -Supine hip IR/ER -SAQ -AAROM Sirsp Abd to 30 | | |
| | 15 mins | | |
| GP 97140 | Manual Therapy | | 2 |
| | To improve hip mobility -Passive hip ROM (avoided extension and excessive ER, flexion, and abd motion) -Indication Site STM | | |
| | 20 mins | | |

Per copyright 2018 American Medical Association. All rights reserved.

## Assessment
Assessment/Diagnosis: Pt is doing well with all PROM/AAROM and STM but does have pain with each of these. She is now reporting groin pain similar in that she had before her last surgery and is concerned with this. Scar tissue seems to responds well to STM along incision sites and groin area but pt continues to have pain post Tx. Pt declined modalities post Tx as she does these at home.
Patient Demonstrates Compliance with Prescribed HEP
Rehab Potential: Good
Short Term Goals:
1. (1 Week) | Pt will be independent with initial home exercise program to progress towards discharge. |
2. (5 Weeks) | Pt will be able to ambulate without use of bilateral crutches. |

Page 1 of 1

Powered by **WebPT**

---

Printed on 7/29/20 3:01 PM

Page 51

**Lincoln/Mason 0671**

Progress Notes - 01/02/2020

## uchealth

ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:    Sex: F
Visit date: 3/3/2020

### 03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

Clinical Notes (continued)

Fyzical Therapy and Balance Centers - Falcon    Patient Name: Mason, Jan K.
7622 McLaughlin Rd    Date of Birth
Falcon, CO 80831-4710    Document Date: 01/02/2020
Phone: (719)495-3133    **Daily Note /**
Fax: (719)495-8685    **Billing Sheet**

3. (5 Weeks)  | Pt will improve her passive KF to 90 deg to progress towards improved functional mobility. |

Long Term Goals:
1: (10 Weeks)  | Pt will be able to ascend/descend stairs with an alternating pattern. |
2: (10 Weeks)  | Pt will improve her R hip active ROM to 115 deg to allow her to return to work with limited duty. |
Documentation was reviewed and approved by the therapist supervising treatment.

Instructions: Progressing Patient Next Visit

Chelsea Fleck
Viewed by Chelsea Fleck on January 6, 2020 at 4:56 pm

Sandi Feeney PT, DPT

Sandi Feeney
License #PLT0018051
Electronically (S)Signed by Sandi Feeney on January 2, 2020 at 4:52 pm

Powered by WebPT

**Lincoln/Mason 0672**

Progress Notes - 12/30/2019



ASPEN CK PRIM CARE OP     Mason, Jan K
MRN: 3925160, DOB:     , Sex: F
Visit date: 12/30/2019

**12/30/2019 - Office Visit in UCHealth Aspen Creek Medical Center (continued)**

Clinical Notes (continued)

**Subjective:**

Pt is here for f/u

Pt had r labral repair. Surgery was performed 12/9/19. Pt feels worse than preop esp following therapy.

Pain definitely increased with therapy

Pt to have spinal stimulator done later next year.

Pt needs work on other hip as well.

Pt to resign her cable company job today as her pain persists.

HPI

**CURRENT MEDICATIONS:**

Current Outpatient Medications

| Medication | Sig |
|---|---|
| • LORATADINE (CLARITIN PO) | |
| • losartan (COZAAR) 100 mg tablet | Take 1 tablet by mouth daily. |
| • metoprolol succinate (TOPROL-XL) 100 mg 24 hr tablet | Take 1 tablet by mouth daily. |
| • norethindrone-e estrad-iron (MICROGESTIN FE 1/20, 28,) 1 mg-20 mcg (21)/75 mg (7) per tablet | Take 1 tablet by mouth daily. |
| • zolpidem (AMBIEN) 10 mg tablet | Take 1 tablet by mouth nightly at bedtime. |

No current facility-administered medications for this visit.

**ALLERGIES:** Patient has no known allergies.

I have reviewed, verified and personally updated the past medical, social and ROS history
reports that she has never smoked. She has never used smokeless tobacco. She reports previous alcohol use. She reports that she does not use drugs.

Review of Systems
Constitutional: Positive for fatigue. Negative for fever and unexpected weight change.
HENT: Negative for ear pain, hearing loss, rhinorrhea and tinnitus.
Eyes: Negative for discharge and visual disturbance.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and palpitations.
Gastrointestinal: Negative for abdominal pain, blood in stool, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for dysuria and hematuria.
Musculoskeletal: Positive for arthralgias, back pain and gait problem. Negative for myalgias.
Skin: Negative for rash.

Printed on 7/29/20 3:01 PM

**Lincoln/Mason 0673**

Progress Notes - 12/30/2019



ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:        , Sex: F
Visit date: 12/30/2019

## 12/30/2019 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

**Clinical Notes (continued)**

Neurological: Negative for dizziness, syncope and headaches.
Hematological: Negative for adenopathy. Does not bruise/bleed easily.
Psychiatric/Behavioral: Positive for dysphoric mood and sleep disturbance. Negative for confusion. The patient is nervous/anxious.

**Objective**
Objective:
Vital Signs:
**Visit Vitals**
BP              123/69
Pulse           75
Ht              1.727 m (5' 8")
Wt              89 kg (196 lb 3.2 oz)
SpO2            95%
BMI             29.83 kg/m²

**Physical Exam**
Constitutional:
  Appearance: Normal appearance. She is well-developed.
HENT:
  Head: Normocephalic and atraumatic.
  Right Ear: External ear normal.
  Left Ear: External ear normal.
  Nose: Nose normal.
  Mouth/Throat:
  Mouth: Mucous membranes are moist.
Eyes:
  Conjunctiva/sclera: Conjunctivae normal.
  Pupils: Pupils are equal, round, and reactive to light.
Neck:
  Musculoskeletal: Normal range of motion and neck supple.
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
  Heart sounds: Normal heart sounds.
Pulmonary:
  Effort: Pulmonary effort is normal.
  Breath sounds: Normal breath sounds.
Abdominal:
  General: Bowel sounds are normal.
  Palpations: Abdomen is soft.
Musculoskeletal: Normal range of motion.
  General: Tenderness present.
  Comments: **In a brace for R hip**
Skin:
  General: Skin is warm and dry.
Neurological:
  General: No focal deficit present.
  Mental Status: She is alert and oriented to person, place, and time.
  Deep Tendon Reflexes: Reflexes are normal and symmetric.
Psychiatric:
  Behavior: Behavior normal.
  Thought Content: Thought content normal.
  Judgment: Judgment normal.
  Comments: **Tearful at times.**

Printed on 7/29/20  3:01 PM                                    Page 11

**Lincoln/Mason 0674**

Progress Notes - 12/30/2019

# uchealth

ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:    , Sex: F
Visit date: 12/30/2019

## 12/30/2019 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

Clinical Notes (continued)

Procedures

**DATA:**
Results for orders placed or performed in visit on 18/07/19
POCT URINALYSIS AUTOMATED READER CPT 81003-MANUAL RESULT ENTRY

| Result | Value | Ref Range |
|---|---|---|
| Color Urine | yellow | |
| Appearance Urine | Clear | Clear - Clear |
| Glucose Urine POC | Negative | Negative - Negative |
| Bilirubin Urine POC | Negative | negative - negative |
| Ketones Urine POC | Negative | Negative |
| Specific Gravity Urine POC | 1.020 | 1.001 - 1.03 |
| Blood Urine POC | Negative | Negative - Negative |
| pH Urine POC | 5.0 | 4.6 - 8.0 |
| Protein Urine POC | Negative | Negative - Negative mg/dL |
| Urobilinogen Urine POC | 0.2 | 0.2 - 1.0 E.U./dl |
| Nitrite Urine POC | Negative | Negative - Negative |
| Leukocyte Esterase Urine POC | Negative | Negative |

**TIME/COUNSELING:**
N/A
Return to clinic if condition does not improve or worsens
Jeffrey Kent, MD

Electronically signed by Kent, Jeffrey R. MD at 12/31/2019  5.49 AM

## 03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center

Clinical Notes

Consults

Filed on 3/7/2020 12:57 AM

Scan on 3/7/2020 12:57 AM by Mojica Rosado, Marleana: CSOG (below)

**Lincoln/Mason 0675**

Progress Notes - 12/30/2019

ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:              Sex: F
Visit date: 3/3/2020

## uchealth

### 03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

Clinical Notes (continued)

---

Fyzical Therapy and Balance Centers - Falcon
76 22 McLaughlin Rd.
Falcon, CO 508 80-4716
Phone: (719)495-3133
Fax: (719)495-3685

**Daily Note /
Billing Sheet**

## FYZICAL
Therapy & Balance Centers

Patient Name: Mason, Jan K.
Date of Birth:
Referring Physician(s): RH ANSs, MSC HAEL  G: MD
Surgery: (Date/Type) 12/08/2019 R hip scope with labral revision
Visit No.: 5
Insurance Name: KAISER PERMANENTE

Date of Daily Note: 12/30/2019
Injury/Onset/Change of Status Date: 12/13/2018
Diagnosis: ICD 10: M25.151, F istula, right hip
Date of Original Eval: 12/13/2018

Treatment Diagnosis: ICD 10: M25 151: F istula, right hip

**SUBJECTIVE**

Treatment Side: Right
Current Complaints / Gains: Pt states that her bottom is really hurting more today and so is her low back. She states she got a chance to talk in her primary over the weekend and was told that even though she is hurting a little bit, that the movement is good and she should try what she can.

P1: Pain from sp R hip scope with labral revision (12/9) Precautions: Pt is currently partial weight bearing at 30%, hip immobilizer set to 30 deg hip flexion.
Before the injury/onset/change of status date, the patient was able to perform the following activities:
Mobility: Walking & Moving Around:
Current Functional Limitations:
Mobility: Walking & Moving Around:
Home Health Care: No
Medical History: High Blood Pressure, please see echo.
Complicating/Personal Factors:, Mechanism of injury/illness, Multiple Treatment Areas, Patient age.
Mental Status/Cognitive Function Appears Impaired? No
Current Medications: Prescription, Over The Counter
See ecos.
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

**OBJECTIVE**

| | | |
|---|---|---|
| Precautions | **partial weightbearing at 30% and hip immobilizer at 30 deg hip flexion for 4 weeks, no hip flexion past 90 deg and no excessive hip ER. | |
| CPT Code | Direct Timed Codes | Units |
| GP 97110 | Therapeutic Exercise | 1 |

To improve hip ROM and rim activation:
-Bilateral Ankle pumps
-Bilateral Quad sets
-Bilateral Glute sets
-AAROM hip abd
-AAROM heel slides
-Supine hip IR/ER
-SAQ
-AAROM Strap ABd to 30

15 mins

| | | |
|---|---|---|
| GP 97140 | Manual Therapy | 1 |

To improve hip mobility
-Passive hip ROM (avoided extension and excessive ER, flexion, and abc motion)
-Incision Site STM

25 mins

**Assessment**

Assessment/Diagnosis: Pt continues to be sensitive with any PROM/AAROM hip abduction/IR/ER and is weak with SLRs and SAQ's. This may be what caused flare up over the weekend but pt verbalizes understanding of needing to move and plans to continue HEP at home. TTP along L groin area during STM at dpt did need a slight release in the pressure due to this.
Patient Demonstrates Compliance with Prescribed HEP
Rehab Potential: Good
Short Term Goals:

Powered by *WebPT*

---

**Lincoln/Mason 0676**

Progress Notes - 12/30/2019

**uchealth**

ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:    , Sex: F
Visit date: 3/3/2020

## 03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

Clinical Notes (continued)

Pyzical Therapy and Balance Centers - Falcon
7622 McLaughlin Rd
Falcon, CO 80831-4710
Phone: (719)495-3130
Fax: (719)495-8685

Daily Note /
Billing Sheet

Patient Name: Mason, Jan K
Date of Birth:
Document Date: 12/30/2019

1. (1 Week) : Pt will be independent with initial home exercise program to progress towards discharge. :
2. (5 Weeks) : Pt will be able to ambulate without use of bilateral crutches. :
3. (5 Weeks) : Pt will improve re: passive RF to 90 deg to progress towards improved functional mobility. :

Long Term Goals:
1. (10 Weeks) : Pt will be able to ascend/descend stairs with an alternating pattern. :
2. (10 Weeks) : Pt will improve flex R hip active ROM to 115 deg to allow her to return to work with limited duty. :
Documentation was reviewed and approved by the therapist supervising treatment.

Instructions: Progressing Patient Next Visit.

Chelsea Flack
*Signed by Chelsea Flack on December 30, 2019 at 5:09 pm*

Kerri Annus Tiller, PT, DPT
License #0012153
*Electronically Co-Signed by Kerri Annus Tiller, PT, DPT on December 21, 2019 at 1:47 pm*

Powered by **WebPT**

**Lincoln/Mason 0677**

Progress Notes - 12/27/2019

**uchealth**

ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:    , Sex: F
Visit date: 3/3/2020

## 03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

Clinical Notes (continued)

---

Fyzical Therapy and Balance Centers - Falcon
76 22 McLaughlin Rd
Falcon, C O 8 09 31-4710
Phone: (719)495-3133
Fax: (719)495-4.6 8.6

**Daily Note /
Billing Sheet**


**FYZICAL**
Therapy & Balance Centers

Patient Name: Mason, Jan K .
Date of Birth:
Referring Physician(s): HU ANG, MIC HAEL J  MD
Surgery: (D ate/Type) 12/09/2019 R Hip scope with labral revision
Visit No.: 4
Insurance Name: K AISER PERMANENTE

Date of Daily Note: 12/27/2019
Injury/Onset/Change of Status Date: 12/13/2018
Diagnosis: IC D 10, M25 151: Fistula, right hip
Date of Original Eval: 12/13/2018

Treatment Diagnosis: ICD 10, M25 151 Fistula right hip

**SUBJECTIVE**

Treatment Side: Right
Current Complaints / Gains: Pt states she is still getting glute pain that she thinks is nothing muscle related, more so from her flexion. She states she thinks that being in a sitting position over Christmas all day and the weather today are causing it to hurt more.

P1: Pain from so R hip scope with labral revision (12/9). Precautions: Pt is currently partial weight bearing at 30%. Hip immobilizer set to 30 deg hip flexion
Before the injury/onset/change of status date, the patient was able to perform the following activities:
Mobility: Walking & Moving Around:
Current Functional Limitations:
Mobility: Walking & Moving Around:
Home Health Care: No
Medical History: High Blood Pressure, please see notes
Complicating/Personal Factors: Mechanism of injury/ fitness, Multiple Treatment Areas, Patient age
Mental Status/Cognitive Function Appears Impaired? No
Current Medications: Prescription, Over The Counter
See notes
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

**OBJECTIVE**

| Precautions | **partial weightbearing at 30% and hip immobilizer at 30 deg hip flexion for 4 weeks. No hip flexion past 90 deg and no excessive h p ER | |
|---|---|---|
| CPT Code | Direct Timed Codes | Units |
| GP:97110 | Therapeutic Exercise | 1 |

To improve hip ROM and core activation:
-Bilateral Ankle pumps
-Bilateral Quad sets
-Bilateral Glute sets
-AAROM hip abd
-AAROM heel slides
-Supine hip IR/ER
-SAQ

15 mins

| GP:97140 | Manual Therapy | |

To improve hip mobility:
-Passive hip ROM (avoided extension and excessive ER, flexion, and abd motion)
-Posterior S/ile STM

25 mins

CPT copyright 2019 American Medical Association. All rights reserved.

**ASSESSMENT**

Assessment/Diagnosis: Pt demonstrates mild sensitivity to the R hip incision site with moderate to deeper pressure to the area. She is still compliant with 30% WB precautions and using axillary crutches for ambulation. Added SAQ today to continue quad strengthening and pt did great with this addition, no c/o pain or discomfort. Pt declined modalities post Tx today.
Patient Demonstrates Compliance with Prescribed HEP
Rehab Potential: Good
Short Term Goals:
1' (1 Week) : Pt will be independent with initial home exercise program to progress towards discharge. |

Powered by **WebPT**

---

**Lincoln/Mason 0678**

Progress Notes - 12/27/2019

**uchealth**

ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:          Sex: F
Visit date: 3/3/2020

## 03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

Clinical Notes (continued)

Fyzical Therapy and Balance Centers - Falcon          Patient Name: Mason, Jan K.
7622 McLaughlin Rd                                    Date of Birth:
Falcon, CO 80831-4710                                 Document Date:
Phone: (719)494-3133          **Daily Note /**
Fax: (719)495-8855            **Billing Sheet**

2. (5 Weeks) | Pt will be able to ambulate without use of bilateral crutches. |
3. (5 Weeks) | Pt will improve her passive HF to 90 deg to progress towards improved functional mobility. |
Long Term Goals:
1. (10 Weeks) | Pt will be able to ascend/descend stairs with an alternating pattern. |
2. (10 Weeks) | Pt will improve her R hip active ROM to 115 deg to allow her to return to work with limited duty. |
Documentation was reviewed and approved by the therapist supervising treatment.

Instructions: Progressing Patient Next Visit

Chelsea Flack
Created by Chelsea Flack on December 26, 2019 at 4:52 pm

Taylor Pfeifer PT, DPT, CSCS

Taylor Mark Pfeifer, PT, DPT, CSCS
License #0016575
Electronically Cosigned by Taylor Mark Pfeifer, PT, DPT, CSCS on December 27, 2019 at 4:06 pm

Powered by WebPT

Lincoln/Mason 0679

Progress Notes - 12/24/2019

**uchealth**

ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:    Sex: F
Visit date: 3/3/2020

## 03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

Clinical Notes (continued)

Fyzical Therapy and Balance Centers - Falcon
7822 McLaughlin Rd
Falcon, C O 8 08 31-4710
Phone: (719)495-3133
Fax: (719)495-8 6 8 5

**Daily Note /
Billing Sheet**

**FYZICAL** Therapy & Balance Centers

Patient Name: Mason, Jan K .
Date of Birth:
Referring Physician(s): HU ANG, MIC HAEL J. MD
Surgery: (D ate/Type) 12/09/2019 R hip scope with fabral revision
Visit No.: 3
Insurance Name: K AISER PERMANENTE

Date of Daily Note: 12/24/2019
Injury/Onset/Change of Status Date: 12/13/2019
Diagnosis: IC D 10 M26.151: F istula, right hip
Date of Original Eval: 12/13/2019

Treatment Diagnosis: IC D 10, M26.151: F istula, right hip

**Subject**

Treatment Side: Right

Current Complaints / Gains: Pt states she hasn't been doing much of anything today so her hip is feeling okay today. She states he had a post op appt yesterday and he flexed her leg quite a bit and that really seemed to flare it up the whole day. She states she is having several areas of pain along her R g'ute. (points in proximal glute med/iliac crest on R aspect of glute.)

P t: Pain from s/p R hip scope with fabral revision (12/9). Precautions: Pt is currently partial weight bearing at 30%. Hip immobilizer set to 30 deg hip flexion.
Before the injury/onset/change of status date, the patient was able to perform the following activities:
    Mobility: Walking & Moving Around:
Current Functional Limitations:
    Mobility: Walking & Moving Around:
Home Health Care: No
Medical History: High Blood Pressure, please see e-doc
Complicating/Personal Factors: Mechanism of injury/illness, Multiple Treatment Areas, Patient age
Mental Status/Cognitive Function Appears Impaired? No
Current Medications: Prescription, Over The Counter
    See edocs
    Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative

**Objective**

| Precautions | **partial weightbearing at 30% and h/o immobilizer at 30 deg hip flexion for 4 weeks. No hip flexion past 90 deg and no excessive hip ER. | |
|---|---|---|
| **CPT Code** | **Direct Timed Codes** | **Units** |
| GP-97110 | Therapeutic Exercise | 1 |
| | To improve hip ROM and mm activation: | |
| | -Bilateral Ankle pumps | |
| | -Bilateral Quad sets | |
| | -Bilateral Glute sets | |
| | -AAROM hip abd | |
| | -AAROM heel slides | |
| | -Supine hip IR/ER | |
| | 15 mins | |
| GP-97140 | Manual Therapy | 2 |
| | To improve hip mobility: | |
| | -Passive hip ROM (avoided extension and excessive ER, flexion, and abd motion) | |
| | -Anasion Side STM | |
| | 25 mins | |

**Assessment**

Assessment/Diagnosis: Pt is very aware of her protocol and follows it accordingly. Despite subjective pain in R glute, pt declined any manual therapy in the area due to a history of manual therapy to the area causing flare ups in the past. Incision sites are clean and healing well, no TTP to note with palpation/STM to the area. Pt declined modalities post Tx.
Patient Demonstrates Compliance with Prescribed HEP
Rehab Potential: Good
Short Term Goals:
1. (1 Week) | Pt will be independent with entire home exercise program to progress towards discharge. |
2. (5 Weeks) | Pt will be able to ambulate without use of bilateral crutches. |

Powered by **WebPT**

Lincoln/Mason 0680

Progress Notes - 12/24/2019

ASPEN CK PRIM CARE OP     Mason, Jan K
MRN: 3925160, DOB:         Sex: F
Visit date: 3/3/2020

## uchealth

### 03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

Clinical Notes (continued)

Pyxical Therapy and Balance Centers - Falcon
7422 McLaughlin Rd
Falcon, CO 80831-4710
Phone: (719) 495-3439
Fax: (719) 495-4885

**Daily Note /
Billing Sheet**

Patient Name: Mason, Jan K
Date of Birth:
Document Date: 12/24/2019

3. (5 Weeks)   Pt will improve her passive HF to 90 deg to progress towards improved functional mobility
Long Term Goals:
1. (10 Weeks)   Pt will be able to ascend/descend stairs with an alternating pattern
2. (10 Weeks)   Pt will improve her R hip active ROM to 115 deg to allow her to return to work with limited duty.
Documentation was reviewed and approved by the therapist supervising treatment.

Plan:
Instructions: Progressing Patient Next Visit

Chelsea Fleck
Entered by Chelsea Fleck on December 24, 2019 at 12:12 pm

Kerri Anna Tiller, PT, DPT
License #0012152
Electronically Co-Signed by Kerri Anna Tiller, PT, DPT on December 27, 2019 at 7:20 am

Powered by **WebPT**

Lincoln/Mason 0681

Progress Notes - 12/17/2019

ASPEN CK PRIM CARE OP     Mason, Jan K
                          MRN: 3925160, DOB:        , Sex: F
**uchealth**              Visit date: 3/3/2020

**03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)**

Clinical Notes (continued)

---

Fyzical Therapy and Balance Centers - Falcon
7632 McLaughlin Rd
Falcon, CO OR 31-4710            **Daily Note /**        **✕ FYZICAL**
Phone: (719)495-3153            **Billing Sheet**         Therapy & Balance Centers
Fax: (719)495-6665

Patient Name: Mason, Jan K          Date of Daily Note: 12/17/2019
Date of Birth:                      Injury/Onset/Change of Status Date: 12/13/2019
Referring Physician(s): HUANG, MICHAEL J. MD    Diagnosis: ICD 10 M25.151: Fistula, right hip
Surgery: (DAtt/Type): 12/09/2019 R hip scope with labral    Date of Original Eval: 12/13/2019
revision
Visit No.: 2                        Treatment Diagnosis: ICD 10, M25.151: Fistula, right hip
Insurance Name: KAISER PERMANENTE

**SUBJECTIVE**
Treatment Side: Right
Current Complaints / Gains: Pt reports that her hip has been feeling okay today but she has been worried about progressing her exercises too quickly.

Pt: Pain from s/p R hip scope with labral revision (12/9). Precautions: Pt is currently partial weight bearing at 30%. Hip immobilizer set to 30 deg hip flexion.
Before the injury/onset/change of status date, the patient was able to perform the following activities:
   Mobility: Walking & Moving Around:
Current Functional Limitations:
   Mobility: Walking & Moving Around:
Home Health Care: No
Medical History: High Blood Pressure, please see e-doc
Complicating/Personal Factors: Mechanism of injury/illness, Multiple Treatment Areas, Patient age
Mental Status/Cognitive Function Appears Impaired? No
Current Medications: Prescription, Over The Counter
   See e-docs
   Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

**OBJECTIVE**
Precautions            **partial weight bearing at 30% and hip immobilizer at 30 deg hip flexion for 4 weeks.
                       No hip flexion past 90 deg and no excessive hip ER.

| CPT Code | Direct Timed Codes | Units |
|---|---|---|
| GP 97110 | Therapeutic Exercise | 2 |
| | To improve hip ROM and mm activation: | |
| | -Bilateral Ankle pumps | |
| | -Bilateral Quad sets | |
| | -Bilateral Glute sets | |
| | -AAROM hip abd | |
| | -AAROM heel slides | |
| | -Sup ne hip IR/ER | |
| | 30 mins | |
| GP 97140 | Manual Therapy | 1 |
| | To improve hip mobility: | |
| | -Passive hip ROM (avoided extension and excessive ER, flexion and abd motion) | |
| | 20 mins | |
| | | |
| Pool Treatment | GP 10 wks | |

**ASSESSMENT**
Assessment/Diagnosis: Pt tolerated treatment well and denied increase in pain with additional therex. Pt reported that she has been having increased back/SI pain since surgery and would benefit from stretches and STM to this area at future appointments.
Patient Demonstrates Compliance with Prescribed HEP
Rehab Potential: Good
Short Term Goals:
1 - (1 Week): Pt will be independent with initial home exercise program to progress towards discharge. [

                                                              Documented in WebPT™

---

Printed on 7/29/20 3:01 PM                                                        Page 43

**Lincoln/Mason 0682**

Progress Notes - 12/17/2019

**uchealth**

ASPEN CK PRIM CARE OP     Mason, Jan K
MRN: 3925160, DOB:             , Sex: F
Visit date: 3/3/2020

## 03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

Clinical Notes (continued)

Fyzical Therapy and Balance Centers - Falcon
76 2? McLaughlin Rd
Falcon, C O 808 31-4710
Phone: (719)495-3133
Fax: (719)4858 6 05

**Daily Note /
Billing Sheet**

Patient Name: Mason, Jan K..
Date of Birth:
Document Date: 12/17/2019

2. (6 Weeks) | Pt will be able to ambulate without use of bilateral crutches. [
3. (6 Weeks) | Pt will improve her passive HF to 90 deg to progress towards improved functional mobility. |
Long Term Goals:
1. (10 Weeks) Pt will be able to ascend/descend stairs with an alternating pattern. |
2. (10 Weeks) Pt will improve her R hip active ROM to 115 deg to allow her to return to work with limited duty. ;

Instructions: Progressing Patient Next Visit

*Jennifer Mulligan OT/ SPT*

Jennifer Mulligan
License #PT0.0015970
Electronically Signed by Jennifer Mulligan on December 17, 2019 at 13:32 pm

Generated in **WebPT**

Printed on 7/29/20  3:01 PM

Page 44

**Lincoln/Mason 0683**

Progress Notes - 12/13/2019

uchealth

ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:                Sex: F
Visit date: 3/3/2020

## 03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

### Clinical Notes (continued)

Fyzical Therapy and Balance Centers - Falcon
7622 McLaughlin Rd
Falcon, CO 808 31-4710
Phone: (719)495-3133
Fax: (719)495-8685

**Plan of Care**

 FYZICAL
Therapy & Science Centers

Patient Name: Mason, Jan K .
Date of Birth:
Referring Physician(s): HU ANG, MIC HAEL J . MD
Surgery: (Date/Type): 12/09/2019 R hip scope with labral revision
Visit No.: 1

Date of Plan of Care: 12/13/2019
Injury/Onset/Change of Status Date: 12/13/2019
Diagnosis: IC D 10: M25 151: F istula, right hip
Date of Original Eval: 12/13/2019

Treatment Diagnosis: IC D 10: M25,151: F istula right hip

**Assessment**

Assessment/Diagnosis: Pt is a 47 y/o female who is s/p R hip labrum reconstruction. Pt is currently PWB and is wearing a hip immobilizer set to 30 deg. Pt demonstrates s/sx consistent with post-op labral repair. Pt will benefit from skilled PT to return her to pain free functional mobility within protocol.
Patient Education: HEP, role of PT, and prognosis.
Patient Demonstrates Compliance with Prescribed HEP
Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient (parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current treatment plan.
Rehab Potential: Good
Contraindications to Therapy: None
Short Term Goals:
1. (1 Week) | Pt will be independent with initial home exercise program to progress towards discharge. |
2. (6 Weeks) | Pt will be able to ambulate without use of bilateral crutches. |
3. (6 Weeks) | Pt will improve her passive HF to 90 deg to progress towards improved functional mobility. |
Long Term Goals:
1. (10 Weeks) | Pt will be able to ascend/descend stairs with an alternating pattern. |
2. (10 Weeks) | Pt will improve her R hip active ROM to 115 deg to allow her to return to work, with limited duty. |

**Plan**

Frequency: 1-2 times a week
Duration: 16
Plan: Begin Plan as Outlined
Treatment to be provided:

**Procedures**
Therapeutic Exercises, Therapeutic Activity, Gait Training, Neuromuscular Rehabilitation, Manual Therapy, Massage, Splinting/ Taping, Patient Education

**Modalities**
Electrical Stimulation, Ultrasound/Phonophoresis, Cryotherapy, Hot Packs

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this    Please sign and return. Fax#: (719)495-8685
plan of care, please contact me at (719)495-3133.

I certify the need for these services furnished under this plan of treatment and while under my care,

____ I have no revisions to the plan of care.
____ Revise the plan of care as follows ..............................
..........................................................................

*Taylor Pfeifer PT, DPT, CSCS*

Taylor Mark Pfeifer, PT, DPT, CSCS
License #0018675
Electronically signed by Taylor Mark Pfeifer, PT, DPT, CSCS on December 15, 2019 at 5:41 pm

Physician Signature _____
M. J HUANG, MD
Date: _____    Time: _____

Lincoln/Mason 0684

Progress Notes - 12/13/2019

ASPEN CK PRIM CARE OP        Mason, Jan K
                             MRN: 3925160, DOB:          Sex: F
**uchealth**                 Visit date: 3/3/2020

---

**03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)**

Clinical Notes (continued)

---

Fyzical Therapy and Balance Centers - Falcon
78 22 McLaughlin Rd
Falcon, CO 898 31-4710
Phone: (719) 45-3133              Daily Note /         **FYZICAL**
Fax: (719) 956 6 85             Billing Sheet          Therapy & Balance Centers

Patient Name: Mason, Jan K .              Date of Daily Note: 12/13/2019
Date of Birth:                            Injury/Onset/Change of Status Date: 12/13/2019
Referring Physician(s): HUANG, MICHAEL J, MD      Diagnosis: ICD 10: M25.151: Fistula, right hip
Surgery: (Date/Type) 12/09/2019 R hip scope with labral    Date of Original Eval: 12/13/2019
revision
Visit No.: 1                              Treatment Diagnosis: ICD 10: M25.151: Fistula, right hip
Insurance Name: KAISER PERMANENTE

**Subjective**
Treatment Side: Right
Current Complaints / Gains: Pt: Pain from s/p R hip scope with labral revision (12/9). Precautions. Pt is currently partial
weight bearing at 30%, Hip immobilizer set to 30 deg hip flexion.
Before the injury/onset/change of status date, the patient was able to perform the following activities:
    Mobility: Walking & Moving Around:
Current Functional Limitations:
    Mobility: Walking & Moving Around:
Pain Location: anterior R hip
    Pain Scale: Worst: 4 Best: 0 Current: 2
    Pain Follow-up Plan: Monitor each session
Home Health Care: No
Medical History: High Blood Pressure, please see e-doc
Complicating/Personal Factors: Mechanism of Injury Illness, Multiple Treatment Areas, Patient age
Mental Status/Cognitive Function Appears Impaired? No
Current Medications: Prescription, Over The Counter
    See edocs
    Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or
authorized representative.

**Objective**
Precautions          **partial weightbearing at 30% and hip immobilizer at 30 deg hip flexion for 4 weeks.
                     No hip flexion past 90 deg and no excessive hip ER.
CPT Code             Direct Timed Codes                                                  Units
GP:97110             Therapeutic Exercise                                                1
                     To improve hip ROM and activation.
                     -Bilateral Ankle pumps
                     -Bilateral Quad sets
                     -Bilateral Glute sets

                     15 mins
GP:97140             Manual Therapy                                                      1
                     To improve hip mobility:
                     -Passive hip ROM (avoided extension and excessive ER, flexion, and
                     abd motion)

                     10 mins

CPT Code             Untimed Codes                                                       Units
GP:97162             PT Evaluation: Moderate Complexity                                  1

**Assessment**
Assessment/Diagnosis: Pt is a 47 y/o female who is s/p R hip labrum reconstruction. Pt is currently PWBing and is weaning a
hip immobilizer set to 30 deg. Pt demonstrates sx consistent with post-op labral repair. Pt will benefit from skilled PT to return
her to pain free functional mobility within protocol.
Patient Education: HEP, role of PT, and prognosis
Patient Demonstrates Compliance with Prescribed HEP
Rehab Potential: Good
Short Term Goals:
1. (1 Week) (Pt will be independent with initial home exercise program to progress towards discharge.)

                                                                                        16 info PT .

---

**Lincoln/Mason 0685**

Progress Notes - 12/13/2019

ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:    Sex: F
Visit date: 3/3/2020

uchealth

## 03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

Clinical Notes (continued)

Fyztcal Therapy and Balance Centers - Falcon
76 22 McLaughlin Rd
Falcon, C O 8.00 31-4713
Phone: (719) 495-3133
F ax (719) 495.6.6 8.5

**Daily Note / Billing Sheet**

Patient Name: Mason, Jan K
Date of Birth:
Document Date: 12/13/2019

2: (5 Weeks) | Pt will be able to ambulate without use of bilateral crutches. |
3: (5 Weeks) | Pt will improve her passive HF to 90 deg to progress towards improved functional mobility. |
Long Term Goals:
1: (10 Weeks) | Pt will be able to ascend/descend stairs with an alternating pattern. |
2: (10 Weeks) | Pt will improve her R hip active ROM to 115 deg to allow her to return to work with limited duty. |

Plan:

Instructions:  Progressing Patient Next Visit

Taylor Pfeifer PT, DPT, CSCS

Taylor Mark Pfeifer, PT DPT, CSCS
License #0016515
Electronically Signed by Taylor Mark Pfeifer, PT, D PT, CS CS on December 15, 2019 at 3:14 pm

Powered by WebPT

Lincoln/Mason 0686

Progress Notes - 12/13/2019

ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:         Sex: F
Visit date: 3/3/2020

## uchealth

---

### 03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

Clinical Notes (continued)

---

Fyzical Therapy and Balance Centers - Falcon
T: 22 McLaughlin Rd
Falcon, CO 808 314-4730
Phone: (719)495-3133
Fax: (719)495-5985

**Physical Therapy
Initial
Examination**

**FYZICAL**
Therapy & Balance Centers

Patient Name: Mason, Jan K.
Date of Birth:
Referring Physician(s): HU ANG MICHAEL J, MD
Surgery: (Date/Type) 12/09/2019 R hip scope with labral revision
Treatment Diagnosis: ICD 10: M25.151: Fistula, right hip

Date of Initial Examination: 12/13/2019
Injury/Onset/Change of Status Date: 12/13/2019
Diagnosis: ICD 10 M25.151 F istula, right hip
Visit No.: 1

**Subjective**

Treatment Side: Right
History of Present Condition/Mechanism of Injury: Pt reports to the clinic s/p R hip scope with labral reconstruction (12/9). Pt had a previous labrum reconstruction an (4/12); this previous surgery failed and recently underwent a revision. Pt was not provided with a specific protocol besides restrictions noted in Educs. Please reach out to surgeon to attain a protocol.

Pt has a past hx of SIJ fusion.
Primary Concern/Chief Complaint: Pt Pain from s/p R hip scope with labral revision (12/9). Precautions: Pt is currently partial weight bearing at 30%. Hip immobilizer set to 30 deg hip flexion.
Before the injury/onset/change of status date, the patient was able to perform the following activities:
   Mobility: Walking & Moving Around:
Current Functional Limitations:
   Mobility: Walking & Moving Around:
Pain Location: anterior R hip
   Pain Scale: Worst: 4 Best: 0 Current: 2
   Pain Follow-up Plan: Monitor each session
Home Health Care: No
Medical History: High Blood Pressure, please see e-doc
Complicating/Personal Factors: Mechanism of injury illness, Multiple Treatment Areas, Patient age
Medical History Review: The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
Mental Status/Cognitive Function Appears Impaired? No
Current Medications: Prescription, Over The Counter
   See edocs
   Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.
Patient Goals: Pt wishes to return to every day life pain free.

**Objective**

Inspection

Body Mass Index
Weight          150
Height          58
Units           lbs/in
Index           24.21

Outcome Measurement Tools

Lower Extremity
Lower Extremity Functional Scale     See edocs/80

Observation

WB Status       PWB
Compliant with  Yes
Weight Restrictions?

Assistive Device
Type            FW Walker

Powered by **WebPT**

---

**Lincoln/Mason 0687**

Progress Notes - 12/13/2019



ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:
Visit date: 3/3/2020    Sex: F

## 03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

Clinical Notes (continued)

Fyzical Therapy and Balance Centers - Falcon
7622 McLaughlin Rd
Falcon, CO 80631-4718
Phone, (719)495-3133
Fax (719)495-1685

**Physical Therapy
Initial
Examination**

Patient Name: Mason, Jan K
Date of Birth:
Document Date: 12/13/2019

Hand U sed    Bilateral

Comments    Pt is wearing a hip immobilizer set to 30 deg hip flexion

Range of Motion

| Hip PROM | Right | Left |
|---|---|---|
| Flexion | 70° | Not Tested |
| Adduction | 5° | Not Tested |

Comments    Full hip ROM measurements were not obtained due to acuteness of surgery and pain

Strength

Gross Muscle Tests Lower

Comments    R LE strength not tested due to to WBing precautions.

Palpation

Comments    TTP R glute max and quad.

Assessment/Diagnosis: Pt is a 47 y/o female who is s/p R hip labrum reconstruction. Pt is currently PWBing and is wearing a
hip immobilizer set to 30 deg. Pt demonstrates exam consistent with post-op labral repair. Pt will benefit from skilled PT to return
her to pain free functional mobility within protocol
Patient Clinical Presentation: The clinical presentation is evolving with changing characteristics.
Patient Education: HEP, role of PT, and prognosis
Patient Demonstrates Compliance with Prescribed HEP
Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient
(parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current
treatment plan.
Rehab Potential: Good
Contraindications to Therapy: None
Short Term Goals:
1 (1 Week) | Pt will be independent with initial home exercise program to progress towards discharge.
2 (5 Weeks) | Pt will be able to ambulate without use of bilateral crutches.
3 (5 Weeks) | Pt will improve her passive HF to 80 deg to progress towards improved functional mobility.
Long Term Goals:
1 (10 Weeks) | Pt will be able to ascend/descend stairs with an alternating pattern.
2 (10 Weeks) | Pt will improve her R hip active ROM to 115 deg to allow her to return to work with limited duty.

WebPT

**Lincoln/Mason 0688**

Progress Notes - 12/13/2019



ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:         , Sex: F
Visit date: 3/3/2020

---

### 03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

Clinical Notes (continued)

---

Fyzical Therapy and Balance Centers - Falcon
76 22 Mcl. aughlin Rd.
F alcon, C O 808 31-4710
Phone: (719)485-3133
F ax: (719)495-8 6 65

**Physical Therapy
Initial
Examination**

Patient Name: Mason, Jan K
Date of Birth
Document Date: 12/13/2019

Frequency:  1-2 times a week
Duration:  16
Plan:  Begin Plan as Outlined
Treatment to be provided:

Procedures
Therapeutic Exercises, Therapeutic Activity, Gait Training, Neuromuscular Rehabilitation, Manual Therapy, Massage, Splinting/
taping, Patient Education

Modalities
Electrical Stimulation, Ultrasound/Phonophoresis, Cryotherapy, Hot Packs

---

Certification of Medical Necessity. It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (719)485-3133.

Please sign and return. Fax#: (719)485-8665

I certify the need for these services furnished under his plan of treatment and while under my care

____ I have no revisions to the plan of care.
____ Revise the plan of care as follows ____

*Taylor Hofer PT, DPT, CSCS*

Taylor Mare Pfeifer, PT, DPT, CSCS
License 800 18575
Electronically Signed by Taylor Mare Pfeifer PT, DPT, CSCS on December 15, 2019 at 5:45 p.m

Physician Signature ____
          M. J. HUANG, MD

Date ____    Time: ____
                    Powered by WebPT

---

**Lincoln/Mason 0689**

Progress Notes - 11/11/2019



ASPEN CK PRIM CARE OP   Mason, Jan K
MRN: 3925160, DOB:          Sex: F
Visit date: 11/11/2019

## 11/11/2019 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

Clinical Notes (continued)

Patient ID: Jan K Mason is a 47 y.o. female who presents to UCHealth Aspen Creek Medical Center for
Chief Complaint
Patient presents with
- Other
    throat pain from swallowing glass on sunday

Patient presents to clinic after dropping a glass dish. Particles went from broken dish to another dish where food was prepared.
Patient ate off stated dish and states that now every time swallows whether solids or liquids patient has "scrapping sensation."
Patient does not note any bleeding, no issues with bowels at present time. Patient is having no chest pain and no shortness of
breath. No blood in sputum or stool.

**CURRENT MEDICATIONS:**
Current Outpatient Medications
| Medication | Sig |
| --- | --- |
| indomethacin (INDOCIN) 50 mg capsule | TK ONE C PO BID WF |
| LORATADINE (CLARITIN PO) | |
| losartan (COZAAR) 100 mg tablet | Take 1 tablet by mouth daily. |
| metoprolol succinate (TOPROL-XL) 100 mg 24 hr tablet | Take 1 tablet by mouth daily. |
| norethindrone-e estrad-iron (MICROGESTIN FE 1/20, 28,) 1 mg-20 mcg (21)/75 mg (7) per tablet | Take 1 tablet by mouth daily. |
| zolpidem (AMBIEN) 10 mg tablet | TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME |

No current facility-administered medications for this visit.

**ALLERGIES:** Patient has no known allergies.

I have reviewed, verified and personally updated the past medical and ROS history.

Review of Systems
Constitutional: Negative. Negative for activity change, appetite change, chills, fatigue and fever.
HENT: Negative. Negative for congestion, ear pain, postnasal drip, rhinorrhea, sinus pressure, sore throat, trouble swallowing
**(Pain w/swallowing)** and voice change.
Eyes: Negative.
Respiratory: Negative. Negative for cough, shortness of breath and wheezing.
Cardiovascular: Negative. Negative for chest pain.
Gastrointestinal: Negative. Negative for abdominal pain, diarrhea, nausea and vomiting.
Genitourinary: Negative.
Musculoskeletal: Negative. Negative for arthralgias and myalgias.
Skin: Negative. Negative for color change.
Neurological: Negative. Negative for weakness and headaches.
Hematological: Negative. Negative for adenopathy.
Psychiatric/Behavioral: Negative. Negative for sleep disturbance.

Objective
Objective:
Vital Signs:

**Lincoln/Mason 0690**

Progress Notes - 11/11/2019



ASPEN CK PRIM CARE OP     Mason, Jan K
MRN: 3925160, DOB:     , Sex: F
Visit date: 11/11/2019

## 11/11/2019 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

Clinical Notes (continued)

**Visit Vitals**

| | |
|---|---|
| BP | (!) 146/92 |
| Pulse | 80 |
| Ht | 1.727 m (5' 8") |
| Wt | 87.5 kg (193 lb) |
| SpO2 | 98% |
| BMI | 29.35 kg/m² |

**Physical Exam**

Constitutional:
  General: She is awake.
  Appearance: Normal appearance.
HENT:
  Head: Normocephalic.
  Mouth/Throat:
  Mouth: Mucous membranes are moist.
  Pharynx: No pharyngeal swelling or posterior oropharyngeal erythema.
Neck:
  Musculoskeletal: Full passive range of motion without pain and normal range of motion
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
  Pulses: Normal pulses.
  Heart sounds: Normal heart sounds. No murmur.
Pulmonary:
  Effort: Pulmonary effort is normal.
Skin:
  General: Skin is warm.
Neurological:
  Mental Status: She is alert.

Procedures
None

**DATA:**
N/A

**TIME/COUNSELING:**
N/A

I saw this patient in conjunction with K. Meyers, FNP Student and agree with his assessment and plan. Staci Ruddy, FNP-C

Electronically signed by Ruddy, Staci L, FNP at 11/11/2019 4:53 PM

**Procedures**

**GI upper endoscopy with signs & symptoms (Active)**

| | |
|---|---|
| Electronically signed by **Meyers, Kenneth on 11/11/19 1517** | Status: **Active** |
| Ordering user: Meyers, Kenneth 11/11/19 1517     Authorized by: Ruddy, Staci L, FNP | |
| Ordering mode: Standard | |

**Lincoln/Mason 0691**

Progress Notes - 11/11/2019

## uchealth

ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:    Sex: F
Visit date: 11/11/2019

### 11/11/2019 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

**Procedures (continued)**

Frequency: STAT 11/11/19 –    Class: External Authorization
Quantity: 1
Diagnoses
Swallowed foreign body, initial encounter [T18.9XXA]

**Questionnaire**

| Question | Answer |
|---|---|
| Indication | Other (specify in comments) Comment - Patient swallowed piece of glass plate |
| Sedation risk-heart disease, lung disease, unstable medical condition | No |
| Diabetic: decrease insulin by 1/2 on proc prep day & procedure day | Patient not diabetic |
| Diabetic: skip morning dose of oral medication on day of procedure | Patient not diabetic |
| If on a blood thinner (warfarin, DOAC, other) or non-aspirin, antiplatelet agent (clopidogrel, other), patient may stop this medication prior to their endoscopy: | N/A - Patient not on blood thinner/antiplatelet med |

Order comments: Referral to Circle and Union Associates in Gastroenterology 719-635-7321

**Indications**

Swallowed foreign body, initial encounter [T18.9XXA (ICD-10-CM)]

### 12/30/2019 - Office Visit in UCHealth Aspen Creek Medical Center

**Clinical Notes**

**Progress Notes**

**Kent, Jeffrey R, MD at 12/30/2019 1:30 PM**

Author: Kent, Jeffrey R, MD    Service: —    Author Type: Physician
Filed: 12/31/2019 5:49 AM    Encounter Date: 12/30/2019    Status: Signed
Editor: Kent, Jeffrey R, MD (Physician)

**Plan**
**Assessment and Plan:**

|  |  | ICD-10-CM |
|---|---|---|
| 1. | Chronic low back pain with sciatica, sciatica laterality unspecified, unspecified back pain laterality | M54.40 |
|  |  | G89.29 |

proceed as soon as possible with spinal cord stimulator ---pt currently recovering from hip surgery

| 2 | Sacroiliac joint pain | M53.3 |
|---|---|---|

cont pain mgmt

| 3. | Tear of right acetabular labrum, sequela | S73.191S |
|---|---|---|

continue rehab and will see if hip replacement is necessary
No medications were added in this encounter.

**Subjective**

Printed on 7/29/20 3:01 PM    Page 9

**Lincoln/Mason 0692**

Progress Notes - 10/25/2019



ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:        Sex: F
Visit date: 3/3/2020

## 03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

### Clinical Notes (continued)

South Campus
4110 Briargate Parkway, Suite 360
Colorado Springs, CO 80920
Phone 719-822-2889
Fax: 719-632-0088

Colorado Springs
Orthopaedic Group

www.csog.net

North Campus
1719 Lake Place Drive, Suite 100
Colorado Springs, CO 80906
Phone 719-632-7669
Tel: 719-632-0088

Patient Name: Jan K Mason, 505290      Encounter Date: 10/25/2019      Date of birth:

**Chief Complaint** Right hip pain.

**History of Present Illness**
Jan Mason is a present 47 year old female that presents today just over 6 months status post right hip arthroscopy with labral repair/re-fixation, acetabuloplasty, femoroplasty and osteoplasty to remove cam lesion, chondroplasty, debridement, and shaving of acetabulum, synovectomy, and capsular closure/plication. This was performed on 4/17/19. Since her previous visit, the patient was able to obtain a MRI Arthrogram at Penrad on 10/22/19 and is here to discuss the findings. To review, she has reported increasing right posterior buttock and lumbar spine pain that she rates worse than her preoperative hip pain. The patient also reports worsening groin pain and she states that her overall pain is worse than what it was prior to her surgery. She does report that she has been evaluated by Dr. Bee and Dr. Sung since she was last seen by us. She has a significant history with her lumbar spine with previous SI joint fusion. She is currently being worked up for possible spinal cord stimulator but is having difficulty obtaining authorization. She reports pain in her posterior buttock that radiates down her posterior thigh and into her calf and foot, she understands that this is most likely originating from her lumbar spine. She describes burning pain in the groin area that is significantly limiting her physical activity, she also reports lateral hip pain. She feels that this started when she began to increase the amount of walking that she was doing approximately 2 month ago, she states that she has only been walking 2 miles a week. She otherwise denies injury or trauma. She denies calf pain or cramping bilaterally. She denies nausea, vomiting, fever, chills, shortness of breath, chest pain or abdominal pain.

**Medical History**
**Medical Conditions:** Hypertension.
**Surgical History:** Tubal 1994; Rhinoplast 2008
**Orthopedic Surgical History:** Right SI fusion
**Current Medications:** Clariti'n 10 mg tablet 1 oral, Ambien 5 mg tablet 1 oral, metoprolol succinate ER 50 mg tablet, extended release 24 hr 1 Tb24 oral, losartan 50 mg tablet 1 oral, indomethacin 50 mg capsule 1 capsule(s) by mouth BID Take with food.
**Medication and Allergic Reactions:** No known allergies
**Family History:** No significant family history

**Personal and Social History:**
Patient has children, denies tabacco, marijuana, and alcohol use

**Review of Systems**

Patient denies fevers, chills, chest pain, shortness of breath, abdominal pain, nausea, diarrhea, constipation. Pertinent positives for review of systems are listed in HPi above, otherwise negative.

ELECTRONICALLY SIGNED BY 10/25/

**Lincoln/Mason 0693**

Progress Notes - 10/25/2019

**uchealth**

ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:    Sex: F
Visit date: 3/3/2020

## 03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

Clinical Notes (continued)

Patient Name: Mason, Jan K
DOB:

Vital Signs: Height: 5ft 8.00in, Weight: 180lbs BMI 27.37

### General Exam:
**Constitutional:** Patient is adequately groomed with no evidence of malnutrition.
**Skin:** There are no rashes, ulcerations or lesions in the regions examined.
**Mental Status:** The patient is oriented to time, place and person. The patient's mood and affect are appropriate.
**Lymphatic:** The lymphatic examination bilaterally reveals all areas to be without enlargement or induration.
**Vascular:** Examination reveals no swelling or calf tenderness. Peripheral pulses are palpable and 2+.
**Neurological:** The patient has good coordination. There is no weakness or sensory deficit. Deep tendon reflexes are intact.

### Right Hip/Pelvis Examination
Patient is alert and oriented to time, place, medical situation. Normal mood and affect. Gait is antalgic. No pelvic obliquity. Bilateral lower extremity alignment is neutral. Normal sensibility to moving light touch in the superficial and deep peroneal nerve distribution, tibial nerve distribution bilaterally. Able to fire EHL, FHL, tibialis anterior, gastroc-soleus, quadriceps and hamstrings without difficulty bilaterally. Dorsalis pedis pulse 2+ bilaterally.

Right hip surgical wounds are well-healed. Range of motion of the right hip includes flexion to 115 degrees with pain, external rotation to 50 degrees, internal rotation 10 degrees and abduction of 40 degrees. Positive anterior and negative posterior impingement test. Straight leg raise was negative for radicular symptoms but increased her posterior hip buttock and spine pain. She is directly tender over the superior aspect the SI joint on the right side and lumbosacral junction, as well as over the anterior hip and laterally over the greater trochanter.

**Diagnostic Test Findings:** X-RAYS, RIGHT HIP, CSOG, 10/21/19. X-rays ordered, performed, and interpreted previously include AP pelvis, bilateral Dunn views, false profile, and cross table lateral views of the RIGHT hip. They show well-preserved femoroacetabular joint spacing without evidence of fracture or dislocation, Tonnis grade 0. There is no evidence of heterotopic ossification or avascular necrosis. Evidence of previous sacroiliac joint fusion is noted to the right SI joint.

MRI ARHTROGRAM, RT HIP, 10/22/19, PENRAD: Postoperative changes of acetabuloplasty, femoroplasty, and labral repair within the right hip. The anterior aspect of the superior labrum is diminutive and blunted. The superior aspect of the anterior labrum is diminutive and irregular. The findings likely reflect postoperative changes. No recurrent tear seen. Focal intermediate signal nodularity along the acetabular articular surface adjacent to a suture anchor track at the 11:00 position of indeterminate clinical significance. Thin linear signal along the anterior capsule just lateral to the superior aspect of the anterior labrum which may be related to capsular plication. Mild chondral irregularity along the lateral acetabulum likely reflecting chondroplasty changes.

Arthroscopic photos were reviewed from surgery dated 4/17/19 showing diminutive labrum, bruised and degenerative.

### Assessment and Plan:
**Diagnosis Codes:**
M25.551 Pain in right hip Right
M24.151 Other articular cartilage disorders, right hip Right
**Impression:**
#1 6 months status post right hip arthroscopy with labral repair/re-fixation, acetabuloplasty, femoroplasty and osteoplasty to remove cam lesion, chondroplasty, debridement, and shaving of acetabulum, synovectomy, and capsular closure/plication performed on 4/17/19. Recurrent groin pain.
#2 Chronic pain syndrome and sciatica.

**Lincoln/Mason 0694**

Progress Notes - 10/25/2019

**uchealth**

ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:        Sex: F
Visit date: 3/3/2020

## 03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

Clinical Notes (continued)

Patient Name: Mason, Jan K
DOB:

#3 Status post right sacroiliac (SI) joint fusion 12/18/2017

Treatment Plan:
I reviewed the clinical and radiographic documentation with the patient. The patient has signs and symptoms consistent with continued pain from the hip. Both the MRI and the arthroscopic photos show significant blunting of the labral tissue which may indicate recurrent tear or insufficient labral tissue. Treatment options were discussed including continued conservative management versus consideration of surgical intervention. Conservative options include rest, activity modification, anti-inflammatories, injection treatment, physical therapy and possible brace usage. Surgical treatment would include possible diagnostic arthroscopy with possible labral reconstruction. At this point in time, patient would like to take some time to decide how she would like to proceed forward. All questions were answered.

Specific details regarding his arthroscopy and possible labral repair and osteochondroplasty were discussed with the patient. The rationale for performing this procedure was reviewed with the patient and demonstrated on a three dimensional model. I discussed the fact that the acetabuloplasty, labral repair, and osteochondroplasty components of this procedure have only been performed for the past 10-15 years with limited long-term follow up. The excellent early results were reviewed with the patient. I reviewed the procedure and the post-operative rehabilitation in detail with the patient. I also discussed all the risks, benefits, and alternatives. The risks discussed include but are not limited to: anesthesia, death, myocardial infarction, infection, thromboembolic disease, neurovascular damage (including pudendal nerve, genitofemoral, and sciatic nerve injury), persistent pain, persistent dysfunction, possible need for future surgery.
Patient was provided with patient education on NSAIDs.
The patient was given Necessity/Excuse Form.
The patient is instructed to return if pain or symptoms arise.

Clinical Quality Reporting:
The patient was encouraged to exercise. A strength training regimen was recommended to the patient. A stretching regimen was recommended to the patient.

Electronically Signed by: Michael Huang, M.D.
Date: 10/25/2019 Time: 11:39 AM

CC: Copies sent along with cover letter sent to the patient's primary care physician.

**Lincoln/Mason 0695**

Progress Notes - 10/07/2019



ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:        , Sex: F
Visit date: 10/7/2019

---

**10/07/2019 - Office Visit in UCHealth Aspen Creek Medical Center**

**Clinical Notes**

**Progress Notes**

**Kent, Jeffrey R, MD at 10/7/2019 10:30 AM**

| Author: Kent, Jeffrey R, MD | Service: — | Author Type: Physician |
| Filed: 10/10/2019  5:22 PM | Encounter Date: 10/7/2019 | Status: Signed |
| Editor: Kent, Jeffrey R, MD (Physician) | | |

**Plan**

**Assessment and Plan:**

|     |     | ICD-10-CM |     |
| --- | --- | --- | --- |
| 1. | Chronic low back pain with sciatica, sciatica laterality unspecified, unspecified back pain laterality | M54.40 G89.29 | POCT URINALYSIS AUTOMATED READER CPT 81003-MANUAL RESULT ENTRY |

cont with supportive care.  pt with addl workup/mri.  will complete fmla paperwork.  hx of labral tears

| 2. | Needs flu shot | Z23 | FLUZONE QUAD (6 mos+) Syringe |

flu vaccine given.

No medications were added in this encounter.

**Subjective**

**Subjective:**

Pt with chronic low back and si joint pain

Seeing dr bee and sung

Pt to have a freedom stimulator system.  Dr salek to do the procedure.

Pt with si joint pain and now B inguinal pain----has labral tears.  Did have r repair---? Reinjury.

Pt is here for fmla paperwork.

Pt is getting frustrated due to ongoing pain

Pt here for flu vaccine

HPI

Printed on 7/29/20  3:01 PM

Page 1

**Lincoln/Mason 0696**

Progress Notes - 10/07/2019



ASPEN CK PRIM CARE OP     Mason, Jan K
MRN: 3925160, DOB:       , Sex: F
Visit date: 10/7/2019

## 10/07/2019 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

Clinical Notes (continued)

**CURRENT MEDICATIONS:**
Current Outpatient Medications

| Medication | Sig |
|---|---|
| • indomethacin (INDOCIN) 50 mg capsule | TK ONE C PO BID WF |
| • LORATADINE (CLARITIN PO) | |
| • losartan (COZAAR) 100 mg tablet | Take 1 tablet by mouth daily. |
| • metoprolol succinate (TOPROL-XL) 100 mg 24 hr tablet | Take 1 tablet by mouth daily. |
| • norethindrone-e estrad-iron (MICROGESTIN FE 1/20, 28,) 1 mg-20 mcg (21)/75 mg (7) per tablet | Take 1 tablet by mouth daily. |
| • zolpidem (AMBIEN) 10 mg tablet | TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME |

No current facility-administered medications for this visit.

**ALLERGIES:** Patient has no known allergies.

I have reviewed, verified and personally updated the past medical, social and ROS history
reports that she has never smoked. She has never used smokeless tobacco. She reports that she drank alcohol. She reports that she does not use drugs.
Review of Systems
Constitutional: Positive for fatigue. Negative for fever and unexpected weight change.
HENT: Negative for ear pain, hearing loss, rhinorrhea and tinnitus.
Eyes: Negative for discharge and visual disturbance.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and palpitations.
Gastrointestinal: Negative for abdominal pain, blood in stool, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for dysuria and hematuria.
Musculoskeletal: Positive for arthralgias and gait problem. Negative for back pain and myalgias.
    **Pain in si joint area.**

**Pt With pain in R inguinal area.**
Skin: Negative for rash.
Neurological: Negative for dizziness, syncope and headaches.
Hematological: Negative for adenopathy. Does not bruise/bleed easily.
Psychiatric/Behavioral: Positive for dysthomic mood. Negative for confusion and sleep disturbance. The patient is nervous/anxious.

**Objective**
Objective:
Vital Signs.
**Visit Vitals**
BP          129/89
Pulse       61
Temp        37.1 °C (98.8 °F)
Ht          1.727 m (5' 8")
Wt          87.1 kg (192 lb)

Printed on 7/29/20  3:01 PM                                                    Page 2

**Lincoln/Mason 0697**

Progress Notes - 10/07/2019



ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:    , Sex: F
Visit date: 10/7/2019

## 10/07/2019 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

**Clinical Notes (continued)**

SpO2          98%
BMI           29.19 kg/m²

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Pupils are equal, round, and reactive to light. Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple. No thyromegaly present.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress.
Abdominal: Soft. Bowel sounds are normal. She exhibits no mass. There is no tenderness.
Musculoskeletal: Normal range of motion. She exhibits tenderness. She exhibits no edema.
**r inguinal area.  si joint/low back tenderness.**
Lymphadenopathy:
  She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time. She has normal reflexes.
Skin: Skin is warm and dry. No erythema.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.

Procedures

**DATA:**
Results for orders placed or performed in visit on 10/07/19
POCT URINALYSIS AUTOMATED READER CPT 81003-MANUAL RESULT ENTRY

| Result | Value | Ref Range |
|---|---|---|
| Color Urine | yellow | |
| Appearance Urine | Clear | Clear - Clear |
| Glucose Urine POC | Negative | Negative - Negative |
| Bilirubin Urine POC | Negative | negative - negative |
| Ketones Urine POC | Negative | Negative |
| Specific Gravity Urine POC | 1.020 | 1.001 - 1.03 |
| Blood Urine POC | Negative | Negative - Negative |
| pH Urine POC | 5.0 | 4.6 - 8.0 |
| Protein Urine POC | Negative | Negative - Negative mg/dL |
| Urobilinogen Urine POC | 0.2 | 0.2 - 1.0 E.U./dl |
| Nitrite Urine POC | Negative | Negative - Negative |
| Leukocyte Esterase Urine POC | Negative | Negative |

**TIME/COUNSELING:**
N/A
Return to clinic if condition does not improve or worsens
Jeffrey Kent, MD

Electronically signed by Kent, Jeffrey R, MD at 10/10/2019  5:22 PM

**Lincoln/Mason 0698**

Labs/Diagnostics - 01/30/2020



ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:    Sex: F
Visit date: 3/3/2020

## 03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

Clinical Notes (continued)



1253 Lake Plaza Drive Suite 100
Colorado Springs, CO 80906
Phone: (719)785-9009
Fax: (719)667-7900

PATIENT NAME: Jan K Mason
DATE OF BIRTH:
AGE:    47Y 8M
GENDER:    Female
EXAM DATE:    1/30/2020
EXAM: RF Arthography Hip Lt 73525

REFERRER: Kristen Stabs, PA

PRESCRIPTION HISTORY: Pain in left hip. Evaluate for labral tear.

SUPPLEMENTAL HISTORY: Patient notes pain in left hip for 2 years.

COMPARISON: None available.

TECHNIQUE: RF Arthrogram Hip Lt. Fluoroscopy time was approximately 8 second(s). 1 images acquired.

After discussing the potential risks, benefits, and alternatives to fluoroscopic guided arthrogram, the patient gave verbal and written consent to proceed. The left hip was prepped and draped in the usual sterile fashion. 1% lidocaine was used for local anesthesia. Under fluoroscopic guidance a 22-gauge spinal needle was advanced into the left hip joint. Approximately 13 mL of fluid was injected into the left hip joint. The fluid represents a mixture of 0.2 mL MultiHance contrast, 10 mL normal saline, and 3 mL lidocaine. The patient tolerated the procedure well without immediate procedure related complication.

FINDINGS:

A frontal projection of the left hip shows expected distribution of intra-articular contrast. No fractures identified. Joint space is grossly maintained.

IMPRESSION:
1. Technically successful unuomplicated left hip arthrogram with MRI to follow.

Signed By: Nicholas Moore MD
Signed Date/Time: 1/30/2020 03:19 PM
Transcribed By: cm
Transcribed Date/Time: 1/30/2020 03:19 PM

Patient ID: 73525
Document: 100548

**Lincoln/Mason 0699**

Labs/Diagnostics - 01/30/2020

ASPEN CK PRIM CARE OP

Mason, Jan K
MRN: 3925160, DOB:       Sex: F
Visit date: 3/3/2020

## uchealth

### 03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

Clinical Notes (continued)



1263 Lake Plaza Drive Suite 100
Colorado Springs, CO 80918
Phone: (719) 782-5000
Fax: (719) 867-5905

PATIENT NAME: Jan K Mason        REFERRER: Kristen Reiss, PA
DATE OF BIRTH:
AGE:        41Y 8M
GENDER:     Female
EXAM DATE:  1/30/2020
EXAM: MRI Hip L: Arthrogram w Contrast * 173732

PRESCRIPTION HISTORY: Pain in left hip. Evaluate for labral tear.

SUPPLEMENTAL HISTORY: Left hip pain after re-repair of right labrum and reconstruction of SI joint.

COMPARISON: CT performed 11/27/2018.

TECHNIQUE: 3T MRI Hip L: Arthrogram w Contrast *. Multiplanar multisequence high-field MR imaging of the requested hip was performed following intraarticular administration of gadolinium containing contrast. The surrounding anatomy was detailed separately. In addition to small field-of-view unilateral hip imaging, a large field-of-view coronal pelvis sequence was generated.

FINDINGS: The large field-of-view coronal acquisition shows benign-appearing pelvis bone marrow signal. There is artifact related to right sacroiliac joint hardware. A small right hip joint effusion is present.

The small field-of-view left hip examination shows a prominent focal anterior femoral head-neck junction Cam lesion with an osseous component and proximal additional fibrous component. Contrast fills the joint and also extends into the base of the anterior labrum just above the 3 o'clock position. This injury propagates into the anterosuperior labrum but does not appear to involve the superior labrum proper, where only a smoothly contoured partial chondrolabral separation is present. Another smoothly contoured benign-appearing posteroinferior labral sulcus is incidentally noted.

Periarticular/soft tissue/tendinous structures appear normal. No fracture is identified.

IMPRESSION:
1. Femoral Cam deformity of the anterior left femoral head neck junction with associated anterior/anterosuperior labral base tear.
2. Small right hip joint effusion.

Signed By: Nicholas Moore, MD
Signed Date/Time: 1/30/2020 03:39 PM
Transcribed By: me
Transcribed Date/Time: 1/30/2020 02:44 PM

Print 1D: 173732
Accession: 494302

**Lincoln/Mason 0700**

Labs/Diagnostics - 12/09/2019

**uchealth**

ASPEN CK PRIM CARE OP      Mason, Jan K
MRN: 3925160, DOB:        Sex: F
Visit date: 3/3/2020

**03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)**

Clinical Notes (continued)

ORTHOPAEDIC & SPINE CENTER OF SOUTHERN COLORADO
RADIOLOGY REPORT
December 9, 2019

PATIENT NAME: Jan Mason
PATIENT ID: 11142
DATE OF BIRTH:

RADIOLOGY REPORT:
Multiple views of the right hip were obtained during the surgery. In the oblique view, the hip was evaluated in internal rotation, neutral, and external rotation. In the AP view, the hip was again evaluated in internal rotation, neutral, and external rotation. These views demonstrated adequate restoration of the femoral head-neck offset confirming completed osteoplasty. No fracture or dislocation.

Michael Huang, MD

Dictated and transcribed 6:01 PM December 9, 2019 by Michael Huang, MD

**Lincoln/Mason 0701**

Labs/Diagnostics - 10/22/2019



ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:    , Sex: F
Visit date: 3/3/2020

**03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)**

Clinical Notes (continued)



MRN: 3925160    (SN: 169157353
Mason, Jan K
1265 Lake Plaza Drive S
Colorado Springs, CO 8    Svc Date: 3/03/20
Phone: (719)785-9600
Fax: (719)867-7906
Prv: KENT, JEFFREY S

PATIENT NAME: Jan K Mason            REFERRER: Michael Huang, MD
DATE OF BIRTH:
AGE:            39Y 5M
GENDER:        Female
EXAM DATE:      10/22/2019
EXAM: MRI Hip Rt Arthrogram w Contrast * | 73722

3T MRI Hip Rt Arthrogram w Contrast *.

PRESCRIPTION HISTORY: Pain in left hip. Other articular cartilage disorder, right hip. Evaluate for recurrent labral tear
(Previous repair).

SUPPLEMENTAL HISTORY: Pain, swelling, instability and catching in right groin. Patient is status post osteotomy and
labral repair 4/17/2019.

TECHNIQUE: Following routine right hip arthrography with dilute gadobenate (see separate report), high-field strength
multiplanar, multisequence MRI of the right hip was accomplished.

COMPARISON: 4/17/2019 right hip operative report. 10/11/2019 CSOG clinical note. Preoperative right hip imaging
currently unavailable for review.

FINDINGS: On the large field-of-view coronal STIR sequence through the pelvis, the generalized bone marrow signal is
normal and there is no evidence of fracture or stress changes. Grossly normal-appearing left hip with a physiologic volume of
fluid within the left femoroacetabular joint. Postoperative changes of right SI joint fixation.

Right Hip.
Normal acetabular coverage following surgical acetabuloplasty. Postoperative changes of cam lesion femoroplasty/osteoplasty.
Negative for a recurrent cam deformity. Chondral thinning and irregularity along the lateral acetabulum approaching the
chondrolabral junction likely reflecting postoperative changes of chondroplasty (sagittal images 7-8/series 2).

Postoperative changes of labral repair as multiple suture anchor tracks are seen. Intermediate signal nodularity is seen within
the acetabular cortex along the undersurface of the 12:00 suture anchor track of indeterminate clinical significance (sagittal
image 11/series 2, coronal image 9/series 7 and 9, axial image 5/series 3-4).

This linear dark signal foci extend from the anterior capsule towards the anterosuperior femoral head cortex, possibly related
to the capsular plication (coronal image 5/series 7 and 9, axial images 6-7/series 3-4, sagittal image 7/series 2).

The superior aspect of the anterior labrum is diminutive and irregular likely reflecting postoperative changes. Diminutive
labral substance was noted in the operative report as well. No definite tear is seen within the anterior labrum. The anterior
aspect of the superior labrum is diminutive and blunted likely reflecting postoperative change, however, no tear is seen within
the anterior aspect of the superior labrum. The posterior aspect of the superior labrum appears normal. Normal-appearing
posterior labrum.

Normal-appearing musculature about the right hip. Negative for bursitis.

IMPRESSION:
1. Postoperative changes of acetabuloplasty, femoroplasty, and labral repair within the right hip.
2. The anterior aspect of the superior labrum is diminutive and blunted. The superior aspect of the anterior labrum is
diminutive and irregular. The findings likely reflect postoperative changes. No recurrent tear seen.
3. Focal intermediate signal nodularity along the acetabular articular surface adjacent to a suture anchor track at the 12:00
position of indeterminate clinical significance.
4. Thin linear signal along the anterior capsule just lateral to the superior aspect of the anterior labrum which may be related to
capsular plication.
5. Mild chondral irregularity along the lateral acetabulum likely reflecting chondroplasty changes.

Signed By: John Campbell, MD

Printed on 7/29/20  3:01 PM            Page 13

**Lincoln/Mason 0702**

Labs/Diagnostics - 10/22/2019

**uchealth**

ASPEN CK PRIM CARE OP      Mason, Jan K
MRN: 3925160, DOB:      , Sex: F
Visit date: 3/3/2020

### 03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

**Clinical Notes (continued)**

Signed Date/Time: 10/22/2019 10:06 PM
Transcribed By: cp.
Transcribed Date/Time: 10/22/2019 04:54 PM

Patient ID: 721723
Accession# 4848580

**Lincoln/Mason 0703**

Labs/Diagnostics - 10/07/2019

## uchealth

ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:          , Sex: F
Visit date: 10/7/2019

### 10/07/2019 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

Clinical Notes (continued)

**Result QuickNote**

**Kent, Jeffrey R, MD at 10/7/2019 10:30 AM**

Author: Kent, Jeffrey R, MD          Service: ---          Author Type: Physician
Filed: 10/9/2019 9:22 AM             Encounter Date: 10/7/2019   Status: Signed
Editor: Kent, Jeffrey R, MD (Physician)

NO Acute bony abnormality of the hips. No erosive or degenerative degenerative changes in the hip joints. No bony erosions or ankylosis is evident across the left SI joint.jk

Electronically signed by Kent, Jeffrey R, MD at 10/9/2019 9:22 AM

**Kent, Jeffrey R, MD at 10/7/2019 10:30 AM**

Author: Kent, Jeffrey R, MD          Service: ---          Author Type: Physician
Filed: 10/9/2019 9:22 AM             Encounter Date: 10/7/2019   Status: Signed
Editor: Kent, Jeffrey R, MD (Physician)

Urine is normal.jk

Electronically signed by Kent, Jeffrey R, MD at 10/9/2019 9:22 AM

Labs

**POCT URINALYSIS AUTOMATED READER CPT 81003-MANUAL RESULT ENTRY (Final result)**

Electronically signed by: **Kent, Jeffrey R, MD on 10/07/19 1113**                              Status: **Completed**
Ordering user: Kent, Jeffrey R, MD 10/07/19 1113          Authorized by: Kent, Jeffrey R, MD
Ordering mode: Standard
Frequency: Routine 10/07/19 -                             Class: Point Of Care
Quantity: 1                                               Lab status: Final result
Diagnoses
Chronic low back pain with sciatica, sciatica laterality unspecified, unspecified back pain laterality [M54.40, G89.29] (cont with supportive care. pt with addl workup/mri. will complete fmla paperwork. hx of labral tears)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | — | Urine | — |

**POCT URINALYSIS AUTOMATED READER CPT 81003-MANUAL RESULT ENTRY**                          Result status: Final result

Order status: Completed                        Filed by: Smith, Brandi, MA 10/07/19 1433
Collected by:
Acknowledged by:
Kent, Jeffrey R, MD on 10/09/19 0922
Zimic, Meliha, MA on 10/09/19 0937

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Color Urine | yellow | — | — | — |
| Appearance Urine | Clear | Clear - Clear | — | — |
| Glucose Urine POC | Negative | Negative - Negative | --- | --- |
| Bilirubin Urine POC | Negative | negative - negative | --- | --- |
| Ketones Urine POC | Negative | Negative | --- | --- |
| Specific Gravity Urine POC | 1.020 | 1.001 - 1.03 | --- | --- |
| Blood Urine POC | Negative | Negative - | --- | --- |

Printed on 7/29/20 3:01 PM                                                          Page 4

**Lincoln/Mason 0704**

Labs/Diagnostics - 10/07/2019

 uchealth

ASPEN CK PRIM CARE OP     Mason, Jan K
MRN: 3925160, DOB:          , Sex: F
Visit date: 10/7/2019

## 10/07/2019 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

### Labs (continued)

|  |  | Negative |  |  |
|---|---|---|---|---|
| pH Urine POC | 5.0 | 4.6 - 8.0 | — | — |
| Protein Urine POC | Negative | Negative - Negative mg/dL | — | — |
| Urobilinogen Urine POC | 0.2 | 0.2 - 1.0 E.U./dl | — | — |
| Nitrite Urine POC | Negative | Negative - Negative | — | — |
| Leukocyte Esterase Urine POC | Negative | Negative | — | — |

### Indications

Chronic low back pain with sciatica, sciatica laterality unspecified, unspecified back pain laterality [M54.40, G89.29 (ICD-10-CM)]

### All Reviewers List

Zimic, Meliha, MA on 10/9/2019 09:37
Kent, Jeffrey R, MD on 10/9/2019 09:22

## Imaging

### Imaging

**XR HIP (AP,LAT)W PELVIS-BILATERAL (Final result)**

Electronically signed by: **Kent, Jeffrey R, MD** on 10/07/19 1104                    Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Kent, Jeffrey R. MD 10/07/19 1104          Ordering provider: Kent, Jeffrey R. MD
Authorized by: Kent, Jeffrey R. MD                        Ordering mode: Standard
Frequency: RAD - 4: All Other Inpatients Once 10/07/19 1104 - 1     Class: Hospital Performed
occurrence
Quantity: 1                                               Lab status: Final result
Instance released by: Kent, Jeffrey R, MD (auto-released) 10/7/2019 11:04 AM

#### Questionnaire

| Question | Answer |
|---|---|
| Signs, Symptoms and/or Diagnosis: (e.g. cough) | low back and hip pain |
| Clinical Question: (e.g. eval for pneumonia) | inguinal/hip /low back pain |
| OK to be altered by Radiologist | Yes |
| Portable? | No |
| Is this radiologic exam going to be billed to a Research Grant/Study? If you do not know, contact the research coordinator. | No |

#### End Exam Questions

|  | Answer | Comment |
|---|---|---|
| Please confirm which modality type the exam was performed on: (If any component of this procedure involved CR, mark Computed Radiography) | Computed Radiography |  |

**XR HIP (AP,LAT)W PELVIS-BILATERAL**                    Resulted: 10/07/19 1155, Result status: Final result

Ordering provider: Kent, Jeffrey R. MD  10/07/19 1104     Order status: Completed
Resulted by: Hajibrahim, Omar S, MD                      Filed by: Edi, Rad Results In  10/07/19 1157
Performed: 10/07/19 1128 - 10/07/19 1150                  Accession number: 15698078
Resulting lab: ISITE PACS/POWERSCRIBE 360
Narrative:
CLINICAL DATA:
low back and hip pain; inguinal/hip /low back pain

**Lincoln/Mason 0705**

Labs/Diagnostics - 10/07/2019

## uchealth

ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:    , Sex: F
Visit date: 10/7/2019

### 10/07/2019 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

**Imaging (continued)**

TECHNICAL DATA:

An AP view of the pelvis and AP and frog leg of both hips were obtained.

Impression:
FINDINGS and IMPRESSION:

There is a previous fixation across the right SI joint. No evidence of an acute bony abnormality. No concerning erosive or degenerative changes in the hip joints. Pubic symphysis is intact. No bony erosions or ankylosis is evident across the left SI joint.

Report E-Signed By: Omar Hajibrahim at 10/7/2019 11:55 AM

WSN:MHP1PACSDR17
Acknowledged by
Kent, Jeffrey R, MD on 10/09/19 0922
Zimic, Meliha, MA on 10/09/19 0937

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 43 - PACS/PS360 | ISITE PACS/POWERSCRIBE 360 | Unknown | Unknown | 03/06/13 1508 - Present |

**All Reviewers List**

Zimic, Meliha, MA on 10/9/2019 09:37
Kent, Jeffrey R, MD on 10/9/2019 09:22

### 11/11/2019 - Office Visit in UCHealth Aspen Creek Medical Center

**Clinical Notes**

**Progress Notes**

**Ruddy, Staci L, FNP at 11/11/2019  3:15 PM**

Author: Ruddy, Staci L, FNP
Filed: 11/11/2019  4:53 PM
Editor: Ruddy, Staci L, FNP (Nurse Practitioner)

Service: —
Encounter Date: 11/11/2019

Author Type: Nurse Practitioner
Status: Signed

**Plan**
Assessment and Plan:
1. Swallowed foreign body, initial encounter
-Stat endoscopy ordered. Informed patient that if starts to cough up blood, starts to have dark/red stools, starts to have chest pain, starts to have shortness of breath, to please seek emergency medical attention. Patient verbalized understanding.
-Encouraged patient that if difficulty getting through to GI center to get soon appointment, to please contact office.

- GI upper endoscopy with signs & symptoms; Future

**Subjective**
Subjective:

**Lincoln/Mason 0706**

Operative Reports - 12/09/2019

## uchealth

ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:         Sex: F
Visit date: 3/3/2020

### 03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

Clinical Notes (continued)

ORTHOPAEDIC & SPINE CENTER OF SOUTHERN COLORADO
OPERATIVE REPORT
December 9, 2019

PATIENT NAME: Jan Mason
PATIENT ID: 11142
DATE OF BIRTH:

PREOPERATIVE DIAGNOSIS:
 1. Right hip labral tear, recurrent
 2. Right hip impingement, mixed type

POSTOPERATIVE DIAGNOSIS:
 1. Right hip recurrent labral tear, with extensive degeneration and dislocation
    into the joint and multiple secondary tears. Labrum also demonstrated area
    of ossification
 2. Right hip impingement, cam type and pincer type
 3. Right hip chondromalacia, grade 3
 4. Right hip synovitis

PROCEDURES PERFORMED:
 1. Right hip labral reconstruction using allograft from 9:00 to 4:00 location
 2. Right hip chondroplasty, debridement/shaving acetabulum
 3. Right hip labral repair at 4:00 and 9:00 location
 4. Right hip arthroscopic acetabuloplasty
 5. Right hip arthroscopic femoroplasty, osteoplasty to remove cam lesion
 6. Right hip synovectomy
 7. Right hip capsular closure/plication

SURGEON: Michael J. Huang, MD

ASSISTANT: Kristen Reiss, PA-C, Jennifer Wages, Certified Surgical Assistant

ANESTHESIOLOGIST: Dr. Kolz

ANESTHESIA: General only

IMPLANTS USED:
 1. Arthex biocomposite suturetak 3.0, total number: 6
 2. Arthex biocomposite suturetak 2.4, total number: 1
 3. Arthrex bio composite suture tack 3.0, total number: 1

SURGICAL FIRST ASSISTANT: Due to the complexity of this case, the skilled
assistance of the above documented surgical first assist was necessary for the
successful completion of this case. This person was essential for proper patient

Ì

**Lincoln/Mason 0707**

Operative Reports - 12/09/2019

# uchealth

ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:       Sex: F
Visit date: 3/3/2020

## 03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

Clinical Notes (continued)

positioning (including obtaining adequate lower extremity traction), manipulation of instruments, proper surgical exposure, manipulation of tissue and arthroscopic visualization, wound closure, and implant management. In addition, the surgical first assistant was required for labral graft preparation.

 FINDINGS:
1. Femoral head chondral surfaces intact
2. Acetabular chondral surfaces demonstrated significant chondral flap tear between 11:00 and 1:00 location. This was a grade 3 lesion with multiple unstable flap tears measuring 20 mm medial to lateral by 5 mm peripheral to central
3. Ligamentum teres intact
4. Recurrent pincer lesion at the 11:00 to 2:00 location.
5. Recurrent cam lesion femoral head-neck junction (hip impingement)
6. Diffuse synovitis
7. Labral tearing was identified between 10:00 and 3:00 location. The labrum was yellow, degenerative, and dislocated within the joint. There was significant scarring between the capsule and the labrum itself. After the scarring was removed, the labrum itself was identified and found to be partially ossified.

INDICATIONS: This is a 47-year-old female with recurrent right hip pain. She underwent previous right hip arthroscopic labral repair in April 2019. She initially did very well after surgery but then began to have recurrent pain in the groin but also posteriorly in the buttock. She is also managed by our spine colleagues as well. She has had increasing pain with any hip range of motion but acutely worsen with sitting type activities. She has tried rest, activity modification, physical therapy and despite all this, continues to have significant pain with even any type of activity level. X-rays demonstrated well-preserved joint spaces without fracture or dislocation, Tonnis grade 0. Repeat MRI arthrogram from October 2019 demonstrates previous acetabuloplasty and femoroplasty. Along the anterior superior aspect of the labrum, it was extremely diminutive implanted consistent with possible irregular tear. I had a lengthy discussion with the patient regarding options, which include continued conservative management versus consideration of possible surgical intervention including the possibility of diagnostic arthroscopy, possible labral debridement with repair and possible reconstruction, synovectomy, chondroplasty if needed, osteoplasty, possible acetabuloplasty. Because of the patient's failure to respond to nonsurgical management, the patient elected to proceed forward with surgery. The patient voiced understanding of the nature of the surgery, rehabilitation required, limitations of surgery.

CONSENT:

I discussed the risks, benefits, alternatives to the proposed surgery. The risks include but are not limited to anesthesia, death, myocardial infarction,

Printed on 7/29/20  3:01 PM

Page 19

**Lincoln/Mason 0708**

Operative Reports - 12/09/2019

**uchealth**

ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:        Sex: F
Visit date: 3/3/2020

**03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)**

Clinical Notes (continued)

thromboembolic disease, infection, neurologic injury, vascular injury, persistent pain, persistent dysfunction, need for future surgery. In addition, specific risks associated with hip arthroscopy include pudendal nerve injury, injury to the sciatic nerve or its terminal branches, extravasation of fluid into the pelvis or abdomen. In addition, the patient understands that in order to recreate the hip labrum, we typically use allograft which does come with slight increase risk of disease transmission and possible failure. The patient signed an informed consent form.

PROCEDURE:

The patient was identified by myself in the pre-operative holding area where the appropriate extremity was identified and marked with an indelible sterile pen. The patient was transported to the operative suite and place supine on the operative table. General anesthesia was induced without complication. Well padded boots were applied to bilateral lower extremities and the patient was brought distally onto a wide padded perineal foam post. Gentle traction and counter traction were applied to the lower extremities until we achieved approximately 10mm of distraction at the operative hip joint. This was confirmed under fluoroscopic guidance. The hip was internally rotated and the joint flexed slightly.

The operative hip was prepped and draped in the usual standard fashion. Pre-operative antibiotics were administered and confirmed within 60 minutes of incision. A multidisciplinary surgical timeout was performed to confirm the appropriate hip.

A standard anterolateral portal was created approximately 1 cm proximal and anterior to the tip of the greater trochanter. A second distal lateral (mid-anterior) portal was made under needle localization approximately 6-7 cm distal and anterior to the first portal. A capsulotomy was made between the two portals using a curved beaver blade by alternating between the portals. A diagnostic arthroscopy was carried out and the findings are listed above in the findings paragraph.

A synovectomy posteriorly and laterally was carried out using the 4.2 oscillating shaver through the anterolateral portal. Once this was completed, the shaver was alternated into the mid anterior portal and a synovectomy completed medially and anteriorly.

The labrum was significantly scarred into the capsule and bruised and demonstrated multiple longitudinal tears upon probing. Upon further probing, we identified multiple areas of intrasubstance tearing. The labrum itself was yellow, bruised, and degenerative. Furthermore, after removing the devitalized portion of the labrum using the shaver, we identified a significant portion of the labrum between 11:00 and 1:00 location that was partially ossified. Because of these issues, we felt labral reconstruction was reasonable rather than repair of this poor quality tissue. Therefore, the labrum was removed sequentially using the biter device alternating with shaver.

3

**Lincoln/Mason 0709**

Operative Reports - 12/09/2019

## uchealth

ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:              Sex: F
Visit date: 3/3/2020

### 03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

Clinical Notes (continued)

Once the labrum was adequately debrided, we identified a chondral lesion, grade 3, of acetabular cartilage between 11:00 and 1:00 location. The loose, displaceable flap tear was removed using the 4.2 oscillating shaver. We also exchanged the shaver for a curved Lunva shaver which allowed us to complete our chondroplasty, debridement and shaving in this location debriding the cartilage back to a stable margin. Upon probing, there is still remaining cartilage in this lesion and therefore no microfracture was needed.

Further evaluation of acetabular rim after labral was debrided demonstrated significant acetabular bony prominence. This is consistent with pincer type impingement and consistent with her preoperative imaging. We therefore proceeded towards acetabuloplasty removing this ossification and in preparation for labral reconstruction. We performed an acetabuloplasty resecting approximately 3.5 mm of bone between 11:00 and 2:00 location to remove this pincer lesion and also to create a healthy bleeding bony surface. This was accomplished using the curved 4.5 bur alternating between both portals.

We did identify a labral tear at the 9:00 location and at 4:00 with good native labral tissue. Because of this, we did proceed forward with primary labral repair in these 2 locations. We prepared the acetabular bone using the 4.5 bur to create a diffuse bony bleeding surface. A double loaded 2.4 bio composite suture tack anchor was placed at the 9:00 location. One of the sutures was placed around the labral tissue and a sliding locking Weston knot was used to secure the labral tissue to the acetabular rim completing her primary labral repair in this location. The remaining suture was used to finalize the allograft at this location later in the case. We repeated this process for a another 2.4 anchor at the 4:00 location, but it pulled out and therefore it was replaced with a double loaded 3.0 suture tack anchor. Again a single limb a suture was wrapped around the labral tissue in this location so we could prepare the native labrum in this location.

At this point in time, the traction was released and the hip flexed. We examined the femoral head neck junction and as predicted based on our preoperative x-rays, there was a small residual cam lesion. This was addressed using the 4.5 curved bur resecting the excess bone from medial to lateral and proximal to distal. We recreated the femoral head neck offset using the bur. Once we were satisfied with the resection, we took fluoroscopic imaging in both the frog-leg lateral view as well as AP view to confirm adequate osteoplasty.

On the back table, a fascia lata allograft had been thawing in antibiotic solution. It was then opened and placed flat on a metal surface. We then cut excessive tissue creating a rectangular piece of allograft. This tissue was then rolled in a very tight fashion to create a 5.5 mm diameter tubular graft. There was a lead suture placed at the tail end of the graft consisting of #2 FiberWire. The remainder of the graft was tubularized using 2-0 Vicryl suture. After adequate preparation, we placed the graft under tension and wrapped in a moist sponge until ready for implantation.

4

Printed on 7/29/20  3:01 PM

**Lincoln/Mason 0710**

Operative Reports - 12/09/2019

ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:    Sex: F
Visit date: 3/3/2020

# uchealth

---

**03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)**

Clinical Notes (continued)

---

Attention was turned back to the acetabulum. We created a third and fourth portal under needle localization. A fourth portal was a posterior portal and it was dilated and a 7 mm cannula was placed in this location. Traction was replaced onto the lower extremity. We then placed six 3.0 knotless suture tack anchors between the 2 previously placed 2.4 mm anchors. These 3.0 anchors were placed at 10:00, 11:00, 12:00, 1:00, 2:00, and 3:00 locations. Next, we passed the graft into the joint using the trail sutures, feeding them between the mid anterior portal and the posterior portal. This allowed us to feed the entirety of the graft across the joint. We then secured the graft medially using the final suture of the 3.0 loaded suture tack anchor. This opposed the medial border of the graft to the acetabular rim in this location. Next, we sequentially placed the 3.0 working suture around the labrum at each location. The sutures were then used to sequentially oppose the fascia lata graft to the acetabular rim proceeding from medial to lateral. During this process, tension was applied to the graft laterally. Once all of the 3.0 knotless suture tack sutures had been placed around the graft, we had one final suture remaining at the 9:00 location. A bird beak was used to pass the final suture from the last 2.4 double-ended suture tack anchor around the graft and the native labrum. A sliding locking Weston knot with 3 alternating half hitches was used to secure the graft in this final location. Once we were satisfied with adequate tensioning and length, we cut the remaining graft and the remainder of the graft was removed out of the hip. In total the graft that we placed was approximately 70 mm in length.

We released traction again and flexed the hip to tested dynamically and to assess the hip joint seal. We tested the hip dynamically by flexing it past 90 degrees with internal and external rotation, abduction, and adduction. We did not feel that there was any further evidence of any bony impingement. The joint was copiously lavaged in order to remove any bony debris.

At this point, the capsule was closed and plicated using #2 Vicryl suture. This is accomplished medially proceeding laterally using a suture lasso device alternating with a bird beak. The sutures were placed from the distal leaflet through the proximal leaflet of the capsule. It was then secured using a sliding locking Weston knot with 3 alternating half hitches with the knot placed on the capsular side of the repair. Excess suture was cut and removed completing our capsular closure.

All instruments were removed and the wounds irrigated and closed in a sterile fashion. Sterile dressings were applied and the patient awakened and transported to the recovery room in stable condition. All sponge, needle, instrument counts were correct at the end of the case. Please note that throughout the case, the intra-abdominal pressure was palpated every 15-20 minutes and there was no notable increase in pressure throughout the duration of the procedure.

POSTOPERATIVE PLAN:

1. Thromboembolic prophylaxis including aspirin, sequential compression devices, and early mobilization
2. Pain control

Printed on 7/29/20  3:01 PM

Page 22

**Lincoln/Mason 0711**

Operative Reports - 12/09/2019

**uchealth**

ASPEN CK PRIM CARE OP    Mason, Jan K
MRN: 3925160, DOB:    Sex: F
Visit date: 3/3/2020

**03/03/2020 - Office Visit in UCHealth Aspen Creek Medical Center (continued)**

Clinical Notes (continued)

3.  30% PWB for 4 weeks on operative extremity

Michael Huang, MD

Dictated and transcribed 6:00 PM December 9, 2019 by Michael Huang, MD

Printed on 7/29/20  3:01 PM    Page 23

**Lincoln/Mason 0712**

Request Corresponden

## MRO
### 1000 Madison Avenue
### Suite 100
### Norristown, PA 19403
### Ph: (610) 994-7500 Opt. 1

# Medical Records Transmittal

Date:                7/30/2020
Request Number:      36497436
Page Count:          86

### Your requested medical records are attached.

Patient Name:        JAN MASON
Medical Facility:    UCMGS-Aspen Creek Medical Center
Requester:           Charomae Ballesteros
Organization:        ReleasePoint, Inc./PORTAL

Your reference number:   6749555  9291624

Thank you,

*MRO*
*MROcorp.com*

**Lincoln/Mason 0713**

Request Corresponden    From WFI Incorporated 1.626.628.9628 Mon Jul 27 09:50:04 2020 MDT Page 1 of 4



Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

**UC HEALTH ASPEN CREEK MEDICAL
9480 BRIAR VILLAGE POINT STE 200
ATTN: MEDICAL RECORDS
COLORADO SPRINGS, CO  80920**

Date:   Jul 27, 2020

**Re: Long Term Disability Benefits**
Claim#  6749555        9291624
Claimant:  MASON, JAN
Claimant DOB:
Provider Portal:  https://portal.releasepoint.com
Access Key:  PNGPR3

Dear   f/u 7193655277, X1,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
**From September 1, 2019 to Present**
Dr. Kent's office treatment notes - Seen By: UC HEALTH ASPEN
CREEK MEDICAL

We ask that you provide this information within a week of the date of this mailing.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number  (213) 884-4921     or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due.  If you're a hospital, only abstract records are required:  admission, history/physical, OP reports, DX summaries, etc.  Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
 Charomae Ballesteros
Disability Information Specialist
Phone No.:  (213) 266-5038
Fax No:  (213) 884-4921



RPID:  6749555

**Lincoln/Mason 0714**

Request Corresponden    From WFI Incorporated 1.626.628.9628 Mon Jul 27 09:50:04 2020 MDT Page 2 of 4



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

The information will be used or disclosed only for the following purpose(s): For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)    JAN K MASON

Name of legal representative, if applicable (print) _____ — Relationship _____

Signature of claimant or legal representative    _Jan K Mason_

Date of Birth: __ _____ Claim Number: 9291624 Date: 09/14/19 _____

**A copy of this authorization will be considered as valid as the original.**

RPID: 6749555

**Lincoln/Mason 0715**

Request Corresponden    From WHi Incorporated 1.626.628.9628 Mon Jul 27 09:50:04 2020 MDT Page 3 of 4



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-72107
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

Person(s) or group(s) of persons authorized to use or disclose the Information:  Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/Administrator, governmental agency, MIB Inc., and any insurance support organizations.

Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

Description of the Information that may be used or disclosed: This Authorization specifically includes: the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

The information will be used or disclosed only for the following purpose(s):  For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)   JAN K MASON

Name of legal representative, if applicable (print) _____ — _____   Relationship _____ —

Signature of claimant or legal representative   Jan K Mason

Date of Birth: __ _____   Claim Number: 9291624   Date: 08/14/19

**A copy of this authorization will be considered as valid as the original**

RFID: 6749555

**Lincoln/Mason 0716**

Request Corresponden    From WFI Incorporated 1.626.628.9628 Mon Jul 27 09:50:04 2020 MDT Page 4 of 4



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

1/22/2020

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company,
authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with
the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient,
directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:
- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.


Sincerely,

*Kathryn Leombruno*
Director, Claims Operations
Lincoln Financial Group Claims




ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

RPID: 6749555



**Lincoln/Mason 0717**

# Quality Assurance Report

## Request Information

Report Date:    July 31, 2020

**RP ID:** 6749555

Patient Name:    MASON, JAN

Provider Name: UC HEALTH ASPEN CREEK MEDICAL

## Quality Assurance Information

Scope Requested: **From September 1, 2019 to Present**

Special Request:
Dr. Kent's office treatment notes - Seen By: UC HEALTH
ASPEN CREEK MEDICAL

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: HAMAD

**Lincoln/Mason 0718**

**Medical Record Overview**

Date:    July 31, 2020

Patient Name:    MASON, JAN

Records From:    FYZICAL THERAPY AND BALANCE CENTERS    **RP ID:** 6749556
12229 VOYAGER PKWY #150
Colorado Springs, CO  80921    **Client ID:** 9291624
(719) 488-0120
Source:  LIBMTN

Request Scope:    From February 1, 2020 to Present
**Req By:**  M AVRETT

Chart Range:    02/04/2020 - 07/16/2020    mary.avrett@lfg.com

SSN:

|  |  |  |  | Starts on |
| --- | --- | --- | --- | --- |
| Classification | From | To | Total | Page |
| Progress Notes | Feb 4 2020 | Jul 16 2020 | 17 | 2 |

Total Page Count:    17

**Notes From QC:**

**Lincoln/Mason 0719**

Progress Notes - 07/16/2020 .......... yton    (FAX)719 495 8685    P.018/018

**Fyzical Therapy and Balance Centers - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

**Daily Note /
Billing Sheet**


**FYZICAL**
Therapy & Balance Centers

Patient Name: Mason, Jan K.
Date of Birth:
Referring Physician(s): HUANG, MICHAEL J. MD
Date of Original Eval: 12/13/2019
Treatment Diagnosis: ICD10: M25.151: Fistula, right hip

Date of Daily Note: 07/16/2020
Injury/Onset/Change of Status Date: 12/13/2019
Diagnosis: ICD10: M25.151: Fistula, right hip
Visit No.: 33
Insurance Name: KAISER PERMANENTE

## Subjective
Current Complaints / Gains: Patient states her back is still bothering her quite a bit and her hip doesn't feel as strong as she thinks it should.
Pain Location: anterior R hip
  Pain Scale: Worst: 4 Best: 0 Current: 2  *Previous Findings as of 12/13/2019 - Worst:4 Best:0 Current:2
  Pain Follow-up Plan: Monitor each session
Home Health Care: No
Medical History: High Blood Pressure, please see e-doc
Complicating/Personal Factors: Mechanism of injury/ illness, Multiple Treatment Areas, Patient age
Mental Status/Cognitive Function Appears Impaired? No
Current Medications: Other (See Edoc)

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 1 |
| | Supine band pull apart around ankles | |
| | Supine ball squeeze | |
| | Supine band pull apart | |
| | 18 min | |
| GP:97140 | Manual Therapy | 3 |
| | STM lumbosacral region | |
| | Lumbar joint mobilization | |
| | HIP PROM | |
| | Hip flexor stretching | |
| | 35 min | |

CPT copyright 2019 American Medical Association. All rights reserved.

## Assessment
Assessment/Diagnosis: Patient is able to complete ther ex, however has difficulty with completion of exercises due to fatigue.
Rehab Potential: Good

## Plan
Instructions: Progressing Patient Next Visit
  Progress ther ex as tolerated with focus on core/pelvic stability.

*Marc Phillips* PT,DPT,OCS

Marc Phillips, PT, DPT, OCS
License #9745
Electronically Signed by Marc Phillips, PT, DPT, OCS on July 29, 2020 at 4:22 pm

**Lincoln/Mason 0720**

Progress Notes - 07/09/2020 ........yton

**Fyzical Therapy and Balance Centers -
Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

(FAX)719 495 8685      P.012/018

**Physical Therapy
Initial
Examination**



**FYZICAL**
Therapy & Balance Centers

**Patient Name:** Mason, Jan K.
**Date of Birth:**
**Referring Physician(s):** Sung, Roger MD
**Visit No.:** 1

**Date of Initial Examination:** 07/09/2020
**Injury/Onset/Change of Status Date:** 07/01/2020
**Diagnosis:** ICD10: M54.5: Low back pain
**Treatment Diagnosis:** ICD10: M54.5: Low back pain

## Subjective

**History of Present Condition/Mechanism of Injury:** Patient is a 48 year old female with LBP related to multiple injuries and a surgery. Patient has history of fall on her tailbone and SI joint fusion on R side. Patient also has had two hip surgeries to repair labral tears and is now having significant low back pain of a constant nature.
**Primary Concern/Chief Complaint:** Patient has difficulty with walking, transfers, sitting and standing.
**Pain Location:** L - spine
  **Pain Scale:** Worst: 9 Best: 2 Current: 6
  **Pain Follow-up Plan:** Manual therapy
**Aggravating Factors:** Sitting, Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending
**General Health:** Fair
**Home Health Care:** No
**Medical History:** High Blood Pressure, please see e-doc
**Complicating/Personal Factors:** Mechanism of injury/ Illness, Multiple Treatment Areas, Patient age
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Other (see Edoc)

## Objective

### Inspection

**Patient Consent**
Patient/Parent/Guardian Consent          Yes
**Body Mass Index**
Weight                                   170
Height                                   66
Units                                    lbs/in
Index                                    27.44
Followup Plan                            Encourage activity

### Outcome Measurement Tools

**Spine**
Modified Oswestry Low Back Pain          76% disability

### Observation

**Gait**          Antalgic

**Assistive Device**
Type          Single Point Cane
Hand Used     Left

### Range of Motion

**Lumbar AROM**
Forward Bending          25%
Backward Bending         10%

**Lincoln/Mason 0721**

Progress Notes - 07/09/2020 ............. yton                          (FAX)719 495 8685          P.013/018
**Fyzical Therapy and Balance Centers -**                              Patient Name: Mason. Jan K.
**Gleneagle**                                                             Date of Birth:
12229 Voyager Pkwy, Suite 150                                          Document Date: 07/09/2020
Colorado Springs, CO 80921-3601
Phone: (719)488-0120                      **Physical Therapy**
Fax: (719)488-1427                              **Initial**
www.falconpt.com                            **Examination**

## Modalities

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation,
Ultrasound/Phonophoresis, Cryotherapy, Hot Packs

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary
by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through
written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan
indicated above.

Thank you for this referral. If you have questions regarding this    Please sign and return: Fax#: (719)488-1427
plan of care, please contact me at (719)488-0120.

                                                                     I certify the need for these services furnished under this plan of
                                                                     treatment and while under my care.

                                                                     ___I have no revisions to the plan of care.
*Marc Phillips* PT, DPT, OCS                                          ___Revise the plan of care as follows_____
                                                                     _____

Marc Phillips, PT, DPT, OCS
License #9745                                                         Physician Signature_____
*Electronically Signed by Marc Phillips, PT, DPT, OCS on July 29, 2020 at 4:18*                    R. Sung, MD
*pm*
                                                                     Date:_____    Time:_____

                                                                     **Lincoln/Mason 0722**

Progress Notes - 07/09/2020 .........yton          (FAX)719 495 8685          P.014/018
**Fyzical Therapy and Balance Centers -**          Patient Name: Mason. Jan K.
**Gleneagle**          Date of Birth:
12229 Voyager Pkwy, Suite 150          Document Date: 07/09/2020
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

## Daily Note /
## Billing Sheet

**Plan**
**Instructions:** Progressing Patient Next Visit

Marc Phillips, PT, DPT, OCS
License #9745
*Electronically Signed by Marc Phillips, PT, DPT, OCS on July 29, 2020 at 4:18 pm*

**Lincoln/Mason 0723**

Progress Notes - 06/18/2020 ........ yton            (FAX)719 495 8685      P.017/018

Fyzical Therapy and Balance Centers -
Gleneagle
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

**Daily Note /
Billing Sheet**



**Patient Name:** Mason, Jan K.
**Date of Birth:**
**Referring Physician(s):** HUANG, MICHAEL J. MD
**Date of Original Eval:** 12/13/2019
**Treatment Diagnosis:** ICD10: M25.151: Fistula, right hip

**Date of Daily Note:** 06/18/2020
**Injury/Onset/Change of Status Date:** 12/13/2019
**Diagnosis:** ICD10: M25.151: Fistula, right hip
**Visit No.:** 31
**Insurance Name:** KAISER PERMANENTE

## Subjective

**Current Complaints / Gains:** Patient states she is feeling increased hip tightness limiting her walking tolerance.
**Home Health Care:** No
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 1 |
| | Supine band pull apart around ankles | |
| | Supine ball squeeze | |
| | Supine band pull apart | |
| | 18 min | |
| GP:97140 | Manual Therapy | 3 |
| | STM lumbosacral region | |
| | Lumbar joint mobilization | |
| | HIP PROM | |
| | Hip flexor stretching | |
| | 35 min | |

CPT copyright 2019 American Medical Association. All rights reserved.

## Assessment

**Assessment/Diagnosis:** Patient is progressing well with manual therapy, however has difficulty with significant pain causing poor mechanics during gait and transfers.
**Rehab Potential:** Good

## Plan

**Instructions:** Progressing Patient Next Visit
Progress ther ex as tolerated with focus on core/pelvic stability.

Marc Phillips, PT, DPT, OCS
License #9745
Electronically Signed by Marc Phillips, PT, DPT, OCS July 2, 2020 at 8:50 am

**Lincoln/Mason 0724**

Progress Notes - 05/21/2020 ............yton    (FAX)719 495 8685    P.016/018

**Fyzical Therapy and Balance Centers - Gleneagle**
12 2 2 9 Voyager Pkwy, Suite 150
Colorado Springs, CO 8092 1-36 01
Phone: (719)488-012 0
F ax: (719)488-142 7
www.falconpt.com



**Daily Note / Billing Sheet**

# FYZICAL
Therapy & Balance Centers

| | |
|---|---|
| **Patient Name:** Mason, J an K . | **Date of Daily Note:** 05/2 1/2 02 0 |
| **Date of Birth:** | **Injury/Onset/Change of Status Date:** 12 /13/2 019 |
| **Referring Physician(s):** HU A NG, MICHA EL J . MD | **Diagnosis:** ICD10: M2 5.151: F istula, right hip |
| **Date of Original Eval:** 12 /13/2 019 | **Visit No.:** 2 9 |
| **Treatment Diagnosis:** ICD10: M2 5.151: F istula, right hip | **Insurance Name:** K A ISER PERMA NENTE |

## Subjective

**Current Complaints / Gains:** Patient states her pain is still limiting her functional abilities significantly causing difficulty with walking and shopping.

**Home Health Care:** No

**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 1 |
| | Supine band pull apart around ankles | |
| | Supine ball squeeze | |
| | Supine band pull apart | |
| | 18 min | |
| GP:97140 | Manual Therapy | 3 |
| | STM lumbosacral region | |
| | Lumbar joint mobilization | |
| | HIP PROM | |
| | Hip flexor stretching | |
| | 35 min | |

CP T copyright 2019 A merican M edical A ssociation. A ll rights reserved.

## Assessment

**Assessment/Diagnosis:** Patient is progressing well with increased ability to complete ther ex, however pain is limiting her transfers, driving and walking.

**Rehab Potential:** Good

## Plan

**Instructions:** Progressing Patient Next Visit
 Progress ther ex as tolerated with focus on core/pelvic stability.

*Marc Phillips* PT, DPT, OCS

Marc Phillips, PT, DPT, OCS
License #9745
E le ctronic ally Sig ne d b y M arc P h illips , POT:SO oP Vune 1, 2020 at 8:41 pm

**Lincoln/Mason 0725**

Progress Notes - 05/07/2020 _____ yton

**Fyzical Therapy and Balance Centers - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

(FAX)719 495 8685    P.015/018

**Daily Note / Billing Sheet**



**FYZICAL**
Therapy & Balance Centers

---

**Patient Name:** Mason, Jan K.
**Date of Birth:**
**Referring Physician(s):** HUANG, MICHAEL J. MD
**Date of Original Eval:** 12/13/2019
**Treatment Diagnosis:** ICD10: M25.151: Fistula, right hip

**Date of Daily Note:** 05/07/2020
**Injury/Onset/Change of Status Date:** 12/13/2019
**Diagnosis:** ICD10: M25.151: Fistula, right hip
**Visit No.:** 27
**Insurance Name:** KAISER PERMANENTE

## Subjective

**Current Complaints / Gains:** Patient states her SI joint is still causing her a lot of pain and her hip doctor told her that he thinks the hip is doing very well.
**Home Health Care:** No
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 1 |
| | Supine band pull apart around ankles | |
| | Supine ball squeeze | |
| | Supine band pull apart | |
| | 18 min | |
| GP:97140 | Manual Therapy | 3 |
| | STM lumbosacral region | |
| | Lumbar joint mobilization | |
| | HIP PROM | |
| | Hip flexor stretching | |
| | 35 min | |

CPT copyright 2019 American Medical Association. All rights reserved.

## Assessment

**Assessment/Diagnosis:** Patient is able to complete ther ex without an increase in pain, however has difficulty with manual therapy today.
**Rehab Potential:** Good

## Plan

**Instructions:** Progressing Patient Next Visit

Marc Phillips PT, DPT, OCS

Marc Phillips, PT, DPT, OCS
License #9745
Electronically Signed by Marc Phillips, PT, DPT, OCS on May 18, 2020 at 3:02 pm

**Lincoln/Mason 0726**

Progress Notes - 04/30/2020 ........ yton
**Fyzical Therapy and Balance Centers -
Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

(FAX)719 495 8685      P.002/018

**Daily Note /
Billing Sheet**

 **FYZICAL**
Therapy & Balance Centers

| | |
|---|---|
| **Patient Name:** Mason, Jan K. | **Date of Daily Note:** 04/30/2020 |
| **Date of Birth:** | **Injury/Onset/Change of Status Date:** 12/13/2019 |
| **Referring Physician(s):** HUANG, MICHAEL J. MD | **Diagnosis:** ICD10: M25.151: Fistula, right hip |
| **Date of Original Eval:** 12/13/2019 | **Visit No.:** 26 |
| **Treatment Diagnosis:** ICD10: M25.151: Fistula, right hip | **Insurance Name:** KAISER PERMANENTE |

## Subjective

**Current Complaints / Gains:** Patient states she is still having a lot of pain in her SI/hip region and plans to discuss further with Dr. Huang next week.
**Home Health Care:** No
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 2 |
| | Seated ball squeezes between ankles | |
| | Seated band pull apart around ankles | |
| | Supine ball squeeze | |
| | Supine band pull apart | |
| | Patient education on aquatic activities to perform independently | |
| | 28 min | |
| GP:97140 | Manual Therapy | 2 |
| | STM lumbosacral region | |
| | Lumbar joint mobilization | |
| | HIP PROM | |
| | Hip flexor stretching | |
| | 25 min | |

*CPT copyright 2019 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Patient exhibiting improved form on ther ex, but still having difficulty with transfers due to posterior hip/SI joint pain.
**Rehab Potential:** Good

## Plan

**Instructions:** Progressing Patient Next Visit

*Marc Phillips* PT, DPT, OCS

Marc Phillips, PT, DPT, OCS
License #9745
*Electronically Signed by Marc Phillips, PT, DPT, OCS on May 11, 2020 at 8:01 am*

**Lincoln/Mason 0727**

Progress Notes - 04/16/2020 _____ ton    (FAX)719 495 8685    P.003/018

**Fyzical Therapy and Balance Centers - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

**Daily Note / Billing Sheet**



**FYZICAL**
Therapy & Balance Centers

---

| | |
|---|---|
| **Patient Name:** Mason, Jan K. | **Date of Daily Note:** 04/16/2020 |
| **Date of Birth:** | **Injury/Onset/Change of Status Date:** 12/13/2019 |
| **Referring Physician(s):** HUANG, MICHAEL J. MD | **Diagnosis:** ICD10: M25.151: Fistula, right hip |
| **Date of Original Eval:** 12/13/2019 | **Visit No.:** 24 |
| **Treatment Diagnosis:** ICD10: M25.151: Fistula, right hip | **Insurance Name:** KAISER PERMANENTE |

### Subjective

**Current Complaints / Gains:** Patient states she is still having moderate to severe pain in her hip/SI joint region and is very frustrated with the lack of progress.

**Home Health Care:** No

**Mental Status/Cognitive Function Appears Impaired?** No

### Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 2 |
| | Seated ball squeezes between ankles | |
| | Seated band pull apart around ankles | |
| | Supine ball squeeze | |
| | Supine band pull apart | |
| | Patient education on aquatic activities to perform independently | |
| | 28 min | |
| GP:97140 | Manual Therapy | 2 |
| | STM lumbosacral region | |
| | Lumbar joint mobilization | |
| | HIP PROM | |
| | Hip flexor stretching | |
| | 25 min | |

CPT copyright 2019 American Medical Association. All rights reserved.

### Assessment

**Assessment/Diagnosis:** Patient exhibiting improved form on ther ex, however continues to struggle with pain response to exercise, limiting her ability to complete many movements.

**Rehab Potential:** Good

### Plan

**Instructions:** Progressing Patient Next Visit

*Marc Phillips* PT, DPT, OCS

Marc Phillips, PT, DPT, OCS
License #9745
Electronically Signed by Marc Phillips, PT, DPT 15, 2020 at 7:16 am

Lincoln/Mason 0728

Progress Notes - 04/02/2020       yton       (FAX)719 495 8685       P.004/018

**Fyzical Therapy and Balance Centers -
Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

**Daily Note /
Billing Sheet**



Patient Name: Mason, Jan K.
Date of Birth:
Referring Physician(s): HUANG, MICHAEL J. MD
Date of Original Eval: 12/13/2019
Treatment Diagnosis: ICD10: M25.151: Fistula, right hip

Date of Daily Note: 04/02/2020
Injury/Onset/Change of Status Date: 12/13/2019
Diagnosis: ICD10: M25.151: Fistula, right hip
Visit No.: 22
Insurance Name: KAISER PERMANENTE

## Subjective

**Current Complaints / Gains:** Patient states her SI joint and hip are feeling very painful, but she is also having a lot of anterior hip tightness causing her difficulty.
**Home Health Care:** No
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 2 |
| | Seated ball squeezes between ankles | |
| | Seated band pull apart around ankles | |
| | Supine ball squeeze | |
| | Supine band pull apart | |
| | Patient education on aquatic activities to perform independently | |
| | 28 min | |
| GP:97140 | Manual Therapy | 2 |
| | STM lumbosacral region | |
| | Lumbar joint mobilization | |
| | HIP PROM | |
| | Hip flexor stretching | |
| | 25 min | |

CPT copyright 2019 American Medical Association. All rights reserved.

## Assessment

**Assessment/Diagnosis:** Patient is having difficulty progressing through post op protocol due to poor exercise tolerance caused by significant pain and difficulty with performing exercises.
**Rehab Potential:** Good

## Plan

**Instructions:** Progressing Patient Next Visit

Marc Phillips PT, DPT, OCS

Marc Phillips, PT, DPT, OCS
License #9745
Electronically Signed by Marc Phillips, PT, DPT, OCS on April 13, 2020 at 7:40 pm

**Lincoln/Mason 0729**

Progress Notes - 03/12/2020 ............yton    (FAX)719 495 8685    P.005/018

**Fyzical Therapy and Balance Centers - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3 6 01
Phone: (719)488-0120
F ax: (719)488-1427
www.falconpt.com

**Daily Note / Billing Sheet**



**FYZICAL**
Therapy & Balance Centers

Patient Name:  Mason, J an K .
Date of Birth:
Referring Physician(s):  HU  A NG, MICHA EL J . MD
Date of Original Eval:  12/13 /2019
Treatment Diagnosis:   ICD10: M25.151: F istula, right hip

Date of Daily Note:  03 /12/2020
Injury/Onset/Change of Status Date:  12/13 /2019
Diagnosis:   ICD10: M25.151: F istula, right hip
Visit No.:  20
Insurance Name:  K A ISER PERMA NENTE

## Subjective
Current Complaints / Gains:  Patient states her SI joint pain continues to be a problem for her limiting her ability to walk, sit or sleep.
Home Health Care:  No
Mental Status/Cognitive Function Appears Impaired?  No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 2 |
| | Seated ball squeezes between ankles | |
| | Seated band pull apart around ankles | |
| | Supine ball squeeze | |
| | Supine band pull apart | |
| | Patient education on aquatic activities to perform independently | |
| | 28 min | |
| GP:97140 | Manual Therapy | 2 |
| | STM lumbosacral region | |
| | Lumbar joint mobilization | |
| | HIP PROM | |
| | 25 min | |

CP T  copy rig ht 201 9 A me ican Me d ical A s ociation. A 1rig hts re s e rv e d .

## Assessment
Assessment/Diagnosis:  Patient exhibiting improved form during exercises, however has mild decrease in pain post manual therapy allowing increased step length.
Rehab Potential: Good

## Plan
Instructions:  Progressing Patient Next Visit

Marc Phillips PT,DPT,OCS

Marc Phillips, PT, DPT, OCS
License #9745
E le ctronically Sig ne d b y Marc P hillips , P T,DPT,OCS on March 21, 2020 at 10:50 am

Lincoln/Mason 0730

Progress Notes - 02/25/2020 _____ yton    (FAX)719 495 8685    P.006/018

**Fyzical Therapy and Balance Centers - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3 6 01
Phone: (719)488-0120
F ax: (719)488-1427
www.falconpt.com

**Daily Note /
Billing Sheet**



**FYZICAL**
Therapy & Balance Centers

Patient Name: Mason, J an K .
Date of Birth:
Referring Physician(s): HU A NG, MICHA EL J . MD
Surgery: (Date/Type) 12/09/2019 R hip scope with labral revision
Visit No.: 18
Insurance Name: KAISER PERMANENTE

Date of Daily Note: 02/25/2020
Injury/Onset/Change of Status Date: 12/13 /2019
Diagnosis: ICD10: M25.151: F istula, right hip
Date of Original Eval: 12/13/2019

Treatment Diagnosis: ICD10: M25,151: Fistula, right hip

## Subjective

Treatment Side: Right
Current Complaints / Gains: Patient states she feels like her hip is flared up and causing her to limp more than normal.
Before the injury/onset/change of status date, the patient was able to perform the following activities:
   Mobility: Walking & Moving Around:
Current Functional Limitations:
   Mobility: Walking & Moving Around:
Home Health Care: No
Medical History: High Blood Pressure, please see e-doc
Complicating/Personal Factors: Mechanism of injury/ Illness, Multiple Treatment Areas, Patient age
Mental Status/Cognitive Function Appears Impaired? No
Current Medications: Prescription, Over The Counter
   See edocs
   Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 2 |

To improve hip ROM and mm activation:
-Bridges 5"x20
-Floor Ladder Sidestepping 2 laps
-Floor Ladder Heel/Toe Walking 2 laps
-Sit to Stands Off Plinth
-Seated RTB Abduction 5"x20

30 mins

HELD:
-Seated LAQ 2x20 each leg
-Sidestepping // Bars
-Mini Squat x10 // Bars
-HS Stretch with Strap 3x30"
-Self tennis ball R glute rolling
-Standing Hip 3 Way (held)
-Semi Tandem Stance 3x30" ea
-Sit to Stands x20
-AAROM hip abd
-AAROM heel slides
-Supine hip IR/ER
-SAQ
-AAROM Strap Abd to 30
-Adduction Ball Squeeze x20
-SLR x20
-Tandem WB Rocking x20 ea // Bars
-Bilateral Ankle pumps
-Bilateral Quad sets
-Bilateral Glute sets

| GP:97140 | Manual Therapy | 2 |

Lincoln/Mason 0731

Progress Notes - 02/20/2020     yton         (FAX)719 495 8685     P.007/018

**Fyzical Therapy and Balance Centers - Falcon**
7622 McLaughlin Rd
Falcon, CO 80831-4710
Phone: (719)495-3133
Fax: (719)495-8685

## Physical Therapy
## Progress Note


**FYZICAL**
Therapy & Balance Centers

**Patient Name:** Mason, Jan K.
**Date of Birth:**
**Referring Physician(s):** HUANG, MICHAEL J. MD
**Surgery:** (Date/Type) 12/09/2019 R hip scope with labral revision
**Visit No.:** 17

**Date of Progress Note:** 02/20/2020
**Injury/Onset/Change of Status Date:** 12/13/2019
**Diagnosis:** ICD10: M25.151: Fistula, right hip
**Date of Original Eval:** 12/13/2019

**Treatment Diagnosis:** ICD10: M25.151: Fistula, right hip

## Subjective

**Treatment Side:** Right
**History of Present Condition/Mechanism of Injury:** Pt reports to the clinic s/p R hip scope with labral reconstruction (12/9). Pt had a previous labrum reconstruction on (4/12); this previous surgery failed and recently underwent a revision. Pt was not provided with a specific protocol besides restrictions noted in Edocs. Please reach out to surgeon to attain a protocol.

Pt has a past hx of SIJ fusion.

**Current Complaints / Gains:** Pt states she went to Texas Roadhouse over the weekend and the hard benches hurt her so bad that they had to get her ticket halfway through meal and leave due to the strong pain levels.

P1: Pain from s/p R hip scope with labral revision (12/9). Precautions: Pt is currently partial weight bearing at 30%. Hip immobilizer set to 30 deg hip flexion.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
   Mobility: Walking & Moving Around:
**Current Functional Limitations:**
   Mobility: Walking & Moving Around:
**Home Health Care:** No
**Medical History:** High Blood Pressure, please see e-doc
**Complicating/Personal Factors:** Mechanism of Injury/ Illness, Multiple Treatment Areas, Patient age
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription, Over The Counter
   See edocs
   Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

## Inspection

**Body Mass Index**
| | |
|---|---|
| Weight | 150 |
| Height | 66 |
| Units | lbs/in |
| Index | 24.21 |

**Outcome Measurement Tools**          *Previous Findings as of 12/13/2019*

**Lower Extremity**
| | | |
|---|---|---|
| Lower Extremity Functional Scale | 6/80 | See edocs |

## Observation

**WB Status**     FWB
**Compliant with WBing Restrictions?**     Yes

**Assistive Device**
Type     Single Point Cane

**Lincoln/Mason 0732**

Progress Notes - 02/20/2020 ........ yton
**Fyzical Therapy and Balance Centers - Falcon**
7622 McLaughlin Rd
Falcon, CO 80831-4710
Phone: (719)495-3133
Fax: (719)495-8685

**Physical Therapy
Progress Note**

(FAX)719 495 8685          P.008/018
**Patient Name:** Mason. Jan K.
**Date of Birth:**
**Document Date:** 02/20/2020

**Plan**

**Frequency:** 1-2 times a week
**Duration:** 16
**Treatment to be provided:**
**Procedures**

Therapeutic Exercises, Therapeutic Activity, Gait Training, Neuromuscular Rehabilitation, Manual Therapy, Massage, Splinting/Taping, Patient Education

**Modalities**

Electrical Stimulation, Ultrasound/Phonophoresis, Cryotherapy, Hot Packs

Chelsea Flack
*Initiated by Chelsea Flack on February 20, 2020 at 1:12 pm*

Scott Moser, PT, DPT, OCS
License #10126
*Electronically Co-Signed by Scott Moser, PT, DPT, OCS on February 20, 2020 at 2:36 pm*

**Lincoln/Mason 0733**

Progress Notes - 02/20/2020 ............yton    (FAX)719 495 8685    P.009/018
**Fyzical Therapy and Balance Centers - Falcon**    Patient Name: Mason, Jan K.
7622 McLaughlin Rd    Date of Birth:
Falcon, CO 80831-4710    Document Date: 02/20/2020
Phone: (719)495-3133
Fax: (719)495-8685

## Daily Note / Billing Sheet

To improve hip mobility:
-Passive hip HS/ITB stretch (avoiding end ranges)
-Incision Site STM
-Glute/ITB STM

15 mins

CPT copyright 2019 American Medical Association. All rights reserved.

Post-Treatment    CP to R Hip 10 mins

## Assessment

**Assessment/Diagnosis:** Pt is showing good steady improvement in AROM of the R hip but this still elicits slight pain for her with the movement. Strength is very good with manual muscle tests but pt also c/o pain in the SI joint with this testing as well. She is using axillary crutches by instruction from her surgeon in places with longer distance walking such as grocery stores, at this time. Pt reports the R hip pain has improved but the other 2 ailments in her L hip and SI that she suffers from prevent her from ADL's and quicker improvement in the R hip recovery process.

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Short Term Goals:**
1: (1 Week) | Pt will be independent with initial home exercise program to progress towards discharge. |
2: (5 Weeks) | Pt will be able to ambulate without use of bilateral crutches. |
3: (5 Weeks) | Pt will improve her passive HF to 90 deg to progress towards improved functional mobility. |

**Long Term Goals:**
1: (10 Weeks) | Pt will be able to ascend/descend stairs with an alternating pattern. |
2: (10 Weeks) | Pt will improve her R hip active ROM to 115 deg to allow her to return to work with limited duty. |
Documentation was reviewed and approved by the therapist supervising treatment.

## Plan

**Instructions:** Progressing Patient Next Visit

Chelsea Flack
*Initiated by Chelsea Flack on February 20, 2020 at 7:37 am*

Scott Moser, PT, DPT, OCS
License #10126
*Electronically Signed by Scott Moser, PT, DPT, OCS on February 20, 2020 at 2:36 pm*

**Lincoln/Mason 0734**

Progress Notes - 02/11/2020 _____ yton                           (FAX)719 495 8685         P.010/018

**Fyzical Therapy and Balance Centers - Falcon**                   Patient Name: Mason. Jan K.
7622 McLaughlin Rd                                                 Date of Birth:
Falcon, CO 80831-4710                                              Document Date: 02/11/2020
Phone: (719)495-3133              **Daily Note /**
Fax: (719)495-8685               **Billing Sheet**

To improve hip mobility:
-Passive hip HS/ITB stretch (avoiding end ranges)
-Incision Site STM
-Glute/ITB STM

15 mins
CPT copyright 2019 American Medical Association. All rights reserved.

## Assessment

**Assessment/Diagnosis:** Focused more on core strength and flexibility today per subjective of doctor's orders. Pt continues to be irritated with glute activation but did very well with completion of all additional exercises. She opted to try ESTIM w/ CP to Lx Spine and hip following therapy today, will f/u on the effects of this upon next Tx.

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Short Term Goals:**
1: (1 Week) | Pt will be independent with initial home exercise program to progress towards discharge. |
2: (5 Weeks) | Pt will be able to ambulate without use of bilateral crutches. |
3: (5 Weeks) | Pt will improve her passive HF to 90 deg to progress towards improved functional mobility. |

**Long Term Goals:**
1: (10 Weeks) | Pt will be able to ascend/descend stairs with an alternating pattern. |
2: (10 Weeks) | Pt will improve her R hip active ROM to 115 deg to allow her to return to work with limited duty. |
Documentation was reviewed and approved by the therapist supervising treatment.

## Plan

**Instructions:** Progressing Patient Next Visit

Chelsea Flack
*Initiated by Chelsea Flack on February 11, 2020 at 5:55 pm*

Ellen Jackson
License #PTL.0015193
*Electronically Co-Signed by Ellen Jackson on February 12, 2020 at 7:00 am*

**Lincoln/Mason 0735**

Progress Notes - 02/04/2020    ~~yton~~    (FAX)719 495 8685    P.011/018
Fyzical Therapy and Balance Centers - Falcon    Patient Name: Mason, Jan K.
7622 McLaughlin Rd    Date of Birth:
Falcon, CO 80831-4710    Document Date: 02/04/2020
Phone: (719)495-3133
Fax: (719)495-8685

## Daily Note / Billing Sheet

CPT copyright 2019 American Medical Association. All rights reserved.

## Assessment

**Assessment/Diagnosis:** Went back to performing more WB exercises today due to pt having strong increases in pain from her last visit. She is continuing to have hip and sacrum pain with most activities but is able to complete all recommended reps of each. Pt had her MRI last week and plans to f/u with her doctor this Thursday 2/6/20. Will f/u on all of this upon her next Tx. She declined modalities post Tx.

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Short Term Goals:**

1: (1 Week) | Pt will be independent with initial home exercise program to progress towards discharge. |
2: (5 Weeks) | Pt will be able to ambulate without use of bilateral crutches. |
3: (5 Weeks) | Pt will improve her passive HF to 90 deg to progress towards improved functional mobility. |

**Long Term Goals:**

1: (10 Weeks) | Pt will be able to ascend/descend stairs with an alternating pattern. |
2: (10 Weeks) | Pt will improve her R hip active ROM to 115 deg to allow her to return to work with limited duty. |
Documentation was reviewed and approved by the therapist supervising treatment.

## Plan

**Instructions:** Progressing Patient Next Visit

Chelsea Flack
*Initiated by Chelsea Flack on February 4, 2020 at 4:50 pm*

*Jennifer Mulligan PT, DPT*

Jennifer Mulligan
License #PTL.0015979
*Electronically Co-Signed by Jennifer Mulligan on February 4, 2020 at 5:34 pm*

**Lincoln/Mason 0736**

# Quality Assurance Report

## Request Information

Report Date:    July 31, 2020

**RP ID: 6749556**

Patient Name:   MASON, JAN

Provider Name: FYZICAL THERAPY AND BALANCE CENTERS

## Quality Assurance Information

Scope Requested: **From February 1, 2020 to Present**

Special Request:
physical therapy notes- seen by: FYZICAL THERAPY AND
BALANCE CENTERS

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By:  PBERM

**Lincoln/Mason 0737**

**From:** Avrett, Mary
**Sent:** Fri, 31 Jul 2020 22:38:40 +0000
**To:** Avrett, Mary
**Subject:** FW: RP ID: 6749556 (LIBMTN) / Pol/Claim ID: 9291624 (MASON, JAN) -- DOWNLOAD Ready
**Importance:** High

_____
From: status@releasepoint.com
Sent: Friday, July 31, 2020 6:38:21 PM (UTC-05:00) Eastern Time (US & Canada)
To: Avrett, Mary
Subject: RP ID: 6749556 (LIBMTN) / Pol/Claim ID: 9291624 (MASON, JAN) -- DOWNLOAD Ready

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Policy/Claim/Cert:  9291624
RP ID:   6749556
Patient:  MASON, JAN
Ins. Co:  Lincoln Financial Group
Provider: FYZICAL THERAPY AND BALANCE CENTERS
Req By:  M AVRETT
-----------------------------------------------------
Original Provider:  FYZICAL THERAPY AND BALANCE CENTERS

Please be advised that ReleasePoint has completed handling of the medical record request on your applicant listed above.  Records  are available for viewing on RPNet.

Thank you.

-------------------------------------------------------------------------------------------

The information contained in this electronic mail message is intended solely for the addressee stated above and may contain information that is confidential, privileged, or otherwise protected from disclosure under applicable law.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this electronic mail transmission is strictly prohibited.

If you have received this communication in error, please notify us immediately by e-mail to "status@releasepoint.com", and delete the original message.

**Lincoln/Mason 0738**

**From:** Avrett, Mary
**Sent:** Sat, 1 Aug 2020 06:16:20 +0000
**To:** Avrett, Mary
**Subject:** FW: RP ID: 6749555 (LIBMTN) / Pol/Claim ID: 9291624 (MASON, JAN) -- DOWNLOAD Ready
**Importance:** High

_____

From: status@releasepoint.com
Sent: Saturday, August 1, 2020 2:16:11 AM (UTC-05:00) Eastern Time (US & Canada)
To: Avrett, Mary
Subject: RP ID: 6749555 (LIBMTN) / Pol/Claim ID: 9291624 (MASON, JAN) -- DOWNLOAD Ready

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Policy/Claim/Cert:  9291624
RP ID:    6749555
Patient:  MASON, JAN
Ins. Co:  Lincoln Financial Group
Provider: UC HEALTH ASPEN CREEK MEDICAL
Req By:  M AVRETT
-----------------------------------------------------
Original Provider:  UC HEALTH ASPEN CREEK MEDICAL

Please be advised that ReleasePoint has completed handling of the medical record request on your applicant listed above.  Records  are available for viewing on RPNet.

Thank you.

------------------------------------------------------------------------------------------

The information contained in this electronic mail message is intended solely for the addressee stated above and may contain information that is confidential, privileged, or otherwise protected from disclosure under applicable law.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this electronic mail transmission is strictly prohibited.

If you have received this communication in error, please notify us immediately by e-mail to "status@releasepoint.com", and delete the original message.

**Lincoln/Mason 0739**

From:                                    07/23/2020 16:03    #722 P.001/006



# Fax Coversheet

7661 McLaughlin Rd
Falcon, CO 80831
Ph. 719-886-7447        Fax 719-886-3299

Date: 07/23/20    Pages: 6 including coversheet

To: MARY

Fax #: (603) 430 - 1926

Sender's name: JAN K MASON

Sender's phone #: _____

Sender's message:

# 9291624

Thank you
So much.

Lincoln/Mason 0740

From:                                              07/23/2020 16:04    #722 P.002/006

JAN K MASON
# 9291624

Hi MARY

UPCOMING APPOINTMENTS-
PT MARC PHILLIPS    Please Call
(719) 488- 0120  ext 361
Cell (719) 232- 8079
07/30, 08/06, 08/13, 08/20, 08/27

DR ROGER SUNG
719-632-7669
08/19 ( SI JOINT)

UPRIGHT MRI OF COLORADO
(303) 858- 8855
08/07

** Please obtain office
notes from ⟍ (719) 278-3627
DR JEFFREY KENT AND
MARC PHILLIPS
    ⟍(719)488-0120

**Lincoln/Mason 0741**

CONT...                          JAN K MASON
                                 #9291624

I WILL BE SEEING
SPINAL NEUROSURGEON
ONCE STANDUP MRI
IS COMPLETED.

I WILL ALSO BE
SEEING DR HUANG
FOR HIP RECONSTRUCTION
FOLLOW UP FOR REFERRAL
TO DR ERIK JEPSON
(HIP REPLACEMENT)
SPECIALIST

THANK YOU!

*** THE SPINAL CORD STIMULATOR
    WAS PUT ON HOLD TO DO
    HIP LABRAL REPAIR AND
    HIP LABRAL RECONSTRUCTION

From:                                           07/23/2020 16:05     #722 P.004/006



| | | |
|---|---|---|
| **North Campus**<br>4110 Briargate Parkway, Suite 300<br>Colorado Springs, CO 80920<br>Phone: 719-632-7669<br>Fax: 719-632-0088 | **Colorado Springs<br>Orthopaedic Group**<br>www.csog.net | **South Campus**<br>1259 Lake Plaza Drive, Suite 100<br>Colorado Springs, CO 80906<br>Phone: 719-632-7669<br>Fax: 719-632-0088 |

Patient Name: Jan K Mason, 505296          Encounter Date: 7/1/2020          Date of Birth:

## Chief Complaint

## History of Present Illness

Jan comes in for followup with continued chronic pain in multiple areas. Dr. Salek injected her left sacroiliac (SI) joint with lidocaine and for 2 hours she was painfree in that area. She still has bilateral hip pain, the right-sided SI pain, and the low back pain. She occasionally gets radiating pain down her right leg.

*DIAGNOSTIC INJECTION FOR SI JOINT FUSION.* (handwritten)

## Medical History
**Medical Conditions:** Hypertension
**Surgical History:** Tubal ligation, Rhinoplasty
**Orthopedic Surgical History:** Rt SI Joint Fusion, Labral Repair, Labral Reconstruction,
**Current Medications:** Claritin 10 mg tablet 1 oral, Ambien 5 mg tablet 1 oral, metoprolol succinate ER 50 mg tablet,extended release 24 hr 1 Tb24 oral, losartan 50 mg tablet 1 oral, Junel FE 1/20 (28) 1 mg-20 mcg tablet oral, cyclobenzaprine 10 mg tablet 1 by mouth Q8h spasms
**Medication and Allergic Reactions:** No known allergies
**Family History:** No significant family history.
**Personal and Social History:**
The patient does not smoke or use tobacco products. The patient does not use marijuana, CBD products, or Illicit drugs. The patient currently does not consume alcohol. She is temporarily disabled.

## Review of Systems

**Constitutional:** The patient denies any unexplained weight loss, weight gain, fever, chills or fatigue.
**Eyes:** The patient denies any corrective lenses, blurred or double vision, eye pain, redness or watery eyes.
**Ear/Nose/Throat:** The patient denies any headaches, difficulty swallowing, nose bleeds, ringing in ears or earaches.
**Cardiovascular:** The patient denies any chest pain, palpitations, fainting or murmurs.
**Allergy:**
**Respiratory:** The patient denies any shortness of breath, wheezing, chronic coughing, tightness, inspiration pain or snoring.
**Gastrointestinal:** The patient denies any heartburn, nausea, vomiting, constipation, diarrhea, or bloody/tarry stools.
**Genitourinary:** The patient denies any difficult or painful urination, frequent urination or blood in urine.
**Musculoskeletal:** Admits joint pain and instability.
**Skin:** The patient denies skin changes, poor healing, rash, itching or redness.
**Neurological:** The patient denies numbness, tingling, unsteady gait, dizziness, tremors or seizures.

ELECTRONICALLY SIGNED BY Roger Sung, M.D.                                    1 of 3
7/8/2020

Lincoln/Mason 0743

Patient Name: Mason, Jan K
DOB:

**Psychiatric:** The patient denies nervousness, anxiety, depression or hallucinations.
**Hematological:** The patient denies bleeding or bruising easily.
**Endocrine:** The patient denies excessive thirst, excessive urination or intolerance to heat and cold.

**Vital Signs:** Height: 5ft 8.00in, Weight: 180lbs BMI 27.37

## Lumbar Spine Examination

1. Constitutional:
- Vitals: Height 5 feet 8 inches, weight 180 pounds, respirations not labored.
- General appearance: Well developed, well nourished, with normal grooming.

2. Psychiatric
- Patient is oriented to time, place, person.
- Patient's memory is within normal limits.
- Mood and affect are appropriate.

3. Skin
- General Inspection shows no visible rashes, lesions, ulcers.
- Palpation shows no tightness, induration, nodules.

4. ENT
- External inspection reveals normal appearance and no visible scars.
- Hearing is normal to varying sounds.

5. Musculoskeletal
- Station and gait are normal.
- Motor strength is intact with no obvious atrophy.
- Spine has normal ROM without crepitation. There is normal alignment and no pain to palpation.

6. Neurologic
- Reflexes are intact.
- Sensation is intact to light touch.

The physical examination includes the above body areas and defines normal parameters. For this patient the above detailed examination is within normal limits for all listed elements with exceptions and pertinent additional positive findings listed below:

Exam is unchanged.

**Diagnostic Test Findings:** Imaging was reviewed once again.
**Assessment and Plan:**

ELECTRONICALLY SIGNED BY Roger Sung, M.D.
7/8/2020

2 of 3

**Lincoln/Mason 0744**

From:                                              07/23/2020 16:06      #722 P.006/006

Patient Name: Mason, Jan K
DOB:

### Diagnosis Codes:
M51.36 Other intervertebral disc degeneration, lumbar region, M54.5 Low back pain, M46.1 Sacroiliitis, not elsewhere classified

### Impression:
1. Chronic pain syndrome and sciatica.
2. Status post right sacroiliac (SI) joint fusion, September 2017.
3. Status post motor vehicle accident (MVA), 12/18/2017.
4. Bilateral sacroiliitis.

### Treatment Plan:
We talked about a left SI joint fusion. We also talked about spinal cord stimulation. At this point, after a long discussion, we are going to do physical therapy on her back and her right hip again as she never got a chance to complete it with COVID. She will set up a followup when the timing is appropriate. All of her questions were answered.
CC: David Salek, MD
Jeffrey Kent, MD

### Clinical Quality Reporting:
The patient has not received the influenza vaccination.

Electronically signed by: Roger Sung, M.D.
Date: 7/1/2020 Time:8:45 AM

CC: A copy of the office visit notes will be forwarded to the patient's referring physician. Copies sent along with cover letter sent to the patient's primary care physician.

ELECTRONICALLY SIGNED BY Roger Sung, M.D.
7/8/2020                                                                                    3 of 3

Lincoln/Mason 0745

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS   JAN MASON

**Lincoln/Mason 0746**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1926

July 25, 2020

Ms. Jan K. Mason

RE:    Long Term Disability (LTD) Benefits
       Charter Communications, Inc.
       Claim #: 9291624

Dear Ms. Jan Mason:

Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Charter Communications, Inc.'s Group Disability Policy.  We are writing regarding your claim for LTD benefits under the Policy.

We received your request for review of the recent claim determination on your LTD claim on July 21, 2020.

In a telephone conversation on July 24, 2020, we discussed obtaining the updated medical records from Fyzical Therapy, Dr. Kent and Dr. Salek.  As I indicated, I have made a complimentary request for the records from these providers.  In addition, you will provide updated records from your MRI scheduled for August  7, 2020 and your follow-up appointment with Dr. Sung on August 19, 2020.

For Lincoln to conduct a timely review of your appeal, we ask you submit any additional information you wish to have considered within 30 days of this letter.  Please contact us should you need additional time.

If we do not hear from you and do not receive additional information by August 23, 2020, we will proceed with our appeal review and make a final determination based on the information currently contained in your file.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA

1  of  2

**Lincoln/Mason 0747**

Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

Since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your submission are not counted as part of the appeal determination period.

If you have any questions regarding this matter, please contact me.

Sincerely,

Mary Avrett
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16371
Secure Fax No.: (603) 430-1926

**Lincoln/Mason 0748**

# Lincoln
## Financial Group®

*(handwritten, circled)* 45 min

**To:** **David Salek**

Company:
Fax: 719-598-7562
Phone:

**From:**
Fax:
Phone:

**NOTES:**

Disability letter on Jan Mason

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile

Lincoln/Mason 0749

PAGE 2/5 * RCVD AT 7/23/2020 12:56:29 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/0 * DNIS:86684114415 * CSID:7195832492 * ANI:7195897579 * DURATION (mm-ss):01-17

## INVOICE

## Spinal Diagnostics & Regenerative Medicine

6685 Delmonico Drive, Suite C
Colorado Springs, CO 80919
Phone: (719) 598-7562
Fax: (719) 598-2775

Narrative Report Invoice
*Payment is DUE ASAP

Regarding: **Jan Mason**
DOB:

| | | |
|---|---|---|
| Report 1st page 1 hour | $ | 200.00 hour |
| Each additional 15 mins | $ | 100.00 each |

Total: $200.00  for 45 minutes due prior to report .
**Total due: $200.00**

Dr. Salek spent a total of 45 minutes to do this report.
Please remit payment as soon and possible and we will send the narrative.


Thank You,
Melissa

**Lincoln/Mason 0750**

7/23/2020

David Monti, MD

Fax: 866.841.1415

Re: Jan Mason

Dear Dr. Monti,

Thank you for your recent correspondence regarding Jan Mason DOB        Your summation statement is quite accurate with the following addition:

Jan Mason is a 48-year-old female status post right SI joint fusion September 2017 who presented with residual right sided neuropathic sacroiliac joint pain status post MVA December 2017. Since the car accident she has had residual right-sided low back and buttock neuropathic burning sensations thought to be related to residual neuropathic SI fusion pain. After further evaluation by her orthopedic surgeon, this was felt to be related to her right hip and Dr. Huang did a labral repair in April 2019 which helped her significantly from an anterior groin and hip pain standpoint for a number of weeks however after loadbearing and adding more activity to her lifestyle she had consistent pain flares posteriorly, consistent with a sacroiliac joint distribution. This is primarily burning and neuropathic pain. Dr. Huang then performed a full reconstruction in December 2019.

She subsequently presented to Dr. Lippert who performed a Boston Scientific spinal cord stimulator trial which she had excellent relief from however did not cover her axial low back pain ostensibly related to her facet arthropathy in her L5-S1 region. More so, she has an aversion to implantable battery pack and likes the idea of an external pack that stimwave technology can offer. She had an MRI of her lumbar spine which did not reveal any significantly stenotic segments though did show some L5-S1 degenerative facet arthropathy. She ultimately declined the permanent implant and has sought alternatives to implantable technology. She followed up with Dr. Huang in 2020 and has told us he is considering repeat surgery on her hip although I do not have records from his clinic visits to confirm this. My last visit with her was in June of this year performing a left-sided diagnostic SI joint block per request of Dr. Sung at Colorado Springs orthopedic group. I have not received a pain diary from this injection therefore I did not know what her response was. It looks as though Dr. Sung is continuing to recommend a spinal cord stimulator.

Sincerely,

David R Salek MD

45 minutes total time spent on this dictation.

Lincoln/Mason 0751

From: Paula Meisinger    Fax:    To:    Fax: (718) 598-2775    Page: 3 of 4    07/16/2020 5:15 PM
07/16/20  19:13:44  Lincoln Financial    →    RFR Lincoln Financial Gr Page 002

# David A. Monti, M.D.

Secure fax provided by:
Lincoln Financial Group
Disability Claims
P.O. Box 7206
London, KY 40742-7206

841-1415

Date: 7/16/20

Dr. David Salek
Fax:719-598-2775

Re: Disability Benefits
Patient Name: Jan Mason
Patient DOB:
Claim Number: 9291624

Dear Dr. Salek,

Your patient's disability case manager requested a review of the medical records that were submitted to support disability benefits. Attempt was made to reach you by phone on 7/15/20. You did attempt to return my call however, I was unable to respond. I then attempted to reach you on 7/16/20. Because I was unable to reach you I will send a letter requesting your response.

Your patient is a 48 -year-old female who had chronic pain in the right back and hip region. Ultimately in September 2017, she underwent a right sacroiliac joint fusion. Initially postoperatively your patient was doing very well with excellent resolution of pain. She unfortunately was involved in a motor vehicle collision in December 2017 and had exacerbation of the right low back, right buttocks, right groin and right hip pain. Her pain continued but she did not discontinue work at this time. Her SI joint fusion remained intact. She did have a trial of a spinal cord stimulator. She did do well with this but did not want the permanent one placed. Ultimately, your patient went out of work in April 2019 for a right hip arthroscopic labral repair. This did not help with the pain. The patient had an MRI of the low back revealing no evidence of stenosis or radiculopathy and the sacroiliac joint was intact. Patient was referred for possible spinal cord stimulator at this time. Because of the continued pain ultimately the patient underwent a labral reconstruction in December 2019. Again this did not provide relief. The patient continued to have pain in the right buttocks, low back and hip region. You did evaluate her for another trial with a spinal cord stimulator. The patient continued to work after the motor vehicle collision of December 2017. Her back and hip pain really did not change since that time. There is nothing to suggest a change in status that would require her to be out of work.

Your patient's disability case manager is requesting that within 5 business days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided, and return this letter and any attachments via toll free and secure fax number to (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information. Thank you for your assistance.

-Electronically Signed-

David A. Monti, M.D.
Board Certified, Physical Medicine and
Rehabilitation

___ No changes/comments, OR
_X_ With changes/comments as noted
above        See attached note

Secure Fax provided by Lincoln Financial Group to facilita _____

Dr. David Salek                Date

Lincoln/Mason 0752

PAGE 5/5 * RCVD AT 7/23/2020 12:56:29 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/0 * DNIS:8668411415 * CSID:7195932492 * ANI:7195987579 * DURATION (mm-ss):01-17

From: Paula Meisinger    Fax:              To:                    Fax: (719) 599-2775          Page: 4 of 4      07/16/2020 5:15 PM
07/16/20  19:14:22  Lincoln Financial    ->                    MFK Lincoln Financial Gr Page 004

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

07-23-20;10:39AM;Line 1                                          ;7195932492              # 5/ 5

Case No. 1:22-cv-02362-DDD-MDB   Document 11-4   filed 03/03/23   USDC Colorado

Case No. 1:22-cv-02362-DDD-MDB    Document 11-4    filed 03/03/23    USDC Colorado    pg 101 of 317

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:    CHARLOTTE**

| | | |
|---|---|---|
| Office:   88D | Manager:   JONES, GABRIEL | Case Mgr:   ABRAMS-WEAVER, COREY |

Claimant Name:   JAN  K  MASON

Claim #:   9291624

Occupation (Job Title):   CUST SVC BILLING

Date Sent:   7/22/2020

Diagnosis:   M25 551 Pain in right hip,

| | | |
|---|---|---|
| Date of Disability:   4/17/2019 | Date Benefits Began:   10/16/2019 | |
| Maximum Duration:   5/5/2039 | Paid Through:   7/20/2020 | |
| Date of Denial or (DB451):   7/20/2020 | Date Appeal Received:   7/21/2020 | |

*This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder:   CHARTER COMMUNICATIONS, INC

Product:   LTD         Funding:   CON

Is Claimant Eligible for LTD?   Y

Erisa or Non-Erisa?   ERISA Plan

┌─ Document Locations ─┐
- [✔] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

*Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No                               FAX No

Account Specific or Unique Contract Issues / Additional Info:

48YOF; REP 3, CUST SVC BILLING  PHYSICAL DEMANDS:  SEDENTARY JD;   LDW: 4 16 2019;   DOD:  4 17 2019, DIAGNOSIS: MVA IN 2017 AFTER  HAD AN SI JOINT FUSION, EE HAS INJURIES TO PELVIS , HIPS, SI JOINT, AND LOWER BACK; MOTOR VEHICLE ACCIDENT DATE 12 18 2017; ON 4 17 2019 EE HAD A HIP PROCEDURE THAT SHE NEVER RECOVERED FROM; THE MEDICAL RECORD DOCUMENTATION AVAILABLE FOR REVIEW SUPPORTED  THE REASONABLE ASSESSMENT THAT THE CLAIMANT HAS HAD LESS THAN SEDENTARY CAPACITY  UP UNTIL JANUARY 2020; BASED ON THE RECENT REVIEW R/LS ARE NO LONGER SUPPORTIVE OF IMPAIRMENT; DCM RECOMMENDED CLOSURE FOR NOT TD ONGOING ON 7/20/2020 ; THE NOTICE OF APPEAL LETTER WAS RECEIVED ON 7/21/2020; DCM RECOMMENDS REFERRAL TO APPEALS UNIT AT THIS TIME;

From:                                    07/21/2020 16:31    #716 P.001/021



**POSTALANNEX**⁺
*Your Home Office*®

# Fax Coversheet

7661 McLaughlin Rd
Falcon, CO 80831
Ph. 719-886-7447          Fax 719-886-3299

Date: 07/21/20          Pages: 21 including coversheet

To: COREY ABRAMS - WEAVER

Fax #: 603-334-5994

Sender's name: JAN K MASON

Sender's phone #:

Sender's message:

LONG TERM DISABILITY
BENEFITS -

PRIMARY DOCTOR -
DR JEFFREY KENT
719- 278- 3627

**Lincoln/Mason 0755**

From:                                                    07/21/2020 16:32      #716 P.002/021

TO: COREY ABRAMS-WEAVER
DATE: 07/21/20

I AM SUBMITTING A WRITTEN
REQUEST FOR REVIEW. I HAVE
NOT BEEN RELEASED BY MY
SURGEONS. I AM CURRENTLY
COMPLETING 6 ADDITIONAL
WEEKS OF PHYSICAL THERAPY
SO I CAN GAIN STRENGTH IN
MY RIGHT HIP TO MOVE FORWARD
WITH LEFT SI JOINT FUSION,
LEFT LABRAL RECONSTRUCTION,
POSSIBLE RIGHT HIP REPLACEMENT
I AM ALSO BEING REFERRED TO
AN ADDITIONAL SPINE
SURGEON FOR CONTINUED
AND ONGOING LUMBAR
SPINE ISSUES DATING BACK
TO TRAUMA THAT OCCURRED
IN DECEMBER OF 2017.
                    IAN K MASON
  *** ADDTL NOTES TO FOLLOW

**Lincoln/Mason 0756**

From:                                07/21/2020 16:32    #716 P.003/021

## LISTING §1.02A – MAJOR DYSFUNCTION OF A WEIGHT BEARING JOINT

From: _Jeffrey R Kent, MD_      _Family Practice_

Re:   Jana K. Mason

DOB: _

Please comment on whether your patient has the following impairment:

> 1.02 Major dysfunction of a joint(s) (due to any cause): Characterized by gross anatomical deformity (e.g., subluxation, contracture, bony or fibrous ankylosis, instability) and chronic joint pain and stiffness with signs of limitation of motion or other abnormal motion of the affected joint(s), and findings on appropriate medically acceptable imaging of joint space narrowing, bony destruction, or ankylosis of the affected joint(s). With:
>     A.     Involvement of one major peripheral weight-bearing joint (i.e., hip, knee or ankle), resulting in inability to ambulate effectively, as defined in 1.00B2b;

1.    Does your patient have major dysfunction of a weight bearing joint characterized by gross anatomical deformity (e.g., subluxation, contracture, bony or fibrous ankylosis, instability)?                                 ☐ Yes    ☐ No

      *If yes*, please identify affected joint(s) (B) Hip + (B) SI joint instability

      and please identify the dysfunction: _____

2.    Is dysfunction confirmed by findings or appropriate medically acceptable imaging?
                                                                          ☒ Yes    ☐ No

      *If yes*, please attach findings or describe type of imaging and date performed:
      MRI + CT + Diagnostic inj4to

3.    Does your patient have evidence of chronic joint pain and stiffness in the affected joint(s)?
                                                                          ☒ Yes    ☐ No

4.    Does your patient have any limitation of motion of the affected joint(s)?
                                                                          ☒ Yes    ☐ No
      *If yes*, indicate ranges of motion that are limited: _____

---

From Social Security Disability Practice by Thomas E. Bush, copyright James Publishing. Used with permission.
For information 800-440-4780 or www.JamesPublishing.com.

**Lincoln/Mason 0757**

From:                                                    07/21/2020 16:33    #716 P.004/021

5.   Concerning your patient's ability to "ambulate effectively," is your patient able to do the
following on a *sustained* basis *without companion assistance*?

A.   walk a block at a reasonable pace on rough or uneven surfaces?
☐ Yes   ☑ No

B.   use standard public transportation including climbing into/out of a bus and
tolerate the typical jostling on a bus?   ☐ Yes   ☑ No

C.   carry out routine ambulatory activities including grocery and clothes shopping and
banking?   ☐ Yes   ☑ No

D.   climb several stairs at a reasonable pace with use of only a single hand rail?
☐ Yes   ☑ No

6.   Does your patient need an assistive device to ambulate?   ☑ Yes   ☐ No

If yes, what type of assistive device:   CANE

7.   If the clinical findings do not match *all* of the findings required above, are your patient's
combines impairments medically *equivalent* to the severity of conditions in the above
listed impairment?   ☑ N/A   ☐ Yes   ☐ No

If yes, please explain in detail how your patient's impairments are equivalent to the
impairment listed above, with reference to *specific supporting clinical findings*.

_____

_____

_____

_____

Date: 7/1/2020                         Signed: _____

7-32-1                                 Print Name: Jeffery R Kent

8/14                                   Address: _____

§231.1.1

Lincoln/Mason 0758

From:                                    07/21/2020 16:33    #716 P.005/021



PAGE 5/18 * RCVD AT 7/21/2020 6:39:54 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/2 * DNIS:6033345994 * CSID: * ANI:17198863299 * DURATION (mm-ss):11-07

Lincoln/Mason 0759

From:                                                  07/21/2020 16:34      #716 P.006/021


    ***   REC 2020176   102753 HBB8A981 G$YZ   CIPCMA2    PCA2    (F-G$Y )   ***

                                                           June 24, 2020, 10:27
                                                                        PAGE    1
        NH


                                              ---------------------------
                                              : UNIT: GEE             :
                                              :                       :
                                              :                       :
                                              :                       :
                                              :                       :
                                              :                       :
                                              :                       :
                                              ---------------------------

        JAN K MASON


                        REQUEST FOR RECONSIDERATION

On June 23, 2020, we talked with you and completed your REQUEST FOR
RECONSIDERATION for SOCIAL SECURITY BENEFITS. We stored your REQUEST FOR
RECONSIDERATION information electronically in our records and attached a
summary of your statements.

What You Need To Do

    o   Review your REQUEST FOR RECONSIDERATION to ensure we recorded your
        statements correctly.

    o   If you agree with all your statements, you may retain the REQUEST FOR
        RECONSIDERATION for your records.

    o   If you disagree with any of your statements, you should contact us within
        10 days after the date of this notice to let us know.

MY NAME IS JAN K MASON.

MY SOCIAL SECURITY NUMBER IS                    .

I REQUEST A RECONSIDERATION. I DISAGREE WITH THE DETERMINATION MADE ON MY CLAIM
FOR DISABILITY-WORKER OR CHILD BENEFITS BECAUSE DUE TO MS. MASON'S PHYSICAL
IMPAIRMENTS, SHE IS UNABL E TO WORK.

I AM SUBMITTING ADDITIONAL EVIDENCE WITH THIS REQUEST.

I AM REPRESENTED BY K M GIELAROWSKI, WHO IS AN ATTORNEY.

MY PHONE NUMBER IS                    .

DATE June 23, 2020.

**Lincoln/Mason 0760**

**From:**                                         07/21/2020 16:34    #716 P.007/021

North Campus
4110 Briargate Parkway, Suite 300
Colorado Springs, CO 80920
Phone: 719-632-7669
Fax: 719-632-0088
Spine Fax: 719-471-3203



Colorado Springs
Orthopaedic Group

www.csog.net

South Campus
1259 Lake Plaza Drive, Suite 100
Colorado Springs, CO 80906
Phone: 719-632-7669
Fax: 719-632-0088
Spine Fax: 719-471-3203

CYCLOBENZA PRINE 10MG

## SPINE THERAPY REQUEST FORM

Name: **Jan K Mason**                Primary Phone:            Weight 180lbs
Date of Birth:                        Cell Phone:              Height 5ft 8.00in
                                                               female

Address:

☐ **Express Care Patient**   Date of injury:

---

Referring Provider:   Roger Sung, M.D.   NPID: 1215982764

Suggested Diagnosis:   M51.36 Other intervertebral disc degeneration, lumbar region, M54.5 Low back pain, M46.1 Sacroiliitis, not elsewhere classified, Lumbar Spine

Frequency   ☐ Daily ☐ BID ☐ Once a week ☑ Twice a week ☐ Three Times a week ☐ Once

Duration (weeks):   ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☑ 6 ☐ 8 ☐ 12
Comments:   This will include flexibility, range of motion, and strength exercises.
Therapy Location:   SELECT FACILITY

---

☑ Eval And Treatment
### Recommended Treatment:

**MODALITIES**
☐ Hot/cold Packs
☐ Paraffin
☐ Ultrasound
☐ Iontophoresis
☐ Whirlpool
☐ Electrical Stimulation

**ACTIVE TREATMENT**
☐ Passive ROM
☐ Active-Assistive ROM
☐ Progressive Resistive Exerc.
☐ Gait Training
☐ Pre-Operative Program
☐ Home Exercise Program
☐ Work Hardening
☐ Balance Trg./Vestibular Rehab.

**TRACTION**
☐ Cervical
☐ Pelvic
☐ Home Unit

**OTHER PROCEDURES**
☐ Protocol
☐ Tens Unit
☐ Tens Home
☐ Dry Needling
☐ Splinting
☐ Mckenzie Back Program

---

Primary Insurance:      Kaiser Select Purple Card      Pre-Certification Details:
Policy Number:          421214742
Group Number:           80001700

Secondary Insurance:                                   Pre-Certification Details:
Policy number:

**Lincoln/Mason 0761**

From:                                      07/21/2020 16:35    #716 P.008/021


Patient Name: Mason, Jan K

DOB:

Group Number:

**Wcomp Carrier:**                          Pre-Certification Details:
WComp Claim#:
WComp Adjuster:


I certify that the above ordered physical therapy is medically necessary for the patient's diagnosis.

Electronically signed by: Roger Sung, M.D.
Date: 7/1/2020 Time:8:45 AM

Lincoln/Mason 0762

From:                                07/21/2020 16:35    #716 P.009/021

**North Campus** 4110 Briargate Parkway, Suite 300 Colorado Springs, CO
80920 Phone: 719-632-7669 Fax: 719-632-0088



Colorado Springs
Orthopaedic Group
www.csog.net

**South Campus** 1259 Lake Plaza Drive, Suite 100 Colorado Springs,
CO 80906 Phone: 719-632-7669 Fax: 719-632-0088

Patient Name: Jan K Mason, 505296

Encounter Date:
3/12/2020

Date of Birth:

**Chief Complaint** Right hip pain.

## History of Present Illness

Jan Mason is a 47 year old female who presents today 12 weeks status post right hip labral reconstruction using allograft from 9:00 to 4:00 location, chondroplasty, debridement/shaving acetabulum, labral repair at 4:00 and 9:00 location, arthroscopic acetabuloplasty, arthroscopic femoroplasty, osteoplasty to remove cam lesion, synovectomy, capsular closure/plication performed on 12/09/2019. The right hip itself continues to do reasonably well. Her biggest issue right now is that she has tremendous pain over the right greater than the left sacroiliac joint and lumbar spine. She has previously seen Dr. Sung and had previous sacroiliac joint fusion on the right side. She has been in physical therapy since the last visit and despite those modalities, continues to have difficulty weightbearing and continues to use crutches.

She is also here for follow-up regarding left hip pain. Since her previous visit, the patient feels that the left hip pain has been unchanged. In regards to her left hip, the patient states she has had pain in December, 2017, getting progressively worse. Her pain has especially worsened after her recent right hip labral reconstruction procedure due to increased loadbearing. Her pain is located in the groin and worsen with prolonged sitting, prolonged standing and squatting type activities. Rotational activities also increased pain. She has tried rest, activity modification, ibuprofen as an anti-inflammatory without significant benefit. She has also been attending physical therapy without much relief. She denies nausea, vomiting, fever, chills, short of breath, chest pain or abdominal pain.

**Date of Onset:** December, 2017

## Medical History
**Medical Conditions:** Hypertension
**Surgical History:** Tubal 1994; Rhinoplast 2008
**Orthopedic Surgical History:** Right SI Fusion
**Current Medications:** Claritin 10 mg tablet 1 oral, Ambien 5 mg tablet 1 oral, metoprolol succinate ER 50 mg tablet,extended release 24 hr 1 Tb24 oral, losartan 50 mg tablet 1 oral, indomethacin 50 mg capsule 1 by mouth BID Take with food., oxycodone 5 mg tablet 1 tablet(s) by mouth Q4-6h, Flexeril 10 mg tablet 1 by mouth Q8h, Zofran ODT 4 mg disintegrating tablet 1 on the tongue Q8h PRN nausea Allow to dissolve on the tongue., Colace 100 mg capsule 1 by mouth DAILY PRN, aspirin 325 mg tablet 1 by mouth DAILY, diclofenac sodium 75 mg tablet,delayed release 1 by mouth BID w/ meals, diclofenac potassium 50 mg tablet 1 as directed BID
**Medication and Allergic Reactions:** No known allergies
**Family History:** No significant family history
**Personal and Social History:**
Patient has children, denies tabacco, marijuana, and alcohol use

---

ELECTRONICALLY SIGNED BY Michael Huang, M.D. 3/12/2020                                                1 of 3

Lincoln/Mason 0763

From:                                          07/21/2020 16:36      #716 P.010/021

**Patient Name:** Mason, Jan K **DOB:**

## Review of Systems

Patient denies fevers, chills, chest pain, shortness of breath, abdominal pain, nausea, diarrhea, constipation. Pertinent positives for review of systems are listed in HPI above, otherwise negative.

**Vital Signs:** Height: 5ft 8.00in, Weight: 190lbs BMI 28.89

## General Exam:
**Constitutional:** Patient is adequately groomed with no evidence of malnutrition.
**Skin:** There are no rashes, ulcerations or lesions in the regions examined.
**Mental Status:** The patient is oriented to time, place and person. The patient's mood and affect are appropriate.
**Lymphatic:** The lymphatic examination bilaterally reveals all areas to be without enlargement or induration.
**Vascular:** Examination reveals no swelling or calf tenderness. Peripheral pulses are palpable and 2+.
**Neurological:** The patient has good coordination. There is no weakness or sensory deficit. Deep tendon reflexes are intact.

## Right Hip/Pelvis Examination
Patient is alert and oriented to time, place, medical situation without evidence of distress. Surgical wounds are well healed without signs of infectiontributions. The patient is able to fire EHL, tibialis anterior, gastrocsoleus, peroneals. Dorsalis pedis pulse, 2+. There is no calf swelling or tenderness. Homans sign is negative. No evidence of DVT. Hip flexion to 110°, external rotation to 45°, internal rotation to 5°. Tenderness to palpation over the lateral hip and over the sacroiliac joint.

## Left Hip/Pelvis Examination
LEFT hip range of motion includes flexion to 120 degrees, external rotation to 55°, internal rotation to 5°. Positive anterior impingement test and negative posterior impingement test. Straight leg raise stressing produces lower back pain. Tenderness of palpation over the anterior hip and laterally over the greater trochanter.

**Diagnostic Test Findings:** X-RAYS, BILATERAL HIP, CSOG, 6/4/19: X-rays ordered, performed, and interpreted previously and reviewed today include AP pelvis, bilateral Dunn views, false profile, and cross table lateral views of the BILATERAL hip. They show well-preserved femoroacetabular joint spacing. Tonnis Grade 0. No evidence of fracture or dislocation. No evidence of avascular necrosis or heterotopic ossification in the right hip. On the left hip, there is evidence of femoroacetabular impingement, cam type with alpha angle measuring 63 degrees.

MR ARTHROGRAM, LEFT HIP, 1/30/2020, PENRAD: Focal Cam deformity of the anterior left femoral head neck junction with associated anterior/anterosuperior labral base tear. Small right hip joint effusion.

## Assessment and Plan:
**Diagnosis Codes:**
M24.151 Other articular cartilage disorders, right hip Right
M25.552 Pain in left hip Left
M24.152 Other articular cartilage disorders, left hip Left
**Impression:**
1. 12 weeks status post right hip labral reconstruction using allograft from 9:00 to 4:00 location, chondroplasty, debridement/shaving acetabulum, labral repair at 4:00 and 9:00 location, arthroscopic acetabuloplasty, arthroscopic femoroplasty, osteoplasty to remove cam lesion, synovectomy, capsular closure/plication this was performed on

ELECTRONICALLY SIGNED BY Michael Huang, M.D. 3/12/2020                                    2 of 3

**Lincoln/Mason 0764**

**Patient Name:** Mason, Jan K **DOB:**

12/09/2019.
2. Left hip pain - possible labral tear/FAI
3. Bilateral sacroiliitis with history of previous right SI joint fusion

### Treatment Plan:
I reviewed the clinical and previous radiographic documentation with the patient. The right hip continues to do reasonably well after her labral reconstruction although she still has some occasional pain in this location. The left hip continues to have pain which we believe is due to labral tear in the setting of bony hip impingement. However, despite these issues, her biggest complaint is along the SI joint bilaterally. She has already had SI joint fusion on the right but apparently she had trauma in the postsurgical time and it went on to nonunion. The patient has discussed possible revision surgery versus spinal stimulator. She would like us to circle back with Dr. Sung to see if there are any other options for her. In regards to the hip itself, I recommended continued range of motion and strengthening until we can get her sacroiliac joints figured out. All questions were answered.
Patient was provided with patient education on NSAIDs.
The patient is instructed to return if pain or symptoms arise.

### Clinical Quality Reporting:
A stretching regimen was recommended to the patient. A strength training regimen was recommended to the patient. The patient was encouraged to exercise.



Electronically signed by: Michael Huang, M.D.
Date: 3/12/2020 Time: 2:00 PM

CC: Copies sent along with cover letter sent to the patient's primary care physician.

Lincoln/Mason 0765

From:                                                    07/21/2020 16:37      #716 P.012/021

North Campus 4110 Briargate Parkway, Suite 300 Colorado Springs, CO 80920 Phone: 719-632-7669 Fax:  719-632-0088



Colorado Springs
Orthopaedic Group
www.csog.net

South Campus 1259 Lake Plaza Drive, Suite 100 Colorado Springs, CO  80906 Phone: 719-632-7669 Fax: 719-632-0088

Patient Name:  Jan K Mason, 505296

Encounter Date:
5/1/2020

Date of Birth:

## Chief Complaint

## History of Present Illness

Jan Mason is a 47 year old female who presents today almost 5 months status post right hip labral reconstruction using allograft from 9:00 to 4:00 location, chondroplasty, debridement/shaving acetabulum, labral repair at 4:00 and 9:00 location, arthroscopic acetabuloplasty, arthroscopic femoroplasty, osteoplasty to remove cam lesion, synovectomy, capsular closure/plication performed on 12/09/2019. Since her last visit, she has been working with Mark Phillips, PT for continued sacroiliac pain, gluteal pain. She actually reports that her symptoms are worsening and now radiating more laterally and anteriorly towards the hip itself. She does continue to have significant posterior pain where she has had previous sacroiliac surgery by Dr. Sung. At the last visit, we had asked her to revisit with Dr. Sung but she was unable to do so due to the Corona virus situation. She has been working on walking around the block as she has not been able to get to pool therapy because of the closures throughout the city. She has difficulty going up and downstairs and even lying supine in bed. Her pain is rated at 8–9/10. She has been using rest, activity modification, physical therapy without benefit. She tried anti-inflammatories and even Celebrex without benefit and this caused significant gastrointestinal irritation. She continues to use crutches for weightbearing assistance. She denies nausea, vomiting, fever, chills, short of breath, chest pain or abdominal pain.

**Date of Onset:** December, 2017

## Medical History
**Medical Conditions:** Hypertension
**Surgical History:** Tubal 1994; Rhinoplast 2008
**Orthopedic Surgical History:** Right SI Fusion Right hip labral reconstruction
**Current Medications:** Claritin 10 mg tablet 1 oral, Ambien 5 mg tablet 1 oral, metoprolol succinate ER 50 mg tablet,extended release 24 hr 1 Tb24 oral, losartan 50 mg tablet 1 oral, indomethacin 50 mg capsule 1 by mouth BID Take with food.
**Medication and Allergic Reactions:** No known allergies
**Family History:** No significant family history
**Personal and Social History:**
Patient has children, denies tabacco, marijuana, and alcohol use

## Review of Systems

Patient denies fevers, chills, chest pain, shortness of breath, abdominal pain, nausea, diarrhea, constipation. Pertinent positives for review of systems are listed in HPI above, otherwise negative.

ELECTRONICALLY SIGNED BY Michael Huang, M.D. 5/1/2020                                    1 of 3

**Lincoln/Mason 0766**

From:                                    07/21/2020 16:38     #716 P.013/021


Patient Name: Mason, Jan K **DOB:**

**Vital Signs:** Height: 5ft 8.00in, Weight: 190lbs BMI 28.89

## General Exam:

**Constitutional:** Patient is adequately groomed with no evidence of malnutrition.
**Skin:** There are no rashes, ulcerations or lesions in the regions examined.
**Mental Status:** The patient is oriented to time, place and person. The patient's mood and affect are appropriate.
**Lymphatic:** The lymphatic examination bilaterally reveals all areas to be without enlargement or induration.
**Vascular:** Examination reveals no swelling or calf tenderness. Peripheral pulses are palpable and 2+.
**Neurological:** The patient has good coordination. There is no weakness or sensory deficit. Deep tendon reflexes are intact.


## Right Hip/Pelvis Examination

Patient is alert and oriented to time, place, medical situation without evidence of distress. Surgical wounds are well healed without signs of infectiontributions. Gait is antalgic. The patient is able to fire EHL, tibialis anterior, gastrocsoleus, peroneals. Dorsalis pedis pulse, 2+. There is no calf swelling or tenderness. Homans sign is negative. No evidence of DVT. Hip flexion to 115°, external rotation to 45°, internal rotation to 5°. Tenderness to palpation over the lateral hip and over the sacroiliac joint.


## Additional Exams:

**Left Lower Extremity:** Examination of the left lower extremity does not show any tenderness, deformity or injury. Range of motion is unremarkable. There is no gross instability. Strength and tone are normal.

**Diagnostic Test Findings:** X-RAYS, BILATERAL HIP, CSOG, 6/4/19: X-rays ordered, performed, and interpreted previously and reviewed today include AP pelvis, bilateral Dunn views, false profile, and cross table lateral views of the BILATERAL hip. They show well-preserved femoroacetabular joint spacing. Tonnis Grade 0. No evidence of fracture or dislocation. No evidence of avascular necrosis or heterotopic ossification in the right hip. On the left hip, there is evidence of femoroacetabular impingement, cam type with alpha angle measuring 63 degrees.

MR ARTHROGRAM, LEFT HIP, 1/30/2020, PENRAD: Focal Cam deformity of the anterior left femoral head neck junction with associated anterior/anterosuperior labral base tear. Small right hip joint effusion.


## Assessment and Plan:

**Diagnosis Codes:**
M24.151 Other articular cartilage disorders, right hip Right
M46.1 Sacroiliitis, not elsewhere classified Right
**Impression:**
1. status post right hip labral reconstruction using allograft from 9:00 to 4:00 location, chondroplasty, debridement/shaving acetabulum, labral repair at 4:00 and 9:00 location, arthroscopic acetabuloplasty, arthroscopic femoroplasty, osteoplasty to remove cam lesion, synovectomy, capsular closure/plication this was performed on 12/09/2019.
2. Left hip pain - possible labral tear/FAI
3. Bilateral sacroiliitis with history of previous right SI joint fusion


**Treatment Plan:**

ELECTRONICALLY SIGNED BY Michael Huang, M.D. 5/1/2020                                    2 of 3

**Lincoln/Mason 0767**

From:                                        07/21/2020 16:39    #716 P.014/021

**Patient Name:** Mason, Jan K **DOB:**

I reviewed the clinical and previous radiographic documentation with the patient. She we also went back and looked at her arthroscopic photos from her right hip surgery performed in December 2019. She had a revision at that time with significant labral damage which was what indicated the labral reconstruction. In addition, she had small area of chondral damage which could be contributing to some of her pain. However, most of her symptomatology seems to be coming from the SI joint and the gluteal muscular complex. She has not been able to control this with typical conservative management options. She has asked me about the possibility of hip replacement which is somewhat reasonable to consider but she is rather young to go forward with that. Prior to making any decision on possible hip replacement, I would recommend that she circle back with Dr. Sung to get his opinion regarding whether or not the SI joint could be improved over this area could be improved. She is on board with this plan. We will wait to see what he has to say about it. In the meantime, patient will continue with physical therapy. All questions were answered.
Patient was provided with patient education on NSAIDs.
The patient is instructed to return if pain or symptoms arise.

**Clinical Quality Reporting:**
A stretching regimen was recommended to the patient. A strength training regimen was recommended to the patient. The patient was encouraged to exercise.

Electronically signed by: Michael Huang, M.D.
Date: 5/1/2020 Time: 12:44 PM

CC: Copies sent along with cover letter sent to the patient's primary care physician.

ELECTRONICALLY SIGNED BY Michael Huang, M.D. 5/1/2020                                3 of 3

**Lincoln/Mason 0768**

From:                                                          07/21/2020 16:39      #716 P.015/021

North Campus 4110 Briargate Parkway, Suite 300 Colorado Springs, CO 80920 Phone: 719-632-7669 Fax: 719-632-0088



**Colorado Springs
Orthopaedic Group**
www.csog.net

South Campus 1259 Lake Plaza Drive, Suite 100 Colorado Springs, CO 80906 Phone: 719-632-7669 Fax: 719-632-0088

| Patient Name: Jan K Mason, 505296 | Encounter Date: 5/13/2020 | Date of Birth: |

## Chief Complaint

## History of Present Illness

Jan comes in for followup with chronic back pain. Dr. Huang repaired her labrum in April 2019. This failed and then she had a full reconstruction in December. She is now in rehabilitation and still has pain in the hip as well as across her lower back in both sacroiliac (SI) joints. She has had the right SI joint fusion and actually felt good up until her accident. The left side has been injected and she never had as good a response as the right.

## Medical History

**Medical Conditions:** Hypertension
**Surgical History:** Tubal ligation, Rhinoplasty
**Orthopedic Surgical History:** Rt SI Joint Fusion, Labral Repair, Labral Reconstruction
**Current Medications:** Claritin 10 mg tablet 1 oral, Ambien 5 mg tablet 1 oral, metoprolol succinate ER 50 mg tablet,extended release 24 hr 1 Tb24 oral, losartan 50 mg tablet 1 oral, Junel FE 1/20 (28) 1 mg-20 mcg tablet oral
**Medication and Allergic Reactions:** No known allergies
**Family History:** No significant family history.
**Personal and Social History:**
The patient does not smoke or use tobacco products. The patient does not use marijuana, CBD products, or illicit drugs. The patient currently does not consume alcohol. She is temporarily disabled.

## Review of Systems

**Constitutional:** The patient denies any unexplained weight loss, weight gain, fever, chills or fatigue.
**Eyes:** The patient denies any corrective lenses, blurred or double vision, eye pain, redness or watery eyes.
**Ear/Nose/Throat:** The patient denies any headaches, difficulty swallowing, nose bleeds, ringing in ears or earaches.
**Cardiovascular:** The patient denies any chest pain, palpitations, fainting or murmurs.
**Allergy:** The patient denies any allergic reactions to foods or the environment.
**Respiratory:** The patient denies any shortness of breath, wheezing, chronic coughing, tightness, inspiration pain or snoring.
**Gastrointestinal:** The patient denies any heartburn, nausea, vomiting, constipation, diarrhea, or bloody/tarry stools.
**Genitourinary:** The patient denies any difficult or painful urination, frequent urination or blood in urine.
**Musculoskeletal:** Admits joint pain and instability.
**Skin:** The patient denies skin changes, poor healing, rash, itching or redness.
**Neurological:** The patient denies numbness, tingling, unsteady gait, dizziness, tremors or seizures.

ELECTRONICALLY SIGNED BY Roger Sung, M.D. 5/20/2020                                        1 of 3

**Lincoln/Mason 0769**

From:                                         07/21/2020 16:40      #716 P.016/021

**Patient Name:** Mason, Jan K **DOB:**

**Psychiatric:** The patient denies nervousness, anxiety, depression or hallucinations.
**Hematological:** The patient denies bleeding or bruising easily.
**Endocrine:** The patient denies excessive thirst, excessive urination or intolerance to heat and cold.

**Vital Signs:** Height: 5ft 8.00in, Weight: 185lbs BMI 28.13

## Lumbar Spine Examination

1. Constitutional:
- Vitals: Height 5 feet 8 inches, weight 185 pounds, respirations not labored.
- General appearance: Well developed, well nourished, with normal grooming.

2. Psychiatric
- Patient is oriented to time, place, person.
- Patient's memory is within normal limits.
- Mood and affect are appropriate.

3. Skin
- General Inspection shows no visible rashes, lesions, ulcers.
- Palpation shows no tightness, induration, nodules.

4. ENT
- External inspection reveals normal appearance and no visible scars.
- Hearing is normal to varying sounds.

5. Musculoskeletal
- Station and gait are normal.
- Motor strength is intact with no obvious atrophy.
- Spine has normal ROM without crepitation. There is normal alignment and no pain to palpation.

6. Neurologic
- Reflexes are intact.
- Sensation is intact to light touch.

The physical examination includes the above body areas and defines normal parameters. For this patient the above detailed examination is within normal limits for all listed elements with exceptions and pertinent additional positive findings listed below:

She is tender over both SI joints.

**Imaging Orders:** 4 views of the lumbar spine were ordered, obtained and interpreted from an orthopedic standpoint.
**Lumbosacral Spine Xrays:** Imaging was reviewed once again.
**Assessment and Plan:**

**Diagnosis Codes:**

ELECTRONICALLY SIGNED BY Roger Sung, M.D. 5/20/2020                                    2 of 3

**Lincoln/Mason 0770**

From:                                                    07/21/2020 16:40      #716 P.017/021

**Patient Name:** Mason, Jan K **DOB:**

M46.1 Sacroiliitis, not elsewhere classified, G89.4 Chronic pain syndrome, M54.30 Sciatica, unspecified side

**Impression:**

1. Chronic pain syndrome and sciatica.
2. Status post right sacroiliac (SI) joint fusion, September 2017.
3. Status post motor vehicle accident (MVA), 12/18/2017.
4. Bilateral sacroiliitis.

**Treatment Plan:**

We talked about spinal cord stimulation and we talked about the left SI joint. I reviewed her CT of her pelvis after the surgery and there looks like there is a fusion across the SI joint on the right. At this point, we are going to proceed with a lidocaine-only injection in the left SI joint and see if this helps with her pain. I also talked to her about considering the stimulator as it can mask a lot of these symptoms.

CC: Jeffrey Kent, MD

David Salek, MD

**Clinical Quality Reporting:**

The patient has not received the influenza vaccination.

Electronically signed by: Roger Sung, M.D.
Date: 5/15/2020 Time: 5:37 AM

CC: A copy of the office visit notes will be forwarded to the patient's referring physician. Copies sent along with cover letter sent to the patient's primary care physician.

ELECTRONICALLY SIGNED BY Roger Sung, M.D. 5/20/2020                                    3 of 3

Lincoln/Mason 0771

From:                                              07/21/2020 16:41    #716 P.018/021

**North Campus**
4110 Briargate Parkway, Suite 300
Colorado Springs, CO 80920
Phone: 719-632-7669
Fax: 719-632-0088



Colorado Springs
Orthopaedic Group
www.csog.net

**South Campus**
1259 Lake Plaza Drive, Suite 100
Colorado Springs, CO 80906
Phone: 719-632-7669
Fax: 719-632-0088

Patient Name: Jan K Mason, 505296          Encounter Date: 7/1/2020          Date of Birth:

## Chief Complaint

## History of Present Illness
Jan comes in for followup with continued chronic pain in multiple areas. Dr. Salek injected her left sacroiliac (SI) joint with lidocaine and for 2 hours she was painfree in that area. She still has bilateral hip pain, the right-sided SI pain, and the low back pain. She occasionally gets radiating pain down her right leg.

*[handwritten: DIAGNOSTIC INJECTION FOR SI JOINT FUSION.]*

## Medical History
**Medical Conditions:** Hypertension
**Surgical History:** Tubal ligation, Rhinoplasty
**Orthopedic Surgical History:** Rt SI Joint Fusion, Labral Repair, Labral Reconstruction,
**Current Medications:** Claritin 10 mg tablet 1 oral, Ambien 5 mg tablet 1 oral, metoprolol succinate ER 50 mg tablet,extended release 24 hr 1 Tb24 oral, losartan 50 mg tablet 1 oral, Junel FE 1/20 (28) 1 mg-20 mcg tablet oral, cyclobenzaprine 10 mg tablet 1 by mouth Q8h spasms
**Medication and Allergic Reactions:** No known allergies
**Family History:** No significant family history.
**Personal and Social History:**
The patient does not smoke or use tobacco products. The patient does not use marijuana, CBD products, or Illicit drugs. The patient currently does not consume alcohol. She is temporarily disabled.

## Review of Systems

**Constitutional:** The patient denies any unexplained weight loss, weight gain, fever, chills or fatigue.
**Eyes:** The patient denies any corrective lenses, blurred or double vision, eye pain, redness or watery eyes.
**Ear/Nose/Throat:** The patient denies any headaches, difficulty swallowing, nose bleeds, ringing in ears or earaches.
**Cardiovascular:** The patient denies any chest pain, palpitations, fainting or murmurs.
**Allergy:**
**Respiratory:** The patient denies any shortness of breath, wheezing, chronic coughing, tightness, inspiration pain or snoring.
**Gastrointestinal:** The patient denies any heartburn, nausea, vomiting, constipation, diarrhea, or bloody/tarry stools.
**Genitourinary:** The patient denies any difficult or painful urination, frequent urination or blood in urine.
**Musculoskeletal:** Admits joint pain and instability.
**Skin:** The patient denies skin changes, poor healing, rash, itching or redness.
**Neurological:** The patient denies numbness, tingling, unsteady gait, dizziness, tremors or seizures.

ELECTRONICALLY SIGNED BY Roger Sung, M.D.
7/8/2020
                                                                              1 of 3

Lincoln/Mason 0772

# Billing Statement:

**ReleasePoint**

**Invoice Date: 07/02/2020**          **Invoice #: 712221-1141**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Jun 1 2020 and Jun 30 2020**

**LIBMT3**                                              **Bill Code: LIBSFU**

| RP # Cust ID | Patient Name Provider Name | Status | Date Req By | RP Fee | Med Fee | Rush | QC Amt Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 6590974 9291624 | MASON, JAN K COLORADO SPRINGS ORTHO GROUP | Complete | 06/18/20 | $ 8.00 | $ 18.50 | $ 0.00 | $ 0.00 7 | **$ 26.50** |

**ReleasePoint**

                                        **Total Amount Due:**          **$ 26.50**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**                 **Tax ID: 95-2843455**

**Lincoln/Mason 0773**

| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, July 21, 2020 10:57:02 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Charter Communications, Inc. Claim No. 9291624 Jan Mason |
| Attachments: | l19sazczp44rz7ru3fhx_8691500.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Mason 0774**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

July 21, 2020

Ms. Jan K. Mason

RE:    Long Term Disability (LTD) Benefits
       Charter Communications, Inc.
       Claim #: 9291624

Dear Ms. Jan Mason:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Charter Communications, Inc.'s Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond July 20, 2020. Charter Communications, Inc.'s LTD Policy requires that to receive benefits you must meet the following definition of disability:

> **_"Disability"_** _or_ **_"Disabled"_** _means:_
>
> 1.  _For persons other than pilots, co-pilots, and crewmembers of an aircraft:_
>
>     i.   _that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and_
>
>     ii.  _thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation._
>
> 2.  _With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:_
>
>     **_"Disability"_** _or_ **_"Disabled"_** _means as a result of Injury or Sickness: (a) the Covered Person cannot perform the material and substantial duties of his own occupation; and (b) after benefits have been paid for 12 months, the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation_
>
> **_"Own Occupation"_** _means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under_

1  of  5

**Lincoln/Mason 0775**

*this policy, Lincoln will consider the Covered Person's occupation as it is normally performed in the national economy.*

You have been receiving LTD benefits for your disability since October 16, 2019.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for hip pain & back pain and your claim file contains the following medical documentation:

**Medical Records Reviewed:**

Progress notes from Dr. Sung,dated 1/9/2019 through 5/13/2020
Progress notes from Dr. Huang, dated 9/17/2019 through 5/152020
Progress notes from Dr. Salek, dated 8/28/2019

**AP Contact:**

Name: Dr. Sung/ Dr. Huang Phone Number: 1 (719) 632 7669 ex ----- Fax Number: (719) 632-0088

● I was able to speak with the nurse for both Dr. Sung and Huang on 7/16/20 at 4 PM Eastern standard Time. She noted that Dr. Huang had not seen the claimant since May 1. She noted that the claimant was to follow up only on an as-needed basis. She noted that he released her without any specific restrictions and limitations.
● She noted that Dr. Sung had recently seen the claimant. She noted that the claimant was released from his care and placed in a course of physical therapy. The recommendation was for possible left sided sacroiliac joint fusion versus spinal cord stimulator. She noted that the claimant was released with no restrictions and limitations and to follow up with the Dr. Huang for her right hip pain.

Dr. David Salek, (719) 598-7562
● I attempted to contact Dr. Salek on 7/17/20 at 4:15 pm Est. I was put in his assistant Tasha' voicemail. I left a message stating the nature of my call and requested a return call.

*So we could further understand what was preventing you from returning to your pre-disability activities, we consulted a physician, Board Certified in Physical Medicine and Rehabilitation.*

*Based on records received the Physician opined the following:*

*"The claimant is a 48 -year-old female who had chronic pain in the right back and hip region. Ultimately in September 2017, the claimant underwent a right sacroiliac joint fusion. Initially postoperatively the claimant was doing very well with excellent resolution of pain. She unfortunately was involved in a motor vehicle collision in December 2017 and had*

2  of 5

**Lincoln/Mason 0776**

*exacerbation of the right low back, right buttocks, right groin and right hip pain. Her pain continued but she did not discontinue work at this time. Ultimately it was determined that the claimant would need a right hip arthroscopic surgery. On 4/17/19 she underwent arthroscopic acetabuloplasty/femoroplasty with labral repair and was taken out of work. Post-operatively the claimant continued to have pain in the right buttocks and right low back but had some decreased hip pain. She was unable to sit, stand, or walk for any length of time. She remained out of work and was reevaluated by the spine surgeon. An MRI did not show any acute findings. The possibility of a spinal cord stimulator was again being reevaluated. Because the claimant continued to have functional difficulties as well as continued pain in the right low back, hip and buttocks region an MRI arthrogram was performed in October 2019. This revealed that the labrum surgery may not have taken. It was determined at that time that the claimant would need further surgery for the right hip. On 12/9/19 the claimant underwent labral reconstruction. Due to the surgery, the claimant would be at a less than sedentary capacity. Postoperatively she was first on crutches and was limited in weight-bearing through the right side. With an inability to weight bear she would be unable to complete sedentary work due to limitations of less than occasional standing and walking from the time of surgery on 12/9/19. The claimant by February had improved and was off crutches but still using a cane. She continued with achiness into the hips but was improving. By 3/12/20 the claimant did very well after the right hip surgery. The claimant would have no restrictions or limitations related to the right hip pain beyond 3/12/20.*

*In December of 2019 the claimant also had left hip pain. Subsequent MRI arthrogram revealed a CAM deformity at the anterior left femoral head associated with an anterior superior labral tear. The claimant' hip pain did not worsen over time and thus any surgery was put on hold. The claimant had no restrictions or limitations related to impairment of left hip pain.*

*Beside the hip pain the claimant had chronic pain in the right low back and buttocks. The claimant as stated had a right sided sacroiliac joint fusion in September 2017. Initially she had done well after the surgery but in December 2017 was involved in a motor vehicle collision. Since that time the claimant has had continued pain in the right low back and buttocks. There was no evidence that there was a nonunion at the sacroiliac joint. The claimant at one point did have a spinal cord stimulator trial which worked. She did not want permanent placement. She currently is looking again into a possible spinal cord stimulator. Because the findings in the low back are chronic and there was nothing new to suggest more impairment, the claimant has no restrictions or limitations related to low back pain from 1/20/20 to the current time and ongoing."*
Based on the medical documentation received in relation to the requirements of your occupation, you no longer meet the definition of disability outlined above. Thus benefits are no longer payable and we must close your claim.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with Lincoln Life Assurance Company of Boston, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should Lincoln Life Assurance Company of Boston receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions.  No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering

**Lincoln/Mason 0777**

the claim determination.  We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

Lincoln Life Assurance Company of Boston

Attn: Appeal Review Unit

Group Benefits Disability Claims

P.O. Box 7213

London, KY 40742-7213

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Office treatment notes, diagnostic test results, prescribed medications, procedure reports, exam findings, and specific restrictions/limitations given beyond July 20, 2020, that support your inability to perform one or more of the material and substantial duties of your Own Occupation.

"Typically you would have 180 days to appeal this decision. Due to the impact of COVID-19, please be aware the Department of Labor has published guidance providing an additional 60 days past the "outbreak period" to appeal a claim. The "outbreak period" started 3/1/20 and will end when the end of the National Emergency is announced or such other date is declared by the Department of Labor. While Lincoln will allow this additional time, which is as of yet undefined, for you to file an appeal, we encourage you to file any planned appeal as soon as possible."

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

4  of 5

**Lincoln/Mason 0778**

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį́į' dóó ná'ookągh
nííní'ą́ą́go naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį́į́ł nínízingo doo
bą́ą́h ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká
adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Corey Abrams-Weaver
Ltd Specialist II
Phone No.: (844) 384-5858 Ext. 18336
Secure Fax No.: (603) 334-5994

**Lincoln/Mason 0779**

ICP Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| CHARTER COMMUNICATIONS, INC. | JAN MASON | 9291624 |

| Referred By: | Corey Abrams-weaver | Claimant DOB: | |
|---|---|---|---|
| Referral Date: | 07/01/2020 | Job Title: | REP 3, CUST SVC BILLING |
| Due Date: | 07/16/2020 | Medical/ Surgical Condition: | Back/hip pain |
| Referral Type: | Standard File Review | Disability Occupational Type: | |
| Reason for Priority Handling: | | Product Type: | LTD |
| Other Considerations | | LDW: | 04/16/2019 |
| Report Date: | 7/16/20 | DOD: | 04/17/2019 |
| Physical Demands: | | BBD: | 10/16/2019 |
| Non-Medical Issue: | No | Non-Medical Issue Details: | |

**Core Questions**

1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).
   - Based on the medical records reviewed the claimant's primary impairing diagnoses include:
   1) Sacroiliitis (M46.1)
   2) Chronic Pain Syndrome (G89.4)
   3) S/P Right sacroiliac joint fusion
   4) Other cartilage disorder right hip (M24.151)
   5) Other cartilage disorder left hip (M24.152)
   6) Low back pain (M54.5)
   7) Intervertebral disc disorder with radiculitis (M51.16)
   8) Lumbar intervertebral disc disorder (M51.36)
   9) S/P labral repair and then reconstruction right hip

2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).
   - Based on the medical records reviewed the claimant's clinically significant comorbid diagnosis includes anxiety (F48.9)

3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine, and any medication or other treatment side effects, please describe

**Lincoln/Mason 0780**

how any supported level of impairment translates into restrictions and limitations from January 2020 to present, and comment on the expected duration.

a. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.

- Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine, and any medication or other treatment side effects, the claimant would be at a less than sedentary capacity after her right hip labral reconstruction on 12/9/19. The claimant was having increased pain in the right hip and underwent this extensive surgery to the right hip. The claimant postoperatively was first on crutches and was limited in weight-bearing through the right side. With an inability to weight bear she would be unable to complete sedentary work due to limitations of less than occasional standing and walking. The claimant by February had improved and was off crutches but still using a cane.  She continued with achiness into the hips but was improving. By 3/12/20 the claimant did very well after the right hip surgery. The claimant would have no restrictions or limitations related to the right hip pain beyond 3/12/20.
- In December of 2019 the claimant also had left hip pain. Subsequent MRI arthrogram revealed a CAM deformity at the anterior left femoral head associated with an anterior superior labral tear. The claimant's hip pain did not worsen over time and thus any surgery was put on hold. The claimant had no restrictions or limitations related to impairment of left hip pain.
- Beside the hip pain the claimant had chronic pain in the right low back and buttocks. The claimant had a right sided sacroiliac joint fusion in September 2017. Initially she had done well after the surgery but in December 2017 was involved in a motor vehicle collision. Since that time the claimant has had continued pain in the right low back and buttocks. There was no evidence that there was a nonunion at the sacroiliac joint. The claimant at one point did have a spinal cord stimulator trial which worked. She did not want permanent placement. She currently is looking again into a possible spinal cord stimulator. Because the findings in the low back are chronic and there was nothing new to suggest more impairment, the claimant has no restrictions or limitations related to low back pain from 1/20/20 to the current time and ongoing.

4. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?

- The treatment provided has been consistent with the current standard of care for the apparent level of severity of the condition. There is no evidence that the claimant has been noncompliant with treatment that meets the standard of care.

5. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?

- There are no nonmedical circumstances identified in the medical record that may interfere with work-related activities.

6. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is:

Name: Dr. Sung/ Dr. Huang   Phone Number: 1 (719) 632 7669 ex -----    Fax Number: (719) 632-0088

**Lincoln/Mason 0781**

Document 2 attempts within 5 business days with initial and final memorandum as indicated, as well as AP letter

- I was able to speak with the nurse for both Dr. Sung and Huang on 7/16/20 at 4 PM Eastern standard Time. She noted that Dr. Huang had not seen the claimant since May 1. She noted that the claimant was to follow up only on an as-needed basis. She noted that he released her without any specific restrictions and limitations.
- She noted that Dr. Sung had recently seen the claimant. She noted that the claimant was released from his care and placed in a course of physical therapy. The recommendation was for possible left sided sacroiliac joint fusion versus spinal cord stimulator. She noted that the claimant was released with no restrictions and limitations and to follow up with the Dr. Huang for her right hip pain.

Dr. David Salek, (719) 598-7562

- I attempted to contact Dr. Salek on 7/17/20 at 4:15 pm Est. I was put in his assistant Tasha's voicemail. I left a message stating the nature of my call and requested a return call.

**Brief overview of clinical presentation and course:**

The claimant is a 48 -year-old female who had chronic pain in the right back and hip region. Ultimately in September 2017, the claimant underwent a right sacroiliac joint fusion. Initially postoperatively the claimant was doing very well with excellent resolution of pain. She unfortunately was involved in a motor vehicle collision in December 2017 and had exacerbation of the right low back, right buttocks, right groin and right hip pain. The claimant went through multiple conservative treatments including physical therapy, chiropractic treatment, massage and medications with little relief. There was no evidence of any problem with the prior sacroiliac joint fusion. The claimant had a trial of a spinal cord stimulator which did help. She was reluctant however to have the permanent stimulator placed. Because of the continued pain, it was determined that the pathology causing the pain was from a right hip labral tear. The claimant on 4/17/19 underwent arthroscopic acetabuloplasty/femoroplasty with labral repair. Post-operatively the claimant continued to have pain in the right buttocks and right low back but had some decreased hip pain. She was reevaluated by the spine surgeon an MRI did not show any acute findings. The possibility of a spinal cord stimulator was again being reevaluated.

Because the claimant continued to have functional difficulties as well as continued pain in the right low back, hip and buttocks region an MRI arthrogram was performed in October 2019. This revealed that the labrum surgery may not have taken. It was determined at that time that the claimant would need further surgery for the right hip. On 12/9/19 the claimant underwent labral reconstruction. Postoperatively the claimant did well. Initially she was nonweightbearing and then advanced to crutches and a cane. By March 2020 she was doing much better. Although the right hip was better the claimant also had left hip pain in December 2019. MR arthrogram at that time revealed a labral tear as well as CAM lesion. Because of the continued pain in the right hand side however any surgery for the left side was deferred.

Despite doing well from the surgery the claimant continued with pain in the right hip, right buttocks and low back region. The right hip had been repaired and there was little else to do

**Lincoln/Mason 0782**

from a surgical standpoint to the right sacroiliac joint. The fusion there was intact. There was question still of possible treatment with a spinal cord stimulator or left sacroiliac joint fusion. The claimant at the current time however was continuing in physical therapy.

**Analysis and Support for Conclusions**

The claimant is a 48 -year-old female who had chronic pain in the right back and hip region. Ultimately in September 2017, the claimant underwent a right sacroiliac joint fusion. Initially postoperatively the claimant was doing very well with excellent resolution of pain. She unfortunately was involved in a motor vehicle collision in December 2017 and had exacerbation of the right low back, right buttocks, right groin and right hip pain. Her pain continued but she did not discontinue work at this time.  Ultimately it was determined that the claimant would need a right hip arthroscopic surgery. On 4/17/19 she underwent arthroscopic acetabuloplasty/femoroplasty with labral repair and was taken out of work. Post-operatively the claimant continued to have pain in the right buttocks and right low back but had some decreased hip pain. She was unable to sit, stand, or walk for any length of time. She remained out of work and was reevaluated by the spine surgeon. An MRI did not show any acute findings. The possibility of a spinal cord stimulator was again being reevaluated.  Because the claimant continued to have functional difficulties as well as continued pain in the right low back, hip and buttocks region an MRI arthrogram was performed in October 2019. This revealed that the labrum surgery may not have taken. It was determined at that time that the claimant would need further surgery for the right hip. On 12/9/19 the claimant underwent labral reconstruction.  Due to the surgery, the claimant would be at a less than sedentary capacity.  Postoperatively she was first on crutches and was limited in weight-bearing through the right side. With an inability to weight bear she would be unable to complete sedentary work due to limitations of less than occasional standing and walking from the time of surgery on 12/9/19. The claimant by February had improved and was off crutches but still using a cane.  She continued with achiness into the hips but was improving. By 3/12/20 the claimant did very well after the right hip surgery. The claimant would have no restrictions or limitations related to the right hip pain beyond 3/12/20.

In December of 2019 the claimant also had left hip pain. Subsequent MRI arthrogram revealed a CAM deformity at the anterior left femoral head associated with an anterior superior labral tear. The claimant's hip pain did not worsen over time and thus any surgery was put on hold. The claimant had no restrictions or limitations related to impairment of left hip pain.

Beside the hip pain the claimant had chronic pain in the right low back and buttocks. The claimant as stated had a right sided sacroiliac joint fusion in September 2017. Initially she had done well after the surgery but in December 2017 was involved in a motor vehicle collision. Since that time the claimant has had continued pain in the right low back and buttocks. There was no evidence that there was a nonunion at the sacroiliac joint. The claimant at one point did have a spinal cord stimulator trial which worked. She did not want permanent placement. She currently is looking again into a possible spinal cord stimulator. Because the findings in the low back are chronic and there was nothing new to suggest more impairment, the claimant has no restrictions or limitations related to low back pain from 1/20/20 to the current time and ongoing.

**Lincoln/Mason 0783**

**Records Reviewed:**
Medical documents referred by Lincoln Financial Group as of today's date were reviewed, including the most recent medical treatment record in the file which is: Note from Dr. Sung 5/13/20

David A. Monti, MD
Board certified in Physical Medicine and Rehabilitation
Consulting Physician, Lincoln Financial Group

**Lincoln/Mason 0784**

# David A. Monti, M.D.

Secure fax provided by:
Lincoln Financial Group
Disability Claims
P.O. Box 7206
London, KY 40742-7206

841-1415

Date: 7/16/20

Dr. Huang
Fax:719-632-0088

Re: Disability Benefits
    Patient Name: Jan Mason
    Patient DOB:
    Claim Number: 9291624

Dear Dr. Huang,

Your patient's disability case manager requested a review of the medical records that were submitted to support disability benefits. Attempt was made to reach you by phone on 7/15/20, but we were not able to connect. Your nurse, Beth provided me with the information needed. Please review this summary to determine the accuracy of her response.

Your patient is a 48 -year-old female who had chronic pain in the right back and hip region. Ultimately in September 2017, she underwent a right sacroiliac joint fusion. Initially postoperatively your patient was doing very well with excellent resolution of pain. She unfortunately was involved in a motor vehicle collision in December 2017 and had exacerbation of the right low back, right buttocks, right groin and right hip pain. Her pain continued but she did not discontinue work at this time.  Ultimately it was determined that she would need a right hip arthroscopic surgery. On 4/17/19 she underwent arthroscopic acetabuloplasty/femoroplasty with labral repair and was taken out of work. Post-operatively the patient continued to have pain in the right buttocks and right low back but had some decreased hip pain.  Because your patient continued to have functional difficulties as well as continued pain in the right low back, hip and buttocks region an MRI arthrogram was performed in October 2019. This revealed that the labrum surgery may not have taken. It was determined at that time that the patient would need further surgery for the right hip. On 12/9/19 your patient underwent labral reconstruction.  Due to the surgery, the patient would be at a less than sedentary capacity.  Postoperatively she was first on crutches and was limited in weight-bearing through the right side. With an inability to weight bear she would be unable to complete sedentary work due to limitations of less than occasional standing and walking from the time of surgery on 12/9/19. The patient by February had improved and was off crutches but still using a cane.  She continued with achiness into the hips but was improving. By 3/12/20 the patient did very well after the right hip surgery. The patient would have no restrictions or limitations related to the right hip pain beyond 3/12/20.

In December of 2019 the patient also had left hip pain. Subsequent MRI arthrogram revealed a CAM deformity at the anterior left femoral head associated with an anterior superior labral tear. The patient's hip pain did not worsen over time and thus any surgery was put on hold. The patient had no restrictions or limitations related to impairment of left hip pain. She was awaiting surgery on her left hip until the sacroiliac joint pain was resolved. Beth noted that you last saw her on 5/1/20. At that time she noted the patient was to follow up on an as needed basis and no restrictions were given.

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

**Lincoln/Mason 0785**

Your patient's disability case manager is requesting that within 5 business days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided, and return this letter and any attachments via toll free and secure fax number to (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.  Thank you for your assistance.

-Electronically Signed-

David A. Monti, M.D.
Board Certified, Physical Medicine and
Rehabilitation

__ No changes/comments, OR

__ With changes/comments as noted above

_____                      _____
Dr. Huang                        Date

Page **2** of **2**

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

**Lincoln/Mason 0786**

# David A. Monti, M.D.

Secure fax provided by:
Lincoln Financial Group
Disability Claims
P.O. Box 7206
London, KY 40742-7206

841-1415

Date: 7/16/20

Dr. Sung
Fax:719-632-0088

Re: Disability Benefits
Patient Name: Jan Mason
Patient DOB:
Claim Number: 9291624

Dear Dr. Sung,

Your patient's disability case manager requested a review of the medical records that were submitted to support disability benefits. Attempt was made to reach you by phone on 7/15/20, but we were not able to connect. Your nurse, Beth provided me with the information needed. Please review this summary to determine the accuracy of her response.

Your patient is a 48 -year-old female who had chronic pain in the right back and hip region. Ultimately in September 2017, she underwent a right sacroiliac joint fusion. Initially postoperatively your patient was doing very well with excellent resolution of pain. She unfortunately was involved in a motor vehicle collision in December 2017 and had exacerbation of the right low back, right buttocks, right groin and right hip pain. Her pain continued but she did not discontinue work at this time.  Her SI joint fusion remained intact. Your patient went out of work in April 2019 for a right hip arthroscopic labral repair. This did not help with the pain and you reevaluated her. The patient had an MRI of the low back revealing no evidence of stenosis or radiculopathy and the sacroiliac joint was intact. Patient was to go for possible spinal cord stimulator at this time. Because of the continued pain ultimately the patient underwent a labral reconstruction in December 2019. Again this did not provide relief. The patient continued to have pain in the right buttocks, low back and hip region. Your nurse noted that you recently had seen the patient. You offered her another course of physical therapy. Other possibilities included left sacroiliac joint fusion, possible spinal cord stimulator or further follow-up for the right hip pain with Dr. Huang. She noted the patient was to follow up on an as-needed basis and you did not provide her any restrictions or limitations at this time.

Your patient's disability case manager is requesting that within 5 business days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided, and return this letter and any attachments via toll free and secure fax number to (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.  Thank you for your assistance.

-Electronically Signed-

David A. Monti, M.D.
Board Certified, Physical Medicine and
Rehabilitation

Secure Fax provided by Lincoln Financial Group to facilita

__ No changes/comments, OR

__ With changes/comments as noted above

_____          _____
Dr. Huang                        Date

**Lincoln/Mason 0787**

Page **2** of **2**

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

**Lincoln/Mason 0788**

# David A. Monti, M.D.

Secure fax provided by:
Lincoln Financial Group
Disability Claims
P.O. Box 7206
London, KY 40742-7206
841-1415

Date: 7/16/20

Dr. David Salek
Fax:719-598-2775

Re: Disability Benefits
    Patient Name: Jan Mason
    Patient DOB:
    Claim Number: 9291624

Dear Dr. Salek,

Your patient's disability case manager requested a review of the medical records that were submitted to support disability benefits. Attempt was made to reach you by phone on 7/15/20. You did attempt to return my call however, I was unable to respond. I then attempted to reach you on 7/16/20. Because I was unable to reach you I will send a letter requesting your response.

Your patient is a 48 -year-old female who had chronic pain in the right back and hip region. Ultimately in September 2017, she underwent a right sacroiliac joint fusion. Initially postoperatively your patient was doing very well with excellent resolution of pain. She unfortunately was involved in a motor vehicle collision in December 2017 and had exacerbation of the right low back, right buttocks, right groin and right hip pain. Her pain continued but she did not discontinue work at this time.  Her SI joint fusion remained intact. She did have a trial of a spinal cord stimulator. She did do well with this but did not want the permanent one placed. Ultimately, your patient went out of work in April 2019 for a right hip arthroscopic labral repair. This did not help with the pain. The patient had an MRI of the low back revealing no evidence of stenosis or radiculopathy and the sacroiliac joint was intact. Patient was referred for possible spinal cord stimulator at this time. Because of the continued pain ultimately the patient underwent a labral reconstruction in December 2019. Again this did not provide relief. The patient continued to have pain in the right buttocks, low back and hip region. You did evaluate her for another trial with a spinal cord stimulator. The patient continued to work after the motor vehicle collision of December 2017. Her back and hip pain really did not change since that time. There is nothing to suggest a change in status that would require her to be out of work.

Your patient's disability case manager is requesting that within 5 business days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided, and return this letter and any attachments via toll free and secure fax number to (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.  Thank you for your assistance.

-Electronically Signed-

David A. Monti, M.D.
Board Certified, Physical Medicine and
Rehabilitation

Secure Fax provided by Lincoln Financial Group to facilita

__ No changes/comments, OR

__ With changes/comments as noted above

_____      _____

Dr. David Salek          Date

**Lincoln/Mason 0789**

Page **2** of **2**

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

**Lincoln/Mason 0790**

**From:**RightFax E-mail Gateway Ashburn <rfax@va1smtp.lfg.com>
**Sent:**Thu, 16 Jul 2020 19:08:51 -0400
**To:**Monti, David
**Subject:**Your fax has been successfully sent to Dr. Huang at 719-632-0088.


Your fax has been successfully sent to Dr. Huang at 719-632-0088.
------------------------------------------------------------
7:04:06 PM 7/16/2020 Conversion Error Record
[0030f69a]
Type: application/vnd.openxmlformats-officedocument.wordprocessingml.document
G3 to TIFF #1: Success (76ms)
Aspose #1: Success (22707ms)
Field Replacement #1: Success (65ms)
Word Automation #1: Microsoft Word is not installed on this server. (63ms)

7:04:19 PM 7/16/2020 Conversion Error Record
Successfully created cover sheet.
Type: application/x-pcl
G3 to TIFF #1: Success (21ms)
Image Optimization #1: Success (8ms)
PCL6 #1: Success (465ms)

7/16/2020 7:04:42 PM Transmission Record
    Sent to 719-632-0088 with remote ID "7196320088"
    Inbound user ID DAWMO5, routing code 100
    Result: (0) Success
    Page record: 1 - 3
    Elapsed time: 02:48 on channel 0

**Lincoln/Mason 0791**

**From:**RightFax E-mail Gateway Ashburn <rfax@va1smtp.lfg.com>
**Sent:**Thu, 16 Jul 2020 19:07:52 -0400
**To:**Monti, David
**Subject:**Your fax has been successfully sent to Dr. Sung at 719-632-0088.

Your fax has been successfully sent to Dr. Sung at 719-632-0088.
----------------------------------------------------------
7:04:40 PM 7/16/2020 Conversion Error Record
[0030f6a7]
Type: application/vnd.openxmlformats-officedocument.wordprocessingml.document
G3 to TIFF #1: Success (56ms)
Aspose #1: Success (1028ms)
Field Replacement #1: Success (10ms)
Word Automation #1: Microsoft Word is not installed on this server. (4ms)

7/16/2020 7:04:43 PM Transmission Record
     Sent to 719-632-0088 with remote ID "7196320088"
     Inbound user ID DAWMO5, routing code 100
     Result: (0) Success
     Page record: 1 - 3
     Elapsed time: 02:29 on channel 3

7:04:46 PM 7/16/2020 Conversion Error Record
Successfully created cover sheet.
Type: application/x-pcl
G3 to TIFF #1: Success (20ms)
Image Optimization #1: Success (8ms)
PCL6 #1: Success (494ms)

**Lincoln/Mason 0792**

**From:** RightFax E-mail Gateway Ashburn <rfax@va1smtp.lfg.com>
**Sent:** Thu, 16 Jul 2020 19:15:31 -0400
**To:** Monti, David
**Subject:** Your fax has been successfully sent to David Salek at 719-598-7562.

Your fax has been successfully sent to David Salek at 719-598-7562.
-------------------------------------------------------------
7:06:02 PM 7/16/2020 Conversion Error Record
[0030f6b4]
Type: application/vnd.openxmlformats-officedocument.wordprocessingml.document
G3 to TIFF #1: Success (64ms)
Aspose #1: Success (22506ms)
Field Replacement #1: Success (65ms)
Word Automation #1: Microsoft Word is not installed on this server. (133ms)

7/16/2020 7:06:11 PM Transmission Record
      Sent to 719-598-7562 with remote ID "7195987562"
      Inbound user ID DAWMO5, routing code 100
      Result: (3936) Answer(probable human)
      Page record: NONE SENT
      Elapsed time: 00:55 on channel 2

7:06:16 PM 7/16/2020 Conversion Error Record
Successfully created cover sheet.
Type: application/x-pcl
G3 to TIFF #1: Success (21ms)
Image Optimization #1: Success (19ms)
PCL6 #1: Success (490ms)

7/16/2020 7:12:50 PM Transmission Record
      Sent to 719-598-7562 with remote ID "7195987562"
      Inbound user ID DAWMO5, routing code 100
      Result: (0) Success
      Page record: 1 - 3
      Elapsed time: 01:46 on channel 1

**Lincoln/Mason 0793**

**Medical Record Overview**

**ReleasePoint**

**Date:**    June 17, 2020

**Patient Name:**    MASON, JAN K

| | |
|---|---|
| **Records From:** | COLORADO SPRINGS ORTHO GROUP |
| | 4110 BRIAR GATE PKWY STE 300 |
| | COLORADO SPRINGS, CO |
| | (719) 632-7669 |

**RP ID:** 6590974

**Client ID:** 9291624

**Source:** LIBMT3

**Request Scope:** From May 1, 2020 to Present

**Req By:**

**Chart Range:**    05/01/2020 - 05/15/2020

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | May 1 2020 | May 15 2020 | 6 | 2 |
| Non Medical/Other | | | 1 | 8 |

**Total Page Count:**    7

**Notes From QC:**

**Lincoln/Mason 0794**

Progress Notes - 05/13/2020          I96320088          (7/12) 06/17/2020 10:35:38 AM -0600

**North Campus**
4110 Briargate Parkway, Suite 300
Colorado Springs, CO 80920
Phone: 719-632-7669
Fax: 719-632-0088



Colorado Springs
Orthopaedic Group
www.csog.net

**South Campus**
1259 Lake Plaza Drive, Suite 100
Colorado Springs, CO 80906
Phone: 719-632-7669
Fax: 719-632-0088

Patient Name: Jan K Mason, 505296          Encounter Date: **5/13/2020**          Date of Birth:

## Chief Complaint

## History of Present Illness

Jan comes in for followup with chronic back pain. Dr. Huang repaired her labrum in April 2019. This failed and then she had a full reconstruction in December. She is now in rehabilitation and still has pain in the hip as well as across her lower back in both sacroiliac (SI) joints. She has had the right SI joint fusion and actually felt good up until her accident. The left side has been injected and she never had as good a response as the right.

## Medical History
**Medical Conditions:** Hypertension
**Surgical History:** Tubal ligation, Rhinoplasty
**Orthopedic Surgical History:** Rt SI Joint Fusion, Labral Repair, Labral Reconstruction
**Current Medications:** Claritin 10 mg tablet 1 oral, Ambien 5 mg tablet 1 oral, metoprolol succinate ER 50 mg tablet,extended release 24 hr 1 Tb24 oral, losartan 50 mg tablet 1 oral, Junel FE 1/20 (28) 1 mg-20 mcg tablet oral
**Medication and Allergic Reactions:** No known allergies
**Family History:** No significant family history.
**Personal and Social History:**
The patient does not smoke or use tobacco products. The patient does not use marijuana, CBD products, or illicit drugs. The patient currently does not consume alcohol. She is temporarily disabled.

## Review of Systems

**Constitutional:** The patient denies any unexplained weight loss, weight gain, fever, chills or fatigue.
**Eyes:** The patient denies any corrective lenses, blurred or double vision, eye pain, redness or watery eyes.
**Ear/Nose/Throat:** The patient denies any headaches, difficulty swallowing, nose bleeds, ringing in ears or earaches.
**Cardiovascular:** The patient denies any chest pain, palpitations, fainting or murmurs.
**Allergy:** The patient denies any allergic reactions to foods or the environment.
**Respiratory:** The patient denies any shortness of breath, wheezing, chronic coughing, tightness, inspiration pain or snoring.
**Gastrointestinal:** The patient denies any heartburn, nausea, vomiting, constipation, diarrhea, or bloody/tarry stools.
**Genitourinary:** The patient denies any difficult or painful urination, frequent urination or blood in urine.
**Musculoskeletal:** Admits joint pain and instability.
**Skin:** The patient denies skin changes, poor healing, rash, itching or redness.
**Neurological:** The patient denies numbness, tingling, unsteady gait, dizziness, tremors or seizures.
**Psychiatric:** The patient denies nervousness, anxiety, depression or hallucinations.
**Hematological:** The patient denies bleeding or bruising easily.

ELECTRONICALLY SIGNED BY Roger Sung, M.D.

1 of 3

Lincoln/Mason 0795

Progress Notes - 05/13/2020          I96320088            (8/12) 06/17/2020 10:36:24 AM -0600

**Patient Name:** Mason, Jan K
**DOB:**

**Endocrine:** The patient denies excessive thirst, excessive urination or intolerance to heat and cold.

**Vital Signs:** Height: 5ft 8.00in, Weight: 185lbs BMI 28.13

## Lumbar Spine Examination
1. Constitutional:
• Vitals: Height 5 feet 8 inches, weight 185 pounds, respirations not labored.
• General appearance: Well developed, well nourished, with normal grooming.

2. Psychiatric
• Patient is oriented to time, place, person.
• Patient's memory is within normal limits.
• Mood and affect are appropriate.

3. Skin
• General inspection shows no visible rashes, lesions, ulcers.
• Palpation shows no tightness, induration, nodules.

4. ENT
• External inspection reveals normal appearance and no visible scars.
• Hearing is normal to varying sounds.

5. Musculoskeletal
• Station and gait are normal.
• Motor strength is intact with no obvious atrophy.
• Spine has normal ROM without crepitation. There is normal alignment and no pain to palpation.

6. Neurologic
• Reflexes are intact.
• Sensation is intact to light touch.

The physical examination includes the above body areas and defines normal parameters. For this patient the above detailed examination is within normal limits for all listed elements with exceptions and pertinent additional positive findings listed below:

She is tender over both SI joints.

**Imaging Orders:** 4 views of the lumbar spine were ordered, obtained and interpreted from an orthopedic standpoint.
**Lumbosacral Spine Xrays:** Imaging was reviewed once again.
**Assessment and Plan:**

**Diagnosis Codes:**
M46.1 Sacroiliitis, not elsewhere classified, G89.4 Chronic pain syndrome, M54.30 Sciatica, unspecified side
**Impression:**
1. Chronic pain syndrome and sciatica.

**ELECTRONICALLY SIGNED BY Roger Sung, M.D.**

2 of 3

**Lincoln/Mason 0796**

Progress Notes - 05/15/2020                I96320088                (9/12) 06/17/2020 10:36:56 AM -0600

Patient Name: Mason, Jan K
DOB:

2. Status post right sacroiliac (SI) joint fusion, September 2017.
3. Status post motor vehicle accident (MVA), 12/18/2017.
4. Bilateral sacroiliitis.

**Treatment Plan:**
We talked about spinal cord stimulation and we talked about the left SI joint. I reviewed her CT of her pelvis after the surgery and there looks like there is a fusion across the SI joint on the right. At this point, we are going to proceed with a lidocaine-only injection in the left SI joint and see if this helps with her pain. I also talked to her about considering the stimulator as it can mask a lot of these symptoms.
CC: Jeffrey Kent, MD
David Salek, MD

**Clinical Quality Reporting:**
The patient has not received the influenza vaccination.

Electronically signed by: Roger Sung, M.D.
Date: 5/15/2020 Time: 5:37 AM

CC: A copy of the office visit notes will be forwarded to the patient's referring physician. Copies sent along with cover letter sent to the patient's primary care physician.

ELECTRONICALLY SIGNED BY Roger Sung, M.D.

Lincoln/Mason 0797

Progress Notes - 05/01/2020          196320088          (10/12) 06/17/2020 10:37:20 AM -0600



| North Campus | | South Campus |
|---|---|---|
| 4110 Briargate Parkway, Suite 300 | **Colorado Springs** | 1259 Lake Plaza Drive, Suite 100 |
| Colorado Springs, CO 80920 | **Orthopaedic Group** | Colorado Springs, CO 80906 |
| Phone: 719-632-7669 | www.csog.net | Phone: 719-632-7669 |
| Fax: 719-632-0088 | | Fax: 719-632-0088 |

Patient Name: Jan K Mason, 505296          Encounter Date: 5/1/2020          Date of Birth:

## Chief Complaint

## History of Present Illness

Jan Mason is a 47 year old female who presents today almost 5 months status post right hip labral reconstruction using allograft from 9:00 to 4:00 location, chondroplasty, debridement/shaving acetabulum, labral repair at 4:00 and 9:00 location, arthroscopic acetabuloplasty, arthroscopic femoroplasty, osteoplasty to remove cam lesion, synovectomy, capsular closure/plication performed on 12/09/2019. Since her last visit, she has been working with Mark Phillips, PT for continued sacroiliac pain, gluteal pain. She actually reports that her symptoms are worsening and now radiating more laterally and anteriorly towards the hip itself. She does continue to have significant posterior pain where she has had previous sacroiliac surgery by Dr. Sung. At the last visit, we had asked her to revisit with Dr. Sung but she was unable to do so due to the Corona virus situation. She has been working on walking around the block as she has not been able to get to pool therapy because of the closures throughout the city. She has difficulty going up and downstairs and even lying supine in bed. Her pain is rated at 8–9/10. She has been using rest, activity modification, physical therapy without benefit. She tried anti-inflammatories and even Celebrex without benefit and this caused significant gastrointestinal irritation. She continues to use crutches for weightbearing assistance. She denies nausea, vomiting, fever, chills, short of breath, chest pain or abdominal pain.

**Date of Onset:** December, 2017

## Medical History
**Medical Conditions:** Hypertension
**Surgical History:** Tubal 1994; Rhinoplast 2008
**Orthopedic Surgical History:** Right SI Fusion Right hip labral reconstruction
**Current Medications:** Claritin 10 mg tablet 1 oral, Ambien 5 mg tablet 1 oral, metoprolol succinate ER 50 mg tablet,extended release 24 hr 1 Tb24 oral, losartan 50 mg tablet 1 oral, indomethacin 50 mg capsule 1 by mouth BID Take with food.
**Medication and Allergic Reactions:** No known allergies
**Family History:** No significant family history
**Personal and Social History:**
Patient has children, denies tabacco, marijuana, and alcohol use

## Review of Systems

Patient denies fevers, chills, chest pain, shortness of breath, abdominal pain, nausea, diarrhea, constipation. Pertinent positives for review of systems are listed in HPI above, otherwise negative.

ELECTRONICALLY SIGNED BY Michael Huang, M.D.

1 of 3

**Lincoln/Mason 0798**

Progress Notes - 05/01/2020                 L96320088              (11/12) 06/17/2020 10:38:04 AM -0600

**Patient Name:** Mason, Jan K
**DOB:**

**Vital Signs:** Height: 5ft 8.00in, Weight: 190lbs BMI 28.89

**General Exam:**
**Constitutional:** Patient is adequately groomed with no evidence of malnutrition.
**Skin:** There are no rashes, ulcerations or lesions in the regions examined.
**Mental Status:** The patient is oriented to time, place and person. The patient's mood and affect are appropriate.
**Lymphatic:** The lymphatic examination bilaterally reveals all areas to be without enlargement or induration.
**Vascular:** Examination reveals no swelling or calf tenderness. Peripheral pulses are palpable and 2+.
**Neurological:** The patient has good coordination. There is no weakness or sensory deficit. Deep tendon reflexes are intact.

**Right Hip/Pelvis Examination**
Patient is alert and oriented to time, place, medical situation without evidence of distress. Surgical wounds are well healed without signs of infectiontributions. Gait is antalgic. The patient is able to fire EHL, tibialis anterior, gastrocsoleus, peroneals. Dorsalis pedis pulse, 2+. There is no calf swelling or tenderness. Homans sign is negative. No evidence of DVT. Hip flexion to 115°, external rotation to 45°, internal rotation to 5°. Tenderness to palpation over the lateral hip and over the sacroiliac joint.

**Additional Exams:**
**Left Lower Extremity:** Examination of the left lower extremity does not show any tenderness, deformity or injury. Range of motion is unremarkable. There is no gross instability. Strength and tone are normal.

**Diagnostic Test Findings:** X-RAYS, BILATERAL HIP, CSOG, 6/4/19: X-rays ordered, performed, and interpreted previously and reviewed today include AP pelvis, bilateral Dunn views, false profile, and cross table lateral views of the BILATERAL hip. They show well-preserved femoroacetabular joint spacing. Tonnis Grade 0. No evidence of fracture or dislocation. No evidence of avascular necrosis or heterotopic ossification in the right hip. On the left hip, there is evidence of femoroacetabular impingement, cam type with alpha angle measuring 63 degrees.

MR ARTHROGRAM, LEFT HIP, 1/30/2020, PENRAD: Focal Cam deformity of the anterior left femoral head neck junction with associated anterior/anterosuperior labral base tear. Small right hip joint effusion.

**Assessment and Plan:**
**Diagnosis Codes:**
M24.151 Other articular cartilage disorders, right hip Right
M46.1 Sacroiliitis, not elsewhere classified Right
**Impression:**
1. status post right hip labral reconstruction using allograft from 9:00 to 4:00 location, chondroplasty, debridement/shaving acetabulum, labral repair at 4:00 and 9:00 location, arthroscopic acetabuloplasty, arthroscopic femoroplasty, osteoplasty to remove cam lesion, synovectomy, capsular closure/plication this was performed on 12/09/2019.
2. Left hip pain - possible labral tear/FAI
3. Bilateral sacroiliitis with history of previous right SI joint fusion

**Treatment Plan:**
I reviewed the clinical and previous radiographic documentation with the patient. She we also went back and looked at her arthroscopic photos from her right hip surgery performed in December 2019. She had a revision at that time with significant labral damage which was what indicated the labral reconstruction. In addition, she had small area of chondral damage which could be contributing to some of her pain. However, most of her symptomatology seems to be coming from the SI

**ELECTRONICALLY SIGNED BY Michael Huang, M.D.**

2 of 3

**Lincoln/Mason 0799**

Progress Notes - 05/01/2020          I96320088          (12/12) 06/17/2020 10:38:56 AM -0600

**Patient Name:** Mason, Jan K
**DOB:**

Joint and the gluteal muscular complex. She has not been able to control this with typical conservative management options. She has asked me about the possibility of hip replacement which is somewhat reasonable to consider but she is rather young to go forward with that. Prior to making any decision on possible hip replacement, I would recommend that she circle back with Dr. Sung to get his opinion regarding whether or not the SI joint could be improved over this area could be improved. She is on board with this plan. We will wait to see what he has to say about it. In the meantime, patient will continue with physical therapy. All questions were answered.
Patient was provided with patient education on NSAIDs.
The patient is instructed to return if pain or symptoms arise.

**Clinical Quality Reporting:**
A stretching regimen was recommended to the patient. A strength training regimen was recommended to the patient. The patient was encouraged to exercise.

Electronically signed by: Michael Huang, M.D.
Date: 5/1/2020 Time: 12:44 PM

CC: Copies sent along with cover letter sent to the patient's primary care physician.

ELECTRONICALLY SIGNED BY Michael Huang, M.D.

3 of 3

Lincoln/Mason 0800

Non Medical/Other                    L96320088                    (1/12) 06/17/2020 10:32:20 AM -0600



## Colorado Springs Orthopaedic Group



Date: 06/17/2020 10:31:20 AM

Subject: COMPLETED RECORD REQUEST-MED REC-LINC

---

To: LINCOLN FINANCIAL GROUP

Organization: _____

Fax Number: 12138676134

Phone Number: _____

From: Jackson, Suzette

Organization: Colorado Springs Orthopaedic C

Fax Number: _____

Phone Number: _____

Email: _____

Number of Pages: 11

---

Comments:
RP NO: 6590974

FAX CONFIDENTIALITY STATEMENT

The information contained in this facsimile transmission is intended solely for the addressee(s) named above and is privileged and/or confidential. If the reader of this message is not the intended recipient or the person responsible to deliver it to the intended recipient, you are prohibited from reading or disclosing the information in this transmission. Any examination, use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone for instructions.

Sent by Multi-Tech Systems

FaxFinder

If you received this fax in error, or would like to opt-out, please call 719-632-7669 , fax 719-632-0088 or email info@csog.net

**Lincoln/Mason 0801**

# Quality Assurance Report

**Request Information**

Report Date:    June 17, 2020

**RP ID: 6590974**

Patient Name:    MASON, JAN K

Provider Name: COLORADO SPRINGS ORTHO GROUP

**Quality Assurance Information**

Scope Requested: **From May 1, 2020 to Present**

Special Request:
    Medical records from Dr. Huang & Dr. Sung - Seen By:
    COLORADO SPRINGS ORTHO GROUP

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By:  DW

**Lincoln/Mason 0802**

| From: | LFGNotifications@LFG.com |
|---|---|
| Sent: | Friday, June 12, 2020 3:02:03 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Charter Communications, Inc. Claim No. 9291624 Jan Mason |
| Attachments: | cifoevcm2wswreujchbr_8496522.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Mason 0803**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

June 12, 2020

Ms. Jan K. Mason

RE:     Long Term Disability (LTD) Benefits
        Charter Communications, Inc.
        Claim #: 9291624

Dear Ms. Jan Mason:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Charter Communications, Inc.'s Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On June 12, 2020, we requested medical records from Dr. Huang and Dr. Sung.     This information is necessary to complete our ongoing claims investigation.  Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from May 1, 2020 through present from medical providers

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Charter Communications, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe.  Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by July 26, 2020, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by August 24, 2020, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than August 24, 2020 as required under the terms of the Policy.

1  of  2

**Lincoln/Mason 0804**

If you have any questions regarding this matter, please contact me.

Sincerely,

Corey Abrams-Weaver
Ltd Specialist II
Phone No.: (844) 384-5858 Ext. 18336
Secure Fax No.: (603) 334-5994

2  of  2

**Lincoln/Mason 0805**

From:                                    05/23/2020 10:39     #472 P.001/021



**POSTALANNEX⁺**
*Your Home Office.*

# Fax Coversheet

7661 McLaughlin Rd
Falcon, CO 80831
Ph. 719-886-7447          Fax 719-886-3299

Date: 05|23|20          Pages: 21   including coversheet

To: ATTN: COREY ABRAMS-WEAVER

Fax #:   603 - 334 - 5994

CLAIM # 9291624

Sender's name:  JAN K MASON

Sender's phone #:

Sender's message:

SOME RECENT MEDICAL
RECORDS

Thank You!

Lincoln/Mason 0806

From:                                          05/23/2020 10:39      #472 P.002/021

North Campus 4110 Briargate Parkway, Suite 300 Colorado Springs, CO
80920 Phone: 719-632-7669 Fax: 719-632-0088



**Colorado Springs
Orthopaedic Group**
www.csog.net

South Campus 1259 Lake Plaza Drive, Suite 100 Colorado Springs,
CO  80906 Phone: 719-632-7669 Fax:  719-632-0088

Patient Name:  Jan K Mason, 505296

Encounter Date:
3/12/2020

Date of Birth:

## Chief Complaint Right hip pain.

## History of Present Illness

Jan Mason is a 47 year old female who presents today 12 weeks status post right hip labral reconstruction using allograft from 9:00 to 4:00 location, chondroplasty, debridement/shaving acetabulum, labral repair at 4:00 and 9:00 location, arthroscopic acetabuloplasty, arthroscopic femoroplasty, osteoplasty to remove cam lesion, synovectomy, capsular closure/plication performed on 12/09/2019. The right hip itself continues to do reasonably well. Her biggest issue right now is that she has tremendous pain over the right greater than the left sacroiliac joint and lumbar spine. She has previously seen Dr. Sung and had previous sacroiliac joint fusion on the right side. She has been in physical therapy since the last visit and despite those modalities, continues to have difficulty weightbearing and continues to use crutches.

She is also here for follow-up regarding left hip pain. Since her previous visit, the patient feels that the left hip pain has been unchanged. In regards to her left hip, the patient states she has had pain in December, 2017, getting progressively worse. Her pain has especially worsened after her recent right hip labral reconstruction procedure due to increased loadbearing. Her pain is located in the groin and worsen with prolonged sitting, prolonged standing and squatting type activities. Rotational activities also increased pain. She has tried rest, activity modification, ibuprofen as an anti-inflammatory without significant benefit. She has also been attending physical therapy without much relief. She denies nausea, vomiting, fever, chills, short of breath, chest pain or abdominal pain.

**Date of Onset:** December, 2017

## Medical History
**Medical Conditions:** Hypertension
**Surgical History:** Tubal 1994; Rhinoplast 2008
**Orthopedic Surgical History:** Right SI Fusion
**Current Medications:** Claritin 10 mg tablet 1 oral, Ambien 5 mg tablet 1 oral, metoprolol succinate ER 50 mg tablet,extended release 24 hr 1 Tb24 oral, losartan 50 mg tablet 1 oral, indomethacin 50 mg capsule 1 by mouth BID Take with food., oxycodone 5 mg tablet 1 tablet(s) by mouth Q4-6h, Flexeril 10 mg tablet 1 by mouth Q8h, Zofran ODT 4 mg disintegrating tablet 1 on the tongue Q8h PRN nausea Allow to dissolve on the tongue., Colace 100 mg capsule 1 by mouth DAILY PRN, aspirin 325 mg tablet 1 by mouth DAILY, diclofenac sodium 75 mg tablet,delayed release 1 by mouth BID w/ meals, diclofenac potassium 50 mg tablet 1 as directed BID
**Medication and Allergic Reactions:** No known allergies
**Family History:** No significant family history
**Personal and Social History:**
Patient has children, denies tabacco, marijuana, and alcohol use

ELECTRONICALLY SIGNED BY Michael Huang, M.D. 3/12/2020                                    1 of 3

Lincoln/Mason 0807

From:                                        05/23/2020 10:40     #472 P.003/021

**Patient Name:** Mason, Jan K **DOB:**

## Review of Systems

Patient denies fevers, chills, chest pain, shortness of breath, abdominal pain, nausea, diarrhea, constipation. Pertinent positives for review of systems are listed in HPI above, otherwise negative.

**Vital Signs:** Height: 5ft 8.00in, Weight: 190lbs BMI 28.89

## General Exam:
**Constitutional:** Patient is adequately groomed with no evidence of malnutrition.
**Skin:** There are no rashes, ulcerations or lesions in the regions examined.
**Mental Status:** The patient is oriented to time, place and person. The patient's mood and affect are appropriate.
**Lymphatic:** The lymphatic examination bilaterally reveals all areas to be without enlargement or induration.
**Vascular:** Examination reveals no swelling or calf tenderness. Peripheral pulses are palpable and 2+.
**Neurological:** The patient has good coordination. There is no weakness or sensory deficit. Deep tendon reflexes are intact.

## Right Hip/Pelvis Examination
Patient is alert and oriented to time, place, medical situation without evidence of distress. Surgical wounds are well healed without signs of infectiontributions. The patient is able to fire EHL, tibialis anterior, gastrocsoleus, peroneals. Dorsalis pedis pulse, 2+. There is no calf swelling or tenderness. Homans sign is negative. No evidence of DVT. Hip flexion to 110°, external rotation to 45°, internal rotation to 5°. Tenderness to palpation over the lateral hip and over the sacroiliac joint.

## Left Hip/Pelvis Examination
LEFT hip range of motion includes flexion to 120 degrees, external rotation to 55°, internal rotation to 5°. Positive anterior impingement test and negative posterior impingement test. Straight leg raise stressing produces lower back pain. Tenderness of palpation over the anterior hip and laterally over the greater trochanter.

**Diagnostic Test Findings:** X-RAYS, BILATERAL HIP, CSOG, 6/4/19: X-rays ordered, performed, and interpreted previously and reviewed today include AP pelvis, bilateral Dunn views, false profile, and cross table lateral views of the BILATERAL hip. They show well-preserved femoroacetabular joint spacing. Tonnis Grade 0. No evidence of fracture or dislocation. No evidence of avascular necrosis or heterotopic ossification in the right hip. On the left hip, there is evidence of femoroacetabular impingement, cam type with alpha angle measuring 63 degrees.

MR ARTHROGRAM, LEFT HIP, 1/30/2020, PENRAD: Focal Cam deformity of the anterior left femoral head neck junction with associated anterior/anterosuperior labral base tear. Small right hip joint effusion.

## Assessment and Plan:
**Diagnosis Codes:**
M24.151 Other articular cartilage disorders, right hip Right
M25.552 Pain in left hip Left
M24.152 Other articular cartilage disorders, left hip Left
**Impression:**
1. 12 weeks status post right hip labral reconstruction using allograft from 9:00 to 4:00 location, chondroplasty, debridement/shaving acetabulum, labral repair at 4:00 and 9:00 location, arthroscopic acetabuloplasty, arthroscopic femoroplasty, osteoplasty to remove cam lesion, synovectomy, capsular closure/plication this was performed on

ELECTRONICALLY SIGNED BY Michael Huang, M.D. 3/12/2020                          2 of 3

**Lincoln/Mason 0808**

From:                                          05/23/2020 10:41    #472 P.004/021

**Patient Name:** Mason, Jan K **DOB:**

12/09/2019.
2. Left hip pain - possible labral tear/FAI
3. Bilateral sacroiliitis with history of previous right SI joint fusion

**Treatment Plan:**
I reviewed the clinical and previous radiographic documentation with the patient. The right hip continues to do reasonably well after her labral reconstruction although she still has some occasional pain in this location. The left hip continues to have pain which we believe is due to labral tear in the setting of bony hip impingement. However, despite these issues, her biggest complaint is along the SI joint bilaterally. She has already had SI joint fusion on the right but apparently she had trauma in the postsurgical time and it went on to nonunion. The patient has discussed possible revision surgery versus spinal stimulator. She would like us to circle back with Dr. Sung to see if there are any other options for her. In regards to the hip itself, I recommended continued range of motion and strengthening until we can get her sacroiliac joints figured out. All questions were answered.
Patient was provided with patient education on NSAIDs.
The patient is instructed to return if pain or symptoms arise.

**Clinical Quality Reporting:**
A stretching regimen was recommended to the patient. A strength training regimen was recommended to the patient. The patient was encouraged to exercise.



Electronically signed by: Michael Huang, M.D.
Date: 3/12/2020 Time: 2:00 PM

CC: Copies sent along with cover letter sent to the patient's primary care physician.

PAGE 4/21 * RCVD AT 5/23/2020 12:49:59 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/1 * DNIS:6033345994 * CSID: * ANI:17198863299 * DURATION (mm-ss):19-27

**Lincoln/Mason 0809**

From:                                            05/23/2020 10:41     #472 P.005/021



North Campus 4110 Briargate Parkway, Suite 300 Colorado Springs, CO 80920 Phone: 719-632-7669 Fax: 719-632-0088

Colorado Springs
Orthopaedic Group
www.csog.net

South Campus 1259 Lake Plaza Drive, Suite 100 Colorado Springs, CO 80906 Phone: 719-632-7669 Fax: 719-632-0088

Patient Name:  Jan K Mason, 505296

Encounter Date:
5/1/2020

Date of Birth:

## Chief Complaint

## History of Present Illness

Jan Mason is a 47 year old female who presents today almost 5 months status post right hip labral reconstruction using allograft from 9:00 to 4:00 location, chondroplasty, debridement/shaving acetabulum, labral repair at 4:00 and 9:00 location, arthroscopic acetabuloplasty, arthroscopic femoroplasty, osteoplasty to remove cam lesion, synovectomy, capsular closure/plication performed on 12/09/2019. Since her last visit, she has been working with Mark Phillips, PT for continued sacroiliac pain, gluteal pain. She actually reports that her symptoms are worsening and now radiating more laterally and anteriorly towards the hip itself. She does continue to have significant posterior pain where she has had previous sacroiliac surgery by Dr. Sung. At the last visit, we had asked her to revisit with Dr. Sung but she was unable to do so due to the Corona virus situation. She has been working on walking around the block as she has not been able to get to pool therapy because of the closures throughout the city. She has difficulty going up and downstairs and even lying supine in bed. Her pain is rated at 8–9/10. She has been using rest, activity modification, physical therapy without benefit. She tried anti-inflammatories and even Celebrex without benefit and this caused significant gastrointestinal irritation. She continues to use crutches for weightbearing assistance. She denies nausea, vomiting, fever, chills, short of breath, chest pain or abdominal pain.

**Date of Onset:** December, 2017

## Medical History
**Medical Conditions:** Hypertension
**Surgical History:** Tubal 1994; Rhinoplast 2008
**Orthopedic Surgical History:** Right SI Fusion Right hip labral reconstruction
**Current Medications:** Claritin 10 mg tablet 1 oral, Ambien 5 mg tablet 1 oral, metoprolol succinate ER 50 mg tablet,extended release 24 hr 1 Tb24 oral, losartan 50 mg tablet 1 oral, indomethacin 50 mg capsule 1 by mouth BID Take with food.
**Medication and Allergic Reactions:** No known allergies
**Family History:** No significant family history
**Personal and Social History:**
Patient has children, denies tabacco, marijuana, and alcohol use

## Review of Systems

Patient denies fevers, chills, chest pain, shortness of breath, abdominal pain, nausea, diarrhea, constipation. Pertinent positives for review of systems are listed in HPI above, otherwise negative.

ELECTRONICALLY SIGNED BY Michael Huang, M.D. 5/1/2020                                    1 of 3

Lincoln/Mason 0810

From:                                      05/23/2020 10:42    #472 P.006/021

Patient Name: Mason, Jan K DOB:

**Vital Signs:** Height: 5ft 8.00in, Weight: 190lbs BMI 28.89

## General Exam:
**Constitutional:** Patient is adequately groomed with no evidence of malnutrition.
**Skin:** There are no rashes, ulcerations or lesions in the regions examined.
**Mental Status:** The patient is oriented to time, place and person. The patient's mood and affect are appropriate.
**Lymphatic:** The lymphatic examination bilaterally reveals all areas to be without enlargement or induration.
**Vascular:** Examination reveals no swelling or calf tenderness. Peripheral pulses are palpable and 2+.
**Neurological:** The patient has good coordination. There is no weakness or sensory deficit. Deep tendon reflexes are intact.

## Right Hip/Pelvis Examination
Patient is alert and oriented to time, place, medical situation without evidence of distress. Surgical wounds are well healed without signs of infectiontributions. Gait is antalgic. The patient is able to fire EHL, tibialis anterior, gastrocsoleus, peroneals. Dorsalis pedis pulse, 2+. There is no calf swelling or tenderness. Homans sign is negative. No evidence of DVT. Hip flexion to 115°, external rotation to 45°, internal rotation to 5°. Tenderness to palpation over the lateral hip and over the sacroiliac joint.

## Additional Exams:
**Left Lower Extremity:** Examination of the left lower extremity does not show any tenderness, deformity or injury. Range of motion is unremarkable. There is no gross instability. Strength and tone are normal.

**Diagnostic Test Findings:** X-RAYS, BILATERAL HIP, CSOG, 6/4/19: X-rays ordered, performed, and interpreted previously and reviewed today include AP pelvis, bilateral Dunn views, false profile, and cross table lateral views of the BILATERAL hip. They show well-preserved femoroacetabular joint spacing. Tonnis Grade 0. No evidence of fracture or dislocation. No evidence of avascular necrosis or heterotopic ossification in the right hip. On the left hip, there is evidence of femoroacetabular impingement, cam type with alpha angle measuring 63 degrees.

MR ARTHROGRAM, LEFT HIP, 1/30/2020, PENRAD: Focal Cam deformity of the anterior left femoral head neck junction with associated anterior/anterosuperior labral base tear. Small right hip joint effusion.

## Assessment and Plan:
**Diagnosis Codes:**
M24.151 Other articular cartilage disorders, right hip Right
M46.1 Sacroiliitis, not elsewhere classified Right
**Impression:**
1. status post right hip labral reconstruction using allograft from 9:00 to 4:00 location, chondroplasty, debridement/shaving acetabulum, labral repair at 4:00 and 9:00 location, arthroscopic acetabuloplasty, arthroscopic femoroplasty, osteoplasty to remove cam lesion, synovectomy, capsular closure/plication this was performed on 12/09/2019.
2. Left hip pain - possible labral tear/FAI
3. Bilateral sacroiliitis with history of previous right SI joint fusion

## Treatment Plan:

ELECTRONICALLY SIGNED BY Michael Huang, M.D. 5/1/2020                    2 of 3

**Lincoln/Mason 0811**

From:                                         05/23/2020 10:43    #472 P.007/021

**Patient Name:** Mason, Jan K DOB:

I reviewed the clinical and previous radiographic documentation with the patient. She we also went back and looked at her arthroscopic photos from her right hip surgery performed in December 2019. She had a revision at that time with significant labral damage which was what indicated the labral reconstruction. In addition, she had small area of chondral damage which could be contributing to some of her pain. However, most of her symptomatology seems to be coming from the SI joint and the gluteal muscular complex. She has not been able to control this with typical conservative management options. She has asked me about the possibility of hip replacement which is somewhat reasonable to consider but she is rather young to go forward with that. Prior to making any decision on possible hip replacement, I would recommend that she circle back with Dr. Sung to get his opinion regarding whether or not the SI joint could be improved over this area could be improved. She is on board with this plan. We will wait to see what he has to say about it. In the meantime, patient will continue with physical therapy. All questions were answered.
Patient was provided with patient education on NSAIDs.
The patient is instructed to return if pain or symptoms arise.


**Clinical Quality Reporting:**
A stretching regimen was recommended to the patient. A strength training regimen was recommended to the patient. The patient was encouraged to exercise.

Electronically signed by: Michael Huang, M.D.
Date: 5/1/2020 Time: 12:44 PM


CC: Copies sent along with cover letter sent to the patient's primary care physician.


ELECTRONICALLY SIGNED BY Michael Huang, M.D. 5/1/2020                    3 of 3

**Lincoln/Mason 0812**

From:                                              05/23/2020 10:43    #472 P.008/021

**North Campus** 4110 Briargate Parkway, Suite 300 Colorado Springs, CO
80920 Phone: 719-632-7669 Fax: 719-632-0088


Colorado Springs
Orthopaedic Group
www.csog.net

**South Campus** 1259 Lake Plaza Drive, Suite 100 Colorado Springs,
CO 80906 Phone: 719-632-7669 Fax: 719-632-0088

Patient Name: Jan K Mason, 505296

Encounter Date:
5/13/2020

Date of Birth:

## Chief Complaint

## History of Present Illness

Jan comes in for followup with chronic back pain. Dr. Huang repaired her labrum in April 2019. This failed and then she had a full reconstruction in December. She is now in rehabilitation and still has pain in the hip as well as across her lower back in both sacroiliac (SI) joints. She has had the right SI joint fusion and actually felt good up until her accident. The left side has been injected and she never had as good a response as the right.

## Medical History
**Medical Conditions:** Hypertension
**Surgical History:** Tubal ligation, Rhinoplasty
**Orthopedic Surgical History:** Rt SI Joint Fusion, Labral Repair, Labral Reconstruction
**Current Medications:** Claritin 10 mg tablet 1 oral, Ambien 5 mg tablet 1 oral, metoprolol succinate ER 50 mg tablet,extended release 24 hr 1 Tb24 oral, losartan 50 mg tablet 1 oral, Junel FE 1/20 (28) 1 mg-20 mcg tablet oral
**Medication and Allergic Reactions:** No known allergies
**Family History:** No significant family history.
**Personal and Social History:**
The patient does not smoke or use tobacco products. The patient does not use marijuana, CBD products, or illicit drugs. The patient currently does not consume alcohol. She is temporarily disabled.

## Review of Systems

**Constitutional:** The patient denies any unexplained weight loss, weight gain, fever, chills or fatigue.
**Eyes:** The patient denies any corrective lenses, blurred or double vision, eye pain, redness or watery eyes.
**Ear/Nose/Throat:** The patient denies any headaches, difficulty swallowing, nose bleeds, ringing in ears or earaches.
**Cardiovascular:** The patient denies any chest pain, palpitations, fainting or murmurs.
**Allergy:** The patient denies any allergic reactions to foods or the environment.
**Respiratory:** The patient denies any shortness of breath, wheezing, chronic coughing, tightness, inspiration pain or snoring.
**Gastrointestinal:** The patient denies any heartburn, nausea, vomiting, constipation, diarrhea, or bloody/tarry stools.
**Genitourinary:**The patient denies any difficult or painful urination, frequent urination or blood in urine.
**Musculoskeletal:**Admits joint pain and instability.
**Skin:** The patient denies skin changes, poor healing, rash, itching or redness.
**Neurological:** The patient denies numbness, tingling, unsteady gait, dizziness, tremors or seizures.

ELECTRONICALLY SIGNED BY Roger Sung, M.D. 5/20/2020                              1 of 3

**Lincoln/Mason 0813**

From:                                            05/23/2020 10:44      #472 P.009/021

Patient Name: Mason, Jan K DOB:

**Psychiatric:** The patient denies nervousness, anxiety, depression or hallucinations.
**Hematological:** The patient denies bleeding or bruising easily.
**Endocrine:** The patient denies excessive thirst, excessive urination or intolerance to heat and cold.

**Vital Signs:** Height: 5ft 8.00in, Weight: 185lbs BMI 28.13

## Lumbar Spine Examination

1. Constitutional:
• Vitals: Height 5 feet 8 inches, weight 185 pounds, respirations not labored.
• General appearance: Well developed, well nourished, with normal grooming.

2. Psychiatric
• Patient is oriented to time, place, person.
• Patient's memory is within normal limits.
• Mood and affect are appropriate.

3. Skin
• General Inspection shows no visible rashes, lesions, ulcers.
• Palpation shows no tightness, induration, nodules.

4. ENT
• External inspection reveals normal appearance and no visible scars.
• Hearing is normal to varying sounds.

5. Musculoskeletal
• Station and gait are normal.
• Motor strength is intact with no obvious atrophy.
• Spine has normal ROM without crepitation. There is normal alignment and no pain to palpation.

6. Neurologic
• Reflexes are intact.
• Sensation is intact to light touch.

The physical examination includes the above body areas and defines normal parameters. For this patient the above detailed examination is within normal limits for all listed elements with exceptions and pertinent additional positive findings listed below:

She is tender over both SI joints.

**Imaging Orders:** 4 views of the lumbar spine were ordered, obtained and interpreted from an orthopedic standpoint.
**Lumbosacral Spine Xrays:** Imaging was reviewed once again.
**Assessment and Plan:**

**Diagnosis Codes:**

ELECTRONICALLY SIGNED BY Roger Sung, M.D. 5/20/2020                                    2 of 3

Lincoln/Mason 0814

From:                                         05/23/2020 10:45    #472 P.010/021

Patient Name: Mason, Jan K **DOB:**

M46.1 Sacroiliitis, not elsewhere classified, G89.4 Chronic pain syndrome, M54.30 Sciatica, unspecified side

**Impression:**
1. Chronic pain syndrome and sciatica.
2. Status post right sacroiliac (SI) joint fusion, September 2017.
3. Status post motor vehicle accident (MVA), 12/18/2017.
4. Bilateral sacroiliitis.

**Treatment Plan:**
We talked about spinal cord stimulation and we talked about the left SI joint. I reviewed her CT of her pelvis after the surgery and there looks like there is a fusion across the SI joint on the right. At this point, we are going to proceed with a lidocaine-only injection in the left SI joint and see if this helps with her pain. I also talked to her about considering the stimulator as it can mask a lot of these symptoms.
CC: Jeffrey Kent, MD
David Salek, MD

**Clinical Quality Reporting:**
The patient has not received the influenza vaccination.

Electronically signed by: Roger Sung, M.D.
Date: 5/15/2020 Time: 5:37 AM

CC: A copy of the office visit notes will be forwarded to the patient's referring physician. Copies sent along with cover letter sent to the patient's primary care physician.

ELECTRONICALLY SIGNED BY Roger Sung, M.D. 5/20/2020                                3 of 3

Lincoln/Mason 0815

From:                                          05/23/2020 10:45     #472 P.011/021



Southwest Diagnostic Centers
2020 N. Academy Boulevard
Suite 155
Colorado Springs, CO 80909

Phone: 719-380-7210
Fax. 719-380-7510

PATIENT ID: MASJA00                           EXAM DATE: 09/12/2018
PATIENT: JAN MASON                            ACCESSION #: 9C1D
DATE OF BIRTH:                                REFERRED BY: LEVI MILLER

## MRI PELVIS SI JOINTS

### HISTORY
SI joint and buttocks pain S/P MVA 12/18/17

### COMPARISON STUDIES
None available

### TECHNIQUE
Multiplanar sequences with T1, intermediate, T2, and/or T2* weighted image contrast. **metal suppression protocol

### FINDINGS

Anteverted uterus normal volume. Scattered cervical nabothian cysts with thickening of the cervical endometrium. Cysts seen in the external cervical os and posterior fornix favor low nabothian cysts over Gartner's duct cyst. 2.5 x 1 cm cystic-septated structure left adnexa (low-grade hydrosalpinx versus paraovarian cysts). Small amount of physiologic free fluid in the cul-de-sac. Moderate distention urinary bladder. Gluteus maximus origins intact bilaterally. Right sacroiliac arthrodesis (suspect 3 metallic fixation screws, incomplete osseous bridging, no substantive marrow edema). Left sacroiliac joint intact. Type 2 (anteverted/anteflexed) coccyx with fusion of the 2nd, 3rd and 4th coccygeal vertebrae

L4-5: Preserved disc morphology and hydration. No spinal canal stenosis. No foraminal stenosis. Asymmetric prominence of left facet meniscoid (of uncertain clinical significance)

L5-S1: Endplate mismatch (L5 longer than S1). Shallow posterior pseudodisc (2 mm posterior soft disc displacement). Stretching anterior annulus and anterior longitudinal ligament. Low-grade bilateral facet capsulitis, more pronounced on right with bulging of the right posterior facet capsule

### IMPRESSION

1. L5-S1 endplate mismatch, shallow posterior pseudodisc. Stretching of anterior annulus and anterior longitudinal ligament. Low-grade bilateral facet capsulitis, more pronounced on right with bulging of the right posterior facet capsule

2. Sacrum intact. Right sacroiliac uncomplicated arthrodesis

3. Type 2 (anteverted/anteflexed) coccyx variant with fusion of the 2nd, 3rd and 4th coccygeal vertebrae.

Electronically signed by Joseph Ugorji, DO (September 16, 2018 11:00:47 PM)



gorji
adiology
onsultants, LLC

Page 1 of 1

**Lincoln/Mason 0816**

From:                                          05/23/2020 10:46    #472 P.012/021

**Fyzical Therapy and Balance Centers - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

**Daily Note / Billing Sheet**



**Patient Name:** Mason, Jan K.
**Date of Birth:**
**Referring Physician(s):** HUANG, MICHAEL J. MD
**Date of Original Eval:** 12/13/2019
**Treatment Diagnosis:** ICD10: M25.151: Fistula, right hip

**Date of Daily Note:** 04/30/2020
**Injury/Onset/Change of Status Date:** 12/13/2019
**Diagnosis:** ICD10: M25.151: Fistula, right hip
**Visit No.:** 26
**Insurance Name:** KAISER PERMANENTE

## Subjective

**Current Complaints / Gains:** Patient states she is still having a lot of pain in her SI/hip region and plans to discuss further with Dr. Huang next week.
**Home Health Care:** No
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 2 |
| | Seated ball squeezes between ankles | |
| | Seated band pull apart around ankles | |
| | Supine ball squeeze | |
| | Supine band pull apart | |
| | Patient education on aquatic activities to perform independently | |
| | 28 min | |
| GP:97140 | Manual Therapy | 2 |
| | STM lumbosacral region | |
| | Lumbar joint mobilization | |
| | HIP PROM | |
| | Hip flexor stretching | |
| | 25 min | |

CPT copyright 2019 American Medical Association. All rights reserved.

## Assessment

**Assessment/Diagnosis:** Patient exhibiting improved form on ther ex, but still having difficulty with transfers due to posterior hip/SI joint pain.
**Rehab Potential:** Good

## Plan

**Instructions:** Progressing Patient Next Visit

*Marc Phillips* PT, DPT, OCS

Marc Phillips, PT, DPT, OCS
License #9745
*Electronically Signed by Marc Phillips, PT, DPT, OCS on May 11, 2020 at 8:01 am*

Powered by WebPT

**Lincoln/Mason 0817**

From:                                          05/23/2020 10:47    #472 P.013/021

**Fyzical Therapy and Balance Centers -
Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

**Daily Note /
Billing Sheet**


FYZICAL
Therapy & Balance Centers

**Patient Name:** Mason, Jan K.
**Date of Birth:**
**Referring Physician(s):** HUANG, MICHAEL J. MD
**Date of Original Eval:** 12/13/2019
**Treatment Diagnosis:** ICD10: M25.151: Fistula, right hip

**Date of Daily Note:** 04/23/2020
**Injury/Onset/Change of Status Date:** 12/13/2019
**Diagnosis:** ICD10: M25.151: Fistula, right hip
**Visit No.:** 25
**Insurance Name:** KAISER PERMANENTE

## Subjective

**Current Complaints / Gains:** Patient states her pain has been increased recently and she has been discouraged because of the increase in pain.
**Home Health Care:** No
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 2 |
| | Seated ball squeezes between ankles | |
| | Seated band pull apart around ankles | |
| | Supine ball squeeze | |
| | Supine band pull apart | |
| | Patient education on aquatic activities to perform independently | |
| | 28 min | |
| GP:97140 | Manual Therapy | 2 |
| | STM lumbosacral region | |
| | Lumbar joint mobilization | |
| | HIP PROM | |
| | Hip flexor stretching | |
| | 25 min | |

CPT copyright 2019 American Medical Association. All rights reserved.

## Assessment

**Assessment/Diagnosis:** Patient exhibiting improved hip mobility, however continues to be very apprehensive about exercise and manual therapy due to increased pain.
**Rehab Potential:** Good

## Plan

**Instructions:** Progressing Patient Next Visit

*Marc Phillips* PT, DPT, OCS

Marc Phillips, PT, DPT, OCS
License #9745
*Electronically Signed by Marc Phillips, PT, DPT, OCS on April 25, 2020 at 8:42 am*

Powered by WebPT™

Lincoln/Mason 0818

From:                                    05/23/2020 10:48    #472 P.014/021

**Fyzical Therapy and Balance Centers -
Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

**Daily Note /
Billing Sheet**


FYZICAL
Therapy & Balance Centers

**Patient Name:** Mason, Jan K.
**Date of Birth:**
**Referring Physician(s):** HUANG, MICHAEL J. MD
**Date of Original Eval:** 12/13/2019
**Treatment Diagnosis:** ICD10: M25.151: Fistula, right hip

**Date of Daily Note:** 04/16/2020
**Injury/Onset/Change of Status Date:** 12/13/2019
**Diagnosis:** ICD10: M25.151: Fistula, right hip
**Visit No.:** 24
**Insurance Name:** KAISER PERMANENTE

## Subjective

**Current Complaints / Gains:** Patient states she is still having moderate to severe pain in her hip/SI joint region and is very frustrated with the lack of progress.
**Home Health Care:** No
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 2 |
| | Seated ball squeezes between ankles | |
| | Seated band pull apart around ankles | |
| | Supine ball squeeze | |
| | Supine band pull apart | |
| | Patient education on aquatic activities to perform independently | |
| | 28 min | |
| GP:97140 | Manual Therapy | 2 |
| | STM lumbosacral region | |
| | Lumbar joint mobilization | |
| | HIP PROM | |
| | Hip flexor stretching | |
| | 25 min | |

CPT copyright 2019 American Medical Association. All rights reserved.

## Assessment

**Assessment/Diagnosis:** Patient exhibiting improved form on ther ex, however continues to struggle with pain response to exercise, limiting her ability to complete many movements.
**Rehab Potential:** Good

## Plan

**Instructions:** Progressing Patient Next Visit

*Marc Phillips* PT, DPT, OCS

Marc Phillips, PT, DPT, OCS
License #9745
*Electronically Signed by Marc Phillips, PT, DPT, OCS on April 25, 2020 at 7:26 am*

Powered by WebPT

**Lincoln/Mason 0819**

From:                                           05/23/2020 10:50     #472 P.015/021

**Fyzical Therapy and Balance Centers -
Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

**Daily Note /
Billing Sheet**



**Patient Name:** Mason, Jan K.
**Date of Birth:**
**Referring Physician(s):** HUANG, MICHAEL J. MD
**Date of Original Eval:** 12/13/2019
**Treatment Diagnosis:** ICD10: M25.151: Fistula, right hip

**Date of Daily Note:** 04/09/2020
**Injury/Onset/Change of Status Date:** 12/13/2019
**Diagnosis:** ICD10: M25.151: Fistula, right hip
**Visit No.:** 23
**Insurance Name:** KAISER PERMANENTE

## Subjective

**Current Complaints / Gains:** Patient states she continues to feel moderate pain and tightness in her hips R >L.
**Home Health Care:** No
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 2 |
| | Seated ball squeezes between ankles | |
| | Seated band pull apart around ankles | |
| | Supine ball squeeze | |
| | Supine band pull apart | |
| | Patient education on aquatic activities to perform independently | |
| | 28 min | |
| GP:97140 | Manual Therapy | 2 |
| | STM lumbosacral region | |
| | Lumbar joint mobilization | |
| | HIP PROM | |
| | Hip flexor stretching | |
| | 25 min | |

CPT copyright 2019 American Medical Association. All rights reserved.

## Assessment

**Assessment/Diagnosis:** Patient exhibiting improved hip mobility and flexibility post manual therapy.
**Rehab Potential:** Good

## Plan

**Instructions:** Progressing Patient Next Visit

*Marc Phillips* PT, DPT, OCS

Marc Phillips, PT, DPT, OCS
License #9745
Electronically Signed by Marc Phillips, PT, DPT, OCS on April 16, 2020 at 10:14 am

Powered by **WebPT**

**Lincoln/Mason 0820**

From:                                    05/23/2020 10:51    #472 P.016/021

**Fyzical Therapy and Balance Centers -
Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3 6 01
Phone: (719)488-0120
F ax: (719)488-1427
www.falconpt.com

**Daily Note /
Billing Sheet**



**Patient Name:** Mason, J an K .
**Date of Birth:**
**Referring Physician(s):** HU A NG, MICHA EL J . MD
**Date of Original Eval:** 12/13 /2019
**Treatment Diagnosis:** ICD10: M25.151: F istula, right hip

**Date of Daily Note:** 04/02/2020
**Injury/Onset/Change of Status Date:** 12/13 /2019
**Diagnosis:** ICD10: M25.151: F istula, right hip
**Visit No.:** 22
**Insurance Name:** K A ISER PERMA NENTE

## Subjective
**Current Complaints / Gains:** Patient states her SI joint and hip are feeling very painful, but she is also having a lot of anterior hip tightness causing her difficulty.
**Home Health Care:** No
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 2 |
| | Seated ball squeezes between ankles | |
| | Seated band pull apart around ankles | |
| | Supine ball squeeze | |
| | Supine band pull apart | |
| | Patient education on aquatic activities to perform independently | |
| | 28 min | |
| GP:97140 | Manual Therapy | 2 |
| | STM lumbosacral region | |
| | Lumbar joint mobilization | |
| | HIP PROM | |
| | Hip flexor stretching | |
| | 25 min | |

CPT copyright 2019 American Medical Association. All rights reserved.

## Assessment
**Assessment/Diagnosis:** Patient is having difficulty progressing through post op protocol due to poor exercise tolerance caused by significant pain and difficulty with performing exercises.
**Rehab Potential:** Good

## Plan
**Instructions:** Progressing Patient Next Visit

*Marc Phillips* PT, DPT, OCS

Marc Phillips, PT, DPT, OCS
License #9745
*Electronically Signed by Marc Phillips, PT, DPT, OCS on April 13, 2020 at 7:40 pm*

Powered by WebPT

Lincoln/Mason 0821

From:                                    05/23/2020 10:52    #472 P.017/021

**Fyzical Therapy and Balance Centers -
Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3 6 01
Phone: (719)488-0120
F ax: (719)488-1427
www.falconpt.com

**Daily Note /
Billing Sheet**

**FYZICAL**
Therapy & Balance Centers

**Patient Name:** Mason, J an K .
**Date of Birth:**
**Referring Physician(s):** HU A NG, MICHA EL J . MD
**Date of Original Eval:** 12/13 /2019
**Treatment Diagnosis:** ICD10: M25.151: F istula, right hip

**Date of Daily Note:** 03 /17/2020
**Injury/Onset/Change of Status Date:** 12/13 /2019
**Diagnosis:** ICD10: M25.151: F istula, right hip
**Visit No.:** 21
**Insurance Name:** K A ISER PERMA NENTE

## Subjective
**Current Complaints / Gains:** Patient states her SI joint is "flared up bad" today, but she thinks it is due to trying to do more exercise at home.
**Home Health Care:** No
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 2 |
| | Seated ball squeezes between ankles | |
| | Seated band pull apart around ankles | |
| | Supine ball squeeze | |
| | Supine band pull apart | |
| | Patient education on aquatic activities to perform independently | |
| | 28 min | |
| GP:97140 | Manual Therapy | 2 |
| | STM lumbosacral region | |
| | Lumbar joint mobilization | |
| | HIP PROM | |
| | 25 min | |

CPT copyright 2019 American Medical Association. All rights reserved.

## Assessment
**Assessment/Diagnosis:** Patient exhibiting improved hip mobility and LE flexibility during session today allowing for increased ability to walk with balance and decreased pain.
**Rehab Potential:** Good

## Plan
**Instructions:** Progressing Patient Next Visit

*Marc Phillips* PT, DPT, OCS

Marc Phillips, PT, DPT, OCS
License #9745
*Electronically Signed by Marc Phillips, PT, DPT, OCS on March 23, 2020 at 2:09 pm*

Powered by WebPT

**Lincoln/Mason 0822**

05/23/2020 10:54     #472  P.018/021

**Fyzical Therapy and Balance Centers -
Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3 6 01
Phone: (719)488-0120
F ax: (719)488-1427
www.falconpt.com

**FYZICAL**
Therapy & Balance Centers

**Daily Note /
Billing Sheet**

Patient Name:  Mason, J an K .
Date of Birth:
Referring Physician(s):  HU A NG, MICHA EL J . MD
Date of Original Eval:  12/13 /2019
Treatment Diagnosis:  ICD10: M25.151: F istula, right hip

Date of Daily Note:  03 /12/2020
Injury/Onset/Change of Status Date:  12/13 /2019
Diagnosis:  ICD10: M25.151: F istula, right hip
Visit No.:  20
Insurance Name:  K A ISER PERMA NENTE

### Subjective

**Current Complaints / Gains:**  Patient states her SI joint pain continues to be a problem for her limiting her ability to walk, sit or sleep.
**Home Health Care:**  No
**Mental Status/Cognitive Function Appears Impaired?**  No

### Objective

| CPT Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 2 |
| | Seated ball squeezes between ankles | |
| | Seated band pull apart around ankles | |
| | Supine ball squeeze | |
| | Supine band pull apart | |
| | Patient education on aquatic activities to perform independently | |
| | 28 min | |
| GP:97140 | Manual Therapy | 2 |
| | STM lumbosacral region | |
| | Lumbar joint mobilization | |
| | HIP PROM | |
| | 25 min | |

CP Copyright 2019 American Medical Association. All rights reserved.

### Assessment

**Assessment/Diagnosis:**  Patient exhibiting improved form during exercises, however has mild decrease in pain post manual therapy allowing increased step length.
**Rehab Potential:** Good

### Plan

**Instructions:**  Progressing Patient Next Visit

Marc Phillips  PT, DPT, OCS

Marc Phillips, PT, DPT, OCS
License #9745
E le ctronically Sig ne d b y Marc P hilips , P T (DT, SP) 11 March 21, 2020 at 10:59 am

Powered by WebPT

PAGE 18/21 * RCVD AT 5/23/2020 12:49:59 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/1 * DNIS:6033345994 * CSID: * ANI:17198863299 * DURATION (mm-ss):19-27

From:

**Lincoln/Mason 0823**

From:                                          05/23/2020 10:55     #472 P.019/021

**Fyzical Therapy and Balance Centers -
Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3 6 01
Phone: (719)488-0120
F ax: (719)488-1427
www.falconpt.com

**Daily Note /
Billing Sheet**


FYZICAL
Therapy & Balance Centers

**Patient Name:** Mason, J an K .
**Date of Birth:**
**Referring Physician(s):** HU A NG, MICHA EL J . MD
**Date of Original Eval:** 12/13 /2019
**Treatment Diagnosis:** ICD10: M25.151: F istula, right hip

**Date of Daily Note:** 03 /05/2020
**Injury/Onset/Change of Status Date:** 12/13 /2019
**Diagnosis:** ICD10: M25.151: F istula, right hip
**Visit No.:** 19
**Insurance Name:** K A ISER PERMA NENTE

## Subjective
**Current Complaints / Gains:** Patient states her SI joint is very painful and she is concerned that she can't do much of her exercise routine for her post op hip protocol.
**Home Health Care:** No
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 2 |
| | Seated ball squeezes between ankles | |
| | Seated band pull apart around ankles | |
| | Supine ball squeeze | |
| | Supine band pull apart | |
| | Patient education on aquatic activities to perform independently | |
| | 28 min | |
| GP:97140 | Manual Therapy | 2 |
| | STM lumbosacral region | |
| | Lumbar joint mobilization | |
| | HIP PROM | |
| | 25 min | |

CP T copy rig ht 201 9 A me rican Me d ical A s s ociation. A ll rig hts re s e rv e d .

## Assessment
**Assessment/Diagnosis:** Patient has good understanding of HEP and continues to complete ther ex with moderate pain.
**Rehab Potential:** Good

## Plan
**Instructions:** Progressing Patient Next Visit

*Marc Phillips* PT,DPT,OCS

Marc Phillips, PT, DPT, OCS
License #9745
E le ctronically Sig ne d b y Marc P hillips , P T , DPT, OCS on March 14, 2020 at 9:34 am

Powered by WebPT

**Lincoln/Mason 0824**

From:                                              05/23/2020 10:56    #472 P.020/021

**Fyzical Therapy and Balance Centers -
Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3 6 01
Phone: (719)488-0120
F ax: (719)488-1427
www.falconpt.com

**Daily Note /
Billing Sheet**


**FYZICAL**
Therapy & Balance Centers

**Patient Name:** Mason, J an K .
**Date of Birth:**
**Referring Physician(s):** HU A NG, MICHA EL J . MD
**Surgery:** (Date/Type) 12/09/2019 R hip scope with labral revision
**Visit No.:** 18
**Insurance Name:** KAISER PERMANENTE

**Date of Daily Note:** 02/25/2020
**Injury/Onset/Change of Status Date:** 12/13 /2019
**Diagnosis:** ICD10: M25.151: F istula, right hip
**Date of Original Eval:** 12/13/2019

**Treatment Diagnosis:** ICD10: M25.151: Fistula, right hip

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Patient states she feels like her hip is flared up and causing her to limp more than normal.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
   **Mobility: Walking & Moving Around:**
**Current Functional Limitations:**
   **Mobility: Walking & Moving Around:**
**Home Health Care:** No
**Medical History:** High Blood Pressure, please see e-doc
**Complicating/Personal Factors:** Mechanism of injury/ Illness, Multiple Treatment Areas, Patient age
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription, Over The Counter
  See edocs
  Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 2 |
| | To improve hip ROM and mm activation:<br>-Bridges 5"x20<br>-Floor Ladder Sidestepping 2 laps<br>-Floor Ladder Heel/Toe Walking 2 laps<br>-Sit to Stands Off Plinth<br>-Seated RTB Abduction 5"x20<br><br>30 mins<br><br>HELD:<br>-Seated LAQ 2x20 each leg<br>-Sidestepping // Bars<br>-Mini Squat x10 // Bars<br>-HS Stretch with Strap 3x30"<br>-Self tennis ball R glute rolling<br>-Standing Hip 3 Way (held)<br>-Semi Tandem Stance 3x30" ea<br>-Sit to Stands x20<br>-AAROM hip abd<br>-AAROM heel slides<br>-Supine hip IR/ER<br>-SAQ<br>-AAROM Strap Abd to 30<br>-Adduction Ball Squeeze x20<br>-SLR x20<br>-Tandem WB Rocking x20 ea // Bars<br>-Bilateral Ankle pumps<br>-Bilateral Quad sets<br>-Bilateral Glute sets | |
| GP:97140 | Manual Therapy | 2 |

Powered by WebPT

**Lincoln/Mason 0825**

From:                                           05/23/2020 10:57    #472 P.021/021

**Fyzical Therapy and Balance Centers -**                          **Patient Name:** Mason, Jan K.
**Gleneagle**                                                      **Date of Birth:**
12229 Voyager Pkwy, Suite 150                                      **Document Date:** 02/25/2020
Colorado Springs, CO 80921-3601
Phone: (719)488-0120                           **Daily Note /**
F ax: (719)488-1427                            **Billing Sheet**
www.falconpt.com

To improve hip mobility:
-Passive hip HS/ITB stretch (avoiding end ranges)
-Incision Site STM
-Gentle joint mobility
-Glute/ITB STM

25 mins

CPT copyright 2019 American Medical Association. All rights reserved.

## Assessment

**Assessment/Diagnosis:** Patient exhibiting improved hip ROM post manual therapy and has good form during ther ex, however has difficulty completing all exercises properly due to muscular fatigue.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Short Term Goals:**
1: (1 Week)  | Pt will be independent with initial home exercise program to progress towards discharge. |
2: (5 Weeks) | Pt will be able to ambulate without use of bilateral crutches. |
3: (5 Weeks) | Pt will improve her passive HF to 90 deg to progress towards improved functional mobility. |
**Long Term Goals:**
1: (10 Weeks) | Pt will be able to ascend/descend stairs with an alternating pattern. |
2: (10 Weeks) | Pt will improve her R hip active ROM to 115 deg to allow her to return to work with limited duty. |

## Plan

**Instructions:** Progressing Patient Next Visit

*Marc Phillips* PT, DPT, OCS

Marc Phillips, PT, DPT, OCS
License #9745
Electronically Signed by Marc Phillips, PT, DPT, OCS on March 4, 2020 at 6:34 pm

Powered by *WebPT*

**Lincoln/Mason 0826**

# Billing Statement:

**ReleasePoint**

**Invoice Date: 04/03/2020**          **Invoice #: 711615-1324**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Mar 1 2020 and Mar 31 2020**

**LIBMT3**                                             **Bill Code: LIBSFU**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 6296863<br>9291624 | MASON, JAN K<br>COLORADO SPRINGS ORTHO GROUP | Complete | 03/24/20 | $ 8.00 | $ 33.50 | $ 0.00 | $ 0.00<br>27 | **$ 41.50** |

**ReleasePoint**

**Total Amount Due:**          **$ 41.50**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

**Lincoln/Mason 0827**

**Medical Record Overview**

**ReleasePoint**

**Date:**    March 23, 2020

**Patient Name:**    MASON, JAN K

**Records From:**    COLORADO SPRINGS ORTHO GROUP
4110 BRIAR GATE PKWY STE 300
COLORADO SPRINGS, CO
(719) 632-7669

**RP ID:** 6296863

**Client ID:** 9291624

**Source:** LIBMT3

**Request Scope:**    From December 14, 2019 to Present

**Req By:**

**Chart Range:**    12/18/2019 - 03/12/2020

**SSN:**

|  |  |  |  | Starts on |
| --- | --- | --- | --- | --- |
| **Classification** | **From** | **To** | **Total** | **Page** |
| Progress Notes | Dec 18 2019 | Mar 12 2020 | 25 | 2 |
| Labs/Diagnostics |  |  | 1 | 27 |
| Non Medical/Other |  |  | 1 | 28 |
| | | **Total Page Count:** | 27 | |

**Notes From QC:**

**Lincoln/Mason 0828**

**Progress Notes**                    38                    (3/39) 03/23/2020 07:49:13 AM -0600



.

**Lincoln/Mason 0829**

Progress Notes - 03/12/2020                    38                    (8/39) 03/23/2020 07:51:31 AM -0600



**North Campus**
4110 Briargate Parkway, Suite 300
Colorado Springs, CO 80920
Phone: 719-632-7669

Fax: 719-632-0088

**Colorado Springs
Orthopaedic Group**

www.csog.net

**South Campus**
1259 Lake Plaza Drive, Suite 100
Colorado Springs, CO 80906
Phone: 719-632-7669

Fax: 719-632-0088

Patient Name: Jan K Mason, 505296          Encounter Date: 3/12/2020          Date of Birth:

---

## Chief Complaint Right hip pain.

## History of Present Illness

Jan Mason is a 47 year old female who presents today 12 weeks status post right hip labral reconstruction using allograft from 9:00 to 4:00 location, chondroplasty, debridement/shaving acetabulum, labral repair at 4:00 and 9:00 location, arthroscopic acetabuloplasty, arthroscopic femoroplasty, osteoplasty to remove cam lesion, synovectomy, capsular closure/plication performed on 12/09/2019. The right hip itself continues to do reasonably well. Her biggest issue right now is that she has tremendous pain over the right greater than the left sacroiliac joint and lumbar spine. She has previously seen Dr. Sung and had previous sacroiliac joint fusion on the right side. She has been in physical therapy since the last visit and despite those modalities, continues to have difficulty weightbearing and continues to use crutches.

She is also here for follow-up regarding left hip pain. Since her previous visit, the patient feels that the left hip pain has been unchanged. In regards to her left hip, the patient states she has had pain in December, 2017, getting progressively worse. Her pain has especially worsened after her recent right hip labral reconstruction procedure due to increased loadbearing. Her pain is located in the groin and worsen with prolonged sitting, prolonged standing and squatting type activities. Rotational activities also increased pain. She has tried rest, activity modification, ibuprofen as an anti-inflammatory without significant benefit. She has also been attending physical therapy without much relief. She denies nausea, vomiting, fever, chills, short of breath, chest pain or abdominal pain.

**Date of Onset:** December, 2017

## Medical History
**Medical Conditions:** Hypertension
**Surgical History:** Tubal 1994; Rhinoplast 2008
**Orthopedic Surgical History:** Right SI Fusion
**Current Medications:** Claritin 10 mg tablet 1 oral, Ambien 5 mg tablet 1 oral, metoprolol succinate ER 50 mg tablet,extended release 24 hr 1 Tb24 oral, losartan 50 mg tablet 1 oral, indomethacin 50 mg capsule 1 by mouth BID Take with food., oxycodone 5 mg tablet 1 tablet(s) by mouth Q4-6h, Flexeril 10 mg tablet 1 by mouth Q8h, Zofran ODT 4 mg disintegrating tablet 1 on the tongue Q8h PRN nausea Allow to dissolve on the tongue., Colace 100 mg capsule 1 by mouth DAILY PRN, aspirin 325 mg tablet 1 by mouth DAILY, diclofenac sodium 75 mg tablet,delayed release 1 by mouth BID w/ meals, diclofenac potassium 50 mg tablet 1 as directed BID
**Medication and Allergic Reactions:** No known allergies
**Family History:** No significant family history
**Personal and Social History:**
Patient has children, denies tabacco, marijuana, and alcohol use

## Review of Systems

---

ELECTRONICALLY SIGNED BY Michael Huang, M.D.

1 of 3

**Lincoln/Mason 0830**

Progress Notes - 03/12/2020                38                (9/39) 03/23/2020 07:52:20 AM -0600

**Patient Name:** Mason, Jan K
**DOB:**

Patient denies fevers, chills, chest pain, shortness of breath, abdominal pain, nausea, diarrhea, constipation. Pertinent positives for review of systems are listed in HPI above, otherwise negative.

**Vital Signs:** Height: 5ft 8.00in, Weight: 190lbs BMI 28.89

**General Exam:**
**Constitutional:** Patient is adequately groomed with no evidence of malnutrition.
**Skin:** There are no rashes, ulcerations or lesions in the regions examined.
**Mental Status:** The patient is oriented to time, place and person. The patient's mood and affect are appropriate.
**Lymphatic:** The lymphatic examination bilaterally reveals all areas to be without enlargement or induration.
**Vascular:** Examination reveals no swelling or calf tenderness. Peripheral pulses are palpable and 2+.
**Neurological:** The patient has good coordination. There is no weakness or sensory deficit. Deep tendon reflexes are intact.

**Right Hip/Pelvis Examination**
Patient is alert and oriented to time, place, medical situation without evidence of distress. Surgical wounds are well healed without signs of infectiontributions. The patient is able to fire EHL, tibialis anterior, gastrocsoleus, peroneals. Dorsalis pedis pulse, 2+. There is no calf swelling or tenderness. Homans sign is negative. No evidence of DVT. Hip flexion to 110°, external rotation to 45°, internal rotation to 5°. Tenderness to palpation over the lateral hip and over the sacroiliac joint.
**Left Hip/Pelvis Examination**
LEFT hip range of motion includes flexion to 120 degrees, external rotation to 55°, internal rotation to 5°. Positive anterior impingement test and negative posterior impingement test. Straight leg raise stressing produces lower back pain. Tenderness of palpation over the anterior hip and laterally over the greater trochanter.

**Diagnostic Test Findings:** X-RAYS, BILATERAL HIP, CSOG, 6/4/19: X-rays ordered, performed, and interpreted previously and reviewed today include AP pelvis, bilateral Dunn views, false profile, and cross table lateral views of the BILATERAL hip. They show well-preserved femoroacetabular joint spacing. Tonnis Grade 0. No evidence of fracture or dislocation. No evidence of avascular necrosis or heterotopic ossification in the right hip. On the left hip, there is evidence of femoroacetabular impingement, cam type with alpha angle measuring 63 degrees.

MR ARTHROGRAM, LEFT HIP, 1/30/2020, PENRAD: Focal Cam deformity of the anterior left femoral head neck junction with associated anterior/anterosuperior labral base tear. Small right hip joint effusion.

**Assessment and Plan:**
**Diagnosis Codes:**
M24.151 Other articular cartilage disorders, right hip Right
M25.552 Pain in left hip Left
M24.152 Other articular cartilage disorders, left hip Left
**Impression:**
1. 12 weeks status post right hip labral reconstruction using allograft from 9:00 to 4:00 location, chondroplasty, debridement/shaving acetabulum, labral repair at 4:00 and 9:00 location, arthroscopic acetabuloplasty, arthroscopic femoroplasty, osteoplasty to remove cam lesion, synovectomy, capsular closure/plication this was performed on 12/09/2019.
2. Left hip pain - possible labral tear/FAI
3. Bilateral sacroiliitis with history of previous right SI joint fusion

**ELECTRONICALLY SIGNED BY Michael Huang, M.D.**

2 of 2

**Lincoln/Mason 0831**

**Patient Name:** Mason, Jan K
**DOB:**

## Treatment Plan:
I reviewed the clinical and previous radiographic documentation with the patient. The right hip continues to do reasonably well after her labral reconstruction although she still has some occasional pain in this location. The left hip continues to have pain which we believe is due to labral tear in the setting of bony hip impingement. However, despite these issues, her biggest complaint is along the SI joint bilaterally. She has already had SI joint fusion on the right but apparently she had trauma in the postsurgical time and it went on to nonunion. The patient has discussed possible revision surgery versus spinal stimulator. She would like us to circle back with Dr. Sung to see if there are any other options for her. In regards to the hip itself, I recommended continued range of motion and strengthening until we can get her sacroiliac joints figured out. All questions were answered.
Patient was provided with patient education on NSAIDs.
The patient is instructed to return if pain or symptoms arise.

## Clinical Quality Reporting:
A stretching regimen was recommended to the patient. A strength training regimen was recommended to the patient. The patient was encouraged to exercise.

Electronically signed by: Michael Huang, M.D.
Date: 3/12/2020 Time: 2:00 PM

CC: Copies sent along with cover letter sent to the patient's primary care physician.

ELECTRONICALLY SIGNED BY Michael Huang, M.D.

3 of 3

**Lincoln/Mason 0832**

Progress Notes - 02/06/2020                    38                    (11/39) 03/23/2020 07:53:40 AM -0600



North Campus
4110 Briargate Parkway, Suite 300
Colorado Springs, CO  80920
Phone: 719-632-7669

Fax:  719-632-0088

**Colorado Springs
Orthopaedic Group**

www.csog.net

South Campus
1259 Lake Plaza Drive, Suite 100
Colorado Springs, CO  80906
Phone:  719-632-7669

Fax:  719-632-0088

**Patient Name:** Jan K Mason, 505296          **Encounter Date:** 2/6/2020          **Date of Birth:**

## Chief Complaint Bilateral hip pain.

## History of Present Illness

Jan is a 47 year old male who presents today 8 weeks status post right hip labral reconstruction using allograft from 9:00 to 4:00 location, chondroplasty, debridement/shaving acetabulum, labral repair at 4:00 and 9:00 location, arthroscopic acetabuloplasty, arthroscopic femoroplasty, osteoplasty to remove cam lesion, synovectomy, capsular closure/plication performed on 12/09/2019. She has been able to wean off of crutches and is now using a cane. She continues reports some achiness of the anterior hip but it has been improved since her surgery. Unfortunately, her lower back pain, pain over her SI joint, and radicular symptoms have worsened. She feels this is affecting her rehabilitation. The patient is status post sacroiliac joint fusion with Dr. Sung and states that the symptoms feel similar as needed prior to her surgery. She otherwise denies calf pain or cramping bilaterally.

She is also here for follow-up regarding left hip pain. Since her previous visit, the patient was able to obtain a MR Arthrogram from Penrad on 1/30/2020 and is here to discuss the findings and possible further treatment options. In regards to her left hip, the patient states she has had pain in December, 2017, getting progressively worse. Her pain has especially worsened after her recent right hip labral reconstruction procedure due to increased loadbearing. Her pain is located in the groin and worsen with prolonged sitting, prolonged standing and squatting type activities. Rotational activities also increased pain. She has tried rest, activity modification, ibuprofen as an anti-inflammatory without significant benefit. She has also been attending physical therapy without much relief. She denies nausea, vomiting, fever, chills, short of breath, chest pain or abdominal pain.

## Medical History
**Medical Conditions:** Hypertension
**Surgical History:** Tubal 1994; Rhinoplast 2008
**Orthopedic Surgical History:** Right SI Fusion
**Current Medications:** Claritin 10 mg tablet 1 oral, Ambien 5 mg tablet 1 oral, metoprolol succinate ER 50 mg tablet,extended release 24 hr 1 Tb24 oral, losartan 50 mg tablet 1 oral, indomethacin 50 mg capsule 1 by mouth BID Take with food., oxycodone 5 mg tablet 1 tablet(s) by mouth Q4-6h
**Medication and Allergic Reactions:** No known allergies
**Family History:** No significant family history
**Personal and Social History:**
Patient has children, denies tabacco, marijuana, and alcohol use

## Review of Systems

Patient denies fevers, chills, chest pain, shortness of breath, abdominal pain, nausea, diarrhea, constipation. Pertinent positives for review of systems are listed in HPI above, otherwise negative.

ELECTRONICALLY SIGNED BY Michael Huang, M.D.

**Lincoln/Mason 0833**

Progress Notes - 02/06/2020          38                      (12/39) 03/23/2020 07:54:30 AM -0600

**Patient Name:** Mason, Jan K
**DOB:**

**Vital Signs:** Height: 5ft 8.00in, Weight: 190lbs BMI 28.89

**General Exam:**
**Constitutional:** Patient is adequately groomed with no evidence of malnutrition.
**Skin:** There are no rashes, ulcerations or lesions in the regions examined.
**Mental Status:** The patient is oriented to time, place and person. The patient's mood and affect are appropriate.
**Lymphatic:** The lymphatic examination bilaterally reveals all areas to be without enlargement or induration.
**Vascular:** Examination reveals no swelling or calf tenderness. Peripheral pulses are palpable and 2+.
**Neurological:** The patient has good coordination. There is no weakness or sensory deficit. Deep tendon reflexes are intact.

**Right Hip/Pelvis Examination**
Patient is alert and oriented to time, place, medical situation without evidence of distress. Steri-Strips were removed today without difficulty. There is no erythema, ecchymosis, or clinical signs of infection present. The patient has normal sensibility to moving light touch over the superficial peroneal, deep peroneal and tibial nerve distributions. The patient is able to fire EHL, tibialis anterior, gastrocsoleus, peroneals. Dorsalis pedis pulse, 2+. There is no calf swelling or tenderness. Homans sign is negative. No evidence of DVT. Hip flexion to 105°, external rotation to 40°, internal rotation to 5°. Tenderness to palpation over the lateral hip and over the sacroiliac joint.

**Left Hip/Pelvis Examination**
LEFT hip range of motion includes flexion to 115 degrees, external rotation to 55°, internal rotation to 5°. Positive anterior impingement test and negative posterior impingement test. Straight leg raise stressing produces lower back pain. Tenderness of palpation over the anterior hip and laterally over the greater trochanter.

**Diagnostic Test Findings:** X-RAYS, BILATERAL HIP, CSOG, 6/4/19: X-rays ordered, performed, and interpreted previously and reviewed today include AP pelvis, bilateral Dunn views, false profile, and cross table lateral views of the BILATERAL hip. They show well-preserved femoroacetabular joint spacing. Tonnis Grade 0. No evidence of fracture or dislocation. No evidence of avascular necrosis or heterotopic ossification in the right hip. On the left hip, there is evidence of femoroacetabular impingement, cam type with alpha angle measuring 63 degrees.

MR ARTHROGRAM, LEFT HIP, 1/30/2020, PENRAD: Focal Cam deformity of the anterior left femoral head neck junction with associated anterior/anterosuperior labral base tear. Small right hip joint effusion.

**Assessment and Plan:**
**Diagnosis Codes:**
M24.151 Other articular cartilage disorders, right hip Right
M25.552 Pain in left hip Left
M24.152 Other articular cartilage disorders, left hip Left
**Impression:**
1. 8 weeks status post right hip labral reconstruction using allograft from 9:00 to 4:00 location, chondroplasty, debridement/shaving acetabulum, labral repair at 4:00 and 9:00 location, arthroscopic acetabuloplasty, arthroscopic femoroplasty, osteoplasty to remove cam lesion, synovectomy, capsular closure/plication this was performed on 12/09/2019.
2. Left hip pain - labral tear, femoral acetabular impingement

**Treatment Plan:**
I reviewed the clinical and radiographic documentation with the patient. Overall, she continues to recover very well after

**ELECTRONICALLY SIGNED BY Michael Huang, M.D.**

Lincoln/Mason 0834

**Patient Name:** Mason, Jan K
**DOB:**

her right hip labral reconstruction. We focused our attention today on the left hip and spent significant time going over both the previous x-rays and the new MRI images available. We went over these images face-to-face on a computer screen. The patient understands that the left hip has a labral tear in the setting of bony hip impingement. This tear will not heal on its own and may continue to deteriorate over time and continue to cause symptoms. The options for treatment of this tear and the bony impingement include continued conservative management versus consideration of surgical intervention. Conservative management includes rest, activity modification, anti-inflammatories, corticosteroid injection and even biologic injection. Surgical intervention would include diagnostic arthroscopy of the hip, labral debridement with repair, acetabuloplasty if needed, chondroplasty if needed and osteoplasty if needed. We discussed the nature of the surgery and the rehabilitation required after surgery. All questions were answered. At this point in time, she will continue to focus on the right hip rehabilitation program and we will manage her left hip pain with anti-inflammatories. In the meantime, they will continue with rest, activity modification and physical therapy.
Patient was provided with patient education on NSAIDs.
The patient is instructed to return if pain or symptoms arise.

**Clinical Quality Reporting:**
A stretching regimen was recommended to the patient. A strength training regimen was recommended to the patient. The patient was encouraged to exercise.

Electronically signed by: Michael Huang, M.D.
Date: 2/6/2020 Time: 3:23 PM
    Insert Provider
☐ Signature

CC: Copies sent along with cover letter sent to the patient's primary care physician.

Lincoln/Mason 0835



**North Campus**
4110 Briargate Parkway, Suite 300
Colorado Springs, CO 80920
Phone: 719-632-7669
Fax: 719-632-0088

**Colorado Springs Orthopaedic Group**
www.csog.net

**South Campus**
1259 Lake Plaza Drive, Suite 100
Colorado Springs, CO 80906
Phone: 719-632-7669
Fax: 719-632-0088

Patient Name: **Jan K Mason, 505296**          Encounter Date: **1/31/2020**          Date of Birth:

## Chief Complaint Lower back pain

## History of Present Illness
Jan K Mason is a 47 year old female with continued chronic lower back pain. She had a right hip surgery with Dr. Huang in December and is recovering very well from that surgery. She reports that her right hip pain is significantly improved. She continues to have lower back pain that is interfering with participating in physical therapy. She has recently received some imaging for her left hip and will likely need surgical intervention for that hip as well. She is previously discussed a Boston Scientific spinal cord stimulator with Dr. Sung but would like to work out all of her hip pain prior to proceeding with the spinal cord stimulator.

She had a successful Boston Scientific spinal cord stimulator trial.

**Date of Onset:** Many years

## Medical History
**Medical Conditions:** Hypertension
**Surgical History:** Tubal 1994; Rhinoplast 2008
**Orthopedic Surgical History:** Right SI Fusion Right hip labral reconstruction using allograft from 9:00 to 4:00 location, chondroplasty, debridement/shaving acetabulum, labral repair at 4:00 and 9:00 location, arthroscopic acetabuloplasty, arthroscopic femoroplasty, osteoplasty to remove cam lesion, synovectomy, capsular closure/plication
**Current Medications:** Claritin 10 mg tablet 1 oral, Ambien 5 mg tablet 1 oral, metoprolol succinate ER 50 mg tablet,extended release 24 hr 1 Tb24 oral, losartan 50 mg tablet 1 oral, indomethacin 50 mg capsule 1 by mouth BID Take with food., oxycodone 5 mg tablet 1 tablet(s) by mouth Q4-6h
**Medication and Allergic Reactions:** No known allergies
**Family History:** No significant family history
**Personal and Social History:**
Patient has children, denies tabacco, marijuana, and alcohol use

## Review of Systems

**Constitutional:** Denies any unplanned weight loss, loss of appetite or fatigue.
**Eyes:** Denies any blurred vision, double vision or vision loss.
**Ear/Nose/Throat:** Denies any hearing loss, hoarseness or trouble swallowing.
**Cardiovascular:** Denies any chest pain or palpitations.
**Allergy:**
**Respiratory:** Denies any chronic coughing, pneumonia or shortness of breath.

**ELECTRONICALLY SIGNED BY Kelsey Chrane, M.S., PA-C**

1 of 3

**Lincoln/Mason 0836**

Progress Notes - 01/31/2020                    38                    (15/39) 03/23/2020 07:56:38 AM -0600

**Patient Name:** Mason, Jan K
**DOB:**

**Gastrointestinal:** Admits constipation.
**Genitourinary:** Denies any painful urination, blood in urine or kidney problems.
**Musculoskeletal:**
**Skin:** Denies any rashes, skin ulcers, lumps or psoriasis.
**Neurological:** Denies any frequent falls, loss of coordination, numbness, dizziness, change in bowel and bladder function.
**Psychiatric:** Denies any depression, drug or alcohol addiction or sleeping disorders.
**Hematological:** Denies any bleeding problems, easy bruising or anemia.

**Vital Signs:** Height: 5ft 8.00in, Weight: 190lbs BMI 28.89

**General Exam:**
**Constitutional:** Patient is adequately groomed with no evidence of malnutrition.
**Skin:** There are no rashes, ulcerations or lesions in the regions examined.
**Mental Status:** The patient is oriented to time, place and person. The patient's mood and affect are appropriate.
**Lymphatic:** The lymphatic examination bilaterally reveals all areas to be without enlargement or induration.
**Vascular:** Examination reveals no swelling or calf tenderness. Peripheral pulses are palpable and 2+.
**Neurological:** The patient has good coordination. There is no weakness or sensory deficit. Deep tendon reflexes are intact.

**Lumbar Spine Examination**
General: The patient is well-developed, well-nourished in no acute distress. The patient had normal mood and affect and was oriented to time/place/person. Respiration is not labored.
Musculoskeletal (Back/RLE/LLE): Examination includes but not limited to station and gait, CV, lymph, sensation, reflexes, coordination, balance, inspection/ palpation, ROM, stability, strength, skin. Examination is within normal limits for this patient except for pertinent positive findings below.
1. There is tenderness along the spinous processes and paraspinal musculature and diffusely throughout the lower back including over the right SI joint.
2. Lower extremity motor strength is intact.
3. There is pain with range of motion, primarily with extension.

**Diagnostic Test Findings:** MRI scan of the LUMBAR spine done at CSOG on 8 2019, shows lumbar degenerative disc disease at multiple levels with mild disc height collapse. Mild neuroforaminal stenosis at multiple levels.

**Diagnosis Codes:**
M54.5 Low back pain, M48.062 Spinal stenosis, lumbar region with neurogenic claudication, M51.36 Other intervertebral disc degeneration, lumbar region, M51.16 Intervertebral disc disorders with radiculopathy, lumbar region, M46.1 Sacroiliitis, not elsewhere classified, M25.551 Pain in right hip, M25.552 Pain in left hip
**Impression:**
1. Chronic pain syndrome and sciatica.
2. Status post right sacroiliac (SI) joint fusion 9/2017
3. Status post motor vehicle accident (MVA), 12/18/2017.

**Treatment Plan:**
The patient's condition was discussed in detail today. We reviewed all available imaging studies face-to-face on the

ELECTRONICALLY SIGNED BY Kelsey Chrane, M.S., PA-C

2 of 3

**Lincoln/Mason 0837**

**Patient Name:** Mason, Jan K
**DOB:**

computer screen. We discussed conservative treatment options in detail including physical therapy, rest, activity modification, and injection options. She has previously had a successful Boston Scientific spinal cord stimulator trial. She would like to work out her hip pathology prior to proceeding with a spinal cord stimulator. She like to try some additional pain medication to help manage her pain prior to any additional surgery. I put in a referral to Dr. Salek as she is an established patient of his. She would like to call for an appointment when she is ready to proceed with a spinal cord stimulator. She will let us know if her symptoms worsen.

The patient is in agreement with the above plan. The patient was given follow-up instructions. The patient is instructed to call our office if they have any questions or concerns, or if their symptoms change or worsen.

CC: Dr. Salek
Patient was provided with patient education on Bone Health Basics.
The patient is instructed to return if pain or symptoms arise.


**Clinical Quality Reporting:**
The patient has not received the influenza vaccination. The patient was assessed for fall risk.

*Kelsy Chrane - MS PA-C.*

Electronically signed by: Kelsey Chrane, M.S., PA-C
Date: 1/31/2020 Time: 8:30 AM
☐ Insert Provider Signature


CC: A copy of the office visit notes will be forwarded to the patient's referring physician. Copies sent along with cover letter sent to the patient's primary care physician.

**ELECTRONICALLY SIGNED BY Kelsey Chrane, M.S., PA-C**

Lincoln/Mason 0838

Progress Notes - 01/21/2020          38          (17/39) 03/23/2020 07:57:54 AM -0600



**North Campus**
4110 Briargate Parkway, Suite 300
Colorado Springs, CO 80920
Phone: 719-632-7669
Fax: 719-632-0088

**Colorado Springs
Orthopaedic Group**
www.csog.net

**South Campus**
1259 Lake Plaza Drive, Suite 100
Colorado Springs, CO 80906
Phone: 719-632-7669
Fax: 719-632-0088

Patient Name: Jan K Mason, 505296          Encounter Date: 1/21/2020          Date of Birth:

---

## Chief Complaint Bilateral hip pain.

### History of Present Illness
Jan is a 47 year old male who presents today 6 weeks status post right hip labral reconstruction using allograft from 9:00 to 4:00 location, chondroplasty, debridement/shaving acetabulum, labral repair at 4:00 and 9:00 location, arthroscopic acetabuloplasty, arthroscopic femoroplasty, osteoplasty to remove cam lesion, synovectomy, capsular closure/plication this was performed on 12/09/2019. She is utilizing the postoperative crutches. overall, the patient feels that her hip pain has been improving as she points over the anterior hip. Unfortunately, her lower back pain, pain over her SI joint, and radicular symptoms have worsened. She feels this is affecting her rehabilitation. The patient is status post sacroiliac joint fusion with Dr. Sung and states that the symptoms feel similar as needed prior to her surgery. She otherwise denies calf pain or cramping bilaterally.

She is also here for follow-up of violation regarding left hip pain. In regards to her left hip, the patient states she has had pain in December, 2017, getting progressively worse. Her pain has especially worsened after her recent right hip labral reconstruction procedure. Her pain is located in the groin and worsen with prolonged sitting, prolonged standing and squatting type activities. Rotational activities also increased pain. She has tried rest, activity modification, ibuprofen as an anti-inflammatory without significant benefit. She has also been attending physical therapy without much relief. She denies nausea, vomiting, fever, chills, short of breath, chest pain or abdominal pain.

**Date of Onset:** December, 2017

### Medical History
**Medical Conditions:** Hypertension
**Surgical History:** Tubal 1994; Rhinoplast 2008
**Orthopedic Surgical History:** Right SI Fusion Right hip labral reconstruction using allograft from 9:00 to 4:00 location, chondroplasty, debridement/shaving acetabulum, labral repair at 4:00 and 9:00 location, arthroscopic acetabuloplasty, arthroscopic femoroplasty, osteoplasty to remove cam lesion, synovectomy, capsular closure/plication
**Current Medications:** Claritin 10 mg tablet 1 oral, Ambien 5 mg tablet 1 oral, metoprolol succinate ER 50 mg tablet,extended release 24 hr 1 Tb24 oral, losartan 50 mg tablet 1 oral, indomethacin 50 mg capsule 1 by mouth BID Take with food., oxycodone 5 mg tablet 1 tablet(s) by mouth Q4-6h
**Medication and Allergic Reactions:** No known allergies
**Family History:** No significant family history
**Personal and Social History:**
Patient has children, denies tabacco, marijuana, and alcohol use

### Review of Systems

---

ELECTRONICALLY SIGNED BY Kristen E. Reiss, PA-C

1 of 4

**Lincoln/Mason 0839**

Progress Notes - 01/21/2020          38                    (18/39) 03/23/2020 07:58:42 AM -0600

**Patient Name:** Mason, Jan K
**DOB:**

**Constitutional:** Denies any unplanned weight loss, loss of appetite or fatigue.
**Eyes:** Denies any blurred vision, double vision or vision loss.
**Ear/Nose/Throat:** Denies any hearing loss, hoarseness or trouble swallowing.
**Cardiovascular:** Denies any chest pain or palpitations.
**Respiratory:** Denies any chronic coughing, pneumonia or shortness of breath.
**Gastrointestinal:** Admits constipation.
**Skin:** Denies any rashes, skin ulcers, lumps or psoriasis.
**Neurological:** Denies any frequent falls, loss of coordination, numbness, dizziness, change in bowel and bladder function.
**Psychiatric:** Denies any depression, drug or alcohol addiction or sleeping disorders.
**Hematological:** Denies any bleeding problems, easy bruising or anemia.

**Vital Signs:** Height: 5ft 8.00in, Weight: 190lbs BMI 28.89

**General Exam:**
**Constitutional:** Patient is adequately groomed with no evidence of malnutrition.
**Skin:** There are no rashes, ulcerations or lesions in the regions examined.
**Mental Status:** The patient is oriented to time, place and person. The patient's mood and affect are appropriate.
**Lymphatic:** The lymphatic examination bilaterally reveals all areas to be without enlargement or induration.
**Vascular:** Examination reveals no swelling or calf tenderness. Peripheral pulses are palpable and 2+.
**Neurological:** The patient has good coordination. There is no weakness or sensory deficit. Deep tendon reflexes are intact.

**Right Hip/Pelvis Examination**
Patient is alert and oriented to time, place, medical situation without evidence of distress. Steri-Strips were removed today without difficulty. There is no erythema, ecchymosis, or clinical signs of infection present. The patient has normal sensibility to moving light touch over the superficial peroneal, deep peroneal and tibial nerve distributions. The patient is able to fire EHL, tibialis anterior, gastrocsoleus, peroneals. Dorsalis pedis pulse, 2+. There is no calf swelling or tenderness. Homans sign is negative. No evidence of DVT. Hip flexion to 100°, external rotation to 40°, internal rotation to 5°. Tenderness to palpation over the lateral hip and over the sacroiliac joint.
**Lumbar Spine Examination**
See hip exams
**Left Hip/Pelvis Examination**
Normal mood and affect. She is utilizing crutches. No pelvic obliquity. Bilateral lower extremity alignment is neutral.

LEFT hip range of motion includes flexion to 110 degrees, external rotation to 50°, internal rotation to 5°. Positive anterior impingement test and negative posterior impingement test. Straight leg raise stressing produces lower back pain. Tenderness of palpation over the anterior hip and laterally over the greater trochanter.

**Imaging Orders:** 4+views of the right hip were ordered, obtained and interpreted from an orthopedic standpoint.
**Hip/Pelvis Xrays:** X-RAYS, RIGHT HIP, CSOG, 1/21/2020: X-rays ordered, performed, and interpreted today include AP pelvis, bilateral Dunn views, false profile, and cross table lateral views of the RIGHT hip. They show well-preserved femoroacetabular joint spacing. Tonnis Grade 0. No obvious evidence of fracture or dislocation. Alpha angle measures 50°. No obvious evidence of heterotopic ossification or avascular necrosis. Evidence of previous SI joint fusion.

**Diagnostic Test Findings:** X-RAYS, BILATERAL HIP, CSOG, 6/4/19: X-rays ordered, performed, and interpreted

ELECTRONICALLY SIGNED BY Kristen E. Reiss, PA-C

7 of 4

**Lincoln/Mason 0840**

Progress Notes - 01/21/2020    38    (19/39) 03/23/2020 07:59:35 AM -0600

**Patient Name:** Mason, Jan K
**DOB:**

previously and reviewed today include AP pelvis, bilateral Dunn views, false profile, and cross table lateral views of the BILATERAL hip. They show well-preserved femoroacetabular joint spacing. Tonnis Grade 0. No evidence of fracture or dislocation. No evidence of avascular necrosis or heterotopic ossification in the right hip. On the left hip, there is evidence of femoroacetabular impingement, cam type with alpha angle measuring 63 degrees.

## Assessment and Plan:
**Diagnosis Codes:**
M24.151 Other articular cartilage disorders, right hip Right
M54.16 Radiculopathy, lumbar region
M25.552 Pain in left hip Left
**Impression:**
1. 6 weeks status post right hip labral reconstruction using allograft from 9:00 to 4:00 location, chondroplasty, debridement/shaving acetabulum, labral repair at 4:00 and 9:00 location, arthroscopic acetabuloplasty, arthroscopic femoroplasty, osteoplasty to remove cam lesion, synovectomy, capsular closure/plication this was performed on 12/09/2019.
2. Left hip pain - possible labral tear/FAI

## Treatment Plan:
I discussed the findings of the clinical examination with Jan at today's visit, we reviewed today's x-ray imaging results. Overall, she is doing well 6 weeks status post right hip arthroscopy with labral reconstruction, osteoplasty, capsular plication. Her pain is well controlled. Physical therapy is going well as they work on range of motion and begin early strengthening. She will continue to focus on strengthening and avoid high-impact activity, as discussed. I did discuss the patient that she should follow-up with Dr. Sung and his team regarding her worsening lower back and SI joint pain as I'm concerned as this is affecting her physical therapy and rehabilitation for her hip. We'll plan on seeing her back in 6 weeks for routine postoperative appointment, sooner if necessary.

In regards the patient's left hip, I discussed the findings and the clinical examination and reviewed today's radiographic documentation with Jan at today's visit. She is aware that she does have some symptoms consistent with bony impingement and possible underlying labral tear. Patient is also aware that we cannot directly visualize the labrum on x-ray imaging. Conservatively, we could consider rest, activity modification, anti-inflammatory medication usage, physical therapy, and possible corticosteroid injection. I do feel that further imaging of the joint is warranted and I am going to refer her for an MR arthrogram to rule out underlying labral tear. She will follow up after obtaining the imaging to discuss results and possible further treatment. In the meantime, she will continue with conservative treatment in the form of activity modification and anti-inflammatory medication usage. She verbalizes agreement and understanding with this plan, all questions were answered.
An MRI of the Left Hip was ordered.
Patient was provided with patient education on NSAIDs.
Patient to return in 6-8 weeks for follow up. The patient is to return when MRI results are available.

## Clinical Quality Reporting:
A stretching regimen was recommended to the patient. A strength training regimen was recommended to the patient. The patient was encouraged to exercise.

Electronically signed by: Kristen E. Reiss, PA-C
Date: 1/21/2020 Time: 1:00 PM

**ELECTRONICALLY SIGNED BY Kristen E. Reiss, PA-C**

3 of 4

**Lincoln/Mason 0841**

Progress Notes - 01/21/2020              38                    (20/39) 03/23/2020 08:00:27 AM -0600

Patient Name: Mason, Jan K
DOB:

CC: Copies sent along with cover letter sent to the patient's primary care physician.



**North Campus**
4110 Briargate Parkway, Suite 300
Colorado Springs, CO 80920
Phone: 719-632-7669
Fax: 719-632-0088

**Colorado Springs
Orthopaedic Group**

www.csog.net

**South Campus**
1259 Lake Plaza Drive, Suite 100
Colorado Springs, CO 80906
Phone: 719-632-7669
Fax: 719-632-0088

**Patient Name: Jan K Mason, 505296**          **Encounter Date: 12/23/2019**          Date of Birth:

## Subjective

Jan is a 47 year old male who presents today 2 weeks status post right hip labral reconstruction using allograft from 9:00 to 4:00 location, chondroplasty, debridement/shaving acetabulum, labral repair at 4:00 and 9:00 location, arthroscopic acetabuloplasty, arthroscopic femoroplasty, osteoplasty to remove cam lesion, synovectomy, capsular closure/plication this was performed on 12/09/2019. She is utilizing the postoperative crutches and brace as instructed. She is progressing well with physical therapy focusing on range of motion. The patient denies any fevers or chills, calf pain or swelling, chest pain or shortness of breath.

## Date of Surgery: 12/09/2019

**Surgical Procedure:** Right hip labral reconstruction using allograft from 9:00 to 4:00 location, chondroplasty, debridement/shaving acetabulum, labral repair at 4:00 and 9:00 location, arthroscopic acetabuloplasty, arthroscopic femoroplasty, osteoplasty to remove cam lesion, synovectomy, capsular closure/plication

## Right Hip/Pelvis Examination

Patient is alert and oriented to time, place, medical situation without evidence of distress. Steri-Strips were removed today without difficulty. There is no erythema, ecchymosis, or clinical signs of infection present. The patient has normal sensibility to moving light touch over the superficial peroneal, deep peroneal and tibial nerve distributions. The patient is able to fire EHL, tibialis anterior, gastrocsoleus, peroneals. Dorsalis pedis pulse, 2+. There is no calf swelling or tenderness. Homans sign is negative. No evidence of DVT. Hip flexion to 90°.

## Diagnosis Codes:

M24.151 Other articular cartilage disorders, right hip
**Impression:**
2 week status post right hip labral reconstruction using allograft from 9:00 to 4:00 location, chondroplasty, debridement/shaving acetabulum, labral repair at 4:00 and 9:00 location, arthroscopic acetabuloplasty, arthroscopic femoroplasty, osteoplasty to remove cam lesion, synovectomy, capsular closure/plication, 12/09/2019.

## Treatment Plan:

I discussed the findings of the clinical examination with the patient at today's visit. Jan is doing very well 2 weeks status post right hip arthroscopy. We removed the Steri-Strips at today's visit. She may begin to get the area wet. Pain has been well-controlled, and she is no longer taking oral pain medication. She may discontinue use of the SCD machines, and aspirin. She is going to continue using the postoperative brace and crutches for 2 more weeks and then gradually transition off the crutches as tolerated. She will continue with physical therapy, working on range of motion and focusing on gait. We will plan on seeing her back in 4 weeks for a routine postoperative appointment, or sooner if necessary. She verbalizes agreement and understanding with this. All questions were answered.
Patient was provided with patient education on NSAIDs.
Patient to return in 4 weeks for follow up.

## Clinical Quality Reporting:

A stretching regimen was recommended to the patient.

**ELECTRONICALLY SIGNED BY Phillip M. Falender, PA-C**

1 of 2

**Lincoln/Mason 0843**

Progress Notes - 12/23/2019                38                (22/39) 03/23/2020 08:01:33 AM -0600



**North Campus**
41 10 Briargate Parkway, Suite 300
Colorado Springs, CO 80920
Phone: 719-632-7669

Fax: 719-632-0088

**Colorado Springs
Orthopaedic Group**

www.csog.net

**South Campus**
1259 Lake Plaza Drive, Suite 100
Colorado Springs, CO 80906
Phone: 719-632-7669

Fax: 719-632-0088

Patient Name: **Jan K Mason, 505296**        Encounter Date: **12/23/2019**        Date of Birth:

Electronically signed by: Phillip M. Falender, PA-C
Date: 12/23/2019 Time: 10:44 AM

CC: Copies sent along with cover letter sent to the patient's primary care physician.

ELECTRONICALLY SIGNED BY Phillip M. Falender, PA-C

2 of 2

**Lincoln/Mason 0844**

Progress Notes - 01/30/2020          38          (28/39) 03/23/2020 08:04:35 AM -0600



1263 Lake Plaza Drive Suite 100
Colorado Springs, CO 80906
Phone: (719)785-9000
Fax:  (719)867-7900

**PATIENT NAME:** Jan K Mason                    **REFERRER:** Kristen Reiss, PA
**DATE OF BIRTH:**
**AGE:**          47Y 8M
**GENDER:**       Female
**EXAM DATE:**    1/30/2020
**EXAM:** MRI Hip Lt Arthrogram w Contrast * | 73722

PRESCRIPTION HISTORY: Pain in left hip. Evaluate for labral tear.

SUPPLEMENTAL HISTORY: Left hip pain after re-repair of right labrum and reconstruction of SI joint.

COMPARISON: CT performed 11/27/2018.

TECHNIQUE:3T MRI Hip Lt Arthrogram w Contrast *. Multiplanar multisequence high-field MR imaging of the requested hip was performed following intra-articular administration of gadolinium containing contrast. The conventional arthrogram was dictated separately. In addition to small field-of-view unilateral hip imaging, a large field-of-view coronal pelvis sequence was generated.

FINDINGS: The large field-of-view coronal acquisition shows benign-appearing pelvis bone marrow signal. There is artifact related to right sacroiliac joint hardware. A small right hip joint effusion is present.

The small field-of-view left hip examination shows a prominent focal anterior femoral head-neck junction Cam lesion with an osseous component and potential additional fibrous component. Contrast fills the joint and also extends into the base of the anterior labrum just above the 3 o'clock position. This injury propagates into the anterosuperior labrum but does not appear to involve the superior labrum proper, where only a smoothly contoured partial chondrolabral separation is present. Another smoothly contoured benign-appearing posteroinferior labral sulcus is incidentally noted.

Periarticular musculotendinous structures appear normal. No fracture is identified.

IMPRESSION:
1. Focal Cam deformity of the anterior left femoral head neck junction with associated anterior/anterosuperior labral base tear.
2. Small right hip joint effusion.

Signed By:  Nicholas Moore, MD
Signed Date/Time:  1/30/2020 03:19 PM
Transcribed By:  me .
Transcribed Date/Time:  1/30/2020 02:45 PM

Patient ID:  225723
Accession#: 4949385

**Lincoln/Mason 0845**



1263 Lake Plaza Drive Suite 100
Colorado Springs, CO 80906
Phone: (719)785-9000
Fax: (719)867-7900

---

**PATIENT NAME:** Jan K Mason                    **REFERRER:** Kristen Reiss, PA
**DATE OF BIRTH:**
**AGE:**          47Y 8M
**GENDER:**       Female
**EXAM DATE:**    1/30/2020
**EXAM:** RF Arthrography Hip Lt | 73525

---

PRESCRIPTION HISTORY: Pain in left hip. Evaluate for labral tear.

SUPPLEMENTAL HISTORY: Patient states pain in left hip for 2 years.

COMPARISON: None available.

TECHNIQUE: RF Arthrography Hip Lt. Fluoroscopy time was 0 minute(s) 8 second(s). 1 images acquired.

After discussing the potential risks, benefits, and alternatives to fluoroscopic guided arthrogram, the patient gave verbal and written consent to proceed. The left hip was prepped and draped in the usual sterile fashion. 1% lidocaine was used for local anesthesia. Under fluoroscopic guidance, a 22-gauge spinal needle was advanced into the left hip joint. Approximately 15 mL of fluid was injected into the left hip joint. The fluid represents a mixture of 0.1 mL MultiHance contrast, 10 mL normal saline, and 10 mL Isovue-300. The patient tolerated the procedure well without immediate procedure related complication.

FINDINGS:

A frontal projection of the left hip shows expected distribution of intra-articular contrast. No fractures identified. Joint space is grossly maintained.

IMPRESSION:
1. Technically successful uncomplicated left hip arthrogram with MRI to follow.

Signed By: Nicholas Moore, MD
Signed Date/Time: 1/30/2020 03:19 PM
Transcribed By: me .
Transcribed Date/Time: 1/30/2020 02:49 PM

---

Patient ID:  225723
Accession#: 4949948

Lincoln/Mason 0846

ORTHOPAEDIC & SPINE CENTER OF SOUTHERN COLORADO
OPERATIVE REPORT
December 9, 2019

PATIENT NAME: Jan Mason
PATIENT ID: 11142
DATE OF BIRTH:

PREOPERATIVE DIAGNOSIS:
1. Right hip labral tear, recurrent
2. Right hip impingement, mixed type

POSTOPERATIVE DIAGNOSIS:
1. Right hip recurrent labral tear, with extensive degeneration and dislocation into the joint and multiple secondary tears. Labrum also demonstrated area of ossification
2. Right hip impingement, cam type and pincer type
3. Right hip chondromalacia, grade 3
4. Right hip synovitis

PROCEDURES PERFORMED:
1. Right hip labral reconstruction using allograft from 9:00 to 4:00 location
2. Right hip chondroplasty, debridement/shaving acetabulum
3. Right hip labral repair at 4:00 and 9:00 location
4. Right hip arthroscopic acetabuloplasty
5. Right hip arthroscopic femoroplasty, osteoplasty to remove cam lesion
6. Right hip synovectomy
7. Right hip capsular closure/plication

SURGEON: Michael J. Huang, MD

ASSISTANT: Kristen Reiss, PA-C; Jennifer Wages, Certified Surgical Assistant

ANESTHESIOLOGIST: Dr. Kolz

ANESTHESIA: General only

IMPLANTS USED:
1. Arthex biocomposite suturetak 3.0, total number: 6
2. Arthex biocomposite suturetak 2.4, total number: 1
3. Arthrex bio composite suture tack 3.0, total number: 1

SURGICAL FIRST ASSISTANT: Due to the complexity of this case, the skilled assistance of the above documented surgical first assist was necessary for the successful completion of this case. This person was essential for proper patient

**Lincoln/Mason 0847**

positioning (including obtaining adequate lower extremity traction), manipulation of instruments, proper surgical exposure, manipulation of tissue and arthroscopic visualization, wound closure, and implant management. In addition, the surgical first assistant was required for labral graft preparation.

FINDINGS:
1. Femoral head chondral surfaces intact
2. Acetabular chondral surfaces demonstrated significant chondral flap tear between 11:00 and 1:00 location. This was a grade 3 lesion with multiple unstable flap tears measuring 20 mm medial to lateral by 5 mm peripheral to central
3. Ligamentum teres intact
4. Recurrent pincer lesion at the 11:00 to 2:00 location.
5. Recurrent cam lesion femoral head-neck junction (hip impingement)
6. Diffuse synovitis
7. Labral tearing was identified between 10:00 and 3:00 location. The labrum was yellow, degenerative, and dislocated within the joint. There was significant scarring between the capsule and the labrum itself. After the scarring was removed, the labrum itself was identified and found to be partially ossified.

INDICATIONS: This is a 47-year-old female with recurrent right hip pain. She underwent previous right hip arthroscopic labral repair in April 2019. She initially did very well after surgery but then began to have recurrent pain in the groin but also posteriorly in the buttock. She is also managed by our spine colleagues as well. She has had increasing pain with any hip range of motion but acutely worsen with sitting type activities. She has tried rest, activity modification, physical therapy and despite all this, continues to have significant pain with even any type of activity level. X-rays demonstrated well-preserved joint spaces without fracture or dislocation, Tonnis grade 0. Repeat MRI arthrogram from October 2019 demonstrates previous acetabuloplasty and femoroplasty. Along the anterior superior aspect of the labrum, it was extremely diminutive implanted consistent with possible irregular tear. I had a lengthy discussion with the patient regarding options, which include continued conservative management versus consideration of possible surgical intervention including the possibility of diagnostic arthroscopy, possible labral debridement with repair and possible reconstruction, synovectomy, chondroplasty if needed, osteoplasty, possible acetabuloplasty. Because of the patient's failure to respond to nonsurgical management, the patient elected to proceed forward with surgery. The patient voiced understanding of the nature of the surgery, rehabilitation required, limitations of surgery.

CONSENT:

I discussed the risks, benefits, alternatives to the proposed surgery. The risks include but are not limited to anesthesia, death, myocardial infarction,

**Lincoln/Mason 0848**

thromboembolic disease, infection, neurologic injury, vascular injury, persistent pain, persistent dysfunction, need for future surgery. In addition, specific risks associated with hip arthroscopy include pudendal nerve injury, injury to the sciatic nerve or its terminal branches, extravasation of fluid into the pelvis or abdomen. In addition, the patient understands that in order to recreate the hip labrum, we typically use allograft which does come with slight increase risk of disease transmission and possible failure. The patient signed an informed consent form.

PROCEDURE:

The patient was identified by myself in the pre-operative holding area where the appropriate extremity was identified and marked with an indelible sterile pen. The patient was transported to the operative suite and place supine on the operative table. General anesthesia was induced without complication. Well padded boots were applied to bilateral lower extremities and the patient was brought distally onto a wide padded perineal foam post. Gentle traction and counter traction were applied to the lower extremities until we achieved approximately 10mm of distraction at the operative hip joint. This was confirmed under fluoroscopic guidance. The hip was internally rotated and the joint flexed slightly.

The operative hip was prepped and draped in the usual standard fashion. Pre-operative antibiotics were administered and confirmed within 60 minutes of incision. A multidisciplinary surgical timeout was performed to confirm the appropriate hip.

A standard anterolateral portal was created approximately 1cm proximal and anterior to the tip of the greater trochanter. A second distal lateral (mid-anterior) portal was made under needle localization approximately 6-7cm distal and anterior to the first portal. A capsulotomy was made between the two portals using a curved beaver blade by alternating between the portals. A diagnostic arthroscopy was carried out and the findings are listed above in the findings paragraph.

A synovectomy posteriorly and laterally was carried out using the 4.2, oscillating shaver through the anterolateral portal. Once this was completed, the shaver was alternated into the mid anterior portal and a synovectomy completed medially and anteriorly.

The labrum was significantly scarred into the capsule and bruised and demonstrated multiple longitudinal tears upon probing. Upon further probing, we identified multiple areas of intrasubstance tearing. The labrum itself was yellow, bruised, and degenerative. Furthermore, after removing the devitalized portion of the labrum using the shaver, we identified a significant portion of the labrum between 11:00 and 1:00 location that was partially ossified. Because of these issues, we felt labral reconstruction was reasonable rather than repair of this poor quality tissue. Therefore, the labrum was removed sequentially using the biter device alternating with shaver.

**Lincoln/Mason 0849**

Once the labrum was adequately debrided, we identified a chondral lesion, grade 3, of acetabular cartilage between 11:00 and 1:00 location. The loose, displaceable flap tear was removed using the 4.2 oscillating shaver. We also exchanged the shaver for a curved Lanza shaver which allowed us to complete our chondroplasty, debridement and shaving in this location debriding the cartilage back to a stable margin. Upon probing, there is still remaining cartilage in this lesion and therefore no microfracture was needed.

Further evaluation of acetabular rim after labral was debrided demonstrated significant acetabular bony prominence. This is consistent with pincer type impingement and consistent with her preoperative imaging. We therefore proceeded towards acetabuloplasty removing this ossification and in preparation for labral reconstruction. We performed an acetabuloplasty resecting approximately 3.5 mm of bone between 11:00 and 2:00 location to remove this pincer lesion and also to create a healthy bleeding bony surface. This was accomplished using the curved 4.5 bur alternating between both portals.

We did identify a labral tear at the 9:00 location and at 4:00 with good native labral tissue. Because of this, we did proceed forward with primary labral repair in these 2 locations. We prepared the acetabular bone using the 4.5 bur to create a diffuse bony bleeding surface. A double loaded 2.4 bio composite suture tack anchor was placed at the 9:00 location. One of the sutures was placed around the labral tissue and a sliding locking Weston knot was used to secure the labral tissue to the acetabular rim completing her primary labral repair in this location. The remaining suture was used to finalize the allograft at this location later in the case. We repeated this process for a another 2.4 anchor at the 4:00 location, but it pulled out and therefore it was replaced with a double loaded 3.0 suture tack anchor. Again a single limb a suture was wrapped around the labral tissue in this location so we could prepare the native labrum in this location.

At this point in time, the traction was released and the hip flexed. We examined the femoral head neck junction and as predicted based on our preoperative x-rays, there was a small residual cam lesion. This was addressed using the 4.5 curved bur resecting the excess bone from medial to lateral and proximal to distal. We recreated the femoral head neck offset using the bur. Once we were satisfied with the resection, we took fluoroscopic imaging in both the frog-leg lateral view as well as AP view to confirm adequate osteoplasty.

On the back table, a fascia lata allograft had been thawing in antibiotic solution. It was then opened and placed flat on a metal surface. We then cut excessive tissue creating a rectangular piece of allograft. This tissue was then rolled in a very tight fashion to create a 5.5 mm diameter tubular graft. There was a lead suture placed at the tail end of the graft consisting of #2 FiberWire. The remainder of the graft was tubularized using 2-0 Vicryl suture. After adequate preparation, we placed the graft under tension and wrapped in a moist sponge until ready for implantation.

**Lincoln/Mason 0850**

Attention was turned back to the acetabulum. We created a third and fourth portal under needle localization. A fourth portal was a posterior portal and it was dilated and a 7 mm cannula was placed in this location. Traction was replaced onto the lower extremity. We then placed six 3.0 knotless suture tack anchors between the 2 previously placed 2.4 mm anchors. These 3.0 anchors were placed at 10:00, 11:00, 12:00, 1:00, 2:00, and 3:00 locations. Next, we passed the graft into the joint using the trail sutures, feeding them between the mid anterior portal and the posterior portal. This allowed us to feed the entirety of the graft across the joint. We then secured the graft medially using the final suture of the 3.0 loaded suture tack anchor. This opposed the medial border of the graft to the acetabular rim in this location. Next, we sequentially placed the 3.0 working suture around the labrum at each location. The sutures were then used to sequentially oppose the fascia lata graft to the acetabular rim proceeding from medial to lateral. During this process, tension was applied to the graft laterally. Once all of the 3.0 knotless suture tack sutures had been placed around the graft, we had one final suture remaining at the 9:00 location. A bird beak was used to pass the final suture from the last 2.4 double-ended suture tack anchor around the graft and the native labrum. A sliding locking Weston knot with 3 alternating half hitches was used to secure the graft in this final location. Once we were satisfied with adequate tensioning and length, we cut the remaining graft and the remainder of the graft was removed out of the hip. In total the graft that we placed was approximately 70 mm in length.

We released traction again and flexed the hip to tested dynamically and to assess the hip joint seal. We tested the hip dynamically by flexing it past 90 degrees with internal and external rotation, abduction, and abduction. We did not feel that there was any further evidence of any bony impingement. The joint was copiously lavaged in order to remove any bony debris.

At this point, the capsule was closed and plicated using #2 Vicryl suture. This is accomplished medially proceeding laterally using a suture lasso device alternating with a bird beak. The sutures were placed from the distal leaflet through the proximal leaflet of the capsule. It was then secured using a sliding locking Weston knot with 3 alternating half hitches with the knot placed on the capsular side of the repair. Excess suture was cut and removed completing our capsular closure.

All instruments were removed and the wounds irrigated and closed in a sterile fashion. Sterile dressings were applied and the patient awakened and transported to the recovery room in stable condition. All sponge, needle, instrument counts were correct at the end of the case. Please note that throughout the case, the intra-abdominal pressure was palpated every 15-20 minutes and there was no notable increase in pressure throughout the duration of the procedure.

POSTOPERATIVE PLAN:

1. Thromboembolic prophylaxis including aspirin, sequential compression devices, and early mobilization
2. Pain control

**Lincoln/Mason 0851**

3.  30% PWB for 4 weeks on operative extremity

_____

Michael Huang, MD

Dictated and transcribed 6:00 PM December 9, 2019 by Michael Huang, MD

Lincoln/Mason 0852

Progress Notes - 12/18/2019          38          (37/39) 03/23/2020 08:10:20 AM -0600

From HylaFAX Enterprise        Mon 16 Dec 2019 12:41:36 AM UTC          Page 2 of 4

**Fyzical Therapy and Balance Centers - Falcon**
7622 McLaughlin Rd
Falcon, CO 80831-4710
Phone: (719)495-3133
Fax: (719)495-6685

**Physical Therapy
Initial
Examination**

 **FYZICAL**
Therapy & Balance Centers

**Patient Name:** Mason, Jan K.
**Date of Birth:**  ‘1
**Referring Physician(s):** HUANG, MICHAEL J. MD
**Surgery:** (Date/Type) 12/09/2019 R hip scope with labral revision
**Treatment Diagnosis:** ICD10: M25.151: Fistula, right hip

**Date of Initial Examination:** 12/13/2019
**Injury/Onset/Change of Status Date:** 12/13/2019
**Diagnosis:** ICD10: M25.151: Fistula, right hip
**Visit No.:** 1

## Subjective

**Treatment Side:** Right
**History of Present Condition/Mechanism of Injury:** Pt reports to the clinic s/p R hip scope with labral reconstruction (12/9). Pt had a previous labrum reconstruction on (4/12); this previous surgery failed and recently underwent a revision. Pt was not provided with a specific protocol besides restrictions noted in Edocs. Please reach out to surgeon to attain a protocol.

Pt has a past hx of SIJ fusion.

**Primary Concern/Chief Complaint:** P1: Pain from s/p R hip scope with labral revision (12/9). Precautions: Pt is currently partial weight bearing at 30%. Hip immobilizer set to 30 deg hip flexion.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
  **Mobility: Walking & Moving Around:**
**Current Functional Limitations:**
  **Mobility: Walking & Moving Around:**
**Pain Location:** anterior R hip
  **Pain Scale:** Worst: 4 Best: 0 Current: 2
  **Pain Follow-up Plan:** Monitor each session
**Home Health Care:** No
**Medical History:** High Blood Pressure, please see e-doc
**Complicating/Personal Factors:** Mechanism of injury/ Illness, Multiple Treatment Areas, Patient age
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription, Over The Counter
  See edocs
  Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.
**Patient Goals:** Pt wishes to return to every day life pain free.

## Objective

**Inspection**

**Body Mass Index**
| | |
|---|---|
| Weight | 150 |
| Height | 66 |
| Units | lbs/in |
| Index | 24.21 |

**Outcome Measurement Tools**

**Lower Extremity**
Lower Extremity Functional Scale          See edocs/80

**Observation**

**WB Status**          PWB
**Compliant with WBing Restrictions?**          Yes

**Assistive Device**
Type          FW Walker

Powered by WebPT

**Lincoln/Mason 0853**

ORTHOPAEDIC & SPINE CENTER OF SOUTHERN COLORADO
RADIOLOGY REPORT
December 9, 2019

PATIENT NAME: Jan Mason
PATIENT ID: 11142
DATE OF BIRTH:

RADIOLOGY REPORT:
Multiple views of the right hip were obtained during the surgery. In the oblique view, the hip was evaluated in internal rotation, neutral, and external rotation. In the AP view, the hip was again evaluated in internal rotation, neutral, and external rotation. These views demonstrated adequate restoration of the femoral head-neck offset confirming completed osteoplasty. No fracture or dislocation.

_____

Michael Huang, MD

Dictated and transcribed 6:01 PM December 9, 2019 by Michael Huang, MD

Lincoln/Mason 0854

Non Medical/Other                    38                    (1/39) 03/23/2020 07:48:03 AM -0600



## Colorado Springs Orthopaedic Group

# FAX

Date:    03/23/2020 07:47:04 AM

Subject:  COMPLETED RECORD REQUEST-MED REC-LINC

To:   Release Point (Lincoln Financial)

Organization:  Release Point (Lincoln Financia

Fax Number: 12138844921

Phone Number: _____

From:  D, Cheryl

Organization:  Colorado Springs Orthopaedic (

Fax Number: _____

Phone Number:  _____

Email:  _____

Number of Pages: 38

Comments:

FAX CONFIDENTIALITY STATEMENT

The information contained in this facsimile transmission is intended solely for the addressee(s) named above and is privileged and/or confidential. If the reader of this message is not the intended recipient or the person responsible to deliver it to the intended recipient, you are prohibited from reading or disclosing the information in this transmission. Any examination, use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone for instructions.

Sent by Multi-Tech Systems
FaxFinder

If you received this fax in error, or would like to opt-out, please call 719-632-7669        , fax 719-632-0088
or email info@csog.net

**Lincoln/Mason 0855**

# Quality Assurance Report

**Request Information**

Report Date:    March 23, 2020                          **RP ID:** 6296863

Patient Name:   MASON, JAN K

Provider Name: COLORADO SPRINGS ORTHO GROUP

**Quality Assurance Information**

Scope Requested: **From December 14, 2019 to Present**

Special Request:

Please provide medical records - Dr. Huang, all
treating providers - Seen By: COLORADO SPRINGS ORTHO
GROUP

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By:  DW

Lincoln/Mason 0856



**PENRAD IMAGING**

1263 Lake Plaza Drive Suite 100
Colorado Springs, CO 80906
Phone: (719)785-9000
Fax: (719)867-7900

**PATIENT NAME:** Jan K Mason    **REFERRER:** Michael Huang, MD
**DATE OF BIRTH:**
**AGE:**    47Y 5M
**GENDER:**    Female
**EXAM DATE:**    10/22/2019
**EXAM:** MRI Hip Rt Arthrogram w Contrast * | 73722

3T MRI Hip Rt Arthrogram w Contrast *.

**PRESCRIPTION HISTORY:** Pain in left hip. Other articular cartilage disorder, right hip. Evaluate for recurrent labral tear (Previous repair).

**SUPPLEMENTAL HISTORY:** Pain, swelling, instability and catching in right groin. Patient is status post osteotomy and labral repair 4/17/2019.

**TECHNIQUE:** Following routine right hip arthrography with dilute gadobenate (see separate report), high-field strength multiplanar, multisequence MRI of the right hip was accomplished.

**COMPARISON:** 4/17/2019 right hip operative report. 10/11/2019 CSOG clinical note. Preoperative right hip imaging currently unavailable for review.

**FINDINGS:** On the large field-of-view coronal STIR sequence through the pelvis, the generalized bone marrow signal is normal and there is no evidence of fracture or stress changes. Grossly normal-appearing left hip with a physiologic volume of fluid within the left femoroacetabular joint. Postoperative changes of right SI joint fixation.

Right Hip:
Normal acetabular coverage following surgical acetabuloplasty. Postoperative changes of cam lesion femoroplasty/osteoplasty. Negative for a recurrent cam deformity. Chondral thinning and irregularity along the lateral acetabulum approaching the chondrolabral junction likely reflecting postoperative changes of chondroplasty (sagittal images 7-8/series 2).

Postoperative changes of labral repair as multiple suture anchor tracks are seen. Intermediate signal nodularity is seen within the acetabular cortex along the undersurface of the 12:00 suture anchor track of indeterminate clinical significance (sagittal image 11/series 2, coronal image 9/series 7 and 9, axial image 5/series 3-4).

Thin linear dark signal foci extend from the anterior capsule towards the anterosuperior femoral head cortex, possibly related to the capsular plication (coronal image 5/series 7 and 9, axial images 6-7/series 3-4, sagittal image 7/series 2).

The superior aspect of the anterior labrum is diminutive and irregular likely reflecting postoperative changes. Diminutive labral substance was noted in the operative report as well. No definite tear is seen within the anterior labrum. The anterior aspect of the superior labrum is diminutive and blunted likely reflecting postoperative change, however, no tear is seen within the anterior aspect of the superior labrum. The posterior aspect of the superior labrum appears normal. Normal-appearing posterior labrum.

Normal-appearing musculature about the right hip. Negative for bursitis.

**IMPRESSION:**
1. Postoperative changes of acetabuloplasty, femoroplasty, and labral repair within the right hip.
2. The anterior aspect of the superior labrum is diminutive and blunted. The superior aspect of the anterior labrum is diminutive and irregular. The findings likely reflect postoperative changes. No recurrent tear seen.
3. Focal intermediate signal nodularity along the acetabular articular surface adjacent to a suture anchor track at the 12:00 position of indeterminate clinical significance.
4. Thin linear signal along the anterior capsule just lateral to the superior aspect of the anterior labrum which may be related to capsular plication.
5. Mild chondral irregularity along the lateral acetabulum likely reflecting chondroplasty changes.

Signed By: John Campbell, MD

**Lincoln/Mason 0857**

Signed Date/Time: 10/22/2019 10:06 PM
Transcribed By: cp .
Transcribed Date/Time: 10/22/2019 04:54 PM

Patient ID: 225723
Accession#: 4888680

**Lincoln/Mason 0858**



North Campus
4110 Briargate Parkway, Suite 300
Colorado Springs, CO 80920
Phone: 719-632-7669
Fax: 719-632-0088

**Colorado Springs
Orthopaedic Group**

www.csog.net

South Campus
1259 Lake Plaza Drive, Suite 100
Colorado Springs, CO 80906
Phone: 719-632-7669
Fax: 719-632-0088

Patient Name: Jan K Mason, 505296          Encounter Date: **10/25/2019**          Date of Birth:

**Chief Complaint** Right hip pain.

## History of Present Illness

Jan Mason is a pleasant 47 year old female that presents today just over 6 months status post right hip arthroscopy with labral repair/re-fixation, acetabuloplasty, femoroplasty and osteoplasty to remove cam lesion, chondroplasty, debridement, and shaving of acetabulum, synovectomy, and capsular closure/plication. This was performed on 4/17/19. Since her previous visit, the patient was able to obtain a MRI Arthrogram at Penrad on 10/22/19 and is here to discuss the findings. To review, she has reported increasing right posterior buttock and lumbar spine pain that she rates worse than her preoperative hip pain. The patient also reports worsening groin pain and she states that her overall pain is worse than what it was prior to her surgery. She does report that she has been evaluated by Dr. Bee and Dr. Sung since she was last seen by us. She has a significant history with her lumbar spine with previous SI joint fusion. She is currently being worked up for possible spinal cord stimulator but is having difficulty obtaining authorization. She reports pain in her posterior buttock that radiates down her posterior thigh and into her calf and foot, she understands that this is most likely originating from her lumbar spine. She describes burning pain in the groin area that is significantly limiting her physical activity, she also reports lateral hip pain. She feels that this started when she began to increase the amount of walking that she was doing approximately 2 month ago, she states that she has only been walking 2 miles a week. She otherwise denies injury or trauma. She denies calf pain or cramping bilaterally. She denies nausea, vomiting, fever, chills, shortness of breath, chest pain or abdominal pain.

## Medical History

**Medical Conditions:** Hypertension
**Surgical History:** Tubal 1994; Rhinoplast 2008
**Orthopedic Surgical History:** Right SI Fusion
**Current Medications:** Claritin 10 mg tablet 1 oral, Ambien 5 mg tablet 1 oral, metoprolol succinate ER 50 mg tablet,extended release 24 hr 1 Tb24 oral, losartan 50 mg tablet 1 oral, indomethacin 50 mg capsule 1 capsule(s) by mouth BID Take with food.
**Medication and Allergic Reactions:** No known allergies
**Family History:** No significant family history

**Personal and Social History:**
Patient has children, denies tabacco, marijuana, and alcohol use

## Review of Systems

Patient denies fevers, chills, chest pain, shortness of breath, abdominal pain, nausea, diarrhea, constipation. Pertinent positives for review of systems are listed in HPI above, otherwise negative.

**Lincoln/Mason 0859**

Patient Name: Mason, Jan K
DOB:

**Vital Signs:** Height: 5ft 8.00in, Weight: 180lbs BMI 27.37

**General Exam:**
**Constitutional:** Patient is adequately groomed with no evidence of malnutrition.
**Skin:** There are no rashes, ulcerations or lesions in the regions examined.
**Mental Status:** The patient is oriented to time, place and person. The patient's mood and affect are appropriate.
**Lymphatic:** The lymphatic examination bilaterally reveals all areas to be without enlargement or induration.
**Vascular:** Examination reveals no swelling or calf tenderness. Peripheral pulses are palpable and 2+.
**Neurological:** The patient has good coordination. There is no weakness or sensory deficit. Deep tendon reflexes are intact.

**Right Hip/Pelvis Examination**
Patient is alert and oriented to time, place, medical situation. Normal mood and affect. Gait is antalgic. No pelvic obliquity. Bilateral lower extremity alignment is neutral. Normal sensibility to moving light touch in the superficial and deep peroneal nerve distribution, tibial nerve distribution bilaterally. Able to fire EHL, FHL, tibialis anterior, gastroc-soleus, quadriceps and hamstrings without difficulty bilaterally. Dorsalis pedis pulse 2+ bilaterally.

Right hip surgical wounds are well-healed. Range of motion of the right hip includes flexion to 115 degrees with pain, external rotation to 50 degrees, internal rotation 10 degrees and abduction of 40 degrees. Positive anterior and negative posterior impingement test. Straight leg raise was negative for radicular symptoms but increased her posterior hip buttock and spine pain. She is directly tender over the superior aspect the SI joint on the right side and lumbosacral junction, as well as over the anterior hip and laterally over the greater trochanter.

**Diagnostic Test Findings:** X-RAYS, RIGHT HIP, CSOG, 10/11/19: X-rays ordered, performed, and interpreted previously include AP pelvis, bilateral Dunn views, false profile, and cross table lateral views of the RIGHT hip. They show well-preserved femoroacetabular joint spacing without evidence of fracture or dislocation, Tonnis grade 0. There is no evidence of heterotopic ossification or avascular necrosis. Evidence of previous sacroiliac joint fusion is noted to the right SI joint.

MRI ARHTROGRAM, RT HIP, 10/22/19, PENRAD: Postoperative changes of acetabuloplasty, femoroplasty, and labral repair within the right hip. The anterior aspect of the superior labrum is diminutive and blunted. The superior aspect of the anterior labrum is diminutive and irregular. The findings likely reflect postoperative changes. No recurrent tear seen. Focal intermediate signal nodularity along the acetabular articular surface adjacent to a suture anchor track at the 12:00 position of indeterminate clinical significance. Thin linear signal along the anterior capsule just lateral to the superior aspect of the anterior labrum which may be related to capsular plication. Mild chondral irregularity along the lateral acetabulum likely reflecting chondroplasty changes.

Arthroscopic photos were reveiwed from surgery dated 4/17/19 showing diminutive labrum, bruised and degenerative.

**Assessment and Plan:**
**Diagnosis Codes:**
M25.551 Pain in right hip Right
M24.151 Other articular cartilage disorders, right hip Right
**Impression:**
#1 6 months status post right hip arthroscopy with labral repair/re-fixation, acetabuloplasty, femoroplasty and osteoplasty to remove cam lesion, chondroplasty, debridement, and shaving of acetabulum, synovectomy, and capsular closure/plication performed on 4/17/19. Recurrent groin pain
#2 Chronic pain syndrome and sciatica.

**Lincoln/Mason 0860**

Patient Name: Mason, Jan K
DOB:

#3 Status post right sacroiliac (SI) joint fusion, 12/18/2017.

**Treatment Plan:**
I reviewed the clinical and radiographic documentation with the patient. The patient has signs and symptoms consistent with continued pain from the hip. Both the MRI and the arthroscopic photos show significant blunting of the labral tissue which may indicate recurrent tear or insufficient labral tissue. Treatment options were discussed including continued conservative management versus consideration of surgical intervention. Conservative options include rest, activity modification, anti-inflammatories, injection treatment, physical therapy and possible brace usage. Surgical treatment would include possible diagnostic arthroscopy with possible labral reconstruction. At this point in time, patient would like to take some time to decide how she would like to proceed forward. All questions were answered.

Specific details regarding hip arthroscopy and possible labral repair and osteochondroplasty were discussed with the patient. The rationale for performing this procedure was reviewed with the patient and demonstrated on a three dimensional model. I discussed the fact that the acetabuloplasty, labral repair, and osteochondroplasty components of this procedure have only been performed for the past 10-15 years with limited long-term follow up. The excellent early results were reviewed with the patient. I reviewed the procedure and the post-operative rehabilitation in detail with the patient. I also discussed all the risks, benefits, and alternatives. The risks discussed include but are not limited to: anesthesia, death, myocardial infarction, infection, thromboembolic disease, neurovascular damage (including pudendal nerve, genitofemoral, and sciatic nerve injury), persistent pain, persistent dysfunction, possible need for future surgery.
Patient was provided with patient education on NSAIDs.
The patient was given Necessity/Excuse Form.
The patient is instructed to return if pain or symptoms arise.

**Clinical Quality Reporting:**
The patient was encouraged to exercise. A strength training regimen was recommended to the patient. A stretching regimen was recommended to the patient.

Electronically signed by: Michael Huang, M.D.
Date: 10/25/2019 Time: 11:39 AM

CC: Copies sent along with cover letter sent to the patient's primary care physician.

ELECTRONICALLY SIGNED BY Michael Huang, M.D.

Lincoln/Mason 0861

ORTHOPAEDIC & SPINE CENTER OF SOUTHERN COLORADO
OPERATIVE REPORT
December 9, 2019

PATIENT NAME: Jan Mason
PATIENT ID: 11142
DATE OF BIRTH:

PREOPERATIVE DIAGNOSIS:
1. Right hip labral tear, recurrent
2. Right hip impingement, mixed type

POSTOPERATIVE DIAGNOSIS:
1. Right hip recurrent labral tear, with extensive degeneration and dislocation into the joint and multiple secondary tears. Labrum also demonstrated area of ossification
2. Right hip impingement, cam type and pincer type
3. Right hip chondromalacia, grade 3
4. Right hip synovitis

PROCEDURES PERFORMED:
1. Right hip labral reconstruction using allograft from 9:00 to 4:00 location
2. Right hip chondroplasty, debridement/shaving acetabulum
3. Right hip labral repair at 4:00 and 9:00 location
4. Right hip arthroscopic acetabuloplasty
5. Right hip arthroscopic femoroplasty, osteoplasty to remove cam lesion
6. Right hip synovectomy
7. Right hip capsular closure/plication

SURGEON: Michael J. Huang, MD

ASSISTANT: Kristen Reiss, PA-C; Jennifer Wages, Certified Surgical Assistant

ANESTHESIOLOGIST: Dr. Kolz

ANESTHESIA: General only

IMPLANTS USED:
1. Arthex biocomposite suturetak 3.0, total number: 6
2. Arthex biocomposite suturetak 2.4, total number: 1
3. Arthrex bio composite suture tack 3.0, total number: 1

SURGICAL FIRST ASSISTANT: Due to the complexity of this case, the skilled assistance of the above documented surgical first assist was necessary for the successful completion of this case. This person was essential for proper patient

Lincoln/Mason 0862

positioning (including obtaining adequate lower extremity traction), manipulation of instruments, proper surgical exposure, manipulation of tissue and arthroscopic visualization, wound closure, and implant management. In addition, the surgical first assistant was required for labral graft preparation.



**FINDINGS:**
1. Femoral head chondral surfaces intact
2. Acetabular chondral surfaces demonstrated significant chondral flap tear between 11:00 and 1:00 location. This was a grade 3 lesion with multiple unstable flap tears measuring 20 mm medial to lateral by 5 mm peripheral to central
3. Ligamentum teres intact
4. Recurrent pincer lesion at the 11:00 to 2:00 location.
5. Recurrent cam lesion femoral head-neck junction (hip impingement)
6. Diffuse synovitis
7. Labral tearing was identified between 10:00 and 3:00 location. The labrum was yellow, degenerative, and dislocated within the joint. There was significant scarring between the capsule and the labrum itself. After the scarring was removed, the labrum itself was identified and found to be partially ossified.

INDICATIONS: This is a 47-year-old female with recurrent right hip pain. She underwent previous right hip arthroscopic labral repair in April 2019. She initially did very well after surgery but then began to have recurrent pain in the groin but also posteriorly in the buttock. She is also managed by our spine colleagues as well. She has had increasing pain with any hip range of motion but acutely worsen with sitting type activities. She has tried rest, activity modification, physical therapy and despite all this, continues to have significant pain with even any type of activity level. X-rays demonstrated well-preserved joint spaces without fracture or dislocation, Tonnis grade 0. Repeat MRI arthrogram from October 2019 demonstrates previous acetabuloplasty and femoroplasty. Along the anterior superior aspect of the labrum, it was extremely diminutive implanted consistent with possible irregular tear. I had a lengthy discussion with the patient regarding options, which include continued conservative management versus consideration of possible surgical intervention including the possibility of diagnostic arthroscopy, possible labral debridement with repair and possible reconstruction, synovectomy, chondroplasty if needed, osteoplasty, possible acetabuloplasty. Because of the patient's failure to respond to nonsurgical management, the patient elected to proceed forward with surgery. The patient voiced understanding of the nature of the surgery, rehabilitation required, limitations of surgery.

CONSENT:

I discussed the risks, benefits, alternatives to the proposed surgery. The risks include but are not limited to anesthesia, death, myocardial infarction,



**Lincoln/Mason 0863**

thromboembolic disease, infection, neurologic injury, vascular injury, persistent pain, persistent dysfunction, need for future surgery. In addition, specific risks associated with hip arthroscopy include pudendal nerve injury, injury to the sciatic nerve or its terminal branches, extravasation of fluid into the pelvis or abdomen. In addition, the patient understands that in order to recreate the hip labrum, we typically use allograft which does come with slight increase risk of disease transmission and possible failure. The patient signed an informed consent form.

PROCEDURE:

The patient was identified by myself in the pre-operative holding area where the appropriate extremity was identified and marked with an indelible sterile pen. The patient was transported to the operative suite and place supine on the operative table. General anesthesia was induced without complication. Well padded boots were applied to bilateral lower extremities and the patient was brought distally onto a wide padded perineal foam post. Gentle traction and counter traction were applied to the lower extremities until we achieved approximately 10mm of distraction at the operative hip joint. This was confirmed under fluoroscopic guidance. The hip was internally rotated and the joint flexed slightly.

The operative hip was prepped and draped in the usual standard fashion. Pre-operative antibiotics were administered and confirmed within 60 minutes of incision. A multidisciplinary surgical timeout was performed to confirm the appropriate hip.

A standard anterolateral portal was created approximately 1cm proximal and anterior to the tip of the greater trochanter. A second distal lateral (mid-anterior) portal was made under needle localization approximately 6-7cm distal and anterior to the first portal. A capsulotomy was made between the two portals using a curved beaver blade by alternating between the portals. A diagnostic arthroscopy was carried out and the findings are listed above in the findings paragraph.

A synovectomy posteriorly and laterally was carried out using the 4.2, oscillating shaver through the anterolateral portal. Once this was completed, the shaver was alternated into the mid anterior portal and a synovectomy completed medially and anteriorly.

The labrum was significantly scarred into the capsule and bruised and demonstrated multiple longitudinal tears upon probing. Upon further probing, we identified multiple areas of intrasubstance tearing. The labrum itself was yellow, bruised, and degenerative. Furthermore, after removing the devitalized portion of the labrum using the shaver, we identified a significant portion of the labrum between 11:00 and 1:00 location that was partially ossified. Because of these issues, we felt labral reconstruction was reasonable rather than repair of this poor quality tissue. Therefore, the labrum was removed sequentially using the biter device alternating with shaver.

3

**Lincoln/Mason 0864**

Once the labrum was adequately debrided, we identified a chondral lesion, grade 3, of acetabular cartilage between 11:00 and 1:00 location. The loose, displaceable flap tear was removed using the 4.2 oscillating shaver. We also exchanged the shaver for a curved Lanza shaver which allowed us to complete our chondroplasty, debridement and shaving in this location debriding the cartilage back to a stable margin. Upon probing, there is still remaining cartilage in this lesion and therefore no microfracture was needed.

Further evaluation of acetabular rim after labral was debrided demonstrated significant acetabular bony prominence. This is consistent with pincer type impingement and consistent with her preoperative imaging. We therefore proceeded towards acetabuloplasty removing this ossification and in preparation for labral reconstruction. We performed an acetabuloplasty resecting approximately 3.5 mm of bone between 11:00 and 2:00 location to remove this pincer lesion and also to create a healthy bleeding bony surface. This was accomplished using the curved 4.5 bur alternating between both portals.

We did identify a labral tear at the 9:00 location and at 4:00 with good native labral tissue. Because of this, we did proceed forward with primary labral repair in these 2 locations. We prepared the acetabular bone using the 4.5 bur to create a diffuse bony bleeding surface. A double loaded 2.4 bio composite suture tack anchor was placed at the 9:00 location. One of the sutures was placed around the labral tissue and a sliding locking Weston knot was used to secure the labral tissue to the acetabular rim completing her primary labral repair in this location. The remaining suture was used to finalize the allograft at this location later in the case. We repeated this process for a another 2.4 anchor at the 4:00 location, but it pulled out and therefore it was replaced with a double loaded 3. 0 suture tack anchor. Again a single limb a suture was wrapped around the labral tissue in this location so we could prepare the native labrum in this location.

At this point in time, the traction was released and the hip flexed. We examined the femoral head neck junction and as predicted based on our preoperative x-rays, there was a small residual cam lesion. This was addressed using the 4.5 curved bur resecting the excess bone from medial to lateral and proximal to distal. We recreated the femoral head neck offset using the bur. Once we were satisfied with the resection, we took fluoroscopic imaging in both the frog-leg lateral view as well as AP view to confirm adequate osteoplasty.

On the back table, a fascia lata allograft had been thawing in antibiotic solution. It was then opened and placed flat on a metal surface. We then cut excessive tissue creating a rectangular piece of allograft. This tissue was then rolled in a very tight fashion to create a 5.5 mm diameter tubular graft. There was a lead suture placed at the tail end of the graft consisting of #2 FiberWire. The remainder of the graft was tubularized using 2-0 Vicryl suture. After adequate preparation, we placed the graft under tension and wrapped in a moist sponge until ready for implantation.

**Lincoln/Mason 0865**

Attention was turned back to the acetabulum. We created a third and fourth portal under needle localization. A fourth portal was a posterior portal and it was dilated and a 7 mm cannula was placed in this location. Traction was replaced onto the lower extremity. We then placed six 3.0 knotless suture tack anchors between the 2 previously placed 2.4 mm anchors. These 3.0 anchors were placed at 10:00, 11:00, 12:00, 1:00, 2:00, and 3:00 locations. Next, we passed the graft into the joint using the trail sutures, feeding them between the mid anterior portal and the posterior portal. This allowed us to feed the entirety of the graft across the joint. We then secured the graft medially using the final suture of the 3.0 loaded suture tack anchor. This opposed the medial border of the graft to the acetabular rim in this location. Next, we sequentially placed the 3.0 working suture around the labrum at each location. The sutures were then used to sequentially oppose the fascia lata graft to the acetabular rim proceeding from medial to lateral. During this process, tension was applied to the graft laterally. Once all of the 3.0 knotless suture tack sutures had been placed around the graft, we had one final suture remaining at the 9:00 location. A bird beak was used to pass the final suture from the last 2.4 double-ended suture tack anchor around the graft and the native labrum. A sliding locking Weston knot with 3 alternating half hitches was used to secure the graft in this final location. Once we were satisfied with adequate tensioning and length, we cut the remaining graft and the remainder of the graft was removed out of the hip. In total the graft that we placed was approximately 70 mm in length.

We released traction again and flexed the hip to tested dynamically and to assess the hip joint seal. We tested the hip dynamically by flexing it past 90 degrees with internal and external rotation, abduction, and abduction. We did not feel that there was any further evidence of any bony impingement. The joint was copiously lavaged in order to remove any bony debris.

At this point, the capsule was closed and plicated using #2 Vicryl suture. This is accomplished medially proceeding laterally using a suture lasso device alternating with a bird beak. The sutures were placed from the distal leaflet through the proximal leaflet of the capsule. It was then secured using a sliding locking Weston knot with 3 alternating half hitches with the knot placed on the capsular side of the repair. Excess suture was cut and removed completing our capsular closure.

All instruments were removed and the wounds irrigated and closed in a sterile fashion. Sterile dressings were applied and the patient awakened and transported to the recovery room in stable condition. All sponge, needle, instrument counts were correct at the end of the case. Please note that throughout the case, the intra-abdominal pressure was palpated every 15-20 minutes and there was no notable increase in pressure throughout the duration of the procedure.

POSTOPERATIVE PLAN:

1. Thromboembolic prophylaxis including aspirin, sequential compression devices, and early mobilization
2. Pain control

**Lincoln/Mason 0866**

3.  30% PWB for 4 weeks on operative extremity



_____

Michael Huang, MD

Dictated and transcribed 6:00 PM December 9, 2019 by Michael Huang, MD

Lincoln/Mason 0867

ORTHOPAEDIC & SPINE CENTER OF SOUTHERN COLORADO
RADIOLOGY REPORT
December 9, 2019

PATIENT NAME: Jan Mason
PATIENT ID: 11142
DATE OF BIRTH:

RADIOLOGY REPORT:
Multiple views of the right hip were obtained during the surgery. In the oblique view, the hip was evaluated in internal rotation, neutral, and external rotation. In the AP view, the hip was again evaluated in internal rotation, neutral, and external rotation. These views demonstrated adequate restoration of the femoral head-neck offset confirming completed osteoplasty. No fracture or dislocation.

_____

Michael Huang, MD

Dictated and transcribed 6:01 PM December 9, 2019 by Michael Huang, MD

**Lincoln/Mason 0868**

North Campus 4110 Briargate Parkway, Suite 300 Colorado Springs, CO 80920 Phone: 719-632-7669 Fax: 719-632-0088

South Campus 1259 Lake Plaza Drive, Suite 100 Colorado Springs, CO 80906 Phone: 719-632-7669 Fax: 719-632-0088



Colorado Springs
Orthopaedic Group
www.csog.net

Patient Name: Jan K Mason, 505296

Encounter Date:
1/21/2020

Date of Birth:

---

## Chief Complaint Bilateral hip pain.

## History of Present Illness

Jan is a 47 year old male who presents today 6 weeks status post right hip labral reconstruction using allograft from 9:00 to 4:00 location, chondroplasty, debridement/shaving acetabulum, labral repair at 4:00 and 9:00 location, arthroscopic acetabuloplasty, arthroscopic femoroplasty, osteoplasty to remove cam lesion, synovectomy, capsular closure/plication this was performed on 12/09/2019. She is utilizing the postoperative crutches. overall, the patient feels that her hip pain has been improving as she points over the anterior hip. Unfortunately, her lower back pain, pain over her SI joint, and radicular symptoms have worsened. She feels this is affecting her rehabilitation. The patient is status post sacroiliac joint fusion with Dr. Sung and states that the symptoms feel similar as needed prior to her surgery. She otherwise denies calf pain or cramping bilaterally.

She is also here for follow-up of violation regarding left hip pain. In regards to her left hip, the patient states she has had pain in December, 2017, getting progressively worse. Her pain has especially worsened after her recent right hip labral reconstruction procedure. Her pain is located in the groin and worsen with prolonged sitting, prolonged standing and squatting type activities. Rotational activities also increased pain. She has tried rest, activity modification, ibuprofen as an anti-inflammatory without significant benefit. She has also been attending physical therapy without much relief. She denies nausea, vomiting, fever, chills, short of breath, chest pain or abdominal pain.

**Date of Onset:** December, 2017

## Medical History
**Medical Conditions:** Hypertension
**Surgical History:** Tubal 1994; Rhinoplast 2008
**Orthopedic Surgical History:** Right SI Fusion Right hip labral reconstruction using allograft from 9:00 to 4:00 location, chondroplasty, debridement/shaving acetabulum, labral repair at 4:00 and 9:00 location, arthroscopic acetabuloplasty, arthroscopic femoroplasty, osteoplasty to remove cam lesion, synovectomy, capsular closure/plication
**Current Medications:** Claritin 10 mg tablet 1 oral, Ambien 5 mg tablet 1 oral, metoprolol succinate ER 50 mg tablet,extended release 24 hr 1 Tb24 oral, losartan 50 mg tablet 1 oral, indomethacin 50 mg capsule 1 by mouth BID Take with food., oxycodone 5 mg tablet 1 tablet(s) by mouth Q4-6h
**Medication and Allergic Reactions:** No known allergies
**Family History:** No significant family history
**Personal and Social History:**
Patient has children, denies tabacco, marijuana, and alcohol use

---

ELECTRONICALLY SIGNED BY Kristen E. Reiss, PA-C 1/22/2020

1 of 4

**Lincoln/Mason 0869**

## Review of Systems

**Constitutional:** Denies any unplanned weight loss, loss of appetite or fatigue.
**Eyes:** Denies any blurred vision, double vision or vision loss.
**Ear/Nose/Throat:** Denies any hearing loss, hoarseness or trouble swallowing.
**Cardiovascular:** Denies any chest pain or palpitations.
**Respiratory:** Denies any chronic coughing, pneumonia or shortness of breath.
**Gastrointestinal:** Admits constipation.
**Skin:** Denies any rashes, skin ulcers, lumps or psoriasis.
**Neurological:** Denies any frequent falls, loss of coordination, numbness, dizziness, change in bowel and bladder function.
**Psychiatric:** Denies any depression, drug or alcohol addiction or sleeping disorders.
**Hematological:** Denies any bleeding problems, easy bruising or anemia.

**Vital Signs:** Height: 5ft 8.00in, Weight: 190lbs BMI 28.89

## General Exam:

**Constitutional:** Patient is adequately groomed with no evidence of malnutrition.
**Skin:** There are no rashes, ulcerations or lesions in the regions examined.
**Mental Status:** The patient is oriented to time, place and person. The patient's mood and affect are appropriate.
**Lymphatic:** The lymphatic examination bilaterally reveals all areas to be without enlargement or induration.
**Vascular:** Examination reveals no swelling or calf tenderness. Peripheral pulses are palpable and 2+.
**Neurological:** The patient has good coordination. There is no weakness or sensory deficit. Deep tendon reflexes are intact.

## Right Hip/Pelvis Examination

Patient is alert and oriented to time, place, medical situation without evidence of distress. Steri-Strips were removed today without difficulty. There is no erythema, ecchymosis, or clinical signs of infection present. The patient has normal sensibility to moving light touch over the superficial peroneal, deep peroneal and tibial nerve distributions. The patient is able to fire EHL, tibialis anterior, gastrocsoleus, peroneals. Dorsalis pedis pulse, 2+. There is no calf swelling or tenderness. Homans sign is negative. No evidence of DVT. Hip flexion to 100°, external rotation to 40°, internal rotation to 5°. Tenderness to palpation over the lateral hip and over the sacroiliac joint.

## Lumbar Spine Examination

See hip exams

## Left Hip/Pelvis Examination

Normal mood and affect. She is utilizing crutches. No pelvic obliquity. Bilateral lower extremity alignment is neutral.

LEFT hip range of motion includes flexion to 110 degrees, external rotation to 50°, internal rotation to 5°. Positive anterior impingement test and negative posterior impingement test. Straight leg raise stressing produces lower back pain. Tenderness of palpation over the anterior hip and laterally over the greater trochanter.

**Imaging Orders:** 4+views of the right hip were ordered, obtained and interpreted from an orthopedic standpoint.

Lincoln/Mason 0870

Patient Name: Mason, Jan K DOB:

**Hip/Pelvis Xrays:** X-RAYS, RIGHT HIP, CSOG, 1/21/2020: X-rays ordered, performed, and interpreted today include AP pelvis, bilateral Dunn views, false profile, and cross table lateral views of the RIGHT hip. They show well-preserved femoroacetabular joint spacing. Tonnis Grade 0. No obvious evidence of fracture or dislocation. Alpha angle measures 50°. No obvious evidence of heterotopic ossification or avascular necrosis. Evidence of previous SI joint fusion.

**Diagnostic Test Findings:** X-RAYS, BILATERAL HIP, CSOG, 6/4/19: X-rays ordered, performed, and interpreted previously and reviewed today include AP pelvis, bilateral Dunn views, false profile, and cross table lateral views of the BILATERAL hip. They show well-preserved femoroacetabular joint spacing. Tonnis Grade 0. No evidence of fracture or dislocation. No evidence of avascular necrosis or heterotopic ossification in the right hip. On the left hip, there is evidence of femoroacetabular impingement, cam type with alpha angle measuring 63 degrees.

**Assessment and Plan:**

**Diagnosis Codes:**
M24.151 Other articular cartilage disorders, right hip Right
M54.16 Radiculopathy, lumbar region
M25.552 Pain in left hip Left

**Impression:**
1. 6 weeks status post right hip labral reconstruction using allograft from 9:00 to 4:00 location, chondroplasty, debridement/shaving acetabulum, labral repair at 4:00 and 9:00 location, arthroscopic acetabuloplasty, arthroscopic femoroplasty, osteoplasty to remove cam lesion, synovectomy, capsular closure/plication this was performed on 12/09/2019.
2. Left hip pain - possible labral tear/FAI

**Treatment Plan:**
I discussed the findings of the clinical examination with Jan at today's visit, we reviewed today's x-ray imaging results. Overall, she is doing well 6 weeks status post right hip arthroscopy with labral reconstruction, osteoplasty, capsular plication. Her pain is well controlled. Physical therapy is going well as they work on range of motion and begin early strengthening. She will continue to focus on strengthening and avoid high-impact activity, as discussed. I did discuss the patient that she should follow-up with Dr. Sung and his team regarding her worsening lower back and SI joint pain as I'm concerned as this is affecting her physical therapy and rehabilitation for her hip. We'll plan on seeing her back in 6 weeks for routine postoperative appointment, sooner if necessary.

In regards the patient's left hip, I discussed the findings and the clinical examination and reviewed today's radiographic documentation with Jan at today's visit. She is aware that she does have some symptoms consistent with bony impingement and possible underlying labral tear. Patient is also aware that we cannot directly visualize the labrum on x-ray imaging. Conservatively, we could consider rest, activity modification, anti-inflammatory medication usage, physical therapy, and possible corticosteroid injection. I do feel that further imaging of the joint is warranted and I am going to refer her for an MR arthrogram to rule out underlying labral tear. She will follow up after obtaining the imaging to discuss results and possible further treatment. In the meantime, she will continue with conservative treatment in the form of activity modification and anti-inflammatory medication usage. She verbalizes agreement and understanding with this plan, all questions were answered.
An MRI of the Left Hip was ordered.
Patient was provided with patient education on NSAIDs.
Patient to return in 6-8 weeks for follow up. The patient is to return when MRI results are available.

**Clinical Quality Reporting:**

Patient Name: Mason, Jan K DOB:

A stretching regimen was recommended to the patient. A strength training regimen was recommended to the patient. The patient was encouraged to exercise.

Electronically signed by: Kristen E. Reiss, PA-C
Date: 1/21/2020 Time: 1:00 PM

CC: Copies sent along with cover letter sent to the patient's primary care physician.



1263 Lake Plaza Drive Suite 100
Colorado Springs, CO 80906
Phone: (719)785-9000
Fax: (719)867-7900

**PATIENT NAME:** Jan K Mason    **REFERRER:** Kristen Reiss, PA
**DATE OF BIRTH:**
**AGE:**        47Y 8M
**GENDER:**     Female
**EXAM DATE:**  1/30/2020
**EXAM:** RF Arthrography Hip Lt | 73525

PRESCRIPTION HISTORY: Pain in left hip. Evaluate for labral tear.

SUPPLEMENTAL HISTORY: Patient states pain in left hip for 2 years

COMPARISON: None available.

TECHNIQUE: RF Arthrography Hip Lt. Fluoroscopy time was 0 minute(s) 8 second(s). 1 images acquired.

After discussing the potential risks, benefits, and alternatives to fluoroscopic guided arthrogram, the patient gave verbal and written consent to proceed. The left hip was prepped and draped in the usual sterile fashion. 1% lidocaine was used for local anesthesia. Under fluoroscopic guidance, a 22-gauge spinal needle was advanced into the left hip joint. Approximately 15 mL of fluid was injected into the left hip joint. The fluid represents a mixture of 0.1 mL MultiHance contrast, 10 mL normal saline, and 10 mL Isovue-300. The patient tolerated the procedure well without immediate procedure related complication.

FINDINGS:

A frontal projection of the left hip shows expected distribution of intra-articular contrast. No fractures identified. Joint space is grossly maintained.

IMPRESSION:
1. Technically successful uncomplicated left hip arthrogram with MRI to follow.

Signed By: Nicholas Moore, MD
Signed Date/Time: 1/30/2020 03:19 PM
Transcribed By: me .
Transcribed Date/Time: 1/30/2020 02:49 PM

Patient ID: 225723
Accession#: 4949948

**Lincoln/Mason 0873**



PENRAD IMAGING

1263 Lake Plaza Drive Suite 100
Colorado Springs, CO 80906
Phone: (719)785-9000
Fax: (719)867-7900

**PATIENT NAME:** Jen K Mason
**DATE OF BIRTH:**
**AGE:**        47Y 8M
**GENDER:**     Female
**EXAM DATE:**  1/30/2020
**EXAM:** MRI Hip Lt Arthrogram w Contrast * | 73722

**REFERRER:** Kristen Reiss, PA

PRESCRIPTION HISTORY: Pain in left hip. Evaluate for labral tear.

SUPPLEMENTAL HISTORY: Left hip pain after re-repair of right labrum and reconstruction of SI joint.

COMPARISON: CT performed 11/27/2018.

TECHNIQUE: 3T MRI Hip Lt Arthrogram w Contrast *. Multiplanar multisequence high-field MR imaging of the requested hip was performed following intra-articular administration of gadolinium containing contrast. The conventional arthrogram was dictated separately. In addition to small field-of-view unilateral hip imaging, a large field-of-view coronal pelvis sequence was generated.

FINDINGS. The large field-of-view coronal acquisition shows benign-appearing pelvis bone marrow signal. There is artifact related to right sacroiliac joint hardware. A small right hip joint effusion is present.

The small field-of-view left hip examination shows a prominent focal anterior femoral head-neck junction Cam lesion with an osseous component and potential additional fibrous component. Contrast fills the joint and also extends into the base of the anterior labrum just above the 3 o'clock position. This injury propagates into the anterosuperior labrum but does not appear to involve the superior labrum proper, where only a smoothly contoured partial chondrolabral separation is present. Another smoothly contoured benign-appearing posteroinferior labral sulcus is incidentally noted.

Periarticular musculotendinous structures appear normal. No fracture is identified.

IMPRESSION:
1. Focal Cam deformity of the anterior left femoral head neck junction with associated anterior/anterosuperior labral base tear.
2. Small right hip joint effusion.

Signed By: Nicholas Moore, MD
Signed Date/Time: 1/30/2020 03:19 PM
Transcribed By: me .
Transcribed Date/Time: 1/30/2020 02:45 PM

Patient ID: 225723
Accession#: 4449385

**Lincoln/Mason 0874**



North Campus 4110 Briargate Parkway, Suite 300 Colorado Springs, CO
80920 Phone: 719-637-7669 Fax: 719-632-0088

**Colorado Springs
Orthopaedic Group**
www.csog.net

South Campus 1259 Lake Plaza Drive, Suite 100 Colorado Springs,
CO 80906 Phone: 719-632-7669 Fax: 719-632-0088

Patient Name: Jan K Mason, 505296

Encounter Date:
1/31/2020

Date of Birth:

---

**Chief Complaint** Lower back pain

## History of Present Illness

Jan K Mason is a 47 year old female with continued chronic lower back pain. She had a right hip surgery with Dr. Huang in December and is recovering very well from that surgery. She reports that her right hip pain is significantly improved. She continues to have lower back pain that is interfering with participating in physical therapy. She has recently received some imaging for her left hip and will likely need surgical intervention for that hip as well. She is previously discussed a Boston Scientific spinal cord stimulator with Dr. Sung but would like to work out all of her hip pain prior to proceeding with the spinal cord stimulator.

She had a successful Boston Scientific spinal cord stimulator trial.

**Date of Onset:** Many years

## Medical History

**Medical Conditions:** Hypertension

**Surgical History:** Tubal 1994; Rhinoplast 2008

**Orthopedic Surgical History:** Right SI Fusion Right hip labral reconstruction using allograft from 9:00 to 4:00 location, chondroplasty, debridement/shaving acetabulum, labral repair at 4:00 and 9:00 location, arthroscopic acetabuloplasty, arthroscopic femoroplasty, osteoplasty to remove cam lesion, synovectomy, capsular closure/plication

**Current Medications:** Claritin 10 mg tablet 1 oral, Ambien 5 mg tablet 1 oral, metoprolol succinate ER 50 mg tablet, extended release 24 hr 1 Tb24 oral, losartan 50 mg tablet 1 oral, indomethacin 50 mg capsule 1 by mouth BID Take with food., oxycodone 5 mg tablet 1 tablet(s) by mouth Q4-6h

**Medication and Allergic Reactions:** No known allergies

**Family History:** No significant family history

**Personal and Social History:**

Patient has children, denies tabacco, marijuana, and alcohol use

## Review of Systems

**Constitutional:** Denies any unplanned weight loss, loss of appetite or fatigue.

**Eyes:** Denies any blurred vision, double vision or vision loss.

**Ear/Nose/Throat:** Denies any hearing loss, hoarseness or trouble swallowing.

**Cardiovascular:** Denies any chest pain or palpitations.

---

**Lincoln/Mason 0875**

Patient Name: Mason, Jan K DOB:

**Allergy:**
**Respiratory:** Denies any chronic coughing, pneumonia or shortness of breath.
**Gastrointestinal:** Admits constipation.
**Genitourinary:** Denies any painful urination, blood in urine or kidney problems.
**Musculoskeletal:**
**Skin:** Denies any rashes, skin ulcers, lumps or psoriasis.
**Neurological:** Denies any frequent falls, loss of coordination, numbness, dizziness, change in bowel and bladder function.
**Psychiatric:** Denies any depression, drug or alcohol addiction or sleeping disorders.
**Hematological:** Denies any bleeding problems, easy bruising or anemia.

**Vital Signs:** Height: 5ft 8.00in, Weight: 190lbs BMI 28.89

**General Exam:**
**Constitutional:** Patient is adequately groomed with no evidence of malnutrition.
**Skin:** There are no rashes, ulcerations or lesions in the regions examined.
**Mental Status:** The patient is oriented to time, place and person. The patient's mood and affect are appropriate.
**Lymphatic:** The lymphatic examination bilaterally reveals all areas to be without enlargement or induration.
**Vascular:** Examination reveals no swelling or calf tenderness. Peripheral pulses are palpable and 2+.
**Neurological:** The patient has good coordination. There is no weakness or sensory deficit. Deep tendon reflexes are intact.

**Lumbar Spine Examination**
General: The patient is well-developed, well-nourished in no acute distress. The patient had normal mood and affect and was oriented to time/place/person. Respiration is not labored.
Musculoskeletal (Back/RLE/LLE): Examination includes but not limited to station and gait, CV, lymph, sensation, reflexes, coordination, balance, inspection/ palpation, ROM, stability, strength, skin. Examination is within normal limits for this patient except for pertinent positive findings below.
1. There is tenderness along the spinous processes and paraspinal musculature and diffusely throughout the lower back including over the right SI joint.
2. Lower extremity motor strength is intact.
3. There is pain with range of motion, primarily with extension.

**Diagnostic Test Findings:** MRI scan of the LUMBAR spine done at CSOG on 8 2019, shows lumbar degenerative disc disease at multiple levels with mild disc height collapse. Mild neuroforaminal stenosis at multiple levels.

**Diagnosis Codes:**
M54.5 Low back pain, M48.062 Spinal stenosis, lumbar region with neurogenic claudication, M51.36 Other intervertebral disc degeneration, lumbar region, M51.16 Intervertebral disc disorders with radiculopathy, lumbar region, M46.1 Sacroiliitis, not elsewhere classified, M25.551 Pain in right hip, M25.552 Pain in left hip
**Impression:**
1. Chronic pain syndrome and sciatica.
2. Status post right sacroiliac (SI) joint fusion 9/2017
3. Status post motor vehicle accident (MVA), 12/18/2017.

Lincoln/Mason 0876

Patient Name: Mason, Jan K DOB:

**Treatment Plan:**
The patient's condition was discussed in detail today. We reviewed all available imaging studies face-to-face on the computer screen. We discussed conservative treatment options in detail including physical therapy, rest, activity modification, and injection options. She has previously had a successful Boston Scientific spinal cord stimulator trial. She would like to work out her hip pathology prior to proceeding with a spinal cord stimulator. She like to try some additional pain medication to help manage her pain prior to any additional surgery. I put in a referral to Dr. Salek as she is an established patient of his. She would like to call for an appointment when she is ready to proceed with a spinal cord stimulator. She will let us know if her symptoms worsen.

The patient is in agreement with the above plan. The patient was given follow-up instructions. The patient is instructed to call our office if they have any questions or concerns, or if their symptoms change or worsen.

CC: Dr. Salek
Patient was provided with patient education on Bone Health Basics.
The patient is instructed to return if pain or symptoms arise.

**Clinical Quality Reporting:**
The patient has not received the influenza vaccination. The patient was assessed for fall risk.

*Kelsy Chrane MS PA-C*

Electronically signed by: Kelsey Chrane, M.S., PA-C
Date: 1/31/2020 Time: 8:30 AM
☐ Insert Provider Signature

CC: A copy of the office visit notes will be forwarded to the patient's referring physician. Copies sent along with cover letter sent to the patient's primary care physician.

Lincoln/Mason 0877



North Campus 4310 Briargate Parkway, Suite 300 Colorado Springs, CO 80920 Phone: 719-632-7669 Fax. 719-632-0088

Colorado Springs
Orthopaedic Group
www.csog.net

South Campus 1259 Lake Plaza Drive, Suite 100 Colorado Springs, CO 80906 Phone: 719-632-7669 Fax: 719-632-0088

Patient Name: Jan K Mason, 505296

Encounter Date:
2/6/2020

Date of Birth:

## Chief Complaint Bilateral hip pain.

## History of Present Illness

Jan is a 47 year old male who presents today 8 weeks status post right hip labral reconstruction using allograft from 9:00 to 4:00 location, chondroplasty, debridement/shaving acetabulum, labral repair at 4:00 and 9:00 location, arthroscopic acetabuloplasty, arthroscopic femoroplasty, osteoplasty to remove cam lesion, synovectomy, capsular closure/plication performed on 12/09/2019. She has been able to wean off of crutches and is now using a cane. She continues reports some achiness of the anterior hip but it has been improved since her surgery. Unfortunately, her lower back pain, pain over her SI joint, and radicular symptoms have worsened. She feels this is affecting her rehabilitation. The patient is status post sacroiliac joint fusion with Dr. Sung and states that the symptoms feel similar as needed prior to her surgery. She otherwise denies calf pain or cramping bilaterally.

She is also here for follow-up regarding left hip pain. Since her previous visit, the patient was able to obtain a MR Arthrogram from Penrad on 1/30/2020 and is here to discuss the findings and possible further treatment options. In regards to her left hip, the patient states she has had pain in December, 2017, getting progressively worse. Her pain has especially worsened after her recent right hip labral reconstruction procedure due to increased loadbearing. Her pain is located in the groin and worsen with prolonged sitting, prolonged standing and squatting type activities. Rotational activities also increased pain. She has tried rest, activity modification, ibuprofen as an anti-inflammatory without significant benefit. She has also been attending physical therapy without much relief. She denies nausea, vomiting, fever, chills, short of breath, chest pain or abdominal pain.

## Medical History

**Medical Conditions:** Hypertension
**Surgical History:** Tubal 1994; Rhinoplast 2008
**Orthopedic Surgical History:** Right SI Fusion
**Current Medications:** Claritin 10 mg tablet 1 oral, Ambien 5 mg tablet 1 oral, metoprolol succinate ER 50 mg tablet,extended release 24 hr 1 Tb24 oral, losartan 50 mg tablet 1 oral, indomethacin 50 mg capsule 1 by mouth BID Take with food., oxycodone 5 mg tablet 1 tablet(s) by mouth Q4-6h
**Medication and Allergic Reactions:** No known allergies
**Family History:** No significant family history
**Personal and Social History:**
Patient has children, denies tobacco, marijuana, and alcohol use

## Review of Systems

ELECTRONICALLY SIGNED BY Michael Huang, M.D. 2/6/2020

**Lincoln/Mason 0878**

Patient Name: Mason, Jan K DOB:

Patient denies fevers, chills, chest pain, shortness of breath, abdominal pain, nausea, diarrhea, constipation. Pertinent positives for review of systems are listed in HPI above, otherwise negative.

**Vital Signs:** Height: 5ft 8.00in, Weight: 190lbs BMI 28.89

**General Exam:**

**Constitutional:** Patient is adequately groomed with no evidence of malnutrition.

**Skin:** There are no rashes, ulcerations or lesions in the regions examined.

**Mental Status:** The patient is oriented to time, place and person. The patient's mood and affect are appropriate.

**Lymphatic:** The lymphatic examination bilaterally reveals all areas to be without enlargement or induration.

**Vascular:** Examination reveals no swelling or calf tenderness. Peripheral pulses are palpable and 2+.

**Neurological:** The patient has good coordination. There is no weakness or sensory deficit. Deep tendon reflexes are intact.

**Right Hip/Pelvis Examination**

Patient is alert and oriented to time, place, medical situation without evidence of distress. Steri-Strips were removed today without difficulty. There is no erythema, ecchymosis, or clinical signs of infection present. The patient has normal sensibility to moving light touch over the superficial peroneal, deep peroneal and tibial nerve distributions. The patient is able to fire EHL, tibialis anterior, gastrocsoleus, peroneals. Dorsalis pedis pulse, 2+. There is no calf swelling or tenderness. Homans sign is negative. No evidence of DVT. Hip flexion to 105°, external rotation to 40°, internal rotation to 5°. Tenderness to palpation over the lateral hip and over the sacroiliac joint.

**Left Hip/Pelvis Examination**

LEFT hip range of motion includes flexion to 115 degrees, external rotation to 55°, internal rotation to 5°. Positive anterior impingement test and negative posterior impingement test. Straight leg raise stressing produces lower back pain. Tenderness of palpation over the anterior hip and laterally over the greater trochanter.

**Diagnostic Test Findings:** X-RAYS, BILATERAL HIP, CSOG, 6/4/19: X-rays ordered, performed, and interpreted previously and reviewed today include AP pelvis, bilateral Dunn views, false profile, and cross table lateral views of the BILATERAL hip. They show well-preserved femoroacetabular joint spacing. Tonnis Grade 0. No evidence of fracture or dislocation. No evidence of avascular necrosis or heterotopic ossification in the right hip. On the left hip, there is evidence of femoroacetabular impingement, cam type with alpha angle measuring 63 degrees.

MR ARTHROGRAM, LEFT HIP, 1/30/2020, PENRAD: Focal Cam deformity of the anterior left femoral head neck junction with associated anterior/anterosuperior labral base tear. Small right hip joint effusion.

**Assessment and Plan:**

**Diagnosis Codes:**

M24.151 Other articular cartilage disorders, right hip Right

M25.552 Pain in left hip Left

M24.152 Other articular cartilage disorders, left hip Left

**Impression:**

1. 8 weeks status post right hip labral reconstruction using allograft from 9:00 to 4:00 location, chondroplasty, debridement/shaving acetabulum, labral repair at 4:00 and 9:00 location, arthroscopic acetabuloplasty, arthroscopic femoroplasty, osteoplasty to remove cam lesion, synovectomy, capsular closure/plication this was performed on 12/09/2019.

2. Left hip pain - labral tear, femoral acetabular impingement

ELECTRONICALLY SIGNED BY Michael Huane. M.D. 2/6/2020

**Lincoln/Mason 0879**

Patient Name: Mason, Jan K **DOB:**

**Treatment Plan:**
I reviewed the clinical and radiographic documentation with the patient. Overall, she continues to recover very well after her right hip labral reconstruction. We focused our attention today on the left hip and spent significant time going over both the previous x-rays and the new MRI images available. We went over these images face-to-face on a computer screen. The patient understands that the left hip has a labral tear in the setting of bony hip impingement. This tear will not heal on its own and may continue to deteriorate over time and continue to cause symptoms. The options for treatment of this tear and the bony impingement include continued conservative management versus consideration of surgical intervention. Conservative management includes rest, activity modification, anti-inflammatories, corticosteroid injection and even biologic injection. Surgical intervention would include diagnostic arthroscopy of the hip, labral debridement with repair, acetabuloplasty if needed, chondroplasty if needed and osteoplasty if needed. We discussed the nature of the surgery and the rehabilitation required after surgery. All questions were answered. At this point in time, she will continue to focus on the right hip rehabilitation program and we will manage her left hip pain with anti-inflammatories. In the meantime, they will continue with rest, activity modification and physical therapy.
Patient was provided with patient education on NSAIDs.
The patient is instructed to return if pain or symptoms arise.

**Clinical Quality Reporting:**
A stretching regimen was recommended to the patient. A strength training regimen was recommended to the patient. The patient was encouraged to exercise.

Electronically signed by: Michael Huang, M.D.
Date: 2/6/2020 Time: 3:23 PM
☐ Insert Provider Signature

CC: Copies sent along with cover letter sent to the patient's primary care physician.

ELECTRONICALLY SIGNED BY Michael Huang, M.D. 2/6/2020

Lincoln/Mason 0880

**Fyzical Therapy and Balance Centers - Falcon**
76 22 McL aughlin Rd
F alcon, C O 8 08 31-4710
Phone: (719)495-3133
F ax: (719)495-8 6 8 5

**Plan of Care**


**FYZICAL**
Therapy & Balance Centers

Patient Name: Mason, Jan K ,
Date of Birth:
Referring Physician(s): HU ANG, MIC HAEL J . MD
Surgery: (D ate/Type) 12/09/2019 R hip scope with labral revision
Visit No.: 1

Date of Plan of Care: 12/13/2019
Injury/Onset/Change of Status Date: 12/13/2019
Diagnosis: IC D 10: M25.151: F istula, right hip
Date of Original Eval: 12/13/2019

Treatment Diagnosis: IC D 10: M25.151: F istula, right hip

## Assessment

**Assessment/Diagnosis:** Pt is a 47 y/o female who is s/p R hip labrum reconstruction. Pt is currently PWBing and is wearing a hip immobilizer set to 30 deg. Pt demonstrates sxs consistent with post-op labral repair. Pt will benefit from skilled PT to return her to pain free functional mobility within protocol.

**Patient Education:** HEP, role of PT, and prognosis.

**Patient Demonstrates Compliance with Prescribed HEP**

Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient (parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current treatment plan.

**Rehab Potential:** Good

**Contraindications to Therapy:** None

**Short Term Goals:**

1: (1 Week) | Pt will be independent with initial home exercise program to progress towards discharge. |
2: (5 Weeks) | Pt will be able to ambulate without use of bilateral crutches. |
3: (5 Weeks) | Pt will improve her passive HF to 90 deg to progress towards improved functional mobility. |

**Long Term Goals:**

1: (10 Weeks) | Pt will be able to ascend/descend stairs with an alternating pattern. |
2: (10 Weeks) | Pt will improve her R hip active ROM to 115 deg to allow her to return to work with limited duty. |

## Plan

**Frequency:** 1-2 times a week
**Duration:** 16
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises, Therapeutic Activity, Gait Training, Neuromuscular Rehabilitation, Manual Therapy, Massage, Splinting/Taping, Patient Education

**Modalities**

Electrical Stimulation, Ultrasound/Phonophoresis, Cryotherapy, Hot Packs

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (719)495-3133.

Please sign and return: Fax#: (719)495-8685

I certify the need for these services furnished under this plan of treatment and while under my care.

__ I have no revisions to the plan of care.
__ Revise the plan of care as follows_____

*Taylor Pfeifer PT, DPT, CSCS*

Taylor Mark Pfeifer, PT, DPT, CSCS
License #0016575
*Electronically Signed by Taylor Mark Pfeifer, PT, DPT, CSCS on December 15, 2019 at 5:41 pm*

Physician Signature_____

M. J. HUANG, MD

Date:_____    Time:_____

1 o'

Powered by **WebPT**

Lincoln/Mason 0881

**Fyzical Therapy and Balance Centers - Falcon**
76 22 McLaughlin Rd
Falcon, CO 8 08 31-4710
Phone: (719)495-3133
Fax: (719)495-8 6 8 5

**Daily Note /
Billing Sheet**



Therapy & Balance Centers

---

Patient Name: Mason, Jan K
Date of Birth:
Referring Physician(s): HU ANG, MIC HAEL J . MD
Surgery: (D ate/Type) 12/09/2019 R hip scope with labral revision
Visit No.: 1
Insurance Name: K AISER PERMANENTE

Date of Daily Note: 12/13/2019
Injury/Onset/Change of Status Date: 12/13/2019
Diagnosis: IC D 10: M25.151: F istula, right hip
Date of Original Eval: 12/13/2019

Treatment Diagnosis: IC D 10: M25.151: F istula, right hip

---

## Subjective

Treatment Side: Right
Current Complaints / Gains: P1: Pain from s/p R hip scope with labral revision (12/9). Precautions: Pt is currently partial weight bearing at 30%. Hip immobilizer set to 30 deg hip flexion.
Before the injury/onset/change of status date, the patient was able to perform the following activities:
  Mobility: Walking & Moving Around:
Current Functional Limitations:
  Mobility: Walking & Moving Around:
Pain Location: anterior R hip
  Pain Scale: Worst: 4 Best: 0 Current: 2
  Pain Follow-up Plan: Monitor each session
Home Health Care: No
Medical History: High Blood Pressure, please see e-doc
Complicating/Personal Factors: Mechanism of injury/ Illness, Multiple Treatment Areas, Patient age
Mental Status/Cognitive Function Appears Impaired? No
Current Medications: Prescription, Over The Counter
  See edocs
 Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

---

## Objective

| Precautions | **partial weightbearing at 30% and hip immobilizer at 30 deg hip flexion for 4 weeks. No hip flexion past 90 deg and no excessive hip ER. | |
|---|---|---|
| CPT® Code | Direct Timed Codes | Units |
| GP:97110 | Therapeutic Exercise | 1 |
| | To improve hip ROM and mm activation:
-Bilateral Ankle pumps
-Bilateral Quad sets
-Bilateral Glute sets

15 mins | |
| GP:97140 | Manual Therapy | 1 |
| | To improve hip mobility:
-Passive hip ROM (avoided extension and excessive ER, flexion, and abd motion)

10 mins | |
| CPT® Code | Untimed Codes | Units |
| GP:97162 | PT Evaluation: Moderate Complexity | 1 |

CPT copyright 2018 American Medical Association  All rights reserved

---

## Assessment

Assessment/Diagnosis: Pt is a 47 y/o female who is s/p R hip labrum reconstruction. Pt is currently PWBing and is wearing a hip immobilizer set to 30 deg. Pt demonstrates sxs consistent with post-op labral repair. Pt will benefit from skilled PT to return her to pain free functional mobility within protocol.
Patient Education: HEP, role of PT, and prognosis.
Patient Demonstrates Compliance with Prescribed HEP
Rehab Potential: Good
Short Term Goals:
1: (1 Week) | Pt will be incependent with initial home exercise program to progress towards discharge. |

Powered by **WebPT**
**Lincoln/Mason 0882**

**Fyzical Therapy and Balance Centers - Falcon**
76 22 McLaughlin Rd
Falcon, CO 8 08 31-4710
Phone: (719)495-3133
Fax: (719)495-8 6 8 5

**Daily Note /
Billing Sheet**

Patient Name: Mason, J an K .
Date of Birth:
Document Date: 12/13/2019

2: (5 Weeks)  | Pt will be able to ambulate without use of bilateral crutches. |
3: (5 Weeks)  | Pt will improve her passive HF to 90 deg to progress towards improved functional mobility. |
**Long Term Goals:**
1: (10 Weeks)  | Pt will be able to ascend/descend stairs with an alternating pattern. |
2: (10 Weeks)  | Pt will improve her R hip active ROM to 115 deg to allow her to return to work with limited duty. |

**Plan**

**Instructions:** Progressing Patient Next Visit

*Taylor Pfeifer PT. DPT. CSCS*

Taylor Mark Pfeifer, PT, DPT, CSCS
License #0016575
*Electronically Signed by Taylor Mark Pfeifer, PT, D PT, CS CS  on D ecemb er 15 , 2019 at 5:4 1 pm*

Powered by **WebPT**

**Lincoln/Mason 0883**

**Fyzical Therapy and Balance Centers - Falcon**
76 22 McLaughlin Rd
Falcon, C O 8 08 31-4710)
Phone: (719)495-3133
Fax: (719)495-8 6 8 5

**Physical Therapy
Initial
Examination**



**Patient Name:** Mason, Jan K ,
**Date of Birth:**
**Referring Physician(s):** HU ANG, MIC HAEL J. MD
**Surgery:** (D ale/Type) 12/09/2019 R hip scope with labral revision
**Treatment Diagnosis:** IC D 10: M25.151: F istula, right hip

**Date of Initial Examination:** 12/13/2019
**Injury/Onset/Change of Status Date:** 12/13/2019
**Diagnosis:** IC D 10: M25.151: F istula, right hip
**Visit No.:** 1

## Subjective

**Treatment Side:** Right
**History of Present Condition/Mechanism of Injury:** Pt reports to the clinic s/p R hip scope with labral reconstruction (12/9). Pt had a previous labrum reconstruction on (4/12); this previous surgery failed and recently underwent a revision. Pt was not provided with a specific protocol besides restrictions noted in Edocs. Please reach out to surgeon to attain a protocol.

Pt has a past hx of SIJ fusion.
**Primary Concern/Chief Complaint:** P1: Pain from s/p R hip scope with labral revision (12/9). Precautions: Pt is currently partial weight bearing at 30%. Hip immobilizer set to 30 deg hip flexion.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
  **Mobility: Walking & Moving Around:**
**Current Functional Limitations:**
  **Mobility: Walking & Moving Around:**
**Pain Location:** anterior R hip
  **Pain Scale: Worst:** 4 **Best:** 0 **Current:** 2
  **Pain Follow-up Plan:** Monitor each session
**Home Health Care:** No
**Medical History:** High Blood Pressure, please see e-doc
**Complicating/Personal Factors:** Mechanism of injury/ Illness, Multiple Treatment Areas, Patient age
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription, Over The Counter
  See edocs
  Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.
**Patient Goals:** Pt wishes to return to every day life pain free.

## Objective

**Inspection**

**Body Mass Index**

| | |
|---|---|
| Weight | 150 |
| Height | 66 |
| Units | lbs/in |
| Index | 24.21 |

**Outcome Measurement Tools**

**Lower Extremity**
Lower Extremity Functional Scale    See edocs/80

**Observation**

| | |
|---|---|
| **WB Status** | PWB |
| Compliant with WBing Restrictions? | Yes |

**Assistive Device**
Type    FW Walker

Powered by **WebPT**
**Lincoln/Mason 0884**

**Fyzical Therapy and Balance Centers - Falcon**
76 22 McL aughlin Rd
F alcon, C O 8 08 31-4710
Phone: (719)495-3133
F ax: (719)495-8 6 8 5

**Physical Therapy
Initial
Examination**

**Patient Name:** Mason, J an K .
**Date of Birth:**
**Document Date:** 12/13/2019

| Hand U sed | Bilateral |
| --- | --- |

**Comments**    Pt is wearing a hip immobilizer set to 30 deg hip flexion

**Range of Motion**

| Hip PROM | Right | Left |
| --- | --- | --- |
| Flexion | 70° | Not Tested |
| Abduction | 5° | Not Tested |

**Comments**    Full hip ROM measurements were not attained due to acuteness of surgery and pain

**Strength**

**Gross Muscle Tests Lower**

**Comments**    R LE strength not tested due to to WBing precautions.

**Palpation**

**Comments**    TTP R glute max and quad.

**Assessment**

**Assessment/Diagnosis:** Pt is a 47 y/o female who is s/p R hip labrum reconstruction. Pt is currently PWBing and is wearing a hip immobilizer set to 30 deg. Pt demonstrates sxs consistent with post-op labral repair. Pt will benefit from skilled PT to return her to pain free functional mobility within protocol.

**Patient Clinical Presentation:** The clinical presentation is evolving with changing characteristics.

**Patient Education:** HEP, role of PT, and prognosis.

**Patient Demonstrates Compliance with Prescribed HEP**

Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient (parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current treatment plan.

**Rehab Potential:** Good

**Contraindications to Therapy:** None

**Short Term Goals:**
1: (1 Week) | Pt will be independent with initial home exercise program to progress towards discharge.
2: (5 Weeks) | Pt will be able to ambulate without use of bilateral crutches.
3: (5 Weeks) | Pt will improve her passive HF to 90 deg to progress towards improved functional mobility.

**Long Term Goals:**
1: (10 Weeks) | Pt will be able to ascend/descend stairs with an alternating pattern.
2: (10 Weeks) | Pt will improve her R hip active ROM to 115 deg to allow her to return to work with limited duty.

Powered by **WebPT**

**Lincoln/Mason 0885**

**Fyzical Therapy and Balance Centers - Falcon**
76 22 McLaughlin Rd
F alcon, C O 8 08 31-4710
Phone: (719)495-3133
F ax: (719)495-8 6 8 5

**Physical Therapy
Initial
Examination**

Patient Name: Mason, J an K .
Date of Birth:
Document Date: 12/13/2019

**Plan**

**Frequency:** 1-2 times a week
**Duration:** 16
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**
**Procedures**
Therapeutic Exercises, Therapeutic Activity, Gait Training, Neuromuscular Rehabilitation, Manual Therapy, Massage, Splinting/Taping, Patient Education

**Modalities**
Electrical Stimulation, Ultrasound/Phonophoresis, Cryotherapy, Hot Packs

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (719)495-3133.

Please sign and return: Fax#: (719)495-8685

I certify the need for these services furnished under this plan of treatment and while under my care.

___I have no revisions to the plan of care.
___Revise the plan of care as follows_____

*Taylor Pfeifer PT. DPT. CSCS*

Taylor Mark Pfeifer, PT, DPT, CSCS
License #0016575
*Electronically Signed by Taylor Mark Pfeifer, PT, DPT, CSCS on December 15, 2019 at 5:41 pm*

Physician Signature_____
                        M. J. HUANG, MD

Date:_____    Time:_____

Powered by **WebPT**

Lincoln/Mason 0886

**Fyzical Therapy and Balance Centers - Falcon**
76 22 McL aughlin Rd
F alcon, C O 8 08 31-4710
Phone: (719)495-3133
F ax: (719)495-8 6 8 5

**Daily Note /
Billing Sheet**



Patient Name: Mason, Jan K .
Date of Birth:
Referring Physician(s): HU ANG, MIC HAEL J . MD
Surgery: (D ate/Type) 12/09/2019 R hip scope with labral revision
Visit No.: 2
Insurance Name: K AISER PERMANENTE

Date of Daily Note: 12/17/2019
Injury/Onset/Change of Status Date: 12/13/2019
Diagnosis: IC D 10: M25.151: F istula, right hip
Date of Original Eval: 12/13/2019

Treatment Diagnosis: IC D 10: M25.151: F istula, right hip

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Pt reports that her hip has been feeling okay lately but she has been worried about progressing her exercises too quickly.

P1: Pain from s/p R hip scope with labral revision (12/9). Precautions: Pt is currently partial weight bearing at 30%. Hip immobilizer set to 30 deg hip flexion.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
   Mobility: Walking & Moving Around:
**Current Functional Limitations:**
   Mobility: Walking & Moving Around:
**Home Health Care:** No
**Medical History:** High Blood Pressure, please see e-doc
**Complicating/Personal Factors:** Mechanism of injury/ Illness, Multiple Treatment Areas, Patient age
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription, Over The Counter
   See edocs
   Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| Precautions | **partial weightbearing at 30% and hip immobilizer at 30 deg hip flexion for 4 weeks. No hip flexion past 90 deg and no excessive hip ER. | |
|---|---|---|
| **CPT® Code** | **Direct Timed Codes** | Units |
| GP:97110 | Therapeutic Exercise | 2 |
| | To improve hip ROM and mm activation: -Bilateral Ankle pumps -Bilateral Quad sets -Bilateral Glute sets -AAROM hip abd -AAROM heel slides -Supine hip IR/ER | |
| | 30 mins | |
| GP:97140 | Manual Therapy | 2 |
| | To improve hip mobility: -Passive hip ROM (avoided extension and excessive ER, flexion, and abd motion) | |
| | 25 mins | |

CPT copyright 2018 American Medical Association. All rights reserved.

Post-Treatment        CP– 10 min

## Assessment

**Assessment/Diagnosis:** Pt tolerated treatment well and denied increase in pain with additional therex. Pt reported that she has been having increased back/ SI pain since surgery and would benefit from stretches and STM to this area at future appointments.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Short Term Goals:**
1: (1 Week) | Pt will be independent with initial home exercise program to progress towards discharge. |

Powered by **WebPT**

**Lincoln/Mason 0887**

**Fyzical Therapy and Balance Centers - Falcon**
76 22 McL aughlin Rd
F alcon, C O 8 08 31-4710
Phone: (719)495-3133
F ax: (719)495-8 6 8 5

**Daily Note /
Billing Sheet**

Patient Name: Mason, J an K
Date of Birth:
Document Date: 12/17/2019

2: (5 Weeks) | Pt will be able to ambulate without use of bilateral crutches. |
3: (5 Weeks) | Pt will improve her passive HF to 90 deg to progress towards improved functional mobility. |
**Long Term Goals:**
1: (10 Weeks) | Pt will be able to ascend/descend stairs with an alternating pattern. |
2: (10 Weeks) | Pt will improve her R hip active ROM to 115 deg to allow her to return to work with limited duty. |

**Plan**

**Instructions:** Progressing Patient Next Visit

*Jennifer Mulligan PT, DPT*

Jennifer Mulligan
License #PTL.0015979
*Electronically Signed by Jennifer Mulligan on December 17, 2019 at 12:32 pm*

Powered by **WebPT**

**Lincoln/Mason 0888**

**Fyzical Therapy and Balance Centers - Falcon**
7622 McLaughlin Rd
Falcon, CO 80831-4710
Phone: (719)495-3133
Fax: (719)495-8685

**Daily Note /
Billing Sheet**


**FYZICAL**
Therapy & Balance Centers

**Patient Name:** Mason, Jan K.
**Date of Birth:**
**Referring Physician(s):** HUANG, MICHAEL J. MD
**Surgery:** (Date/Type) 12/09/2019 R hip scope with labral revision
**Visit No.:** 3
**Insurance Name:** KAISER PERMANENTE

**Date of Daily Note:** 12/24/2019
**Injury/Onset/Change of Status Date:** 12/13/2019
**Diagnosis:** ICD 10: M25.151: Fistula, right hip
**Date of Original Eval:** 12/13/2019

**Treatment Diagnosis:** ICD 10: M25.151: Fistula, right hip

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Pt states she hasn't been doing much of anything today so her hip is feling okay today. She states he had a post op appt yesterday and he flexed her leg quite a bit and that really seemed to flare it up the whole day. She states she is having several areas of pain along her R glute. (points to proximal glute med/iliac crest on R aspect of glute.)

P1: Pain from s/p R hip scope with labral revision (12/9). Precautions: Pt is currently partial weight bearing at 30%. Hip immobilizer set to 30 deg hip flexion.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
  **Mobility: Walking & Moving Around:**
**Current Functional Limitations:**
  **Mobility: Walking & Moving Around:**
**Home Health Care:** No
**Medical History:** High Blood Pressure, please see e-doc
**Complicating/Personal Factors:** Mechanism of injury/ Illness, Multiple Treatment Areas, Patient age
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription, Over The Counter
  See edocs
  Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| | | Units |
|---|---|---|
| **Precautions** | **partial weightbearing at 30% and hip immobilizer at 30 deg hip flexion for 4 weeks.** No hip flexion past 90 deg and no excessive hip ER. | |
| **CPT® Code** | **Direct Timed Codes** | |
| GP:97110 | Therapeutic Exercise | 1 |
| | To improve hip ROM and mm activation: -Bilateral Ankle pumps -Bilateral Quad sets -Bilateral Glute sets -AAROM hip abd -AAROM heel slides -Supine hip IR/ER | |
| | 15 mins | |
| GP:97140 | Manual Therapy | 2 |
| | To improve hip mobility: -Passive hip ROM (avoided extension and excessive ER, flexion, and abd motion) -Incision Site STM | |
| | 25 mins | |

CPT copyright 2018 American Medical Association. All rights reserved.

## Assessment

**Assessment/Diagnosis:** Pt is very aware of her protocol and follows it accordingly. Despite subjective c/o pain in R glutes pt declined any manual therapy in the area due to a history of manual therapy to the area causing flare ups in the past. Incision sites are clean and healing well, no TTP to note with palpation/STM to the area. Pt declined modalities post Tx.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Short Term Goals:**
1: (1 Week) | Pt will be independent with initial home exercise program to progress towards discharge. |
2: (5 Weeks) | Pt will be able to ambulate without use of bilateral crutches. |

Powered by **WebPT**
Lincoln/Mason 0889

**Fyzical Therapy and Balance Centers - Falcon**
7622 McLaughlin Rd
Falcon, CO 80831-4710
Phone: (719)495-3133
Fax: (719)495-8685

**Daily Note /
Billing Sheet**

Patient Name: Mason, Jan K.
Date of Birth:
Document Date: 12/24/2019

3: (5 Weeks) | Pt will improve her passive HF to 90 deg to progress towards improved functional mobility. |
**Long Term Goals:**
1: (10 Weeks) | Pt will be able to ascend/descend stairs with an alternating pattern. |
2: (10 Weeks) | Pt will improve her R hip active ROM to 115 deg to allow her to return to work with limited duty. |
Documentation was reviewed and approved by the therapist supervising treatment.

**Plan**

**Instructions:** Progressing Patient Next Visit

Chelsea Flack
*Initiated by Chelsea Flack on December 24, 2019 at 12:12 pm*

Kerri Anne Tiller

Kerri Anne Tiller, PT, DPT
License #0012153
*Electronically Co-Signed by Kerri Anne Tiller, PT, DPT on December 27, 2019 at 7:20 am*

Powered by **WebPT**

**Lincoln/Mason 0890**

**Fyzical Therapy and Balance Centers - Falcon**
76 22 McL aughlin Rd
F alcon, C O 8 08 31-4710
Phone: (719)495-3133
F ax: (719)495-8 6 8 5

**Daily Note /
Billing Sheet**

 **FYZICAL**
Therapy & Balance Centers

**Patient Name:** Mason, Jan K ,
**Date of Birth:**
**Referring Physician(s):** HU ANG, MIC HAEL J . MD
**Surgery:** (D ate/Type) 12/09/2019 R hip scope with labral revision
**Visit No.:** 4
**Insurance Name:** K AISER PERMANENTE

**Date of Daily Note:** 12/27/2019
**Injury/Onset/Change of Status Date:** 12/13/2019
**Diagnosis:** IC D 10: M25.151: F istula, right hip
**Date of Original Eval:** 12/13/2019

**Treatment Diagnosis:** IC D 10: M25.151: F istula, right hip

## Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Pt states she is still getting glute pain that she thinks is nothing muscle related, more so from her fusion. She states she thinks that being in a sitting position over Christmas all day and the weather today are causing it to hurt more.

P1: Pain from s/p R hip scope with labral revision (12/9). Precautions: Pt is currently partial weight bearing at 30%. Hip immobilizer set to 30 deg hip flexion.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
  **Mobility: Walking & Moving Around:**
**Current Functional Limitations:**
  **Mobility: Walking & Moving Around:**
**Home Health Care:** No
**Medical History:** High Blood Pressure, please see e-doc
**Complicating/Personal Factors:** Mechanism of injury/ Illness, Multiple Treatment Areas, Patient age
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription, Over The Counter
  See edocs
  Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| | | Units |
|---|---|---|
| **Precautions** | **partial weightbearing at 30% and hip immobilizer at 30 deg hip flexion for 4 weeks. No hip flexion past 90 deg and no excessive hip ER. | |
| **CPT® Code** | **Direct Timed Codes** | |
| GP:97110 | Therapeutic Exercise | 1 |
| | To improve hip ROM and mm activation: -Bilateral Ankle pumps -Bilateral Quad sets -Bilateral Glute sets -AAROM hip abd -AAROM heel slides -Supine hip IR/ER -SAQ | |
| | 15 mins | |
| GP:97140 | Manual Therapy | 2 |
| | To improve hip mobility: -Passive hip ROM (avoided extension and excessive ER, flexion, and abd motion) -Incision Site STM | |
| | 25 mins | |

CPT copyright 2018 American Medical Association All rights reserved

## Assessment

**Assessment/Diagnosis:** Pt demonstrates mild sensitivity to the R hip incision sites with moderate to deeper pressure to the area. She is still compliant with 30% WB precautions and using axillary crutches for ambulation. Added SAQ today to continue quad stregthening and pt did great with this addition, no c/o pain or discomfort. Pt declined modalities post Tx today.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Short Term Goals:**
1: (1 Week) | Pt will be independent with initial home exercise program to progress towards discharge. |

Powered by **WebPT**
**Lincoln/Mason 0891**

**Fyzical Therapy and Balance Centers - Falcon**
7622 McLaughlin Rd
Falcon, CO 80831-4710
Phone: (719)495-3133
Fax: (719)495-8685

**Daily Note /
Billing Sheet**

**Patient Name:** Mason, Jan K.
**Date of Birth:**
**Document Date:** 12/27/2019

2: (5 Weeks)  | Pt will be able to ambulate without use of bilateral crutches. |
3: (5 Weeks)  | Pt will improve her passive HF to 90 deg to progress towards improved functional mobility. |
**Long Term Goals:**
1: (10 Weeks)  | Pt will be able to ascend/descend stairs with an alternating pattern. |
2: (10 Weeks)  | Pt will improve her R hip active ROM to 115 deg to allow her to return to work with limited duty. |
Documentation was reviewed and approved by the therapist supervising treatment.

**Plan:**

**Instructions:** Progressing Patient Next Visit

Chelsea Flack
*Initiated by Chelsea Flack on December 27, 2019 at 4:03 pm*

*Taylor Pfeifer PT. DPT. CSCS*

Taylor Mark Pfeifer, PT, DPT, CSCS
License #0016575
*Electronically Co-Signed by Taylor Mark Pfeifer, PT, DPT, CSCS on December 27, 2019 at 4:06 pm*

Powered by **WebPT**
**Lincoln/Mason 0892**

**Fyzical Therapy and Balance Centers - Falcon**
76 22 McLaughlin Rd
Falcon, CO 8 08 31-4710
Phone: (719)495-3133
Fax: (719)495-8 6 8 5

**Daily Note /
Billing Sheet**


FYZICAL
Therapy & Balance Centers

| | |
|---|---|
| Patient Name: Mason, Jan K . | Date of Daily Note: 12/30/2019 |
| Date of Birth: | Injury/Onset/Change of Status Date: 12/13/2019 |
| Referring Physician(s): HU ANG, MIC HAEL J . MD | Diagnosis:  IC D 10: M25.151: F istula, right hip |
| Surgery: (D ate/Type) 12/09/2019 R hip scope with labral revision | Date of Original Eval: 12/13/2019 |
| Visit No.: 5 | Treatment Diagnosis:  IC D 10: M25.151: F istula, right hip |
| Insurance Name: K AISER PERMANENTE | |

## Subjective

**Treatment Side:** Right

**Current Complaints / Gains:** Pt states that her bottom is really hurting more today and so is her low back. She states she got a chance to talk to her primary over the weekend and was told that even though she is hurting a little bit, that the movement is good and she should try what she can.

P1: Pain from s/p R hip scope with labral revision (12/9). Precautions: Pt is currently partial weight bearing at 30%. Hip immobilizer set to 30 deg hip flexion.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
  **Mobility: Walking & Moving Around:**
**Current Functional Limitations:**
  **Mobility: Walking & Moving Around:**
**Home Health Care:** No
**Medical History:** High Blood Pressure, please see e-doc
**Complicating/Personal Factors:** Mechanism of injury/ Illness, Multiple Treatment Areas, Patent age
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription, Over The Counter
  See edocs
  Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| Precautions | **partial weightbearing at 30% and hip immobilizer at 30 deg hip flexion for 4 weeks. No hip flexion past 90 deg and no excessive hip ER. | |
|---|---|---|
| **CPT® Code** | **Direct Timed Codes** | **Units** |
| GP:97110 | Therapeutic Exercise | 1 |
| | To improve hip ROM and mm activation: | |
| | -Bilateral Ankle pumps | |
| | -Bilateral Quad sets | |
| | -Bilateral Glute sets | |
| | -AAROM hip abd | |
| | -AAROM heel slides | |
| | -Supine hip IR/ER | |
| | -SAQ | |
| | -AAROM Strap Abd to 30 | |
| | 15 mins | |
| GP:97140 | Manual Therapy | 2 |
| | To improve hip mobility: | |
| | -Passive hip ROM (avoided extension and excessive ER, flexion, and abd motion) | |
| | -Incision Site STM | |
| | 25 mins | |

CPt copyright 2018 American Medical Association. All rights reserved.

## Assessment

**Assessment/Diagnosis:** Pt continues to be sensitive with any PROM/AAROM hip abduction/IR/ER and is weak with SLR's and SAQ's. This may be what caused flare up over the weekend but pt verbalized understanding of needing to move and plans to continue HEP at home. TTP along L groin area during STM an dpt did need a slight release in this pressure due to this.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Short Term Goals:**

Powered by WebPT


Lincoln/Mason 0893

**Fyzical Therapy and Balance Centers - Falcon**
7622 McLaughlin Rd
Falcon, CO 80831-4710
Phone: (719)495-3133
Fax: (719)495-8685

**Daily Note /
Billing Sheet**

**Patient Name:** Mason, Jan K.
**Date of Birth:**
**Document Date:** 12/30/2019

1: (1 Week)   | Pt will be independent with initial home exercise program to progress towards discharge. |
2: (5 Weeks)  | Pt will be able to ambulate without use of bilateral crutches. |
3: (5 Weeks)  | Pt will improve her passive HF to 90 deg to progress towards improved functional mobility. |
**Long Term Goals:**
1: (10 Weeks) | Pt will be able to ascend/descend stairs with an alternating pattern. |
2: (10 Weeks) | Pt will improve her R hip active ROM to 115 deg to allow her to return to work with limited duty. |
Documentation was reviewed and approved by the therapist supervising treatment.

**Plan:**

**Instructions:** Progressing Patient Next Visit

Chelsea Flack
*Initiated by Chelsea Flack on December 30, 2019 at 5:09 pm*

*Kerri Anne Tiller*

Kerri Anne Tiller, PT, DPT
License #0012153
*Electronically Co-Signed by Kerri Anne Tiller, PT, DPT on December 31, 2019 at 1:47 pm*

Powered by **WebPT**
**Lincoln/Mason 0894**

**Fyzical Therapy and Balance Centers - Falcon**
76 22 McLaughlin Rd
Falcon, CO 8 08 31-4710
Phone: (719)495-3133
Fax: (719)495-8 6 8 5

**Daily Note /
Billing Sheet**



**FYZICAL**
Therapy & Balance Centers

**Patient Name:** Mason, Jan K.
**Date of Birth:**
**Referring Physician(s):** HUANG, MICHAEL J. MD
**Surgery:** (Date/Type) 12/09/2019 R hip scope with labral revision
**Visit No.:** 6
**Insurance Name:** KAISER PERMANENTE

**Date of Daily Note:** 01/02/2020
**Injury/Onset/Change of Status Date:** 12/13/2019
**Diagnosis:** ICD 10: M25.151: Fistula, right hip
**Date of Original Eval:** 12/13/2019

**Treatment Diagnosis:** ICD 10: M25.151: Fistula, right hip

### Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Pt states she is hurting pretty bad right now around that pelvic bone and on the R side of her glute, so much so that she did not want to take a shower this morning.

P1: Pain from s/p R hip scope with labral revision (12/9). Precautions: Pt is currently partial weight bearing at 30%. Hip immobilizer set to 30 deg hip flexion.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
   **Mobility: Walking & Moving Around:**
**Current Functional Limitations:**
   **Mobility: Walking & Moving Around:**
**Home Health Care:** No
**Medical History:** High Blood Pressure, please see e-doc
**Complicating/Personal Factors:** Mechanism of Injury/ Illness, Multiple Treatment Areas, Patient age
**Mental Status/Cognitive Function Appears Impaired?** No
   Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

### Objective

**Precautions** **partial weightbearing at 30% and hip immobilizer at 30 deg hip flexion for 4 weeks. No hip flexion past 90 deg and no excessive hip ER.

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 1 |
| | To improve hip ROM and mm activation: -Bilateral Ankle pumps -Bilateral Quad sets -Bilateral Glute sets -AAROM hip abd -AAROM heel slides -Supine hip IR/ER -SAQ -AAROM Strap Abd to 30 | |
| | 15 mins | |
| GP:97140 | Manual Therapy | 2 |
| | To improve hip mobility. -Passive hip ROM (avoided extension and excessive ER, flexion, and abd motion) -Incision Site STM | |
| | 25 mins | |

CPT copyright 2019 American Medical Association. All rights reserved.

### Assessment

**Assessment/Diagnosis:** Pt is doing well with all PROM/AAROM and STM but does have pain with each of these. She is now reporting groin pain similar to that she had before her last surgery and is concerned with this. Scar tissue seems to responds well to STM along incision sites and groin area but pt continues to have pain post Tx. Pt declined modalities post Tx as she does these at home.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Short Term Goals:**
1: (1 Week) | Pt will be independent with initial home exercise program to progress towards discharge. |
2: (5 Weeks) | Pt will be able to ambulate without use of bilateral crutches. |

Powered by **WebPT**

**Lincoln/Mason 0895**

**Fyzical Therapy and Balance Centers - Falcon**
7622 McLaughlin Rd
Falcon, CO 80831-4710
Phone: (719)495-3133
Fax: (719)495-8685

**Daily Note /
Billing Sheet**

**Patient Name:** Mason, Jan K.
**Date of Birth:**
**Document Date:** 01/02/2020

3: (5 Weeks) | Pt will improve her passive HF to 90 deg to progress towards improved functional mobility. |
**Long Term Goals:**
1: (10 Weeks) | Pt will be able to ascend/descend stairs with an alternating pattern. |
2: (10 Weeks) | Pt will improve her R hip active ROM to 115 deg to allow her to return to work with limited duty. |
Documentation was reviewed and approved by the therapist supervising treatment.

**Plan:**
**Instructions:** Progressing Patient Next Visit

Chelsea Flack
*Initiated by Chelsea Flack on January 2, 2020 at 4:50 pm*

*Sandi Feeney, PT, DPT*

Sandi Feeney
License #PLT0016051
*Electronically Co-Signed by Sandi Feeney on January 2, 2020 at 6:22 pm*

Powered by **WebPT**
**Lincoln/Mason 0896**

**Fyzical Therapy and Balance Centers - Falcon**
7622 McLaughlin Rd
Falcon, CO 80831-4710
Phone: (719)495-3133
Fax: (719)495-8685

**Daily Note /
Billing Sheet**

 **FYZICAL**
Therapy & Balance Centers

Patient Name: Mason, Jan K.
Date of Birth:
Referring Physician(s): HUANG, MICHAEL J. MD
Surgery: (Date/Type) 12/09/2019 R hip scope with labral revision
Visit No.: 7
Insurance Name: KAISER PERMANENTE

Date of Daily Note: 01/06/2020
Injury/Onset/Change of Status Date: 12/13/2019
Diagnosis: ICD10: M25.151: Fistula, right hip
Date of Original Eval: 12/13/2019

Treatment Diagnosis: ICD10: M25.151: Fistula, right hip

## Subjective

Treatment Side: Right
Current Complaints / Gains: Pt states she is having periods of time where her hip flexors don't hurt at all but all the other areas she has mentioned of pain have been so bad that she has had periods where she hasn't bene able to wear her brace.

P1: Pain from s/p R hip scope with labral revision (12/9). Precautions: Pt is currently partial weight bearing at 30%. Hip immobilizer set to 30 deg hip flexion.
Before the injury/onset/change of status date, the patient was able to perform the following activities:
    Mobility: Walking & Moving Around:
Current Functional Limitations:
    Mobility: Walking & Moving Around:
Home Health Care: No
Medical History: High Blood Pressure, please see e-doc
Complicating/Personal Factors: Mechanism of injury/ Illness, Multiple Treatment Areas, Patient age
Mental Status/Cognitive Function Appears Impaired? No
  Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| **Precautions** | **partial weightbearing at 30% and hip immobilizer at 30 deg hip flexion for 4 weeks. No hip flexion past 90 deg and no excessive hip ER.** | |
| GP:97110 | Therapeutic Exercise | 1 |
| | To improve hip ROM and mm activation: -Bilateral Ankle pumps -Bilateral Quad sets -Bilateral Glute sets -AAROM hip abd -AAROM heel slides -Supine hip IR/ER -SAQ -AAROM Strap Abd to 30 -Adduction Ball Squeeze | |
| | 15 mins | |
| GP:97140 | Manual Therapy | 2 |
| | To improve hip mobility: -Passive hip ROM (avoided extension and excessive ER, flexion, and abd motion) -Incision Site STM | |
| | 25 mins | |

CPT copyright 2019 American Medical Association. All rights reserved

## Assessment

Assessment/Diagnosis: Pt remains sensitive to deeper palpation of bilat ASIS and incision sites. Conitinuing to add light hip strengthening and although pt does report pain and slight fatigue with these she is able to complete all recommended reps. Pt instructed to try added hip adduction squeezes with a pillow at home as well just to keep hip strong until next follow up with doctor.
Patient Demonstrates Compliance with Prescribed HEP
Rehab Potential: Good
Short Term Goals:
1: (1 Week) | Pt will be independent with initial home exercise program to progress towards discharge. |

Powered by **WebPT**
**Lincoln/Mason 0897**

**Fyzical Therapy and Balance Centers - Falcon**
7622 McLaughlin Rd
Falcon, CO 80831-4710
Phone: (719)495-3133
Fax: (719)495-8685

**Daily Note /
Billing Sheet**

Patient Name: Mason, Jan K.
Date of Birth:
Document Date: 01/06/2020

2: (5 Weeks) | Pt will be able to ambulate without use of bilateral crutches. |
3: (5 Weeks) | Pt will improve her passive HF to 90 deg to progress towards improved functional mobility. |
**Long Term Goals:**
1: (10 Weeks) | Pt will be able to ascend/descend stairs with an alternating pattern. |
2: (10 Weeks) | Pt will improve her R hip active ROM to 115 deg to allow her to return to work with limited duty. |
Documentation was reviewed and approved by the therapist supervising treatment.

**Plan**

**Instructions:** Progressing Patient Next Visit

Chelsea Flack
*Initiated by Chelsea Flack on January 6, 2020 at 4:08 pm*

Kerri Anne Tiller, PT, DPT
License #0012153
*Electronically Co-Signed by Kerri Anne Tiller, PT, DPT on January 7, 2020 at 5:34 pm*

Powered by **WebPT**

**Lincoln/Mason 0898**

**Fyzical Therapy and Balance Centers - Falcon**
7622 McLaughlin Rd
Falcon, CO 80831-4710
Phone: (719)495-3133
Fax: (719)495-8685

**Daily Note /
Billing Sheet**


**FYZICAL**
Therapy & Balance Centers

Patient Name: Mason, Jan K.
Date of Birth:
Referring Physician(s): HUANG, MICHAEL J. MD
Surgery: (Date/Type) 12/09/2019 R hip scope with labral revision
Visit No.: 8
Insurance Name: KAISER PERMANENTE

Date of Daily Note: 01/10/2020
Injury/Onset/Change of Status Date: 12/13/2019
Diagnosis: ICD10: M25.151: Fistula, right hip
Date of Original Eval: 12/13/2019

Treatment Diagnosis: ICD10: M25.151: Fistula, right hip

## Subjective

Treatment Side: Right
Current Complaints / Gains: 2-3/10 pain in hip, 7-8/10 pain level in her back
P1: Pain from s/p R hip scope with labral revision (12/9). Precautions: Pt is currently partial weight bearing at 30%. Hip immobilizer set to 30 deg hip flexion.
Before the injury/onset/change of status date, the patient was able to perform the following activities:
  Mobility: Walking & Moving Around:
Current Functional Limitations:
  Mobility: Walking & Moving Around:
Home Health Care: No
Medical History: High Blood Pressure, please see e-doc
Complicating/Personal Factors: Mechanism of injury/ Illness, Multiple Treatment Areas, Patient age
Mental Status/Cognitive Function Appears Impaired? No
  Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| Precautions | **partial weightbearing at 30% and hip immobilizer at 30 deg hip flexion for 4 weeks. No hip flexion past 90 deg and no excessive hip ER. | |
|---|---|---|
| **CPT® Code** | **Direct Timed Codes** | **Units** |
| GP:97110 | Therapeutic Exercise | 1 |
| | To improve hip ROM and mm activation: | |
| | -Bilateral Ankle pumps | |
| | -Bilateral Quad sets | |
| | -Bilateral Glute sets 10 sec | |
| | -AAROM hip abd | |
| | -AAROM heel slides | |
| | -Supine hip IR/ER | |
| | -SAQ | |
| | -AAROM Strap Abd to 30 | |
| | -Adduction Ball Squeeze | |
| | 15 mins | |
| GP:97140 | Manual Therapy | 2 |
| | To improve hip mobility: | |
| | -Passive hip ROM (avoided extension and excessive ER, flexion, and abd motion) | |
| | -Incision Site STM | |
| | 25 mins | |

CPT copyright 2019 American Medical Association. All rights reserved.

## Assessment

Assessment/Diagnosis: The patient tolerated all exercises well today. She has concern about her SIJ fusion impacting her R hip and possibly causing future damage to her R hip. The patient was provided education and reassurance on her rehab program for her R hip and that future therapy will address any gait abnormalities as her weightbearing restrictions allow.
**Patient Demonstrates Compliance with Prescribed HEP**
Rehab Potential: Good
Short Term Goals:
1: (1 Week) | Pt will be independent with initial home exercise program to progress towards discharge. |
2: (5 Weeks) | Pt will be able to ambulate without use of bilateral crutches. |
3: (5 Weeks) | Pt will improve her passive HF to 90 deg to progress towards improved functional mobility. |
Long Term Goals:

Powered by **WebPT**

Lincoln/Mason 0899

**Fyzical Therapy and Balance Centers - Falcon**
7622 McLaughlin Rd
Falcon, CO 80831-4710
Phone: (719)495-3133
Fax: (719)495-8685

**Daily Note /
Billing Sheet**

**Patient Name:** Mason, Jan K
**Date of Birth:**
**Document Date:** 01/10/2020

1: (10 Weeks) | Pt will be able to ascend/descend stairs with an alternating pattern. |
2: (10 Weeks) | Pt will improve her R hip active ROM to 115 deg to allow her to return to work with limited duty. |

**Plan**

**Instructions:** Progressing Patient Next Visit
progress per post op protocol.

*Kerri Anne Tiller*

Kerri Anne Tiller, PT, DPT
License #0012153
*Electronically Signed by Kerri Anne Tiller, PT, DPT on January 16, 2020 at 3:27 pm*

Powered by **WebPT**
**Lincoln/Mason 0900**

**Fyzical Therapy and Balance Centers - Falcon**
7622 McLaughlin Rd
Falcon, CO 80831-4710
Phone: (719)495-3133
Fax: (719)495-8685

**Daily Note /
Billing Sheet**


**FYZICAL**
Therapy & Balance Centers

Patient Name:  Mason, Jan K.
Date of Birth:
Referring Physician(s):  HUANG, MICHAEL J. MD
Surgery: (Date/Type) 12/09/2019 R hip scope with labral revision
Visit No.:  8
Insurance Name:  KAISER PERMANENTE

Date of Daily Note:  01/14/2020
Injury/Onset/Change of Status Date:  12/13/2019
Diagnosis:  ICD10: M25.151: Fistula, right hip
Date of Original Eval:  12/13/2019

Treatment Diagnosis:  ICD10: M25.151: Fistula, right hip

## Subjective

Treatment Side:  Right
Current Complaints / Gains:  Pt states she has been in alot of pain basically in the whole low back. She states she has pretty much been laying in bed because it hurts so much.

P1: Pain from s/p R hip scope with labral revision (12/9). Precautions: Pt is currently partial weight bearing at 30%. Hip immobilizer set to 30 deg hip flexion.
Before the injury/onset/change of status date, the patient was able to perform the following activities:
   Mobility: Walking & Moving Around:
Current Functional Limitations:
   Mobility: Walking & Moving Around:
Home Health Care:  No
Medical History:  High Blood Pressure, please see e-doc
Complicating/Personal Factors:  Mechanism of injury/ Illness, Multiple Treatment Areas, Patient age
Mental Status/Cognitive Function Appears Impaired?  No
   Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| Precautions | \*\*partial weightbearing at 30% and hip immobilizer at 30 deg hip flexion for 4 weeks. No hip flexion past 90 deg and no excessive hip ER. | |
|---|---|---|
| **CPT® Code** | **Direct Timed Codes** | **Units** |
| GP:97110 | Therapeutic Exercise | 2 |

To improve hip ROM and mm activation:
-AAROM hip abd
-AAROM heel slides
-Supine hip IR/ER
-SAQ
-AAROM Strap Abd to 30
-Adduction Ball Squeeze x20
-SLR x20
-Tandem WB Rocking x20 ea // Bars
-Mini Squat x20 // Bars
-Sidestepping // Bars

25 mins

HELD:
-Bilateral Ankle pumps
-Bilateral Quad sets
-Bilateral Glute sets

GP:97140    Manual Therapy    1

To improve hip mobility:
-Passive hip ROM (avoided extension and excessive ER, flexion, and abd motion)
-Incision Site STM

15 mins

CPT copyright 2019 American Medical Association. All rights reserved

## Assessment

Powered by **WebPT**
Lincoln/Mason 0901

**Fyzical Therapy and Balance Centers - Falcon**
7622 McLaughlin Rd
Falcon, CO 80831-4710
Phone: (719)495-3133
Fax: (719)495-8685

**Daily Note /
Billing Sheet**

**Patient Name:** Mason, Jan K.
**Date of Birth:**
**Document Date:** 01/14/2020

**Assessment/Diagnosis:** Began some very light WB exercises today and pt did demonstrate pain with these additions but did very well completing all recommended reps of these without the need for a rest break or pain inhibition. Mild tone around anterior R incision sites still notable but tissue is softening with manual therapy. Pt requested to bring in all MRI/CAT scans/reports for further information on her case. She declined modalities post Tx.

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Short Term Goals:**

1: (1 Week) | Pt will be independent with initial home exercise program to progress towards discharge. |
2: (5 Weeks) | Pt will be able to ambulate without use of bilateral crutches. |
3: (5 Weeks) | Pt will improve her passive HF to 90 deg to progress towards improved functional mobility. |

**Long Term Goals:**

1: (10 Weeks) | Pt will be able to ascend/descend stairs with an alternating pattern. |
2: (10 Weeks) | Pt will improve her R hip active ROM to 115 deg to allow her to return to work with limited duty. |
Documentation was reviewed and approved by the therapist supervising treatment.

**Plan**

**Instructions:** Progressing Patient Next Visit

Chelsea Flack
*Initiated by Chelsea Flack on January 14, 2020 at 5:16 pm*

Jennifer Mulligan PT, DPT

Jennifer Mulligan
License #PTL.0015979
*Electronically Co-Signed by Jennifer Mulligan on January 15, 2020 at 7:26 pm*

Powered by **WebPT**
**Lincoln/Mason 0902**

**Fyzical Therapy and Balance Centers - Falcon**
7622 McLaughlin Rd
Falcon, CO 80831-4710
Phone: (719)495-3133
Fax: (719)495-8685

**Daily Note /
Billing Sheet**

 **FYZICAL**
Therapy & Balance Centers

Patient Name: Mason, Jan K.
Date of Birth:
Referring Physician(s): HUANG, MICHAEL J. MD
Surgery: (Date/Type) 12/09/2019 R hip scope with labral revision
Visit No.: 10
Insurance Name: KAISER PERMANENTE

Date of Daily Note: 01/17/2020
Injury/Onset/Change of Status Date: 12/13/2019
Diagnosis: ICD10: M25.151: Fistula, right hip
Date of Original Eval: 12/13/2019

Treatment Diagnosis: ICD10: M25.151: Fistula, right hip

## Subjective

Treatment Side: Right
**Current Complaints / Gains:** Pt states her back and hip are consistently hurting. She states especially after doing WB exercises but she tries to push through them the best she can.

2-3/10 pain in hip, 7-8/10 pain level in her back
P1: Pain from s/p R hip scope with labral revision (12/9). Precautions: Pt is currently partial weight bearing at 30%. Hip immobilizer set to 30 deg hip flexion.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
  Mobility: Walking & Moving Around:
**Current Functional Limitations:**
  Mobility: Walking & Moving Around:
**Home Health Care:** No
**Medical History:** High Blood Pressure, please see e-doc
**Complicating/Personal Factors:** Mechanism of injury/ Illness, Multiple Treatment Areas, Patient age
**Mental Status/Cognitive Function Appears Impaired?** No

  Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| Precautions | **partial weightbearing at 30% and hip immobilizer at 30 deg hip flexon for 4 weeks. No hip flexion past 90 deg and no excessive hip ER. | |
|---|---|---|
| **CPT® Code** | **Direct Timed Codes** | **Units** |
| GP:97110 | Therapeutic Exercise | 2 |

To improve hip ROM and mm activation:
-AAROM hip abd
-AAROM heel slides
-Supine hip IR/ER
-SAQ
-AAROM Strap Abd to 30
-Adduction Ball Squeeze x20
-SLR x20
**pt discussion and education on imaging paperwork**

25 mins

HELD:
-Tandem WB Rocking x20 ea // Bars
-Mini Squat x20 // Bars
-Sidestepping // Bars
-Bilateral Ankle pumps
-Bilateral Quad sets
-Bilateral Glute sets

GP:97140    Manual Therapy                                                                 1

To improve hip mobility:
-Passive hip ROM (avoided extension and excessive ER, flexion, and abd motion)
-Incision Site STM
-Glute/ITB STM

15 mins

CPT copyright 2019 American Medical Association. All rights reserved.

## Assessment

Powered by **WebPT**
 Lincoln/Mason 0903

**Fyzical Therapy and Balance Centers - Falcon**
7622 McLaughlin Rd
Falcon, CO 80831-4710
Phone: (719)495-3133
Fax: (719)495-8685

**Daily Note /
Billing Sheet**

Patient Name: Mason, Jan K.
Date of Birth:
Document Date: 01/17/2020

**Assessment/Diagnosis:** Pt brought in all past evaluations and medical paperwork with previous surgeons so most of today's session was focused on discussions and analysis of this with check in from primary therapist Taylor Pfeifer, PT, DPT. Pt continues to have pain with most exercises but can complete all recommended reps of each. She is showing decent strength of the R LE and is most challenged with recent weight bearing exercises. Edocs will reflect all brought in paperwork today.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Short Term Goals:**
1: (1 Week) | Pt will be independent with initial home exercise program to progress towards discharge. |
2: (5 Weeks) | Pt will be able to ambulate without use of bilateral crutches. |
3: (5 Weeks) | Pt will improve her passive HF to 90 deg to progress towards improved functional mobility. |
**Long Term Goals:**
1: (10 Weeks) | Pt will be able to ascend/descend stairs with an alternating pattern. |
2: (10 Weeks) | Pt will improve her R hip active ROM to 115 deg to allow her to return to work with limited duty. |
Documentation was reviewed and approved by the therapist supervising treatment.

**Plan**

**Instructions:** Progressing Patient Next Visit

Chelsea Flack
*Initiated by Chelsea Flack on January 17, 2020 at 5:49 pm*

*Taylor Pfeifer PT. DPT. CSCS*

Taylor Mark Pfeifer, PT, DPT, CSCS
License #0016575
*Electronically Co-Signed by Taylor Mark Pfeifer, PT, DPT, CSCS on January 18, 2020 at 2:10 pm*

Powered by **WebPT**
**Lincoln/Mason 0904**

**Fyzical Therapy and Balance Centers - Falcon**
7622 McLaughlin Rd
Falcon, CO 80831-4710
Phone: (719)495-3133
Fax: (719)495-8685

**Daily Note /
Billing Sheet**


**FYZICAL**
Therapy & Balance Centers

Patient Name: Mason, Jan K.
Date of Birth:
Referring Physician(s): HUANG, MICHAEL J. MD
Surgery: (Date/Type) 12/09/2019 R hip scope with labral revision
Visit No.: 11
Insurance Name: KAISER PERMANENTE

Date of Daily Note: 01/20/2020
Injury/Onset/Change of Status Date: 12/13/2019
Diagnosis: ICD10: M25.151: Fistula, right hip
Date of Original Eval: 12/13/2019

Treatment Diagnosis: ICD10: M25.151: Fistula, right hip

## Subjective

Treatment Side: Right
Current Complaints / Gains: Pt states her goal was to be off of crutches today but she feels like she is no where near that right now. She states weight bearing right now has been excrutiating. She mentions she has been having strong pain in her L foot and her 3rd and 4th toes have been swollen and almost purple and she can't pull them up.

2-3/10 pain in hip, 7-8/10 pain level in her back
P1: Pain from s/p R hip scope with labral revision (12/9). Precautions: Pt is currently partial weight bearing at 30%. Hip immobilizer set to 30 deg hip flexion.
Before the injury/onset/change of status date, the patient was able to perform the following activities:
  Mobility: Walking & Moving Around:
Current Functional Limitations:
  Mobility: Walking & Moving Around:
Home Health Care: No
Medical History: High Blood Pressure, please see e-doc
Complicating/Personal Factors: Mechanism of injury/ Illness, Multiple Treatment Areas, Patient age
Mental Status/Cognitive Function Appears Impaired? No
  Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

Precautions       \*\*partial weightbearing at 30% and hip immobilizer at 30 deg hip flexion for 4 weeks.
                  No hip flexion past 90 deg and no excessive hip ER.

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 2 |

To improve hip ROM and mm activation:
-Sidestepping // Bars
-Mini Squat x10 // Bars
-Standing Hip 3 Way
-Semi Tandem Stance 3x30" ea
-Sit to Stands x20

25 mins

HELD:
-AAROM hip abd
-AAROM heel slides
-Supine hip IR/ER
-SAQ
-AAROM Strap Abd to 30
-Adduction Ball Squeeze x20
-SLR x20
-Tandem WB Rocking x20 ea // Bars
-Bilateral Ankle pumps
-Bilateral Quad sets
-Bilateral Glute sets

GP:97140        Manual Therapy                                                                1

To improve hip mobility:
-Passive hip ROM (avoided extension and excessive ER, flexion, and abd motion)
-Incision Site STM
-Glute/ITB STM

15 mins

CPT copyright 2019 American Medical Association. All rights reserved.

Powered by **WebPT**

Lincoln/Mason 0905

**Fyzical Therapy and Balance Centers - Falcon**
7622 McLaughlin Rd
Falcon, CO 80831-4710
Phone: (719)495-3133
Fax: (719)495-8685

**Daily Note /
Billing Sheet**

Patient Name: Mason, Jan K.
Date of Birth:
Document Date: 01/20/2020

## Assessment

**Assessment/Diagnosis:** Pt continues to have strong pain with all WB activities but does not request a rest break with these. Had pt practice ambulation with a STC cane today to try and facilitate heavier WB and she did well with this and plans to implement this with ambulation in the house. Upon observation of L foot, no strong notable edema and very slight darker discoloration to note. Pt can slightly extend the 3rd and 4th toes and is very TTP at the base of both of these. She is not able to sit for prolonged periods of time without strong pain and reports inability to tolerate LE elevation due to pain with this as well. Pt declined modalities post Tx.

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Short Term Goals:**

1: (1 Week) | Pt will be independent with initial home exercise program to progress towards discharge. |

2: (5 Weeks) | Pt will be able to ambulate without use of bilateral crutches. |

3: (5 Weeks) | Pt will improve her passive HF to 90 deg to progress towards improved functional mobility. |

**Long Term Goals:**

1: (10 Weeks) | Pt will be able to ascend/descend stairs with an alternating pattern. |

2: (10 Weeks) | Pt will improve her R hip active ROM to 115 deg to allow her to return to work with limited duty. |

Documentation was reviewed and approved by the therapist supervising treatment.

## Plan

**Instructions:** Progressing Patient Next Visit

Chelsea Flack
*Initiated by Chelsea Flack on January 20, 2020 at 5:14 pm*

*Kerri Anne Tiller*

Kerri Anne Tiller, PT, DPT
License #0012153
*Electronically Co-Signed by Kerri Anne Tiller, PT, DPT on January 23, 2020 at 8:39 am*

Powered by **WebPT**

**Lincoln/Mason 0906**

**Fyzical Therapy and Balance Centers - Falcon**
7622 McLaughlin Rd
Falcon, CO 80831-4710
Phone: (719)495-3133
Fax: (719)495-8685

**Daily Note /
Billing Sheet**

 **FYZICAL**
Therapy & Balance Centers

---

**Patient Name:** Mason, Jan K.
**Date of Birth:**
**Referring Physician(s):** HUANG, MICHAEL J. MD
**Surgery:** (Date/Type) 12/09/2019 R hip scope with labral revision
**Visit No.:** 12
**Insurance Name:** KAISER PERMANENTE

**Date of Daily Note:** 01/23/2020
**Injury/Onset/Change of Status Date:** 12/13/2019
**Diagnosis:** ICD10: M25.151: Fistula, right hip
**Date of Original Eval:** 12/13/2019

**Treatment Diagnosis:** ICD10: M25.151: Fistula, right hip

---

### Subjective

**Treatment Side:** Right
**Current Complaints / Gains:** Pt states her hip is still hurting but she is doing every thing she s supposed to at home even though it is really painful.

2-3/10 pain in hip, 7-8/10 pain level in her back
P1: Pain from s/p R hip scope with labral revision (12/9). Precautions: Pt is currently partial weight bearing at 30%. Hip immobilizer set to 30 deg hip flexion.
Before the injury/onset/change of status date, the patient was able to perform the following activities:
  **Mobility: Walking & Moving Around:**
**Current Functional Limitations:**
  **Mobility: Walking & Moving Around:**
**Home Health Care:** No
**Medical History:** High Blood Pressure, please see e-doc
**Complicating/Personal Factors:** Mechanism of injury/ Illness, Multiple Treatment Areas, Patient age
**Mental Status/Cognitive Function Appears Impaired?** No

  Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

---

### Objective

| Precautions | "partial weightbearing at 30% and hip immobilizer at 30 deg hip flexion for 4 weeks. No hip flexion past 90 deg and no excessive hip ER. | |
|---|---|---|
| **CPT® Code** | **Direct Timed Codes** | **Units** |
| GP:97110 | Therapeutic Exercise | 1 |

To improve hip ROM and mm activation:
-Sidestepping // Bars
-Mini Squat x10 // Bars
-Standing Hip 3 Way (held)
-Semi Tandem Stance 3x30" ea
-Sit to Stands x20

15 mins

HELD:
-AAROM hip abd
-AAROM heel slides
-Supine hip IR/ER
-SAQ
-AAROM Strap Abd to 30
-Adduction Ball Squeeze x20
-SLR x20
-Tandem WB Rocking x20 ea // Bars
-Bilateral Ankle pumps
-Bilateral Quad sets
-Bilateral Glute sets

| GP:97140 | Manual Therapy | 1 |

To improve hip mobility:
-Passive hip ROM (avoided extension and excessive ER, flexion, and abd motion)
-Incision Site STM
-Glute/ITB STM

15 mins

CPT copyright 2019 American Medical Association. All rights reserved

Powered by **WebPT**
**Lincoln/Mason 0907**

**Fyzical Therapy and Balance Centers - Falcon**
7622 McLaughlin Rd
Falcon, CO 80831-4710
Phone: (719)495-3133
Fax: (719)495-8685

**Daily Note /
Billing Sheet**

**Patient Name:** Mason, Jan K.
**Date of Birth:** /
**Document Date:** 01/23/2020

Objective Findings          "pt was 10 mins late to today's appt"

**Assessment**

**Assessment/Diagnosis:** Pt came into the clinic today using a STC and walking with very good form with this. She continues to have pain with WB activities but does not bear weight very much at home so we are trying to emphasize this in clinic at this time. Pt declined modalities post Tx.

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Short Term Goals:**

1: (1 Week) | Pt will be independent with initial home exercise program to progress towards discharge. |
2: (5 Weeks) | Pt will be able to ambulate without use of bilateral crutches. |
3: (5 Weeks) | Pt will improve her passive HF to 90 deg to progress towards improved functional mobility. |

**Long Term Goals:**

1: (10 Weeks) | Pt will be able to ascend/descend stairs with an alternating pattern. |
2: (10 Weeks) | Pt will improve her R hip active ROM to 115 deg to allow her to return to work with limited duty. |

Documentation was reviewed and approved by the therapist supervising treatment.

**Plan**

**Instructions:** Progressing Patient Next Visit

Chelsea Flack
*Initiated by Chelsea Flack on January 23, 2020 at 4:27 pm*

Kerri Anne Tiller

Kerri Anne Tiller, PT, DPT
License #0012153
*Electronically Co-Signed by Kerri Anne Tiller, PT, DPT on January 26, 2020 at 9:26 pm*

Powered by **WebPT**

**Lincoln/Mason 0908**

**Fyzical Therapy and Balance Centers - Falcon**
7622 McLaughlin Rd
Falcon, CO 80831-4710
Phone: (719)495-3133
Fax: (719)495-8685

**Daily Note /
Billing Sheet**


**FYZICAL**
Therapy & Balance Centers

Patient Name: Mason, Jan K.
Date of Birth:
Referring Physician(s): HUANG, MICHAEL J. MD
Surgery: (Date/Type) 12/09/2019 R hip scope with labral revision
Visit No.: 13
Insurance Name: KAISER PERMANENTE

Date of Daily Note: 01/27/2020
Injury/Onset/Change of Status Date: 12/13/2019
Diagnosis: ICD10: M25.151: Fistula, right hip
Date of Original Eval: 12/13/2019

Treatment Diagnosis: ICD10: M25.151: Fistula, right hip

## Subjective

Treatment Side: Right
Current Complaints / Gains: Pt states she was able to walk up stairs and see her son's room for the first time in a while. She reports still having very strong pain in the hip and low back however.

2-3/10 pain in hip, 7-8/10 pain level in her back
P1: Pain from s/p R hip scope with labral revision (12/9). Precautions: Pt is currently partial weight bearing at 30%. Hip immobilizer set to 30 deg hip flexion.
Before the injury/onset/change of status date, the patient was able to perform the following activities:
  Mobility: Walking & Moving Around:
Current Functional Limitations:
  Mobility: Walking & Moving Around:
Home Health Care: No
Medical History: High Blood Pressure, please see e-doc
Complicating/Personal Factors: Mechanism of injury/ Illness, Multiple Treatment Areas, Patient age
Mental Status/Cognitive Function Appears Impaired? No
  Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| Precautions | | Units |
|---|---|---|
| | **partial weightbearing at 30% and hip immobilizer at 30 deg hip flexion for 4 weeks. No hip flexion past 90 deg and no excessive hip ER. | |
| CPT® Code | Direct Timed Codes | |
| GP:97110 | Therapeutic Exercise | 2 |
| | To improve hip ROM and mm activation: -Sidestepping // Bars -Mini Squat x10 // Bars -Standing Hip 3 Way (held) -Semi Tandem Stance 3x30" ea -Sit to Stands x20 | |
| | 25 mins | |
| | HELD: -AAROM hip abd -AAROM heel slides -Supine hip IR/ER -SAQ -AAROM Strap Abd to 30 -Adduction Ball Squeeze x20 -SLR x20 -Tandem WB Rocking x20 ea // Bars -Bilateral Ankle pumps -Bilateral Quad sets -Bilateral Glute sets | |
| GP:97140 | Manual Therapy | 1 |
| | To improve hip mobility: -Passive hip ROM (avoided extension and excessive ER, flexion, and abd motion) -Incision Site STM -Glute/ITB STM | |
| | 15 mins | |

CPT copyright 2019 American Medical Association  All rights reserved.

Powered by **WebPT**
**Lincoln/Mason 0909**

**Fyzical Therapy and Balance Centers - Falcon**
7622 McLaughlin Rd
Falcon, CO 80831-4710
Phone: (719)495-3133
Fax: (719)495-8685

**Daily Note /
Billing Sheet**

**Patient Name:** Mason, Jan K.
**Date of Birth:**
**Document Date:** 01/27/2020

### Assessment

**Assessment/Diagnosis:** TTP to note in L groin area with STM from moderate to deeper pressure manual therapy due to increased tone. Pt instruction to use heat on this area to loosen the tissue and hopefully alleviate increased pain. Pt is showing good improvement in ability to bear weight in // bars and with balance. She declined modalities post Tx today.

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Short Term Goals:**
1: (1 Week) | Pt will be independent with initial home exercise program to progress towards discharge. |
2: (5 Weeks) | Pt will be able to ambulate without use of bilateral crutches. |
3: (5 Weeks) | Pt will improve her passive HF to 90 deg to progress towards Improved functional mobility. |

**Long Term Goals:**
1: (10 Weeks) | Pt will be able to ascend/descend stairs with an alternating pattern |
2: (10 Weeks) | Pt will improve her R hip active ROM to 115 deg to allow her to return to work with limited duty. |
Documentation was reviewed and approved by the therapist supervising treatment.

### Plan

**Instructions:** Progressing Patient Next Visit

*Chelsea Flack*

Chelsea Flack
Initiated by Chelsea Flack on January 27, 2020 at 4:40 pm

*Kerri Anne Tiller*

Kerri Anne Tiller, PT, DPT
License #0012153
Electronically Co-Signed by Kerri Anne Tiller, PT, DPT on January 30, 2020 at 10:55 am

Powered by **WebPT**

**Lincoln/Mason 0910**

**Fyzical Therapy and Balance Centers - Falcon**
7622 McLaughlin Rd
Falcon, CO 80831-4710
Phone: (719)495-3133
Fax: (719)495-8685

**Daily Note /
Billing Sheet**

 **FYZICAL**
Therapy & Balance Centers

Patient Name: Mason, Jan K.
Date of Birth:
Referring Physician(s): HUANG, MICHAEL J. MD
Surgery: (Date/Type) 12/09/2019 R hip scope with labral revision
Visit No.: 13
Insurance Name: KAISER PERMANENTE

Date of Daily Note: 01/29/2020
Injury/Onset/Change of Status Date: 12/13/2019
Diagnosis: ICD10: M25.151: Fistula, right hip
Date of Original Eval: 12/13/2019

Treatment Diagnosis: ICD10: M25.151: Fistula, right hip

### Subjective

Treatment Side: Right
Current Complaints / Gains: Pt reports to the clinic and states that she is walking a lot better, however, she is still feeling high levels of pain. Pt reports she has an MRI tomorrow on L hip.

2-3/10 pain in hip, 7-8/10 pain level in her back
P1: Pain from s/p R hip scope with labral revision (12/9). Precautions: Pt is currently partial weight bearing at 30%. Hip immobilizer set to 30 deg hip flexion.
Before the injury/onset/change of status date, the patient was able to perform the following activities:
   Mobility: Walking & Moving Around:
Current Functional Limitations:
   Mobility: Walking & Moving Around:
Home Health Care: No
Medical History: High Blood Pressure, please see e-doc
Complicating/Personal Factors: Mechanism of injury/ Illness, Multiple Treatment Areas, Patient age
Mental Status/Cognitive Function Appears Impaired? No
   Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

### Objective

| Precautions | No hip flexion past 90 deg and no excessive hip ER. | |
|---|---|---|
| CPT® Code | Direct Timed Codes | Units |
| GP:97110 | Therapeutic Exercise | 1 |

To improve hip ROM and mm activation:
-Self tennis ball R glute rolling
-Seated LAQ 2x20 each leg

10 mins

HELD:
-Sidestepping // Bars
-Mini Squat x10 // Bars
-Standing Hip 3 Way (held)
-Semi Tandem Stance 3x30" ea
-Sit to Stands x20
-AAROM hip abd
-AAROM heel slides
-Supine hip IR/ER
-SAQ
-AAROM Strap Abd to 30
-Adduction Ball Squeeze x20
-SLR x20
-Tandem WB Rocking x20 ea // Bars
-Bilateral Ankle pumps
-Bilateral Quad sets
-Bilateral Glute sets

| GP:97140 | Manual Therapy | 1 |
|---|---|---|

To improve hip mobility:
-Passive hip HS/ITB stretch (avoiding end ranges)
-Incision Site STM
-Glute/ITB STM

30 mins

CPT copyright 2019 American Medical Association. All rights reserved

**Fyzical Therapy and Balance Centers - Falcon**
7622 McLaughlin Rd
Falcon, CO 80831-4710
Phone: (719)495-3133
Fax: (719)495-8685

**Daily Note /
Billing Sheet**

**Patient Name:** Mason, Jan K.
**Date of Birth:**
**Document Date:** 01/29/2020

Post-Treatment                MHP R hip

## Assessment

**Assessment/Diagnosis:** Pt demonstrates R glute discomfort, which is consistent with tonic musculature. STM as well as heat was applied to the area and pt reports slight discomfort relief following. Pt was educated to perform self STM with a tennis ball at home to assist with mm tonicity.

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Short Term Goals:**

1: (1 Week) | Pt will be independent with initial home exercise program to progress towards discharge. |

2: (5 Weeks) | Pt will be able to ambulate without use of bilateral crutches. |

3: (5 Weeks) | Pt will improve her passive HF to 90 deg to progress towards improved functional mobility. |

**Long Term Goals:**

1: (10 Weeks) | Pt will be able to ascend/descend stairs with an alternating pattern. |

2: (10 Weeks) | Pt will improve her R hip active ROM to 115 deg to allow her to return to work with limited duty. |

## Plan

**Instructions:** Progressing Patient Next Visit

*Taylor Pfeifer PT, DPT, CSCS*

Taylor Mark Pfeifer, PT, DPT, CSCS
License #0016575
*Electronically Signed by Taylor Mark Pfeifer, PT, DPT, CSCS on January 29, 2020 at 3:25 pm*

Powered by **WebPT**

Lincoln/Mason 0912



# Billing Statement:

**RELEASEPOINT** ReleasePoint

**Invoice Date: 01/02/2020**           **Invoice #: 710977-1485**
**Liberty Mutual**

**Invoice for Requests for Medical Information completed between Dec 1 2019 and Dec 31 2019**

**LIBMT3**                                                    **Bill Code: LIBSFU**

| RP # Cust ID | Patient Name Provider Name | Status | Date Req By | RP Fee | Med Fee | Rush | QC Amt Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 6015227 9291624 | MASON, JAN K COLORADO SPRINGS ORTHO GROUP | Complete | 12/23/19 | 8.00 | 21.50 | 0.00 | 0.00 20 | **29.50** |

**ReleasePoint**

**405 W. Foothill Blvd.**                  **Total Amount Due:**           29.50
**Suite 204**
**Claremont, CA 91711**                    **Tax ID: 95-2843455**

**Lincoln/Mason 0914**

AT&T  7% 10:33 AM

← BenefitVerifi...  ⋮

 **Social Security Administration**

JAN K. MASON                                   Date: January 02, 2020

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Application for Benefits**

Our records show that an application for benefits has been filed. However, we have not yet finished working on the claim and at this time we cannot tell you whether or not benefits will be payable.

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local office at 1-888-880-0688. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
2306 E Pikes Peak Ave
COLORADO SPRINGS, CO 80909

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office

*Social Security Administration*

**Lincoln/Mason 0915**

**Medical Record Overview**

$\hspace{1cm}$ ReleasePoint

**Date:** **December 23, 2019**

**Patient Name:** MASON, JAN K

**Records From:** COLORADO SPRINGS ORTHO GROUP
4110 BRIAR GATE PKWY STE 300
COLORADO SPRINGS, CO
(719) 632-7669

**RP ID:** 6015227

**Client ID:** 9291624

**Source:** LIBMT3

**Request Scope:** From October 26, 2019 to Present

**Req By:**

**Chart Range:** 11/20/2019 - 12/13/2019

**SSN:**

|  |  |  |  | Starts on |
| --- | --- | --- | --- | --- |
| **Classification** | **From** | **To** | **Total** | **Page** |
| Progress Notes | Nov 20 2019 | Dec 13 2019 | 8 | 2 |
| Labs/Diagnostics | Dec 9 2019 | Dec 9 2019 | 7 | 10 |
| Request Corr. |  |  | 5 | 17 |

**Total Page Count:** 20

**Notes From QC:**

**Lincoln/Mason 0916**

Progress Notes - 12/13/2019          38          (11/20) 12/20/2019 07:53:32 AM -0700

From HylaFAX Enterprise     Mon 16 Dec 2019 12:41:36 AM UTC          Page 2 of 4

Fyzical Therapy and Balance Centers - Falcon
7622 McLaughlin Rd
Falcon, CO 80831-4710
Phone: (719)495-3133
Fax: (719)495-8685

**Physical Therapy
Initial
Examination**

 FYZICAL

Patient Name: Mason, Jan K.
Date of Birth:
Referring Physician(s): HUANG, MICHAEL J. MD
Surgery: (Date/Type) 12/09/2019 R hip scope with labral revision
Treatment Diagnosis: ICD10: M25.151: Fistula, right hip

Date of Initial Examination: 12/13/2019
Injury/Onset/Change of Status Date: 12/13/2019
Diagnosis: ICD10: M25.151: Fistula, right hip
Visit No.: 1

### Subjective

Treatment Side: Right
History of Present Condition/Mechanism of Injury: Pt reports to the clinic s/p R hip scope with labral reconstruction (12/9). Pt had a previous labrum reconstruction on (4/12); this previous surgery failed and recently underwent a revision. Pt was not provided with a specific protocol besides restrictions noted in Edocs. Please reach out to surgeon to attain a protocol.

Pt has a past hx of SIJ fusion.

Primary Concern/Chief Complaint: P1: Pain from s/p R hip scope with labral revision (12/9). Precautions: P1 is currently partial weight bearing at 30%. Hip immobilizer set to 30 deg hip flexion.
Before the injury/onset/change of status date, the patient was able to perform the following activities:
  Mobility: Walking & Moving Around:
Current Functional Limitations:
  Mobility: Walking & Moving Around:
Pain Location: anterior R hip
  Pain Scale: Worst: 4 Best: 0 Current: 2
  Pain Follow-up Plan: Monitor each session
Home Health Care: No
Medical History: High Blood Pressure, please see e-doc
Complicating/Personal Factors: Mechanism of injury/ illness, Multiple Treatment Areas, Patient age
Medical History Review: The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
Mental Status/Cognitive Function Appears Impaired? No
Current Medications: Prescription, Over The Counter
  See edocs
  Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.
Patient Goals: Pt wishes to return to every day life pain free.

### Objective

#### Inspection

Body Mass Index
| | |
|---|---|
| Weight | 150 |
| Height | 66 |
| Units | lbs/in |
| Index | 24.21 |

#### Outcome Measurement Tools

Lower Extremity
| | |
|---|---|
| Lower Extremity Functional Scale | See edocs/80 |

#### Observation

| | |
|---|---|
| WB Status | PWB |
| Compliant with WBing Restrictions? | Yes |

Assistive Device
| | |
|---|---|
| Type | FW Walker |

Powered by WebPT

**Lincoln/Mason 0917**

Progress Notes - 12/13/2019          38                    (12/20) 12/20/2019 07:54:24 AM -0700

From HylaFAX Enterprise     Mon 16 Dec 2019 12:41:36 AM UTC          Page 3 of 4

**Fyzical Therapy and Balance Centers - Falcon**
7622 McLaughlin Rd
Falcon, CO 80831-4710
Phone: (719)495-3133
Fax: (719)495-3685

**Physical Therapy
Initial
Examination**

Patient Name: Mason, Jan K.
Date of Birth:
Document Date: 12/13/2019

| Hand Used | Bilateral |

**Comments**     Pt is wearing a hip immobilizer set to 30 deg hip flexion

**Range of Motion**

| Hip PROM | Right | Left |
|----------|-------|------|
| Flexion | 70° | Not Tested |
| Abduction | 5° | Not Tested |

**Comments**     Full hip ROM measurements were not attained due to acuteness of surgery and pain

**Strength**

**Gross Muscle Tests Lower**

**Comments**     R LE strength not tested due to to WBing precautions.

**Palpation**

**Comments**     TTP R glute max and quad.

**Assessment**

**Assessment/Diagnosis:** Pt is a 47 y/o female who is s/p R hip labrum reconstruction. Pt is currently PWBing and is wearing a hip immobilizer set to 30 deg. Pt demonstrates sxs consistent with post-op labral repair. Pt will benefit from skilled PT to return her to pain free functional mobility within protocol.
**Patient Clinical Presentation:** The clinical presentation is evolving with changing characteristics.
**Patient Education:** HEP, role of PT, and prognosis.
**Patient Demonstrates Compliance with Prescribed HEP**
Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient (parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current treatment plan.
**Rehab Potential:** Good
**Contraindications to Therapy:** None
**Short Term Goals:**
1: (1 Week) | Pt will be independent with initial home exercise program to progress towards discharge.
2: (5 Weeks) | Pt will be able to ambulate without use of bilateral crutches.
3: (5 Weeks) | Pt will improve her passive HF to 90 deg to progress towards improved functional mobility.
**Long Term Goals:**
1: (10 Weeks) | Pt will be able to ascend/descend stairs with an alternating pattern.
2: (10 Weeks) | Pt will improve her R hip active ROM to 115 deg to allow her to return to work with limited duty.

Powered by *WebPT*

**Lincoln/Mason 0918**

Progress Notes - 12/13/2019                38                 (13/20)  12/20/2019  07:55:07 AM -0700

From HylaFAX Enterprise        Mon 16 Dec 2019 12:41:38 AM UTC              Page 4 of 4

| Fyzical Therapy and Balance Centers - Falcon<br>7622 McLaughlin Rd<br>Falcon, CO 80831-4710<br>Phone: (719)495-3133<br>Fax: (719)495-8685 | **Physical Therapy<br>Initial<br>Examination** | Patient Name: Mason, Jan K.<br>Date of Birth:<br>Document Date: 12/13/2019 |

**Plan**
Frequency: 1-2 times a week
Duration: 16
Plan:  Begin Plan as Outlined
Treatment to be provided:
Procedures
Therapeutic Exercises, Therapeutic Activity, Gait Training, Neuromuscular Rehabilitation, Manual Therapy, Massage, Splinting/
Taping, Patient Education

Modalities
Electrical Stimulation, Ultrasound/Phonophoresis, Cryotherapy, Hot Packs

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary
by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through
written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan
indicated above.

Thank you for this referral. If you have questions regarding this       Please sign and return: Fax#: (719)495-8685
plan of care, please contact me at (719)495-3133.

                                                                        I certify the need for these services furnished under this plan of
                                                                        treatment and while under my care.

                                                                        ___I have no revisions to the plan of care.
                                                                        ___Revise the plan of care as follows_____
*Taylor Pfeifer PT. DPT. CSCS*                                          _____

Taylor Mark Pfeifer, PT, DPT, CSCS
License #0016575                                                        Physician Signature_____
*Electronically Signed by Taylor Mark Pfeifer, PT, DPT, CSCS on December 16,*                      M. J. HUANG, MD
*2019 at 5:41 pm*
                                                                        Date: 12/16/19      Time:_____

                                                                                            Powered by *WebPT*

**Lincoln/Mason 0919**

Progress Notes - 12/10/2019            38                  (6/20) 12/20/2019 07:50:46 AM -0700



**North Campus**
4110 Briargate Parkway, Suite 300
Colorado Springs, CO 80920
Phone: 719-632-7669
Fax: 719-632-0088

**Colorado Springs**
**Orthopaedic Group**
www.csog.net

**South Campus**
1259 Lake Plaza Drive, Suite 100
Colorado Springs, CO 80906
Phone: 719-632-7669
Fax: 719-632-0088

Patient Name: Jan K Mason, 505296         Encounter Date: 12/10/2019          Date of Birth:

## Subjective

Jan is a 47 year old male who presents today with her husband 1 day status post right hip labral reconstruction using allograft from 9:00 to 4:00 location, chondroplasty, debridement/shaving acetabulum, labral repair at 4:00 and 9:00 location, arthroscopic acetabuloplasty, arthroscopic femoroplasty, osteoplasty to remove cam lesion, synovectomy, capsular closure/plication this was performed on 12/09/2019. Overall, the patient's pain is well controlled. They present today utilizing the post operative crutches and brace, as instructed. Patient denies calf pain or cramping bilaterally, numbness or tingling distally. They deny nausea, vomiting, fever, chills, shortness of breath, chest pain, or abdominal pain.

Date of Surgery: 12/09/2019

**Surgical Procedure:** Right hip labral reconstruction using allograft from 9:00 to 4:00 location, chondroplasty, debridement/shaving acetabulum, labral repair at 4:00 and 9:00 location, arthroscopic acetabuloplasty, arthroscopic femoroplasty, osteoplasty to remove cam lesion, synovectomy, capsular closure/plication

## Right Hip/Pelvis Examination

The right hip wounds are intact with minimal drainage. Mild swelling as expected. Patient has normal sensibility to moving light touch over the superficial peroneal, deep peroneal and tibial nerve distributions. The patient is able to fire EHL, tibialis anterior, gastrocsoleus, peroneals. Dorsalis pedis pulse, 2+.

## Diagnosis Codes:
M24.151 Other articular cartilage disorders, right hip
**Impression:**
1 day status post right hip labral reconstruction using allograft from 9:00 to 4:00 location, chondroplasty, debridement/shaving acetabulum, labral repair at 4:00 and 9:00 location, arthroscopic acetabuloplasty, arthroscopic femoroplasty, osteoplasty to remove cam lesion, synovectomy, capsular closure/plication.

## Treatment Plan:
We reviewed arthroscopic findings. We discussed the physical therapy program, which was initiated today. The patient will continue with crutch and brace usage as instructed. We discussed wound care. Followup in 2 weeks for wound check. All questions were answered.
Patient was provided with patient education on NSAIDs.
Patient to return in 2 weeks for follow up.

## Clinical Quality Reporting:
A stretching regimen was recommended to the patient.

Electronically signed by: Michael Huang, M.D.
Date: 12/10/2019 Time: 11:14 AM

**ELECTRONICALLY SIGNED BY Michael Huang, M.D.**

1 of 2

**Lincoln/Mason 0920**

Progress Notes - 12/10/2019                    38                    (7/20) 12/20/2019 07:51:31 AM -0700

**North Campus**
4110 Briargate Parkway, Suite 300
Colorado Springs, CO 80920
Phone: 719-632-7669

Fax: 719-632-0088



**Colorado Springs
Orthopaedic Group**

www.csog.net

**South Campus**
1259 Lake Plaza Drive, Suite 100
Colorado Springs, CO 80906
Phone: 719-632-7669

Fax: 719-632-0088

Patient Name: **Jan K Mason, 505296**          Encounter Date: **12/10/2019**          Date of Birth:

CC: Copies sent along with cover letter sent to the patient's primary care physician.

**ELECTRONICALLY SIGNED BY Michael Huang, M.D.**

2 of 2

**Lincoln/Mason 0921**

Progress Notes - 11/20/2019                38                (8/20) 12/20/2019 07:51:48 AM -0700



**North Campus**
4110 Briargate Parkway, Suite 300
Colorado Springs, CO 80920
Phone: 719-632-7669
Fax: 719-632-0088

**Colorado Springs Orthopaedic Group**
www.csog.net

**South Campus**
1259 Lake Plaza Drive, Suite 100
Colorado Springs, CO 80906
Phone: 719-632-7669
Fax: 719-632-0088

Patient Name: **Jan K Mason, 505296**    Encounter Date: **11/20/2019**    Date of Birth:

## Chief Complaint

## History of Present Illness

Jan comes in for followup with continued chronic pain. It is in the lower back. It is in the right hip and she actually is scheduled December 9 for a cadaveric labrum repair with Dr. Huang. She had a primary labral repair that did not take.

In addition, she has been dealing with the stimulator. She had a successful Boston Scientific spinal cord stimulator trial. She is trying to get trial with Stimwave but this has not been approved.

## Medical History

**Medical Conditions:** Hypertension
**Surgical History:** Tubal 1994; Rhinoplast 2008
**Orthopedic Surgical History:** Right SI Fusion
**Current Medications:** Claritin 10 mg tablet 1 oral, Ambien 5 mg tablet 1 oral, metoprolol succinate ER 50 mg tablet,extended release 24 hr 1 Tb24 oral, losartan 50 mg tablet 1 oral, indomethacin 50 mg capsule 1 by mouth BID Take with food.
**Medication and Allergic Reactions:** No known allergies
**Family History:** No significant family history
**Personal and Social History:**
Patient has children, denies tabacco, marijuana, and alcohol use

## Review of Systems

**Constitutional:** Denies any unplanned weight loss, loss of appetite or fatigue.
**Eyes:** Denies any blurred vision, double vision or vision loss.
**Ear/Nose/Throat:** Denies any hearing loss, hoarseness or trouble swallowing.
**Cardiovascular:** Denies any chest pain or palpitations.
**Allergy:**
**Respiratory:** Denies any chronic coughing, pneumonia or shortness of breath.
**Gastrointestinal:** Admits constipation.
**Genitourinary:** Denies any painful urination, blood in urine or kidney problems.
**Musculoskeletal:**
**Skin:** Denies any rashes, skin ulcers, lumps or psoriasis.
**Neurological:** Denies any frequent falls, loss of coordination, numbness, dizziness, change in bowel and bladder function.
**Psychiatric:** Denies any depression, drug or alcohol addiction or sleeping disorders.

**ELECTRONICALLY SIGNED BY Roger Sung, M.D.**

1 of 3

**Lincoln/Mason 0922**

Progress Notes - 11/20/2019                38                (9/20) 12/20/2019 07:52:26 AM -0700

**Patient Name:** Mason, Jan K
**DOB:**

**Hematological:**Denies any bleeding problems, easy bruising or anemia.

**Vital Signs:** Height: 5ft 8.00in, Weight: 180lbs BMI 27.37

## Thoracic Spine Examination

1. Constitutional:
• Vitals: Height 5 feet 8 inches, weight 180 pounds, respirations not labored.
• General appearance: Well developed, well nourished, with normal grooming.

2. Psychiatric
• Patient is oriented to time, place, person.
• Patient's memory is within normal limits.
• Mood and affect are appropriate.

3. Skin
• General Inspection shows no visible rashes, lesions, ulcers.
• Palpation shows no tightness, induration, nodules.

4. ENT
• External inspection reveals normal appearance and no visible scars.
• Hearing is normal to varying sounds.

5. Musculoskeletal
• Station and gait are normal.
• Motor strength is intact with no obvious atrophy.
• Spine has normal ROM without crepitation. There is normal alignment and no pain to palpation.

6. Neurologic
• Reflexes are intact.
• Sensation is intact to light touch.

The physical examination includes the above body areas and defines normal parameters. For this patient the above detailed examination is within normal limits for all listed elements with exceptions and pertinent additional positive findings listed below:

She is tender diffusely across her buttocks, lower back, and not specific to the sacroiliac (SI) joints.
## Lumbar Spine Examination

**Imaging Orders:** 2 views of the thoracic spine were ordered, obtained and interpreted from an orthopedic standpoint. 2 views of the lumbar spine were ordered, obtained and interpreted from an orthopedic standpoint.
**Thoracic Spine Xrays:**X-rays, 2 views thoracic were reviewed. There are no severe abnormalities in her thoracic spine.
**Lumbosacral Spine Xrays:**X-rays, 2 views lumbar were reviewed. There are multiple levels of lumbar degeneration.

**Diagnosis Codes:**
M54.6 Pain in thoracic spine, M54.5 Low back pain, M51.36 Other intervertebral disc degeneration, lumbar region, M54.30

ELECTRONICALLY SIGNED BY Roger Sung, M.D.

2 of 3

**Lincoln/Mason 0923**

Progress Notes - 11/20/2019                    38                          (10/20) 12/20/2019 07:53:06 AM -0700

**Patient Name:** Mason, Jan K
**DOB:**

Sciatica, unspecified side
**Impression:**
1. Chronic pain syndrome and sciatica.
2. Status post right sacroiliac (SI) joint fusion, 12/18/2017.
3. Status post motor vehicle accident (MVA).

**Treatment Plan:**
She is scheduled for her hip surgery with Dr. Huang on December 9. She is very interested in the Stimwave. I explained that I am not going to put in a Stimwave implant without a Stimwave trial and currently this has been denied by her insurance. I told her that if she would like to go ahead with Boston Scientific that is reasonable as she has had a successful trial with Boston Scientific. She understands this. She is going to go through the hip surgery and she will set up a followup appointment when it is time. A total of 25 minutes were spent with the patient today with greater than 50% of that time spent in counseling and coordination of care.

**Clinical Quality Reporting:**
The patient has received the influenza vaccination.

Electronically signed by: Roger Sung, M.D.
Date: 11/24/2019 Time: 5:17 AM

CC: Copies sent along with cover letter sent to the patient's primary care physician. A copy of the office visit notes will be forwarded to the patient's referring physician.

**ELECTRONICALLY SIGNED BY Roger Sung, M.D.**

3 of 3

**Lincoln/Mason 0924**

ORTHOPAEDIC & SPINE CENTER OF SOUTHERN COLORADO
OPERATIVE REPORT
December 9, 2019

PATIENT NAME: Jan Mason
PATIENT ID: 11142
DATE OF BIRTH:

PREOPERATIVE DIAGNOSIS:
1. Right hip labral tear, recurrent
2. Right hip impingement, mixed type

POSTOPERATIVE DIAGNOSIS:
1. Right hip recurrent labral tear, with extensive degeneration and dislocation into the joint and multiple secondary tears. Labrum also demonstrated area of ossification
2. Right hip impingement, cam type and pincer type
3. Right hip chondromalacia, grade 3
4. Right hip synovitis

PROCEDURES PERFORMED:
1. Right hip labral reconstruction using allograft from 9:00 to 4:00 location
2. Right hip chondroplasty, debridement/shaving acetabulum
3. Right hip labral repair at 4:00 and 9:00 location
4. Right hip arthroscopic acetabuloplasty
5. Right hip arthroscopic femoroplasty, osteoplasty to remove cam lesion
6. Right hip synovectomy
7. Right hip capsular closure/plication

SURGEON: Michael J. Huang, MD

ASSISTANT: Kristen Reiss, PA-C; Jennifer Wages, Certified Surgical Assistant

ANESTHESIOLOGIST: Dr. Kolz

ANESTHESIA: General only

IMPLANTS USED:
1. Arthex biocomposite suturetak 3.0, total number: 6
2. Arthex biocomposite suturetak 2.4, total number: 1
3. Arthrex bio composite suture tack 3.0, total number: 1

SURGICAL FIRST ASSISTANT: Due to the complexity of this case, the skilled assistance of the above documented surgical first assist was necessary for the successful completion of this case. This person was essential for proper patient

**Lincoln/Mason 0925**

positioning (including obtaining adequate lower extremity traction), manipulation of instruments, proper surgical exposure, manipulation of tissue and arthroscopic visualization, wound closure, and implant management. In addition, the surgical first assistant was required for labral graft preparation.

FINDINGS:
1. Femoral head chondral surfaces intact
2. Acetabular chondral surfaces demonstrated significant chondral flap tear between 11:00 and 1:00 location. This was a grade 3 lesion with multiple unstable flap tears measuring 20 mm medial to lateral by 5 mm peripheral to central
3. Ligamentum teres intact
4. Recurrent pincer lesion at the 11:00 to 2:00 location.
5. Recurrent cam lesion femoral head-neck junction (hip impingement)
6. Diffuse synovitis
7. Labral tearing was identified between 10:00 and 3:00 location. The labrum was yellow, degenerative, and dislocated within the joint. There was significant scarring between the capsule and the labrum itself. After the scarring was removed, the labrum itself was identified and found to be partially ossified.

INDICATIONS: This is a 47-year-old female with recurrent right hip pain. She underwent previous right hip arthroscopic labral repair in April 2019. She initially did very well after surgery but then began to have recurrent pain in the groin but also posteriorly in the buttock. She is also managed by our spine colleagues as well. She has had increasing pain with any hip range of motion but acutely worsen with sitting type activities. She has tried rest, activity modification, physical therapy and despite all this, continues to have significant pain with even any type of activity level. X-rays demonstrated well-preserved joint spaces without fracture or dislocation, Tonnis grade 0. Repeat MRI arthrogram from October 2019 demonstrates previous acetabuloplasty and femoroplasty. Along the anterior superior aspect of the labrum, it was extremely diminutive implanted consistent with possible irregular tear. I had a lengthy discussion with the patient regarding options, which include continued conservative management versus consideration of possible surgical intervention including the possibility of diagnostic arthroscopy, possible labral debridement with repair and possible reconstruction, synovectomy, chondroplasty if needed, osteoplasty, possible acetabuloplasty. Because of the patient's failure to respond to nonsurgical management, the patient elected to proceed forward with surgery. The patient voiced understanding of the nature of the surgery, rehabilitation required, limitations of surgery.

CONSENT:

I discussed the risks, benefits, alternatives to the proposed surgery. The risks include but are not limited to anesthesia, death, myocardial infarction,

**Lincoln/Mason 0926**

Labs/Diagnostics - 12/09/2019          38                    (16/20) 12/20/2019 07:57:07 AM -0700

thromboembolic disease, infection, neurologic injury, vascular injury, persistent
pain, persistent dysfunction, need for future surgery. In addition, specific risks
associated with hip arthroscopy include pudendal nerve injury, injury to the sciatic
nerve or its terminal branches, extravasation of fluid into the pelvis or abdomen. In
addition, the patient understands that in order to recreate the hip labrum, we
typically use allograft which does come with slight increase risk of disease
transmission and possible failure. The patient signed an informed consent form.

PROCEDURE:

The patient was identified by myself in the pre-operative holding area where
the appropriate extremity was identified and marked with an indelible sterile pen.
The patient was transported to the operative suite and place supine on the
operative table. General anesthesia was induced without complication. Well
padded boots were applied to bilateral lower extremities and the patient was
brought distally onto a wide padded perineal foam post. Gentle traction and counter
traction were applied to the lower extremities until we achieved approximately
10mm of distraction at the operative hip joint. This was confirmed under
fluoroscopic guidance. The hip was internally rotated and the joint flexed slightly.

The operative hip was prepped and draped in the usual standard fashion.
Pre-operative antibiotics were administered and confirmed within 60 minutes of
incision. A multidisciplinary surgical timeout was performed to confirm the
appropriate hip.

A standard anterolateral portal was created approximately 1cm proximal
and anterior to the tip of the greater trochanter. A second distal lateral (mid-
anterior) portal was made under needle localization approximately 6-7cm distal and
anterior to the first portal. A capsulotomy was made between the two portals using
a curved beaver blade by alternating between the portals. A diagnostic arthroscopy
was carried out and the findings are listed above in the findings paragraph.

A synovectomy posteriorly and laterally was carried out using the 4.2,
oscillating shaver through the anterolateral portal. Once this was completed, the
shaver was alternated into the mid anterior portal and a synovectomy completed
medially and anteriorly.

The labrum was significantly scarred into the capsule and bruised and
demonstrated multiple longitudinal tears upon probing. Upon further probing, we
identified multiple areas of intrasubstance tearing. The labrum itself was yellow,
bruised, and degenerative. Furthermore, after removing the devitalized portion of
the labrum using the shaver, we identified a significant portion of the labrum
between 11:00 and 1:00 location that was partially ossified. Because of these issues,
we felt labral reconstruction was reasonable rather than repair of this poor quality
tissue. Therefore, the labrum was removed sequentially using the biter device
alternating with shaver.

**Lincoln/Mason 0927**

Labs/Diagnostics - 12/09/2019          38                    (17/20) 12/20/2019 07:57:59 AM -0700

Once the labrum was adequately debrided, we identified a chondral lesion, grade 3, of acetabular cartilage between 11:00 and 1:00 location. The loose, displaceable flap tear was removed using the 4.2 oscillating shaver. We also exchanged the shaver for a curved Lanza shaver which allowed us to complete our chondroplasty, debridement and shaving in this location debriding the cartilage back to a stable margin. Upon probing, there is still remaining cartilage in this lesion and therefore no microfracture was needed.

Further evaluation of acetabular rim after labral was debrided demonstrated significant acetabular bony prominence. This is consistent with pincer type impingement and consistent with her preoperative imaging. We therefore proceeded towards acetabuloplasty removing this ossification and in preparation for labral reconstruction. We performed an acetabuloplasty resecting approximately 3.5 mm of bone between 11:00 and 2:00 location to remove this pincer lesion and also to create a healthy bleeding bony surface. This was accomplished using the curved 4.5 bur alternating between both portals.

We did identify a labral tear at the 9:00 location and at 4:00 with good native labral tissue. Because of this, we did proceed forward with primary labral repair in these 2 locations. We prepared the acetabular bone using the 4.5 bur to create a diffuse bony bleeding surface. A double loaded 2.4 bio composite suture tack anchor was placed at the 9:00 location. One of the sutures was placed around the labral tissue and a sliding locking Weston knot was used to secure the labral tissue to the acetabular rim completing her primary labral repair in this location. The remaining suture was used to finalize the allograft at this location later in the case. We repeated this process for a another 2.4 anchor at the 4:00 location, but it pulled out and therefore it was replaced with a double loaded 3. 0 suture tack anchor. Again a single limb a suture was wrapped around the labral tissue in this location so we could prepare the native labrum in this location.

At this point in time, the traction was released and the hip flexed. We examined the femoral head neck junction and as predicted based on our preoperative x-rays, there was a small residual cam lesion. This was addressed using the 4.5 curved bur resecting the excess bone from medial to lateral and proximal to distal. We recreated the femoral head neck offset using the bur. Once we were satisfied with the resection, we took fluoroscopic imaging in both the frog-leg lateral view as well as AP view to confirm adequate osteoplasty.

On the back table, a fascia lata allograft had been thawing in antibiotic solution. It was then opened and placed flat on a metal surface. We then cut excessive tissue creating a rectangular piece of allograft. This tissue was then rolled in a very tight fashion to create a 5.5 mm diameter tubular graft. There was a lead suture placed at the tail end of the graft consisting of #2 FiberWire. The remainder of the graft was tubularized using 2-0 Vicryl suture. After adequate preparation, we placed the graft under tension and wrapped in a moist sponge until ready for implantation.

**Lincoln/Mason 0928**

Attention was turned back to the acetabulum. We created a third and fourth portal under needle localization. A fourth portal was a posterior portal and it was dilated and a 7 mm cannula was placed in this location. Traction was replaced onto the lower extremity. We then placed six 3.0 knotless suture tack anchors between the 2 previously placed 2.4 mm anchors. These 3.0 anchors were placed at 10:00, 11:00, 12:00, 1:00, 2:00, and 3:00 locations. Next, we passed the graft into the joint using the trail sutures, feeding them between the mid anterior portal and the posterior portal. This allowed us to feed the entirety of the graft across the joint. We then secured the graft medially using the final suture of the 3.0 loaded suture tack anchor. This opposed the medial border of the graft to the acetabular rim in this location. Next, we sequentially placed the 3.0 working suture around the labrum at each location. The sutures were then used to sequentially oppose the fascia lata graft to the acetabular rim proceeding from medial to lateral. During this process, tension was applied to the graft laterally. Once all of the 3.0 knotless suture tack sutures had been placed around the graft, we had one final suture remaining at the 9:00 location. A bird beak was used to pass the final suture from the last 2.4 double-ended suture tack anchor around the graft and the native labrum. A sliding locking Weston knot with 3 alternating half hitches was used to secure the graft in this final location. Once we were satisfied with adequate tensioning and length, we cut the remaining graft and the remainder of the graft was removed out of the hip. In total the graft that we placed was approximately 70 mm in length.

We released traction again and flexed the hip to tested dynamically and to assess the hip joint seal. We tested the hip dynamically by flexing it past 90 degrees with internal and external rotation, abduction, and abduction. We did not feel that there was any further evidence of any bony impingement. The joint was copiously lavaged in order to remove any bony debris.

At this point, the capsule was closed and plicated using #2 Vicryl suture. This is accomplished medially proceeding laterally using a suture lasso device alternating with a bird beak. The sutures were placed from the distal leaflet through the proximal leaflet of the capsule. It was then secured using a sliding locking Weston knot with 3 alternating half hitches with the knot placed on the capsular side of the repair. Excess suture was cut and removed completing our capsular closure.

All instruments were removed and the wounds irrigated and closed in a sterile fashion. Sterile dressings were applied and the patient awakened and transported to the recovery room in stable condition. All sponge, needle, instrument counts were correct at the end of the case. Please note that throughout the case, the intra-abdominal pressure was palpated every 15-20 minutes and there was no notable increase in pressure throughout the duration of the procedure.

POSTOPERATIVE PLAN:

1. Thromboembolic prophylaxis including aspirin, sequential compression devices, and early mobilization
2. Pain control

**Lincoln/Mason 0929**

3.  30% PWB for 4 weeks on operative extremity

_____

Michael Huang, MD

Dictated and transcribed 6:00 PM December 9, 2019 by Michael Huang, MD

**Lincoln/Mason 0930**

Labs/Diagnostics - 12/09/2019          38                    (20/20) 12/20/2019 08:00:03 AM -0700

ORTHOPAEDIC & SPINE CENTER OF SOUTHERN COLORADO
RADIOLOGY REPORT
December 9, 2019

PATIENT NAME: Jan Mason
PATIENT ID: 11142
DATE OF BIRTH:

RADIOLOGY REPORT:
Multiple views of the right hip were obtained during the surgery. In the oblique view, the hip was evaluated in internal rotation, neutral, and external rotation. In the AP view, the hip was again evaluated in internal rotation, neutral, and external rotation. These views demonstrated adequate restoration of the femoral head-neck offset confirming completed osteoplasty. No fracture or dislocation.

_____

Michael Huang, MD

Dictated and transcribed 6:01 PM December 9, 2019 by Michael Huang, MD

**Lincoln/Mason 0931**

Request Corr.                    38                         (1/20) 12/20/2019 07:47:54 AM -0700



# Colorado Springs Orthopaedic Group

# FAX

Date:    12/20/2019 07:46:59 AM

Subject:  COMPLETED RECORD REQUEST-MED REC-LINC

To:  Linconl Financial                          From:  D, Cheryl

Organization:  Linconl Financial               Organization:  Colorado Springs Orthopaedic (

Fax Number: 12138844921                        Fax Number: _____

Phone Number: _____              Phone Number: _____

                                               Email: _____

Number of Pages: 19

Comments:

 records request Claim # 991624-6015227

FAX CONFIDENTIALITY STATEMENT

The information contained in this facsimile transmission is intended solely for the addressee(s) named above and is privileged and/or confidential.
If the reader of this message is not the intended recipient or the person responsible to deliver it to the intended recipient, you are prohibited from
reading or disclosing the information in this transmission. Any examination, use, dissemination, distribution or copying of this communication is
strictly prohibited. If you have received this communication in error, please notify us immediately by telephone for instructions.

Sent by Multi-Tech Systems
FaxFinder

If you received this fax in error, or would like to opt-out, please call  719-632-7669          , fax  719-632-0088
or email  info@csog.net

**Lincoln/Mason 0932**

Request Corr.                    38                    (2/20) 12/20/2019 07:48:24 AM -0700

From WFI Incorporated 1.626.628.9628 Wed Dec 18 15:25:44 2019 MST Page 1 of 5

**Lincoln** Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

COLORADO SPRINGS ORTHO GROUP
4110 BRIAR GATE PKWY STE 300
ATTN: MEDICAL RECORDS
COLORADO SPRINGS, CO  80920

Date:   Dec 18, 2019

Re:  Long Term Disability Benefits
Claim# 9291624          6015227
Claimant:  MASON, JAN K
Claimant DOB:
Provider Portal:  https://portal.releasepoint.com
Access Key:  210222

**NOTES ATTACHED**

Dear   Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
From October 26, 2019 to Present
DR. ROGER SUNG, DR. MICHAEL HUANG, DR. JAMES BEE, DR. TYLER BRAUN All records- Seen By: COLORADO SPRINGS ORTHO GROUP

We ask that you provide this information within a week of the date of this mailing.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (213) 884-4921     or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due.  If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc.  Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
 Danielle Anne Salangsang
Disability Information Specialist
Phone No.:   (213) 266-5038
Fax No:   (213) 884-4921



**Lincoln/Mason 0933**

Request Corr.                    38                    (3/20) 12/20/2019 07:49:04 AM -0700

From WFI Incorporated 1.626.628.9628 Wed Dec 18 15:25:44 2019 MST Page 2 of 5

---

## Authorization for Release of Protected Health Information

**PATIENT NAME:** MASON, JAN K

**DATE OF BIRTH:** _

I hereby authorize use or disclosure of **protected health information** (PHI) about me as described below.

1. The following persons or entities are authorized to *disclose PHI* about me: (Physician or Facility Name)
   COLORADO SPRINGS ORTHO GROUP

2. The following person (or class of persons) *may receive* protected health information about me:
   Lincoln Financial Group (c/o ReleasePoint)
   PO Box 1390
   St. Peters   MO     63376

3. The specific information that should be disclosed is: (i.e. medical records, lab results, etc.  Please give dates of service):
   From October 26,2019 to present

4. I may **revoke** this authorization any time by notifying **ReleasePoint** in writing of my desire to revoke it.  However, I understand that any action already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.

5. I understand that the medical provider to whom this authorization is furnished may not condition its treatment of me on whether or not I sign the authorization.

6. If this authorization is used for disclosure to someone other than the party listed above, PHI used or disclosed may be subject to re-disclosure by the recipient, in which case it is no longer protected under the HIPAA privacy rule.  Any information we receive is protected under the HIPAA privacy rule.

*ReleasePoint/WFI:  HIPAA compliant authorization version 1.2012*

**Lincoln/Mason 0934**

Request Corr.                    38                    (4/20) 12/20/2019 07:49:43 AM -0700

From WFI Incorporated 1.626.628.9628 Wed Dec 18 15:25:44 2019 MST Page 3 of 5

7. I understand that the purpose of this authorization is to either determine eligibility for enrollment for insurance, or to authorize the release of health information so that a determination of coverage regarding a claim for specified benefits can be made. Because this authorization is a condition of enrollment for insurance, the effect of declining the authorization can result in your application for coverage being declined. If this authorization is for claim purposes, your claim may be declined if you refuse to sign this authorization.

8. This authorization expires on _____ OR upon occurrence of the following event that relates to me or to the purpose of the intended use or disclosure of information about me:

**12 months from date signed**

_____.

*I have had full opportunity to read and consider the contents of this authorization, and I understand that, by signing this form, I am confirming my authorization of the use and/or disclosure of my protected health information as described in this form. Note that a copy is as valid as the original, and I am entitled to a copy of this authorization.*

Jan K Mason
_____
Print Name

_____
Signature of Patient/Guardian

Sep 18, 2019
_____
Date

*ReleasePoint/WFI: HIPAA compliant authorization version 1.2012*

**Lincoln/Mason 0935**

Request Corr.                    38                    (5/20) 12/20/2019 07:50:15 AM -0700

From WFI Incorporated 1.626.628.9628 Wed Dec 18 15:25:44 2019 MST Page 4 of 5



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

8/27/2019

To Whom It May Concern,

Liberty Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:
- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.


Sincerely,

*Kathryn Leombruno*
**Kathryn Leombruno**
*Director, Claims Operations*
Lincoln Financial Group Claims




ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**Lincoln/Mason 0936**

# Quality Assurance Report

## Request Information

Report Date:    December 23, 2019                    **RP ID: 6015227**

Patient Name:   MASON, JAN K

Provider Name: COLORADO SPRINGS ORTHO GROUP

## Quality Assurance Information

Scope Requested: **From October 26, 2019 to Present**

Special Request:
DR. ROGER SUNG, DR. MICHAEL HUANG, DR. JAMES BEE, DR.
TYLER BRAUN All records- Seen By: COLORADO SPRINGS
ORTHO GROUP

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By:  NTUBI

**Lincoln/Mason 0937**

**Initial Payment Set up Worksheet**

**Claimant's Name**          JAN MASON                              **DOB** __    __

**Customer**               CHARTER COMMUNICATIONS, INC.

**LTD Claim #**              9291624                           **Work State:**     CO

**Associated Claims**        na     Type _____          _____ Type _____

**Benefit End date of associated claims**        10/15/2019                    _____

**Contractual EP**          >end of STD or 26 wks

**LTD Benefit begin date**    10/16/2019            **DOD**    4/17/2019   **AGE**     46

**Max Benefit date**         5/5/2039        > of SSNRA age 67 or to age 65 (but not < 5 yrs)

**Does policy include COLA provision**        No                n/a

**Sources used to verify BME amount**

> Earning report hrly rate is $26.43013245*40 hrs *52 wks=$54974.6755/12=$4581.22

**BME amount**              $4,581.22            **Benefit percentage**          60.00

                                            **Gross modal benefit**      $2,748.73

**Benefit Begin date**       10/16/2019

**Approved thru date**       10/15/2021        24 months own occupation

**Offsets entered**          **Type**                        **Amount**
                           na _____          _____

                           _____          _____

                           _____          _____

**Deductions entered**       **Effective:**    _____  **Through** _____

| Type | Amount | Type | Amount |
|---|---|---|---|
| na | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Tax Withholding**          **Federal**    _____         **State**    _____

**Completed by:**    Donna Mills          **Approved by:** _____

**Lincoln/Mason 0938**

**From:**       ESCLeaves
**To:**         Mills, Donna
**Subject:**    RE: LTD Salary Verification - Jan Mason - LTD Claim 9291624
**Date:**       Monday, December 16, 2019 10:27:57 AM
**Attachments:** image001.png
                image002.png
                image003.png
                image004.png
                image005.png
                image006.png
                Jan Mason earnings statemnettwrpy10e_5017855.pdf

Here you are.

Iris

**From:** Mills, Donna [mailto:Donna.Mills@lfg.com]
**Sent:** Friday, December 13, 2019 11:34 AM
**To:** ESCLeaves <Charter.ESCLeaves@charter.com>; Smith, Iris M <Iris.Smith@charter.com>
**Subject:** FW: LTD Salary Verification - Jan Mason - LTD Claim 9291624

Hello Iris,

Would you have a copy of the employees earnings statement?

Please contact me with any questions.

Thank you,



**Donna Mills**
Service Processor
Claims Support Services

Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

1-888-437-7611 ext 16522

Fax 1-603-334-3958

LincolnFinancial.com

**Follow us on:**



The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the

**Lincoln/Mason 0939**

intended recipient, you are notified that
any use, dissemination, distribution, copying,
or storage of this message or any attachment
is strictly prohibited.

---

**From:** ESCLeaves <Charter.ESCLeaves@charter.com>
**Sent:** Friday, December 13, 2019 9:44 AM
**To:** Mills, Donna <Donna.Mills@lfg.com>
**Subject:** RE: LTD Salary Verification - Jan Mason - LTD Claim 9291624

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello Donna,

Please see the attached, and let me know if anything else is needed.

Iris

---

**From:** Mills, Donna [mailto:Donna.Mills@lfg.com]
**Sent:** Tuesday, December 10, 2019 4:08 PM
**To:** Smith, Iris M <Iris.Smith@charter.com>
**Subject:** LTD Salary Verification - Jan Mason - LTD Claim 9291624

Good afternoon,

I am a Payment Specialist in The Financial Services Department within Disability Claims, and I am contacting you for salary verification regarding the LTD claim for Jan Mason with Emp ID 1102054 and DOB

Please provide the following:

- A copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 4/17/2019.
- Confirm the employee's standard number of scheduled hours per week prior to disability**. 40 Hours**
- Confirm if they are an employee who receives commissions? If so please provide a report of commissions received from 12/1/2018-12/31/2018 (date range) **No Commissions**.

Please contact me with any questions.

Thank you,

| | | |
|---|---|---|
| **Donna Mills**<br>Service<br>Processor | 1-888-437-7611 ext<br>16522 | **Follow us on:** |

**Lincoln/Mason 0940**



Claims
Support
Services

Fax 1-603-334-3958

Lincoln
Financial
Group
100 Liberty
Way
Dover, NH
03820



LincolnFinancial.com

The contents of this e-mail message and
any attachments are intended solely for the
addressee(s) and may contain confidential
and/or legally privileged information. If you
are not the intended recipient of this message
or if this message has been addressed to you
in error, please immediately alert the sender
by reply e-mail and then delete this message
and any attachments. If you are not the
intended recipient, you are notified that
any use, dissemination, distribution, copying,
or storage of this message or any attachment
is strictly prohibited.

Notice of Confidentiality: **This E-mail and any of its attachments may contain
Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of
companies. This E-mail is intended solely for the use of the individual or entity to
which it is addressed. If you are not the intended recipient of this E-mail, you are
hereby notified that any dissemination, distribution, copying, or action taken in
relation to the contents of and attachments to this E-mail is strictly prohibited
and may be unlawful. If you have received this E-mail in error, please notify the
sender immediately and permanently delete the original and any copy of this E-mail
and any printout. Thank You.**

The contents of this e-mail message and
any attachments are intended solely for the
addressee(s) and may contain confidential
and/or legally privileged information. If you
are not the intended recipient of this message
or if this message has been addressed to you
in error, please immediately alert the sender
by reply e-mail and then delete this message
and any attachments. If you are not the
intended recipient, you are notified that

**Lincoln/Mason 0941**

any use, dissemination, distribution, copying,
or storage of this message or any attachment
is strictly prohibited.

Notice of Confidentiality: **This E-mail and any of its attachments may contain
Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of
companies. This E-mail is intended solely for the use of the individual or entity to
which it is addressed. If you are not the intended recipient of this E-mail, you are
hereby notified that any dissemination, distribution, copying, or action taken in
relation to the contents of and attachments to this E-mail is strictly prohibited
and may be unlawful. If you have received this E-mail in error, please notify the
sender immediately and permanently delete the original and any copy of this E-mail
and any printout. Thank You.**

The contents of this e-mail message and
any attachments are intended solely for the
addressee(s) and may contain confidential
and/or legally privileged information. If you
are not the intended recipient of this message
or if this message has been addressed to you
in error, please immediately alert the sender
by reply e-mail and then delete this message
and any attachments. If you are not the
intended recipient, you are notified that
any use, dissemination, distribution, copying,
or storage of this message or any attachment
is strictly prohibited.

**Lincoln/Mason 0942**

```
                                                      PeopleSoft
Report ID:  TWRPY10E                          EMPLOYEE EARNINGS RECORD                            Page No.  1
Company    CCL Charter Communications, LLC      12/01/2018 - 12/31/2018                           Run Date 12/16/2019
1102054    Mason,Jan K                                                                            Run Time 10:23:42
```

| P/E Date | Check# | REGULAR Hours | REGULAR Earnings | OVERTIME Hours | OVERTIME Earnings | OTHER Type | OTHER Hours | OTHER Earnings | Gross Pay | Federal Taxes | Federal Type | State/Loc Taxes | State/Loc Type | Deductions | Code | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/29/2018 | USBADV | 30.20 | 798.19 | | | I07 | | 9.80 | 1,618.05 | 89.38 | OASDI | 58.99 | COSWT | 11.07 | 00-AHDNEB | 1,220.58 |
| CWN | 0065110042 | 22.25 | 588.07 | | | 203 | 0.77 | 20.35 | | 20.90 | MEDI | | | 9.62 | 00-AHHCEB | |
| CUSOP | | | | | | 206 | 8.00 | 211.44 | | | | | | 157.70 | 00-AHMDEB | |
| | | | | | | 422 | 1.25 | | | | | | | 1.15 | 00-AHODEA | |
| | | | | | | I07 | | 9.79 | | | | | | 15.12 | 00-AHOEEA | |
| | | | | | | | | | | | | | | 2.58 | 00-AHVSEB | |
| | | | | | | | | | | | | | | 30.96 | 00-LN401M | |
| 12/13/2018 | USBADV | 18.23 | 496.28 | | | 204 | 12.00 | 326.67 | 1,932.00 | 108.85 | OASDI | 73.53 | COSWT | 11.07 | 00-AHDNEB | 1,496.08 |
| CWN | 0065216478 | 28.17 | 766.86 | | | I07 | | 9.80 | | 25.46 | MEDI | | | 9.50 | 00-AHHCEB | |
| CUSOP | | | | | | 203 | 2.00 | 54.45 | | | | | | 157.70 | 00-AHMDEB | |
| | | | | | | I07 | | 9.79 | | | | | | 1.15 | 00-AHODEA | |
| | | | | | | RTP | | 287.74 | | | | | | 15.12 | 00-AHOEEA | |
| | | | | | | | | | | | | | | 2.58 | 00-AHVSEB | |
| | | | | | | | | | | | | | | 30.96 | 00-LN401M | |

```
   Total              2,649.40          0.00              939.83            244.59                    456.28
                98.85              0.00            24.02       3,550.05              132.52                    2,716.66

TOTAL-*----- Other Hours -----> <----- Other Earnings ------>  Federal Tax     State Tax     Local Tax   <-------------------- Deductions --------------------->
        2.77 203      8.00 206     39.18 I07    74.80 203      198.23 OASDI    132.52 COSWT                 22.14 00-AHDNEB   19.12 00-AHHCEB   315.40 00-AHMDEB
        1.25 422     12.00 204    211.44 206   326.67 204       46.36 MEDI                                   2.30 00-AHODEA   30.24 00-AHOEEA     5.16 00-AHVSEB
                               287.74 RTP                                                                  61.92 00-LN401M


Pay Sheet Source Legend: K = Batch Final  L = On-line Final  O = On-line
```

**Lincoln/Mason 0943**

```
                                            PeopleSoft
Report ID:  TWRPY10E                   EMPLOYEE EARNINGS RECORD              Page No.  2
Company     CCL Charter Communications, LLC    12/01/2018 - 12/31/2018      Run Date 12/16/2019
                                                                           Run Time 10:23:42
```

| P/E Date Check# | <br>Hours | REGULAR ----->   Earnings | <br>Hours | OVERTIME ---->   Earnings | Type | <br>Hours | OTHER --------->   Earnings | Gross Pay | Federal --->   Taxes | Type | State/Loc -->   Taxes | Type | Deductions Code | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PayGroup\FormID |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Bus. Unit |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Co. Total | 98.85 |  | 0.00 |  |  | 24.02 |  | 3,550.05 |  |  | 132.52 |  |  | 2,716.66 |
|  |  | 2,649.40 |  | 0.00 |  |  | 939.83 |  | 244.59 |  |  |  | 456.28 |  |

**Lincoln/Mason 0944**

**From:** Mills, Donna
**Sent:** Fri, 13 Dec 2019 16:34:29 +0000
**To:** charter.escleaves@charter.com;Iris.Smith@charter.com
**Subject:** FW: LTD Salary Verification - Jan Mason - LTD Claim 9291624
**Attachments:** Jan Mason PYWL_EARNINGS_DUMP_ALL_7428.xlsx


Hello Iris,

Would you have a copy of the employees earnings statement?

Please contact me with any questions.

Thank you,



| | | |
|---|---|---|
| **Donna Mills**<br>Service Processor<br>Claims Support<br>Services | 1-888-437-7611 ext<br>16522<br><br>Fax 1-603-334-3958 | **Follow us on:**<br><br> |
| **Lincoln Financial Group**<br>100 Liberty Way<br>Dover, NH 03820 | [LincolnFinancial.com](LincolnFinancial.com) | |

The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

---

**From:** ESCLeaves <Charter.ESCLeaves@charter.com>
**Sent:** Friday, December 13, 2019 9:44 AM
**To:** Mills, Donna <Donna.Mills@lfg.com>
**Subject:** RE: LTD Salary Verification - Jan Mason - LTD Claim 9291624

***This email is from an external source. Only open links and attachments from a Trusted Sender.***


**Lincoln/Mason 0945**

Hello Donna,

Please see the attached, and let me know if anything else is needed.

Iris

---

**From:** Mills, Donna [mailto:Donna.Mills@lfg.com]
**Sent:** Tuesday, December 10, 2019 4:08 PM
**To:** Smith, Iris M <Iris.Smith@charter.com>
**Subject:** LTD Salary Verification - Jan Mason - LTD Claim 9291624

Good afternoon,

I am a Payment Specialist in The Financial Services Department within Disability Claims, and I am contacting you for salary verification regarding the LTD claim for Jan Mason with Emp ID 1102054 and DOB

Please provide the following:

- A copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 4/17/2019.
- Confirm the employee's standard number of scheduled hours per week prior to disability**. 40 Hours**
- Confirm if they are an employee who receives commissions? If so please provide a report of commissions received from 12/1/2018-12/31/2018 (date range) **No Commissions**.

Please contact me with any questions.

Thank you,



| | | |
|---|---|---|
| **Donna Mills**<br>Service Processor<br>Claims Support<br>Services<br><br>Lincoln Financial Group<br>100 Liberty Way<br>Dover, NH 03820 | 1-888-437-7611 ext 16522<br><br>Fax 1-603-334-3958<br><br>LincolnFinancial.com | **Follow us on:**<br><br> |

The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you

**Lincoln/Mason 0946**

are not the intended recipient of this message
or if this message has been addressed to you
in error, please immediately alert the sender
by reply e-mail and then delete this message
and any attachments. If you are not the
intended recipient, you are notified that
any use, dissemination, distribution, copying,
or storage of this message or any attachment
is strictly prohibited.

Notice of Confidentiality: **This E-mail and any of its attachments may contain
Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of
companies. This E-mail is intended solely for the use of the individual or entity to
which it is addressed. If you are not the intended recipient of this E-mail, you are
hereby notified that any dissemination, distribution, copying, or action taken in
relation to the contents of and attachments to this E-mail is strictly prohibited
and may be unlawful. If you have received this E-mail in error, please notify the
sender immediately and permanently delete the original and any copy of this E-mail
and any printout. Thank You.**

The contents of this e-mail message and
any attachments are intended solely for the
addressee(s) and may contain confidential
and/or legally privileged information. If you
are not the intended recipient of this message
or if this message has been addressed to you
in error, please immediately alert the sender
by reply e-mail and then delete this message
and any attachments. If you are not the
intended recipient, you are notified that
any use, dissemination, distribution, copying,
or storage of this message or any attachment
is strictly prohibited.

**Lincoln/Mason 0947**

| ID | Unit | Co | Group | Earn Code | Descr |
|---|---|---|---|---|---|
| 1102054 | CUSOP | CCL | CWN | 201 | Regular Pay - Hourly |
| 1102054 | CUSOP | CCL | CWN | 204 | Vacation Pay/Curr Yr - Hourly |
| 1102054 | CUSOP | CCL | CWN | I07 | Basic Life Imp Income |
| 1102054 | CUSOP | CCL | CWN | 201 | Regular Pay - Hourly |
| 1102054 | CUSOP | CCL | CWN | 203 | Sick Pay - Hourly |
| 1102054 | CUSOP | CCL | CWN | 204 | Vacation Pay/Curr Yr - Hourly |
| 1102054 | CUSOP | CCL | CWN | I07 | Basic Life Imp Income |
| 1102054 | CUSOP | CCL | CWN | 201 | Regular Pay - Hourly |
| 1102054 | CUSOP | CCL | CWN | 203 | Sick Pay - Hourly |
| 1102054 | CUSOP | CCL | CWN | I07 | Basic Life Imp Income |
| 1102054 | CUSOP | CCL | CWN | 201 | Regular Pay - Hourly |
| 1102054 | CUSOP | CCL | CWN | 203 | Sick Pay - Hourly |
| 1102054 | CUSOP | CCL | CWN | 205 | Personal Day - Hourly |
| 1102054 | CUSOP | CCL | CWN | I07 | Basic Life Imp Income |

**Lincoln/Mason 0948**

| Oth Hrs | Oth Earns | Earns Begin | Earns End | Check Dt | Sep Check Nbr | Off Cycle | Addl # |
|---|---|---|---|---|---|---|---|
| 27.97 | 761.43 | 3/22/2019 | 3/28/2019 | 4/11/2019 | 0 | N | 1 |
| 2.25 | 61.25 | 3/22/2019 | 3/28/2019 | 4/11/2019 | 0 | N | 1 |
| 0.00 | 9.86 | 3/22/2019 | 3/28/2019 | 4/11/2019 | 0 | N | 1 |
| 26.40 | 718.69 | 3/29/2019 | 4/4/2019 | 4/11/2019 | 0 | N | 0 |
| 1.00 | 27.22 | 3/29/2019 | 4/4/2019 | 4/11/2019 | 0 | N | 0 |
| 2.75 | 74.86 | 3/29/2019 | 4/4/2019 | 4/11/2019 | 0 | N | 0 |
| 0.00 | 9.87 | 3/29/2019 | 4/4/2019 | 4/11/2019 | 0 | N | 0 |
| 27.17 | 739.65 | 4/5/2019 | 4/11/2019 | 4/25/2019 | 0 | N | 1 |
| 2.98 | 81.12 | 4/5/2019 | 4/11/2019 | 4/25/2019 | 0 | N | 1 |
| 0.00 | 9.86 | 4/5/2019 | 4/11/2019 | 4/25/2019 | 0 | N | 1 |
| 16.07 | 437.48 | 4/12/2019 | 4/18/2019 | 4/25/2019 | 0 | N | 0 |
| 2.47 | 67.24 | 4/12/2019 | 4/18/2019 | 4/25/2019 | 0 | N | 0 |
| 15.50 | 421.95 | 4/12/2019 | 4/18/2019 | 4/25/2019 | 0 | N | 0 |
| 0.00 | 9.87 | 4/12/2019 | 4/18/2019 | 4/25/2019 | 0 | N | 0 |

**Lincoln/Mason 0949**

# DIRECT DEPOSIT APPLICATION

 **Lincoln Financial Group®**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

**Return To:** Corey Abrams-Weaver

EMPLOYEE/CLAIMANT NAME: Jan Mason

CLAIM NO: 9291624

EMPLOYER/SPONSOR: Charter Communications, Inc.                DATE OF BIRTH:

CHECK ONE: ☒ New    ☐ Change

YOUR TELEPHONE NUMBER:

ADDRESS:

## AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS

I (We) hereby authorize and request Lincoln Life Assurance Company of Boston , to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW
### ***All must be completed or your form will be rejected***

TYPE OF ACCOUNT: ☒ Checking    ☐ Savings          BANK NAME: FIRST BANK

9 DIGIT ABA ROUTING NUMBER: ___          BANK ADDRESS: P.O. BOX 150097
                                          LAKEWOOD, CO, 80915

YOUR ACCOUNT NUMBER: ___          CITY: _____ STATE: _____ ZIP: _____

                                  BANK PHONE: 1 800 964-3444

### ***You must check yes or no to BOTH of the following two questions***

WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?
☐ YES ☒ NO

DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?
☐ YES ☒ NO

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON or BANK. Any such notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON shall be effective only with respect to entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: Jan K Mason          Date: 12/04/19

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

## ATTACH VOIDED CHECK HERE
### Your application will be rejected unless included with the form.

DP481 DD APLICATION 01/10

**Lincoln/Mason 0950**



Lincoln/Mason 0951



Lincoln/Mason 0952



**FIRSTBANK**

11695 MERIDIAN MARKET VIEW ROAD PEYTON, COLORADO 80831 719-495-6600

*P.O. BOX 150397 LAKEWOOD, CO 80215*

December 2, 2019

For Whom it May Concern,

Jan K. Mason has an account, number     at FirstBank, routing number
and is currently residing at

Casey Trinkle,

Sr. Teller Representative for Falcon, FirstBank.

**CASEY TRINKLE**
**Senior Teller Representative**

**FIRSTBANK**
11695 Meridian Market View
Peyton, Colorado 80831
T 719 495 6600  F 719 272 6120
casey.trinkle@efirstbank.com



Lincoln/Mason 0953



**LINCOLN FINANCIAL GROUP**
**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**

**SOCIAL SECURITY/REIMBURSEMENT AGREEMENT**

**INSTRUCTIONS:** The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.

The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.

Claimant: **Jan Mason**                                            Date of Birth: _____

Employer: **Charter Communications, Inc.** _____  Policy/Plan Sponsor No. **04 - 444809** _____

A)  If disability benefits are approved I request that Lincoln Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1)  I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.
2)  I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3)  I agree to notify Liberty Life immediately if awarded Social Security Benefits.
4)  I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5)  If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.
6)  I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.

B)  Social Security benefits <u>will be estimated</u> if:

1)  I do not sign and return this form to Liberty Life within 45 days of receipt.
2)  I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature) _John K Mason_____

(Address) _____

(Date) _12/04/19_____

*Please retain a copy for your records or one can be provided upon request.*

Lincoln/Mason 0954

# THIRD PARTY LIABILITY INFORMATION FORM


**Lincoln**
Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

**Return To:** Corey Abrams-Weaver

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: Jan Mason | |
| CLAIM NO: 9291624 | |
| EMPLOYER/SPONSOR: Charter Communications, Inc. | DATE OF BIRTH: |

We have received your disability claim and it is our understanding that a Third Party has caused your Injury or Sickness. Please provide the following information and return this form to my attention in order to avoid any delay in processing.

**Did any one of the following cause your Injury or Sickness?**

| | | |
|---|---|---|
| Motor Vehicle accident | Yes ☒ | No ☐ |
| Slip and fall accident | Yes ☐ | No ☒ |
| Occupational injury or sickness | Yes ☐ | No ☒ |
| Faulty Product/Product Liability | Yes ☐ | No ☒ |
| Medical Malpractice | Yes ☐ | No ☒ |

1. Date of Injury/Sickness: __12\18\17__

2. Location of Injury (please include town and state): __COLORADO SPRINGS, COLORADO__

3. Description of Injury/Sickness (please include copy of accident report, if applicable): __HIP AND LOW BACK PAIN__

4. Is someone else responsible for your damages?   Yes ☐   No ☒

   If "Yes":   Name: _____

   Address: _____

   Telephone No.: (___) _____

5. Are any claims being made?   Yes ☐   No ☒

   If "Yes":   Insurance Carrier: _____

   Address: _____

   Telephone No.: (___) _____

   Claim Representative: _____

   Claim No.: _____

6. Are you receiving no fault/personal income protection benefits from your own auto insurance carrier?   Yes ☐   No ☒

   If "Yes":   Insurance Carrier: _____

   Address: _____

   Telephone No.: (___) _____

   Claim Representative: _____

   Claim No.: _____

   Weekly Benefit $ _____

7. Are you using the services of an attorney?   Yes ☐   No ☒

   If "Yes":   Name: _____

   Address: _____

   Telephone No.: (___) _____

Lincoln/Mason 0955

DRIVER'S LICENSE #: _____    DATE: _10/04/19_

SIGNATURE: _Jack Mason_

DP 447D Rev. 12/02

**Lincoln/Mason 0956**

DR 2447 (03/03/06)
COLORADO DEPARTMENT OF REVENUE

MAIL TO: STATE OF COLORADO
MOTOR VEHICLE
TRAFFIC RECORDS
DENVER, CO 80261-0016

*S. Logue*

# STATE OF COLORADO TRAFFIC ACCIDENT REPORT

☐ AMENDED/SUPPL. ☐ UNDER $1,000 ☐ COUNTER REPORT ☐ PRIVATE PROPERTY  PAGE __1__ OF __3__ PAGES

| | |
|---|---|
| **01** CDOT Code ▮▮▮▮ | ☐ INTERSTATE HWY  HWY NUMBER ☐☐☐  DOR Code ▮▮▮▮▮ **05 / 09** |
| Case # 2017-00045372 | ☐ STATE HWY  MILEPOINT ☐☐☐.☐☐  ☒ CITY ST/CNTY RD |

| Date of Accident 12/18/2017 | City Colorado Springs | Agency CSPD | County El Paso | County # 04 |
|---|---|---|---|---|

| Time (24 Hr) 16:10 | Officer Number 5166 | Officer Name Gardner, Ashton, | Signature | Detail Patr |
|---|---|---|---|---|

| Number Killed 0 | Number Injured 0 | Miles 250 Feet  N☐ S▮ E☐ W☐ OF: |
|---|---|---|

N POWERS  ☐ At: RESEARCH
Latitude _____  Longitude _____

Date of Report 12/18/2017

| Agency Code 17528072 | Investigated @ Scene ☒ | Total Vehicles 2 | District Number 51 | Public Property/ Employee ☐ | Photos Taken ☒ | Railroad Crossing Related ☐ | Const Zone Related ☐ | Highway Interchg ☐ | Bridge Related ☐ |
|---|---|---|---|---|---|---|---|---|---|

| Traffic Unit # 1 or 01 ☒ Veh ☐ Parked ☐ Bicycle ☐ Pedestrian ☐ Non Vehicle ☐ Non-Contact Veh | Traffic Unit # 2 or 02 ☒ Veh ☐ Parked ☐ Bicycle ☐ Pedestrian ☐ Non Vehicle ☐ Non-Contact Veh |
|---|---|

| Last Name KEESLER | First JARED | MI W | Last Name Mason | First Jan | MI K |
|---|---|---|---|---|---|

| Street Address | Personal Phone | Street Address | Personal Phone |
|---|---|---|---|

| | Bus Phone ( ) | | Bus Phone ( ) |
|---|---|---|---|

| Driver License Number ▮▮▮ | CDL | State CO | Sex M | DOB | Driver License Number ▮▮▮ | CDL | State CO | Sex F | DOB |
|---|---|---|---|---|---|---|---|---|---|

| Primary Violation 42-4-1008 (1) TIA | Primary Violation |
|---|---|

| Violation Code 42-4-1008(1) TIA | Citation Number E266221 | Common Code 142 | Violation Code | Citation Number | Common Code |
|---|---|---|---|---|---|

| Year 2010 | Make Volkswagen | Model Routan | Body Type PV | Year 2015 | Make Chevrolet | Model TRAVERSE | Body Type UP |
|---|---|---|---|---|---|---|---|

| License Plate Number HQO269 | State or Country CO | Color BLK | License Plate Number | State or Country CO | Color GRY |
|---|---|---|---|---|---|

| Vehicle Identification Number 124524 | Vehicle Identification Number 3237 |
|---|---|

| Vehicle Owner Last Name ☒ Same | First | MI | Vehicle Owner Last Name ☒ Same | First | MI |
|---|---|---|---|---|---|

| Address ☐ Same | City | State ZIP | Address ☐ Same | City | State ZIP |
|---|---|---|---|---|---|

| Towed Due to Damage ☐ By To | Towed Due to Damage ☐ By To |
|---|---|

Trailer VIN# _____        Trailer VIN# _____

1- Slight
2- Moderate
3- Severe

Undercarriage   Undercarriage      Undercarriage   Undercarriage

1- Slight
2- Moderate
3- Severe

| Insurance Company ☐ None ☐ No Proof PROGRESSIVE | Exp Date 01/26/2018 | Insurance Company ☐ None ☐ No Proof SAFECO | Exp Date 04/30/2018 |
|---|---|---|---|

| Policy Number 913233532 | Policy Number Y8261755 |
|---|---|

| Owner Damaged Prop Last Name | First | M | Address | City | State ZIP |
|---|---|---|---|---|---|

| Owner Damaged Prop Last Name | First | M | Address | City | State ZIP |
|---|---|---|---|---|---|

| TU # | POS | REST | ENDO | SAFETY EQUIP | AIR BAG | EJECT | SUSPECTED ALCO | DRUG | INJ SEV | AGE | SEX | NAME / ADDRESS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 01 | 02 | 00 | B | 01 A | 01 B | 00 | 00 | 00 | 00 | 30 | M | KEESLER, JARED/ 8424 CANARY BLACK FOREST, CO 80908 |
| 02 | 01 | 01 | 00 | B | 01 A | 01 B | 00 | 00 | 00 | 01 | 45 | F | Mason, Jan/ 12510 MEDINAH FALCON, CO 80831 |
| 01 | 07 | 00 | 00 | E | 01 A | 01 A | 00 | 00 | 00 | 00 | 5 | M | KEESLER, KOEHN/ 8424 CANARY COLORADO SPRINGS, CO 80908 |

| Approved By DuVall, Richard | I.D. # | Date 12/19/2017 |
|---|---|---|

**Lincoln/Mason 0957**

PAGE 2 OF 3 PAGES

| Case # | DOR CODE | Accident Date | Agency |
|---|---|---|---|
| 2017-00045372 | ███████ | 12/18/2017 | CSPD |

**Describe Accident**

**TU#2/MASON was stopped in heavy traffic in the right through lane of southbound N Powers Blvd, south of Research Pkwy, when TU#1/KEESLER failed to come to a complete stop and collided with the rear passenger's side bumper, while swerving to aviod the collision. Both TU's came to a controlled rest on the shoulder of southbound N Powers Blvd.**

| | Carrier Name | | US DOT ☐ | ICC ☐ | State DOT ☐ |
|---|---|---|---|---|---|
| 01 | Address | | Carrier Identification # | | |
| 02 | Carrier Name | | US DOT ☐ | ICC ☐ | State DOT ☐ |
| | Address | | Carrier Identification # | | |

Lincoln/Mason 0958



COLORADO SPRINGS POLICE DEPARTMENT
705 S. Nevada Ave.
Colorado Springs, CO 80903
(719) 444-7000

**2017-00045372**

## NARRATIVE

**BODY-WORN CAMERA FOOTAGE AVAILABLE**

TRAFFIC UNIT #1 DRIVER STATEMENT: See attached driver's statement.

TRAFFIC UNIT #2 DRIVER STATEMENT: See attached driver's statement.

WITNESS CONTACT INFORMATION/STATEMENT: None

OFFICER STATEMENT: Upon arrival I examined the involved vehicles and the scene and found damage consistent with a front end to rear end traffic accident. During the investigation, I found that TU#1, Jared Keesler DOB 5/4/87, was also driving with a suspended CO driver's license.

EXISTING CONDITIONS: The weather was clear and the road was dry. The accident occurred during dusk hours and existing vehicle traffic was heavy.

AT SCENE PERSONNEL:-    AMR: Medic 3 #131601
                        FIRE: Engine 19 Shift B #17-66901
                        POLICE: A. Gardner/5166, T. Snyder/5501

INJURY: TU#2, Jan Mason DOB 5/6/72, complained to hip / lower back pain.

EVIDENCE: Digital photos of the vehicle damage were placed into evidence through DIMS.

ROAD MARKS: No road marks were found.

MEASUREMENTS: Vehicles moved prior to police response.

VEHICLE DAMAGE: Traffic Unit #1: Moderate to severe damage was sustained to the front driver's side bumper and quarter panel of the vehicle. Traffic Unit #2: Moderate to severe damage was sustained to the rear passenger's side bumper and quarter panel of the vehicle.

ADDITIONAL DRIVER VIOLATIONS: None

INVESTIGATIVE FINDINGS: Traffic Unit #1 was cited for following too closely and driving with a suspended license. 42-4-1008, 42-2-138(1)(a)

NOTHING FURTHER

| REPORTING OFFICER & IBM # | APPROVING SUPERVISOR |
|---|---|
| | |

**Lincoln/Mason 0959**

# FAMILY INFORMATION QUESTIONNAIRE



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

**Return to:** Corey Abrams-Weaver

| EMPLOYEE/CLAIMANT NAME: Jan Mason | |
|---|---|
| CLAIM NO: 9291624 | |
| EMPLOYER/SPONSOR: Charter Communications, Inc. | DATE OF BIRTH: ___ |

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status?     Single ____     Married ____     Divorced **X**

If married, please indicate your spouse's name and date of birth.   Name: _____   DOB: _____

Do you have children or dependents*?   Yes **X**      No ____

If yes, please provide additional details below, using additional space as needed.

* An eligible dependent may include:
- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| SEM KAYLIE N LANHEAR | | CUSTODIAL ALREADY GRADUATED IN MARRIED AND LIVING ON HER OWN | No | 05/2020 2013- |

Is your spouse and/or children receiving Social Security benefits?   Yes: _____   No: **X**

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |

Your Name: _Jan Mason_       Date: __12/04/19__

Lincoln/Mason 0960

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

## TO BE COMPLETED BY EMPLOYEE:

| YOUR SPOUSE: | YOUR DOMESTIC PARTNER: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| N/A | N/A |
| Telephone Number: | Telephone Number: |

**CHILDREN: List ALL children. Use reverse side if necessary.**

| | |
|---|---|
| Name: N___ E___ M___ | Date of Birth: |
| Address: | |
| Telephone Number: | |
| Name: KAULIE N BROWN LANSHEAR | Date of Birth: |
| Address: | |
| Telephone Number: | |
| Name: | Date of Birth: |
| Address: | |
| Telephone Number: | |

**GUARDIANSHIP:** For all children under age 18 listed above:

IF I WOULD PASS

| | NOW | |
|---|---|---|
| Name: | TAN K MASON | ERIC MASON |
| Address: | | |
| Telephone | | |

DO YOU HAVE A WILL? YES ___ NO ✗     DO YOU HAVE A TRUST? YES ___ NO ✗

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| |
|---|
| Name of Executor or Administrator: |
| Address: |
| Telephone Number: |

The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.

DATE: 12/04/19    EMPLOYEE'S PRINTED NAME: JAN K MASON

EMPLOYEE'S SIGNATURE: *Jan K Mason*

Lincoln/Mason 0961

**From:**Mills, Donna
**Sent:**Tue, 10 Dec 2019 21:08:25 +0000
**To:**Iris.Smith@charter.com
**Subject:**LTD Salary Verification - Jan Mason - LTD Claim 9291624


Good afternoon,

I am a Payment Specialist in The Financial Services Department within Disability Claims, and I am contacting you for salary verification regarding the LTD claim for Jan Mason with Emp ID 1102054 and DOB

Please provide the following:

- A copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 4/17/2019.
- Confirm the employee's standard number of scheduled hours per week prior to disability.
- Confirm if they are an employee who receives commissions? If so please provide a report of commissions received from 12/1/2018-12/31/2018 (date range)


Please contact me with any questions.

Thank you,




| **Donna Mills**<br>Service Processor<br>Claims Support<br>Services<br><br>**Lincoln Financial Group**<br>100 Liberty Way<br>Dover, NH 03820 | 1-888-437-7611 ext 16522<br><br>Fax 1-603-334-3958<br><br>[LincolnFinancial.com](LincolnFinancial.com) | **Follow us on:**<br><br> |

The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that

**Lincoln/Mason 0962**

any use, dissemination, distribution, copying,
or storage of this message or any attachment
is strictly prohibited.

**Lincoln/Mason 0963**

12/07/2019  14:19    7195276801                                    PAGE  01/12

# FAX COVER

1510 Chiles Ave Ste 7
Fort Carson, CO 80913
(719) 527-6800 tel.
(719) 527-6801 fax

# The UPS Store

To: COREY ABRAMS-WEAVER Fax No: 603-334-5994

Date: 12/07/19      # of pages (include FAX cover): 12

From: JAN K MASON      Phone Number:

Subject:   LINCOLN FINANCIAL

Comments:

PAGE 1/12 ^ RCVD AT 12/7/2019 4:22:06 PM [Eastern Standard Time] * SVR:VA1PWFAX201/8 * DNIS:6033345994 * CSID:7195276801 * ANI:17195276801 * DURATION (mm-ss):04-00

Lincoln/Mason 0964

12/07/2019  14:19    7195276801                                    PAGE  02/12

# DIRECT DEPOSIT APPLICATION



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

Return To:  Corey Abrams-Weaver

EMPLOYEE/CLAIMANT NAME:  Jan Mason

CLAIM NO:  9291624

EMPLOYER/SPONSOR:  Charter Communications, Inc.                DATE OF BIRTH:

CHECK ONE:  ☒ New    ☐ Change

YOUR TELEPHONE NUMBER:

ADDRESS:

### AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS

I (We) hereby authorize and request Lincoln Life Assurance Company of Boston , to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW
### ***All must be completed or your form will be rejected***

TYPE OF ACCOUNT:  ☒ Checking    ☐ Savings    BANK NAME: FIRST BANK

9 DIGIT ABA ROUTING NUMBER: __    BANK ADDRESS: P.O. BOX 150097
LAKEWOOD, CO, 80215

YOUR ACCOUNT NUMBER:    CITY: ___    STATE: ___    ZIP: ___

BANK PHONE: 1 (800) 964-3444

### ***You must check yes or no to BOTH of the following two questions***

WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?
☐ YES    ☒ NO

DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?
☐ YES    ☒ NO

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON or BANK. Any such notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON shall be effective only with respect to entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: _Jan K Mason_    Date: 12/04/19

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

## ATTACH VOIDED CHECK HERE
Your application will be rejected unless included with the form.

**Lincoln/Mason 0965**



Lincoln/Mason 0966

12/07/2019  14:19   7195276801                                                    PAGE  04/12



**FIRSTBANK**

banking for good

FIRSTBANK

11695 MERIDIAN MARKET VIEW ROAD PEYTON, COLORADO 80831 719-495-6600

P.O. BOX 150097 LAKEWOOD, CO 80215

December 2, 2019

For Whom it May Concern,

Jan K. Mason has an account, number                    at FirstBank, routing number
and is currently residing at

Casey Trinkle,

Sr. Teller Representative for Falcon, FirstBank.

FIRSTBANK
ABA# 107005047

DEC 0 2 2019

FALCON #495
PEYTON CO

**CASEY TRINKLE**
**Senior Teller Representative**

**FIRSTBANK**
11695 Meridian Market View
Peyton, Colorado 80831
T 719 495 6600  F 719 272 6120
casey.trinkle@efirstbank.com

1STBANK

PAGE 4/12 * RCVD AT 12/7/2019 4:22:06 PM [Eastern Standard Time] * SVR:VA1PWFAX201/8 * DNIS:6033345994 * CSID:7195276801 * ANI:17195276801 * DURATION (mm-ss):04-00

**Lincoln/Mason 0967**

# THIRD PARTY LIABILITY INFORMATION FORM

 **Lincoln** Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

**Return To:** Corey Abrams-Weaver

EMPLOYEE/CLAIMANT NAME: Jan Mason

CLAIM NO: 9291624

EMPLOYER/SPONSOR: Charter Communications, Inc.                DATE OF BIRTH:

We have received your disability claim and it is our understanding that a Third Party has caused your Injury or Sickness. Please provide the following information and return this form to my attention in order to avoid any delay in processing.

**Did any one of the following cause your Injury or Sickness?**

| | Yes | No |
|---|---|---|
| Motor Vehicle accident | ☒ | ☐ |
| Slip and fall accident | ☐ | ☒ |
| Occupational injury or sickness | ☐ | ☒ |
| Faulty Product/Product Liability | ☐ | ☒ |
| Medical Malpractice | ☐ | ☒ |

1. Date of Injury/Sickness: 12/18/17

2. Location of Injury (please include town and state): COLORADO SPRINGS, COLORADO

3. Description of Injury/Sickness (please include copy of accident report, if applicable): HIP AND LOW BACK PAIN

4. Is someone else responsible for your damages?  Yes ☐  No ☒

   If "Yes":  Name:

   Address:

   Telephone No.: (   )

5. Are any claims being made?  Yes ☐  No ☒

   If "Yes":  Insurance Carrier:

   Address:

   Telephone No.: (   )

   Claim Representative:

   Claim No.:

6. Are you receiving no fault/personal income protection benefits from your own auto insurance carrier?  Yes ☐  No ☒

   If "Yes":  Insurance Carrier:

   Address:

   Telephone No.: (   )

   Claim Representative:

   Claim No.:

   Weekly Benefit $

7. Are you using the services of an attorney?  Yes ☐  No ☒

   If "Yes":  Name:

   Address:

Lincoln/Mason 0968

12/07/2019  14:19    7195276801                                          PAGE  06/12

DRIVER'S LICENSE #:          DATE:  12/04/19

SIGNATURE:  Jack Mason

DP 447D Rev. 12/02

**Lincoln/Mason 0969**

DR 2447 (03/03/06)
COLORADO DEPARTMENT OF REVENUE

MAIL TO: STATE OF COLORADO
MOTOR VEHICLE
TRAFFIC RECORDS
DENVER, CO-80261-0016

*S. Logue*

# STATE OF COLORADO TRAFFIC ACCIDENT REPORT

☐ AMENDED/SUPPL.   ☐ UNDER $1,000   ☐ COUNTER REPORT   ☐ PRIVATE PROPERTY   PAGE 1 OF 3 PAGES

☐ INTERSTATE HWY
☐ STATE HWY
☒ CITY ST/CNTY RD

HWY NUMBER
MILEPOINT

DOR Code

Case # 2017-00045372

| Date of Accident 12/18/2017 | City Colorado Springs | Agency CSPD | County El Paso | County # 04 |
|---|---|---|---|---|

| Time (24 Hr.) 16:10 | Officer Number 5166 | Officer Name Gardner, Ashton, | Signature | Detail Patr |

Number Killed 0   Number Injured 0

Location Route, Street, Road   N POWERS   Miles 250 Feet   N☐ S☒ E☐ W☐ OF: ☐ At: RESEARCH

Date of Report 12/18/2017   Latitude   Longitude

| Agency Code 17528072 | Investigated @ Scene ☒ | Total Vehicles 2 | District Number 51 | Public Property/ Employee ☐ | Photos Taken ☒ | Railroad Crossing Related ☐ | Const. Zone Related ☐ | Highway Interchg. ☐ | Bridge Related ☐ |
|---|---|---|---|---|---|---|---|---|---|

Traffic Unit # 1 or 01   ☒ Veh. ☐ Parked ☐ Bicycle ☐ Pedestrian ☐ Non-Vehicle ☐ Non-Contact Veh

Traffic Unit # 2 or 02   ☒ Veh ☐ Parked ☐ Bicycle ☐ Pedestrian ☐ Non-Vehicle ☐ Non-Contact Veh.

| | Unit 1 | Unit 2 |
|---|---|---|
| Last Name | KEESLER | Mason |
| First | JARED | Jan |
| MI | W | K |
| Street Address | | |
| Personal Phone | | |
| City | | |
| State | CO | CO |
| ZIP | 80908 | 80831 |
| Bus. Phone | | |
| Driver License Number | | |
| CDL State | CO | CO |
| Sex | M | F |
| DOB | | |

Primary Violation ☐ DUI  42-4-1008 (1) TIA

Primary Violation ☐ DUI

| | Violation Code | Citation Number | Common Code |
|---|---|---|---|
| Unit 1 | 42-4-1008(1) TIA | E266221 | 142 |
| Unit 2 | | | |

| | Year | Make | Model | Body Type |
|---|---|---|---|---|
| Unit 1 | 2010 | Volkswagen | Routan | PV |
| Unit 2 | 2015 | Chevrolet | TRAVERSE | UP |

| | License Plate Number | State or Country | Color |
|---|---|---|---|
| Unit 1 | | CO | BLK |
| Unit 2 | | CO | GRY |

Vehicle Identification Number  124524

Vehicle Identification Number  1237

Vehicle Owner Last Name ☒ Same

Vehicle Owner Last Name ☒ Same

Towed Due to Damage ☐ By:
To:

Towed Due to Damage ☐ By:
To:

Trailer VIN#

Trailer VIN#

1- Slight
2- Moderate
3- Severe

Undercarriage

| Insurance Company ☐ None ☐ No Proof PROGRESSIVE | Exp. Date 01/26/2018 | Insurance Company ☐ None ☐ No Proof SAFECO | Exp. Date 04/30/2018 |
|---|---|---|---|
| Policy Number 913233532 | | Policy Number Y8261755 | |

Owner Damaged Prop. Last Name

Owner Damaged Prop. Last Name

| T.U. # | POS. | REST | ENDO. | SAFETY EQUIP. | AIR BAG | EJECT | SUSPECTED ALCO | DRUG | INJ. SEV. | AGE | SEX | NAME / ADDRESS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 01 | 02 | 00 | B 01 A | 01 B | 00 | 00 | 00 | 00 | 30 | M | KEESLER, JARED/ 8424 CANARY BLACK FOREST, CO 80908 |
| 02 | 01 | 01 | 00 | B 01 A | 01 B | 00 | 00 | 00 | 01 | 45 | F | Mason, Jan/ 12510 MEDINAH  FALCON, CO 80831 |
| 01 | 07 | 00 | 00 | E 01 A | 01 A | 00 | 00 | 00 | 00 | 5 | M | KEESLER, KOEHN/ 8424 CANARY COLORADO SPRINGS, CO 80908 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

| Approved By DuVall, Richard | I.D. # | Date 12/19/2017 |
|---|---|---|

**Lincoln/Mason 0970**