12/07/2019  14:19    7195276801                                                    PAGE  08/12

PAGE __2__ OF __3__ PAGES

| Case # | | Accident Date | Agency | |
|---|---|---|---|---|
| 2017-00045372 | | 12/18/2017 | CSPD | |

**Describe Accident**

TU#2/MASON was stopped in heavy traffic in the right through lane of southbound N Powers Blvd, south of Research Pkwy, when TU#1/KEESLER failed to come to a complete stop and collided with the rear passenger's side bumper, while swerving to aviod the collision. Both TU's came to a controlled rest on the shoulder of southbound N Powers Blvd.

| 01 | Carrier Name | | US DOT ☐ | ICC ☐ | State DOT ☐ |
|---|---|---|---|---|---|
| | Address | | Carrier Identification # | | |
| 02 | Carrier Name | | US DOT ☐ | ICC ☐ | State DOT ☐ |
| | Address | | Carrier Identification # | | |

PAGE 8/12 * RCVD AT 12/7/2019 4:22:06 PM [Eastern Standard Time] * SVR:VA1PWFAX201/8 * DNIS:6033345994 * CSID:7195276801 * ANI:17195276801 * DURATION (mm-ss):04-00

EXHIBIT

3, part 3

**Lincoln/Mason 0971**

12/07/2019  14:19    7195276801                                                    PAGE  09/12

**COLORADO SPRINGS POLICE DEPARTMENT**
705 S. Nevada Ave.
Colorado Springs, CO 80903
(719) 444-7000

**2017-00045372**

## NARRATIVE

BODY-WORN CAMERA FOOTAGE AVAILABLE

TRAFFIC UNIT #1 DRIVER STATEMENT: See attached driver's statement.

TRAFFIC UNIT #2 DRIVER STATEMENT: See attached driver's statement.

WITNESS CONTACT INFORMATION/STATEMENT: None

OFFICER STATEMENT: Upon arrival I examined the involved vehicles and the scene and found damage consistent with a front end to rear end traffic accident. During the investigation, I found that TU#1, Jared Keesler DOB 5/4/87, was also driving with a suspended CO driver's license.

EXISTING CONDITIONS: The weather was clear and the road was dry. The accident occurred during dusk hours and existing vehicle traffic was heavy.

AT SCENE PERSONNEL-      AMR: Medic 3 #131601
                         FIRE: Engine 19 Shift B #17-66901
                         POLICE: A. Gardner/5166, T. Snyder/5501

INJURY: TU#2, Jan Mason DOB 5/6/72, complained to hip / lower back pain.

EVIDENCE: Digital photos of the vehicle damage were placed into evidence through DIMS.

ROAD MARKS: No road marks were found.

MEASUREMENTS: Vehicles moved prior to police response.

VEHICLE DAMAGE: Traffic Unit #1: Moderate to severe damage was sustained to the front driver's side bumper and quarter panel of the vehicle. Traffic Unit #2: Moderate to severe damage was sustained to the rear passenger's side bumper and quarter panel of the vehicle.

ADDITIONAL DRIVER VIOLATIONS: None

INVESTIGATIVE FINDINGS: Traffic Unit #1 was cited for following too closely and driving with a suspended license. 42-4-1008, 42-2-138(1)(a)

NOTHING FURTHER

EPORTING OFFICER & IBM #          APPROVING SUPERVISOR

PAGE 9/12 * RCVD AT 12/7/2019 4:22:06 PM [Eastern Standard Time] * SVR:VA1PWFAX201/8 * DNIS:6033345994 * CSID:7195276801 * ANI:17195276801 * DURATION (mm-ss):04-00

Lincoln/Mason 0972

# FAMILY INFORMATION QUESTIONNAIRE



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

Return to:  Corey Abrams-Weaver

EMPLOYEE/CLAIMANT NAME: Jan Mason

CLAIM NO:  9291624

EMPLOYER/SPONSOR: Charter Communications, Inc.                    DATE OF BIRTH

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status?        Single _____        Married _____        Divorced ✗

If married, please indicate your spouse's name and date of birth.  Name: _____  DOB: _____

Do you have children or dependents*?    Yes ✗        No _____

If yes, please provide additional details below, using additional space as needed.

* An eligible dependent may include:
- Biological child(ren)                    - Custodial Grandchildren              - Adopted Children
- Stepchildren                             - A child 18 or older with a disability  - A child 18-19 and a full-time student
- Children not residing in your            that started before age 22              (not higher than grade 12)
  household

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| ☐ E H | - | CUSTODIAL | No | 05/2026 |
| KAYLIEN LASHEAR | | ALREADY GRADUATED IN MARRIED AND | LIVING ON | 2013 - HER OWN |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits?    Yes: _____  No: ✗

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: Jan Mason                    Date: 12/04/19

Lincoln/Mason 0973

12/07/2019  14:19   7195276801                                         PAGE  11/12



**LINCOLN FINANCIAL GROUP**
**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**

**SOCIAL SECURITY/REIMBURSEMENT AGREEMENT**

INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.

The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.

Claimant: **Jan Mason** _____ Date of Birth _____

Employer: **Charter Communications, Inc.** _____ Policy/Plan Sponsor No. **04 - 444809** _____

A) If disability benefits are approved I request that Lincoln Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Liberty Life immediately if awarded Social Security Benefits.
4) I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.
6) I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.

B) Social Security benefits <u>will be estimated</u> if:

1) I do not sign and return this form to Liberty Life within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature) _____

(Address) _____

(Date) ___12/04/19_____

PAGE 11/12 * RCVD AT 12/7/2019 4:22:06 PM [Eastern Standard Time] * SVR:VA1PWFAX201/8 * DNIS:6033345994 * CSID:7195276801 * ANI:17195276801 * DURATION (mm-ss):04-00

**Lincoln/Mason 0974**

12/07/2019  14:19   7195276801                                    PAGE  12/12

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

## TO BE COMPLETED BY EMPLOYEE:

| YOUR SPOUSE: | YOUR DOMESTIC PARTNER: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| N/A | N/A |
| Telephone Number: | Telephone Number: |

CHILDREN: List ALL children. Use reverse side if necessary.

Name: _____   Date of Birth: _____
Address:

Telephone Number:

Name: KAYLIE N _____ Date of Birth: _____
Address: _____ LANHEAR

Telephone Number:

Name: _____   Date of Birth: _____
Address:

Telephone Number:

GUARDIANSHIP: For all children under age 18 listed above:

NOW                                  IF I WOULD PASS

Name: JAN K MASON                    ERIC MASON

Telephone Number:

DO YOU HAVE A WILL?  YES ___ NO ✗        DO YOU HAVE A TRUST?  YES ___ NO ✗

ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:

| Name of Executor or Administrator: |
|---|
| Address: |
| |
| Telephone Number: |

The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.

DATE: 12/04/19    EMPLOYEE'S PRINTED NAME: JAN K MASON

EMPLOYEE'S SIGNATURE: Jan K Mason

PAGE 12/12 ˟ RCVD AT 12/7/2019 4:22:06 PM [Eastern Standard Time] ˟ SVR:VA1PWFAX201/8 ˟ DNIS:6033345994 ˟ CSID:7195276801 ˟ ANI:17195276801 ˟ DURATION (mm-ss):04-00

Lincoln/Mason 0975

12/07/2019  14:19    7195276801                                                    PAGE  01/12

# FAX COVER

1510 Chiles Ave Ste 7
Fort Carson, CO 80913
(719) 527-6800 tel.
(719) 527-6801 fax

# The UPS Store

To: COREY ABRAMS-WEAVER Fax No: 603-334-5994

Date: 12/07/19        # of pages (include FAX cover): 12

From: JAN K MASON        Phone Number:

Subject: LINCOLN FINANCIAL

Comments:

PAGE 1/12 ^ RCVD AT 12/7/2019 4:22:06 PM [Eastern Standard Time] ^ SVR:VA1PWFAX201/8 ^ DNIS:6033345994 ^ CSID:7195276801 ^ ANI:17195276801 ^ DURATION (mm-ss):04-00

Lincoln/Mason 0976

12/07/2019  14:19    7195276801                                                PAGE  02/12

# DIRECT DEPOSIT APPLICATION



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

Return To: Corey Abrams-Weaver

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: Jan Mason | |
| CLAIM NO: 9291624 | |
| EMPLOYER/SPONSOR: Charter Communications, Inc. | DATE OF BIRTH: |

CHECK ONE: ☒ New   ☐ Change

YOUR TELEPHONE NUMBER:

ADDRESS:

### AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS

I (We) hereby authorize and request Lincoln Life Assurance Company of Boston , to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW
### ***All must be completed or your form will be rejected***

TYPE OF ACCOUNT: ☒ Checking   ☐ Savings      BANK NAME: FIRST BANK

9 DIGIT ABA ROUTING NUMBER: __      BANK ADDRESS: P.O. BOX 150097 LAKEWOOD, CO, 80215

YOUR ACCOUNT NUMBER:           CITY: ____  STATE: ____  ZIP: ____

BANK PHONE: 1 (800) 964-3444

### ***You must check yes or no to BOTH of the following two questions***

WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?
☐ YES  ☒ NO

DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?
☐ YES  ☒ NO

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON or BANK. Any such notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON shall be effective only with respect to entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: _Jan K Mason_     Date: 12/04/19

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

### ATTACH VOIDED CHECK HERE
Your application will be rejected unless included with the form.

PAGE 2/12 ^ RCVD AT 12/7/2019 4:22:06 PM [Eastern Standard Time] ^ SVR:VA1PWFAX201/8 ^ DNIS:6033345994 ^ CSID:7195276801 ^ ANI:17195276801 ^ DURATION (mm-ss):04-00

**Lincoln/Mason 0977**

12/07/2019  14:19    7195276801                                              PAGE  03/12



Lincoln/Mason 0978

12/07/2019  14:19    7195276801                                                    PAGE  04/12



FIRSTBANK

banking for good    11695 MERIDIAN MARKET VIEW ROAD PEYTON, COLORADO 80831 719-495-6600

*P.O. BOX 150597 LAKEWOOD, CO 80215*

December 2, 2019

For Whom it May Concern,

Jan K. Mason has an account, number                at FirstBank, routing number
and is currently residing at

Casey Trinkle,

Sr. Teller Representative for Falcon, FirstBank.

FIRSTBANK
ABA# 107005047

DEC 0 2 2019

FALCON #495
PEYTON CO
TELLER

**CASEY TRINKLE**
**Senior Teller Representative**

**FIRSTBANK**
11695 Meridian Market View
Peyton, Colorado 80831
T 719 495 6600   F 719 272 6120
casey.trinkle@efirstbank.com

1STBANK

PAGE 4/12 * RCVD AT 12/7/2019 4:22:06 PM [Eastern Standard Time] * SVR:VA1PWFAX201/8 * DNIS:6033345994 * CSID:7195276801 * ANI:17195276801 * DURATION (mm-ss):04-00

**Lincoln/Mason 0979**

# THIRD PARTY LIABILITY INFORMATION FORM

 **Lincoln** Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

**Return To:** Corey Abrams-Weaver

EMPLOYEE/CLAIMANT NAME: Jan Mason

CLAIM NO: 9291624

EMPLOYER/SPONSOR: Charter Communications, Inc.          DATE OF BIRTH:

We have received your disability claim and it is our understanding that a Third Party has caused your Injury or Sickness. Please provide the following information and return this form to my attention in order to avoid any delay in processing.

**Did any one of the following cause your Injury or Sickness?**

| | | Yes | No |
|---|---|---|---|
| Motor Vehicle accident | | ☒ | ☐ |
| Slip and fall accident | | ☐ | ☒ |
| Occupational injury or sickness | | ☐ | ☒ |
| Faulty Product/Product Liability | | ☐ | ☒ |
| Medical Malpractice | | ☐ | ☒ |

1. Date of Injury/Sickness: _12/18/17_

2. Location of Injury (please include town and state): _COLORADO SPRINGS, COLORADO_

3. Description of Injury/Sickness (please include copy of accident report, if applicable): _HIP AND LOW BACK PAIN_

4. Is someone else responsible for your damages?          Yes ☐   No ☒

   If "Yes":    Name:

               Address:

               Telephone No.: (   )

5. Are any claims being made?                             Yes ☐   No ☒

   If "Yes":    Insurance Carrier:

               Address:

               Telephone No.: (   )

               Claim Representative:

               Claim No.:

6. Are you receiving no fault/personal income protection benefits from your own auto insurance carrier?    Yes ☐   No ☒

   If "Yes":    Insurance Carrier:

               Address:

               Telephone No.: (   )

               Claim Representative:

               Claim No.:

               Weekly Benefit $

7. Are you using the services of an attorney?             Yes ☐   No ☒

   If "Yes":    Name:

               Address:

**Lincoln/Mason 0980**

12/07/2019  14:19    7195276801                                          PAGE  06/12

DRIVER'S LICENSE #: _____}___ _____          DATE: ___12/04/19___

SIGNATURE:     _Jank Mason_____

DP 447D Rev. 12/02

PAGE 6/12 * RCVD AT 12/7/2019 4:22:06 PM [Eastern Standard Time] * SVR:VA1PWFAX201/8 * DNIS:6033345994 * CSID:7195276801 * ANI:17195276801 * DURATION (mm-ss):04-00

**Lincoln/Mason 0981**

12/07/2019  14:19    7195276801                                         PAGE  07/12

DR 2447 (03/03/06)
COLORADO DEPARTMENT OF REVENUE

MAIL TO:  STATE OF COLORADO
MOTOR VEHICLE
TRAFFIC RECORDS
DENVER, CO-80261-0016

*S. Logue*

# STATE OF COLORADO TRAFFIC ACCIDENT REPORT

☐ AMENDED/SUPPL.  ☐ UNDER $1,000  ☐ COUNTER REPORT  ☐ PRIVATE PROPERTY  PAGE __1__ OF __3__ PAGES

| | |
|---|---|
| ☐ INTERSTATE HWY | HWY NUMBER |
| ☐ STATE HWY | MILEPOINT |
| ☒ CITY ST/CNTY RD | |

DOR Code

Case # 2017-00045372

**Date of Accident** 12/18/2017  **City** Colorado Springs  **Agency** CSPD  **County** El Paso  **County #** 04

**Time (24 Hr.)** 16:10  **Officer Number** 5166  **Officer Name** Gardner, Ashton,  **Signature**  **Detail** Patr

**Number Killed** 0  **Number Injured** 0  **Location Route, Street, Road**  Miles 250  Feet  N☐ S☒ E☐ W☐ OF:

**Date of Report** 12/18/2017  N POWERS  ☐ At: RESEARCH

Latitude  Longitude

**Agency Code** 17528072  **Investigated @ Scene** ☒  **Total Vehicles** 2  **District Number** 51  **Public Property/Employee** ☐  **Photos Taken** ☒  **Railroad Crossing Related** ☐  **Const. Zone Related** ☐  **Highway Interchg.** ☐  **Bridge Related** ☐

**Traffic Unit #** 1 or 01  ☒ Veh.  ☐ Parked  ☐ Bicycle  ☐ Pedestrian  ☐ Non-Vehicle  ☐ Non-Contact Veh.    **Traffic Unit #** 2 or 02  ☒ Veh.  ☐ Parked  ☐ Bicycle  ☐ Pedestrian  ☐ Non-Vehicle  ☐ Non-Contact Veh.

| | | | |
|---|---|---|---|
| **Last Name** KEESLER | **First** JARED | **MI** W | |
| **Street Address** | | **Personal Phone** | |
| **City** | **State** CO | **ZIP** 80908 | **Bus. Phone ( )** |
| **Driver License Number** | **CDL** | **State** CO | **Sex** M  **DOB** |

| | | | |
|---|---|---|---|
| **Last Name** Mason | **First** Jan | **MI** K | |
| **Street Address** | | **Personal Phone** | |
| **City** | **State** CO | **ZIP** 80831 | **Bus. Phone ( )** |
| **Driver License Number** | **CDL** | **State** CO | **Sex** F  **DOB** |

**Primary Violation** ☐ DUI 42-4-1008 (1) TIA

**Primary Violation** ☐ DUI

| | | | |
|---|---|---|---|
| **Violation Code** 42-4-1008(1) TIA | **Citation Number** E266221 | **Common Code** 142 | |
| **Year** 2010  **Make** Volkswagen | **Model** Routan | **Body Type** PV | |
| **License Plate Number** | **State or Country** CO | **Color** BLK | |
| **Vehicle Identification Number** 124524 | | | |

| | | | |
|---|---|---|---|
| **Violation Code** | **Citation Number** | **Common Code** | |
| **Year** 2015  **Make** Chevrolet | **Model** TRAVERSE | **Body Type** UP | |
| **License Plate Number** | **State or Country** CO | **Color** GRY | |
| **Vehicle Identification Number** 1237 | | | |

**Vehicle Owner Last Name** ☒ Same  **First**  **MI**
**Address** ☐ Same  **City**  **State** **ZIP**

**Vehicle Owner Last Name** ☒ Same  **First**  **MI**
**Address** ☐ Same  **City**  **State** **ZIP**

**Towed Due to Damage** ☐ By:  To:

**Towed Due to Damage** ☐ By:  To:

Trailer VIN#_____

Trailer VIN#_____

1- Slight
2- Moderate
3- Severe
_____ Undercarriage   _____ Undercarriage

1- Slight
2- Moderate
3- Severe
_____ Undercarriage   _____ Undercarriage

**Insurance Company** ☐ None ☐ No Proof  PROGRESSIVE  **Exp. Date** 01/26/2018

**Insurance Company** ☐ None ☐ No Proof  SAFECO  **Exp. Date** 04/30/2018

**Policy Number** 913233532

**Policy Number** Y8261755

**Owner Damaged Prop. Last Name**  **First**  **MI**  **Address**  **City**  **State** **ZIP**

**Owner Damaged Prop. Last Name**  **First**  **MI**  **Address**  **City**  **State** **ZIP**

| T.U. # | POS. | REST | ENDO. | SAFETY EQUIP. | AIR BAG | EJECT | SUSPECTED ALCO | SUSPECTED DRUG | INJ. SEV. | AGE | SEX | NAME / ADDRESS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 01 | 02 | 00 | B | 01 | A | 01 | B | 00 | 00 | 00 | 00 | 30 | M | KEESLER, JARED/ 8424 CANARY BLACK FOREST, CO 80908 |
| 02 | 01 | 01 | 00 | B | 01 | A | 01 | B | 00 | 00 | 00 | 01 | 45 | F | Mason, Jan/ 12510 MEDINAH  FALCON, CO 80831 |
| 01 | 07 | 00 | 00 | E | 01 | A | 01 | A | 00 | 00 | 00 | 00 | 5 | M | KEESLER, KOEHN/ 8424 CANARY COLORADO SPRINGS, CO 80908 |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

**Approved By** DuVall, Richard  **I.D. #**  **Date** 12/19/2017

**Lincoln/Mason 0982**

12/07/2019  14:19    7195276801                                                    PAGE  08/12

PAGE __2__ OF __3__ PAGES

| AA | Case # 2017-00045372 | ▮▮▮▮▮▮▮ | Accident Date 12/18/2017 | Agency CSPD | HH |

**Describe Accident**

TU#2/MASON was stopped in heavy traffic in the right through lane of southbound N Powers Blvd, south of Research Pkwy, when TU#1/KEESLER failed to come to a complete stop and collided with the rear passenger's side bumper, while swerving to aviod the collision. Both TU's came to a controlled rest on the shoulder of southbound N Powers Blvd.

| 01 Carrier Name | | US DOT ☐  ICC ☐  State DOT ☐ |
| Address | | Carrier Identification # |
| 02 Carrier Name | | US DOT ☐  ICC ☐  State DOT ☐ |
| Address | | Carrier Identification # |

PAGE 8/12 * RCVD AT 12/7/2019 4:22:06 PM [Eastern Standard Time] * SVR:VA1PWFAX201/8 * DNIS:6033345994 * CSID:7195276801 * ANI:17195276801 * DURATION (mm-ss):04-00

Lincoln/Mason 0983

12/07/2019  14:19    7195276801                                                    PAGE  09/12

**COLORADO SPRINGS POLICE DEPARTMENT**
705 S. Nevada Ave.
Colorado Springs, CO 80903
(719) 444-7000

**2017-00045372**

## NARRATIVE

BODY-WORN CAMERA FOOTAGE AVAILABLE

TRAFFIC UNIT #1 DRIVER STATEMENT: See attached driver's statement.

TRAFFIC UNIT #2 DRIVER STATEMENT: See attached driver's statement.

WITNESS CONTACT INFORMATION/STATEMENT: None

OFFICER STATEMENT: Upon arrival I examined the involved vehicles and the scene and found damage consistent with a front end to rear end traffic accident. During the investigation, I found that TU#1, Jared Keesler DOB 5/4/87, was also driving with a suspended CO driver's license.

EXISTING CONDITIONS: The weather was clear and the road was dry. The accident occurred during dusk hours and existing vehicle traffic was heavy.

AT SCENE PERSONNEL-     AMR: Medic 3 #131601
                        FIRE: Engine 19 Shift B #17-66901
                        POLICE: A. Gardner/5166, T. Snyder/5501

INJURY: TU#2, Jan Mason DOB 5/6/72, complained to hip / lower back pain.

EVIDENCE: Digital photos of the vehicle damage were placed into evidence through DIMS.

ROAD MARKS: No road marks were found.

MEASUREMENTS: Vehicles moved prior to police response.

VEHICLE DAMAGE: Traffic Unit #1: Moderate to severe damage was sustained to the front driver's side bumper and quarter panel of the vehicle. Traffic Unit #2: Moderate to severe damage was sustained to the rear passenger's side bumper and quarter panel of the vehicle.

ADDITIONAL DRIVER VIOLATIONS: None

INVESTIGATIVE FINDINGS: Traffic Unit #1 was cited for following too closely and driving with a suspended license. 42-4-1008, 42-2-138(1)(a)

NOTHING FURTHER

REPORTING OFFICER & IBM #                    APPROVING SUPERVISOR

PAGE 9/12 * RCVD AT 12/7/2019 4:22:06 PM [Eastern Standard Time] * SVR:VA1PWFAX201/8 * DNIS:6033345994 * CSID:7195276801 * ANI:17195276801 * DURATION (mm-ss):04-00

**Lincoln/Mason 0984**

12/07/2019  14:19   7195276801                                                      PAGE  10/12

# FAMILY INFORMATION QUESTIONNAIRE

 **Lincoln**
Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

Return to:  Corey Abrams-Weaver

EMPLOYEE/CLAIMANT NAME: Jan Mason
CLAIM NO:  9291624
EMPLOYER/SPONSOR: Charter Communications, Inc. _____   DATE OF BIRTH: _____

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status?        Single _____    Married _____    Divorced ✗

If married, please indicate your spouse's name and date of birth.   Name: _____   DOB: _____

Do you have children or dependents*?   Yes ✗   No _____

If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:
- Biological child(ren)          - Custodial Grandchildren             - Adopted Children
- Stepchildren                   - A child 18 or older with a disability   - A child 18-19 and a full-time student
- Children not residing in your    that started before age 22              (not higher than grade 12)
  household

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|------|-----|---------------------------------------------------------------|--------------------------------|---------------------------------------------------|
| D    E M | — | CUSTODIAL | No | 05/2026 |
| KAYLIEN LASHEAR | | ALREADY GRADUATED IN / MARRIED AND LIVING ON HER OWN | | 2013 - |
| | | | | |

Is your spouse and/or children receiving Social Security benefits?   Yes: _____   No: ✗
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|------|-----|-------------------------------------------|--------------------------------|---------------------------------|------------------------------------------|
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: Jan Mason                                  Date: 12/04/19

PAGE 10/12 * RCVD AT 12/7/2019 4:22:06 PM [Eastern Standard Time] * SVR:VA1PWFAX201/8 * DNIS:6033345994 * CSID:7195276801 * ANI:17195276801 * DURATION (mm-ss):04-00

Lincoln/Mason 0985



**LINCOLN FINANCIAL GROUP**
**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**

**SOCIAL SECURITY/REIMBURSEMENT AGREEMENT**

INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.

The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.

Claimant: **Jan Mason** _____ Date of Birth: _____ __

Employer: **Charter Communications, Inc.** _____ Policy/Plan Sponsor No. **04 - 444809** _____

A) If disability benefits are approved I request that Lincoln Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Liberty Life immediately if awarded Social Security Benefits.
4) I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.
6) I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.

B) Social Security benefits <u>will be estimated</u> if:

1) I do not sign and return this form to Liberty Life within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature) _Jan K Mason_____

(Address) _____

(Date) __12/04/19_____

**Lincoln/Mason 0986**

12/07/2019  14:19     7195276801                                              PAGE  12/12

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

## TO BE COMPLETED BY EMPLOYEE:

**YOUR SPOUSE:**                                    **YOUR DOMESTIC PARTNER:**

| Name: | | Name: | |
|---|---|---|---|
| Address: | N/A | Address: | N/A |
| Telephone Number: | | Telephone Number: | |

CHILDREN: List ALL children. Use reverse side if necessary.

| Name: | Date of Birth: | |
|---|---|---|
| Address: | | |
| Telephone Number: | | |

Name: KAYLIE N BROOKS     Date of Birth:
Address: LANIHEAR

Telephone Number:

| Name: | Date of Birth: | |
|---|---|---|
| Address: | | |
| Telephone Number: | | |

GUARDIANSHIP: For all children under age 18 listed above:        *IF I WOULD PASS*

Name: JAN K MASON        NOW        ERIC MASON

Telephone Number:

DO YOU HAVE A WILL? YES ____ NO _X_        DO YOU HAVE A TRUST? YES ____ NO _X_

ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:

| Name of Executor or Administrator: | |
|---|---|
| Address: | |
| Telephone Number: | |

The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.

DATE: 12/04/19     EMPLOYEE'S PRINTED NAME: JAN K MASON

EMPLOYEE'S SIGNATURE: Jan K Mason

PAGE 12/12 * RCVD AT 12/7/2019 4:22:06 PM [Eastern Standard Time] * SVR:VA1PWFAX201/8 * DNIS:6033345994 * CSID:7195276801 * ANI:17195276801 * DURATION (mm-ss):04-00

**Lincoln/Mason 0987**

# Billing Statement:

**ReleasePoint**

**Invoice Date: 12/05/2019          Invoice #: 710864-1962**
**Liberty Mutual**

**Invoice for Requests for Medical Information completed between Nov 1 2019 and Nov 30 2019**

**LIBMT3**                                                    **Bill Code: LIBSFU**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 5907011<br>9291624 | MASON, JAN K<br>COLORADO SPRINGS ORTHO GROUP | Complete | 11/25/19 | 8.00 | 20.75 | 0.00 | 0.00<br>19 | **28.75** |

**ReleasePoint**

**Total Amount Due:**          28.75

**405 W. Foothill Blvd.**
**Suite 204**
**Claremont, CA 91711**          **Tax ID: 95-2843455**

**Lincoln/Mason 0988**

**Medical Record Overview**

**ReleasePoint**

**Date:**     November 25, 2019

**Patient Name:**     MASON, JAN K

**Records From:**     COLORADO SPRINGS ORTHO GROUP     **RP ID:** 5907011
4110 BRIAR GATE PKWY STE 300
COLORADO SPRINGS, CO     **Client ID:** 9291624
(719) 632-7669
**Source:** LIBMT3

**Request Scope:** From August 22, 2019 to Present     **Req By:**

**Chart Range:**     09/17/2019 - 10/25/2019

**SSN:**

|  |  |  |  | Starts on |
| --- | --- | --- | --- | --- |
| **Classification** | **From** | **To** | **Total** | **Page** |
| Progress Notes | Sep 17 2019 | Oct 25 2019 | 10 | 2 |
| Labs/Diagnostics | Oct 22 2019 | Oct 22 2019 | 3 | 12 |
| Request Corr. |  |  | 6 | 15 |
| **Total Page Count:** |  |  | 19 |  |

**Notes From QC:**

Enclosed are all records supplied by medical facility for physician/facility requested

**Lincoln/Mason 0989**

Progress Notes - 10/25/2019                320088                (7/19) 11/25/2019 08:09:20 AM -0700



**North Campus**
4110 Briargate Parkway, Suite 300
Colorado Springs, CO 80920
Phone: 719-632-7669
Fax: 719-632-0088

**Colorado Springs
Orthopaedic Group**

www.csog.net

**South Campus**
1259 Lake Plaza Drive, Suite 100
Colorado Springs, CO 80906
Phone: 719-632-7669
Fax: 719-632-0088

Patient Name: **Jan K Mason, 505296**          Encounter Date: **10/25/2019**          Date of Birth:

## Chief Complaint Right hip pain.

## History of Present Illness

Jan Mason is a pleasant 47 year old female that presents today just over 6 months status post right hip arthroscopy with labral repair/re-fixation, acetabuloplasty, femoroplasty and osteoplasty to remove cam lesion, chondroplasty, debridement, and shaving of acetabulum, synovectomy, and capsular closure/plication. This was performed on 4/17/19. Since her previous visit, the patient was able to obtain a MRI Arthrogram at Penrad on 10/22/19 and is here to discuss the findings. To review, she has reported increasing right posterior buttock and lumbar spine pain that she rates worse than her preoperative hip pain. The patient also reports worsening groin pain and she states that her overall pain is worse than what it was prior to her surgery. She does report that she has been evaluated by Dr. Bee and Dr. Sung since she was last seen by us. She has a significant history with her lumbar spine with previous SI joint fusion. She is currently being worked up for possible spinal cord stimulator but is having difficulty obtaining authorization. She reports pain in her posterior buttock that radiates down her posterior thigh and into her calf and foot, she understands that this is most likely originating from her lumbar spine. She describes burning pain in the groin area that is significantly limiting her physical activity, she also reports lateral hip pain. She feels that this started when she began to increase the amount of walking that she was doing approximately 2 month ago, she states that she has only been walking 2 miles a week. She otherwise denies injury or trauma. She denies calf pain or cramping bilaterally. She denies nausea, vomiting, fever, chills, shortness of breath, chest pain or abdominal pain.

## Medical History

**Medical Conditions:** Hypertension
**Surgical History:** Tubal 1994; Rhinoplast 2008
**Orthopedic Surgical History:** Right SI Fusion
**Current Medications:** Claritin 10 mg tablet 1 oral, Ambien 5 mg tablet 1 oral, metoprolol succinate ER 50 mg tablet,extended release 24 hr 1 Tb24 oral, losartan 50 mg tablet 1 oral, indomethacin 50 mg capsule 1 capsule(s) by mouth BID Take with food.
**Medication and Allergic Reactions:** No known allergies
**Family History:** No significant family history

## Personal and Social History:
Patient has children, denies tabacco, marijuana, and alcohol use

## Review of Systems

Patient denies fevers, chills, chest pain, shortness of breath, abdominal pain, nausea, diarrhea, constipation. Pertinent positives for review of systems are listed in HPI above, otherwise negative.

**ELECTRONICALLY SIGNED BY Michael Huang, M.D.**

1 of 3

**Lincoln/Mason 0990**

Progress Notes - 10/25/2019                320088                (8/19) 11/25/2019 08:10:08 AM -0700

**Patient Name:** Mason, Jan K
**DOB:**

**Vital Signs:** Height: 5ft 8.00in, Weight: 180lbs BMI 27.37

## General Exam:
**Constitutional:** Patient is adequately groomed with no evidence of malnutrition.
**Skin:** There are no rashes, ulcerations or lesions in the regions examined.
**Mental Status:** The patient is oriented to time, place and person. The patient's mood and affect are appropriate.
**Lymphatic:** The lymphatic examination bilaterally reveals all areas to be without enlargement or induration.
**Vascular:** Examination reveals no swelling or calf tenderness. Peripheral pulses are palpable and 2+.
**Neurological:** The patient has good coordination. There is no weakness or sensory deficit. Deep tendon reflexes are intact.

## Right Hip/Pelvis Examination
Patient is alert and oriented to time, place, medical situation. Normal mood and affect. Gait is antalgic. No pelvic obliquity. Bilateral lower extremity alignment is neutral. Normal sensibility to moving light touch in the superficial and deep peroneal nerve distribution, tibial nerve distribution bilaterally. Able to fire EHL, FHL, tibialis anterior, gastroc-soleus, quadriceps and hamstrings without difficulty bilaterally. Dorsalis pedis pulse 2+ bilaterally.

Right hip surgical wounds are well-healed. Range of motion of the right hip includes flexion to 115 degrees with pain, external rotation to 50 degrees, internal rotation 10 degrees and abduction of 40 degrees. Positive anterior and negative posterior impingement test. Straight leg raise was negative for radicular symptoms but increased her posterior hip buttock and spine pain. She is directly tender over the superior aspect the SI joint on the right side and lumbosacral junction, as well as over the anterior hip and laterally over the greater trochanter.

**Diagnostic Test Findings:** X-RAYS, RIGHT HIP, CSOG, 10/11/19: X-rays ordered, performed, and interpreted previously include AP pelvis, bilateral Dunn views, false profile, and cross table lateral views of the RIGHT hip. They show well-preserved femoroacetabular joint spacing without evidence of fracture or dislocation, Tonnis grade 0. There is no evidence of heterotopic ossification or avascular necrosis. Evidence of previous sacroiliac joint fusion is noted to the right SI joint.

MRI ARHTROGRAM, RT HIP, 10/22/19, PENRAD: Postoperative changes of acetabuloplasty, femoroplasty, and labral repair within the right hip. The anterior aspect of the superior labrum is diminutive and blunted. The superior aspect of the anterior labrum is diminutive and irregular. The findings likely reflect postoperative changes. No recurrent tear seen. Focal intermediate signal nodularity along the acetabular articular surface adjacent to a suture anchor track at the 12:00 position of indeterminate clinical significance. Thin linear signal along the anterior capsule just lateral to the superior aspect of the anterior labrum which may be related to capsular plication. Mild chondral irregularity along the lateral acetabulum likely reflecting chondroplasty changes.

Arthroscopic photos were reveiwed from surgery dated 4/17/19 showing diminutive labrum, bruised and degenerative.

## Assessment and Plan:
**Diagnosis Codes:**
M25.551 Pain in right hip Right
M24.151 Other articular cartilage disorders, right hip Right
**Impression:**
#1 6 months status post right hip arthroscopy with labral repair/re-fixation, acetabuloplasty, femoroplasty and osteoplasty to remove cam lesion, chondroplasty, debridement, and shaving of acetabulum, synovectomy, and capsular closure/plication performed on 4/17/19. Recurrent groin pain
#2 Chronic pain syndrome and sciatica.

ELECTRONICALLY SIGNED BY Michael Huang, M.D.

2 of 3

Lincoln/Mason 0991

Progress Notes - 10/25/2019          320088          (9/19) 11/25/2019 08:11:04 AM -0700

**Patient Name:** Mason, Jan K
**DOB:**

#3 Status post right sacroiliac (SI) joint fusion, 12/18/2017.

**Treatment Plan:**
I reviewed the clinical and radiographic documentation with the patient. The patient has signs and symptoms consistent with continued pain from the hip. Both the MRI and the arthroscopic photos show significant blunting of the labral tissue which may indicate recurrent tear or insufficient labral tissue. Treatment options were discussed including continued conservative management versus consideration of surgical intervention. Conservative options include rest, activity modification, anti-inflammatories, injection treatment, physical therapy and possible brace usage. Surgical treatment would include possible diagnostic arthroscopy with possible labral reconstruction. At this point in time, patient would like to take some time to decide how she would like to proceed forward. All questions were answered.

Specific details regarding hip arthroscopy and possible labral repair and osteochondroplasty were discussed with the patient. The rationale for performing this procedure was reviewed with the patient and demonstrated on a three dimensional model. I discussed the fact that the acetabuloplasty, labral repair, and osteochondroplasty components of this procedure have only been performed for the past 10-15 years with limited long-term follow up. The excellent early results were reviewed with the patient. I reviewed the procedure and the post-operative rehabilitation in detail with the patient. I also discussed all the risks, benefits, and alternatives. The risks discussed include but are not limited to: anesthesia, death, myocardial infarction, infection, thromboembolic disease, neurovascular damage (including pudendal nerve, genitofemoral, and sciatic nerve injury), persistent pain, persistent dysfunction, possible need for future surgery.
Patient was provided with patient education on NSAIDs.
The patient was given Necessity/Excuse Form.
The patient is instructed to return if pain or symptoms arise.

**Clinical Quality Reporting:**
The patient was encouraged to exercise. A strength training regimen was recommended to the patient. A stretching regimen was recommended to the patient.

Electronically signed by: Michael Huang, M.D.
Date: 10/25/2019 Time: 11:39 AM

CC: Copies sent along with cover letter sent to the patient's primary care physician.

Lincoln/Mason 0992

Progress Notes - 10/11/2019          320088          (10/19) 11/25/2019 08:11:46 AM -0700



**North Campus**
4110 Briargate Parkway, Suite 300
Colorado Springs, CO 80920
Phone: 719-632-7669
Fax: 719-632-0088

**Colorado Springs
Orthopaedic Group**
www.csog.net

**South Campus**
1259 Lake Plaza Drive, Suite 100
Colorado Springs, CO 80906
Phone: 719-632-7669
Fax: 719-632-0088

Patient Name: Jan K Mason, 505296          Encounter Date: **10/11/2019**          Date of Birth:

---

## Chief Complaint Right hip pain.

## History of Present Illness

Jan is a pleasant 47 year old female that presents today 6 months status post right hip arthroscopy with labral repair/re-fixation, acetabuloplasty, femoroplasty and osteoplasty to remove cam lesion, chondroplasty, debridement, and shaving of acetabulum, synovectomy, and capsular closure/plication. This was performed on 4/17/19. Since her last visit, she has reported increasing right posterior buttock and lumbar spine pain that she rates worse than her preoperative hip pain. The patient also reports worsening groin pain and she states that her overall pain is worse than what it was prior to her surgery. She does report that she has been evaluated by Dr. Bee and Dr. Sung since she was last seen by us. She has a significant history with her lumbar spine with previous SI joint fusion. She is currently being worked up for possible spinal cord stimulator but is having difficulty obtaining authorization. She reports pain in her posterior buttock that radiates down her posterior thigh and into her calf and foot, she understands that this is most likely originating from her lumbar spine. She describes burning pain in the groin area that is significantly limiting her physical activity, she also reports lateral hip pain. She feels that this started when she began to increase the amount of walking that she was doing approximately 1 month ago, she states that she has only been walking 2 miles a week. She otherwise denies injury or trauma. She denies calf pain or cramping bilaterally. She denies nausea, vomiting, fever, chills, shortness of breath, chest pain or abdominal pain.

## Medical History

**Medical Conditions:** Hypertension
**Surgical History:** Tubal 1994; Rhinoplast 2008
**Orthopedic Surgical History:** Right SI Fusion Right hip arthroscopy with labral repair/re-fixation, acetabuloplasty, femoroplasty and osteoplasty to remove cam lesion, chondroplasty, debridement, and shaving of acetabulum, synovectomy, and capsular closure/plication.
**Current Medications:** Claritin 10 mg tablet 1 oral, Ambien 5 mg tablet 1 oral, metoprolol succinate ER 50 mg tablet,extended release 24 hr 1 Tb24 oral, losartan 50 mg tablet 1 oral, indomethacin 50 mg capsule 1 capsule(s) by mouth BID Take with food.
**Medication and Allergic Reactions:** No known allergies
**Family History:** No significant family history

## Personal and Social History:

Patient has children, denies tabacco, marijuana, and alcohol use

## Review of Systems

**Please note that if an ophthalmologic "admits pain" is listed in the review of systems, it is false and inaccurate. This is a known problem with this electronic medical records system and, unfortunately, despite multiple attempts at fixing this problem, this issue continues to persist. Ophthalmologic symptoms were not addressed at today's visit.**

---

ELECTRONICALLY SIGNED BY Kristen E. Reiss, PA-C

1 of 3

**Lincoln/Mason 0993**

Progress Notes - 10/11/2019          320088          (11/19) 11/25/2019 08:12:37 AM -0700

**Patient Name:** Mason, Jan K
**DOB:**

Otherwise, review of systems is as above in HPI and otherwise negative.

**Vital Signs:** Height: 5ft 8.00in, Weight: 180lbs BMI 27.37

### General Exam:
**Constitutional:** Patient is adequately groomed with no evidence of malnutrition.
**Skin:** There are no rashes, ulcerations or lesions in the regions examined.
**Mental Status:** The patient is oriented to time, place and person. The patient's mood and affect are appropriate.
**Lymphatic:** The lymphatic examination bilaterally reveals all areas to be without enlargement or induration.
**Vascular:** Examination reveals no swelling or calf tenderness. Peripheral pulses are palpable and 2+.
**Neurological:** The patient has good coordination. There is no weakness or sensory deficit. Deep tendon reflexes are intact.

### Right Hip/Pelvis Examination
Patient is alert and oriented to time, place, medical situation. Normal mood and affect. Gait is antalgic. No pelvic obliquity. Bilateral lower extremity alignment is neutral. Normal sensibility to moving light touch in the superficial and deep peroneal nerve distribution, tibial nerve distribution bilaterally. Able to fire EHL, FHL, tibialis anterior, gastroc-soleus, quadriceps and hamstrings without difficulty bilaterally. Dorsalis pedis pulse 2+ bilaterally.

Right hip surgical wounds are well-healed. Range of motion of the right hip includes flexion to 110 degrees with pain, external rotation to 50 degrees, internal rotation 10 degrees and abduction of 40 degrees. negative anterior and posterior impingement test. Straight leg raise was negative for radicular symptoms but increased her posterior hip buttock and spine pain. She is directly tender over the superior aspect the SI joint on the right side and lumbosacral junction, as well as over the anterior hip and laterally over the greater trochanter.

### Additional Exams:
**Left Lower Extremity:**Examination of the left lower extremity does not show any tenderness, deformity or injury. Range of motion is unremarkable. There is no gross instability. Strength and tone are normal.

**Imaging Orders:** 4+views of the right hip were ordered, obtained and interpreted from an orthopedic standpoint.
**Hip/Pelvis Xrays:**X-RAYS, RIGHT HIP, CSOG, 10/11/19: X-rays ordered, performed, and interpreted today include AP pelvis, bilateral Dunn views, false profile, and cross table lateral views of the RIGHT hip. They show well-preserved femoroacetabular joint spacing without evidence of fracture or dislocation, Tonnis grade 0. There is no evidence of heterotopic ossification or avascular necrosis. Evidence of previous sacroiliac joint fusion is noted to the right SI joint.

### Assessment and Plan:
**Diagnosis Codes:**
M25.551 Pain in right hip Right
M24.151 Other articular cartilage disorders, right hip Right
**Impression:**
#1 6 months status post right hip arthroscopy with labral repair/re-fixation, acetabuloplasty, femoroplasty and osteoplasty to remove cam lesion, chondroplasty, debridement, and shaving of acetabulum, synovectomy, and capsular closure/plication performed on 4/17/19. - Recurrent groin pain
#2 Chronic pain syndrome and sciatica.
#3 Status post right sacroiliac (SI) joint fusion, 12/18/2017.

**ELECTRONICALLY SIGNED BY Kristen E. Reiss, PA-C**

2 of 3

**Lincoln/Mason 0994**

Progress Notes - 10/11/2019                    320088                    (12/19) 11/25/2019 08:13:29 AM -0700

**Patient Name:** Mason, Jan K
**DOB:**

**Treatment Plan:**
I discussed the findings of the clinical examination with the patient at today's visit, we reviewed today's x-ray imaging results. Unfortunately, the patient is expressing significant pain at this time to her lower back as well as to her hip. In regards to her lower back and radicular symptoms, she is currently being worked up by Dr. Sung and Dr. Malinsky for possible spinal cord stimulator placement. Regards to the patient's hip, she began to experience groin pain approximately 1 month ago. We did discuss the possibility of intra-articular corticosteroid injection, however, she does not feel corticosteroid injections worked well for her and in fact cause increased pain. I do feel that it would be reasonable to obtain a postoperative MRI arthrogram to evaluate the patient's previously wore a pair. On review of her surgical images, the patient was found to have a small labrum in size. The patient will follow up after obtaining the MRI to discuss results and possible further treatment. She verbalizes agreement and understanding of today's discussion, all questions were answered.
An MRI of the Right Hip was ordered.
Patient was provided with patient education on NSAIDs.
The patient is to return when MRI results are available.

**Clinical Quality Reporting:**
The patient was encouraged to exercise. A strength training regimen was recommended to the patient. A stretching regimen was recommended to the patient.

Electronically signed by: Michael Huang, M.D.
Date: 10/11/2019 Time: 11:58 AM

Kristen E. Reiss, PA-C
Date: 10/11/2019

CC: Copies sent along with cover letter sent to the patient's primary care physician.

Lincoln/Mason 0995

Progress Notes - 09/17/2019          320088          (13/19) 11/25/2019 08:14:02 AM -0700



**North Campus**
4110 Briargate Parkway, Suite 300
Colorado Springs, CO 80920
Phone: 719-632-7669
Fax: 719-632-0088

**Colorado Springs
Orthopaedic Group**
www.csog.net

**South Campus**
1259 Lake Plaza Drive, Suite 100
Colorado Springs, CO 80906
Phone: 719-632-7669
Fax: 719-632-0088

Patient Name: **Jan K Mason, 505296**          Encounter Date: **9/17/2019**          Date of Birth:

## Physical Therapy Hip Evaluation

| | |
|---|---|
| Encounter Date: | 9/17/2019 |
| Age: | 47 |
| Sex: | F |
| Insurance: | Kaiser |
| Physician: | Michael Huang, M.D. |
| Evaluating Therapist: | Catherine Bottorff, PT, DPT |
| Treatment Diagnosis: | M25.551, Pain in right hip,<br>M24.151, Other articular cartilage disorders, right hip, Right Hip |
| Onset Date: | 12/18/17 |
| Date of Surgery: | 4/17/19 |
| Surgical Procedure: | Right hip scope |
| Visit Number: | 1/12 Rx/ 15 Insurance (Rx 10/28/2019) |

### History

| | |
|---|---|
| Prior Level of Function: | Fully independent with all ADLs with no impairments. |
| Past Medical History: | IN: 3:05, out: 3:50 |

EVAL:
The patient is a 46 year old female seen today s/p right hip scope by Dr. Huang on 4/17/2019. She has been here before after SI fusion and then from a MVA. She reports she had continued pain and then finally had a CT scan and it showed impingement of the hips. She had issues since 12/18/17 and since the car accieent happened. Patient denies N/T, chest pain, SOB, N/V, B/B changes, fever, or calf pain/redness/swelling. She reports of a dull ache and soreness in the hip like someone put in anchors into the hip. PAin about 3/10 in the hip. She would like to get back to normal and feel better. She reports she held on PT and back to crutches and antiInflammatory and it didn't help. She has now gotten checked on her back and hip again. She is having a nerve block done on the back. She is also getting a nerve block but not a spinal cord stimulator. She thinks it is more SI joint issues.

PAIN:
OUTCOME MEASURE:
PMHX:
Hypertension

| | |
|---|---|
| Occupation: | Office based desk job. |
| Work Status: | on FMLA |
| Precautions: | per protocol |
| Diagnostic Tests: | X-ray CT scan |

### Subjective

ELECTRONICALLY SIGNED BY Catherine J. Bottorff, PT,
DPT, COMT

1 of 4

**Lincoln/Mason 0996**

Progress Notes - 09/17/2019                320088                (14/19) 11/25/2019 08:14:37 AM -0700

**Patient Name:** Mason, Jan K
**DOB:**

| | |
|---|---|
| Current Pain Level: | 7/10 |
| Pain Level at Worst: | 7/10 |
| Pain Level at Best: | 7/10 |
| Location: | right hip ☐ Improving   ☐ Worsening   ☐ Unchanging   ☐ Chronic |
| Secondary Pain: | N/A |
| Aggravating Factors | |
| Alleviating Factors | |
| Nature of Symptoms: | dull ache and soreness |
| Current ADL Status: | Unable to walk long distance |
| Current Sports/Recreation Status: | unable to perform |
| Living Situation: | WNL. |
| Patient Goals: | back to normal |
| Outcome Measures: | LEFS: 6/80 |
| Other: | |

## Objective

| | |
|---|---|
| OBSERVATION: | WNWD male/female in NAD. |
| INCISION/SKIN: | covered in bandages |
| PALPATION: | TTP right quad and groin, piriformis |
| JOINT MOBILITY: | |
| SENSATION: | WNl to light touch |
| REFLEXES: | Patellar: R , L ; Achilles: R , L |
| GAIT: | Normal gait pattern with no apparent deficits. |
| EDEMA: | none |
| POSTURE: | |
| LEG LENGTH: | |
| BALANCE TESTING: | |
| Knee Screen : | |
| Foot/Ankle Screen: | WNL |

## Hip ROM

| | Right Active | Left Active | Right Passive: | Left Passive |
|---|---|---|---|---|
| Hip Flexion: | 90 | | | |
| Hip Extension: | decreased by 50% | | | |
| Hip Abduction: | WNL | | | |
| Hip Adduction: | WNL | | | |
| Hip Internal Rotation: | decreased by 50% | | | |
| Hip External Rotation: | decreased by 50% | | | |

## Hip Muscle Strength

| | Right | Left |
|---|---|---|
| Hip Flexion: | 3/5 | 5/5 |
| Hip Extension: | 3/5 | 5/5 |

ELECTRONICALLY SIGNED BY Catherine J. Bottorff, PT,
DPT, COMT

2 of 4

**Lincoln/Mason 0997**

Progress Notes - 09/17/2019                320088                    (15/19) 11/25/2019 08:15:03 AM -0700

**Patient Name:** Mason, Jan K
**DOB:**

| | | |
|---|---|---|
| Hip Abduction: | 3/5 | 5/5 |
| Hip Adduction: | 3/5 | 5/5 |
| Hip Internal Rotation: | 3/5 | 5/5 |
| Hip External Rotation: | 3/5 | 5/5 |
| Other Muscle Test: | | |

*Comments:*
## Therapy Interventions

| | |
|---|---|
| Therapeutic Exercise:<br>15 minutes | Please see flowsheet for specific activities and parameters performed. SLR, hip ext, flexion, abd, SAQ, Briudges, clams |

Manual Therapy:
15 minutes

To Improve ROM: ☐ PROM ☐ Joint Mobilization to improve ROM for
To improve tissue extensibility: ☐ soft tissue mobilization ☐ myofascial release
☐ scar mobilization ☐ IASTM ☐ TDN ☐ Edema/Retrograde Massage
Notes: STM to right LS L3–L5 right, right SI joint

## Assessment:
Patient benefited from and requires skilled therapy services that address the following functional limitations:
ROM, strength, joint mobility, pain and ability to complete ADL's consitent with a diagnosis of right hip scope and pain.
Patient would benefit from skilled PT to address the above listed deficits to promote return to patient's prior level of
function and pain free activity. Impairments, posture, goals, plan and prognosis were discussed with the patient and a good
understanding was acknowledged. Patients rehab prognosis is good based on initial presentation and motivation.
...
Based upon objective findings, patients self reported functional limitations, comorbidities and stable presentation of
condition, the evaluation complexity is determined to be low.

## Short Term Goals:    2 Weeks
1. Patient will understand precautions and be independent with a home exercise program.
2.
3.
4.
5.
6.

## Long Term Goals:    10-12 Weeks
1. Patient will improve outcome measure score on the LEFS to 60/80.
2. Patient to report pain no greater than 0-1/10 allowing for functional ADLs
3. Patient to display improved AROM to WNLdegrees allowing for normalized gait.
4. Patient to display normalized right LE and core muscle strength to 5/5 level with normal LE balance/stability to allow patient to return to ADL's, work and exercise/sport as desired.
5.
6.

**ELECTRONICALLY SIGNED BY Catherine J. Bottorff, PT,
DPT, COMT**

3 of 4

**Lincoln/Mason 0998**

Progress Notes - 09/17/2019          320088          (16/19) 11/25/2019 08:15:39 AM -0700

**Patient Name:** Mason, Jan K
**DOB:**

**Plan:**
Patient will initiate (as of 9/17/19) skilled Physical Therapy services 1-2x/week for 4-6 weeks to address above stated deficits and return to an optimal level of function. We will utilize modalities as needed to reduce pain and swelling, manual therapy techniques to improve mobility, therapeutic exercise in order to return patient to PLOF, and neuromuscular reeducation of movement, balance, coordination, kinesthetic sense, posture and/or proprioception for sitting and/or standing activities in order to help patient reach all functional goals. Patient was issued a written Home exercise program at the evaluation and instructed in the importance of being an active participant in their plan of care.
**Rehab Potential:** Good
**Frequency:** 1-2x week
**Duration:** 6 weeks
**Certification/Re-certification:** from through
**Total Treatment Time:** 45 minutes

THERAPIST SIGNATURE:

Electronically signed by: Catherine J. Bottorff, PT, DPT, COMT
License #: 0009958
Date: 9/17/2019

**ELECTRONICALLY SIGNED BY Catherine J. Bottorff, PT, DPT, COMT**

4 of 4

**Lincoln/Mason 0999**

From: 719-867-7900    To: Michael Huang    Page: 1/1    Date: 10/23/2019 8:26:45 AM          Page 1 of 1



1263 Lake Plaza Drive Suite 100
Colorado Springs, CO 80906
Phone: (719)785-9000
Fax: (719)867-7900

**PATIENT NAME:** Jan K Mason  **REFERRER:** Michael Huang, MD
**DATE OF BIRTH:**
**AGE:** 47Y 5M
**GENDER:** Female
**EXAM DATE:** 10/22/2019
**EXAM: RF Arthrography Hip Rt | 73525**

PRESCRIPTION HISTORY: Pain in right hip, Other articular cartilage disorders, right hip.

SUPPLEMENTAL HISTORY: Patient states she was in a car accident in December 2019, labral repair and bone shaving 6 months ago. Pain in right hip.

COMPARISON: None available.

TECHNIQUE: RF Arthrography Hip Rt. Fluoroscopy time was 0 minutes 24 seconds. 2 images acquired.

The procedure, including the risks and benefits, was discussed with the patient. All questions were answered and written informed consent was obtained. The right hip was propped and draped in the usual sterile fashion. 1% lidocaine was used for local anesthesia. Under fluoroscopic guidance, a 22-gauge spinal needle was advanced into the right hip joint. 3 mL Isovue-300 was gently injected into the hip. Once the intraarticular position of the needle tip was confirmed, an additional 10 mL of dilute gadolinium was injected. The patient tolerated the procedure well. There were no immediate post-procedure complications. Radiographic images were obtained.

FINDINGS:

Spot fluoroscopic images show contrast within the joint space with no evidence of fracture or dislocation..

IMPRESSION: Successful intraarticular injection of a dilute gadolinium solution into the right hip. The patient tolerated the procedure well. There were no immediate postprocedure complications.

An MR arthrogram will follow this report, and will be dictated separately.

Signed By: Jon Snider, MD
Signed Date/Time: 10/23/2019 08:22 AM
Transcribed By: cp.
Transcribed Date/Time: 10/22/2019 04:04 PM

Patient ID: 225723
Accession#: 4889189

This transmitted document contains LEGALLY PRIVILEGED and confidential information and is the property of the sender. This information may only be used by the person or entity to which it is addressed. If you are not the intended recipient/addressee, you are hereby notified that any dissemination, distribution or action taken or reliance on the contents of these documents is strictly prohibited.

**Lincoln/Mason 1000**

Labs/Diagnostics - 10/22/2019                320088                    (18/19)  11/25/2019  08:16:43 AM -0700

From: 719-867-7000    Rx: Michael Huang    Page: 1/2    Date: 10/22/2019 10:10:00 PM          Page 1 of 2



1263 Lake Plaza Drive Suite 100
Colorado Springs, CO 80906
Phone: (719)785-9000
Fax: (719)867-7900

**PATIENT NAME:** Jan K Mason
**DATE OF BIRTH:**
**AGE:**        47Y 5M
**GENDER:**     Female
**EXAM DATE:**  10/22/2019
**EXAM: MRI Hip Rt Arthrogram w Contrast * | 73722**

**REFERRER:** Michael Huang, MD

3T MRI Hip Rt Arthrogram w Contrast *.

PRESCRIPTION HISTORY: Pain in left hip. Other articular cartilage disorder, right hip. Evaluate for recurrent labral tear (Previous repair).

SUPPLEMENTAL HISTORY: Pain, swelling, instability and catching in right groin. Patient is status post osteotomy and labral repair 4/17/2019.

TECHNIQUE: Following routine right hip arthrography with dilute gadobenate (see separate report), high-field strength multiplanar, multisequence MRI of the right hip was accomplished.

COMPARISON: 4/17/2019 right hip operative report. 10/11/2019 CSOG clinical note. Preoperative right hip imaging currently unavailable for review.

FINDINGS: On the large field-of-view coronal STIR sequence through the pelvis, the generalized bone marrow signal is normal and there is no evidence of fracture or stress changes. Grossly normal-appearing left hip with a physiologic volume of fluid within the left femoroacetabular joint. Postoperative changes of right SI joint fixation.

Right Hip:
Normal acetabular coverage following surgical acetabuloplasty. Postoperative changes of cam lesion femoroplasty/osteoplasty. Negative for a recurrent cam deformity. Chondral thinning and irregularity along the lateral acetabulum approaching the chondrolabral junction likely reflecting postoperative changes of chondroplasty (sagittal images 7-8/series 2).

Postoperative changes of labral repair as multiple suture anchor tracks are seen. Intermediate signal nodularity is seen within the acetabular cortex along the undersurface of the 12:00 suture anchor track of indeterminate clinical significance (sagittal image 11/series 2, coronal image 9/series 7 and 9, axial image 5/series 3-4).

Thin linear dark signal foci extend from the anterior capsule towards the anterosuperior femoral head cortex, possibly related to the capsular plication (coronal image 5/series 7 and 9, axial images 6 7/series 3 4, sagittal image 7/series 2).

The superior aspect of the anterior labrum is diminutive and irregular likely reflecting postoperative changes. Diminutive labral substance was noted in the operative report as well. No definite tear is seen within the anterior labrum. The anterior aspect of the superior labrum is diminutive and blunted likely reflecting postoperative change, however, no tear is seen within the anterior aspect of the superior labrum. The posterior aspect of the superior labrum appears normal. Normal-appearing posterior labrum.

Normal-appearing musculature about the right hip. Negative for bursitis.

IMPRESSION:
1. Postoperative changes of acetabuloplasty, femoroplasty, and labral repair within the right hip.
2. The anterior aspect of the superior labrum is diminutive and blunted. The superior aspect of the anterior labrum is diminutive and irregular. The findings likely reflect postoperative changes. No recurrent tear seen.
3. Focal intermediate signal nodularity along the acetabular articular surface adjacent to a suture anchor track at the 12:00 position of indeterminate clinical significance.
4. Thin linear signal along the anterior capsule just lateral to the superior aspect of the anterior labrum which may be related to capsular plication.

This transmitted document contains LEGALLY PRIVILEGED and confidential information and is the property of the sender. This information may only be used by the person or entity to which it is addressed. If you are not the intended recipient/addressee, you are hereby notified that any dissemination, distribution or action taken or reliance on the contents of these documents is strictly prohibited.

Lincoln/Mason 1001

Labs/Diagnostics - 10/22/2019                320088                    (19/19)  11/25/2019  08:17:36 AM -0700

From: 719-887-7900    To: Michael Huang    Page: 2/2    Date: 10/22/2019 10:10:01 PM                    Page 2 of 2

5. Mild chondral irregularity along the lateral acetabulum likely reflecting chondroplasty changes.

Signed By:  John Campbell, MD
Signed Date/Time:  10/22/2019 10:06 PM
Transcribed By:  cp.
Transcribed Date/Time:  10/22/2019 04:54 PM

Patient ID:  225723
Accession #: 4XHHGHD

This transmitted document contains LEGALLY PRIVILEGED and confidential information and is the property of the sender. This information may only be used by the person or entity to which it is addressed. If you are not the intended recipient/addressee, you are hereby notified that any dissemination, distribution or action taken or reliance on the contents of these documents is strictly prohibited.

**Lincoln/Mason 1002**

Request Corr.                    320088                    (1/19) 11/25/2019 08:05:18 AM -0700



## Colorado Springs Orthopaedic Group



Date: 11/25/2019 08:04:18 AM

Subject: COMPLETED MED REC REQ-(HUANG)-LINCOLN F

To: Lincoln Financial

Organization: Lincoln Financial

Fax Number: 12138844921

Phone Number: _____

From: Dietz, Cheryl

Organization: Colorado Springs Orthopaedic (

Fax Number: _____

Phone Number: _____

Email: _____

Number of Pages: 18

Comments:

Claim # 9291624-5907011

FAX CONFIDENTIALITY STATEMENT

The information contained in this facsimile transmission is intended solely for the addressee(s) named above and is privileged and/or confidential. If the reader of this message is not the intended recipient or the person responsible to deliver it to the intended recipient, you are prohibited from reading or disclosing the information in this transmission. Any examination, use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone for instructions.

Sent by Multi-Tech Systems
FaxFinder

If you received this fax in error, or would like to opt-out, please call 719-632-7669 , fax 719-632-0088 or email info@csog.net

**Lincoln/Mason 1003**

Request Corr.                     320088                   (2/19) 11/25/2019 08:05:48 AM -0700

From WFI Incorporated 1.626.628.9628 Thu Nov 14 15:47:05 2019 MST Page 1 of 5

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376




Lincoln
Financial Group

COLORADO SPRINGS ORTHO GROUP
4110 BRIAR GATE PKWY STE 300
ATTN: MEDICAL RECORDS
COLORADO SPRINGS, CO 80920

Date:    Nov 14, 2019
Re:  Long Term Disability Benefits
Claim#  9291624        5907011
Claimant:  MASON, JAN K
Claimant DOB:
   Provider Portal: https://portal.releasepoint.com
   Access Key: 210222

Dear  Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
   From August 22, 2019 to Present
   Please provide medical records from DR. ROGER SUNG, DR. MICHAEL
   HUANG, DR. JAMES BEE, DR. TYLER BRAUN for the time frame
   requested - Seen By: COLORADO SPRINGS ORTHO GROUP

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number  (213) 884-4921    or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Leizl Olanda
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921



**Lincoln/Mason 1004**

Request Corr.                    320088              (3/19) 11/25/2019 08:07:08 AM -0700

From WFI Incorporated 1.626.628.9628 Thu Nov 14 15:47:05 2019 MST Page 2 of 5

5685891

---

## Authorization for Release of Protected Health Information

PATIENT NAME: ___MASON, JAN K_____
DATE OF BIRTH: _____

I hereby authorize use or disclosure of **protected health information** (PHI) about me as described below.

1. The following persons or entities are authorized to *disclose PHI* about me: (Physician or Facility Name) COLORADO SPRINGS ORTHO GROUP

2. The following person (or class of persons) *may receive* protected health information about me:

Lincoln Financial Group (c/o ReleasePoint)
PO Box 1390
St. Peters  MO    63376

3. The specific information that should be disclosed is: (i.e. medical records, lab results, etc. Please give dates of service):
From January 1, 2019 to Present

4. I may **revoke** this authorization any time by notifying **ReleasePoint** in writing of my desire to revoke it. However, I understand that any action already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.

5. I understand that the medical provider to whom this authorization is furnished may not condition its treatment of me on whether or not I sign the authorization.

6. If this authorization is used for disclosure to someone other than the party listed above, PHI used or disclosed may be subject to re-disclosure by the recipient, in which case it is no longer protected under the HIPAA privacy rule. Any information we receive is protected under the HIPAA privacy rule.

*ReleasePoint/WFI: HIPAA compliant authorization version 1.2012*

**Lincoln/Mason 1005**

Request Corr.                         320088                    (4/19) 11/25/2019 08:07:48 AM -0700

From WFI Incorporated 1.626.628.9628 Thu Nov 14 15:47:05 2019 MST Page 3 of 5

7. I understand that the purpose of this authorization is to either determine eligibility for enrollment for insurance, or to authorize the release of health information so that a determination of coverage regarding a claim for specified benefits can be made. Because this authorization is a condition of enrollment for insurance, the effect of declining the authorization can result in your application for coverage being declined. If this authorization is for claim purposes, your claim may be declined if you refuse to sign this authorization.

8. This authorization expires on _____ OR upon occurrence of the following event that relates to me or to the purpose of the intended use or disclosure of information about me:   12 months from date signed

_____

*I have had full opportunity to read and consider the contents of this authorization, and I understand that, by signing this form, I am confirming my authorization of the use and/or disclosure of my protected health information as described in this form. Note that a copy is as valid as the original, and I am entitled to a copy of this authorization.*

Jan K Mason                                                                      Sep 18, 2019
_____          _____      _____
Print Name                    Signature of Patient/Guardian           Date

*ReleasePoint/WFI: HIPAA compliant authorization version 1.2012*

**Lincoln/Mason 1006**

Request Corr.                320088                (5/19) 11/25/2019 08:08:21 AM -0700

From WFI Incorporated 1.626.628.9628 Thu Nov 14 15:47:05 2019 MST Page 4 of 5



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company
Service Office:**
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4Benefits.com

8/27/2019

To Whom It May Concern,

Liberty Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:
- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
Kathryn Leombruno
Director, Claims Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**Lincoln/Mason 1007**

Request Corr.                320088                (6/19) 11/25/2019 08:08:54 AM -0700

From WFI Incorporated 1.626.628.9628 Thu Nov 14 15:47:05 2019 MST Page 5 of 5

## Save Time and Avoid Follow-up Calls
## Use our Secure Status and Upload Portal

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:**   Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:**   Enter the RPID and Access Key:

Patient Name:      MASON, JAN K
RP ID:             5907011
Access Code:       210222

**STEP 3:**   Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:**   Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**

Provider Portal

RPNET PROVIDER PORTAL LOGIN
Enter the 7-digit RP Number and Portal Access Key to Continue:

RP Number:    1234567

Access Key:   CV0102

Powered By ReleasePoint

**Lincoln/Mason 1008**

# Quality Assurance Report

## Request Information

Report Date:     November 25, 2019                    **RP ID: 5907011**

Patient Name:    MASON, JAN K

Provider Name: COLORADO SPRINGS ORTHO GROUP

## Quality Assurance Information

Scope Requested: **From August 22, 2019 to Present**

Special Request:

> Please provide medical records  from DR. ROGER SUNG,
> DR. MICHAEL HUANG, DR. JAMES BEE, DR. TYLER BRAUN for
> the time frame requested - Seen By: COLORADO SPRINGS
> ORTHO GROUP

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

> Enclosed are all records supplied by medical facility
> for physician/facility requested

Chart Reviewed By:  LAGUI

**Lincoln/Mason 1009**

| | |
|---|---|
| **From:** | DoNotReply@lfg.com |
| **Sent:** | Tue, 19 Nov 2019 23:01:16 +0000 |
| **To:** | AMANDA.ROMERO@CHARTER.COM;JENNIFER.BURKE@CHARTER.COM |
| **Subject:** | Claim #9291624, JAN MASON |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits.  The date of disability is 4/17/2019.  The claim has been approved.  The case manager for this claim is Corey Abrams-weaver.  The claim number is 9291624.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at 1-844-384-5858

**Important**
Please note, effective September 1, 2019, Liberty Life Assurance Company of Boston's name has been changed to Lincoln Life Assurance Company of Boston.

**Importante**
Tenga en cuenta que, a partir del 1 de septiembre de 2019, el nombre de Liberty Life Assurance Company of Boston ha sido cambiado a Lincoln Life Assurance Company of Boston.

**Lincoln/Mason 1010**

| | |
|---|---|
| **From:** | DoNotReply@lfg.com |
| **Sent:** | Tue, 19 Nov 2019 23:01:16 +0000 |
| **To:** | AMANDA.ROMERO@CHARTER.COM;JENNIFER.BURKE@CHARTER.COM |
| **Subject:** | Claim #9291624, JAN MASON |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits.  The date of disability is 4/17/2019.  The claim has been approved.  The case manager for this claim is Corey Abrams-weaver.  The claim number is 9291624.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at 1-844-384-5858

**Important**
Please note, effective September 1, 2019, Liberty Life Assurance Company of Boston's name has been changed to Lincoln Life Assurance Company of Boston.

**Importante**
Tenga en cuenta que, a partir del 1 de septiembre de 2019, el nombre de Liberty Life Assurance Company of Boston ha sido cambiado a Lincoln Life Assurance Company of Boston.

**Lincoln/Mason 1011**

# Billing Statement:

ReleasePoint

**Invoice Date: 10/10/2019          Invoice #: 710535-4035**
**Liberty Mutual**

**Invoice for Requests for Medical Information completed between Sep 1 2019 and Sep 30 2019**

**LIBMT3**                                                        **Bill Code: LIBSFU**

| RP # Cust ID | Patient Name Provider Name | Status | Date Req By | RP Fee | Med Fee | Rush | QC Amt Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 5685891 9291624 | MASON, JAN K COLORADO SPRINGS ORTHO GROUP | Complete | 09/20/19 C Abrams-Weaver | 8.00 | 37.25 | 0.00 | 0.00 43 | **45.25** |
| 5685892 9291624 | MASON, JAN K UC HEALTH ASPEN CREEK MEDICAL | Complete | 09/25/19 C Abrams-Weaver | 8.00 | 18.53 | 0.00 | 0.00 10 | **26.53** |
| 5685890 9291624 | MASON, JAN K SPINAL DIAGNOSTIC AND PAIN MANA... | Complete | 09/12/19 C Abrams-Weaver | 8.00 | 0.00 | 0.00 | 0.00 7 | **8.00** |

**ReleasePoint**

**405 W. Foothill Blvd.**
**Suite 204**
**Claremont, CA 91711**

**Total Amount Due:          79.78**

**Tax ID: 95-2843455**

**Lincoln/Mason 1012**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS   JAN MASON

**Lincoln/Mason 1013**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

November 19, 2019

Ms. Jan K. Mason

RE:    Long Term Disability (LTD) Benefits
       Charter Communications, Inc.
       Claim #: 9291624

Dear Ms. Jan Mason:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Charter Communications, Inc.'s Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

> **"*Disability*"** *or* **"*Disabled*"** *means:*
>
> 1.  *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
>
>     i.   *that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
>     ii.  *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> 2.  *With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*
>
>     **"*Disability*"** *or* **"*Disabled*"** *means as a result of Injury or Sickness: (a) the Covered Person cannot perform the material and substantial duties of his own occupation; and (b) after benefits have been paid for 12 months, the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation*

1  of  3

**Lincoln/Mason 1014**

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is April 17, 2019 and your benefits begin on October 16, 2019. Benefit payment will be sent under separate cover.

The Policy provides benefits at 60% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

You will continue to receive benefits provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While you are eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

In addition to your LTD benefits you may also qualify for disability benefits from the Social Security Administration. The Policy requires that you apply for Social Security benefits should your disability be expected to extend for twelve months.  The enclosed Social Security fact sheet explains the advantages of obtaining an award.  To apply, contact your local Social Security office or call 1-800-772-1213.  Once you have applied, please let us know and provide a copy of your proof of application.

Federal and state tax withholding requirements are based upon the disability Policy established by your employer. In this case, both federal and state income tax withholding is voluntary. To elect federal income tax withholding from your benefits, please return a completed Form W-4S. You cannot elect less than $88.00 per month to be deducted for federal taxes. To elect state income tax withholding, provide us with the applicable state tax withholding form, which can be obtained from your local federal building or online at www.irs.gov.

We ask that you complete the forms indicated below and return them to our office by December 18, 2019.

    X   Third Party Liability Information Form
    X   Direct Deposit Application
    X   Family Information Questionnaire
    X   SS Reimbursement Agreement
    X   Survivor / Estate Information Form
    X   W-4S 2019
         Other

**Lincoln/Mason 1015**

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

If your benefit is overpaid Lincoln Life Assurance Company of Boston has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Corey Abrams-Weaver
Ltd Specialist II
Phone No.: (844) 384-5858 Ext. 18336
Secure Fax No.: (603) 334-5994

Attachments:   Third Party Liability Information Form
               Direct Deposit Application
               Family Information Questionnaire
               SS Reimbursement Agreement
               Survivor / Estate Information Form
               W-4S 2019

**Lincoln/Mason 1016**

# THIRD PARTY LIABILITY INFORMATION FORM


**Lincoln** Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

**Return To:** Corey Abrams-Weaver

EMPLOYEE/CLAIMANT NAME: Jan Mason

CLAIM NO: 9291624

EMPLOYER/SPONSOR: Charter Communications, Inc.          DATE OF BIRTH:

We have received your disability claim and it is our understanding that a Third Party has caused your Injury or Sickness. Please provide the following information and return this form to my attention in order to avoid any delay in processing.

**Did any one of the following cause your Injury or Sickness?**

| | | |
|---|---|---|
| Motor Vehicle accident | Yes ☐ | No ☐ |
| Slip and fall accident | Yes ☐ | No ☐ |
| Occupational injury or sickness | Yes ☐ | No ☐ |
| Faulty Product/Product Liability | Yes ☐ | No ☐ |
| Medical Malpractice | Yes ☐ | No ☐ |

1. Date of Injury/Sickness: _____

2. Location of Injury (please include town and state): _____

3. Description of Injury/Sickness (please include copy of accident report, if applicable): _____

4. Is someone else responsible for your damages?     Yes ☐     No ☐

    If "Yes":     Name: _____

          Address: _____

          Telephone No.: (___) _____

5. Are any claims being made?     Yes ☐     No ☐

    If "Yes":     Insurance Carrier: _____

          Address: _____

          Telephone No.: (___) _____

          Claim Representative: _____

          Claim No.: _____

6. Are you receiving no fault/personal income protection benefits from your own auto insurance carrier?     Yes ☐     No ☐

    If "Yes":     Insurance Carrier: _____

          Address: _____

          Telephone No.: (___) _____

          Claim Representative: _____

          Claim No.: _____

          Weekly Benefit $ _____

7. Are you using the services of an attorney?     Yes ☐     No ☐

    If "Yes":     Name: _____

          Address: _____

          Telephone No.: (___) _____

**Lincoln/Mason 1017**

DRIVER'S LICENSE #: _____    DATE: _____

SIGNATURE: _____

DP 447D Rev. 12/02

**Lincoln/Mason 1018**

# DIRECT DEPOSIT APPLICATION



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

**Return To:** Corey Abrams-Weaver

EMPLOYEE/CLAIMANT NAME: Jan Mason

CLAIM NO: 9291624

EMPLOYER/SPONSOR: Charter Communications, Inc.            DATE OF BIRTH:

**CHECK ONE:** ☐ New    ☐ Change

**YOUR TELEPHONE NUMBER:** (    )

**ADDRESS:** _____    CITY: _____    STATE: _____    ZIP: _____

### AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS

I (We) hereby authorize and request Lincoln Life Assurance Company of Boston, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON to such account and to enter the same to such account without responsibility for the correctness thereof

## REQUIRED FIELDS ARE BOLDED BELOW
### ***All must be completed or your form will be rejected***

**TYPE OF ACCOUNT:** ☐ Checking    ☐ Savings    **BANK NAME:** _____

**9 DIGIT ABA ROUTING NUMBER:** _____    **BANK ADDRESS:** _____

**YOUR ACCOUNT NUMBER:** _____    CITY: _____    STATE: _____    ZIP: _____

**BANK PHONE:** (    )

### ***You must check yes or no to BOTH of the following two questions***

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?**
☐ YES    ☐ NO

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?**
☐ YES    ☐ NO

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON or BANK  Any such notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON shall be effective only with respect to entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON after receipt of such notification and a reasonable opportunity to act on it  Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it  I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account

Signed: _____    Date: _____

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

### ATTACH VOIDED CHECK HERE
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

**Lincoln/Mason 1019**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

Lincoln Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account.  Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application.  Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox.  Be sure to print all the information clearly, and sign the application.  Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank.  Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Lincoln Life Assurance Company of Boston will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month.  Funds     will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account.  You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account.  We can continue the direct deposit process with your new bank following notification to and verification from your new bank.  You may receive several benefit checks by mail in the interim.  Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager.  They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Lincoln Life Assurance Company of Boston

Group Benefits

**Lincoln/Mason 1020**

# FAMILY INFORMATION QUESTIONNAIRE



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

**Return to:**  Corey Abrams-Weaver

EMPLOYEE/CLAIMANT NAME: Jan Mason

CLAIM NO:  9291624

EMPLOYER/SPONSOR: Charter Communications, Inc.          DATE OF BIRTH:

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status?          Single_____          Married _____          Divorced _____
If married, please indicate your spouse's name and date of birth.   Name: _____   DOB: _____

Do you have children or dependents*?   Yes _____          No _____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:
- Biological child(ren)                    - Custodial Grandchildren              - Adopted Children
- Stepchildren                             - A child 18 or older with a disability   - A child 18-19 and a full-time student
- Children not residing in your              that started before age 22             (not higher than grade 12)
  household

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|------|-----|------|------|------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Is your spouse and/or children receiving Social Security benefits?     Yes: _____ No: _____
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|------|-----|------|------|------|------|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Your Name: _____          Date: _____

**Lincoln/Mason 1021**



**LINCOLN FINANCIAL GROUP**
**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**

**SOCIAL SECURITY/REIMBURSEMENT AGREEMENT**

**INSTRUCTIONS:** The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.

The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.

Claimant: **Jan Mason**                                                     Date of Birth: _____

Employer: **Charter Communications, Inc.**                    Policy/Plan Sponsor No. **04 - 444809**

A) If disability benefits are approved I request that Lincoln Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Liberty Life immediately if awarded Social Security Benefits.
4) I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.
6) I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.

B) Social Security benefits <u>will be estimated</u> if:

1) I do not sign and return this form to Liberty Life within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature) _____

(Address) _____

(Date) _____

*Please retain a copy for your records or one can be provided upon request.*

**Lincoln/Mason 1022**

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

## TO BE COMPLETED BY EMPLOYEE:

**YOUR SPOUSE:**                                    **YOUR DOMESTIC PARTNER:**

| Name: | Name: |
|---|---|
| Address: | Address: |
| | |
| | |
| | |
| Telephone Number: | Telephone Number: |

**CHILDREN:  List ALL children.  Use reverse side if necessary.**

| Name: | Date of Birth: |
|---|---|
| Address: | |
| | |
| | |
| | |
| Telephone Number: | |

| Name: | Date of Birth: |
|---|---|
| Address: | |
| | |
| | |
| | |
| Telephone Number: | |

| Name: | Date of Birth: |
|---|---|
| Address: | |
| | |
| | |
| | |
| Telephone Number: | |

**GUARDIANSHIP:  For all children under age 18 listed above:**

| Name: |
|---|
| Address: |
| |
| |
| |
| Telephone Number: |

**DO YOU HAVE A WILL?   YES \_\_\_\_  NO \_\_\_\_**            **DO YOU HAVE A TRUST?   YES\_\_\_\_  NO\_\_\_\_**

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| Name of Executor or Administrator: |
|---|
| Address: |
| |
| |
| |
| Telephone Number: |

The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor,  files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable  under law.  A photocopy of this form will be as valid as the original.

**DATE:**_____        **EMPLOYEE'S PRINTED NAME:**_____

**EMPLOYEE'S SIGNATURE:**_____

**Lincoln/Mason 1023**

| Form **W-4S** | **Request for Federal Income Tax Withholding From Sick Pay** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Give this form to the third-party payer of your sick pay. ▶ Go to *www.irs.gov/FormW4S* for the latest information. | **2019** |

| Type or print your first name and middle initial | Last name | Your social security number |
|---|---|---|

Home address (number and street or rural route)

City or town, state, and ZIP code

Claim or identification number (if any)

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $

Employee's signature ▶                                           Date ▶

·········································**Separate here and give the top part of this form to the payer. Keep the lower part for your records.**·········································

**Worksheet** (Keep for your records. Do not send to the Internal Revenue Service.)

| | | |
|---|---|---|
| 1 | Enter amount of adjusted gross income that you expect in 2019 . . . . . . . . . . . . | 1 |
| 2 | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2019 . . . . . . . . . . . . . . . . . . . . . . | 2 |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . | 3 |
| 4 | Tax. Figure your tax on line 3 by using the **2019** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2018 Form 1040 instructions . . . . . | 4 |
| 5 | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . | 5 |
| 6 | Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . | 6 |
| 7 | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2019 or paid or to be paid with 2019 estimated tax payments . . . . . . . . . . . . . . . . . . . . . . . . . | 7 |
| 8 | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . | 8 |
| 9 | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 |
| 10 | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above | 10 |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:
- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:
- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.

- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S **is not** valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

For Paperwork Reduction Act Notice, see page 2.          Cat. No. 10226E          Form **W-4S** (2019)

**Lincoln/Mason 1024**

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 10% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2019, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) . . . . . . . . | $24,400* |
| Head of household . . . . . . . . . . . . . . | $18,350* |
| Single or Married filing separately . . . . . . . . . . | $12,200* |

\* If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents,* later.

*Additional standard deduction for the elderly or blind.* An additional standard deduction of $1,300 is allowed for a married individual (filing jointly or separately) or qualifying widow(er) who is 65 or older or blind, $2,600 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,600 is allowed on a joint return ($2,600 on a separate return if your spouse is your dependent). If both spouses are 65 or older **and** blind, an additional $5,200 is allowed on a joint return ($5,200 on a separate return if your spouse is your dependent). An additional $1,650 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,300 if 65 or older **and** blind. See Pub. 505, Worksheet 2-4.

*Limited standard deductio   for dependents.* If you are a dependent of another person, your standard deduction is the greater of (a) $1,100 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

*Certain individuals not eligible for standard deduction.* For the following individuals, the standard deduction is zero.

• A married individual filing a separate return if either spouse itemizes deductions.

• A nonresident alien individual.

• An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 5—Credits

Include on this line any tax credits that you're entitled to claim, such as the child tax and higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See Pub. 505, Table 1-2, for credits.

### Line 7—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2019 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2019 Tax Rate Schedules

### Schedule X—Single

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---:|---:|---:|---:|
| $0 | $9,700 | **$0 + 10%** | **$0** |
| 9,700 | 39,475 | **970.00 + 12%** | **9,700** |
| 39,475 | 84,200 | **4,543.00 + 22%** | **39,475** |
| 84,200 | 160,725 | **14,382.50 + 24%** | **84,200** |
| 160,725 | 204,100 | **32,748.50 + 32%** | **160,725** |
| 204,100 | 510,300 | **46,628.50 + 35%** | **204,100** |
| 510,300 | and greater | **153,798.50 + 37%** | **510,300** |

### Schedule Z—Head of household

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---:|---:|---:|---:|
| $0 | $13,850 | **$0 + 10%** | **$0** |
| 13,850 | 52,850 | **1,385 + 12%** | **13,850** |
| 52,850 | 84,200 | **6,065 + 22%** | **52,850** |
| 84,200 | 160,700 | **12,962 + 24%** | **84,200** |
| 160,700 | 204,100 | **31,322 + 32%** | **160,700** |
| 204,100 | 510,300 | **45,210 + 35%** | **204,100** |
| 510,300 | and greater | **152,320 + 37%** | **510,300** |

### Schedule Y-1—Married  filing jointly or Qualifying widow(er)

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---:|---:|---:|---:|
| $0 | $19,400 | **$0 + 10%** | **$0** |
| 19,400 | 78,950 | **1,940 + 12%** | **19,400** |
| 78,950 | 168,400 | **9,086 + 22%** | **78,950** |
| 168,400 | 321,450 | **28,765 + 24%** | **168,400** |
| 321,450 | 408,200 | **65,497 + 32%** | **321,450** |
| 408,200 | 612,350 | **93,257 + 35%** | **408,200** |
| 612,350 | and greater | **164,709.50 + 37%** | **612,350** |

### Schedule Y-2—Married filing separately

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---:|---:|---:|---:|
| $0 | $9,700 | **$0 + 10%** | **$0** |
| 9,700 | 39,475 | **970.00 + 12%** | **9,700** |
| 39,475 | 84,200 | **4,543.00 + 22%** | **39,475** |
| 84,200 | 160,725 | **14,382.50 + 24%** | **84,200** |
| 160,725 | 204,100 | **32,748.50 + 32%** | **160,725** |
| 204,100 | 306,175 | **46,628.50 + 35%** | **204,100** |
| 306,175 | and greater | **82,354.75 + 37%** | **306,175** |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue

law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

**Lincoln/Mason 1025**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

| | |
|---|---|
| Date: | October 31, 2019 |
| To: | MICHAEL HUANG<br>4110 BRIAR GATE PARKWAY STE 30<br>COLORADO SPRING CO 80920 |
| Attn: | Medical Records |
| Fax: | (719) 632-0088 |
| From: | Corey Abrams-Weaver<br>Ltd Specialist II<br>Phone No.: Phone No.: (844) 384-5858<br>Secure Fax No.: (603) 334-5994 |
| Total Pages<br>(Including Cover): | 7 |
| RE:<br><br>Claim #:    9291624<br>Claimant:   Jan Mason<br><br>Charter Communications, Inc. | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 384-5858 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Mason 1026**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

October 31, 2019

Michael J. Huang
4110 BRIAR GATE PARKWAY STE 30
COLORADO SPRING, CO 80920

RE:    Long Term Disability (LTD) Benefits
       Charter Communications, Inc.
       Claim #: 9291624
       Claimant: Jan Mason
       Claimant D.O.B.:

Dear Michael Huang:

We are the Disability Claim Administrator for your patient, Jan Mason.

To evaluate Ms. Mason's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 1, 2019 through present

- Completion of the Enclosed Forms:

  <u>X</u>  Restrictions Form
  ___  Other

We ask that you provide this information by November 7, 2019.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-5994 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we

**Lincoln/Mason 1027**

have enclosed a HIPAA compliant authorization signed by Ms. Mason allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Mason's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Corey Abrams-Weaver
Ltd Specialist II
Phone No.: (844) 384-5858 Ext. 18336
Secure Fax No.: (603) 334-5994

Attachments:    Restrictions Form
                9291624-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.25.2019

2  of 2

**Lincoln/Mason 1028**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

# Restrictions Form

**Return To:**  Corey Abrams-Weaver

| Jan Mason | | 9291624 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

## To be completed by physician:

1.  DATE FIRST TREATED —  _____
    DATE LAST TREATED —  _____
    NEXT OFFICE VISIT —  _____    _____
                                               DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2.  **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

    ☐ **SEDENTARY**  Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
    ☐ **LIGHT**  Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
    ☐ **MEDIUM**  Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
    ☐ **HEAVY**  Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
    ☐ **VERY HEAVY**  Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

    | **KEY:** | **OCCASIONALLY** Up to 20 Minutes / Hour Up to 2 ½ Hours / Day | **FREQUENTLY** Up to 40 Minutes / Hour Up to 5 ½ Hours / Day | **CONSTANTLY** Over 40 Minutes / Hour Over 5 ½ Hours / Day |
    |---|---|---|---|

3.  **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) _AND_ frequency _(SEE KEY)._**
                                 2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

    _____
    _____
    _____
    _____

4.  RESTRICTIONS IMPOSED FROM  _____  TO  _____ .

5.  IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? _____
    _____
    _____

6.  PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?
    _____
    _____

7.  PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM _____ TO _____ .

**Lincoln/Mason 1029**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree _AND_ Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**Lincoln/Mason 1030**

3L268190622



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)     JAL K MASON

Name of legal representative, if applicable (print) _____     Relationship _____

Signature of claimant or legal representative     _Jau K Mason_

Date of Birth: _____     Claim Number: _9291624_     Date: _09/14/19_

**A copy of this authorization will be considered as valid as the original.**

Lincoln/Mason 1031

3L268190622



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-72097
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _JAU K MASON_

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _Jan K Mason_

Date of Birth: _____ Claim Number: _9291624_ Date: _08/14/19_

**A copy of this authorization will be considered as valid as the original**

Lincoln/Mason 1032

ATTN: COREY ABRAMS-WEAVER
FAX: (603) 334-5994

IN REGARDS TO:
JAN K. MASON
CLAIM # 9291624
PH. (719) 433-9020

13 PAGES (INC. COVER)

* DR HUANG AND I
ARE TENETATIVELY
SCHEDULED TO MOVE
FORWARD WITH HIP
ANTHROSCOPY AND
LABRAL RECONSTRUCTION
ON 12/09/19... POST OF
APPOINTMENT NOTES TO
FOLLOW...
* STILL WAITING FOR
SPINAL CORD STIMULATOR
SURGERY DATE FOR POST
OPERATIVE CHANGES OF
RIGHT SI JOINT
FIXATION

PAGE 1/10 * RCVD AT 10/28/2019 5:19:02 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/12 * DNIS:6033345994 * CSID: * ANI:7195279828 * DURATION (mm-ss):03-19

Lincoln/Mason 1033



**North Campus**
4110 Briargate Parkway, Suite 300
Colorado Springs, CO 80920
Phone: 719-632-7669

Fax: 719-632-0088

Colorado Springs
Orthopaedic Group

www.csog.net

**South Campus**
1259 Lake Plaza Drive, Suite 100
Colorado Springs, CO 80906
Phone: 719-632-7669

Fax: 719-632-0088

Patient Name: Jan K Mason, 505296          Encounter Date: 10/25/2019          Date of Birth:

## Chief Complaint Right hip pain.

## History of Present Illness

Jan Mason is a pleasant 47 year old female that presents today just over 6 months status post right hip arthroscopy with labral repair/re-fixation, acetabuloplasty, femoroplasty and osteoplasty to remove cam lesion, chondroplasty, debridement, and shaving of acetabulum, synovectomy, and capsular closure/plication. This was performed on 4/17/19. Since her previous visit, the patient was able to obtain a MRI Arthrogram at Penrad on 10/22/19 and is here to discuss the findings. To review, she has reported increasing right posterior buttock and lumbar spine pain that she rates worse than her preoperative hip pain. The patient also reports worsening groin pain and she states that her overall pain is worse than what it was prior to her surgery. She does report that she has been evaluated by Dr. Bee and Dr. Sung since she was last seen by us. She has a significant history with her lumbar spine with previous SI joint fusion. She is currently being worked up for possible spinal cord stimulator but is having difficulty obtaining authorization. She reports pain in her posterior buttock that radiates down her posterior thigh and into her calf and foot, she understands that this is most likely originating from her lumbar spine. She describes burning pain in the groin area that is significantly limiting her physical activity, she also reports lateral hip pain. She feels that this started when she began to increase the amount of walking that she was doing approximately 2 month ago, she states that she has only been walking 2 miles a week. She otherwise denies injury or trauma. She denies calf pain or cramping bilaterally. She denies nausea, vomiting, fever, chills, shortness of breath, chest pain or abdominal pain.

## Medical History

**Medical Conditions:** Hypertension
**Surgical History:** Tubal 1994; Rhinoplast 2008
**Orthopedic Surgical History:** Right SI Fusion
**Current Medications:** Claritin 10 mg tablet 1 oral, Ambien 5 mg tablet 1 oral, metoprolol succinate ER 50 mg tablet,extended release 24 hr 1 Tb24 oral, losartan 50 mg tablet 1 oral, indomethacin 50 mg capsule 1 capsule(s) by mouth BID Take with food.
**Medication and Allergic Reactions:** No known allergies
**Family History:** No significant family history

## Personal and Social History:

Patient has children, denies tabacco, marijuana, and alcohol use

## Review of Systems

Patient denies fevers, chills, chest pain, shortness of breath, abdominal pain, nausea, diarrhea, constipation. Pertinent positives for review of systems are listed in HPI above, otherwise negative.

ELECTRONICALLY SIGNED BY Michael Huang, M.D.
PAGE 2/10 * RCVD AT 10/28/2019 5:19:02 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/12 * DNIS:6033345994 * CSID: * ANI:7195279828 * DURATION (mm-ss):03-19 of 3

**Lincoln/Mason 1034**

**Patient Name:** Mason, Jan K
**DOB:**

**Vital Signs:** Height: 5ft 8.00in, Weight: 180lbs BMI 27.37

## General Exam:
**Constitutional:** Patient is adequately groomed with no evidence of malnutrition.
**Skin:** There are no rashes, ulcerations or lesions in the regions examined.
**Mental Status:** The patient is oriented to time, place and person. The patient's mood and affect are appropriate.
**Lymphatic:** The lymphatic examination bilaterally reveals all areas to be without enlargement or induration.
**Vascular:** Examination reveals no swelling or calf tenderness. Peripheral pulses are palpable and 2+.
**Neurological:** The patient has good coordination. There is no weakness or sensory deficit. Deep tendon reflexes are intact.

## Right Hip/Pelvis Examination
Patient is alert and oriented to time, place, medical situation. Normal mood and affect. Gait is antalgic. No pelvic obliquity. Bilateral lower extremity alignment is neutral. Normal sensibility to moving light touch in the superficial and deep peroneal nerve distribution, tibial nerve distribution bilaterally. Able to fire EHL, FHL, tibialis anterior, gastroc-soleus, quadriceps and hamstrings without difficulty bilaterally. Dorsalis pedis pulse 2+ bilaterally.

Right hip surgical wounds are well-healed. Range of motion of the right hip includes flexion to 115 degrees with pain, external rotation to 50 degrees, internal rotation 10 degrees and abduction of 40 degrees. Positive anterior and negative posterior impingement test. Straight leg raise was negative for radicular symptoms but increased her posterior hip buttock and spine pain. She is directly tender over the superior aspect the SI joint on the right side and lumbosacral junction, as well as over the anterior hip and laterally over the greater trochanter.

**Diagnostic Test Findings:** X-RAYS, RIGHT HIP, CSOG, 10/11/19: X-rays ordered, performed, and interpreted previously include AP pelvis, bilateral Dunn views, false profile, and cross table lateral views of the RIGHT hip. They show well-preserved femoroacetabular joint spacing without evidence of fracture or dislocation, Tonnis grade 0. There is no evidence of heterotopic ossification or avascular necrosis. Evidence of previous sacroiliac joint fusion is noted to the right SI joint.

MRI ARHTROGRAM, RT HIP, 10/22/19, PENRAD: Postoperative changes of acetabuloplasty, femoroplasty, and labral repair within the right hip. The anterior aspect of the superior labrum is diminutive and blunted. The superior aspect of the anterior labrum is diminutive and irregular. The findings likely reflect postoperative changes. No recurrent tear seen. Focal intermediate signal nodularity along the acetabular articular surface adjacent to a suture anchor track at the 12:00 position of indeterminate clinical significance. Thin linear signal along the anterior capsule just lateral to the superior aspect of the anterior labrum which may be related to capsular plication. Mild chondral irregularity along the lateral acetabulum likely reflecting chondroplasty changes.

Arthroscopic photos were reveiwed from surgery dated 4/17/19 showing diminutive labrum, bruised and degenerative.

## Assessment and Plan:
**Diagnosis Codes:**
M25.551 Pain in right hip Right
M24.151 Other articular cartilage disorders, right hip Right
**Impression:**
#1 6 months status post right hip arthroscopy with labral repair/re-fixation, acetabuloplasty, femoroplasty and osteoplasty to remove cam lesion, chondroplasty, debridement, and shaving of acetabulum, synovectomy, and capsular closure/plication performed on 4/17/19. Recurrent groin pain
#2 Chronic pain syndrome and sciatica.

Lincoln/Mason 1035

Patient Name: Mason, Jan K

DOB:

#3 Status post right sacroiliac (SI) joint fusion, 12/18/2017.

**Treatment Plan:**

I reviewed the clinical and radiographic documentation with the patient. The patient has signs and symptoms consistent with continued pain from the hip. Both the MRI and the arthroscopic photos show significant blunting of the labral tissue which may indicate recurrent tear or insufficient labral tissue. Treatment options were discussed including continued conservative management versus consideration of surgical intervention. Conservative options include rest, activity modification, anti-inflammatories, injection treatment, physical therapy and possible brace usage. Surgical treatment would include possible diagnostic arthroscopy with possible labral reconstruction. At this point in time, patient would like to take some time to decide how she would like to proceed forward. All questions were answered.

Specific details regarding hip arthroscopy and possible labral repair and osteochondroplasty were discussed with the patient. The rationale for performing this procedure was reviewed with the patient and demonstrated on a three dimensional model. I discussed the fact that the acetabuloplasty, labral repair, and osteochondroplasty components of this procedure have only been performed for the past 10-15 years with limited long-term follow up. The excellent early results were reviewed with the patient. I reviewed the procedure and the post-operative rehabilitation in detail with the patient. I also discussed all the risks, benefits, and alternatives. The risks discussed include but are not limited to: anesthesia, death, myocardial infarction, infection, thromboembolic disease, neurovascular damage (including pudendal nerve, genitofemoral, and sciatic nerve injury), persistent pain, persistent dysfunction, possible need for future surgery.

Patient was provided with patient education on NSAIDs.

The patient was given Necessity/Excuse Form.

The patient is instructed to return if pain or symptoms arise.

**Clinical Quality Reporting:**

The patient was encouraged to exercise. A strength training regimen was recommended to the patient. A stretching regimen was recommended to the patient.

Electronically signed by: Michael Huang, M.D.
Date: 10/25/2019 Time: 11:39 AM

CC: Copies sent along with cover letter sent to the patient's primary care physician.

**ELECTRONICALLY SIGNED BY Michael Huang, M.D.**

Lincoln/Mason 1036

Patient Name: Mason, Jan K
DOB:

Otherwise, review of systems is as above in HPI and otherwise negative.

**Vital Signs:** Height: 5ft 8.00in, Weight: 180lbs BMI 27.37

**General Exam:**
**Constitutional:** Patient is adequately groomed with no evidence of malnutrition.
**Skin:** There are no rashes, ulcerations or lesions in the regions examined.
**Mental Status:** The patient is oriented to time, place and person. The patient's mood and affect are appropriate.
**Lymphatic:** The lymphatic examination bilaterally reveals all areas to be without enlargement or induration.
**Vascular:** Examination reveals no swelling or calf tenderness. Peripheral pulses are palpable and 2+.
**Neurological:** The patient has good coordination. There is no weakness or sensory deficit. Deep tendon reflexes are intact.

**Right Hip/Pelvis Examination**
Patient is alert and oriented to time, place, medical situation. Normal mood and affect. Gait is antalgic. No pelvic obliquity. Bilateral lower extremity alignment is neutral. Normal sensibility to moving light touch in the superficial and deep peroneal nerve distribution, tibial nerve distribution bilaterally. Able to fire EHL, FHL, tibialis anterior, gastroc-soleus, quadriceps and hamstrings without difficulty bilaterally. Dorsalis pedis pulse 2+ bilaterally.

Right hip surgical wounds are well-healed. Range of motion of the right hip includes flexion to 110 degrees with pain, external rotation to 50 degrees, internal rotation 10 degrees and abduction of 40 degrees. negative anterior and posterior impingement test. Straight leg raise was negative for radicular symptoms but increased her posterior hip buttock and spine pain. She is directly tender over the superior aspect the SI joint on the right side and lumbosacral junction, as well as over the anterior hip and laterally over the greater trochanter.

**Additional Exams:**
**Left Lower Extremity:**Examination of the left lower extremity does not show any tenderness, deformity or injury. Range of motion is unremarkable. There is no gross instability. Strength and tone are normal.

**Imaging Orders:** 4+views of the right hip were ordered, obtained and interpreted from an orthopedic standpoint.
**Hip/Pelvis Xrays:**X-RAYS, RIGHT HIP, CSOG, 10/11/19: X-rays ordered, performed, and interpreted today include AP pelvis, bilateral Dunn views, false profile, and cross table lateral views of the RIGHT hip. They show well-preserved femoroacetabular joint spacing without evidence of fracture or dislocation, Tonnis grade 0. There is no evidence of heterotopic ossification or avascular necrosis. Evidence of previous sacroiliac joint fusion is noted to the right SI joint.

**Assessment and Plan:**
**Diagnosis Codes:**
M25.551 Pain in right hip Right
M24.151 Other articular cartilage disorders, right hip Right
**Impression:**
#1 6 months status post right hip arthroscopy with labral repair/re-fixation, acetabuloplasty, femoroplasty and osteoplasty to remove cam lesion, chondroplasty, debridement, and shaving of acetabulum, synovectomy, and capsular closure/plication performed on 4/17/19. - Recurrent groin pain
#2 Chronic pain syndrome and sciatica.
#3 Status post right sacroiliac (SI) joint fusion, 12/18/2017.

**Lincoln/Mason 1037**



**North Campus**
4110 Briargate Parkway, Suite 300
Colorado Springs, CO 80920
Phone: 719-632-7669
Fax: 719-632-0088

Colorado Springs
Orthopaedic Group

www.csog.net

**South Campus**
1259 Lake Plaza Drive, Suite 100
Colorado Springs, CO 80906
Phone: 719-632-7669
Fax: 719-632-0088

Patient Name: Jan K Mason, 505296        Encounter Date: 8/21/2019        Date of Birth:

## Chief Complaint

## History of Present Illness
Jan comes in for followup with continued chronic low back pain with radiating symptoms into her buttock. She did the Boston Scientific stimulator trial some time ago and had good results. She then ended up getting her hip scoped and has been dealing with hip issues. She saw Dr. Bee recently who ordered a new MRI. At this point, she decided she would like to go ahead with the stimulator. She has heard about Stimwave and has been talking with the representative and wanted to know my thoughts on this.

## Medical History
**Medical Conditions:** Hypertension
**Surgical History:** Tubal 1994; Rhinoplast 2008
**Orthopedic Surgical History:** Right SI Fusion
**Current Medications:** Claritin 10 mg tablet 1 oral, Ambien 5 mg tablet 1 oral, metoprolol succinate ER 50 mg tablet,extended release 24 hr 1 Tb24 oral, losartan 50 mg tablet 1 oral, indomethacin 50 mg capsule 1 by mouth TID Take with food.
**Medication and Allergic Reactions:** No known allergies
**Family History:** No significant family history

## Personal and Social History:
Patient has children, denies tabacco, marijuana, and alcohol use

## Review of Systems

**Constitutional:** Denies any unplanned weight loss, loss of appetite or fatigue.
**Eyes:** Denies any blurred vision, double vision or vision loss.
**Ear/Nose/Throat:** Denies any hearing loss, hoarseness or trouble swallowing.
**Cardiovascular:** Denies any chest pain or palpitations.
**Respiratory:** Denies any chronic coughing, pneumonia or shortness of breath.
**Gastrointestinal:** Admits constipation.
**Genitourinary:**Denies any painful urination, blood in urine or kidney problems.
**Skin:** Denies any rashes, skin ulcers, lumps or psoriasis.
**Neurological:** Denies any frequent falls, loss of coordination, numbness, dizziness, change in bowel and bladder function.
**Psychiatric:** Denies any depression, drug or alcohol addiction or sleeping disorders.
**Endocrine:** Denies any fever, heat/cold intolerance or night sweats.

**ELECTRONICALLY SIGNED BY Roger Sung, M.D.**

PAGE 6/10 * RCVD AT 10/28/2019 5:19:02 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/12 * DNIS:6033345994 * CSID: * ANI:7195279828 * DURATION (mm-ss):03-19

**Lincoln/Mason 1038**



1263 Lake Plaza Drive Suite 100
Colorado Springs, CO 80906
Phone: (719)785-9000
Fax: (719)867-7900

**PATIENT NAME:** Jan K Mason    **REFERRER:** Michael Huang, MD
**DATE OF BIRTH:**
**AGE:**    47Y 5M
**GENDER:**    Female
**EXAM DATE:**    10/22/2019
**EXAM:** MRI Hip Rt Arthrogram w Contrast * | 73722

3T MRI Hip Rt Arthrogram w Contrast *.

PRESCRIPTION HISTORY: Pain in left hip. Other articular cartilage disorder, right hip. Evaluate for recurrent labral tear (Previous repair).

SUPPLEMENTAL HISTORY: Pain, swelling, instability and catching in right groin. Patient is status post osteotomy and labral repair 4/17/2019.

TECHNIQUE: Following routine right hip arthrography with dilute gadobenate (see separate report), high-field strength multiplanar, multisequence MRI of the right hip was accomplished.

COMPARISON: 4/17/2019 right hip operative report. 10/11/2019 CSOG clinical note. Preoperative right hip imaging currently unavailable for review.

FINDINGS: On the large field-of-view coronal STIR sequence through the pelvis, the generalized bone marrow signal is normal and there is no evidence of fracture or stress changes. Grossly normal-appearing left hip with a physiologic volume of fluid within the left femoroacetabular joint. Postoperative changes of right SI joint fixation.

Right Hip:
Normal acetabular coverage following surgical acetabuloplasty. Postoperative changes of cam lesion femoroplasty/osteoplasty. Negative for a recurrent cam deformity. Chondral thinning and irregularity along the lateral acetabulum approaching the chondrolabral junction likely reflecting postoperative changes of chondroplasty (sagittal images 7-8/series 2).

Postoperative changes of labral repair as multiple suture anchor tracks are seen. Intermediate signal nodularity is seen within the acetabular cortex along the undersurface of the 12:00 suture anchor track of indeterminate clinical significance (sagittal image 11/series 2, coronal image 9/series 7 and 9, axial image 5/series 3-4).

Thin linear dark signal foci extend from the anterior capsule towards the anterosuperior femoral head cortex, possibly related to the capsular plication (coronal image 5/series 7 and 9, axial images 6-7/series 3-4, sagittal image 7/series 2).

The superior aspect of the anterior labrum is diminutive and irregular likely reflecting postoperative changes. Diminutive labral substance was noted in the operative report as well. No definite tear is seen within the anterior labrum. The anterior aspect of the superior labrum is diminutive and blunted likely reflecting postoperative change, however, no tear is seen within the anterior aspect of the superior labrum. The posterior aspect of the superior labrum appears normal. Normal-appearing posterior labrum.

Normal-appearing musculature about the right hip. Negative for bursitis.

IMPRESSION:
1. Postoperative changes of acetabuloplasty, femoroplasty, and labral repair within the right hip.
2. The anterior aspect of the superior labrum is diminutive and blunted. The superior aspect of the anterior labrum is diminutive and irregular. The findings likely reflect postoperative changes. No recurrent tear seen.
3. Focal intermediate signal nodularity along the acetabular articular surface adjacent to a suture anchor track at the 12:00 position of indeterminate clinical significance.
4. Thin linear signal along the anterior capsule just lateral to the superior aspect of the anterior labrum which may be related to capsular plication.
5. Mild chondral irregularity along the lateral acetabulum likely reflecting chondroplasty changes.

Signed By: John Campbell, MD

**Lincoln/Mason 1039**

Signed Date/Time:  10/22/2019 10:00 PM
Transcribed By:  cp .
Transcribed Date/Time:  10/22/2019 04:54 PM

Patient ID:  225723
Accession#: 4888680

PAGE 8/10 * RCVD AT 10/28/2019 5:19:02 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/12 * DNIS:5033345994 * CSID: * ANI:7195279828 * DURATION (mm-ss):03-19

**Lincoln/Mason 1040**



6011 Woodmen Road Suite 10
Colorado Springs, CO 80923-2601
Phone: (877) 6-PENRAD
Phone: (719)785-9000
Fax: (719)867-7900
PENRAD.org

**PATIENT NAME:** Jan K Mason
**DATE OF BIRTH:**
**AGE:**       47Y 5M
**GENDER:**    Female
**EXAM DATE:**   7/11/2018
**EXAM:** XR Spine Lumbosacral 2-3 View | 72100

**REFERRER:** William L Lippert, MD
**CC:**       Roger Sung, MD

PRESCRIPTION HISTORY: Spondylolisthesis.

SUPPLEMENTAL HISTORY: History SI joint fusion September 2017.

COMPARISON: Lumbar MRI 5/12/2018.

TECHNIQUE: XR Spine Lumbosacral 2-3 View

FINDINGS: 5 mm of L3-L4 retrolisthesis are present, reducing to 3 mm with flexion and 4 mm with extension. There is mild multilevel lower thoracic and upper and mid lumbar spondylosis. No compression fractures are identified. There is metallic fixation of the sacroiliac joint.

IMPRESSION:
1. L3-L4 retrolisthesis, as described.
2. Multilevel spondylosis.


Thank you for this referral.

Signed By:  Jon Snider, MD
Signed Date/Time:  7/12/2018 09:57 AM
Transcribed By:  ch .
Transcribed Date/Time:  7/12/2018 08:46 AM

Patient ID:  225723
Accession#: 4627387

_____

**Lincoln/Mason 1041**



6011 Woodmen Road Suite 10
Colorado Springs, CO 80923-2601
Phone: (877) 6-PENRAD
Phone: (719)785-9000
Fax: (719)867-7900
PENRAD.org

**PATIENT NAME:** Jan K Mason
**DATE OF BIRTH:**
**AGE:** 47Y 5M
**GENDER:** Female
**EXAM DATE:** 11/27/2018
**EXAM:** CT Bony Pelvis | 72192

**REFERRER:** Roger Sung, MD
**CC:** William L Lippert, MD

PRESCRIPTION HISTORY: Sacroiliitis. Chronic pain syndrome. Low back pain.

SUPPLEMENTAL HISTORY: Patient states low back pain and pelvic pain for 1 year.

COMPARISON: CT of the pelvis performed 9/7/2017.

TECHNIQUE: CT Bony Pelvis.

FINDINGS: There is internal fixation of the right sacroiliac joint. There is no visible bony arthrodesis. There is no CT evidence of hardware loosening. Hardware positioning is not unusual. There are no erosive changes seen at either sacroiliac joint. There is vacuum effect at the posterior margin of the left sacroiliac joint, unchanged.

There are sizable anterior femoral head-neck junction cam lesions, bilaterally. Findings suggest cam-type femoroacetabular impingement. Pelvic organs are unremarkable for age. No free intraperitoneal gas or fluid is identified.

Within the soft tissue contrast limitations of CT, the periarticular muscles of the pelvis appear symmetrical and otherwise unremarkable.

IMPRESSION:
1. Right SI joint internal fixation. No evidence of hardware failure or loosening.
2. Bilateral cam-type femoroacetabular impingement.


This exam was performed using automated exposure control, adjustment of mA or kV according to patient size, and/or use of iterative reconstruction technique.


Thank you for this referral.

Signed By: Nicholas Moore, MD
Signed Date/Time: 11/28/2018 10:49 AM
Transcribed By: cp .
Transcribed Date/Time: 11/27/2018 06:53 PM

Patient ID: 225723
Accession#: 4700932

**Lincoln/Mason 1042**

ICP Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| CHARTER COMMUNICATIONS, INC. | JAN MASON | 9291624 |

| | | | |
|---|---|---|---|
| Referred By: | Cassandra Kilcollum | Claimant DOB: | |
| Referral Date: | 10/07/2019 | Job Title: | REP 3, CUST SVC BILLING |
| Due Date: | 10/22/2019 | Medical/ Surgical Condition: | hip labrum tear/back pain |
| Referral Type: | Standard File Review | Disability Occupational Type: | |
| Reason for Priority Handling: | | Product Type: | LTD |
| Other Considerations | | LDW: | 04/16/2019 |
| Report Date: | 10/27/2019 | DOD: | 04/17/2019 |
| Physical Demands: | | BBD: | 10/16/2019 |
| Non-Medical Issue: | No | Non-Medical Issue Details: | |

Core Questions

1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).

The medical record documentation available for review supports that at the time of this claimant's DOD of 4/17/19 that her impairment was right hip pain (M 25.559) due to femoral acetabular impingement (FAI) and labral tear, status post arthroscopic acetabuloplasty/femoroplasty (to remove the bony FAI lesions) with labral repair by Dr. Huang (Ortho) on 4/17/19. Postoperatively the claimant noted that her preoperative anterior right hip pain had improved but that she had persistent right buttock and right low back pain (M 54.5) which was severe enough to impair her ability to sit, stand, or walk and which was assessed to be due to right sacroiliitis (M 46.1) and lumbar facet arthropathy which is currently being treated by Dr. Salek (Pain Management) since it has been assessed by Dr. Bee (Ortho Spine) that there is no surgical treatment required. At the time of this review the claimant's impairment is due to her chronic right lower back pain/right buttock pain which, having failed a reasonable course of conservative treatment, is to be treated with Stimwave spinal cord stimulator as noted in Dr. Salek's 8/28/19 OVN, pending insurance approval. It is reasonable to assess that, at the time of this review, the claimant has fully recovered from her 4/17/19 right hip arthroscopic surgery based on the fact that a reasonable postoperative recovery time would be up to three months and due to the lack of medical record documentation to the contrary, and that her previous right hip condition which was treated surgically is not contributing to her current impairment.

**Lincoln/Mason 1043**

2.   If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).

The medical record documentation supports that the claimant has a comorbid condition of anxiety (F 48.9).

3.   Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 10/16/19 to forward, and comment on the expected duration. a. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.

The medical record documentation available for review supports the reasonable assessment that the claimant has had less than sedentary capacity since the time of her DOD of 4/17/19 through the time of this review due initially to her right hip pain and then postoperatively due to her impairing right low back pain and right buttock pain due to sacroiliitis and lumbar facet arthropathy which is severe enough as to require chronic pain management including consideration for the use of a Stimwave spinal cord stimulator. This assessment of the claimant's work capacity will be ongoing until the updated medical record documentation supports that the claimant's right low back pain and right buttock pain has improved to the point where she is able to sit, stand, and walk without discomfort. Since there is no documentation regarding any surgical treatment that is being considered for the claimant's right low back and right buttock pain, and given the fact that it is reasonable to assess that at the time of this review the claimant has fully recovered from her 4/17/19 right hip arthroscopic surgery based on the lack of documentation to the contrary, future assessment of this claimant's work capacity should be provided by a PMR CP who has expertise in the management of chronic pain conditions since this is outside my expertise as an orthopedic surgeon. The updated medical record documentation for that assessment could include Dr. Salek's OVNs after 8/28/19 with Ability Forms completed by him in a timely manner as well as documentation from any other provider who may be contributing to the claimant's chronic pain management treatment protocol.

4.   Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?

The medical record documentation available for review supports that the treatment which the claimant has received for both her right hip condition and right low back and right buttock pain has been appropriate and within the standard of care and that the claimant has been fully compliant with that treatment.

**Lincoln/Mason 1044**

5.  Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?

    It is beyond my expertise as an orthopedic surgeon to answer this question.

6.  If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is:  Name: Dr. Michael Huang (Phone Number: 719-632-7669; Fax: 719-632-0088). Document 2 attempts within 5 business days with initial and final memorandum as indicated, as well as AP letter.

    At this time it is not necessary for me to contact Dr. Huang since he has not examined the claimant since 6/4/19 and it is reasonable to assess that the claimant has fully recovered from her 4/17/19 right hip surgery, and the claimant's current impairing condition is right low back pain and right buttock pain which is being treated with chronic pain management by Dr. Salek. If, after the medical record documentation has been updated as suggested above, there remains a question as to the claimant's work capacity consider referral to a PMR CP for further assessment of the claimant's work capacity and consideration of AP contact with Dr. Salek at that time.

Analysis:

Please see the above for an analysis of the claimant's musculoskeletal conditions.

Records Reviewed:

All medical records made available to me through the Lincoln Claim System as of 10/27/19 were reviewed.

Respectfully submitted,

Richard Avioli, MD, FAAOS
Board Certified Orthopedic Surgery

**Lincoln/Mason 1045**



Date:     October 3, 2019

Subject:  **Nursing Memorandum**

*Claim#: 9291624*

*Claimant: Mason, Jan*

*Clinical Assessment:*

47 year old EE ceased work on 4/16/19 and underwent a procedure on her right hip. The EE reports she never recovered from this and has ongoing pain to the bilateral hips and low back following injuries sustained in an MVA in December 2017. Comorbidities include anxiety and chronic back pain.

Dr. Huang {Orthopedic Surgeon} performed an arthroscopic surgery to the right hip on 4/17/19 to repair a labrum tear and due to impingement of the hip. The EE had Post-operative visits with the provider 4 times between 4/18/19 and 7/9/19 due to hip pain. As of the last note, the EE continued to report hip pain. The EE was to continue with Physical Therapy {PT; no notes} for strengthening and was reporting being evaluated by another surgeon due to back pain.

Dr. Bee {Spine Surgeon} saw the EE on 7/29/19 where the EE reports she is no longer in PT due to pain and was noted to be walking with crutches. Exams showed the EE is able to stand on the toes and heels, moves easily without assistance, and has full strength of 5/5 to the legs and normal reflexes. The EE was to get new imaging.

Dr. Kent {IM} saw the EE on 7/23/19 and 8/6/19 where the EE reported tenderness and was requesting a parking pass. The EE was to follow up as needed.

MRI on 8/8/19 shows mild multilevel disc disease to the lumbar spine, with bulges without high grade narrowing at any level, and right SI joint {where the low back meets the hip} joint fixation is present {showing prior surgery to that area} with a notation there is no interval changes since 5/12/18.

Follow up with Dr. Bee on 8/19/19 the EE reports ongoing pain. The provider opines there is no evidence of an active disease process. The EE was advised to continue to treat with Dr. Sung {Spine} and follow up with this provider as needed.

Dr. Sung saw the EE on 8/26/19 where she reports she wants to have a Stimwave trial {spinal cord stimulator which may help treat chronic back pain. A device which is surgically implanted into the low back and emits low electrical activity to interrupt the pain sensors at the nerve root}.  Exams show tenderness to the low back upon palpitation. The EE was in no distress

and had full sensation, reflexes, balance, ROM and strength. The provider opines this may or may not help and she was referred to a provider with more experience in this device.

Dr. Salek {Pain Management} evaluated the EE on 8/28/19 where the EE reported she wanted the Stimwave trial implanted. Exam shows normal strength, sensation, normal reflexes and the EE was noted to be in no distress. The provider stated they would begin the process for insurance authorization for the trial.

The records show the EE was treating for right hip pain for which she underwent a minimally invasive surgical procedure when she ceased work on 4/16/19 with Dr. Huang. The EE has continued to report ongoing, severe pain to the low back/hip. Multiple providers have documented the EE has full strength to the legs, normal reflexes with an ability to stand on her heels and toes. Repeat MRI shows no significant changes since May 2018 related to the EEs spine and hips. While it is reasonable the EE seeks treatment for ongoing reports of pain, the available records do not show a level of condition severity that would support ongoing and sustained RLS as of 10/16/19. There has been no narcotics prescribed, no ongoing physical therapy and there is no indication in the records that any provider has advised the EE to remain OOW at this time. Will discuss with CCM and remove from assignment.

NDC: Cassandra K. RN

Nurse Disability Consultant, Lincoln Financial Group

**Medical Record Overview**

**ReleasePoint**

**Date:**    September 20, 2019

**Patient Name:**    MASON, JAN K

| | |
|---|---|
| **Records From:**    COLORADO SPRINGS ORTHO GROUP<br>4110 BRIAR GATEPKWY STE 300<br>COLORADO SPRINGS, CO  80920<br>(719) 632-7669 | **RP ID:** 5685891<br><br>**Client ID:** 9291624<br><br>**Source:** LIBMT3 |

**Request Scope:**    From January 1, 2019 to Present

**Chart Range:**    01/09/2019 - 08/21/2019

**Req By:**  C Abrams-Weaver
04444809

**SSN:**

| Classification | From | To | Total | Starts on<br>Page |
|---|---|---|---|---|
| Progress Notes | Jan 31 2019 | Aug 21 2019 | 27 | 2 |
| Labs/Diagnostics | Jan 9 2019 | Apr 17 2019 | 10 | 29 |
| Request Corr. | | | 6 | 39 |

**Total Page Count:**    43

**Notes From QC:**

**Lincoln/Mason 1048**

Progress Notes - 08/21/2019          320088          (7/43) 09/19/2019 08:47:22 AM -0600



**North Campus**
4110 Briargate Parkway, Suite 300
Colorado Springs, CO  80920
Phone: 719-632-7669
Fax:  719-632-0088

**Colorado Springs
Orthopaedic Group**
www.csog.net

**South Campus**
1259 Lake Plaza Drive, Suite 100
Colorado Springs, CO  80906
Phone: 719-632-7669
Fax: 719-632-0088

Patient Name: Jan K Mason, 505296          Encounter Date: **8/21/2019**          Date of Birth:

## Chief Complaint

## History of Present Illness
Jan comes in for followup with continued chronic low back pain with radiating symptoms into her buttock. She did the Boston Scientific stimulator trial some time ago and had good results. She then ended up getting her hip scoped and has been dealing with hip issues. She saw Dr. Bee recently who ordered a new MRI. At this point, she decided she would like to go ahead with the stimulator. She has heard about Stimwave and has been talking with the representative and wanted to know my thoughts on this.

## Medical History
**Medical Conditions:** Hypertension
**Surgical History:** Tubal 1994; Rhinoplast 2008
**Orthopedic Surgical History:** Right SI Fusion
**Current Medications:** Claritin 10 mg tablet 1 oral, Ambien 5 mg tablet 1 oral, metoprolol succinate ER 50 mg tablet,extended release 24 hr 1 Tb24 oral, losartan 50 mg tablet 1 oral, indomethacin 50 mg capsule 1 by mouth TID Take with food.
**Medication and Allergic Reactions:** No known allergies
**Family History:** No significant family history

## Personal and Social History:
Patient has children, denies tabacco, marijuana, and alcohol use

## Review of Systems

**Constitutional:** Denies any unplanned weight loss, loss of appetite or fatigue.
**Eyes:** Denies any blurred vision, double vision or vision loss.
**Ear/Nose/Throat:** Denies any hearing loss, hoarseness or trouble swallowing.
**Cardiovascular:** Denies any chest pain or palpitations.
**Respiratory:** Denies any chronic coughing, pneumonia or shortness of breath.
**Gastrointestinal:** Admits constipation.
**Genitourinary:**Denies any painful urination, blood in urine or kidney problems.
**Skin:** Denies any rashes, skin ulcers, lumps or psoriasis.
**Neurological:** Denies any frequent falls, loss of coordination, numbness, dizziness, change in bowel and bladder function.
**Psychiatric:** Denies any depression, drug or alcohol addiction or sleeping disorders.
**Endocrine:** Denies any fever, heat/cold intolerance or night sweats.

**ELECTRONICALLY SIGNED BY Roger Sung, M.D.**

1 of 2

**Lincoln/Mason 1049**

Progress Notes - 08/21/2019                320088                (8/43) 09/19/2019 08:48:02 AM -0600

**Patient Name:** Mason, Jan K
**DOB:**

**Hematological:**Denies any bleeding problems, easy bruising or anemia.

**Vital Signs:** Height: 5ft 8.00in, Weight: 180lbs BMI 27.37

## Lumbar Spine Examination

The patient is well-developed, well-nourished in no acute distress. The patient had normal mood and affect and was oriented to time/place/person. Respiration is not labored.

Musculoskeletal (Neck/Back/RUE/LUE/RLE/LLE): Examination includes but not limited to station and gait, CV lymph, sensation, reflexes, coordination, balance, inspection/palpation, ROM, stability, strength, skin. Examination is within normal limits for this patient except for pertinent positive findings below.

She has diffuse lumbar tenderness. It extends into the buttock, but it is not specific to the sacroiliac (SI) joint.

**Diagnosis Codes:**
M54.5 Low back pain, G89.4 Chronic pain syndrome, M54.30 Sciatica, unspecified side
**Impression:**
1. Chronic pain syndrome and sciatica.
2. Status post right sacroiliac (SI) joint fusion, 12/18/2017.
3. Status post motor vehicle accident (MVA).

**Treatment Plan:**
We talked about all of this in detail. She is very interested in Stimwave and has talked to the representative as she would like to go with Stimwave, I would like her re-trialed. Drs. Meyer and Salek have been approved for this and we will refer her there for a repeat stimulator trial. I explained that I do not know much about this product and I do not know if it will give her better results than the Boston Scientific. She would like to pursue this option.

**Clinical Quality Reporting:**
The patient has received the influenza vaccination.

_____
Electronically signed by: Roger Sung, M.D.
Date: 8/26/2019 Time: 10:48 AM

CC: A copy of the office visit notes will be forwarded to the patient's referring physician. Copies sent along with cover letter sent to the patient's primary care physician.

**ELECTRONICALLY SIGNED BY Roger Sung, M.D.**

2 of 2

**Lincoln/Mason 1050**

Progress Notes - 08/19/2019                320088                (9/43) 09/19/2019 08:48:38 AM -0600



**North Campus**
4110 Briargate Parkway, Suite 300
Colorado Springs, CO 80920
Phone: 719-632-7669
Fax: 719-632-0088

**Colorado Springs
Orthopaedic Group**
www.csog.net

**South Campus**
1259 Lake Plaza Drive, Suite 100
Colorado Springs, CO 80906
Phone: 719-632-7669
Fax: 719-632-0088

Patient Name: **Jan K Mason, 505296**        Encounter Date: **8/19/2019**        Date of Birth:

## Chief Complaint

## History of Present Illness

Jan is a 47-year-old woman who has been seen by Dr. Sung with a right-sided sacroiliac (SI) joint fusion. She has had multiple complaints including hip problems. She has seen by Dr. Huang. At our last visit we had talked about possibly some irritation of the SI joint fusion device versus back pain that was not going to be amenable to any kind of surgical intervention. Since her last MRI was done over a year ago, we wanted to get a new MRI to make sure there has been no interval change. She has undergone spinal cord stimulator trial with Dr. Lippert. This has helped some of her complaints, but has not helped her mid back problems.

## Medical History

**Medical Conditions:** Hypertension
**Surgical History:** Tubal 1994; Rhinoplast 2008
**Orthopedic Surgical History:** Right SI Fusion
**Current Medications:** Claritin 10 mg tablet 1 oral, Ambien 5 mg tablet 1 oral, metoprolol succinate ER 50 mg tablet,extended release 24 hr 1 Tb24 oral, Flector 1.3 % transdermal 12 hour patch 1 pt12 TD, losartan 50 mg tablet 1 oral, indomethacin 50 mg capsule 1 by mouth TID Take with food.
**Medication and Allergic Reactions:** No known allergies
**Family History:** No significant family history

## Personal and Social History:

Patient has children, denies tabacco, marijuana, and alcohol use

## Review of Systems

**Constitutional:** Denies any unplanned weight loss, loss of appetite or fatigue.
**Eyes:** Denies any blurred vision, double vision or vision loss.
**Ear/Nose/Throat:** Denies any hearing loss, hoarseness or trouble swallowing.
**Cardiovascular:** Denies any chest pain or palpitations.
**Respiratory:** Denies any chronic coughing, pneumonia or shortness of breath.
**Gastrointestinal:** Admits constipation.
**Genitourinary:** Denies any painful urination, blood in urine or kidney problems.
**Skin:** Denies any rashes, skin ulcers, lumps or psoriasis.
**Neurological:** Denies any frequent falls, loss of coordination, numbness, dizziness, change in bowel and bladder function.
**Psychiatric:** Denies any depression, drug or alcohol addiction or sleeping disorders.

**ELECTRONICALLY SIGNED BY James M. Bee, MD**

1 of 3

**Lincoln/Mason 1051**

Progress Notes - 08/19/2019          320088          (10/43) 09/19/2019 08:49:19 AM -0600

**Patient Name:** Mason, Jan K
**DOB:**

**Endocrine:** Denies any fever, heat/cold intolerance or night sweats.
**Hematological:** Denies any bleeding problems, easy bruising or anemia.

**Vital Signs:** Height: 5ft 8.00in, Weight: 180lbs BMI 27.37

## Lumbar Spine Examination

The patient is adequately groomed with no evidence of malnutrition. The patient is oriented to time, place, and person. The patient's mood and affect are appropriate.

**Diagnostic Test Findings:** X-ray studies: MRI of the lumbar spine was reviewed. There are degenerative changes seen at the 1-2, 2-3, 3-4 and 5-1 level. There is no obvious stenosis. There is no fracture. There is no evidence of active process such as discitis.

**Diagnosis Codes:**
M48.062 Spinal stenosis, lumbar region with neurogenic claudication, M47.816 Spondylosis without myelopathy or radiculopathy, lumbar region, M51.36 Other intervertebral disc degeneration, lumbar region, M51.37 Other intervertebral disc degeneration, lumbosacral region

**Impression:**
1. Degenerative changes at L1-2, L2-3, L3-4, L5-S1.
2. Status post right sacroiliac (SI) joint fusion.
3. Back pain.
4. Status post hip labral repair by Dr. Huang.

**Treatment Plan:**
At this time, I was able to go over the x-rays, go over the MRI comparing it with previous MRI. There has been no interval change. We have talked about possible reaction around the hardware at the SI joint fusion, but I see no obvious fluid collection or reactive change seen around the SI joint fusion. I am going to send her back to Dr. Sung as she is interested in receiving a permanent spinal cord stimulator. I will see her back on an as needed basis.
Patient was provided with patient education on Bone Health Basics.
The patient is instructed to return if pain or symptoms arise.

**Clinical Quality Reporting:**
The patient has received the influenza vaccination.

Electronically signed by: James M. Bee, MD
Date: 8/21/2019 Time: 3:19 PM

CC: A copy of the office visit notes will be forwarded to the patient's referring physician. Copies sent along with cover letter sent to the patient's primary care physician.

**ELECTRONICALLY SIGNED BY James M. Bee, MD**

2 of 3

**Lincoln/Mason 1052**

Progress Notes - 08/19/2019          320088          (11/43) 09/19/2019 08:49:56 AM -0600

**Patient Name:** Mason, Jan K
**DOB:**

Progress Notes - 08/08/2019          320088          (12/43) 09/19/2019 08:50:08 AM -0600



**North Campus**
4110 Briargate Parkway, Suite 300
Colorado Springs, CO 80920
Phone: 719-632-7669
Fax: 719-632-0088

**Colorado Springs Orthopaedic Group**
www.csog.net

**South Campus**
1259 Lake Plaza Drive, Suite 100
Colorado Springs, CO 80906
Phone: 719-632-7669
Fax: 719-632-0088

**Patient Name: Jan K Mason, 505296**       **Encounter Date: 8/8/2019**       Date of Birth:

---

MRI Lumbar Spine W/O Contrast
Ordering Provider: James Bee, M.D.
Reading Radiologist: Jacob J. Becker, M.D./M.S.

**IMPRESSION:**

1. No significant interval change compared to MR of 5/12/2018.
2. Mild multilevel degenerative disc disease with bulges and protrusions as
detailed without high-grade spinal canal or neural foraminal stenosis at any level.
M51.36 Other intervertebral disc degeneration, lumbar region
M51.26 Other intervertebral disc displacement, lumbar region
M46.95 Unspecified inflammatory spondylopathy, thoracolumbar region
M25.78 Osteophyte, vertebrae

**CLINICAL INDICATION:**

MVA in December 2017. Long history of back pain with history of right-sided SI
joint fusion prior to accident. History of right hip arthroplasty.

**TECHNICAL DATA:**

Multisequence, multiplanar MR of the lumbar spine was performed without
intravenous contrast.

**COMPARISONS:** Radiographs of 7/29/2019, MR of 5/12/2018.

**FINDINGS:**
Right SI joint fixation present with associated susceptibility similar to prior
MR and radiograph.

Mild anterior wedging of L2 is similar to prior MR, remaining vertebral body
heights are maintained. There is no acute fracture. There is no abnormal bone
marrow signal to suggest a generalized marrow replacing process or significant
bone marrow edema. There is multilevel degenerative disease evidenced by disc
desiccation and loss of disc height. There is 3 mm intraosseous L3 upon L4
similar to prior. The visualized distal spinal cord and conus medullaris are
unremarkable. The conus medullaris terminates at L1.

**SEGMENTAL ANALYSIS:**

T12-L1: There is no significant posterior disc bulge or protrusion. Mild
bilateral facet arthropathy is present. No significant central spinal canal
stenosis. There is no significant neural foraminal stenosis.

L1-2: There is mild diffuse disc bulge with small anterior osteophytes similar

---

**Lincoln/Mason 1054**

**Patient Name: Mason, Jan K**
**DOB:**

to prior MR. Mild bilateral facet arthropathy is present. No significant
central spinal canal stenosis. There is no significant neural foraminal
stenosis.

L2-3: There is mild disc bulge similar to prior. No significant facet
arthropathy is present. No significant central spinal canal stenosis. There is
no significant neural foraminal stenosis.

L3-4: There is redemonstration retrolisthesis not significantly changed when
compared to prior with flattening of thecal sac anteriorly. No significant
facet arthropathy is present. No significant central spinal canal stenosis.
There is no significant neural foraminal stenosis.

L4-5: There is no significant posterior disc bulge or protrusion. No
significant facet arthropathy is present. No significant central spinal canal
stenosis. There is no significant neural foraminal stenosis.

L5-S1: There is a small central protrusion not significantly changed compared
to prior. No significant facet arthropathy is present. No significant central
spinal canal stenosis. There is no significant neural foraminal stenosis.

Electronically signed by Jacob J. Becker, M.D./M.S.

Progress Notes - 07/29/2019          320088          (14/43) 09/19/2019 08:51:10 AM -0600



**North Campus**
4110 Briargate Parkway, Suite 300
Colorado Springs, CO 80920
Phone: 719-632-7669
Fax: 719-632-0088

**Colorado Springs Orthopaedic Group**
www.csog.net

**South Campus**
1259 Lake Plaza Drive, Suite 100
Colorado Springs, CO 80906
Phone: 719-632-7669
Fax: 719-632-0088

**Patient Name:** Jan K Mason, 505296          **Encounter Date:** 7/29/2019          **Date of Birth:**

Patient was seen for consultation at the request of Dr. William L Lippert.

## Chief Complaint

## History of Present Illness

Jan is a 47-year-old woman seen at the request of Dr. Huang and Dr. Kent. She has a long history of back problems. She underwent a right sided SI joint fusion by Dr. Sung and she did well but then after a motor vehicle accident she started having increasing pain. She was seen by Dr. Bron. Dr. Bron then sent her to Dr. Huang. Dr. Huang did a hip arthroplasty and labral repair. She initially did well but then her symptoms started getting worse. She was put back on crutches. She describes pain in her buttock and in her back as severe. She has leg pain, which she describes as mild. She has buttock pain which is severe. She describes her symptoms as sharp, burning, constant, pain with activities and made worse with sitting, standing, walking and bending. It is made better with lying down. She has undergone physical therapy which has been stopped by Dr. Huang secondary to increasing symptoms. She has been started on indomethacin. She rates her pain as 8 on a scale of 1/10 today. All activities of daily living are limited secondary to her complaints.

## Medical History

**Medical Conditions:** Hypertension
**Surgical History:** Tubal 1994; Rhinoplast 2008
**Orthopedic Surgical History:** Right SI Fusion
**Current Medications:** Claritin 10 mg tablet 1 oral, Ambien 5 mg tablet 1 oral, metoprolol succinate ER 50 mg tablet,extended release 24 hr 1 Tb24 oral, Flector 1.3 % transdermal 12 hour patch 1 pt12 TD, losartan 50 mg tablet 1 oral, indomethacin 50 mg capsule 1 by mouth TID Take with food.
**Medication and Allergic Reactions:** No known allergies
**Family History:** No significant family history

**Personal and Social History:**
Patient has children, denies tabacco, marijuana, and alcohol use

## Review of Systems

**Constitutional:** The patient denies any unplanned weight loss, loss of appetite or fatigue.
**Eyes:** The patient denies any blurred vision, double vision or vision loss.
**Ear/Nose/Throat:** The patient denies any hearing loss, hoarseness or trouble swallowing.
**Cardiovascular:** The patient denies any chest pain or palpitations.
**Respiratory:** The patient denies any chronic coughing, pneumonia or shortness of breath.
**Gastrointestinal:** Constipation
**Genitourinary:** The patient denies any painful urination, blood in urine or kidney problems.

**ELECTRONICALLY SIGNED BY James M. Bee, MD**

1 of 3

**Lincoln/Mason 1056**

Progress Notes - 07/29/2019          320088          (15/43) 09/19/2019 08:51:55 AM -0600

**Patient Name:** Mason, Jan K
**DOB:**

**Skin:** The patient denies any rashes, skin ulcers, lumps or psoriasis.
**Neurological:** The patient denies any frequent falls, loss of coordination, numbness, dizziness, change in bowel and bladder function.
**Psychiatric:** The patient denies any depression, drug or alcohol addiction or sleeping disorders.
**Endocrine:** The patient denies any fever, heat/cold intolerance or night sweats.
**Hematological:** The patient denies any bleeding problems, easy bruising or anemia.

**Vital Signs:** Height: 5ft 8.00in, Weight: 170lbs BMI 25.85

**Examination** She is 5 feet 8 inches and 170 pounds.

Back:
Appearance: Well-developed woman in no apparent distress.
Neuro/Psych: The patient is alert and oriented to person, place, and time. The patient's mood and affect are appropriate. The patient engages in questions easily and makes good eye contact.
HEENT: Head is atraumatic. Range of motion of cervical spine has 50 degrees of extension, and flexion is 2 fingerbreadths from the chin to the sternum. Lateral rotation of the cervical spine is 50 degrees bilaterally with no pain at the endpoints of rotation. There is no evidence of crepitus. Palpation of the cervical spine posteriorly demonstrates no tenderness. Anteriorly the trachea lies in the midline with no evidence of lymphadenopathy or lymphedema. The patient has a negative Spurling's maneuver bilaterally. There is negative Lhermitte's with flexion.
Upper Extremity: There is no evidence of asymmetry or atrophy. Motor strength of the left upper extremity demonstrates 5/5 deltoid, 5/5 biceps, 5/5 triceps, 5/5 wrist flexion, 5/5 wrist extension and 5/5 finger abduction. Motor strength of the right upper extremity demonstrates 5/5 deltoid, 5/5 biceps, 5/5 triceps, 5/5 wrist flexion, 5/5 wrist extension and 5/5 finger abduction. Sensation is intact and equal bilaterally. Deep tendon reflexes are 2+/4 in biceps, 2+/4 in brachial radialis and 2+/4 in triceps bilaterally. There is no evidence of Hoffmann's and no evidence of inverted radial reflex.
Thoracolumbar Spine: Examination of the thoracic spine and lumbar spines shows no evidence of scoliosis, no asymmetry, or any atrophy. There is normal muscle tone. There is normal range of motion of the thoracic spine. Palpation of the thoracic and lumbar spines demonstrates no tenderness. Percussion elicits no tenderness of the thoracic spine and no tenderness of the lumbar spine. Flexion of the lumbar spine brings the fingertips 6 inches from the floor. Extension is approximately 15 degrees. There is some pain at the extremes of flexion and extension. There is some pain with palpation along the gluteal musculature right greater than left. There is no pain with axial compression of the head and no pain with trunk rotation through the hips.
Lower Extremities: The patient moves with a slow reciprocating gait. The patient is able to raise up on the toes and is able to go back on the heels. Moves easily to the examination table without assistance. Motor strength on the left shows 5/5 EHL, 5/5 tibialis anterior, 5/5 soleus, 5/5peroneal, 5/5 quadriceps and 5/5 hamstrings. Motor strength on the right shows 5/5 EHL, 5/5 tibialis anterior, 5/5 soleus, 5/5 peroneal, 5/5 quadriceps and 5/5 hamstrings. Sensation is intact and equal bilaterally. There is no clonus and there is no Babinski's. Deep tendon reflexes are 2+/4 in the quadriceps bilaterally. Deep tendon reflexes are 2+/4 at the Achilles bilaterally. There is no pain with internal rotation of the hips bilaterally. There is no pain with palpation of the greater trochanters bilaterally. Straight-leg raise is negative on the left and negative on the right.
Skin: There is no evidence of skin lesions on the head and neck. There is no evidence of lesions of the upper extremities. There is no evidence of lesions of the lower extremities.
Vascular: Patient has 2+/4 on the left radial pulse and 2+/4 on the right radial pulse. There is 2+/4 on the left posterior tibialis and 2+/4 on the right posterior tibialis. Pulses have a regular rhythm. There is no peripheral edema.

**Imaging Orders:** 4 views of the lumbosacral spine were ordered, obtained and interpreted from an orthopedic standpoint.

**ELECTRONICALLY SIGNED BY James M. Bee, MD**

2 of 3

**Lincoln/Mason 1057**

**Patient Name:** Mason, Jan K
**DOB:**

**X-Ray Findings:** Four views of the lumbar spine were obtained in the office today. There is a right SI joint fusion device seen. The lateral view shows collapse of the disc height space seen at the 2-3 level. Subtle retrolisthesis of L3 and L4 is seen. Flexion and extension fail to demonstrate any instability. There is no defined fracture.

**Diagnostic Test Findings:** MRI of the lumbar spine from 5/12/2018 was reviewed. Degenerative changes with loss of disc hydration is seen 1-2, 2-3, 3-4, 4-5 and to a greater extent the 5-1 level. Despite degenerative change and some arthritis there is no evidence of defined stenosis.

**Diagnosis Codes:**
M48.062 Spinal stenosis, lumbar region with neurogenic claudication, M47.816 Spondylosis without myelopathy or radiculopathy, lumbar region, M51.36 Other Intervertebral disc degeneration, lumbar region, M51.37 Other intervertebral disc degeneration, lumbosacral region, M25.551 Pain in right hip
**Impression:**
1. Back pain.
2. Gluteal pain right greater than left.
3. Status post right acetabular impingement repair.

**Treatment Plan:**
At this time, I was able to go over her x-rays and go over her MRI and talk about her treatment options. We ordered a new MRI since her last MRI is a year old. If this fails to see any gross changes then we would send her to back to Dr. Sung. It may be worth investigating looking at injections over the SI joint fusion, however as this could be irritating her gluteal musculature on the right. She has talked to Dr. Sung in the past about possible spinal cord stimulator. I will see her back after MRI has been completed.
An MRI of the Lumbar Spine without contrast was ordered.
Patient was provided with patient education on Bone Health Basics.
The patient is to return when MRI results are available. Next visit follow up with the physician.

**Clinical Quality Reporting:**
The patient has received the influenza vaccination.

Electronically signed by: James M. Bee, MD
Date: 7/29/2019 Time: 9:23 AM

CC: A copy of the office visit notes will be forwarded to the patient's referring physician. Copies sent along with cover letter sent to the patient's primary care physician.

**Lincoln/Mason 1058**

Progress Notes - 07/09/2019                320088                (17/43) 09/19/2019 08:53:34 AM -0600

**North Campus**
4110 Briargate Parkway, Suite 300
Colorado Springs, CO 80920
Phone: 719-632-7669
Fax: 719-632-0088

**Colorado Springs Orthopaedic Group**
www.csog.txt

**South Campus**
1259 Lake Plaza Drive, Suite 100
Colorado Springs, CO 80906
Phone: 719-632-7669
Fax: 719-632-0088

Patient Name: **Jan K Mason, 505296**        Encounter Date: **7/9/2019**        Date of Birth:

## Subjective
Jan is a 46 year old female that presents today 10 weeks status post right hip arthroscopy with labral repair/re-fixation, acetabuloplasty, femoroplasty and osteoplasty to remove cam lesion, chondroplasty, debridement, and shaving of acetabulum, synovectomy, and capsular closure/plication. This was performed on 4/17/19. Since her last visit, she has reported increasing right posterior buttock and lumbar spine pain that she rates worse than her preoperative hip pain. She reports minimal anterior hip pain and reports that her hip has been feeling better since her last visit. She has continue with some physical therapy. She is concerned about her lumbar spine and she feels that her pain radiates down her buttock to her posterior thigh and into her calf. She reminds me that she has previously had SI joint fusion by Dr. Sung and eventually had second opinion with Dr. Bee in our group regarding her lumbar spine. She reports that she has a significant history with her lumbar spine and at one point was considering spinal stimulator placement. She describes the pain as "nerve pain" and burning. She feels that her symptoms are worsening. She reports only occasional mild anterior groin pain with activity which she is not worried about. She denies any calf pain or cramping bilaterally. Patient denies fever, chills, chest pain, shortness of breath, nausea, vomiting, abdominal pain.

## Date of Surgery: 4/17/19

**Surgical Procedure:** Right hip arthroscopy with labral repair/re-fixation, acetabuloplasty, femoroplasty and osteoplasty to remove cam lesion, chondroplasty, debridement, and shaving of acetabulum, synovectomy, and capsular closure/plication.

## Right Hip/Pelvis Examination
Patient is alert and oriented to time, place, medical situation. Normal mood and affect. Gait is antalgic. No pelvic obliquity. Bilateral lower extremity alignment is neutral. Normal sensibility to moving light touch in the superficial and deep peroneal nerve distribution, tibial nerve distribution bilaterally. Able to fire EHL, FHL, tibialis anterior, gastroc-soleus, quadriceps and hamstrings without difficulty bilaterally. Dorsalis pedis pulse 2+ bilaterally. Surgical wounds are well-healed. Range of motion of the right hip includes flexion to 110 degrees, external rotation to 50 degrees, internal rotation 10 degrees and abduction of 40 degrees. She has minimal anterior pain with any of these range of motion tests. However, she is has significant posterior hip pain centered over the SI joint and lumbar spine with range of motion testing. Straight leg raise was negative for radicular symptoms but increased her posterior hip buttock and spine pain. She is directly tender over the superior aspect the SI joint on the right side and lumbosacral junction.

## Diagnosis Codes:
M25.551 Pain in right hip, M24.151 Other articular cartilage disorders, right hip
## Impression:
Ten weeks status post right hip arthroscopy with labral repair/re-fixation, acetabuloplasty, femoroplasty and osteoplasty to remove cam lesion, chondroplasty, debridement, and shaving of acetabulum, synovectomy, and capsular closure/plication performed on 4/17/19.

## Treatment Plan:
Overall, the patient is not doing well. The patient will continue with physical therapy. The patient will begin early strengthening and gluteal strengthening per protocol. Her posterior buttock and radiating burning pain is causing both her and myself concern and affecting her quality of life significantly. I am not sure that her pain is coming from her hip itself that she has minimal anterior hip pain. Most of her pain is located along the SI joint and lumbar spine. The patient suspects

**ELECTRONICALLY SIGNED BY Michael Huang, M.D.**

1 of 2

**Lincoln/Mason 1059**

Progress Notes - 07/09/2019                320088                (18/43) 09/19/2019 08:54:33 AM -0600



**North Campus**
4110 Briargate Parkway, Suite 300
Colorado Springs, CO  80920
Phone: 719-632-7669
Fax: 719-632-0088

**Colorado Springs
Orthopaedic Group**
www.csog.net

**South Campus**
1259 Lake Plaza Drive, Suite 100
Colorado Springs, CO  80906
Phone: 719-632-7669
Fax: 719-632-0088

Patient Name: Jan K Mason, 505296          Encounter Date: 7/9/2019          Date of Birth:

---

that this may be a separate issue that may have been exacerbated by her recent hip surgery and the crutch usage that was necessary after surgery. She is going to plan on following up with her spine surgeon to get his opinion regarding her increased pain. Follow up in 6 weeks for continued follow up on her hip recovery. All questions were answered. Indomethacin 50mg tablets were prescribed; side effects were discussed and appropriate instructions were provided. Patient was provided with patient education on NSAIDs.
Patient to return in 6-8 weeks for follow up.


**Clinical Quality Reporting:**
The patient was encouraged to exercise. A stretching regimen was recommended to the patient.

Electronically signed by: Michael Huang, M.D.
Date: 7/9/2019 Time: 2:05 PM


CC: Copies sent along with cover letter sent to the patient's primary care physician.

---

**ELECTRONICALLY SIGNED BY Michael Huang, M.D.**                                2 of 2

Lincoln/Mason 1060

Progress Notes - 06/04/2019          320088          (19/43) 09/19/2019 08:55:00 AM -0600



| **North Campus** | | **South Campus** |
|---|---|---|
| 41 10 Briargate Parkway, Suite 300 | **Colorado Springs** | 1259 Lake Plaza Drive, Suite 100 |
| Colorado Springs, CO 80920 | **Orthopaedic Group** | Colorado Springs, CO 80906 |
| Phone: 719-632-7669 | www.csog.net | Phone: 719-632-7669 |
| Fax: 719-632-0088 | | Fax: 719-632-0088 |

**Patient Name: Jan K Mason, 505296**          **Encounter Date: 6/4/2019**          **Date of Birth:**

## Subjective

Jan Mason is a pleasant 46 year old female that presents today six weeks status post right hip arthroscopy with labral repair/re-fixation, acetabuloplasty, femoroplasty and osteoplasty to remove cam lesion, chondroplasty, debridement, and shaving of acetabulum, synovectomy, and capsular closure/plication. This was performed on 4/17/19. Since her last visit, she has reported increasing right hip pain that she rates worse than her preoperative pain. It began after she started discontinue the crutches about 2 weeks ago. Prior to that, her hip was doing extremely well and in fact, she had minimal to no pain immediately after surgery. She had appropriate baseline pain after physical therapy exercises but again, when she discontinued crutches, she has had significant groin pain and is very concerned. She denies any calf pain or cramping bilaterally. Patient denies fever, chills, chest pain, shortness of breath, nausea, vomiting, abdominal pain.

The patient also presents today with a new complaint of left hip pain. In regards to her left hip, the patient states she has had pain in December 2017 getting progressively worse. She does report that her right hip is more significant than her left initially but her left is now bearing more weight and feeling worse. Her pain is located in the groin and worsen with prolonged sitting, prolonged standing and squatting type activities. Rotational activities also increased pain. She has tried rest, activity modification, ibuprofen as an anti-inflammatory without significant benefit. She has also been attending physical therapy as detailed previously and I also was not helping. Denies numbness or tingling distally in either lower extremity.

**Date of Surgery:** 4/17/19

**Surgical Procedure:** Right hip arthroscopy with labral repair/re-fixation, acetabuloplasty, femoroplasty and osteoplasty to remove cam lesion, chondroplasty, debridement, and shaving of acetabulum, synovectomy, and capsular closure/plication.

## Left Hip/Pelvis Examination

Patient is alert and oriented to time, place, medical situation. Normal mood and affect. Gait is [default value]. No pelvic obliquity. Bilateral lower extremity alignment is [default value]. Normal sensibility to moving light touch in the superficial and deep peroneal nerve distribution, tibial nerve distribution bilaterally. Able to fire EHL, FHL, tibialis anterior, gastroc-soleus, quadriceps and hamstrings without difficulty bilaterally. Dorsalis pedis pulse 2+ bilaterally.

LEFT hip range of motion includes flexion to 115 degrees, external rotation to 65 degrees, internal rotation to 10 degrees. Anterior impingement test is positive. Posterior impingement test negative. Straight leg raise is negative. Tender to palpation: Anterior groin.

## Right Hip/Pelvis Examination

The right hip surgical wounds are healed without signs of infection. Range of motion includes flexion to 105 degrees, external rotation to 50 degrees and internal rotation of 5 degrees with continued positive anterior impingement test.

**Imaging Orders:** 4+views of the left hip were ordered, obtained and interpreted from an orthopedic standpoint. 4+views of the right hip were ordered, obtained and interpreted from an orthopedic standpoint.

**Hip/Pelvis Xrays:** X-RAYS, BILATERAL HIP, CSOG, 6/4/19: X-rays ordered, performed, and interpreted today include AP pelvis, bilateral Dunn views, false profile, and cross table lateral views of the BILATERAL hip. They show well-preserved femoroacetabular joint spacing. Tonnis Grade 0. No evidence of fracture or dislocation. No evidence of avascular necrosis or heterotopic ossification in the right hip. On the left hip, there is evidence of femoral acetabular impingement, cam type

---

**ELECTRONICALLY SIGNED BY Michael Huang, M.D.**

1 of 2

**Lincoln/Mason 1061**

Progress Notes - 06/04/2019          320088          (20/43) 09/19/2019 08:56:00 AM -0600

**North Campus**
4110 Briargate Parkway, Suite 300
Colorado Springs, CO 80920
Phone: 719-632-7669
Fax: 719-632-0088

**Colorado Springs
Orthopaedic Group**
www.csog.net

**South Campus**
1259 Lake Plaza Drive, Suite 100
Colorado Springs, CO 80906
Phone: 719-632-7669
Fax: 719-632-0088

Patient Name: Jan K Mason, 505296          Encounter Date: 6/4/2019          Date of Birth:

---

with alpha angle measuring 63 degrees.

**Diagnosis Codes:**
M25.551 Pain in right hip, M24.151 Other articular cartilage disorders, right hip
**Impression:**
#1 Six weeks status post right hip arthroscopy with labral repair/re-fixation, acetabuloplasty, femoroplasty and osteoplasty to remove cam lesion, chondroplasty, debridement, and shaving of acetabulum, synovectomy, and capsular closure/plication performed on 4/17/19.
#2 Left hip pain – suspect labral tear in the setting of bony hip impingement

**Treatment Plan:**
Overall, the patient is having significant postsurgical pain in the right hip. This was associated with discontinuing the crutches and going to full weightbearing. I believe she has continued inflammation in the hip and have recommended going back on crutches for approximately 2 weeks. We will slow down her physical therapy as well and she will be maintained with range of motion exercises for now. I will like her to try indomethacin as a anti-inflammatory. I would like to see her back in 3-4 weeks for reassessment. In regards to her left hip, I do think she has some bony hip impingement and suspect that she may have underlying labral tear. For now, her right hip is more symptomatic and therefore we will continue to focus on that hip. However, for left hip continues to have increased pain, we would recommend MRI arthrogram for further evaluation for labral tear. All questions were answered.
Indomethacin 50mg tablets were prescribed; side effects were discussed and appropriate instructions were provided.
Patient was provided with patient education on NSAIDs.
Patient to return in 4 weeks for follow up.

**Clinical Quality Reporting:**
The patient was encouraged to exercise. A stretching regimen was recommended to the patient.

Electronically signed by: Michael Huang, M.D.
Date: 6/4/2019 Time: 2:14 PM

CC: Copies sent along with cover letter sent to the patient's primary care physician.

---

**ELECTRONICALLY SIGNED BY Michael Huang, M.D.**

2 of 2

**Lincoln/Mason 1062**

Progress Notes - 05/02/2019                320088                (21/43) 09/19/2019 08:56:40 AM -0600



**North Campus**
41 10 Briargate Parkway, Suite 300
Colorado Springs, CO  80920
Phone: 719-632-7669
Fax: 719-632-0088

**Colorado Springs
Orthopaedic Group**

www.csog.net

**South Campus**
1259 Lake Plaza Drive, Suite 100
Colorado Springs, CO  80906
Phone: 719-632-7669
Fax: 719-632-0088

Patient Name: Jan K Mason, 505296        Encounter Date: 5/2/2019        Date of Birth:

## Subjective

Jan Mason is a pleasant 46 year old female that presents today two weeks status post right hip arthroscopy with labral repair/re-fixation, acetabuloplasty, femoroplasty and osteoplasty to remove cam lesion, chondroplasty, debridement, and shaving of acetabulum, synovectomy, and capsular closure/plication. This was performed on 4/17/19. Overall, her pain is well controlled. She presents today utilizing her post operative hip brace and crutches as instructed. She states physical therapy has gone well. She denies any calf pain or cramping bilaterally. Patient denies fever, chills, chest pain, shortness of breath, nausea, vomiting, abdominal pain.

## Date of Surgery: 4/17/19

**Surgical Procedure:** Right hip arthroscopy with labral repair/re-fixation, acetabuloplasty, femoroplasty and osteoplasty to remove cam lesion, chondroplasty, debridement, and shaving of acetabulum, synovectomy, and capsular closure/plication.

## Right Hip/Pelvis Examination

The right hip surgical wounds are healed without signs of infection. Patient has sensation to moving light touch along the superficial and deep peroneal nerve distribution and tibial nerve distribution. Dorsalis pedis and posterior tibial pulse is 2+. Patient can fire EHL, FHL, tibialis anterior, gastroc-soleus, quadriceps and hamstrings without difficulty. Contralateral hip shows normal strength and range of motion.

**Diagnosis Codes:**
M25.551 Pain in right hip, M24.151 Other articular cartilage disorders, right hip
**Impression:**
Two weeks status post right hip arthroscopy with labral repair/re-fixation, acetabuloplasty, femoroplasty and osteoplasty to remove cam lesion, chondroplasty, debridement, and shaving of acetabulum, synovectomy, and capsular closure/plication performed on 4/17/19.

**Treatment Plan:**
I discussed the findings of the clinical examination with the patient at today's visit. She continues to do very well 2 weeks status post right hip arthroscopy with labral repair/re-fixation, acetabuloplasty, femoroplasty and osteoplasty to remove cam lesion, chondroplasty, debridement, and shaving of acetabulum, synovectomy, and capsular closure/plication. Sutures removed at today's visit without incident, she may begin to get the area wet. Patient's pain has been well-controlled, she is no longer taking oral pain medication. She may discontinue use of the postoperative hip brace, SCD machines, and aspirin. Patient may transition off of the crutches, as tolerated. She will continue with physical therapy, working on range of motion and focusing on gait. We'll plan on seeing her back in 4 weeks for routine postoperative appointment, sooner if necessary. She verbalizes agreement and understanding of the treatment plan, all questions were answered.
Oxycodone 5mg tablets were prescribed; side effects were discussed and appropriate instructions were provided.
Patient was provided with patient education on NSAIDs.
Patient to return in 4 weeks for follow up.

**Clinical Quality Reporting:**
The patient was encouraged to exercise. A stretching regimen was recommended to the patient.

ELECTRONICALLY SIGNED BY Kristen E. Reiss, PA-C

1 of 2

Lincoln/Mason 1063



**North Campus**
4110 Briargate Parkway, Suite 300
Colorado Springs, CO 80920
Phone: 719-632-7669

Fax: 719-632-0088

**Colorado Springs Orthopaedic Group**

www.csog.net

**South Campus**
1259 Lake Plaza Drive, Suite 100
Colorado Springs, CO 80906
Phone: 719-632-7669

Fax: 719-632-0088

Patient Name: **Jan K Mason, 505296**          Encounter Date: **5/2/2019**          Date of Birth:

Electronically signed by: Michael Huang, M.D.
Date: 5/2/2019 Time: 2:39 PM

Kristen E. Reiss, PA-C
Date: 5/2/2019

CC: Copies sent along with cover letter sent to the patient's primary care physician.

---

**ELECTRONICALLY SIGNED BY Kristen E. Reiss, PA-C**          2 of 2

**Lincoln/Mason 1064**

Progress Notes - 04/18/2019                320088                (23/43) 09/19/2019 08:57:52 AM -0600



**North Campus**
4110 Briargate Parkway, Suite 300
Colorado Springs, CO 80920
Phone: 719-632-7669
Fax: 719-632-0088

**Colorado Springs Orthopaedic Group**
www.csog.net

**South Campus**
1259 Lake Plaza Drive, Suite 100
Colorado Springs, CO 80906
Phone: 719-632-7669
Fax: 719-632-0088

Patient Name: **Jan K Mason, 505296**          Encounter Date: **4/18/2019**          Date of Birth:

## Subjective

Jan Mason is a pleasant 46 year old female that presents today one day status post right hip arthroscopy with labral repair/re-fixation, acetabuloplasty, femoroplasty and osteoplasty to remove cam lesion, chondroplasty, debridement, and shaving of acetabulum, synovectomy, and capsular closure/plication. This was performed on 4/17/19. Overall, her pain is well controlled. She presents today utilizing her post operative hip brace and crutches as instructed. She denies any calf pain or cramping bilaterally. Patient denies fever, chills, chest pain, shortness of breath, nausea, vomiting, abdominal pain.

**Date of Surgery:** 4/17/19

**Surgical Procedure:** Right hip arthroscopy with labral repair/re-fixation, acetabuloplasty, femoroplasty and osteoplasty to remove cam lesion, chondroplasty, debridement, and shaving of acetabulum, synovectomy, and capsular closure/plication.

## Right Hip/Pelvis Examination

Patient is alert and oriented to time, place, medical situation without evidence of distress. The right hip wounds are well coapted with suture with minimal drainage. Mild swelling as expected. No erythema, ecchymosis, or clinical signs of infection present. Patient has normal sensibility to moving light touch over the superficial peroneal, deep peroneal and tibial nerve distributions. The patient is able to fire EHL, tibialis anterior, gastrocsoleus, peroneals. Dorsalis pedis pulse, 2+.

**Diagnosis Codes:**
M25.551 Pain in right hip, M24.151 Other articular cartilage disorders, right hip
**Impression:**
One day status post right hip arthroscopy with labral repair/re-fixation, acetabuloplasty, femoroplasty and osteoplasty to remove cam lesion, chondroplasty, debridement, and shaving of acetabulum, synovectomy, and capsular closure/plication performed on 4/17/19.

**Treatment Plan:**
I reviewed the procedure and applicable arthroscopic and surgical findings with the patient. I reviewed post-op pain management strategies, wound care, activity limitations and restrictions, post-op precautions, applicable physical therapy, and follow-up. The patient has the following restrictions: 30% partial weightbearing for 2 weeks, hip brace for 2 weeks, started physical therapy immediately, aspirin 325 mg by mouth daily, SCDs and early ambulation for DVT prophylaxis. We will plan on seeing the patient in two weeks for a routine post-op follow-up and suture removal, sooner if there is a change in status. The patient verbalizes understanding and agreement of the treatment plan. The patient states there are no unanswered questions or concerns. The patient left the office today in no acute distress and with pain adequately controlled.
Patient was provided with patient education on NSAIDs.
Patient to return in 2 weeks for follow up.

**Clinical Quality Reporting:**
A stretching regimen was recommended to the patient.

---

**ELECTRONICALLY SIGNED BY Kristen E. Reiss, PA-C**

1 of 2

**Lincoln/Mason 1065**

Progress Notes - 04/18/2019          320088          (24/43) 09/19/2019 08:58:42 AM -0600



**North Campus**
4110 Briargate Parkway, Suite 300
Colorado Springs, CO 80920
Phone: 719-632-7669

Fax: 719-632-0088

**Colorado Springs
Orthopaedic Group**

www.csog.net

**South Campus**
1259 Lake Plaza Drive, Suite 100
Colorado Springs, CO 80906
Phone: 719-632-7669

Fax: 719-632-0088

**Patient Name:** Jan K Mason, 505296          **Encounter Date:** 4/18/2019          **Date of Birth:**

Electronically signed by: Kristen E. Reiss, PA-C
Date: 4/18/2019 Time: 3:01 PM

CC: Copies sent along with cover letter sent to the patient's primary care physician.

**ELECTRONICALLY SIGNED BY Kristen E. Reiss, PA-C**

**Lincoln/Mason 1066**

Progress Notes - 03/07/2019                320088                (25/43) 09/19/2019 08:59:00 AM -0600

| North Campus | | South Campus |
|---|---|---|
| 4110 Briargate Parkway, Suite 300<br>Colorado Springs, CO 80920<br>Phone: 719-632-7669<br>Fax: 719-632-0088 | <br>**Colorado Springs<br>Orthopaedic Group**<br>www.csog.net | 1259 Lake Plaza Drive, Suite 100<br>Colorado Springs, CO 80906<br>Phone: 719-632-7669<br>Fax: 719-632-0088 |

**Patient Name:** Jan K Mason, 505296          **Encounter Date:** 3/7/2019          **Date of Birth:**

## Chief Complaint Right hip pain.

## History of Present Illness

Jan K Mason is a pleasant 46 year old female who presents today with a chief complaint of right hip pain, at the request of Dr. Tyler Bron. She reports that she has had pain over the posterior buttock area for approximately 2 years. Initially, she was treated for SI joint pain by Dr. Sung in September 2017 and they've performed SI joint fusion. She recovered extremely well and all of her symptoms were eliminated until she was involved in a car accident where she was rear-ended in December 2017. Since that time, she's had some groin pain but again mostly is felt her pain in the posterior buttock area. She has been evaluated is seen and followed by Dr. Sung and they cannot find anything wrong with his previous surgery. Her symptoms continue to worsen with sitting type activities but now her symptoms are so consistent that it bothers her even when she stands and walks and she cannot really find a comfortable position. She denies numbness or tingling distally. She has tried rest, activity modification, anti-inflammatories including ibuprofen without benefit. She has been in physical therapy without benefit. She has tried chiropractic treatment and massage therapy with only limited benefit. She did eventually undergo intra-articular injection into the hip and she received 4 hours of complete pain resolution from the local anesthetic but did not get any benefit from the corticosteroid. She describes the symptoms as sharp, dull and aching. The symptoms come and go. Since the onset, she reports the problem is getting worse. The symptoms are made worse with sitting and walking. The patient experiences stiffness and weakness. Patient denies fever, chills, chest pain, shortness of breath, nausea, vomiting, abdominal pain.

**Conservative Care History:** The symptoms have improved with rest and anti-inflammatory medication. There has been no change in the symptoms with physical therapy and injection.

## Medical History

**Medical Conditions:** Hypertension
**Surgical History:** Tubal 1994; Rhinoplast 2008
**Orthopedic Surgical History:** Right SI Fusion
**Current Medications:** Claritin 10 mg tablet 1 oral PRN, Ambien 5 mg tablet 1 oral PRN, metoprolol succinate ER 50 mg tablet,extended release 24 hr 1 Tb24 oral QD (Daily), Flector 1.3 % transdermal 12 hour patch 1 pt12 TD PRN, losartan 50 mg tablet 1 oral QD (Daily)
**Medication and Allergic Reactions:** No known allergies
**Family History:** No significant family history

## Personal and Social History:

Patient has children, denies tabacco, marijuana, and alcohol use

## Review of Systems

Patient denies fevers, chills, chest pain, shortness of breath, abdominal pain, nausea, diarrhea, constipation. Pertinent positives for review of systems are listed in HPI above, otherwise negative.

**ELECTRONICALLY SIGNED BY Michael Huang, M.D.**

1 of 3

**Lincoln/Mason 1067**

Progress Notes - 03/07/2019          320088          (26/43) 09/19/2019 08:59:50 AM -0600

**Patient Name:** Mason, Jan K
**DOB:**

**Vital Signs:** Height: 5ft 8.00in, Weight: 170lbs BMI 25.85

## General Exam:
**Constitutional:** Patient is adequately groomed with no evidence of malnutrition.
**Skin:** There are no rashes, ulcerations or lesions in the regions examined.
**Mental Status:** The patient is oriented to time, place and person. The patient's mood and affect are appropriate.
**Lymphatic:** The lymphatic examination bilaterally reveals all areas to be without enlargement or induration.
**Vascular:** Examination reveals no swelling or calf tenderness. Peripheral pulses are palpable and 2+.
**Neurological:** The patient has good coordination. There is no weakness or sensory deficit. Deep tendon reflexes are intact.

## Right Hip/Pelvis Examination
Patient is alert and oriented to time, place, medical situation. Normal mood and affect. Gait is antalgic. No pelvic obliquity. Bilateral lower extremity alignment is neutral. Normal sensibility to moving light touch in the superficial and deep peroneal nerve distribution, tibial nerve distribution bilaterally. Able to fire EHL, FHL, tibialis anterior, gastroc-soleus, quadriceps and hamstrings without difficulty bilaterally. Dorsalis pedis pulse 2+ bilaterally.

RIGHT hip range of motion includes flexion to 115 degrees, external rotation to 55 degrees, internal rotation to 10 degrees. Anterior impingement test is positive reproducing her posterior buttock pain and somewhat reproducing some groin pain. Posterior impingement test negative. Straight leg raise is negative. Tender to palpation: Posterior buttock.

LEFT hip range of motion includes flexion to 25 degrees, external rotation to 65 degrees, internal rotation to 10 degrees. Anterior impingement test is negative. Posterior impingement test negative. Straight leg raise is negative. Tender to palpation: None.

**Diagnostic Test Findings:** MR ARTHROGRAM W/CONTRAST, RIGHT HIP, CSOG, 2/11/19: This shows an anterosuperior labral tear. Mild superior hip joint space narrowing and small anterolateral femoral head-neck osseous bump. Right sacroiliac joint fusion.

Imaging obtained previously by Dr. Braun was available for review and again reviewed today of bilateral hips shows femoral acetabular impingement with the pincer lesion and mild cam deformity. Alpha angle measures 62 degrees.

**Diagnosis Codes:**
M25.551 Pain in right hip, M24.151 Other articular cartilage disorders, right hip
**Impression:**
Right hip pain -labral tear, femoral acetabular impingement

**Treatment Plan:**
Reviewed the clinical and radiographic documentation with patient. We discussed the fact that she has an atypical location for her anterior superior labral tear. However, the intra-articular injection gave her complete resolution of her symptoms which indicates that the hip joint is the source of her pain and she certainly has a large tear of the labrum that extends posteriorly and certainly this could explain some of her symptoms. She understands that this labral tear will not heal on its own and may continue to deteriorate over time and continue to cause symptoms. The options for treatment of this tear and the bony impingement include continued conservative management versus consideration of surgical intervention. Conservative management includes rest, activity modification, anti-inflammatories, corticosteroid injection and even biologic injection. Surgical intervention would include diagnostic arthroscopy of the hip, labral debridement with repair,

**ELECTRONICALLY SIGNED BY Michael Huang, M.D.**

2 of 3

**Lincoln/Mason 1068**

**Patient Name:** Mason, Jan K
**DOB:**

acetabuloplasty if needed, chondroplasty if needed and osteoplasty if needed, and capsular plication. We discussed the nature of the surgery and the rehabilitation required after surgery. We also discussed the limitation of the surgery including the possibility that fixing the anterior superior labral tear may not resolve all of her posteriorly-based symptoms. All questions were answered. The patient has made the decision to move forward with surgical intervention given her failure to respond to nonsurgical management over the past 2 years as detailed above.

Specific details regarding hip arthroscopy and possible labral repair and osteochondroplasty were discussed with the patient. The rationale for performing this procedure was reviewed with the patient and demonstrated on a three dimensional model. I discussed the fact that the acetabuloplasty, labral repair, and osteochondroplasty components of this procedure have only been performed for the past 10-15 years with limited long-term follow up. The excellent early results were reviewed with the patient. I reviewed the procedure and the post-operative rehabilitation in detail with the patient. I also discussed all the risks, benefits, and alternatives. The risks discussed include but are not limited to: anesthesia, death, myocardial infarction, infection, thromboembolic disease, neurovascular damage (including pudendal nerve, genitofemoral, and sciatic nerve injury), persistent pain, persistent dysfunction, possible need for future surgery.
Bilateral SCD's were prescribed and appropriate use instruction provided. Post-op hip brace was prescribed and appropriate use instruction provided.
Patient was provided with patient education on NSAIDs.
The patient is instructed to return if pain or symptoms arise.

**Clinical Quality Reporting:**
The patient was encouraged to exercise. A strength training regimen was recommended to the patient. A stretching regimen was recommended to the patient.

Electronically signed by: Michael Huang, M.D.
Date: 3/7/2019 Time: 12:56 PM

CC: Copies sent along with cover letter sent to the patient's primary care physician.

**ELECTRONICALLY SIGNED BY Michael Huang, M.D.**

Progress Notes - 02/18/2019                320088                (28/43) 09/19/2019 09:01:22 AM -0600



**Colorado Springs Orthopaedic Group**
www.csog.net

North Campus
4110 Briargate Parkway, Suite 300
Colorado Springs, CO 80920
Phone: 719-632-7669
Fax: 719-632-0088

South Campus
1259 Lake Plaza Drive, Suite 100
Colorado Springs, CO 80906
Phone: 719-632-7669
Fax: 719-632-0088

Patient Name: **Jan K Mason, 505296**        Encounter Date: **2/18/2019**        Date of Birth:

## Chief Complaint Right hip pain
## History of Present Illness
Jan K Mason is a 46 year old female seen today for follow-up of her right hip pain. At her last visit I sent her for an MRI to evaluate for labral tear which she is coming today to review the results. Her hip is still very painful and has had no other major changes in her symptoms or her medical history since last seen.

**Date of Onset:** December 18, 2017.

## Medical History
**Medical Conditions:** Hypertension
**Surgical History:** Tubal 1994; Rhinoplast 2008
**Orthopedic Surgical History:** Right SI Fusion
**Current Medications:** Claritin 10 mg tablet oral, Ambien 5 mg tablet oral, metoprolol succinate ER 50 mg tablet,extended release 24 hr Tb24 oral, Flector 1.3 % transdermal 12 hour patch pt12 TD, losartan 50 mg tablet oral
**Medication and Allergic Reactions:** No known allergies
**Family History:** No significant family history

**Personal and Social History:**
Patient has children, denies tabacco, marijuana, and alcohol use

## Review of Systems

**Constitutional:** The patient denies any unplanned weight loss, loss of appetite or fatigue.
**Eyes:** The patient denies any blurred vision, double vision or vision loss.
**Ear/Nose/Throat:** The patient denies any hearing loss, hoarseness or trouble swallowing.
**Cardiovascular:** The patient denies any chest pain or palpitations.
**Respiratory:** The patient denies any chronic coughing, pneumonia or shortness of breath.
**Gastrointestinal:** Patient denies heartburn, nausea or blood in stool.
**Genitourinary:** The patient denies any painful urination, blood in urine or kidney problems.
**Skin:** The patient denies any rashes, skin ulcers, lumps or psoriasis.
**Neurological:** The patient denies any frequent falls, loss of coordination, numbness, dizziness, change in bowel and bladder function.
**Psychiatric:** The patient denies any depression, drug or alcohol addiction or sleeping disorders.
**Endocrine:** The patient denies any fever, heat/cold intolerance or night sweats.
**Hematological:** The patient denies any bleeding problems, easy bruising or anemia.

**ELECTRONICALLY SIGNED BY Tyler R. Bron, M.D.**

1 of 3

**Lincoln/Mason 1070**

Progress Notes - 02/18/2019          320088          (29/43) 09/19/2019 09:02:03 AM -0600

**Patient Name:** Mason, Jan K
**DOB:**

---

**Vital Signs:** Height: 5ft 8.00in BMI

**General Exam:**
**Constitutional:** Gen: Appropriately groomed, no evidence of malnutrition, no acute distress
Skin: No rashes, ulcers, or lesions on regions examined
Mental status: Oriented to time, person, place and situation, mood and affect are appropriate
Cardio: Regular rate and rhythm
Vascular: No edema, no calf swelling or pain, peripheral pulses 2+
Pulm: Non-labored breathing
Abd: Soft, non-tender to palpation

**Left Hip/Pelvis Examination**
Skin is clean and dry, without erythema or warmth. There are no superficial signs of infection. ROM is limited with flexion to 100, IR is 0 degrees and ER is 15 degrees. Flexion, internal rotation and external rotation elicit groin pain. Pain is most severe with internal rotation. Strength test shows quad and hamstring strength to be 5/5. Plantar and dorsiflexion strength 5/5. SILT diffuse lower extremity. Pulses are 2+/4 DP and PT. No peripheral edema noted.

**Right Hip/Pelvis Examination**
Skin is clean and dry, without erythema or warmth. There are no superficial signs of infection. ROM is limited with flexion to 100, IR is 0 degrees and ER is 15 degrees. Flexion, internal rotation and external rotation elicit groin pain. Pain is most severe with internal rotation. Strength test shows quad and hamstring strength to be 5/5. Plantar and dorsiflexion strength 5/5. SILT diffuse lower extremity. Pulses are 2+/4 DP and PT. No peripheral edema noted.

**Diagnostic Test Findings:** MRAresults from 2/11/2019 show a anterior superior labral tear with minimal joint space narrowing as well as some signs of FAI.

**Diagnosis Codes:**
M25.552 Pain in left hip, M25.551 Pain in right hip
**Impression:**
Patient a very pleasant 46-year-old bilateral hip pain right worse than left with mild arthritic changes as well as a labral tear.

**Treatment Plan:**
Patient's been in severe pain for a year just wants anything done that can help improve her pain. We previously discussed hip replacement surgery is a possibility as a last resort to help with her pain however with the recent MRI findings consistent with a labral tear I recommend that she see Dr. Wong and be evaluated by him prior to deciding how to proceed. Hopefully he would have an option arthroscopically for labral repair or reconstruction with possible osteochondral plasty to help with her pain to help avoid having to do a hip replacement on her. I discussed this with the patient in detail and stated that I am available for any questions or concerns she has followed at least like to have her see Dr. Wong prior to proceeding with surgery. All of her questions and concerns were addressed prior to leaving clinic today.
Patient education on Fall prevention was provided to the patient. Patient was provided with patient education on NSAIDs.

**Clinical Quality Reporting:**
The patient has received the influenza vaccination. The patient was assessed for fall risk.

**ELECTRONICALLY SIGNED BY Tyler R. Bron, M.D.**

2 of 3

**Lincoln/Mason 1071**

Progress Notes - 02/18/2019          320088          (30/43) 09/19/2019 09:02:50 AM -0600

**Patient Name:** Mason, Jan K
**DOB:**

Electronically signed by: Tyler R. Bron, M.D.
Date: 2/18/2019 Time: 5:50 PM

CC: A copy of the the office visit notes will be forwarded to the patient's referring physician. Copies sent along with cover letter sent to the patient's primary care physician.

Lincoln/Mason 1072

Progress Notes - 01/31/2019                320088                (34/43) 09/19/2019 09:04:22 AM -0600



**North Campus**
4110 Briargate Parkway, Suite 300
Colorado Springs, CO  80920
Phone: 719-632-7669
Fax:  719-632-0088

**Colorado Springs
Orthopaedic Group**
www.csog.net

**South Campus**
1259 Lake Plaza Drive, Suite 100
Colorado Springs, CO 80906
Phone: 719-632-7669
Fax:  719-632-0088

Patient Name: **Jan K Mason, 505296**          Encounter Date: **1/31/2019**          Date of Birth:

---

## Chief Complaint Bilateral hip pain.
## History of Present Illness
Jana K Mason is a 46 year old female seen today for follow-up of her bilateral hip pain. At her last visit he was diagnosed with femoral acetabular impingement as well as some early arthritic changes primarily on the left more than the right. She was sent for bilateral corticosteroid injections in her hips and states that for the initial 4-6 hours after the injection she had complete relief of her hip pain. She then had a steady onset of pain in bilateral hips and has not noticed any significant improvement from the steroid. Currently the pain is significant worsening right hip than the left. She still believes that the back pain she feels and the hip pain she is feeling bilaterally are different entities entirely. No other significant changes in her health history since last seen.

**Date of Onset:** December 18, 2017.

## Medical History
**Medical Conditions:** Hypertension
**Surgical History:** Tubal 1994; Rhinoplast 2008
**Orthopedic Surgical History:** Right SI Fusion
**Current Medications:** Claritin 10 mg tablet oral, Ambien 5 mg tablet oral, metoprolol succinate ER 50 mg tablet,extended release 24 hr Tb24 oral, Flector 1.3 % transdermal 12 hour patch pt12 TD, losartan 50 mg tablet oral
**Medication and Allergic Reactions:** No known allergies
**Family History:** No significant family history

**Personal and Social History:**
Patient has children, denies tabacco, marijuana, and alcohol use

## Review of Systems

**Constitutional:** The patient denies any unplanned weight loss, loss of appetite or fatigue.
**Eyes:** The patient denies any blurred vision, double vision or vision loss.
**Ear/Nose/Throat:** The patient denies any hearing loss, hoarseness or trouble swallowing.
**Cardiovascular:** The patient denies any chest pain or palpitations.
**Respiratory:** The patient denies any chronic coughing, pneumonia or shortness of breath.
**Gastrointestinal:** Patient denies heartburn, nausea or blood in stool.
**Genitourinary:** The patient denies any painful urination, blood in urine or kidney problems.
**Skin:** The patient denies any rashes, skin ulcers, lumps or psoriasis.
**Neurological:** The patient denies any frequent falls, loss of coordination, numbness, dizziness, change in bowel and bladder function.
**Psychiatric:** The patient denies any depression, drug or alcohol addiction or sleeping disorders.
**Endocrine:** The patient denies any fever, heat/cold intolerance or night sweats.

---

**ELECTRONICALLY SIGNED BY Tyler R. Bron, M.D.**

1 of 3

**Lincoln/Mason 1073**

Progress Notes - 01/31/2019                320088                (35/43) 09/19/2019 09:05:07 AM -0600

**Patient Name:** Mason, Jan K
**DOB:**

**Hematological:** The patient denies any bleeding problems, easy bruising or anemia.

**Vital Signs:** Height: 5ft 8.00in BMI

## General Exam:
**Constitutional:** Gen: Appropriately groomed, no evidence of malnutrition, no acute distress
Skin: No rashes, ulcers, or lesions on regions examined
Mental status: Oriented to time, person, place and situation, mood and affect are appropriate
Cardio: Regular rate and rhythm
Vascular: No edema, no calf swelling or pain, peripheral pulses 2+
Pulm: Non-labored breathing
Abd: Soft, non-tender to palpation

## Right Hip/Pelvis Examination
Skin is clean and dry, without erythema or warmth. There are no superficial signs of infection. ROM is limited with flexion to 100, IR is 0 degrees and ER is 15 degrees. Flexion, internal rotation and external rotation elicit groin pain. Pain is most severe with internal rotation. Strength test shows quad and hamstring strength to be 5/5. Plantar and dorsiflexion strength 5/5. SILT diffuse lower extremity. Pulses are 2+/4 DP and PT. No peripheral edema noted.

## Left Hip/Pelvis Examination
Skin is clean and dry, without erythema or warmth. There are no superficial signs of infection. ROM is limited with flexion to 100, IR is 0 degrees and ER is 15 degrees. Flexion, internal rotation and external rotation elicit groin pain. Pain is most severe with internal rotation. Strength test shows quad and hamstring strength to be 5/5. Plantar and dorsiflexion strength 5/5. SILT diffuse lower extremity. Pulses are 2+/4 DP and PT. No peripheral edema noted.

**Diagnostic Test Findings:** Imaging again reviewed today of bilateral hips shows femoral acetabular impingement with the pincer lesion and mild cam deformity.

CT scan was reviewed showing similar findings to plain radiographs.

**Diagnosis Codes:**
M25.551 Pain in right hip, M25.552 Pain in left hip
**Impression:**
Patient's a very pleasant 46-year-old with bilateral hip pain possibly due to osteoarthritic changes versus labral pathology.

**Treatment Plan:**
Patient had complete relief of her bilateral hip pains initially after corticosteroid injection however the pain came back as soon as the numbing medicine wore off. She still had her back pain which was unfazed by the injections but this further and graded her that the back pain and hip pain are separate entities. Patient has been in severe pain for some time now and is desperate to have something done however I feel like doing an MRI arthrogram of the right hip to assess for labral pathology is appropriate prior to discussing any kind of surgical procedure she does have obvious femoral acetabular impingement with minor arthritic changes and could benefit from a labral repair versus a total hip arthroplasty.
This patient in detail and answered all of her questions prior to leaving clinic today she will be brought back in after the MRI is been done.
A MR Arthrogram was ordered of Right Hip
Patient education on Fall prevention was provided to the patient. Patient was provided with patient education on NSAIDs. The patient is instructed to return if pain or symptoms arise.

**ELECTRONICALLY SIGNED BY Tyler R. Bron, M.D.**

2 of 3

**Lincoln/Mason 1074**

**Patient Name:** Mason, Jan K
**DOB:**

**Clinical Quality Reporting:**
The patient has received the influenza vaccination. The patient was assessed for fall risk.

Electronically signed by: Tyler R. Bron, M.D.
Date: 1/31/2019 Time: 4:32 PM

CC: A copy of the the office visit notes will be forwarded to the patient's referring physician. Copies sent along with cover letter sent to the patient's primary care physician.

**Lincoln/Mason 1075**

## ORTHOPAEDIC & SPINE CENTER OF SOUTHERN COLORADO
## OPERATIVE REPORT
### April 17, 2019

PATIENT NAME:  Jan Mason
PATIENT ID:  11142-2
DATE OF BIRTH:

PREOPERATIVE DIAGNOSIS:
1. Right hip labral tear
2. Right hip impingement, cam and pincer type

POSTOPERATIVE DIAGNOSIS:
1. Right hip labral tear
2. Right hip impingement, cam type and pincer type
3. Right hip chondromalacia
4. Right hip synovitis

PROCEDURES PERFORMED:
1. Right hip labral repair/re-fixation
2. Right hip arthroscopic acetabuloplasty
3. Right hip femoroplasty, osteoplasty to remove cam lesion
4. Right hip chondroplasty, debridement/shaving acetabulum
5. Right hip synovectomy
6. Right hip capsular closure/plication

SURGEON:  Michael J. Huang, MD

ASSISTANT: Jennifer Wages, Certified Surgical Assistant

ANESTHESIOLOGIST:  Dr. Griffin

ANESTHESIA:  General

IMPLANTS USED:
1. Arthex biocomposite suturetak 3.0, total number: 3
2. Smith & Nephew SutureFix anchor, total number: 2
3. Smith & Nephew Qfix anchor, total number: 1

SURGICAL FIRST ASSISTANT:  Due to the complexity of this case, the skilled assistance of the above documented surgical first assist was necessary for the successful completion of this case.  This person was essential for proper patient positioning (including obtaining adequate lower extremity traction), manipulation

**Lincoln/Mason 1076**

of instruments, proper surgical exposure, manipulation of tissue and arthroscopic visualization, wound closure, and implant management.

FINDINGS:
1. Femoral head chondral surfaces intact
2. Acetabular chondral surfaces demonstrated grade 3 chondral damage between 12:00 and 2:00 location measuring 18 mm medial to lateral by 5 mm peripheral to central with multiple unstable flap tears
3. Ligamentum teres intact
4. Pincer lesion at the 11:00 to 2:00 location
5. Cam lesion femoral head-neck junction (hip impingement)
6. Diffuse synovitis
7. Labral tear from 10:00 to 3:00 location with intrasubstance tear with bruising and detachment from the acetabular rim and subluxation into the joint. The labrum itself was extremely diminutive measuring only 3 mm at the 12:00 location
8. Exam under anesthesia revealed flexion to 130 degrees, external rotation to 85 degrees, internal rotation 25 degrees and abduction to 70 degrees.

INDICATIONS: This is a 46-year-old female with ongoing right hip pain. She has had pain and the block and groin beginning approximately 2 years ago. She has tried rest, activity modification, anti-inflammatories and physical therapy without significant improvement. She has also undergone previous SI joint fusion with Dr. Sung. Despite all that, she continues to have significant pain. Intra-articular injection into the joint gave her 4 hours of complete pain resolution but she did not get any sustained benefit from the injection. Further x-rays demonstrated well-preserved joint spaces with pincer-type deformity and cam deformity with alpha angle measuring 62 degrees. MRI arthrogram demonstrates anterior superior labral tear and cam lesion at the femoral head neck junction. I had a lengthy discussion with the patient regarding options, which include continued conservative management versus consideration of possible surgical intervention which may include diagnostic arthroscopy, possible synovectomy, chondroplasty, possible labral debridement with possible repair, acetabuloplasty if needed, osteoplasty if needed. Because of the patient's failure to respond to nonsurgical management, the patient elected to proceed forward with surgery. The patient voiced understanding of the nature of the surgery, rehabilitation required, limitations of surgery.

CONSENT:

I discussed the risks, benefits, alternatives to the proposed surgery. The risks include but are not limited to anesthesia, death, myocardial infarction, thromboembolic disease, infection, neurologic injury, vascular injury, persistent pain, persistent dysfunction, need for future surgery. In addition, specific risks associated with hip arthroscopy include pudendal nerve injury, injury to the sciatic nerve or its terminal branches, extravasation of fluid into the pelvis or abdomen. The patient signed an informed consent form.

**Lincoln/Mason 1077**

PROCEDURE:

The patient was identified by myself in the pre-operative holding area where the appropriate extremity was identified and marked with an indelible sterile pen. The patient was transported to the operative suite and place supine on the operative table. General anesthesia was induced without complication. Well padded boots were applied to bilateral lower extremities and the patient was brought distally onto a wide padded perineal foam post. Gentle traction and counter traction were applied to the lower extremities until we achieved approximately 10mm of distraction at the operative hip joint. This was confirmed under fluoroscopic guidance. The hip was internally rotated and the joint flexed slightly.

The operative hip was prepped and draped in the usual standard fashion. Pre-operative antibiotics were administered and confirmed within 60 minutes of incision. A multidisciplinary surgical timeout was performed to confirm the appropriate hip.

A standard anterolateral portal was created approximately 1cm proximal and anterior to the tip of the greater trochanter. A second distal lateral (mid-anterior) portal was made under needle localization approximately 6-7cm distal and anterior to the first portal. A capsulotomy was made between the two portals using a curved beaver blade by alternating between the portals. A diagnostic arthroscopy was carried out and the findings are listed above in the findings paragraph.

A synovectomy posteriorly and laterally was carried out using the 4.2, oscillating shaver through the anterolateral portal. Once this was completed, the shaver was alternated into the mid anterior portal and a synovectomy completed medially and anteriorly. The ligamentum teres was intact.

Next, the labral tear was identified and addressed. The labrum itself was extremely diminutive measuring only 3 mm at its maximum width at 12:00 location. The loose frayed margin of the labrum was debrided using the smooth oscillating shaver. The acetabular rim was identified on the capsular side. In this location, we noted significant protrusion of acetabular bone consistent with pincer type impingement. We performed an acetabuloplasty resecting approximately 4.0 mm of bone between 10:00 to 2:00 location to remove this pincer lesion and also to create a healthy bleeding bony surface. This was accomplished using the curved 4.5 bur alternating between both portals.

Once the acetabular rim was well prepared, we placed our first anchor at the 3:00 position through the mid anterior portal. A single limb of suture was wrapped around the labral tissue in this location and secured using a sliding locking Weston knot with 3 alternating half hitches. A second anchor was placed through the mid anterior portal at the 2:00 location respectively. Again, a single limb of suture was passed around the labrum and secured in an identical fashion. A third anchor was placed at the 1:00 location and this was a knotless suture tack anchor. A single limb a suture was wrapped around the labral tissue in this location and secured using the

Lincoln/Mason 1078

internal sliding locking mechanism of the anchor. Portals were subsequently alternated and then 3 more anchors were placed. These were placed at the 12:00, 11:00, and 10:00 location. Again, in each of these instances, a single limb a suture was wrapped around the labral tissue in this location and secured using the internal sliding locking mechanism of the anchor. We then assessed our labral repair using the probe. We felt the repair to be well tensioned and in excellent position.

Now that the labrum was sitting in an anatomic position, the acetabular chondral surface was fully visualized. Adjacent to the previous labral tear, which was now repaired, there is mild to moderate chondromalacial damage. This area was addressed using the 4.2, smooth, oscillating shaver, performing a debridement, chondroplasty and shaving of the loose flaps of cartilage in this location.

Traction was subsequently released and the hip flexed to 45 degrees. This delivered the femoral head neck junction into view. We identified a cam lesion consistent with our preoperative imaging studies. This lesion was removed restoring the head-neck offset. This was accomplished using the curved 4.5 mm bur. We proceeded from medial to lateral, and then proximal to distal. Once we felt that the offset was restored, we then tested the hip dynamically by flexing it past 90 degrees with internal and external rotation, adduction, and abduction. We did not feel that there is any further evidence of any bony impingement. The joint was copiously lavaged in order to remove any bony debris.

Due to the exam under anesthesia, we felt the hip capsule amenable to closure and plication. The capsulotomy was closed and plicated using #2 Vicryl suture. The plication was accomplished using a suture lasso alternating with an arthroscopic piercing device. We advanced the distal flap of the capsule to the proximal flap of the hip capsule in a medial to lateral direction completing our plication of the capsule. This was accomplished using two #2 Vicryl suture and a sliding locking Weston knot. We placed the knot on the extra-articular side of the capsule.

All instruments were removed and the wounds irrigated and closed in a sterile fashion. Sterile dressings were applied and the patient awakened and transported to the recovery room in stable condition. All sponge, needle, instrument counts were correct at the end of the case. Please note that throughout the case, the intra-abdominal pressure was palpated every 15-20 minutes and there was no notable increase in pressure throughout the duration of the procedure.

POSTOPERATIVE PLAN:

1. Thromboembolic prophylaxis including aspirin, sequential compression devices, and early mobilization
2. Pain control
3. 30% Partial weight-bearing

**Lincoln/Mason 1079**

Labs/Diagnostics - 04/17/2019          320088                    (43/43) 09/19/2019 09:10:26 AM -0600

Michael Huang, MD

Lincoln/Mason 1080

Labs/Diagnostics - 02/11/2019          320088          (31/43) 09/19/2019 09:03:05 AM -0600

**North Campus**
4110 Briargate Parkway, Suite 300
Colorado Springs, CO 80920
Phone: 719-632-7669

Fax: 719-632-0088

**Colorado Springs
Orthopaedic Group**

www.csog.net

**South Campus**
1259 Lake Plaza Drive, Suite 100
Colorado Springs, CO 80906
Phone: 719-632-7669

Fax: 719-632-0088

Patient Name: Jan K Mason, 505296          Encounter Date: **2/11/2019**          Date of Birth:

MRI Arthrogram Right Hip
Ordering Provider: Tyler Bron, M.D.
Reading Radiologist: Craig LaBuda, M.D.

IMPRESSION:
1. Right hip anterosuperior labral tear.
2. Mild superior hip joint space narrowing and small anterolateral femoral head-neck osseous bump.
3. Right sacroiliac joint fusion.

**Diagnosis Codes:**
S73.191A Other sprain of right hip, initial encounter Right
M16.11 Unilateral primary osteoarthritis, right hip Right
M25.751 Osteophyte, right hip Right

CLINICAL INDICATION:

Hip pain.

TECHNICAL DATA:

Multisequence, multiplanar MRI of the right hip and pelvis was performed after
the fluoroscopic injection of intra-articular contrast.

FINDINGS:

Comparisons: Hip radiograph 20 December 2018

Bones:
There is no acute fracture or femoral head osteonecrosis. Anterior femoral
head-neck small osseous bump is observed. Acetabulum is anteverted.

Right femoral acetabular articulation:
Contrast is present in the joint consistent with the fluoroscopic injection
prior to the MRI. Anterosuperior labral tear. Mild superior joint space
narrowing without focal articular cartilage defect. No synovitis. The
ligamentum teres is normal. Anterior femoral ligament is thickened.

Muscles, tendons and bursa:
There is no significant bursal fluid collection. The tendon attachment points
on to the bony pelvis and proximal femurs appear intact.

Sacroiliac joints:
Right sacroiliac joint fusion hardware.

**ELECTRONICALLY SIGNED**

1 of 2

**Lincoln/Mason 1081**

Labs/Diagnostics - 02/11/2019                 320088                    (32/43) 09/19/2019 09:03:38 AM -0600

Patient Name: Mason, Jan K
DOB:

Electronically signed by Craig LaBuda, M.D.

Lincoln/Mason 1082

Labs/Diagnostics - 02/11/2019          320088          (33/43) 09/19/2019 09:03:50 AM -0600



**North Campus**
4110 Briargate Parkway, Suite 300
Colorado Springs, CO 80920
Phone: 719-632-7669
Fax: 719-632-0088

**Colorado Springs
Orthopaedic Group**
www.csog.net

**South Campus**
1259 Lake Plaza Drive, Suite 100
Colorado Springs, CO 80906
Phone: 719-632-7669
Fax: 719-632-0088

Patient Name: **Jan K Mason, 505296**          Encounter Date: **2/11/2019**          Date of Birth:

Arthrogram Injection Right Hip
Ordering Provider: Tyler Bron, M.D.
Reading Radiologist: Craig LaBuda, M.D.

**Diagnosis Codes:**
M25.551 Pain in right hip Right

**Right Hip/Pelvis Examination**
IMPRESSION:

1. Status post successful pre MRI fluoroscopic arthrogram.

CLINICAL INDICATION:

Pain

TECHNICAL DATA:

Right hip fluoroscopic arthrogram. Fluoroscopy time: 13 seconds. No saved
images.

FINDINGS:

Comparison: None available.

The risks and benefits of the procedure including but not limited to pain,
bleeding, infection, damage to surrounding soft tissues, and allergic reaction
of varying severity were explained to the patient. Informed and written consent
was obtained.

The patient was placed in an oblique position. The femoral artery was palpated.
The skin site over the femoral head was prepped and draped in the usual sterile
manner. Lidocaine was injected subcutaneously and deeply for local anesthesia.
A 20-gauge spinal needle was advanced into the joint space. A small quantity of
iodinated contrast was injected to confirm intra-articular position.
Subsequently approximately 10 mL of a dilute gadolinium mixture (total mixture
included 10 mL sterile saline +10 mL Optiray contrast +0.2 mL OptiMARK
gadolinium) was injected without difficulty. The patient tolerated the
procedure well. There are no immediate complications.

Electronically signed by Craig LaBuda, M.D.

**ELECTRONICALLY SIGNED**

**1 of 1**

**Lincoln/Mason 1083**

Labs/Diagnostics - 01/09/2019                320088                (37/43) 09/19/2019 09:06:13 AM -0600



**North Campus**
4110 Briargate Parkway, Suite 300
Colorado Springs, CO 80920
Phone: 719-632-7669
Fax: 719-632-0088

**Colorado Springs
Orthopaedic Group**
www.csog.net

**South Campus**
1259 Lake Plaza Drive, Suite 100
Colorado Springs, CO 80906
Phone: 719-632-7669
Fax: 719-632-0088

Patient Name: **Jan K Mason, 505296**          Encounter Date: **1/9/2019**          Date of Birth:

Fluoro Guided Injection Right Hip
Ordering Provider: Tyler Bron, M.D.
Reading Radiologist: Craig LaBuda, M.D.

IMPRESSION:

1. Status post successful fluoroscopic pain injection.
2. The patient's preprocedural pain level was 5-6/10 and postprocedural pain level was 0/10.

**Diagnosis Codes:**
M25.551 Pain in right hip Right

CLINICAL INDICATION:

Hip pain.

TECHNICAL DATA:

Fluoroscopically guided injection of the right hip.
Fluoroscopy time: 9 seconds. No saved images.

COMPARISONS: None available.

FINDINGS:

The risks and benefits of the procedure including but not limited to pain,
bleeding, infection, damage to surrounding soft tissues, and allergic reaction
of varying severity were explained to the patient. Verbal and written informed
consent was obtained.

The patient was placed in supine position. Injection site identified using
palpable and fluoroscopic anatomic landmarks. The skin over the intended
injection site was prepped and draped in the usual sterile manner. Lidocaine
was injected subcutaneously and deeply for local anesthesia. A 20-gauge spinal
needle was advanced into the joint space. A small quantity of iodinated
contrast was injected to confirm intra-articular position. Subsequently
approximately 5 mL of a total mixture of 4 mL bupivacaine and 1 mL
methylprednisolone (80mg/mL) was injected without difficulty. The patient
tolerated the procedure well. There were no immediate complications.

Electronically signed by Jacob J. Becker, M.D./M.S.

**ELECTRONICALLY SIGNED**                                                    1 of 1

**Lincoln/Mason 1084**

Labs/Diagnostics - 01/09/2019                320088                    (38/43) 09/19/2019 09:06:46 AM -0600



**North Campus**
4110 Briargate Parkway, Suite 300
Colorado Springs, CO 80920
Phone: 719-632-7669

Fax: 719-632-0088

**Colorado Springs
Orthopaedic Group**

www.csog.net

**South Campus**
1259 Lake Plaza Drive, Suite 100
Colorado Springs, CO 80906
Phone: 719-632-7669

Fax: 719-632-0088

Patient Name: Jan K Mason, 505296          Encounter Date: 1/9/2019          Date of Birth:

---

Fluoro Guided Injection Left Hip
Ordering Provider: Tyler Bron, M.D.
Reading Radiologist: Jacob J. Becker, M.D./M.S.

IMPRESSION:

1. Status post successful fluoroscopic pain injection.
2. The patient's preprocedural pain level was 4/10 and postprocedural pain level
was 0/10.

**Diagnosis Codes:**
M25.552 Pain in left hip Left

CLINICAL INDICATION:

Hip pain.

TECHNICAL DATA:

Fluoroscopically guided injection of the left hip.
Fluoroscopy time: 6 seconds. No saved images.

COMPARISONS: None available.

FINDINGS:

The risks and benefits of the procedure including but not limited to pain,
bleeding, infection, damage to surrounding soft tissues, and allergic reaction
of varying severity were explained to the patient. Verbal and written informed
consent was obtained.

The patient was placed in supine position. Injection site identified using
palpable and fluoroscopic anatomic landmarks. The skin over the intended
injection site was prepped and draped in the usual sterile manner. Lidocaine
was injected subcutaneously and deeply for local anesthesia. A 20-gauge spinal
needle was advanced into the joint space. A small quantity of iodinated
contrast was injected to confirm intra-articular position. Subsequently
approximately 5 mL of a total mixture of 4 mL bupivacaine and 1 mL
methylprednisolone (80mg/mL) was injected without difficulty. The patient
tolerated the procedure well. There were no immediate complications.

Electronically signed by Jacob J. Becker, M.D./M.S.

---

**ELECTRONICALLY SIGNED**

1 of 1

**Lincoln/Mason 1085**

Request Corr.                    320088                    (1/43) 09/19/2019 08:44:05 AM -0600



## Colorado Springs Orthopaedic Group



Date: ___09/19/2019 08:43:07 AM___

Subject: __COMPLETED RECORD REQUEST-MED REC-LINC__

---

To: __Release Point Lincoln Financial Group__    From: __Dietz, Cheryl_____

Organization: __Release Point Lincoln Financial__    Organization: __Colorado Springs Orthopaedic C__

Fax Number: __14239332029_____    Fax Number: _____

Phone Number: _____    Phone Number: _____

                                              Email: _____

Number of Pages: __42_____

---

Comments:

Claim # 9291624  5685891

FAX CONFIDENTIALITY STATEMENT

The information contained in this facsimile transmission is intended solely for the addressee(s) named above and is privileged and/or confidential.
If the reader of this message is not the intended recipient or the person responsible to deliver it to the intended recipient, you are prohibited from
reading or disclosing the information in this transmission. Any examination, use, dissemination, distribution or copying of this communication is
strictly prohibited. If you have received this communication in error, please notify us immediately by telephone for instructions.

Sent by Multi-Tech Systems

**FaxFinder**

If you received this fax in error, or would like to opt-out, please call __719-632-7669_____ , fax __719-632-0088_____
or email __info@csog.net_____

**Lincoln/Mason 1086**

Request Corr.                    320088                    (2/43) 09/19/2019 08:44:36 AM -0600

From WFI Incorporated 1.626.628.9628 Wed Sep 18 08:45:33 2019 MDT Page 1 of 5

**Lincoln Financial Group**

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

COLORADO SPRINGS ORTHO GROUP
4110 BRIAR GATEPKWY STE 300
ATTN: MEDICAL RECORDS
COLORADO SPRINGS, CO 80920

Date:    Sep 18, 2019
Re: **Long Term Disability Benefits**
Claim#    9291624        5685891
Claimant:  MASON, JAN K
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: 210222

NOTES ATTACHED

Dear  Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

From January 1, 2019 to Present
Claimant treats with DR. ROGER SUNG, DR. MICHAEL HUANG, DR. JAMES BEE, DR. TYLER BRAUN  at this facility - Seen By: COLORADO SPRINGS ORTHO GROUP

We ask that you provide this information within a week of the date of this mailing.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number  (213) 884-4921    or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due.  If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc.  Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Milyn Callejo
Disability Information Specialist
Phone No.:  (213) 266-5038
Fax No:  (213) 884-4921



**Lincoln/Mason 1087**

Request Corr.                    320088              (3/43) 09/19/2019 08:45:16 AM -0600

From WFI Incorporated 1.626.628.9628 Wed Sep 18 08:45:33 2019 MDT Page 2 of 5

5685891

## Authorization for Release of Protected Health Information

PATIENT NAME: MASON, JAN K

DATE OF BIRTH: _

I hereby authorize use or disclosure of **protected health information** (PHI) about me as described below.

1. The following persons or entities are authorized to *disclose PHI* about me: (Physician or Facility Name)
COLORADO SPRINGS ORTHO GROUP

2. The following person (or class of persons) *may receive* protected health information about me:

Lincoln Financial Group (c/o ReleasePoint)
PO Box 1390
St. Peters   MO    63376

3. The specific information that should be disclosed is: (i.e. medical records, lab results, etc. Please give dates of service):
From January 1, 2019 to Present

4. I may **revoke** this authorization any time by notifying **ReleasePoint** in writing of my desire to revoke it. However, I understand that any action already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.

5. I understand that the medical provider to whom this authorization is furnished may not condition its treatment of me on whether or not I sign the authorization.

6. If this authorization is used for disclosure to someone other than the party listed above, PHI used or disclosed may be subject to re-disclosure by the recipient, in which case it is no longer protected under the HIPAA privacy rule. Any information we receive is protected under the HIPAA privacy rule.

*ReleasePoint/WFI: HIPAA compliant authorization version 1.2012*

**Lincoln/Mason 1088**

**Request Corr.**                    320088                    (4/43) 09/19/2019 08:45:54 AM -0600

From WFI Incorporated 1.626.628.9628 Wed Sep 18 08:45:33 2019 MDT Page 3 of 5

7. I understand that the purpose of this authorization is to either determine eligibility for enrollment for insurance, or to authorize the release of health information so that a determination of coverage regarding a claim for specified benefits can be made. Because this authorization is a condition of enrollment for insurance, the effect of declining the authorization can result in your application for coverage being declined. If this authorization is for claim purposes, your claim may be declined if you refuse to sign this authorization.

8. This authorization expires on _____ OR upon occurrence of the following event that relates to me or to the purpose of the intended use or disclosure of information about me: 12 months from date signed
_____.

*I have had full opportunity to read and consider the contents of this authorization, and I understand that, by signing this form, I am confirming my authorization of the use and/or disclosure of my protected health information as described in this form. Note that a copy is as valid as the original, and I am entitled to a copy of this authorization.*

Jan K Mason
_____                _____          Sep 18, 2019
Print Name                          Signature of Patient/Guardian          Date

*ReleasePoint/WFI: HIPAA compliant authorization version 1.2012*

**Lincoln/Mason 1089**

Request Corr.                    320088              (5/43) 09/19/2019 08:46:26 AM -0600

From WFI Incorporated 1.626.628.9628 Wed Sep 18 08:45:33 2019 MDT Page 4 of 5

 **Lincoln** Financial Group»

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

8/27/2019

To Whom It May Concern,

Liberty Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:
- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**Lincoln/Mason 1090**

Request Corr.                          320088                    (6/43) 09/19/2019 08:46:57 AM -0600

From WFI Incorporated 1.626.628.9628 Wed Sep 18 08:45:33 2019 MDT Page 5 of 5

# Save Time and Avoid Follow-up Calls
# Use our Secure Status and Upload Portal

Using our secure online portal, you can provide us with status information on our
request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:**    Go to https://portal.releasepoint.com to bring up the portal on your
browser.

**STEP 2:**    Enter the RPID and Access Key:

Patient Name:        MASON, JAN K
RP ID:               5685891
Access Code:         210222

**STEP 3:**    Select either "Upload Records" or "Update Status" and follow the
instructions on the screen.

**STEP 4:**    Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**

Provider Portal

RPNET PROVIDER PORTAL LOGIN
Enter the 7-digit RP Number and Portal Access Key to Continue:

RP Number:    1234567

Access Key:    CVC102

LOGIN

Powered By ReleasePoint

**Lincoln/Mason 1091**

# Quality Assurance Report

## Request Information

Report Date:    September 20, 2019

**RP ID: 5685891**

Patient Name:   MASON, JAN K

Provider Name: COLORADO SPRINGS ORTHO GROUP

## Quality Assurance Information

Scope Requested: **From January 1, 2019 to Present**

Special Request:

Claimant treats with DR. ROGER SUNG, DR. MICHAEL
HUANG, DR. JAMES BEE, DR. TYLER BRAUN  at this
facility - Seen By: COLORADO SPRINGS ORTHO GROUP

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By:  MGALV

**Lincoln/Mason 1092**

**Medical Record Overview**

**ReleasePoint**

**Date:**    September 25, 2019

**Patient Name:**    MASON, JAN K

| | | |
|---|---|---|
| **Records From:** | Kent,  Dr  Jeffrey<br>9480  Briar Village Pt<br>Colorado Springs, CO  80920<br>(719) 278-3627 | **RP ID:** 5685892 |
| | | **Client ID:** 9291624 |
| | | **Source:** LIBMT3 |
| **Request Scope:** | From January 1, 2019 to Present | **Req By:** C Abrams-Weaver<br>04444809 |
| **Chart Range:** | 07/23/2019 - 08/06/2019 | |

**SSN:**

| | | | | Starts on |
|---|---|---|---|---|
| **Classification** | **From** | **To** | **Total** | **Page** |
| Progress Notes | Jul 23 2019 | Aug 6 2019 | 6 | 2 |
| Request Corr. | | | 4 | 8 |

**Total Page Count:**    10

**Notes From QC:**

**Lincoln/Mason 1093**

Progress Notes - 08/06/2019

| MHC PARENT LOCATION | Mason, Jan K |
|---|---|
| 1400 E Boulder St | MRN: 3925160, DOB:     Sex: F |
| Colorado Springs CO 80909-5533 | Visit date: 8/6/2019 |

### 08/06/2019 - Office Visit in UCHealth Aspen Creek Medical Center

**Clinical Notes**

**Progress Notes**

Kent, Jeffrey R, MD at 8/6/2019  1:30 PM

**Plan**

**Assessment and Plan:**

| | | ICD-10-CM | |
|---|---|---|---|
| 1. | Acute right-sided low back pain with sciatica, sciatica laterality unspecified | M54.40 | AMBULATORY REFERRAL TO PHYSIATRY |

Continue care with Dr. B.  Proceed with MRI.  Referred back to Dr. Lippert for evaluation.  FMLA paperwork to be completed

No medications were added in this encounter.

**Subjective**

**Subjective:**

Pt presents with ongoing back pain.

Pt had labral repair on hip.  When pt went weightbearing---pain increased in lower  Back ----worsen in lower back on r side.

Severe pain in lower back with walking.

Pt uses ambien for sleep.

Pain returns with getting up in the morning.  Driving flares/bending flares.

Pt sees dr huang.  He believes pain is coming from si joint and lower back .  Referred back to dr bee.---mri has been ordered----having tomorrow.  si joint seems to be the most flared.

Variable bed does not help the pain.

Pt is trying indomethacin.

Pt needs fmla paperwork.  Patient remains off of work

MRI of the low back is pending.  Patient is seeing Dr. B.  Encourage follow-up with Dr. Lippert as well

HPI

**CURRENT MEDICATIONS:**

Current Outpatient Medications

| Medication | Sig |
|---|---|
| • ALPRAZolam (XANAX) 0.5 mg tablet | Take 1 tablet by mouth 3 times daily as needed. |
| • gabapentin (NEURONTIN) 300 mg | Take 1 hs for 1 week, then 1 bid. (Patient taking |

**Lincoln/Mason 1094**

Progress Notes - 08/06/2019

MHC PARENT LOCATION
1400 E Boulder St
Colorado Springs CO 80909-5533

Mason, Jan K
MRN: 3925160, DOB:          Sex: F
Visit date: 8/6/2019

### 08/06/2019 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

**Clinical Notes (continued)**

| | |
|---|---|
| capsule | differently: every 6 hours for Neuropathic Pain. Take 1 hs for 1 week, then 1 bid.) |
| • indomethacin (INDOCIN) 50 mg capsule | TK ONE C PO BID WF |
| • LORATADINE (CLARITIN PO) | |
| • losartan (COZAAR) 100 mg tablet | Take 1 tablet by mouth daily. |
| • metoprolol succinate (TOPROL-XL) 100 mg 24 hr tablet | Take 1 tablet by mouth daily. |
| • norethindrone-e estrad-iron (MICROGESTIN FE 1/20, 28,) 1 mg-20 mcg (21)/75 mg (7) per tablet | Take 1 tablet by mouth daily. |
| • zolpidem (AMBIEN) 10 mg tablet | Take 1 tablet by mouth nightly at bedtime. |

No current facility-administered medications for this visit.

**ALLERGIES:** Patient has no known allergies.

I have reviewed, verified and personally updated the past medical, social and ROS history.
reports that she has never smoked. She has never used smokeless tobacco. She reports that she drinks alcohol. She reports that she does not use drugs.
Review of Systems
Constitutional: Negative for fatigue, fever and unexpected weight change.
HENT: Negative for ear pain, hearing loss, rhinorrhea and tinnitus.
Eyes: Negative for discharge and visual disturbance.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and palpitations.
Gastrointestinal: Negative for abdominal pain, blood in stool, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for dysuria and hematuria.
Musculoskeletal: Positive for arthralgias, back pain, gait problem and myalgias.
Skin: Negative for rash.
Neurological: Negative for dizziness, syncope and headaches.
Hematological: Negative for adenopathy. Does not bruise/bleed easily.
Psychiatric/Behavioral: Positive for dysphoric mood and sleep disturbance. Negative for confusion. The patient is not nervous/anxious

Objective
Objective:
Vital Signs:
**Visit Vitals**

| | |
|---|---|
| BP | 161/89 |
| Pulse | 69 |
| Temp | 37 °C (98.6 °F) (Tympanic) |
| Ht | 1.727 m (5' 8") |
| Wt | 85.7 kg (189 lb) |
| SpO2 | 92% |
| BMI | 28.74 kg/m² |

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.

**Lincoln/Mason 1095**

Progress Notes - 08/06/2019

| MHC PARENT LOCATION | Mason, Jan K | |
|---|---|---|
| 1400 E Boulder St | MRN: 3925160, DOB: | Sex: F |
| Colorado Springs CO 80909-5533 | Visit date: 8/6/2019 | |

### 08/06/2019 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

**Clinical Notes (continued)**

Nose: Nose normal.

Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.

Eyes: Pupils are equal, round, and reactive to light. Conjunctivae and EOM are normal. Right eye exhibits no discharge. Left eye exhibits no discharge. No scleral icterus.

Neck: Normal range of motion. Neck supple. No thyromegaly present.

Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses.
No murmur heard.

Pulmonary/Chest: Breath sounds normal. No respiratory distress. She has no wheezes. She has no rales. She exhibits no tenderness.

Abdominal: Soft. Bowel sounds are normal. She exhibits no distension and no mass. There is no tenderness. There is no rebound and no guarding.

Genitourinary: Vagina normal and uterus normal. No vaginal discharge found.

Musculoskeletal: Normal range of motion. She exhibits tenderness. She exhibits no edema.

**Tender over the SI joint--- worse on the right side**

Lymphadenopathy:
  She has no cervical adenopathy.

Neurological: She is alert and oriented to person, place, and time. She has normal reflexes. No cranial nerve deficit.

Skin: No rash noted. No erythema.

Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.


Procedures

**DATA:**

Results for orders placed or performed in visit on 06/11/18

Vaginosis Panel

| Result | Value | Ref Range |
|---|---|---|
| Trichomonas Vaginalis | Negative | Negative |
| Gardnerella Vaginalis | Negative | Negative |
| Candida species | Negative | Negative |


**TIME/COUNSELING:**

N/A

Return to clinic if condition does not improve or worsens

Jeffrey Kent, MD

Electronically signed by Kent, Jeffrey R, MD at 8/7/2019  6:41 AM

---

**Lincoln/Mason 1096**

Progress Notes - 07/23/2019

MHC PARENT LOCATION                        Mason, Jan K
1400 E Boulder St                          MRN: 3925160, DOB:        Sex: F
Colorado Springs CO 80909-5533             Visit date: 7/23/2019

### 07/23/2019 - Office Visit in UCHealth Aspen Creek Medical Center

**Clinical Notes**

**Progress Notes**

Kent, Jeffrey R, MD at 7/23/2019 10:30 AM

Plan

**Assessment and Plan:**

|   |   | ICD-10-CM |
|---|---|---|
| 1. | Osteoarthritis of spine with radiculopathy, lumbar region | M47.26 |
|    | Continue with specialty care. | |
| 2. | Tear of right acetabular labrum, subsequent encounter | S73.191D |
|    | Continue with Ortho surgery. | |
| 3. | Femoroacetabular impingement of both hips | M25.851 |
|    |   | M25.852 |
|    | Continue gabapentin | |
| 4. | Anxiety | F41.9 |
|    | Xanax 0.51 p.o. daily PRN use sparingly. | |
| 5. | Primary insomnia | F51.01 |
|    | PRN zolpidem 10 1 p.o. nightly | |

Medications Placed This Encounter
Medications
 • ALPRAZolam (XANAX) 0.5 mg tablet
 • zolpidem (AMBIEN) 10 mg tablet

Subjective
Subjective:
Pt with recent B labral ter repair and surgery on B hip impingement.

Pt is having worse time since going weight bearing.

Feels pain in lower back.  Ortho thinks it is likely from her lower back.

Burning pain into r leg >L leg.

Needs parking pass.

Needs as needed xanax.  ambien

HPI

**CURRENT MEDICATIONS:**
Current Outpatient Medications
Medication                          Sig

Printed on 9/20/19 10:09 AM                                    Page 4

**Lincoln/Mason 1097**

Progress Notes - 07/23/2019

| | |
|---|---|
| MHC PARENT LOCATION | Mason, Jan K |
| 1400 E Boulder St | MRN: 3925160, DOB:        Sex: F |
| Colorado Springs CO 80909-5533 | Visit date: 7/23/2019 |

### 07/23/2019 - Office Visit in UCHealth Aspen Creek Medical Center (continued)

**Clinical Notes (continued)**

- gabapentin (NEURONTIN) 300 mg capsule — Take 1 hs for 1 week, then 1 bid. (Patient taking differently: every 6 hours for Neuropathic Pain. Take 1 hs for 1 week, then 1 bid.)
- indomethacin (INDOCIN) 50 mg capsule — TK ONE C PO BID WF
- LORATADINE (CLARITIN PO)
- losartan (COZAAR) 100 mg tablet — Take 1 tablet by mouth daily.
- metoprolol succinate (TOPROL-XL) 100 mg 24 hr tablet — Take 1 tablet by mouth daily.
- norethindrone-e estrad-iron (MICROGESTIN FE 1/20, 28,) 1 mg-20 mcg (21)/75 mg (7) per tablet — Take 1 tablet by mouth daily.
- ALPRAZolam (XANAX) 0.5 mg tablet — Take 1 tablet by mouth 3 times daily as needed.
- zolpidem (AMBIEN) 10 mg tablet — Take 1 tablet by mouth nightly at bedtime.

No current facility-administered medications for this visit.

**ALLERGIES:** Patient has no known allergies.

I have reviewed, verified and personally updated the past medical, social and ROS history.
reports that she has never smoked. She has never used smokeless tobacco. She reports that she drinks alcohol. She reports that she does not use drugs.
Review of Systems

**Objective**
**Objective:**
Vital Signs:
**Visit Vitals**

| | |
|---|---|
| BP | 165/74 |
| Pulse | 58 |
| Resp | 16 |
| Wt | 86.6 kg (191 lb) |
| SpO2 | 97% |
| BMI | 29.04 kg/m² |

Physical Exam

Procedures

**DATA:**
Results for orders placed or performed in visit on 06/11/18
Vaginosis Panel

| Result | Value | Ref Range |
|---|---|---|
| Trichomonas Vaginalis | Negative | Negative |
| Gardnerella Vaginalis | Negative | Negative |
| Candida species | Negative | Negative |

**TIME/COUNSELING:**
N/A
Return to clinic if condition does not improve or worsens
Jeffrey Kent, MD

---

**Lincoln/Mason 1098**

Progress Notes - 07/23/2019

MHC PARENT LOCATION                          Mason, Jan K
1400 E Boulder St                            MRN: 3925160, DOB:          Sex: F
Colorado Springs CO 80909-5533               Visit date: 7/23/2019

**07/23/2019 - Office Visit in UCHealth Aspen Creek Medical Center (continued)**

**Clinical Notes (continued)**

Electronically signed by Kent, Jeffrey R, MD at 7/26/2019  6:29 AM

**Lincoln/Mason 1099**

Request Corr.

**MRO
1000 Madison Avenue
Suite 100
Norristown, PA 19403
Ph: (610) 994-7500 Opt. 1**

# Medical Records Transmittal

Date:                9/23/2019
Request Number:      30592222
Page Count:          10

**Your requested medical records are attached.**

Patient Name:       JAN MASON
Medical Facility:   UCMGS-Aspen Creek Medical Center
Requester:          Records Department
Organization:       ReleasePoint, Inc./PORTAL

Your reference number:   9291624 5685892

Thank you,

*MRO*
*MROcorp.com*

**Lincoln/Mason 1100**

Request Corr.

From HylaFAX Enterprise          Tue 10 Sep 2019 02:27:53 PM PDT          Page 1 of 3



**Lincoln**
Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

ASPEN CREEK MEDICAL
9480 BRIAR VILLAGE POINT STE 200
ATTN: MEDICAL RECORDS
COLORADO SPRINGS, CO 80920

Date:    Sep 10, 2019
**Re: Long Term Disability Benefits**
Claim#   9291624          5685892
Claimant:   MASON, JAN K
Claimant DOB:
  Provider Portal:  https://portal.releasepoint.com
  Access Key:  PNGPR3

Dear   f/u 719-365-5277, X1,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when
appropriate, we are requesting the following information:
**From January 1, 2019 to Present**
Please provide all medical records for the timeframe - Seen By:
Kent,  Dr  Jeffrey

We ask that you provide this information within a week of the date of this mailing.  Failure to provide
the requested information may result in an adverse benefit or claim determination.  The information
can be faxed to our office at our secure fax number   (213) 884-4921       or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and
the amount due.  If you're a hospital, only abstract records are required:  admission, history/physical, OP
reports, DX summaries, etc.  Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this information is
protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have
enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to
our company.  This authorization specifically allows you to release medical information to Lincoln
Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Leizl Olanda
Disability Information Specialist
Phone No.:  (213) 266-5038
Fax No:   (213) 884-4921


5005092

PAGE 1/3 * RCVD AT 9/10/2019 3:27:55 PM [Mountain Daylight Time] * SVR:A-RFAPP1P/28 * DNIS:56974 * CSID:HylaFAX Enterprise * ANI:2132653500 * DURATION (mm-ss):01-20

**Lincoln/Mason 1101**

Request Corr.

From HylaFAX Enterprise        Tue 10 Sep 2019 02:27:53 PM PDT           Page 2 of 3

# Attention:

### In order to fulfill this request for records, please locate and connect the patient's signed authorization that you have on file.

### Please do not delay the delivery of these records.

### Thank you.

**Lincoln/Mason 1102**



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

8/27/2019

To Whom It May Concern,

Liberty Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:
- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Kathryn Leombruno
Director, Claims Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**Lincoln/Mason 1103**

# Quality Assurance Report

## Request Information

Report Date:    September 25, 2019                    **RP ID: 5685892**

Patient Name:   MASON, JAN K

Provider Name: ASPEN CREEK MEDICAL

## Quality Assurance Information

Scope Requested: **From January 1, 2019 to Present**

Special Request:
   Please provide all medical records for the timeframe -
   Seen By: Kent,  Dr  Jeffrey

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By:  JCTRU

**Lincoln/Mason 1104**

3L268190623

## CLAIMANT INFORMATION FORM



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

**Return To:** Corey Abrams-Weaver

**EMPLOYEE/CLAIMANT NAME:** Jan Mason

**CLAIM NO:** 9291624

**EMPLOYER/SPONSOR:** Charter Communications, Inc.          **DATE OF BIRTH:**

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2019 to present. *If additional space is needed, please use a separate sheet of paper.*

DR. JAMES BEE (SPINE)
DR. MICHAEL HUANG (HIP) DR. ROGER SUNG (SI JOINT + SPINAL CORD STIMULATOR)

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: COLORADO SPRINGS
Specialty: ORTHOPAEDIC GROUP
Address: 4110 BRIARGATE PARKWAY SUITE #300 CO SPGS CO 80900
Telephone No.: (719) 633-7009    Fax No.: (719) 630-0088

Name: DR JEFFREY KENT
Specialty: FAMILY MEDICINE
Address: 9480 BRIAR VILLAGE PT SUITE #200 CO SPGS CO 80920
Telephone No.: (719) 278-3627    Fax No.: (719) 633-2101

Name: DR DAVID SALEK
Specialty: PAIN MANAGEMENT
Address: 6085 DELMONICO PR SUITE#C, CO SPGS, CO 80919
Telephone No.: (719) 598-7562    Fax No.: (   )

Name: COLORADO SPRINGS ORTHOPAEDIC GROUP PT
Specialty: PHYSICAL THERAPY
Address: 4110 BRIARGATE PARKWAY SUITE #145 CO SPGS, CO 80920
Telephone No.: (719) 867-7330    Fax No.: (719) 434-4425

**MEDICAL INSURANCE CARRIER(S):**

Name: KAISER PERMANENTE
Specialty: HEALTH INSURANCE PLAN
Address: PO BOX 373150 Denver, CO 80237
Telephone No.: (1-888-681-7878    Fax No.: (   )

Name:
Specialty:
Address:
Telephone No.: (   )    Fax No.: (   )

**PHARMACY(S):**

Name: WALGREENS
Specialty: PHARMACY
Address: 7393 MCLAUGHLIN RD. PEYTON, CO 80831
Telephone No.: (719) 229-1252    Fax No.: (   )

Name: KAISER PERMANENTE
Specialty: PHARMACY
Address: 215 S PARKSIDE DR. CO SPGS, CO 80910
Telephone No.: (719) 327-6565    Fax No.: (   )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: Jan K Mason    DATE: 09/14/19

Lincoln/Mason 1105

3L268190623

# CLAIMANT SUPPLEMENTARY STATEMENT


Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

Return to: Corey Abrams-Weaver

**EMPLOYEE/CLAIMANT NAME:** Jan Mason    **CLAIM #:** 9291624

**EMPLOYER:** Charter Communications, Inc.    **DATE OF BIRTH:**

Full Name (Last, First, Middle Int.) MASON, JAN K.    Social Security #    Email Address @

Street Address    City    State    Zip Code

Telephone Number (include area code)    Cell Phone Number (include area code)    Marital Status SINGLE

Spouse's Full Name and Date of Birth —    Number of Children 2    Dates of Birth of Children

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name KAYLIE N. LANPHEAR    Relationship to you? DAUGHTER    Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. No

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. No

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? No

Do you hold a professional license? If yes, for what purpose? No

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. No

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. No

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. No

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving: | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☒ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ | | | |
| ☒ | ☐ | Short Term Disability or State Disability SEDGEWICK | $1400⁰⁰ (APPROXIMATE TAKE HOME) | Apr '19 - Oct '19 | | Apr '19 |
| ☐ | ☒ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☒ | Workers' Compensation | $ | | | |
| ☐ | ☒ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☒ | Other income/money/benefit (describe) | | | | |

If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me; including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.

**EMPLOYEE'S PRINTED NAME:** JAN K MASON

**DATE:** 09/14/19    **EMPLOYEE'S SIGNATURE:** Jan K Mason

DP 409

Lincoln/Mason 1106

3L268190623

## ACTIVITIES QUESTIONNAIRE

 **Lincoln** Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

**Return To:** Corey Abrams-Weaver _____  *page 1 of 3*

**EMPLOYEE/CLAIMANT NAME:** Jan Mason _____

**CLAIM NO:** 9291624 _____  **DATE OF BIRTH:** _____

**EMPLOYER/SPONSOR:** Charter Communications, Inc. _____

## TO BE COMPLETED BY THE CLAIMANT:

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston, now a
Lincoln Financial Group company.
How long are you able to:  ONLY FOR GROCERIES WITH

sit 2 HOURS   stand 20 MIN.  walk 20 MIN.  SEVERE PAIN

How many hours a day do you:     FEW     FEW
   sit FEW MINUTES   stand FEW MINUTES  walk MINUTES

Do you take a nap during the day?

   Yes_____   No __X__

   If Yes, for how long? __∅__   At what time of the day? __∅__

How many hours a day do you spend in bed? MOST DAYS OF THE WEEK, OVER 20 HOURS (DON'T

Do you require any assistive devices such as a:   SLEEP OTHER THAN AT NIGHT)

   cane _____  walker _____  crutches _____  wheelchair _____ other _____

How long are you able to sit in a car? 2 HOURS WITH EXTREME PAIN

Do you hold a valid driver's license?

   Yes__X__   No _____

   If No, please explain: _____

   If Yes, how long are you able to drive a car? 5 TO 25 MINUTES (ALL

   Please provide a copy of your driver's license when returning this form.  WITH EXCRUITING PAIN)

How do you maintain contact with people or activities that matter most to you?
PHONE AND MESSAGING - NO ACTIVITIES

Do you have children?

   Yes__X__   No _____  If Yes, what are their dates of birth 10/13/94
                                                    11/11/08

   Do you need help caring for your children?     COOKING DINNER, LAUNDRY
   Yes__X__   No _____   DROP OFF + PICK UP

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

   Yes_____   No __X__   If Yes, please explain _____

How many times a day do you leave the house during the week? 0-1 TIME (MORE IF
   On the weekends? 1-2 TIMES   APPOINTMENTS (DOCTOR) PRESCRIPTIONS)

How often do you run errands? BANK, GROCERIES COUPLE TIMES A WEEK

Please describe what errands you most commonly run: BANK, GROCERIES,

**Lincoln/Mason 1107**

3L268190623


Lincoln
Financial Group®

**ACTIVITIES QUESTIONNAIRE**
page 3 of 3

How often do you travel or take vacation? VACATIONS ARE CURRENTLY OUT OF THE QUESTION DUE TO ACCIDENT
Where do you go? How do you get there (transportation method)? INJURIES AND WORSENING PAIN.

Are you able to pursue your hobbies?    Yes _____    No  X

If Yes, please describe _____

Do you participate in an exercise program?    Yes _____    No  X

If Yes, please describe _____

Do you do any Volunteer work?    Yes _____    No  X

If Yes:

    how many hours per day? _____

    how many hours per week? _____

    for whom? _____

Are you working for wages?    Yes _____    No  X

If Yes, please provide employer's name _____

**Describe in your own words, what prevents you from engaging in any gainful employment.**
SEVERE LIFE ALTERING PAIN IN LOW BACK, SACRUM, SI JOINTS, AND HIPS AFTER BEING REAR END AT A STOP LIGHT JUST WEEKS AFTER SI JOINT FUSION.

**Please describe your daily routine: (if more space is needed, please use the back of this form).**
MOST ALL DAYS OF THE WEEK I SPEND LYING IN BED (MORNING, NOON & NIGHT)... I EXPERIENCE EXCRUITING PAIN WHEN DOING LITERALLY ANYTHING

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?
YES

In the event we cannot reach you, please provide an alternate contact's name and telephone number.
MOTHER - GAYLE PIEPER -

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: JAN K MASON    Date: 09/14/19

Signature: Jan K Mason

**Lincoln/Mason 1108**

3L268190623



**Lincoln**
**Financial Group®**

How often do you get outdoors? _I TAKE THE DOG TO POO + PEE_

Are you left or right hand dominant? _I HAD TO_    Left _____    Right _X_

Are you able to work in your garden? _HIRE_    Yes _____    No _X_

Are you able to work on your house? _LANDSCAPER_ Yes _____    No _X_

Are you able to wash your car? _FOR GRASS &_ Yes _____    No _X_
_WEEDS BECAUSE I CANT_

How much time is spent daily on your home computer?
_X_ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
_X_ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer. Please check all that apply: _USE PHONE ONLY NEVER A COMPUTER_

_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails

_____ Visit chat rooms _____ Photos  Other: _____

What computer software applications do you utilize. Please check all that apply:

_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics

_____ Photo software (Photoshop) _____ Programming  Other: _____

Do you have a working home copy machine/fax machine? _____ Yes _X_ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to <u>independently</u> conduct routine daily
activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? | |
|---|---|---|---|
| Grocery Shopping | MYSELF + STEVE MEYER | YES | |
| Carrying groceries into the house | STEVE MEYER. | YES | |
| Cooking meals | STEVE MEYER | YES | |
| Cleaning after meals | STEVE MEYER | YES | |
| Cleaning bathrooms | STEVE MEYER. | YES | |
| Vacuuming | N/A | NO — | USE SWIFFER (TILE / WOOD FLOORS) |
| Doing the laundry | STEVE MERCER | YES | |
| Opening and responding to mail | MYSELF | NO | |
| Managing your finances | MYSELF | NO | |
| Balancing your checkbook | MYSELF | NO | |
| Bathing yourself | MYSELF | NO | ( I USE BATH CHAIR SO I CAN GET OUT ON MY OWN) |
| Styling your own hair | ARIEL NETWAY | YES | |
| Getting dressed | MYSELF | NO | |
| Going up and down stairs | N/A | DONT DO | |

Have you been confined to a hospital within the last 12 months? Yes _____    No _X_

If Yes, please provide reason and hospital contact Information: _____ _TOO MUCH EVEN IN MY HOUSE BECAUSE OF PAIN (IMPINGED HIPS + LABRAL TEARS)_

**Lincoln/Mason 1109**



JAN K MASON
# 9291624

**Lincoln/Mason 1110**

3L268190622

 **Lincoln** Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:
  * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
  * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
  * Information concerning Social Security benefits, including any records pertaining to me and my dependents
**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:
I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _JAU K MASON_

Name of legal representative, if applicable (print) _____   Relationship _____

Signature of claimant or legal representative _Jan K Mason_

Date of Birth: __ _____   Claim Number: _9291624_   Date: _09/14/19_

**A copy of this authorization will be considered as valid as the original.**

**Lincoln/Mason 1111**

3L268190622



**Lincoln**
**Financial Group®**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-72007
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

### I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to use or disclose the Information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the Information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The Information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)  _JAU K MASON_

Name of legal representative, if applicable (print) _____  Relationship _____

Signature of claimant or legal representative  _Jan K Mason_

Date of Birth: _ _____ Claim Number: _9291624_ Date: _09/14/19_

**A copy of this authorization will be considered as valid as the original**

**Lincoln/Mason 1112**

**Medical Record Overview**

**ReleasePoint**

**Date:**    September 12, 2019

**Patient Name:**    MASON, JAN K

**Records From:**    SPINAL DIAGNOSTIC AND PAIN MANAGEME      **RP ID:** 5685890
6685 Delmonico Dr ste C
COLORADO SPRINGS, CO  80919      **Client ID:** 9291624
(719) 598-7562

**Source:** LIBMT3

**Request Scope:**  From January 1, 2019 to Present

**Req By:**  C Abrams-Weaver

**Chart Range:**    08/28/2019 - 08/28/2019                         04444809

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Aug 28 2019 | Aug 28 2019 | 3 | 2 |
| Request Corr. | | | 4 | 5 |

**Total Page Count:**      7

**Notes From QC:**

**Lincoln/Mason 1113**

Progress Notes - 08/28/2019

## Mason, Jan
Office/Outpatient Visit                     1 of 3
Visit Date: Wed, Aug 28, 2019 01:28 pm
Provider: David Salek, MD (Supervisor: David Salek, MD; Assistant: Tasha Roberts, MA)
Location: Spinal Diagnostics & Pain Management

Electronically signed by David Salek, MD on 08/28/2019 02:56:22 PM
Printed on 09/10/2019 at 4:20 pm.

## SUBJECTIVE:

CC: New patient

HPI: 47 year old patient presenting to clinic today as new patient with referral from Dr. Sung at CSOG for evaluation and treatment of stimwave.

Patient presents with chief complaint of bilateral SIJ pain, low back and hip pain. Patient states SIJ pain is worst on the right then the left. Patient states history of right SIJ fusion in 2017. Patient states after SIJ fusion her symptoms completely improved. She then was in a car accident where she was rear ended and experienced a labral tear. She then underwent surgery to repair her labral teal and arthroplasty with Dr. Huang. She states since this procedure she would state her pain has become "way worse." She describes the pain as constant, sharp and burning. She states its increased by sitting, standing, stairs and bending over. She states the pain is relieved by laying down. She does note she has pain that radiates down her right leg into the top of her toe. She states her leg pain is manageable, but her buttocks pain is significant and interferes with her day to day life.

Patient previously saw Dr. Lippert and underwent a Spinal Cord Stimulator trial with Boston Scientific. She states the system did help with her bilateral buttocks pain but did not improve her lower back pain. She also notes that at this time she did not notice her leg pain as much and does not recall if this helped with her leg symptoms. She again states that she does not like the idea of a battery being implanted despite the positive response to the Boston Scientific trial.

Previous treatments physical therapy, anti-inflammatories, narcotic/pain meds, massage, steroids, chiroparctic treatments and Tylenol. She is currently taking indomethacin and states this is not providing her any relief. Previous steroid injections and RFA of her SIJ prior to fusion but states this flared her symptoms up. She states percocet did provide her some relief but she would like to avoid opiate therapy. She does note that she experiences yeast infection after her steroid injections.

Patient states she would like to avoid a permanent IPG implant and has done her research regarding stimwave therapy.

ROS:
CONSTITUTIONAL: Negative for chills, fatigue and fever.
E/N/T: Negative for ear pain.
CARDIOVASCULAR: Negative for chest pain and dizziness.
RESPIRATORY: Negative for shortness of breath.
GASTROINTESTINAL: Negative for anorexia.
MUSCULOSKELETAL: Positive for back pain.
INTEGUMENTARY/BREAST: Negative for pruritis.
NEUROLOGICAL: Negative for ataxia, dizziness, fainting and weakness.
HEMATOLOGIC/LYMPHATIC: Negative for lymphadenopathy.
ENDOCRINE: Negative for increasing size of hands and feet.

Current Problems:
None Recorded

Current Medications:
None

## OBJECTIVE:

Exams:

GENERAL: well developed; well nourished; well groomed; no apparent distress alert and oriented x3, pleasant, cooperative and appropriately dressed. No apparent acute distress.
EYES: pupils and irises are normal; Sclera are clear and pupils are WNL

CPT this is a registered trademark of the American Medical Association

**Lincoln/Mason 1114**

Progress Notes - 08/28/2019

**Mason, Jan**
Office/Outpatient Visit
Visit Date: Wed, Aug 28, 2019 01:28 pm
Provider: David Salek, MD (Supervisor: David Salek, MD; Assistant: Tasha Roberts, MA)
Location: Spinal Diagnostics & Pain Management

Electronically signed by David Salek, MD on 08/28/2019 02:56:22 PM
Printed on 09/10/2019 at 4:20 pm.
RESPIRATORY: normal respiratory rate and pattern with no distress;
CARDIOVASCULAR: no edema or significant varicosities;
MUSCULOSKELETAL: full, painless range of motion of all major muscle groups and joints Positive Faber, positive Fortin finger,
NEUROLOGIC: sensation: normal to touch and pinprick; vibration and proprioception senses intact; No strength deficits noted in bilateral lower extremities. Normal reflexes
LUMBAR EXAM: Inspection: normal; Positive lumbar quadrant testing
NECK EXAM: Inspection: normal;

**Lab/Test Results:** 3 mm retrolisthesis of L3 on L4, although there is largely normal save for some trace facet arthropathy

## ASSESSMENT
#1 Status post right sacroiliac joint fusion procedure 2017
#2 Status post right hip labral repair 2019
#3 Low back pain
#4 Right lower extremity radicular features
#5 Positive SCS trial with Boston

47-year-old female presents to clinic with residual right sided neuropathic sacroiliac joint pain and discomfort but does have radicular features on her right lower extremity. She has been followed very closely by Colorado Springs orthopedic group who originally performed a right SI injection which was quite helpful. The story goes however that she had a car accident which ultimately resulted in a flare of her pain. After further evaluation this was felt to be related to her right hip and Dr. Huang did a labral repair which helped her significantly from an anterior groin and hip pain standpoint for a number of weeks however after loadbearing in adding more activity to her lifestyle she had consistent pain flares posteriorly consistent in her sacroiliac joint distribution. This is primarily burning and neuropathic pain. She presented to Dr. Lippert who did a Boston Scientific spinal cord stimulator trial which had excellent relief from however did not cover her axial low back pain ostensibly related to her facet arthropathy in her L5-S1 region. More so, she has an aversion to implantable battery pack and likes the idea of an external pack that stimwave can offer. We discussed the trial in detail as well as the risks and benefits and alternatives to the procedure and certainly she is exhausted many of these already. We will work on getting authorization and approval to get this trial performed. Many questions answered.

PLAN
Stimwave trial for right sacroiliac joint pain

Please note that this dictation was completed with computer voice-recognition software. Quite often there are unanticipated grammatical, syntax, homophones, and other interpretive errors that are inadvertently transcribed by the computer software. Please excuse any errors that have escaped final proofreading.

720.2  M46.1  Sacroiliitis

724.2  M54.5  M96.1  M51.36  Low back pain

## PLAN:

Sacroiliitis

60 minutes spent face-to-face with patient, over 50% of time spent in face-to-face discussion about the above assessment and plan.

## Diagnosis and Procedure Summary

CPT® is a registered trademark of the American Medical Association

**Lincoln/Mason 1115**

Progress Notes - 08/28/2019

**Mason, Jan**                                                                                  3 of 3
Office/Outpatient Visit
**Visit Date:** Wed, Aug 28, 2019 01:28 pm
**Provider:** David Salek, MD (Supervisor: David Salek, MD;  Assistant: Tasha Roberts, MA)
**Location:** Spinal Diagnostics & Pain Management

Electronically signed by David Salek, MD on  08/28/2019 02:56:22 PM
 Printed on 09/10/2019 at 4:20 pm.

**Primary Diagnosis:**

720.2 Sacroiliitis
    M46.1         Sacroiliitis, not elsewhere classified

   **Orders:**

724.2 Low back pain
    M54.5       Low back pain
    M96.1       Postlaminectomy syndrome, not elsewhere classified
    M51.36     Other intervertebral disc degeneration, lumbar region

## ADDENDUMS:

Addendum: 08/28/2019 02:56 PM - Salek, David R

Visit Note Faxed to:
  Kent, MD, Jeffrey M; Number (719)623-2101
  Sung, MD, Roger D (Orthopedic Surgery Of The Spine); Number (719)632-0088

CPT® is a registered trademark of the American Medical Association

**Lincoln/Mason 1116**

Request Corr.

From WFI Incorporated 1.626.628.9628 Tue Sep 10 15:26:57 2019 MDT Page 1 of 4

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

**Lincoln** Financial Group

SPINAL DIAGNOSTIC AND PAIN MANAGEME
6685 Delmonico Dr ste C
ATTN: MEDICAL RECORDS
COLORADO SPRINGS, CO 80919

Date:   Sep 10, 2019
Re: Long Term Disability Benefits
Claim# 9291624          5685890
Claimant: MASON, JAN K
Claimant DOB:
 Provider Portal: https://portal.releasepoint.com
    Access Key: SP1126

Dear  MR X 3,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
 From January 1, 2019 to Present
 Please provide medical records from Dr. David Salek - Seen By:
 SPINAL DIAGNOSTIC AND PAIN MANAGEME

We ask that you provide this information within a week of the date of this mailing.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number   (213) 884-4921        or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due.  If you're a hospital, only abstract records are required:  admission, history/physical, OP reports, DX summaries, etc.  Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
 Leizl Olanda
Disability Information Specialist
Phone No.:  (213) 266-5038
Fax No:  (213) 884-4921



**Lincoln/Mason 1117**

Request Corr.

From WFI Incorporated 1.626.628.9628 Tue Sep 10 15:26:57 2019 MDT Page 2 of 4

# Attention:

## In order to fulfill this request for records, please locate and connect the patient's signed authorization that you have on file.

## Please do not delay the delivery of these records.

## Thank you.

**Lincoln/Mason 1118**

Request Corr.

From WFI Incorporated 1.626.628.9628 Tue Sep 10 15:26:57 2019 MDT Page 3 of 4

 **Lincoln** Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

8/27/2019

**The Lincoln National Life
Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LincolnBenefits.com

To Whom It May Concern,

Liberty Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:
- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**Lincoln/Mason 1119**

Request Corr.

## Save Time and Avoid Follow-up Calls
## Use our Secure Status and Upload Portal

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | MASON, JAN K |
| RP ID: | 5685890 |
| Access Code: | SPI126 |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**



Powered By ReleasePoint

**Lincoln/Mason 1120**

# Quality Assurance Report

**Request Information**

Report Date:    September 12, 2019                    **RP ID:** 5685890

Patient Name:    MASON, JAN K

Provider Name: SPINAL DIAGNOSTIC AND PAIN MANAGEME

**Quality Assurance Information**

Scope Requested: **From January 1, 2019 to Present**

Special Request:
Please provide medical records from Dr. David Salek -
Seen By: SPINAL DIAGNOSTIC AND PAIN MANAGEME

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By:  AATIE

**Lincoln/Mason 1121**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS  JAN MASON

**Lincoln/Mason 1122**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

September 9, 2019

Ms. Jan K. Mason

RE:     Long Term Disability (LTD) Benefits
        Charter Communications, Inc.
        Claim #: 9291624

Dear Ms. Jan Mason:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Charter Communications, Inc.'s Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

On September 9, 2019, we requested medical records  from DR. JEFFREY KENT, COLORADO SPRINGS ORTHO GROUP, & SPINAL DIAGNOSTIC AND PAIN MANAGEMENT.     This information is necessary to complete our initial claims investigation.  Please provide us with the following information to assist us with our review of your eligibility for benefits:

  • Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2019 through present from medical providers

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please complete the forms indicated below and return them to our office by October 9, 2019:

     X  LTD Forms - Standard
        Other

Charter Communications, Inc.'s LTD Policy requires that, in order to receive benefits, you provide proof of disability within a required timeframe.  Your cooperation in providing the requested information is essential to our claim investigation.

1  of  2

**Lincoln/Mason 1123**

In the absence of this information, your claim may be denied.

We ask that you provide us with this information no later than October 23, 2019 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Corey Abrams-Weaver
Ltd Specialist II
Phone No.: (844) 384-5858 Ext. 18336
Secure Fax No.: (603) 334-5994

Attachments:   LTD Forms - Standard

**Lincoln/Mason 1124**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

    \* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

    \* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

    \* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.  The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____    Relationship _____

Signature of claimant or legal representative _____

Date of Birth: __ _____    Claim Number: __9291624__    Date: _____

**A copy of this authorization will be considered as valid as the original.**

**Lincoln/Mason 1125**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____

Date of Birth: _____ Claim Number: __9291624__ Date: _____

**A copy of this authorization will be considered as valid as the original**

**Lincoln/Mason 1126**

# CLAIMANT INFORMATION FORM



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

**Return To:** Corey Abrams-Weaver

EMPLOYEE/CLAIMANT NAME: Jan Mason

CLAIM NO: 9291624

EMPLOYER/SPONSOR: Charter Communications, Inc.                    DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2019 to present. *If additional space is needed, please use a separate sheet of paper.*

## MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: _____          Name: _____
Specialty: _____          Specialty: _____
Address: _____          Address: _____
_____          _____
Telephone No. :(___) _____ Fax No. :(___) _____          Telephone No. :(___) _____ Fax No. :(___) _____

Name: _____          Name: _____
Specialty: _____          Specialty: _____
Address: _____          Address: _____
_____          _____
Telephone No. :(___) _____ Fax No. :(___) _____          Telephone No. :(___) _____ Fax No. :(___) _____

## MEDICAL INSURANCE CARRIER(S):

Name: _____          Name: _____
Specialty: _____          Specialty: _____
Address: _____          Address: _____
_____          _____
Telephone No. :(___) _____ Fax No. :(___) _____          Telephone No. :(___) _____ Fax No. :(___) _____

## PHARMACY(S):

Name: _____          Name: _____
Specialty: _____          Specialty: _____
Address: _____          Address: _____
_____          _____
Telephone No. :(___) _____ Fax No. :(___) _____          Telephone No. :(___) _____ Fax No. :(___) _____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: _____ DATE: _____

**Lincoln/Mason 1127**

# CLAIMANT SUPPLEMENTARY STATEMENT



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

**Return to:** Corey Abrams-Weaver

**EMPLOYEE/CLAIMANT NAME:** Jan Mason  **CLAIM #:** 9291624
**EMPLOYER:** Charter Communications, Inc.  **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int ) | Social Security # | Email Address | |
| --- | --- | --- | --- |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death)
Name                            Relationship to you?                            Tel #

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information

Are you pursuing moneys from a third party: Workers' Compensation  Carrier, Insurance Co , or Individual? If yes, please explain

Identify other income you are receiving or for which you have applied  You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
| --- | --- | --- | --- | --- | --- | --- |
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or  State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit  (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:**

**DATE:**                    **EMPLOYEE'S SIGNATURE:**

DP 409

**Lincoln/Mason 1128**

## ACTIVITIES QUESTIONNAIRE



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (844) 384-5858
Secure Fax No.: (603) 334-5994

**Return To:** Corey Abrams-Weaver _____

*page 1 of 3*

EMPLOYEE/CLAIMANT NAME: Jan Mason _____

CLAIM NO: 9291624 _____   DATE OF BIRTH: _____

EMPLOYER/SPONSOR: Charter Communications, Inc. _____

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company.

How long are you able to:

sit _____   stand _____   walk _____

How many hours a day do you:

sit _____   stand _____   walk _____

Do you take a nap during the day?

Yes_____   No _____

If Yes, for how long? _____   At what time of the day?_____

How many hours a day do you spend in bed?_____

Do you require any assistive devices such as a:

cane_____   walker_____   crutches_____   wheelchair _____   other_____

How long are you able to sit in a car?_____

Do you hold a valid driver's license?

Yes_____   No _____

If No, please explain: _____

If Yes, how long are you able to drive a car?_____

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

_____

Do you have children?

Yes_____   No _____   If Yes, what are their dates of birth _____

_____

Do you need help caring for your children?

Yes_____   No _____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes_____   No _____   If Yes, please explain _____

How many times a day do you leave the house during the week? _____

On the weekends? _____

How often do you run errands? _____

Please describe what errands you most commonly run: _____

**Lincoln/Mason 1129**



How often do you get outdoors? _____

Are you left or right hand dominant?    Left _____    Right _____

Are you able to work in your garden?    Yes _____    No _____

Are you able to work on your house?    Yes _____    No _____

Are you able to wash your car?    Yes _____    No _____

How much time is spent daily on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer.   Please check all that apply:

_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails

_____ Visit chat rooms _____ Photos   Other: _____

What computer software applications do you utilize.  Please check all that apply:

_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics

_____ Photo software (Photoshop) _____ Programming   Other: _____

Do you have a working home copy machine/fax machine? _____ Yes _____ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to independently conduct routine daily

activities.  If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months?  Yes _____    No _____

If Yes, please provide reason and hospital contact Information: _____

**Lincoln/Mason 1130**



How often do you travel or take vacation? _____

Where do you go?  How do you get there (transportation method)? _____

_____

Are you able to pursue your hobbies?    Yes _____    No _____

If Yes, please describe _____

Do you participate in an exercise program?    Yes _____    No _____

If Yes, please describe _____

Do you do any Volunteer work?    Yes _____    No _____

If Yes:

    how many hours per day? _____

    how many hours per week?_____

    for whom? _____

Are you working for wages?    Yes _____    No _____

If Yes, please provide employer's name _____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

_____

_____

_____

_____

_____

_____

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

_____

_____

_____

_____

_____

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

_____

**Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: _____    Date: _____

Signature: _____

**Lincoln/Mason 1131**



«Sequence_Number»
Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7216
London, KY 40742-7216


JAN MASON

0000



**Lincoln/Mason 1132**

**Lincoln/Mason 1133**



Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone: (877) 353-6404
Secure Fax No.: (877) 353-6412

September 9, 2019

JAN MASON

0000

RE:    CHARTER COMMUNICATIONS, INC.
Long Term Disability Benefits
Claim #: 9291624

MS. MASON

We acknowledge receipt of your request for consideration of disability benefits.

Liberty Life Assurance Company of Boston is required to inform you of certain state mandated regulations, one of which is fraud notification.

For your protection, Colorado law requires us to provide the following statement:  It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages.  Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance within the department of regulatory agencies.

Sincerely,

Corey Abrams-Weaver
Disability Case Manager
Phone: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Lincoln/Mason 1134**

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits. Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios. Muchas gracias.

| | |
|---|---|
| **From:** | DoNotReply@lfg.com |
| **Sent:** | Mon, 9 Sep 2019 16:30:24 +0000 |
| **To:** | AMANDA.ROMERO@CHARTER.COM;JENNIFER.BURKE@CHARTER.COM |
| **Subject:** | Claim #9291624, JAN MASON |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits.  The claim number is 9291624.

At this point, the claim has neither been approved nor denied -- it has been opened for review. Once all required documentation is submitted and reviewed, you will receive notification of approval or denial for this request.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at 1-844-384-5858

**Lincoln/Mason 1136**

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits. Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios. Muchas gracias.

| | |
|---|---|
| **From:** | DoNotReply@lfg.com |
| **Sent:** | Mon, 9 Sep 2019 16:30:24 +0000 |
| **To:** | AMANDA.ROMERO@CHARTER.COM;JENNIFER.BURKE@CHARTER.COM |
| **Subject:** | Claim #9291624, JAN MASON |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits.  The claim number is 9291624.

At this point, the claim has neither been approved nor denied -- it has been opened for review. Once all required documentation is submitted and reviewed, you will receive notification of approval or denial for this request.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at 1-844-384-5858

**Lincoln/Mason 1137**

**n0197362**

| | |
|---|---|
| **From:** | Ethan.Crockett@lfg.com |
| **Sent:** | Tuesday, September 03, 2019 9:28:59 AM |
| **To:** | CLTCSUDocs |
| **Cc:** | Crockett, Ethan |
| **Subject:** | Charter LTD Claim Creation Request for JAN MASON E090559 09-03-2019 |

Please create a new LTD Claim based on the information provided.

**Triage Status:** Pend
**SSN:**
**Last Name:** MASON
**First Name:** JAN
**EE ID:** E090559
**Gender:** F
**Date of Birth:**
**Date of Hire:** 08-01-2006
**Address:**
**Address:**
**City:**
**State:**
**Zip:**
**Phone:**
**Cell Phone:**
**LDW:** 04-16-2019
**DOD:** 04-17-2019
**Approve Through Date:** 10-15-2019
**Work State:** CO
**Primary ICD Code:** M25.551
**Primary ICD Description:**
**Secondary ICD Code:**
**Secondary ICD Description:**
**Work Related:** n
**Job Description:** Rep 3, Cust Svc Billing
**Loc Code:** TWC
**Escalation Date:**
**Weeks of Benefits:** 52
**STD Plan:**
**LTD Effective Date:** 01-01-2017
**HR LTD Benefit Plan:** 1091
**STD Max Date:** 10-15-2019
**Salary:** 42467.72
**Note:** LTD Setup


If you have further questions, please contact your Manager.


**Lincoln/Mason 1138**