IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22cv02362

JAN MASON,

     Plaintiff,

v.

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

     Defendant.

## **JOINT MOTION TO EXTEND BRIEFING DEADLINES**

Plaintiff Jan Mason and Defendant Lincoln Life Assurance Company of Boston ("Lincoln") file this Joint Motion to Extend Briefing Deadlines in this action and, in support thereof, show the Court as follows:

1.     The Court set the following briefing deadlines in the Scheduling Order (Document 10) entered on November 9, 2022:

| | |
|---|---|
| April 14, 2023 | Plaintiff's opening brief on the merits |
| May 12, 2023 | Defendant's response brief on the merits |
| May 26, 2023 | Plaintiff's reply brief on the merits |
| June 5, 2023 | Joint Motion for Determination. |

2.     Plaintiff and Defendant are currently discussing a potential settlement in this matter. Progress has been made, but these discussions have not yet been completed.  Accordingly, the parties request a sixty-day extension of the briefing deadlines so the parties can fully explore settlement options and mediate the case without incurring the time and expense required for the parties' counsel to prepare these motions.

3.      The requested extension will not interfere with any other deadlines contained in the

Scheduling Order.  This request is being jointly made by the parties, and is not sought for the

purpose of delay, but in furtherance of the efficient resolution of this case.

WHEREFORE, Plaintiff and Defendant request the Court enter an Order extending the

briefing deadlines as follows:

| | |
|---|---|
| June 13, 2023 | Plaintiff's opening brief on the merits |
| July 11, 2023 | Defendant's response brief on the merits |
| July 25, 2023 | Plaintiff's reply brief on the merits |
| August 4, 2023 | Joint Motion for Determination. |

RESPECTFULLY SUBMITTED, this 6th day of April 2023.

Respectfully submitted,

  /s/ Kenneth J. Shakeshaft
Kenneth J. Shakeshaft, Esq.
KENNETH J. SHAKESHAFT PC
627 N. Weber Street, Suite 1
Colorado Springs, CO  80903
PH:  (719) 635-5886
E-mail:  office@shakeshaftlawfirm.com

ATTORNEY FOR PLAINTIFF

**- AND -**

  */s/ Iwana Rademaekers*
Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that on April 6, 2023, I electronically transmitted the foregoing document to the

Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to

the following ECF registrants:

> ***Counsel For Plaintiff:***
> Kenneth J. Shakeshaft, Esq.
> E-mail:  office@shakeshaftlawfirm.com

> /s/ *Iwana Rademaekers*
> Iwana Rademaekers