IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22cv02362

JAN MASON,

        Plaintiff,

v.

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

        Defendant.

### ORDER GRANTING JOINT MOTION TO EXTEND BRIEFING DEADLINES

On this day, the Court considered the Parties' Joint Motion to Extend Briefing Deadlines. Having considered the Motion, and the applicable law, the Court is of the opinion that the Motion should be **GRANTED**.  It is, therefore,

**ORDERED** that the Joint Motion to Extend Briefing Deadlines is hereby **GRANTED**.  It is, therefore, also

**ORDERED** that the deadlines to submit this case to the Court on the merits based on the administrative record are extended as follows:

| | |
|---|---|
| June 13, 2023 | Plaintiff's opening brief on the merits |
| July 11, 2023 | Defendant's response brief on the merits |
| July 25, 2023 | Plaintiff's reply brief on the merits |
| August 4, 2023 | Joint Motion for Determination. |

**SIGNED** this _____ day of _____, 2023.

_____
UNITED STATES MAGISTRATE JUDGE