IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22cv02362

JAN MASON,

      Plaintiff,

v.

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

      Defendant.

## JOINT STATUS REPORT CONCERNING SETTLEMENT

The Plaintiff Jan Mason and Defendant Lincoln Life Assurance Company of Boston submit this Joint Status Report Concerning Settlement in accordance with the Court's Scheduling Order (Document 10).  The parties respectfully show the Court as follows:

Plaintiff and Defendant are currently discussing a potential settlement in this matter. Progress has been made, but these discussions have not yet been completed.  The Parties have scheduled mediation for May 31, 2023, with The Honorable Joseph P. Dandurand, Jay Daugherty Mediation & Arbitration Center.  The Parties plan to file either a status report or notice of settlement with the Court upon completion of mediation, but no later than June 7, 2023.

RESPECTFULLY SUBMITTED, this 6th day of April 2023.

Respectfully submitted,

  /s/ Kenneth J. Shakeshaft
Kenneth J. Shakeshaft, Esq.
KENNETH J. SHAKESHAFT PC
627 N. Weber Street, Suite 1
Colorado Springs, CO  80903
PH:  (719) 635-5886
E-mail:  office@shakeshaftlawfirm.com

ATTORNEY FOR PLAINTIFF

- AND -

 */s/ Iwana Rademaekers*

Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that on April 6, 2023, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

*Counsel For Plaintiff:*
Kenneth J. Shakeshaft, Esq.
E-mail:  office@shakeshaftlawfirm.com

 /s/ *Iwana Rademaekers*
Iwana Rademaekers