IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22cv02362

JAN MASON,

      Plaintiff,

v.

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

      Defendant.

## **JOINT NOTICE OF SETTLEMENT**

Plaintiff Jan Mason and Defendant Liberty Life Assurance Company of Boston hereby give

notice that this case has settled.  The parties will, as soon as possible, file a Stipulation of Dismissal

with the Court to dismiss this case with prejudice.


RESPECTFULLY SUBMITTED, this 5th day of June 2023.

Respectfully submitted,

*/s/ Iwana Rademaekers*
Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

COUNSEL FOR DEFENDANT


**AND**

/s/ Kenneth J. Shakeshaft
Kenneth J. Shakeshaft, Esq.
KENNETH J. SHAKESHAFT PC

627 N. Weber Street, Suite 1
Colorado Springs, CO  80903
PH:  (719) 635-5886
E-mail:  office@shakeshaftlawfirm.com

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that on June 5, 2023, I electronically transmitted the foregoing document to the

Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to

the following ECF registrants:

Kenneth J. Shakeshaft, Esq.
E-mail:  office@shakeshaftlawfirm.com

 /s/ *Iwana Rademaekers*
Iwana Rademaekers