IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22cv02362

JAN MASON,

        Plaintiff,

v.

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,

        Defendant.

---

## PLAINTIFF'S STATUS REPORT

COMES NOW the Plaintiff, Jan Mason, by and through her attorney, Kenneth J. Shakeshaft of the Shakeshaft Law Firm – Kenneth J. Shakeshaft, P.C., and submits this Status Report to the Court as follows:

1. The parties have now finalized the terms of the settlement release.

2. The Defendant has ordered the settlement check.

3. Upon receipt of the check the Plaintiff will be able to dismiss the case.

4. The parties anticipate this can be accomplished by 7/12/2023.

5. The Plaintiff requests the Court continue the deadline for filing the dismissal until 7/12/2023.

1

Respectfully submitted this 20th day of June, 2023.

Shakeshaft Law Firm – Kenneth J. Shakeshaft, P.C.

*s/ Kenneth J. Shakeshaft*
Kenneth J. Shakeshaft, #12618
ATTORNEY FOR PLAINTIFF
627 North Weber Street, Ste. 1
Colorado Springs, CO 80903
Phone Number: 719-635-5886
Fax Number: 719-635-0966
E-mail: office@shakeshaftlawfirm.com

## CERTIFICATE OF SERVICE

I certify that on June 20, 2023, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

*Counsel for Defendant:*
Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
Via Email: iwana@rademaekerslaw.com

/s/CJ Shakeshaft
Cindy Shakeshaft