IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22cv02362

JAN MASON,

      Plaintiff,

v.

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

      Defendant.

## **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Jan Mason and Defendant Lincoln Life Assurance Company of file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 5th day of July 2023.

                        Respectfully submitted,

                        /s/ Kenneth J. Shakeshaft
                        Kenneth J. Shakeshaft, Esq.
                        KENNETH J. SHAKESHAFT P.C.
                        627 N. Weber Street, Suite 1
                        Colorado Springs, CO  80903
                        PH:  (719) 635-5886
                        E-mail:  office@shakeshaftlawoffice.com

                        ATTORNEY FOR PLAINTIFF

                        **- AND -**

  /s/ Iwana Rademaekers
Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT